AO 442 (Rev. 11/11) Arrest Warrant


FIO 11220986

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM1:57
RECEIVED JAN 7 '21

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-000010 |
| CHRISTOPHER MICHAEL ALBERTS | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 1/7/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHRISTOPHER MICHAEL ALBERTS                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(1)(A)(i) - (Unlawful Activities; Carrying a Firearm on Capitol Grounds)

Date: 01/07/2021

Digitally signed by G. Michael Harvey
Date: 2021.01.07 13:41:21 -05'00'

*Issuing officer's signature*

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

City and state: Washington, DC

### Return

This warrant was received on *(date)* 1/7/2021, and the person was arrested on *(date)* 1/7/2021
Received
at *(city and state)*

Date: 1/7/2021

Arresting officer's signature
Receiving

Christopher Schrosslr, DUSM
*Printed name and title*