IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 21mj10 |
| ) | |
| CHISTOPHER ALBERTS, ) | |
| Defendant. ) | |

NOTICE OF ATTORNEY APPEARANCE

Please note the appearance of undersigned as counsel for Defendant Christopher Alberts in substitution of appointed counsel AFPD Tony Miles.

Respectfully Submitted,

CHRISTOPHER ALBERTS
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1