UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-010 |
| | : | |
| CHRISTOPHER ALBERTS, | : | VIOLATIONS: |
| | : | 40 U.S.C. § 5104(e)(1)(A)(i) |
| Defendant. | : | (Unlawful Possession of a Firearm on |
| | : | Capitol Grounds or Buildings) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Unlawful Entry or Remaining on Restricted |
| | : | Grounds without Lawful Authority) |
| | : | 22 D.C. Code § 4504(a) (2001 ed.) |
| | : | (Carrying a Pistol without a License Outside |
| | : | Home or Place of Business) |
| | : | 22 D.C. Code Section § 2506.01(b) (2001 ed.) |
| | : | (Possession of a Large Capacity Ammunition |
| | : | Feeding Device) |

**INDICTMENT**

Case: 1:21-cr-00026
Assigned to: Judge Christopher R. Cooper
Assigned Date: 1/27/2021
Description: INDICTMENT (B)

The Grand Jury charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER ALBERTS**, did carry and have readily accessible, a firearm, that is, a Taurus G2C semi-automatic handgun, on the United States Capitol Grounds and in any of the Capitol Buildings.

(**Unlawful Possession of a Firearm on Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(1)(A)(i))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER ALBERTS**, did unlawfully and knowingly enter and remain in the United States Capitol and grounds, a restricted building and grounds, without lawful authority to do so.

> **(Entering and Remaining in any Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER ALBERTS**, did carry openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

> **(Carrying a Pistol without a License [Outside Home or Place of Business]**, in violation of Title 22, District of Columbia Code, Section 4504(a)(2001 ed.))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER ALBERTS**, did possess a large capacity ammunition feeding device.

> **(Possession of a Large Capacity Ammunition Feeding Device**, in violation of Title 22, District of Columbia Code, Section 2506.01(b)(2001 ed.))

A TRUE BILL:

FOREPERSON.

*Michael Dhorwin/JSL*
Attorney of the United States in
and for the District of Columbia.