UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-CR-026 (CRC) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) |
| CHRISTOPHER MICHAEL ALBERTS, | : | (Civil Disorder) |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Ground with a |
| | : | Deadly or Dangerous Weapons) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(1)(A)(i) |
| | : | (Unlawful Possession of a Firearm on |
| | : | Capitol Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |
| | : | 22 D.C. Code § 4504(a) (2001 ed.) |
| | : | (Carrying a Pistol Without a License |
| | : | Outside Home or Place of Business) |
| | : | 22 D.C. Code § 2506.01(b) (2001 ed.) |
| | : | (Possession of a Large Capacity |
| | : | Ammunition Feeding Device) |

**INDICTMENT**

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, officers from the United States Capitol Police and Metropolitan Police Department, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, officers from the United States Capitol Police and Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT THREE

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without

lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a Taurus G2C semi-automatic handgun.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a Taurus G2C semi-automatic handgun.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

**(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

3

### COUNT SIX

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, did carry and have readily accessible, a firearm, that is, a Taurus G2C semi-automatic handgun, on the United States Capitol Grounds and in any of the Capitol Buildings.

**(Unlawful Possession of a Firearm on Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(1)(A)(i))

### COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

### COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER MICHAEL ALBERTS**, willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

**(Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

### COUNT NINE

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER ALBERTS**, did carry openly and concealed on or about his person, in a place other than his

dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

**(Carrying a Pistol without a License [Outside Home or Place of Business]**, in violation of Title 22, District of Columbia Code, Section 4504(a) (2001 ed.))

### COUNT TEN

On or about January 6, 2021, within the District of Columbia, **CHRISTOPHER ALBERTS**, did possess a large capacity ammunition feeding device.

**(Possession of a Large Capacity Ammunition Feeding Device**, in violation of Title 22, District of Columbia Code, Section 2506.01(b) (2001 ed.))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips / RvH*

Attorney of the United States in
and for the District of Columbia.