IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | )<br>)<br>) |
| v. | ) Crim. No. 21mj10 cr 26<br>) |
| CHISTOPHER ALBERTS,<br>Defendant. | )<br>)<br>)<br>) |

## MOTION TO WITHDRAW

Comes now John C. Kiyonaga, counsel for Defendant Christopher Alberts, and moves this Court for leave to withdraw as Defendant's counsel for the reason that undersigned was retained prior to the Superceding Indictment for the defense of charges less serious than those currently at bar.

Further, Defendant respectfully requests the appointment of replacement counsel.

Counsel for the Government does not object to this motion.

SEEN AND AGREED:

*(signature)*
CRISTOPHER ALBERTS

Respectfully Submitted,

CHRISTOPHER ALBERTS
By Counsel

     /s/
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile:   (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

1

2

## Certificate of Electronic Service

I hereby certify that on July 14 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/
John C. Kiyonaga