IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | Crim. No. 21cr26 |
| CHISTOPHER ALBERTS,<br>    Defendant. | ) | |

ORDER

Upon motion of counsel John C. Kiyonaga, Defendant Alberts being in agreement, the Government having no objection, and for good cause shown, it is hereby

ORDERED, that John C. Kiyonaga be and hereby is allowed to withdraw as counsel for Defendant Alberts in this matter, and that replacement counsel be appointed in his stead.

Date: _____         _____
                                   HON. CHRISTOPHER R. COOPER
                                   United States District Judge