IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 21cr26 |
| CHISTOPHER ALBERTS,<br>Defendant. | ) |

AMENDED CONSENT MOTION TO WITHDRAW

Comes now John C. Kiyonaga, counsel for Defendant Christopher Alberts, and amends Defendant's earlier Motion to Withdraw (Doc 20).

In the absence of an executed CJA – 21 for the Court's consideration, undersigned withdraws the earlier request that Defendant be appointed replacement counsel and simply requests of the Court that undersigned be allowed to withdraw as counsel for Defendant for the reason stated in his initial motion.

Counsel for the Government does not object to this amended motion.

Respectfully Submitted,

\_\_\_\_\_/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on July 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

\_\_\_\_\_/s/_____
John C. Kiyonaga

1