IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| v. ) | Crim. No. 21cr26 |
| CHISTOPHER ALBERTS, ) Defendant. ) | |

### ORDER

Upon amended motion of counsel John C. Kiyonaga, the Government having no objection, and for good cause shown, it is hereby

ORDERED, that John C. Kiyonaga be allowed to withdraw as counsel for Defendant Alberts in this matter and is hereby deemed to have done so.

Date: _____          _____
                                                                HON. CHRISTOPHER R. COOPER
                                                                United States District Judge