IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | Crim. No. 21cr26 |
| CHISTOPHER ALBERTS, Defendant. | ) | |

DEFENDANT's STATUS REPORT REGARDING
AMENDED CONSENT MOTION TO WITHDRAW

Comes now John C. Kiyonaga, counsel for Defendant Christopher Alberts, and, regarding Defendant's earlier Motion to Withdraw (Doc 20) and amendment to same (Doc 21), reports in compliance with the Court's Minute Order of July 26th, as follows:

Undersigned cannot shed further light at this juncture on Defendant's wishes as to whether he seeks replacement counsel by Court appointment or by private engagement.  Because undersigned has experienced significant difficulties in communicating with Defendant (and notes that Defendant's geographic location may have contributed to such), undersigned respectfully requests one more week during which to advise the Court of Defendant's intentions and submit an executed financial affidavit or not – as the case may be.

 Counsel for the Government does not object to this request for extension of time.

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

1

Certificate of Electronic Service

    I hereby certify that on July 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/
John C. Kiyonaga