IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 21cr26 |
| CHISTOPHER ALBERTS, | ) |
| Defendant. | ) |

### DEFENDANT'S SECOND STATUS REPORT REGARDING CONSENT MOTION TO WITHDRAW AND AMENDMENT THERETO

Comes now John C. Kiyonaga, counsel for Defendant Christopher Alberts, and, regarding Defendant's earlier Motion to Withdraw (Doc 20) and amendment to same (Doc 21), supplements his earlier report in compliance with the Court's Minute Order of July 26th, as follows:

Attached hereto, please find Defendant's executed CJA-23 connoting his wish for appointment of replacement counsel in accordance with Defendant's Motion to Withdraw (Doc. 20).

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com
Counsel for the Defendant

### Certificate of Electronic Service

I hereby certify that on August 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1