IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 21cr26 |
| CHISTOPHER ALBERTS,<br>    Defendant. | ) |

SUPPLEMENT TO DEFENDANT'S SECOND STATUS REPORT REGARDING
CONSENT MOTION TO WITHDRAW AND AMENDMENT THERETO

Comes now John C. Kiyonaga, counsel for Defendant Christopher Alberts, and supplements his Second Status Report (Doc 23) regarding Defendant's earlier Motion to Withdraw (Doc 20) and amendment to same (Doc 21).

The Second Status Report inadvertently carried as an attachment an unexecuted CJA-23. Attached hereto, please find Defendant's executed CJA-23 connoting his wish for appointment of replacement counsel in accordance with Defendant's Motion to Withdraw (Doc. 20).

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com
Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on August 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga