## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 21-cr-00026-CRC** |
| | **:** | |
| **CHRISTOPHER ALBERTS,** | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

COMES NOW,  Allen H. Orenberg and, pursuant to the Criminal Justice Act,

hereby enters his appearance on behalf of the Defendant, Christopher Alberts, in

the above-captioned criminal cause.


Respectfully Submitted,



_____-S-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com


1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2021, a copy of the foregoing

Notice of Appearance, was delivered to case registered parties by the CM/ECF court

system.

_____-S-_____
Allen H. Orenberg