IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 1:21cr-00026-CRC |
| | : | |
| **CHRISTOPHER ALBERTS,** | : | |
|     **Defendant.** | : | |

### NOTICE OF THE FILING DISCOVERY REQUEST
### LETTER BY DEFENDANT CHRISTOPHER ALBERTS

COMES NOW, Allen H. Orenberg, counsel for Christopher Alberts, to respectfully file this Notice of the Filing Discovery Request Letter By Defendant Christopher Alberts.

Said Discovery Request letter is attached as an Exhibit to this Notice.

Respectfully Submitted,

_____-S-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2021, a copy of the foregoing Notice of the Filing Discovery Request Letter by Defendant Christopher Alberts, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg