UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-26 (CRC) |
| **CHRISTOPHER MICHAEL ALBERTS** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now co-assigned to Trial Attorney Jordan A. Konig. Assistant United States Attorney Brandon K. Regan remains Lead Attorney on behalf of the United States of America in this action.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, Tax Division
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55
Washington, D.C. 20044
202-305-7917 (v)
202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

## CERTIFICATE OF SERVICE

On this 12th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                         */s/ Jordan A. Konig*
                                         JORDAN A. KONIG
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice