UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21-CR-026 (CRC) |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER MICHAEL ALBERTS ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of Kenneth W. Ferguson, and good cause having been shown, it is this ____ day of February, 2022, Ordered that the Motion for *Pro Hac Vice* Admission is **GRANTED**.

Kenneth W. Ferguson shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Mr. Ferguson is permitted to execute all pleadings in this case without the necessity of Attorney Allen H. Orenberg being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
United States District Judge