UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1:21-cr-00026-CRC

UNITED STATES OF AMERICA,

v.

CHRISTOPHER MICHAEL ALBERTS

    Defendant.

_____/

## NOTICE OF APPEARANCE

Undersigned counsel, Kenneth. W. Ferguson, Esq., hereby files this notice of appearance on behalf of Defendant, Mr. Christopher Alberts, in the above-styled criminal cause and designates the following information for counsel for the United States of America and Clerk to contact counsel for Defendant: Kenneth W. Ferguson from the office of Ferguson Law, P.A.; 1 East Broward Blvd. Suite #700; Fort Lauderdale, Florida 33301 Telephone – (954) 256 – 5646.

Respectfully Submitted,

    **FERGUSON LAW, P.A.**
    Attorney for Defendant
    1 East Broward Blvd. Suite #700
    Fort Lauderdale, Florida 33301
    T – (954) 256 - 5646
    F – (954) 256 - 5655
    Primary: Wayne@FergusonLawPA.com
    Secondary: Service@FergusonLawPA.com

    */s/Kenneth W. Ferguson*
    Kenneth W. Ferguson, Esq.
    ~Psalm 23

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2022, a copy of the foregoing was efiled, served, and/or delivered to counsel of record or case registered parties by the CM/ECF court system.

**FERGUSON LAW, P.A.**
Attorney for Defendant
1 East Broward Blvd. Suite #700
Fort Lauderdale, Florida 33301
T – (954) 256 - 5646
F – (954) 256 - 5655
Primary: Wayne@FergusonLawPA.com
Secondary: Service@FergusonLawPA.com

*/s/Kenneth W. Ferguson*
Kenneth W. Ferguson, Esq.

~Psalm 23