IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 1:21cr-00026-CRC |
| | : | |
| **CHRISTOPHER ALBERTS,** | : | |
|    Defendant. | : | |

### MOTION STRIKE APPEARANCE OF ATTORNEY
### ALLEN H. ORENBERG AND TO VACATE CJA APPOINTMENT

COMES NOW attorney Allen H. Orenberg and respectfully moves this Court to strike his appearance and to vacate the Criminal Justice Act appointment thereunder.

As grounds, the following is stated:

1. On September 8, 2021, undersigned counsel entered his appearance on behalf of defendant, pursuant to the Criminal Justice Act. (Doc. 26)

2. On February 10, 2022, attorney Kenneth Ferguson entered his appearance as counsel on behalf of defendant Christopher Alberts in the above-captioned criminal cause. (Doc. 39)

3. On the date/time of the filing of this Motion, counsel will forward a copy of this Motion to defendant Christopher Alberts.

1

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, undersigned counsel respectfully moves this Court to strike counsel's appearance in case no. 1:21cr-00026-CRC, and to vacate the Criminal Justice Act appointment thereunder.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: February 10, 2022