### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :   No. 1:21cr-00026-CRC |
| | : |
| **CHRISTOPHER ALBERTS,** | : |
|    **Defendant.** | : |

## ORDER

Upon consideration of the motion to strike appearance and to vacate the CJA appointment, and the entire record in this case, it is this ____ day of _____, 2022, hereby, ORDERED that the Court strikes the appearance of Allen H. Orenberg as counsel for Christopher Alberts and vacates the CJA appointment thereunder.

_____
Judge,
U. S. District Court for the District of Columbia

1