# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | No. 1:21cr-00026-CRC |
| : | |
| **CHRISTOPHER ALBERTS,** : | |
| **Defendant.** : | |

## ORDER

Upon Consideration of the Consent Motion to: (1) Vacate Trial Date, (2) Suspend Briefing Schedule as to Defendant's Motion to Dismiss (Doc. 40), and (3) to Vacate the March 30, 2022, Status Hearing. (10:00 a.m.), and the filing of a Joint Status Report on March 25, 2022, and the entire record in this case,

it is this ____ day of _____, 2022, hereby, ORDERED

1. The July 25, 2022, trial date is vacated.

2. The Court suspends the briefing schedule as to Defendant's Motion to Dismiss. (Doc. 40)

3. The Court vacates Vacate the March 30, 2022, Status Hearing. (10:00 a.m.), and the filing of a Joint Status Report on March 25, 2022.

4. The parties shall file a joint status report on or before May 23, 2022.

_____
Judge,
U. S. District Court for the District of Columbia

1