IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 1:21cr-00026-CRC |
| | : | |
| **CHRISTOPHER ALBERTS,** | : | |
| Defendant. | : | |

# ORDER

Upon Consideration of the Consent Motion to Temporarily remove the defendant's GPS monitoring device on March 8, 2022, from 8:00 a.m. until not later than then end of the next business day, in order for him to receive proper medical treatment, and the entire record in this case,

it is this ____ day of March, 2022, hereby, ORDERED:

The Consent Motion is GRANTED. The United States Probation Office shall temporarily remove the defendant's GPS monitoring device on March 8, 2022, at 8:00 a.m., until not later than then end of the next business day, in order for him to receive proper medical treatment. All other conditions of release remain in full force and effect.

---

Judge,
U. S. District Court for the District of Columbia