# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | No. 1:21cr-00026-CRC |
| : | |
| **CHRISTOPHER ALBERTS,** : | |
|    Defendant. : | |

# ORDER

Upon Consideration of the Consent Motion to: (1) Vacate Trial Date, (2) to Vacate the March 30, 2022, Status Hearing (10:00 a.m.), and (3) the filing of a Joint Status Report on March 25, 2022, and the entire record in this case,

it is this ____ day of _____, 2022, hereby, ORDERED

1. The July 25, 2022, trial date is vacated.

2. The Court vacates Vacate the March 30, 2022, Status Hearing. (10:00 a.m.), and the filing of a Joint Status Report on March 25, 2022.

3. The parties shall file a joint status report on or before May 9, 2022.

_____
Judge,
U. S. District Court for the District of Columbia

1