UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-26 (CRC) |
| CHRISTOPHER MICHAEL ALBERTS, | : | |
| | : | |
| Defendant. | : | Filed Electronically |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Samuel S. Dalke is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: March 30, 2022          MATTHEW M. GRAVES
                               UNITED STATES ATTORNEY
                               D.C. Bar No. 481052

                     By:     /s/ Samuel S. Dalke
                             SAMUEL S. DALKE
                             Assistant United States Attorney
                             Detailee
                             U.S. Attorney's Office for the District of Columbia
                             Phone: (717) 221-4453
                             Email:  samuel.s.dalke@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant United States Attorney