## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 1:21cr-00026-CRC** |
| | **:** | |
| **CHRISTOPHER ALBERTS,** | **:** | |
| **Defendant.** | **:** | |


## **ORDER**

Upon consideration of the motion for leave to withdraw as counsel and to vacate the CJA appointment, and the entire record in this case, it is this ____ day of _____, 2022, hereby, ORDERED that the Court strikes the appearance of Allen H. Orenberg as counsel for Christopher Alberts and vacates the CJA appointment thereunder.


_____
Judge,
U. S. District Court for the District of Columbia

1