UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.: 21-CR-026 (CRC) |
| CHRISTOPHER MICHAEL ALBERTS | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*. \*

**ENTRY OF APPEARANCE**

Please enter the appearance of **John M. Pierce** & **John Pierce Law P.C.** as counsel for Defendant, Christopher Michael Alberts in the above-captioned matter.

Respectfully submitted,

/s/ John M. Pierce
John M. Pierce
**John Pierce Law, P.C.**
21550 Oxnard Street, 3rd Floor, PMB 172
Woodland Hills, CA 91367
Tel: (213) 279-7846
jpierce@johnpiercelaw.com

*Attorney for Defendant*
*Christopher Michael Albert*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 05, 2022 a copy of Jan Berlage's Entry of Appearance was served through the Court's ECF system.

/s/ Jan I. Berlage

Jan I. Berlage    23937