# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA,<br>-v-<br>CHRISTOPHER ALBERTS,<br>Defendant. | Case No. 21-cr-0026 (CRC)<br><br>**NOTICE OF JANUARY 6 CASES REPRESENTED BY DEFENSE COUNSEL** |
|---|---|

Pursuant to the Court's August 15, 2022 Minute Order, Counsel for Defendant Christopher Alberts hereby submit a list of pending January 6th/Capitol cases, whereby he is counsel of record.

| Name of the Case | Case Number | Representing | Detained |
|---|---|---|---|
| USA v. Alberts | 1:21cr26 | Christopher Albert | No |
| USA v. Baez | 1:21cr507 | Stephanie Baez | No |
| USA v. Bozell | 1:21cr216 | Leo Bozell IV | No |
| USA v. Brock | 1:21cr500 | Michael Brock | No |
| USA v. Cruz | 1:22cr64 | Lloyd Cruz Jr. | No |
| USA v. Gianos | 1:22cr74 | Michael Gianos | No |
| USA v. Gray | 1:21cr495 | Daniel Gray | No |
| USA v. Gunby | 1:21cr626 | Derek Gunby | No |
| USA v. Jackman, et al | 1:21cr378 | Paull Rae | No |
| USA v. Lee | 1:21cr303 | Deborah Lee | No |
| USA v. Lesperance, et al | 1:21cr575 | David Lesperance | No |
| USA v. Lesperance, et al | 1:21cr575 | Casey Cusick | No |
| USA v. Lesperance, et al | 1:21cr575 | James Cusick | No |
| USA v. McCaughey, et al | 1:21cr40 | David Mehaffie | No |
| USA v. Pezzola, et al | 1:21cr52 | William Pepe | No |
| USA v. Sargent | 1:21cr639 | Anthony Sargent | No |
| USA v. Westbury, et al | 1:21cr605 | Robert Westbury | No |
| USA v. Westbury, et al | 1:21cr605 | Jonah Westbury | No |
| USA v. Westbury, et al | 1:21cr605 | Isaac Westbury | No |
| USA v. Westbury, et al | 1:21cr605 | Aaron James | No |

Dated: August 19, 2022					Respectfully submitted,

							/s/ John M. Pierce
							John M. Pierce
							John Pierce Law, P.C.
							21550 Oxnard Street
							3d Floor, PMB 172
							Woodland Hills, CA 91367
							Tel: (213) 279-7846
							jpierce@johnpiercelaw.com

							Attorney for Defendant
							Christopher Albert

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce