## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER ALBERTS,<br><br>Defendant. | Case No. 21-cr-0026 (CRC)<br><br>**NOTICE OF JANUARY 6 CASES REPRESENTED BY DEFENSE COUNSEL** |

Pursuant to the Court's August 15, 2022 Minute Order, Counsel for Defendant Christopher Alberts hereby submit a list of pending January 6th/Capitol cases, whereby he is counsel of record, as attached as Exhibit A.

Dated: August 24, 2022            Respectfully submitted,

/s/ John M. Pierce
John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street
3d Floor, PMB 172
Woodland Hills, CA 91367
Tel: (213) 279-7846
jpierce@johnpiercelaw.com

Attorney for Defendant
Christopher Albert

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 24, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce

# *EXHIBIT A*

## EXHIBIT A – List of January 6 Cases Represented by John Pierce Law P.C.

| Name of the Case | Case Number | Representing | Presiding Judge | Trial Date | Detained |
|---|---|---|---|---|---|
| USA v. Alberts | 1:21cr26 | Christopher Alberts | Judge Christopher R. Cooper | February 6, 2023 | No |
| USA v. Baez | 1:21cr507 | Stephanie Baez | Judge Paul L. Friedman | November 29, 2022 | No |
| USA v. Bozell | 1:21cr216 | Leo Bozell IV | Judge John D. Bates | March 20, 2023 | No |
| USA v. Brock | 1:21cr500 | Michael Brock | Judge Carl J. Nichols | June 5, 2023 | No |
| USA v. Cruz | 1:22cr64 | Lloyd Cruz Jr. | Judge Reggie B. Walton | January 17, 2023 | No |
| USA v. Gray | 1:21cr495 | Daniel Gray | Judge Amy Berman Jackson | Not Set | No |
| USA v. Gunby | 1:21cr626 | Derek Gunby | Judge Paul L. Friedman | December 12, 2022 | No |
| USA v. Jackman, et al | 1:21cr378 | Nathaniel Tuck | Judge Timothy J. Kelly | Not Set | No |
| USA v. Jackman, et al | 1:21cr378 | Paul Rae | Judge Timothy J. Kelly | Not Set | No |
| USA v. Lesperance, et al | 1:21cr575 | David Lesperance | Judge Emmet G. Sullivan | Not Set | No |
| USA v. Lesperance, et al | 1:21cr575 | Casey Cusick | Judge Emmet G. Sullivan | Not Set | No |
| USA v. Lesperance, et al | 1:21cr575 | James Cusick | Judge Emmet G. Sullivan | Not Set | No |
| USA v. McCaughey, et al | 1:21cr40 | David Mehaffie | Judge Trevor N. McFadden | August 29, 2022 | No |
| USA v. Myers | 1:22cr74 | Michael Gianos | Judge Jia M. Cobb | Not Set | No |
| USA v. Pezzola, et al | 1:21cr52 | William Pepe | Judge Timothy J. Kelly | July 18, 2023 | No |
| USA v. Rusyn | 1:21cr303 | Deborah Lee | Judge Amy Berman Jackson | Not Set | No |
| USA v. Sargent | 1:21cr639 | Anthony Sargent | Judge Emmet G. Sullivan | Not Set | No |
| USA v. Westbury | 1:21cr371 | Jonah Westbury | Judge Rudolph Contreras | Not Set | No |

| Name of the Case | Case Number | Representing | Presiding Judge | Trial Date | Detained |
|---|---|---|---|---|---|
| *USA v. Westbury, et al* | 1:21cr605 | Robert Westbury | Judge Rudolph Contreras | Not Set | No |
| *USA v. Westbury, et al* | 1:21cr605 | Isaac Westbury | Judge Rudolph Contreras | Not Set | No |
| *USA v. Westbury, et al* | 1:21cr605 | Aaron James | Judge Rudolph Contreras | Not Set | No |