UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER ALBERTS | 21-cr-00026 (CRC) |

**NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kyle McWaters as counsel for the United States, are terminating their appearances as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  D.C. Bar No. 481052

By:    /s//*Kyle McWaters*

           Kyle McWaters
           DC No. 241625
           Assistant United States Attorney
           United States Attorney's Office
           District of Columbia
           601 D Street NW
           Washington, DC 20003
           202-252-6983
           kyle.mcwaters@usdoj.gov