## GOVERNMENT OF THE DISTRICT OF COLUMBIA

## ADMINISTRATIVE ISSUANCE SYSTEM

Mayor's Order 2021-002
January 6, 2021

**SUBJECT:** Declaration of a Second Public Emergency – Citywide Curfew

**ORIGINATING AGENCY:** Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to section 422 of the District of Columbia Home Rule Act, approved December 24, 1973, Pub. L. 93-198, 87 Stat. 790, D.C. Official Code § 1-204.22 (2016 Repl.); section 5 of the District of Columbia Public Emergency Act of 1980, effective March 5, 1981, D.C. Law 3-149, D.C. Official Code § 7-2304 (2018 Repl.); the Coronavirus Support Temporary Amendment Act of 2020, effective October 9, 2020, D.C. Act 23-334, 67 DCR 12236; and Mayor's Orders 2020-050, 2020-063, 2020-066, 2020-067, 2020-079, 2020-103, and 20220-127, it is hereby **ORDERED** that:

I. **BACKGROUND**

1.

2.

3.

Mayor's Order 2021-002
Page 2 of 4

4. On January 5-6, 2021, First Amendment demonstrations were issued permits by the federal government for Freedom Plaza, the Ellipse, the National Mall, and the U.S. Capitol grounds as Congress meets to accept the Electoral College votes cast to elect Joe Biden and Kamala Harris the nation's next President and Vice President, respectively.

5. On the night of January 5, 2020, a number of weapons arrests were made. On January 6, 2021 protests transformed from peaceful to violent. Barricades at the Capitol were stormed and persons have entered the Capitol with the intent of disrupting proceedings. Protestors brought their own stink bombs and deployed them, sprayed pepper spray, and threw bricks, bottles, and bicycle racks at persons, including law enforcement officers. Both Capitol Police and Metropolitan Police Department officers have been injured. Bomb threats have been called in and shots have been fired at the Capitol.

6. Policing experience shows that violence escalates at night, and thus we are in reasonable apprehension that the already-violent crowd will become even more dangerous.

7. The health, safety, and well-being of persons within the District of Columbia are threatened and endangered by the existence of these violent actions and large crowds gathering at night, particularly when they are likely to be in close proximity, without wearing facemasks, and potentially engaged in physical altercations.

8.

9.

10.

11. I now must exercise my authority to impose a curfew, in order to protect the safety of persons and property in the District.

12. By this Order, a second public emergency is declared in the District of Columbia, and a curfew is ordered for Wednesday night, January 6, 2021, continuing until the morning of January 7, 2020.

## II. MEASURES ORDERED

1. A curfew is hereby ordered commencing at 6:00 p.m. on Wednesday, January 6, 2021 and ending at 6:00 a.m. on Thursday, January 7, 2021. The curfew shall

Case 1:21-cv-00286-CRC   Document 76-1   Filed 11/23/22   Page 4 of 4

Mayor's Order 2021-002
Page 4 of 4

apply citywide.

2. During the hours of the curfew, no person, other than persons designated by the Mayor, shall walk, bike, run, loiter, stand, ride a scooter, or motor by car or other mode of transport upon any street, alley, park, or other public place within the enumerated geographic area described above. Individuals performing essential duties or participating in essential activities as authorized by prior Mayor's Orders, including working media with their outlet-issued credentials and healthcare personnel, are exempt when engaged in essential functions.

3. During this declared second public emergency, no District government law enforcement personnel, including employees of the Metropolitan Police Department or those members of the District of Columbia National Guard activated for the District's response to the COVID-19 public health emergency may deputize any other law enforcement personnel from other local, state, or federal jurisdictions without express authorization by me.

## III. ENFORCEMENT

Any person who violates the curfew imposed by this Order may be subject to a criminal fine of up to three-hundred dollars ($300) or to imprisonment for not more than ten (10) days pursuant to Title 24, Chapter 22 of the District of Columbia Municipal Regulations (24 DCMR § 2203.4).

## IV. EFFECTIVE DATE AND DURATION

This Order shall become effective immediately and shall remain in effect until 6:00 a.m. on Thursday, January 7, 2021.

_____
MURIEL BOWSER
MAYOR

ATTEST: _____
KIMBERLY A. BASSETT
SECRETARY OF STATE OF THE DISTRICT OF COLUMBIA