← **Tweet**

 **DC Homeland Security & Emergency Management** ✓
@DC_HSEMA

Today, @MayorBowser ordered a citywide curfew for the District of Columbia from 6pm on Wednesday, January 6, until 6am on Thursday, January 7.

A Wireless Emergency Alert (WEA) message was sent to cell phones pinging in the District of Columbia this afternoon.



⚠ EMERGENCY ALERTS

**Emergency Alert**
Mayor Bowser issues a city-wide curfew for DC for Wednesday, January 6, starting at 6 p.m. until Thursday, January 7 at 6 a.m. Essential workers, including healthcare personnel and media, are exempt.

Settings

👤 Mayor Muriel Bowser and 3 others

2:57 PM · Jan 6, 2021 · Twitter for iPhone