UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:21-cr-26 (CRC) |
| | : |
| CHRISTOPHER MICHAEL ALBERTS, | : |
| | : |
| Defendant. | : |

**DECLARATION OF CONTRACT ADMINISTRATOR JACQUELINE BRYANT**

I, Jacqueline Bryant, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Contract Administrator for Free State Reporting, Inc. and I was the individual tasked by Court Reporter Roxanne Parsons with reviewing the grand jury testimony of Officer Dallan Haynes on January 11, 2021 in the case of *United States v. Christopher Alberts*, No. 21-cr-26 (CRC).

2. I reviewed the following question and answer between Officer Haynes and former Assistant United States Attorney Brandon Regan on page 8, lines 8 through 17, of the original transcript:

> Q. What led you to believe that the defendant was carrying a firearm?
>
> A. As we began to push the people out, I sighted bullets on his right hip.
>
> Q. And what did you do after you noticed the bullets on his right hip?
>
> A. I moved in behind him and went to nudge him with my – what we call baton, our big stick, and I nudged him and, while nudging him, I tapped that bulge with the end of my baton.

3. At the request of the U.S. Attorney's Office, I reviewed the audio tapes of that testimony to confirm that Officer Haynes stated that he observed "bullets" on the right hip of Christopher Alberts on January 6, 2021.

1

4.  Upon listening to the tapes, I have determined that the Transcriber inadvertently mis-transcribed the portion of testimony set forth in paragraph 2. Officer Haynes actually testified that, "As we began to push the people out, I *saw a bulge* on his right hip." AUSA Regan responded, "And what did you do after you noticed the *bulge* on his right hip?"

5.  We have amended the transcript, a copy of which is attached to this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of November, 2022.

*[signature]*

JACQUELINE BRYANT
Contract Administrator
Free State Reporting, Inc.