UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-26 (CRC) |
| : | |
| CHRISTOPHER MICHAEL ALBERTS, : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss Count Ten, and upon consideration of the entire record,

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), that the Government's motion is granted and that Count Ten of the Second Superseding Indictment, docketed at ECF No. 34, is dismissed without prejudice.

_____
CHRISTOPHER R. COOPER
United States District Judge