**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | Criminal No. 21-CR-026 (CRC) |
| CHRISTOPHER MICHAEL ALBERTS, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger

Roots, it is hereby ORDERED that the Motion is GRANTED.  Roger Roots is admitted

*pro hac vice* and may appear on behalf of Defendant Christopher Michael Alberts, in

the above-captioned matter.


Dated:_____, 2022


_____
United States District Judge