DECLARATION OF ROGER ISAAC ROOTS, ESQ.

My name is Roger Roots and I am an attorney and partner with John Pierce in the John Pierce Law firm. I write this sworn declaration, under my oath and under penalties of perjury, to attest to my extreme hardship regarding scheduling in the *United States v. Alberts* trial, scheduled to begin on Feb. 6.

I have assisted John Pierce with motion practice, extensive research and drafting of memoranda and extensive case preparation in the Alberts case. It has been our plan all along for me to be at the table with John Pierce trying this case (or perhaps even taking the lead and trying the case without John Pierce) beginning on Feb. 6.

However, a problem has emerged for me. I have been assisting an attorney named Steve Metcalf (and a defendant named Pezzola) in the ongoing Proud Boy trial (United States v. Nordeen) before Judge Kelly. Mr. Metcalf was in dire need of assistance with jury selection in early December when trial in that case was initially scheduled.

At the time I began assisting Mr. Metcalf, the Proud Boy trial was scheduled to take around 5 weeks, ending in early February. Mr. Metcalf filed a *pro hac vice* motion in December for me, which was granted. Despite anticipating that I would

only be needed for jury selection, I am now actually at the table in the Proud Boy trial.

Unfortunately, the Proud Boy trial seems to advance into the future on a daily bases, as jury selection has taken some three weeks. Opening statements finally occurred on January 12.

This poses the likelihood of pushing the end date of the Proud Boy trial into mid-February rather than early February.  I am concerned that if I am not available for the beginning of the Alberts trial, Alberts will not be able to present his best defense and there may be ineffective assistance of counsel issues.

Respectfully submitted,

*/s/ Roger I. Roots, Esq.*

Roger I. Roots Esq.