UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-26 (CRC) |
| : | |
| CHRISTOPHER MICHAEL ALBERTS, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, opposes a nine week continuance of the trial of defendant Christopher Michael Alberts and therefore opposes his Motion to Continue. As the parties will report in a forthcoming Joint Status Report, the Government is prepared to proceed with a trial on April 11, 2023 if the Court grants Mr. Alberts's motion. However, the Government respectfully opposes such a lengthy continuance.

This case has been pending since January 2021, and was initially scheduled for trial on July 25, 2022. When Mr. Alberts's former counsel sought leave to withdraw, the Court on June 24, 2022 vacated the trial date and indicated his wishes that the case proceed to trial as soon as possible. When Mr. Pierce entered his appearance on August 11, 2022, the Court continued the case to February 6, 2023, but only after Mr. Pierce set forth a list of 20 other "January 6" defendants whose representation he had previously undertaken. *See* ECF No. 64 (filed August 24, 2022). Mr. Pierce has represented *none* of those 20 defendants in a bench or jury trial to date, but has entered an appearance as counsel in at least five other "January 6" cases since his August submission. Mr. Pierce currently also is scheduled to proceed to trial on April 10, 2023, in *United States v. Michael Gianos*, No. 1:22-cr-74 (2) (JMC).

The Government has commenced preparing for the February 6, 2023 trial and has already turned over its exhibit list and shared all non-physical exhibits with Mr. Alberts.

Accordingly, the Government requests that the Court deny Alberts's motion.

Dated:   January 23, 2023                                Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

/s/ Jordan A. Konig
JORDAN A. KONIG
Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

/s/ Samuel S. Dalke
SAMUEL S. DALKE
Assistant U.S. Attorney
Middle District of Pennsylvania
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
717-515-4095
Samuel.S.Dalke@usdoj.gov