UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-26 (CRC) |
| | : | |
| CHRISTOPHER MICHAEL ALBERTS, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Christopher Michael Alberts, by and through his counsel, John Pierce (collectively, "the parties"), file this Joint Status Report in response to the Court's January 19, 2023 Minute Entry Order.

Mr. Alberts and the Government can be available for an April 11, 2023 trial date. The parties would prefer to hold the pretrial conference in person on the same date as a hearing on Mr. Alberts's suppression motion. The parties concur that a combined hearing would be appropriate shortly before the trial date.

Dated:   January 23, 2023

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

CHRISTOPHER ALBERTS
Defendant

*/s/ John M. Pierce (by permission)*
JOHN M. PIERCE
John Pierce Law, P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA  91367
213-279-7846
JPierce@johnpiercelaw.com

*/s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant U.S. Attorney
Middle District of Pennsylvania
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
717-515-4095
Samuel.S.Dalke@usdoj.gov