UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-26 (CRC) |
| : | |
| CHRISTOPHER MICHAEL ALBERTS, : | |
| : | |
| Defendant. : | |

**DEFENDANT CHRISTOPHER MICHAEL ALBERTS'S REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE**

COMES NOW, the Defendant, Christopher Michael Alberts ("Alberts"), with this reply to the Government's opposition to Alberts's motion to continue.

As mentioned in the Unopposed Motion for Two-Week Continuance of Trial, ECF No. 94, Mr. Pierce's main researcher is Emily Lambert. Ms. Lambert has become severely ill with flu-like / COVID-19 symptoms, and she has been unable to conduct the extensive research and discovery review that she is typically able to perform.

The government correctly acknowledges that Mr. Pierce is scheduled to proceed to trial on April 10, 2023, in *United States v. Michael Gianos*, No. 1:22-cr-74 (2) (JMC). However, Mr. Pierce is in the process of adding an attorney to the firm who will be prepared to handle the misdemeanor *Gianos* case if it proceeds to trial, so that Mr. Pierce will be available for Mr. Alberts's trial on April 11, 2023.

Dated: January 23, 2023

Respectfully Submitted,
/s/ John M. Pierce
John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com
(213) 279-7648
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 23, 2023, this reply was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce