**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-26 (CRC)** |
| | : | |
| **CHRISTOPHER MICHAEL ALBERTS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides its objections to the admissibility of certain exhibits contained on Defendant's 286-item Exhibit List, which was first disclosed to the Government on Wednesday, January 25, 2023 at 1:23 a.m., nine days after the Court's deadline, and less than two days before the deadline for these objections. *See* ECF No. 71 at ¶ 8.

In addition to the specific objections below, the Government provides general objections to categories of evidence listed or suggested in Defendant's Exhibit List. First, the Government objects on the basis of Fed. R. Evid. 401 and 403 to video, photographic, and documentary evidence regarding the actions of law enforcement officers whose testimony is not elicited at trial and whose conduct was not directly observed by the Defendant or in close proximity to him on January 6, 2021. Second, the Government objects under Fed. R. Evid. 401 and 802 to the introduction of video, photographic, and documentary evidence in the form of news stories, articles, and testimonials of non-testifying third parties relating to the events of January 6, 2021. Third, the Government objects on the basis of Fed. R. Evid. 401, 403, and 802 to the admission of exhibits documenting rules, policies, investigatory findings, legal briefs, correspondence, records, and historical evidence (for example, the defendant lists as exhibits law enforcement policies,

Covid restrictions, Congressional rules, and Wikipedia entries).  Fourth, the Government objects under Fed. R. Evid. 401, 403, and 802, to video, photographic, and documentary evidence of non-testifying law enforcement officers' conduct on dates other than January 6, 2021.  Fifth, the Government objects on the basis of Fed. R. Evid. 401, 403, and 404 to evidence of Defendant's character and personal characteristics.  Sixth, the Government objects on the basis of Fed. R. Evid. 401 and 403 to evidence related to the investigation and prosecution of individuals other than the defendant for wrongdoing on January 6, 2021 or on other dates.

The Government reserves the right to object to the admissibility of any of the 286 numbered exhibits and to revise and supplement its objections after reviewing the Defendant's final version of exhibits, for the following reasons.  The Defendant largely failed to comply with the Court's instruction that, "the written list of exhibits must contain a brief description of each exhibit," ECF No. 71 at ¶ 8, many of the listed exhibits have not been provided, and the names assigned to the exhibits that the Defendant did provide to the Government do not match the names contained on his exhibit list.  Accordingly, the Government has been unable to identify (and may have mis-identified) a number of the Defendant's exhibits, and reserves the right to object to those exhibits once they can be properly identified and reviewed.  The Government may also modify its objections depending on whether the exhibits are introduced on cross examination or in the defendant's case in chief.

The Government submits the following preliminary objections to Defendant's exhibits:

| _Ex. No._ | _Description of Exhibit_ | _Ground for Objection_ |
|---|---|---|
| 1 | Slideshow of Photos of Mr. Alberts  & Family or Friends | FRE 401, 403, and 404 |
| 2 | Open Source Footage of Officer misconduct | FRE 401, 403 |

| 3 | Photo of protestor injury | FRE 401, 403 |
|---|---|---|
| 4 | Bodycam footage of Officer H.F. | Objection Reserved – Government unable to identify the exhibit |
| 5 | Bodycam Footage of Officer S.S. | Objection Reserved – Government unable to identify the exhibit |
| 6 | Bodycam Footage of Officer C.M. | Objection Reserved – Government unable to identify the exhibit |
| 7 | Officers Shooting at Protestors from Above | FRE 401, 403 |
| 8 | Bodycam Footage of Officer J.B | Objection Reserved – Government unable to identify the exhibit |
| 9 | Bodycam Footage of Officer | Objection Reserved – Government unable to identify the exhibit |
| 11 | 20210106-_FIRST_AMMENDMENT_ASSEMBLY-_VERMONT_&_H_STREET_NW_ | FRE 401, 403 |
| 12 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h11min04s377ms.mp4 | FRE 401 |
| 13 | 20210106 Riot Capitol Building Bodycam Footage | Objection Reserved – Government unable to identify the exhibit |
| 14 | 20210106 First Amendment Assembly Vermont & H Street | FRE 401, 403 |
| 15 | 20210106 First Amendment 800 16th St NW | FRE 401, 403 |
| 16 | 20210106 Capitol Siege United States Capitol | Objection Reserved – Government unable to identify the exhibit |
| 17 | FELONY_APO_RIOTOUS_ACTS-US_CAPITOL_COMPLEX | FRE 401, 403 |
| 18 | 20210106_-_RIOT_-_CAPITAL_BUILDING | FRE 401, 403 |
| 19 | GO-PER-120.23 (Serious Misconduct Investigations) | FRE 401, 403, and 802 |

