UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
   v.                             :   Case No. 21-cr-26 (CRC)
                                  :
CHRISTOPHER MICHAEL ALBERTS,      :
                                  :
   Defendant.                     :

# VERDICT FORM

**Count One:   Civil Disorder**

_____              _____
Guilty                             Not Guilty


**Count Two:   Assaulting, Resisting, or Impeding Certain Officers**

_____              _____
Guilty                             Not Guilty


**Count Three: Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon or Firearm**

_____              _____
Guilty                             Not Guilty

If you have marked Guilty as to Count Three above, proceed to Count Four.  If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____              _____
Guilty                             Not Guilty

**Count Four:   Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon or Firearm**

_____                           _____
Guilty                                                          Not Guilty

If you have marked Guilty as to Count Four above, proceed to Count Five.  If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                           _____
Guilty                                                          Not Guilty

**Count Five:   Engaging in Physical Violence in a Restricted Building or Grounds**

_____                           _____
Guilty                                                          Not Guilty

**Count Six:    Unlawful Possession of a Firearm on Capitol Grounds or Buildings**

_____                           _____
Guilty                                                          Not Guilty

**Count Seven:  Disorderly Conduct in a Capitol Building or Grounds**

_____                           _____
Guilty                                                          Not Guilty

**Count Eight:  Act of Physical Violence in the Capitol Grounds or Building**

_____                                  _____
Guilty                                                          Not Guilty

**Count Nine:  Carrying a Pistol Without a License Outside Home or Place of Business**

_____                                  _____
Guilty                                                          Not Guilty


3

Dated this _____ day of April, 2023

_____
FOREPERSON