21-CR-26 (LEC)

United States of America

vs.

Christopher Alberts

~~Civil/~~Criminal No.

Government ☑
~~Plaintiff~~ ☐
~~Defendant~~ ☐
Joint ☐
~~Court~~ ☐

April 5, 2023 Suppression Hearing Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | No Firearm Sign | 4/5/23 | 4/5/23 | Officer Dallan Haynes | ✗ |
| 2 | No Firearm Sign - Street | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 3 | Capitol Jurisdiction Map | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 4 | Capitol Grounds Map 11/6/21 | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 5 | Haynes BWC 6:33pm - 6:30pm | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 6 | Panut-H1 Stream Labs Open Source | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 7 | Screengrab from Exhibit 6 | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 8 | Smith BWC | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 9 | Screengrab from Smith BWC | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |
| 10 | Haynes BWC | 4/5/23 | 4/5/23 | Officer Dallan Haynes | |