UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No.:  21-CR-026 (CRC)

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                                                    Case No.  21-cr-026 (CRC)
CHRISTOPHER MICHAEL ALBERTS
    Defendant.
_____/

## ALBERTS NOTICE OF EXPERT WITNESS DICK HELLER

COMES NOW, Defendant, CHRISTOPHER MICHAEL ALBERTS, (hereinafter, "Defendant" or "Alberts"), by and through undersigned counsel, with this notice of an expert witness, Dick Heller.

Dick Heller's name will be forever linked to the landmark Supreme Court ruling which bears his name, *District of Columbia v. Heller*, 554 U.S. 570 (2008). Heller is an expert on D.C. politics, D.C. community culture, the Second Amendment and D.C. gun regulation and culture. Heller's expert testimony will support defendant Alberts' Second Amendment and necessity defenses regarding the firearm counts in the indictment.

The Heller Foundation is a non-partisan educational organization approved by the Internal Revenue Service as a public foundation operating under Section 501(c)(3) of the Internal Revenue code. The Heller Foundation does not endorse, support, or oppose candidates or proposed legislation. Contributions to the Heller Foundation by individuals, corporations, and foundations are tax deductible.

Dick is a nationally known 2nd Amendment advocate and a proud citizen of the United States of America. Heller's most recent gun case is entitled Heller II v. DC, a follow-up to the

victorious Heller v. DC case of 2008 that overturned the 1976 DC Gun Ban and opened the door for nearly 100 new gun cases nationwide in the first year after that Magnificent Justice Antonin Scalia Supreme Court Decision.

Heller became interested in 2nd Amendment Liberties when his house was shot up – once through his living room window and once in the front door – in the 1970's at his residence on the nation's Capitol Hill. He realized that the 1976 DC Gun Ban was disarming good citizens yet criminals were still bearing arms. Heller did not find the situation to be moral, safe, or constitutional and realized that  – –

"Doing nothing was no longer an option !"

Heller advocated for gun-rights as a citizen and as DC Armed Special Police Officer. Ironically, when Heller v. DC was filed – formerly known as Parker vs. DC – he was working at the Supreme Court Annex – Thurgood Marshall Federal Judicial Center.

In addition to his commitment to 2nd Amendment Freedoms, Heller is actively involved in the DC Community. In 1984, he founded the "Children's Birthright Trust Fund" – a charity that supports and raises funds for youth projects, such as computer access – and has taught classes on entrepreneurship in both DC public schools and DC housing projects. He has also served as the Treasurer of The DC Libertarian Party from 2004 until 2011 and was actively involved with Dr. Ron Paul's two Presidential Bids – Libertarian and Republican.

Before his time as a 2nd Amendment proponent, he worked his way through Montgomery College in Silver Spring, MD (earning an AA in Engineering) and completed one year of MBA studies in London's Kingston Polytech. His previous jobs consisted of: Bank Teller, Data Technician at NASA-Greenbelt, IT Consultant for TYMnet, and Stockbroker.

Prior to attending Montgomery College, Heller served in the Army. He was a Paratrooper in the 101st Airborne Division and also a Sky Diver at Fort Campbell, KY. Heller's childhood, growing up in a Navy and then an Army family, consisted of frequent travels across the U.S. and abroad prior to his graduation from Manteca High School in Manteca, California. Heller has four brothers and was born in San Diego, CA.

Dated: April 8, 2023

Respectfully Submitted,

*/s/ John M. Pierce*

John M. Pierce

John Pierce Law, P.C.

21550 Oxnard Street

3rd Floor,

PMB 172 Woodland Hills, CA 91367

jpierce@johnpiercelaw.com

(213) 279-7648

Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.