## Konig, Jordan A. (TAX)

| | |
|---|---|
| **From:** | Dalke, Samuel S. (USAPAM) |
| **Sent:** | Friday, January 13, 2023 3:25 PM |
| **To:** | John Pierce; ryan██@gmail.com |
| **Cc:** | Konig, Jordan A. (TAX) |
| **Subject:** | Christopher Alberts Request/Reminder for Reciprocal Discovery |

Mr. Pierce,

I believe a request for reciprocal discovery was submitted previously in *U.S. v. Alberts*, 21-cr-026 (DDC), but just in case the request slipped through the cracks or as a reminder:

The government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure. In accordance with that Rule, please provide the following: (1) the opportunity to inspect and to copy or photograph any books, papers, documents, data, photographs, tangible objects, buildings or places that are within the defendant's possession, custody or control and which the defendant intends to use in the defendant's case-in-chief at trial; (2) the opportunity to inspect and copy or photograph the results or reports of any physical or mental examinations and of any scientific test or experiment if the item is within the defendant's possession, custody and control and the defendant intends to use the item in the defendant's case-in-chief at trial or intends to call the witness who prepared the report and the report relates to the witness's testimony; and, (3) a written summary of any testimony that the defendant intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence. Please note that, according to Rule 16(b)(1)(C), "the summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications."

Finally, pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, the government requests the defense produce for the examination and use of the government, a copy of any statement within the possession of the defendant and his attorney that relates to the subject matter of any defense witness's testimony.

Thank you,

Sam

**Samuel S. Dalke**
**Assistant United States Attorney**
United States Attorney's Office
Middle District of Pennsylvania
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754
samuel.s.dalke@usdoj.gov
██████ (p)
██████ (c)
██████ (f)