# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**

_____

        **Government**

        **v.**                                                               **Criminal Case No.: 21-cr-026 (CRC)**

**Christopher Alberts**

_____

        **Defendant**

## TRIAL EXHIBITS FOR THE UNITED STATES OF AMERICA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| **100 Series** | **BODY-WORN CAMERA FOOTAGE** | | | |
| 101 | Body Worn Camera footage from MPD Officer William Bogner, X6030478K, 2:03 - 2:04 pm | | | |
| 102 | Body Worn Camera footage from MPD Officer Ricardo Carrion, X6039BL20, 3:43 - 3:45 pm | | | |
| 103 | Transcript for Body Worn Camera footage from MPD Officer Ricardo Carrion, X6039BL20, 3:43 - 3:45 pm | | | |
| 104 | Body Worn Camera footage from MPD Officer Dallas Bennett, X6039BJ4E, 3:45 - 4:01 pm | 4-14-2023 | 4-14-2023 | Ofc. Dallas Bennett |
| 105 | Transcript for Body Worn Camera footage from MPD Officer Dallas Bennett, X6039BJ4E, 3:45 pm – 4:01 pm | 4-17-2023 | | Christopher Alberts |
| 106 | Body Worn Camera footage from MPD Officer Dallan Haynes, X6039BH6K, 5:41 pm | | | |
| 107 | Body Worn Camera footage from MPD Officer Dallan Haynes, X6039BH6K, 6:33 – 6:36 pm | | | |
| 108 | Body Worn Camera footage from MPD Officer Philip Robinson, X6039BKDK, 7:17 – 7:29 pm | 4-12-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 109 | Body Worn Camera footage from MPD Officer Dallan Haynes, X6039BH6K, 7:18 - 7:27 pm | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 110 | Body Worn Camera footage from MPD Officer Jeffrey Smith, X6039BCZM, 7:17 - 7:22 pm | | | |
| 111 | Body Worn Camera footage from MPD Officer Dustin Nevel, X60399001, 7:17 - 7:22 pm | | | |
| 112 | Snapshot from Body Worn Camera footage from MPD Ricardo Carrion, X6039BL20, 3:44 pm | 4-14-2023 | 4-14-2023 | Ofc. Dallas Bennett |
| 113 | Snapshot from Body Worn Camera footage from MPD Officer Dallas Bennett, X6039BJ4E, 3:56 pm | | | |
| 114 | Snapshot from Body Worn Camera footage from MPD Officer Jeffrey Smith, X6039BCZM, 7:22:43 pm | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 115 | Snapshot from Body Worn Camera footage from MPD Officer Jeffrey Smith, X6039BCZM, 7:22:50 pm | | | |
| 116 | Four Snapshots from Body Worn Camera footage from MPD Officer Dallan Haynes, X6039BH6K, 7:25-7:26pm | | | |
| 117 | Snapshot from Body Worn Camera footage from MPD Officer Dallan Haynes, X6039BH6K, 7:22pm | | | |
| 118 | Snapshot from Body Worn Camera footage from MPD Officer Philip Robinson, X6039BKDK, 7:22 pm | 4-14-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 119 | Body Worn Camera footage from MPD Officer Steve Sajuman, X6039BJ8Z, 5:30 – 5:32pm | | | |
| 120 | Body Worn Camera footage from MPD Officer Devon Bailey, X6039B99Y, 7:17 – 7:27pm | | | |
| | | | | |
| 200 Series | **U.S. CAPITOL CLOSED-CIRCUIT TELEVISION (CCTV)** | | | |
| 201 | CCTV 0924 Northwest Stairs, 1:48 - 1:58 pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 202 | CCTV 0924 Northwest Stairs, 2:02 – 2:10 pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 203 | CCTV 0925 Landing on Northwest Stairs, 2:09 – 2:10 pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 204 | CCTV 0926 Northwest Terrace, 4:26 – 4:28pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 205 | CCTV 0926 Northwest Terrace, 4:26 – 4:28pm, with close-up zoom on defendant | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 206 | CCTV 0945 West Roof, 5:28 – 5:32pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 207 | Screenshot from CCTV 0924 Northwest Stairs, 1:54:44pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 208 | Screenshot from CCTV 0924 Northwest Stairs, 1:54:50pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 209 | Screenshot from CCTV 0924 Northwest Stairs, 2:05:06pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 210 | Screenshot from CCTV 0924 Northwest Stairs, 2:09:12pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 211 | Screenshot from CCTV 0926 Northwest Terrace, 4:27:11pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 212 | CCTV 0928 West Front Path, 1:04 – 1:24pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 213 | Timelapse of Pole Camera Surveillance West Front Capitol from 200 Constitution Ave 1:26pm – 2:28pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 214 | Screenshot from Pole Camera Surveillance West Front Capitol, 1:48pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 215 | Screenshot from Pole Camera Surveillance West Front Capitol, 1:54pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 216 | Screenshot from Pole Camera Surveillance West Front Capitol, 2:26pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 217 | Screenshot from Pole Camera Surveillance West Front Capitol, 3:53pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 218 | Screenshot from Pole Camera Surveillance West Front Capitol, 7:22pm | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
|  |  |  |  |  |
| **300 Series** | **VIDEOS FROM OPEN-SOURCE AND RIOTERS** |  |  |  |
| 301 | Screenshot from Boring Media Group video, titled March for Trump Rally | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 302 | Clip from S.C.N.R. video, titled Capitol Grounds during January 6 Insurrection | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 303 | Clip from Reuters video |  |  |  |
| 304 | Clip from News2Share video, from Ford Fisher | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 305 | Cell Phone Video of Northwest steps of Capitol on January 6, 2021 |  |  |  |
| 306 | Jesus Rivera Video of Northwest steps of Capitol on January 6, 2021, titled "C0068" | 4-13-2023 | 4-13-2023 | Sgt. Adam DesCamp |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 307 | Chance Uptmore Video of Northwest steps of Capitol on January 6, 2021, titled "IMG_0192" | | | |
| 308 | Clip from Emily Molli video | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 309 | Clip from S.C.N.R. video, titled Trump Supporters Storm Capitol Building | | | |
| 310 | Clip 2 from Boring Media Group video, titled March for Trump Rally | | | |
| 311 | Clip from Insurgence USA video | 4-13-2023 | 4-13-2023 | Sgt. Adam DesCamp |
| 312 | Clip from BGO on the Scene video | 4-13-2023 | 4-13-2023 | Sgt. Adam DesCamp |
| 313 | Clip from The Allen Report, Free America Rally D.C. video | | | |
| 314 | Clip 2 from The Allen Report, Free America Rally D.C. video | 4-14-2023 | 4-14-2023 | Ofc. Dallas Bennett |
| 315 | Clip 3 from Boring Media Group video, titled March for Trump Rally | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |
| 316 | Clip from Lizard Republic, titled LizRep IRL Jan 6 Protest | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 317 | Clip from Peanut 411, titled DC Police Final Push Out of Capitol | | | |
| 318 | Clip from Andre Whitehead Facebook Interview | 4-14-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 319 | Business Records Affidavit – Emily Molli | | | |
| 320 | Business Records Affidavit – News2Share | | | |
| 321 | Clip from John Hendren Video, titled Disturbing Video of the Day | | | |
| 322 | Clip from White Hot Riot Video, titled January 6 Washington, D.C. Riot | 4-14-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 323 | Two videos of Defendant yelling at officers on Upper West Terrace Shortly Before 4pm | 4-14-2023 | 4-14-2023 | Ofc. Dallas Bennett |
| 324 | 03 StopHate OTG2.mp4 | 4-18-2023 | 4-18-2023 | David Somerall |
| **400 Series** | **IMAGES FROM OPEN SOURCE AND RIOTERS** | | | |
| 401 | Photo of Defendant | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 402 | Photo of West Lawn After Initial Breakthrough | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 403 | Photo of Defendant on West Front Lawn and Path | 4-17-2023 | 4-17-2023 | Christopher Alberts |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 404 | Photo 1 of Defendant with Gas Mask On | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 405 | Photo 2 of Defendant with Gas Mask On | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 406 | Photo 3 of Defendant with Gas Mask On | 4-13-2023 | 4-13-20203 | Cpt. Jessica Baboulis |
| 407 | Photo of Defendant Squaring off with Riot Police on West Front Path | 4-17-2023 | 4-17-2023 | Christopher Alberts |