| 20 | GO-RAR-901.07 (Use of Force); | FRE 401, 403, and 802 |
|----|-------------------------------|-----------------------|
| 21 | GOSPT-<br>302.13 (Body-Worn Camera Program) | FRE 401, 403, and 802 |
| 22 | RAR-901-04- Less Lethal Weapons | FRE 401, 403, and 802 |
| 24 | RiotID_Guide_ENGLISH | FRE 401 and 802 |
| 25 | Impact_Munitions_Guide_ENGLISH | FRE 401 and 802 |
| 26 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | FRE 401 and 802 |
| 27 | How to Deploy Impact Munitions - Article - POLICE Magazine (1) | FRE 401 and 802 |
| 28 | covering_riot_control_in_the_united_states_0 (1) | FRE 401, 403, and 802 |
| 29 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | FRE 401, 403, and 802 |
| 30 | PepperBall-Catalog-2022_web | FRE 401, 403 |
| 31 | PEP-21006-Round-LIVE-Specs-120121 | FRE 401, 403, and 802 |
| 32 | PEP-21006-Round-LIVE-X-Specs-120121 | FRE 401, 403, and 802 |
| 33 | PEP-21006-Round-LIVE-MAXX-Specs-120121 | FRE 401, 403, and 802 |
| 34 | PEP-21006-Glass-Breaker-Specs-120121 | FRE 401, 403, and 802 |

| | | |
|---|---|---|
| 35 | Axon Body 3 Video 2021-01-06 1932- 2m 35s Edwards, Frank (3481)  X6039BAZR | FRE 401 |
| 36 | Axon Body 3 Video 2021-01-06 1923- 9m 12s Edwards, Frank (3481)  X6039BAZR | |
| 37 | Axon Body 3 Video 2021-01-06 1923- 6m 37s Edwards, Frank (3481)  X6039BAZR | FRE 401 |
| 38 | Axon Body 3 Video 2021-01-06 1923- 7m 44s Edwards, Frank (3481)  X6039BAZR | FRE 401 |
| 39 | Axon Body 3 Video 2021-01-06 1923- 21m 2s Edwards, Frank (3481)  X6039BAZR | FRE 401 |
| 40 | Axon Body 3 Video 2021-01-06 1923- 27m 6s Edwards, Frank (3481)  X6039BAZR | FRE 401 |
| 41 | Axon Body 3 Video 2021-01-06 1923- 1h 44m Edwards, Frank (3481)  X6039BAZR | FRE 401 |
| 42 | 0906_USCD_LA_South_Dome_-_2021-01-06_18h40min15s.mp4 | FRE 401 |
| 43 | 0906_USCD_LA_South_Dome_-_2021-01-06_19h00min15s.mp4 | FRE 401 |
| 44 | 0906_USCD_LA_South_Dome_-_2021-01-06_20h20min15s.mp4 | FRE 401 |
| 45 | 0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_18h45min34s.mp4 | |
| 46 | 0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_19h01min40s.mp4 | FRE 401 |
| 47 | 0940_QNW_00_NJ_&_Con_NW_-_2021-01-06_18h50min42s.mp4 | FRE 401 |
| 48 | 1037_RSOB_RF_Southwest_Roof_-_2021-01-06_18h46min00s.mp4 | FRE 401 |
| 49 | 3113_RHOB_RF_Southeast_Roof_-_2021-01-06_20h23min56s.mp4 | FRE 401 |

| 50 | 3168_RHOB_RF_South_Roof_Center_-_2021-01-06_20h18min30s.mp4 | FRE 401 |
|---|---|---|
| 51 | 3454_CHOB_RF_Northwest_Roof_-_2021-01-06_18h40min01s.mp4 | FRE 401 |
| 52 | PEP-21006-VXR-LIVE-Specs | FRE 401, 403 and 802 |
| 53 | PEP-21006-VXR-LIVE-X-Spec-Sheet | FRE 401, 403 and 802 |
| 54 | 3454_CHOB_RF_Northwest_Roof_- | FRE 401 |
| 55 | _2021-01-06_19h00min01s.mp4 | FRE 401 |
| 56 | 7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_18h40min01s.mp4 | FRE 401 |
| 57 | 7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_19h00min01s.mp4 | FRE 401 |
| 58 | 20210106-FIRST_AMENDMENT-800_16TH_ST_NW | FRE 401, 403 |
| 59 | Letter from VP Pence | |
| 60 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | FRE 401, 403, and 802 |
| 61 | CAPITOL POLICE FIRED EXPLODING FLASH GRENADE INTO CROWD on Jan. 6 of Men, Women, Children | FRE 401, 403 and 901 |