| 408 | Photo of Steps Leading Up to Capitol | 4-14-2023 | 4-14-2023 | SA Christipher Streeter |
| 409 | Photo of Defendant at front on steps, yelling at officer | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 410 | Photo of Defendant holding wooden pallet on Capitol Steps | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 411 | Photo of Defendant grappling with officer on steps | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 412 | Photo 2 of Defendant grappling with officer on steps | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 413 | Photo 3 of Defendant grappling with officer on steps | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 414 | Photo of Defendant advancing up steps with wooden pallet | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 415 | Photo of Defendant on landing steps with wooden pallet | 4-13-2023 | 4-13-2023 | Sgt. Adam DesCamp |
| 416 | Photo 2 of Defendant on landing steps with wooden pallet | | | |
| 417 | Photo of Defendant grappling with officers on landing of Capitol Steps | | | |
| 418 | Photo of Defendant with Officers on landing of Capitol Steps | | | |
| 419 | Photo of Defendant retreating from landing of Capitol Steps | | | |
| 420 | Photo of Defendant and rioters cutting and using scaffolding tarp | 4-13-2023 | 4-13-2023 | Sgt. Adam DesCamp |
| 421 | Photo Close-up of Defendant and his backpack on Capitol Steps | | | |
| 422 | Photo of Defendant waving to rioters below to join after breaching the landing up to the Capitol | 4-13-2023 | 4-13-2023 | Sgt. Adam DesCamp |
| 423 | Photo of Defendant on Upper West Terrace, Senate Side | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |
| 424 | Photo of Defendant taking off gas mask | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 425 | Photo of Defendant with gas mask off | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |
| 426 | Photo of Defendant with Officers next to Capitol | | | |
| 427 | Photo of Defendant with riot officers on Upper West Terrace | 4-17-2023 | | Christopher Alberts |
| 428 | Photo of Defendant near Officers | | | |
| 429 | Photo of Defendant yelling | | | |
| 430 | Photo 2 of Defendant yelling | | | |
| 431 | Photo 3 of Defendant yelling | | | |
| 432 | Photo of Defendant throwing water bottle at officers | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |
| 433 | Photo of Defendant with flashlight near Capitol West Steps | | | |
| 434 | Photo of Defendant with Bullhorn near Capitol | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 435 | Photo of Defendant with Bullhorn and cellphone near Capitol | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 436 | Photo of Defendant's Arrest | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| | | | | |
| **500 Series** | **ELECTRONIC EVIDENCE RECOVERED FROM CHRISTOPHER ALBERTS** | | | |
| 501 | Photograph of Phone of Christopher Alberts | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 502 | Photograph of Christopher Alberts driver's license, dated May 20, 2020 | | | |
| 503 | Screenshot of "What's everyone wearing to next week's civil war," dated November 3, 2020 | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 504 | Photograph of Black Body Armor Vest, dated December 30, 2020 | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 505 | Photograph of Patches on Table, dated December 30, 2020 | | | |
| 506 | Screenshot of "March for Trump Bus" tickets from White Marsh, Maryland to "Ride with us to Petition Congress on the Election process," dated January 5, 2021 | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 507 | Video of area near Washington Monument, dated January 6, 2021 at 11:44am | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 508 | Video walking West from Ellipse to Capitol, yelling "Taking over the Capitol Patriots, let's go!  Make them know who they work for, they work for us, not the other way around", dated January 6, 2021 at 12:38pm | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 509 | Video of rioters yelling at Capitol, dated January 6, 2021 | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 510 | Video of rioters at Capitol Upper West Terrace, dated January 6, 2021 at 2:55pm | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 511 | Screenshot about Capitol Breach, dated January 6, 2021 at 6:00pm | | | |