| 62 | January 6_ Black Bloc Enters Capitol First | FRE 401, 403 and 901 |
| --- | --- | --- |
| 63 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | FRE 401 and 403 |
| 64 | Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th. | FRE 401, 403, and 802 |
| 65 | 120_21re- Disciplinary Procedures and Processes | FRE 401, 403, and 802 |
| 66 | 201_31re - Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802 |
| 67 | EO_20_021- Coronavirus 2019 Guidance on Calls for Service | FRE 401, 403, and 802 |
| 68 | EO-20-027- Coronavirus 2019: Remote OPC Appearances and Electronic Submission Procedures | FRE 401, 403, and 802 |
| 69 | EO-20-044- Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 | FRE 401, 403, and 802 |

| 70 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802 |
|---|---|---|
| 71 | GO–OPS–204.06- Victim/Witness Services | FRE 401, 403, and 802 |
| 72 | GO – SPT – 204.01- Media | FRE 401, 403, and 802 |
| 73 | PER-201.29- Police Officer Initial Training Program | FRE 401, 403, and 802 |
| 74 | GO-PER-201.08- Outside Training Program | FRE 401, 403, and 802 |
| 75 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802 |
| 76 | 16-013- Senior Law Enforcement Officer Emergency Act of 2016 | FRE 401, 403, and 802 |
| 77 | 17-015- Selection Criteria for Field Training Officers | FRE 401, 403, and 802 |
| 78 | 18-003- Field Training Officer Compensation | FRE 401, 403, and 802 |
| 79 | 20-003- Disciplinary Procedure Updates | FRE 401, 403, and 802 |
| 80 | EO-21-013- Coronavirus 2019: Modified Phase Two of Washington, DC Reopening | FRE 401, 403, and 802 |
| 81 | EO-21-014- MPD Email Requirements | FRE 401, 403, and 802 |
| 82 | EO-21-019- Self-Directed Learning (SDL) Program | FRE 401, 403, and 802 |
| 83 | EO-21-027- Rank Insignia | FRE 401, 403, and 802 |
| 84 | GO – PER – 201.32- Policing for Prevention: High Visibility Deployment of Sworn Personnel | FRE 401, 403, and 802 |
| 85 | EO-21-032- Off-Duty Service Firearms and Police Action | FRE 401, 403, and 802 |
| 86 | 5822Ex 71- 99630-Proud-Boys-Undercover-FBI-Informant-reports-live-from-on-site-January-6 | FRE 401 and 403 |
| 87 | EO-22-002- Ballistic Shield Deployment | FRE 401, 403, and 802 |
| 88 | EO-22-010- Regular or Continuous Associations and Involvements | FRE 401, 403, and 802 |

| 89 | GO – PER – 201.22- Fire and Police Disciplinary Action Procedure Act of 2004 | FRE 401, 403, and 802 |
|---|---|---|
| 90 | GO - PER - 120.23- Serious Misconduct Investigations | FRE 401, 403, and 802 |
| 91 | OMA-101-00- Directives System | FRE 401, 403, and 802 |
| 92 | OMA-101-03- Organization, Authority, and Rules of the Metropolitan Police Department Reserve Corps | FRE 401, 403, and 802 |
| 93 | OMA-101-09- Duties and Responsibilities of Sworn Officials | FRE 401, 403, and 802 |
| 94 | OMA-101-10- Organization of the Metropolitan Police Department (MPD) | FRE 401, 403, and 802 |
| 95 | PER-101-12- Senior Police Officers | FRE 401, 403, and 802 |
| 96 | PER-110-11- Uniform, Equipment, and Appearance Standards | FRE 401, 403, and 802 |
| 97 | OMA- 120 24- Revocation/Restoration of Police Powers | FRE 401, 403, and 802 |
| 98 | PER-120-25- Processing Complaints Against Metropolitan Police Department Members | FRE 401, 403, and 802 |
| 99 | PER-120-29- Professional Conduct and Intervention Board | FRE 401, 403, and 802 |
| 100 | PER-201-01- Non-Uniformed Assignments | FRE 401, 403, and 802 |
| 101 | GO- 201 3- Grievance Procedures | FRE 401, 403, and 802 |
| 102 | GO- 201-04- Special Assignment Positions | FRE 401, 403, and 802 |
| 103 | GO- 201-11- Transfers and Changes in Assignments | FRE 401, 403, and 802 |
| 104 | GO- 201-18- Detail Assignments | FRE 401, 403, and 802 |
| 105 | PER-201-19- Employee Personnel Records | FRE 401, 403, and 802 |
| 106 | PER-201-20- Performance Management and Development | FRE 401, 403, and 802 |