| 512 | Screenshot from NBC that includes Christopher Alberts, dated January 6, 2021 | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 513 | Photograph of Taurus firearm in box | | | |
| 514 | Photograph of Taurus firearm in hand | | | |
| 515 | Screenshot of Twitter Circulating MPD Map of Traffic Restrictions, dated January 5, 2021 at 10:09pm | 4-17-2023 | | Christopher Alberts |
| 516 | Screenshot of Twitter Circulating MPD Map of Parking Restrictions, dated January 5, 2021 at 10:09pm | 4-17-2023 | | Christopher Alberts |
| | | | | |
| **600 Series** | **PHYSICAL EVIDENCE RECOVERED FROM CHRISTOPHER ALBERTS** | | | |
| 601 | Taurus G2C 9mm firearm | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 602 | Firearm Magazine(s) | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 603 | Firearm Ammunition | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 604 | Radio Transceiver, including wall charger, ear piece, and microphone | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 605 | Bag containing gas mask, two eye pieces, hood, neck and shoulder cover, and water proof bags | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 606 | Black Body Armor Vest, with front and back plates, Warrior Brand | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 607 | Medical and Decontamination Kit | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 608 | Meal, Ready-to-Eat (MRE) Kit | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 609 | Knive(s) | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 610 | Holster(s) | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
| 611 | Backpack with contents, including green binoculars, flashlight, 8 bungee cords and hat | 4-12-2023 | 4-12-2023 | Ofc. Dallan Haynes |
|  |  |  |  |  |
| **700 Series** | **ARREST INTERVIEW AND PAPERWORK** |  |  |  |
| 701 | MPD Warning and Waiver of Rights Form, signed by Christopher Alberts |  |  |  |
| 702 | Certificate of No Record of Firearms Registration, Metropolitan Police Department | 4-14-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 703 | 1/6/21 E-Mail from MPD re: Christopher Alberts firearm registry query |  |  |  |
| 704 | 1/6/21 NCIC and WALES firearm registration checks Christopher Alberts |  |  |  |
| 705 | 1/8/21 ATF firearm trace summary for Taurus G2C 9mm SN AAL085515 |  |  |  |
| 706 | Clip 1 from Video-Recorded Interview of Christopher Alberts, January 6, 2021, 8:39 – 8:56pm, discussing gas mask and mace |  |  |  |
| 707 | Clip 2 from Video-Recorded Interview of Christopher Alberts, January 6, 2021, 8:39 – 8:56pm, discussing firearm and magazines |  |  |  |
| 708 | Clip 3 from Video-Recorded Interview of Christopher Alberts, January 6, 2021, 8:39 – 8:56pm, discussing knife, body armor, radio and hat |  |  |  |
| 709 | Clip 4 from Video-Recorded Interview of Christopher Alberts, January 6, 2021, 8:39 – 8:56pm, discussing holster and magazine |  |  |  |
|  |  |  |  |  |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| **800 Series** | **GENERAL EVIDENCE OF CAPITOL GROUNDS** | | | |
| 801 | USCP Compilation video with Radio Runs | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |
| 802 | Timelapse of Capitol West Front Surveillance Video | | | |
| 803 | Overview Map of Capitol Building and Area | | | |
| 804 | Overview Map of Capitol Building and Area with Restricted Area Outlined | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 805 | Map showing Capitol Grounds Jurisdiction | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 806 | Area Closed Sign 1 | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 807 | Area Closed Sign 2 | | | |