| 107 | GO-PER-201.21- Limitations on Work Hours | FRE 401, 403, and 802 |
|-----|-------------------------------------------|------------------------|
| 108 | PER-201-26- Duties, Responsibilities and Conduct of Members of the Department | FRE 401, 403, and 802 |
| 109 | PER-201-27- Master Patrol Officer Program | FRE 401, 403, and 802 |
| 110 | GO-201-28- Metropolitan Police Employee Assistance Program ( MPEAP) | FRE 401, 403, and 802 |
| 111 | PER 201 33- Field Training Program | FRE 401, 403, and 802 |
| 112 | RAR-201-36- Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics | FRE 401, 403, and 802 |
| 113 | 0901_USCD_LA_Dome_South_-_2021-01-06_20h20min02s.mp4 | FRE 401 |
| 114 | 20210106 - RIOT - US CAPITOL- 6m 4s Bogner, William (8740) X6030478K | FRE 401, 802 |
| 115 | OMA 203 02- Displaying and Handling of the United States Flag | FRE 401, 403, and 802 |
| 116 | 2021-R-00386_Expenditures | FRE 401, 403, and 802 |
| 117 | NEWSMAX_ Feds Caught, On Video, Attacking Capitol On J6 | FRE 401, 403, and 901 |
| 118 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | FRE 401 and 403 |
| 119 | GO-205-03- Records Retention and Disposition | FRE 401, 403, and 802 |
| 120 | GO-207-01- Clearance Procedures | FRE 401, 403, and 802 |
| 121 | OPR Interview with Inspector Robert Glover | FRE 401 and 403 |
| 122 | OPS-301-02- Patrol Special Mission Units | FRE 401, 403, and 802 |
| 123 | OPS-301-09- Police Bikes | FRE 401, 403, and 802 |
| 124 | SPT 302 01- Calls for Service | FRE 401, 403, and 802 |

| | | |
|---|---|---|
| 125 | SPT-302-02- Radio Broadcasts and Look-outs | FRE 401, 403, and 802 |
| 126 | GOC-07-05- GO-PER-120.21 (Disciplinary Procedures and Processes) | FRE 401, 403, and 802 |
| 127 | GOC-14-01 [GO-OMA-101.09 (Duties and Responsibilities of Sworn Officials)] | FRE 401, 403, and 802 |
| 128 | GOC-17-01 [GO-PER-120.21 (Disciplinary Procedures and Processes)] | FRE 401, 403, and 802 |
| 129 | PER 100 11- Medical Services | FRE 401, 403, and 802 |
| 130 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | FRE 401, 403, and 802 |
| 131 | 20210106-CPWL-CAPITOL- 24m 33s Haynes, Dallan (11215)  X6039BH6K | |
| 132 | 20210106-CDU-CAPITOL- 3m 57s Haynes, Dallan (11215)  X6039BH6K | FRE 401 |
| 133 | 20210106-CDU-CAPITOL-29m 35s Haynes, Dallan (11215)  X6039BH6K | |
| 134 | 20210106-CDU-CAPITOL- 36m 36s Haynes, Dallan (11215)  X6039BH6K | |
| 135 | Bloody guy.mp4 | FRE 401 and 403 |
| 136 | Firing Rubber Bullets from above.mp4 | FRE 401 and 403 |
| 137 | rubber bullets from above 2.mp4 | FRE 401 and 403 |
| 138 | BWC Camera Footage 2021-01-08 2218 - PROTESTS - 900 11th St NW Molinari, Michael (9322)      X6039B7BM 08 Jan 2021 22:18:13  8m 9s | FRE 401, 403, and 802 |
| 139 | BWC Camera Footage 2021-01-07 Contact -1ST AMENDMENT PROTEST US CAPITOL POOL SIDE 1 Hunter, Aaron (7233)      X6039BFKP   07 Jan 2021 17:27:37  5m 17s | FRE 401, 403, and 802 |
| 140 | BWC Camera Footage 20210107 - STOP - 200 PA AVE NW          Terry, John (8138)     X6039BKA0   07 Jan 2021 11:55:35 4m 18s | FRE 401, 403, and 802 |