| 808 | Area Closed Sign 3 | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 809 | Photo of Signs on Bike Barricades at Peace Circle | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 810 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 811 | 3D Model of Capitol West Front | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 812 | 3D Model of Capitol Northwest Steps with Scaffolding | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 813 | Ariel Diagram of Capitol Building | | | |
| 814 | Map - First Floor of Capitol Building | | | |
| 815 | MPD Sign Prohibit Firearms | 4-14-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 816 | MPD Signs in Streets Prohibiting Firearms | 4-14-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 817 | DC Code Section 7-2509.07 | | | |
| 818 | Twitter Circulation of DC Code 7-2509.07 and Restricted Traffic Area | | | |
| 819 | Photo 1 of Capitol Grounds Permanent Firearm Notice | | | |
| 820 | Photo 2 of Capitol Grounds Permanent Firearm Notice | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 821 | Photo 3 of Capitol Grounds Permanent Firearm Notice | 4-12-2023 | 4-12-2023 | Cpt. Jessica Baboulis |
| 822 | Photo 4 of Capitol Grounds Permanent Firearm Notice | | | |
| 823 | Additional Photos of Permanent Firearm Notices Displayed around Capitol Grounds | | | |
| 824 | USCP Compilation video full no radio runs | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 825 | 40 United States Code Section 5102 | | | |
| 826 | Public Law Section 96-432 | | | |
| **900 Series** | **U.S. SECRET SERVICE RECORDS** | | | |
| 901 | 1/5/21 E-Mail from Lanelle Hawa re: Head of State Notification | 4-13-2023 | 4-13-2023 | Inspector Lanelle Hawa |
| 902 | Secret Service Head of State Notification Worksheet | 4-13-2023 | 4-13-2023 | Inspector Lanelle Hawa |
| 903 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 -- 1:59:40 PM | 4-13-2023 | 4-13-2023 | Inspector Lanelle Hawa |
| 904 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM | 4-13-2023 | 4-13-2023 | Inspector Lanelle Hawa |
| | | | | |
| **1000 Series** | **SAFEWAY AND CURFEW RECORDS** | | | |
| 1001 | Mayor's 1/6/21 Order, Declaration of a Second Public Emergency -- Citywide Curfew | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 1002 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 1003 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 1004 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 1005 | Certificate of Authenticity -- Safeway, Inc. | 4-14-2023 | 4-14-2023 | SA Christopher Streeter |
| 1006 | Mayor's 1/6/21 Tweet about the citywide curfew starting 6:00pm | 4-17-2023 | | Christopher Alberts |
| 1007 | Emergency Alert about the citywide curfew starting 6:00pm | 4-14-2023 | 4-14-2023 | Sgt. Philip Robinson |
| 1008 | Email regarding Emergency Alert regarding curfew issued to all phones in DC area by DC Homeland Security & Emergency Management | | | |
| | | | | |
| **1,100 Series** | **USCP RADIO RUNS** | | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1101 | Clip 1 Radio Run – Less Lethal Team Called to Capitol Northwest Steps Area, 1:08pm | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 1102 | Clip 1 Radio Run – Capitol Northwest Steps Initial Advance, 1:49-1:50pm | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 1103 | Clip 2 Radio Run – Capitol Northwest Steps First Push, 1:51pm | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 1104 | Clip 3 Radio Run – Capitol Northwest Steps Second Push. 1:54pm | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 1105 | Clip 4 Radio Run – Capitol Northwest Steps Overtaken, 2:08-2:09pm | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
| 1106 | Clip 5 Radio Run - Breach of Capitol, 2:14pm | 4-13-2023 | 4-13-2023 | Shauni Kerkhoff |
|  |  |  |  |  |
| **1,200 Series** | **LEGAL AND CONGRESIONAL RECORDS** |  |  |  |
| 1201 | Screenshots from House Chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |
| 1202 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | 4-13-2023 | 4-13-2023 | Cpt. Jessica Baboulis |
| 1203 | Congressional Proceeding Montage with Congressional Record |  |  |  |
| 1204 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) |  |  |  |
| 1205 | Certificate of Authenticity of Records - House Recording Studio (Douglas Massengale) |  |  |  |