| 141 | BWC Camera Footage<br>01072021 627 H St NW Curfew Violation     Suggs,<br>Philip (4159)  X6039BKW4  07 Jan 2021 01:17:03<br>5m 60s | FRE 401, 403, and 802 |
|-----|---|---|
| 142 | BWC Camera Footage<br>20210107 - Mass Processing - 4665 Blue Plains Dr<br>SW     Watson, Marcus (11848)     X6032932M<br>07 Jan 2021 00:09:47 2m 36s | FRE 401, 403, and 802 |
| 143 | BWC Camera Footage<br>20210107 FIRST AMENDMENT ASSEMBLY<br>14TH AND H STREET NW<br>Officer A.Z. X6039BJDN     06 Jan 2021 23:47:27<br>12m 4s | FRE 401 and 403 |
| 144 | BWC Camera Footage<br>20210106 FIRST AMENDMENT ASSEMBLY<br>14TH AND H STREET NW  Wheeler, Leslie (8725)<br>X6039BJE8     06 Jan 2021 23:47:25  11m 59s | FRE 401 and 403 |
| 145 | BWC Camera Footage<br>20210106-CURFEW-900 10TH ST NW     Wolf,<br>Garrett (10484)     X6039BH50  06 Jan 2021<br>23:36:11     2m 4s | FRE 401 and 403 |
| 146 | BWC Camera Footage<br>20210107 - RIOT - H DTREET NE  Weinfeld,<br>Savyon (6114)X6039BGLZ  06 Jan 2021 23:34:13<br>12m 37s | FRE 401 and 403 |
| 147 | BWC Camera Footage<br>20210106 - RIOT - CAPITAL BUILDING  Foulds,<br>Henry (11401)     06 Jan 2021 13:29:49<br>1h 25m | FRE 401 and 403 |
| 148 | BWC Camera Footage<br>20210106-FELONY APO/RIOTOUS ACTS-US<br>CAPITOL COMPLEX<br>Sajumon, Steven (11834)     06 Jan 2021 16:24:07<br>1h 44m | FRE 401 and 403 |
| 149 | BWC Camera Footage<br>20210106- RIOTOUS ACTS- US CAPITAL<br>COMPLEX Moore, Carter (12094)     06 Jan<br>2021 17:01:40 17m 46s | FRE 401 and 403 |
| 150 | BWC Camera Footage<br>20210106- RIOTOUS ACTS- US CAPITAL<br>COMPLEXMoore, Carter (12094)   X6039BF8M<br>06 Jan 2021 16:22:27  18m 3s | FRE 401 and 403 |
| 151 | BWC Camera Footage | FRE 401 and 403 |

| | 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523)<br>06 Jan 2021 16:33:28  44m 10s | |
|---|---|---|
| 152 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523) X6039BD07<br>06 Jan 2021 15:13:52 31m 25s | FRE 401 and 403 |
| 153 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523) 06 Jan  2021 13:39:47          1h 33m | FRE 802 (audio) |
| 154 | 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523) 06 Jan 2021 13:02:58          35m 6s | FRE 802 (audio) |
| 155 | 20210106 - Riot  - US Capital Bldg- Coley, Travis (7713)          06 Jan 2021 13:29:40 1h 13m | FRE 802 (audio) |
| 156 | HSGAC&RulesFullReport_ExaminingU.S.CapitolAttack | FRE 401, 403, and 802 |
| 157 | PXL_20210730_151916286 | Objection Reserved –<br>Government unable to identify the exhibit |
| 158 | RM-53211-Crowd-and-Riot-as-of-1298 | FRE 401, 403 and 802 |
| 159 | 579168257-3-Person-Ten-Interview-Proposed-Redactions-Gov-Suggestions-Accepted | FRE 401, 403, and 802 |
| 160 | HSC 801 02 Demonstrations Directed at Foreign Governments | FRE 401, 403, and 802 |
| 161 | BWC Camera Footage<br>Foulds, Henry (11401)<br>Title: 20210106 - RIOT - CAPITAL BUILDING ID:21002555 Video Length: 1:55:21-Starts at 4:10 pm | FRE 401 and 403 |
| 162 | BWC Camera Footage<br>H. F.<br>Title: 20210106 - RIOT - CAPITAL BUILDING ID: 21002555 Jan 6, 2021 3:53 PM | FRE 401 and 403 |
| 163 | Elijah Schaffer Open Source Video | |
| 164 | Stephen Horn Open Source Video 1 | |
| 165 | Stephene Horn Open Source Video 2 | |

| 166 | Stephene Horn Open Source Video 3 | FRE 401 and 403 |
|---|---|---|
| 167 | Stephene Horn Open Source Video 4 | FRE 401 and 901 |
| 168 | Parler Video 1 | |
| 169 | Stephene Horn Open Source Video 5 | FRE 401 and 403 |
| 170 | Ford Fischer Video 1 | |
| 171 | Ford Fischer Video 2 | |
| 172 | Stephene Horn Open Source Video 6 | |
| 173 | Stephene Horn Open Source Video 7 | |
| 174 | Free State Will Open Source | FRE 401 and 403 |
| 175 | | Objection Reserved – Government unable to identify the exhibit |
| 176 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL Bagshaw, Jason (6640)   X6039BLAL | FRE 401, 403 |
| 177 | https://rumble.com/vcjxnp-shocking-new-video-capitol-police-appear-to-just-let-protesters-into-buildi.html | FRE 401, 403, and 802 |
| 178 | BWC Camera Footage- 20210106-FIRST AMENDMENT-800 16TH ST NW ID : 21001920, 21002550  X6039BGXT | FRE 401, 403 |
| 179 | https://rumble.com/vchzin-capitol-police-appear-to-remove-fence-barrier-containing-protestors.html | FRE 401 and 403 |
| 180 | Photo of Stop Pence and Trump Protest Flyer | FRE 401 and 403 |
| 181 | BWC Footage 20210106-FIRST AMENDMENT-800 16TH ST NW Off. D.B. X6039BGXT | FRE 401, 403 |
| 182 | Article Real Clear Investigations | FRE 401, 403, and 802 |

| 183 | BWC Footage<br>20210106- FIRST AMMENDMENT ASSEMBLY-VERMONT<br>Officer T.A.  X6039B98K | FRE 401, 403 |
| 184 | Schedule for Wednesday January 6th 2021 | FRE 802 and 901 |
| 185 | Hayes and Tilden Photo | FRE 401, 403, 802 and 901 |
| 186 | Hayes and Tilden Article Wikipedia | FRE 401, 403, and 802 |
| 187 | 20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX<br>Off. S.S. X6039BJ8Z | |
| 188 | Raz_of_the_CHAZ's_Livestream_Where_He_&_His_Henchmen_Attack,_Follow | Objection Reserved – Government unable to identify the exhibit |
| 189 | The Capitol Riot：As it Happened [_6uSYhyFao4] | Objection Reserved – Government unable to identify the exhibit |
| 190 | Biggs and Rufio not talking about the Capitol cut | FRE 401, 403, 802 |
| 191 | Capitol_Police_Appear_to_Remove_Fence_Barrier_Containing_Protestors | FRE 401, 403 |
| 192 | final_report_of_investigation_real | FRE 401, 403, and 802 |
| 193 | Woman Using Walkie Talkie | FRE 401, 403 and 901 |
| 194 | Shocking_New_Video_Capitol_Police_Appear_To_Just_Let_Protesters | FRE 401 and 403 |
| 195 | Mob storming the Capitol with no Instructions from PB's | Objection Reserved – Government unable to identify the exhibit |
| 196 | photo_2023-01-09_15-22-32 | FRE 401, 403 and 901 |
| 197 | photo_2023-01-09_15-22-15 | FRE 401, 403 and 901 |
| 198 | 20210106 - RIOT - US CAPITOL- 1h 16m<br>Bogner, William (8740) X6030478K | FRE 401 |
| 199 | 20210106 - RIOT - US CAPITOL- 33m 40s<br>Bogner, William (8740) X6030478K | FRE 401 |

| 200 | 20210106 - RIOT - US CAPITOL- 1h 20m<br>Bogner, William (8740) X6030478K | FRE 401 |
| 201 | 20210106 - RIOTING - US CAPITOL- 2h 18m<br>Carrion, Ricardo (7058) X6039BL20 | FRE 802 (audio) |
| 202 | 20210106-FIRST AMENDMENT ASSEMBLY-100<br>FIRST ST- 2m 47s<br>Carrion, Ricardo (7058) X6039BL20 | FRE 401, 403, and 802 |
| 203 | 210106-FELONYRIOT-USCAPITOL- 2h 9m<br>Bennett, Dallas (11640)  X6039BJ4E | |
| 204 | 0944_USCS_RF_West_Roof_-_2021-01-<br>06_18h03min53s.mp4 | |
| 205 | rules.senate.gov/rules-of-the-senate | FRE 401, 403, and 802 |
| 206 | govinfo.gov/app/collection/SMAN | FRE 401, 403, and 802 |
| 207 | https://www.govinfo.gov/app/details/GPO-RIDDICK-1992/GPO-RIDDICK-1992-1/context | FRE 401, 403, and 802 |
| 208 | CAPVID_00002_ABQ Raw 9 minute youtube.com<br>watch v=oYxKioXhve0.mp4 | |
| 209 | https://www.senate.gov/legislative/cloture/clotureCounts.htm | FRE 401, 403, and 802 |
| 210 | The Legislative Process on the Senate Floor: An<br>Introduction | FRE 401, 403, and 802 |
| 211 | The Office of the Parliamentarian in the House and<br>Senate | FRE 401, 403, and 802 |
| 212 | The Legislative Process: Overview (Video) | FRE 401, 403, and 802 |
| 213 | How Our Laws Are Made | FRE 401, 403, and 802 |
| 214 | https://www.senate.gov/about/powers-<br>procedures/filibusters-cloture/resources.htm | FRE 401, 403, and 802 |
| 215 | 210106-CONTACT-<br>1100PENNSYLVANIAAVENW- 4m 57s<br>Bennett, Dallas (11640)  X6039BJ4E | FRE 401, 403, and 802 |
| 216 | 20210106- CPWL, FELONY RIOT, CURFEW- US<br>CAPITOL- 31m 34s<br>Robinson, Philip (9513)  X6039BKDK | |

| 217 | 20210106- FELONY RIOT- US CAPITOL- 1h 34m<br>Robinson, Philip (9513)  X6039BKDK | |
|-----|-----------------------------------------------------------------------------------|---|
| 218 | 20210106- FELONY RIOT- US CAPITOL- 18m 15s<br>Robinson, Philip (9513)  X6039BKDK | |
| 219 | 20210106- FELONY RIOT FIRST AMENDMENT-<br>US CAPITOL-19m 53s<br>Robinson, Philip (9513)  X6039BKDK | FRE 401, 403 |
| 220 | Axon Body 3 Video 2021-01-06 1918- 1h 0m<br>Smith, Jeffrey (8739)  X6039BCZM | |
| 221 | Unknown_202101061258_WFC1012292_37363435.<br>mpeg | Objection Reserved –<br>Government unable to identify<br>the exhibit |
| 222 | Unknown_202101061317_WFC1012292_37365769.<br>mpeg | Objection Reserved –<br>Government unable to identify<br>the exhibit |
| 223 | 20210106 - FELONY RIOT - US CAPITOL<br>Off. L.M L.M  X6039BHJ1 | FRE 401, 403 |
| 224 | photo_2023-01-09_14-57-19 | FRE 401, 403 |
| 225 | People_at_CHAZ_Say_There_are_No_White_Supre<br>macists_There_iCYYMFbypZ4 | FRE 401, 403, and 802 |
| 226 | People Removing Barriers- Unverified to be PB | FRE 401, 403 |
| 227 | Axon Body 3 Video 2021-01-06 1918- 2h 10m<br>Smith, Jeffrey (8739)  X6039BCZM | |
| 228 | Axon Body 3 Video 2021-01-06 1918- 43m 5s<br>Smith, Jeffrey (8739)  X6039BCZM | FRE 401, 403 |
| 229 | 20210106-Riot-capitol building- 1h 0m<br>Nevel, Dustin (6293)  X60399001 | |
| 230 | 20210106-Riot-capitol building- 1h 47m<br>Nevel, Dustin (6293)  X60399001 | |
| 231 | Open Source Video Protestors 1 | |
| 232 | Open Source Video Protestors 2 | FRE 401, 403 |
| 233 | Open Source Video Protestors 3 | FRE 401, 403 |

| 234 | 20210106 - FELONY RIOT - US CAPITOL<br>Officer L.M  X6039BHJ1<br>32m 59s | FRE 401, 403 |
|---|---|---|
| 235 | 20210106 - FELONY RIOT - US CAPITOL<br>Officer L.M  X6039BHJ1<br>25m 5s | FRE 401, 403 |
| 236 | 20210106 - FELONY RIOT - US CAPITOL<br>Officer L.M  X6039BHJ1<br>1h 39m | FRE 401, 403 |
| 237 | 20210106 - CAPITOL SIEGE - UNITED STATES<br>CAPITOL<br>Officer J.B. X6039BLAL<br>3h 24m | FRE 401, 403 |
| 238 | 20210106 - CAPITOL SIEGE - UNITED STATES<br>CAPITOL 1h 16m<br>Officer J.B. X6039BLAL | FRE 401, 403 |
| 239 | 20210106- RIOTOUS ACTS- US CAPITAL<br>COMPLEX<br>Officer C.M X6039BF8M<br>17m 46s | FRE 401 |
| 240 | 20210106- RIOTOUS ACTS- US CAPITAL<br>COMPLEX<br>Officer C.M X6039BF8M<br>18m 3s | FRE 401, 403 |
| 241 | 2021-01-06 uscp riot<br>Officer D.T X6039B83Q<br>9m 43s | FRE 802 (audio) |
| 242 | 2021-01-06 uscp riot<br>Officer D.T X6039B83Q<br>23m 58s | FRE 802 (audio) |
| 243 | 2021-01-06 USCP Riot-Stinger<br>Officer D.T X6039B83Q | FRE 401, 802 |
| 244 | 2021-01-06 USCP riot<br>Officer D.T X6039B83Q | FRE 401 |
| 245 | 2021-01-06 uscp riot- SKAT<br>Officer D.T X6039B83Q | FRE 401, 403 |
| 246 | 2021-01-06 USCP riot-Mechanical<br>Officer D.T X6039B83Q | FRE 802 (audio) |
| 247 | HAU 3RD VIDEO - 2021-01-06 USCP RIOT ECD<br>DEPLOYM<br>Officer D.T X6039B83Q | FRE 802 (audio) |
| 248 | THAU 2ND VIDEO - 2021-01-06 uscp RIOT<br>Officer D.T X6039B83Q | FRE 401, 802 |

| 249 | 2021-01-06 USCP RIOTS<br>Officer D.T X6039B83Q | FRE 401, 802 |
|---|---|---|
| 250 | THAU 1ST VIDEO - 2021-01-06 USCP RIOTS<br>Officer D.T X6039B83Q | FRE 401, 802 |
| 251 | 20210106-Riot-capitol building- 24m 29s<br>Nevel, Dustin (6293)  X60399001 | FRE 401 |
| 252 | 20210106-Riot-capitol building- 13m 32s<br>Nevel, Dustin (6293)  X60399001 | FRE 401 |
| 261 | 0924 USCG 00 ST22 Exterior - 2021-01-06_21h40min12s. | FRE 401 |
| 262 | 0924 USCG 00 ST22 Exterior - 2021-01-06_22h00min12s. | FRE 401 |
| 263 | 0924 USCG 00 ST22 Exterior - 2021-01-06_21h20min12s | FRE 401 |
| 264 | 0924 USCG 00 ST22 Exterior - 2021-01-06_21h00min49s | FRE 401 |
| 265 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h43min24s | FRE 401 |
| 266 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s | FRE 401 |
| 267 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s.m | FRE 401 |
| 268 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s.m | FRE 401 |
| 269 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h06min24s. | FRE 401 |
| 270 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h06min24s.m | FRE 401 |
| 271 | 0924 USCG 00 ST22 Exterior - 2021-01-06_19h32min56s.m | |
| 272 | 0924 USCG 00 ST22 Exterior - 2021-01-06_19h32min56s. | |

| 273 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h40min01s. | FRE 401 |
| 274 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h00min01s.m | FRE 401 |
| 275 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h20min01s. | FRE 401 |
| 276 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h40min01s. | FRE 401 |
| 277 | 0924 USCG 00 ST22 Exterior - 2021-01-06_18h00min01s. | FRE 401 |
| 278 | 0924 USCG 00 ST22 Exterior - 2021-01-06_18h00min01s. | FRE 401 |
| 279 | 0924 USCG 00 ST22 Exterior - 2021-01-06_18h20min01s. | |
| 280 | 0924 USCG 00 ST22 Exterior - 2021-01-06_18h40min01s. | |
| 281 | 0924 USCG 00 ST22 Exterior - 2021-01-06_18h59min10s. | |
| 282 | 0924 USCG 00 ST22 Exterior - 2021-01-06_19h16min11s. | |
| 283 | 0924 USCG 00 ST22 Exterior - 2021-01-06_19h32min56s. | |
| 284 | 0924 USCG 00 ST22 Exterior - 2021-01-06_19h49min39s. | FRE 401 |
| 285 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h06min24s. | FRE 401 |
| 286 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s. | FRE 401 |

Dated:   January 26, 2023

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant U.S. Attorney
Middle District of Pennsylvania
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
717-515-4095
Samuel.S.Dalke@usdoj.gov

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Supervisory Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C.  20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov