UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:21-cr-0026 (CRC) |
| CHRISTOPHER MICHEAL ALBERTS | |

**<u>DEFENDANT'S EXHIBIT LIST</u>**

| | Series  Photographs and Video Evidence | | | |
|---|---|---|---|---|
| | | | | |
| ***Ex. No.*** | ***Description of Exhibit*** | ***Source*** | ***Date Offered*** | ***Date Admitted*** |
| 1 | Slideshow of Photos of Mr, Alberts & Family or Friends (Pages 1 and 14) | | 4-17-2023 | |
| 2 | Open Source Footage of Officer misconduct | Open Source | | |
| 3 | **Photos of protestor injuries** | Discovery | 4-17-2023 | 4-17-2023 |
| 4 | **Bodycam footage of Officer H.F.** | Discovery | | |
| 5 | **Bodycam Footage of Officer S.S.** | Discovery | | |
| 6 | **Bodycam Footage of Officer C.M.** | Discovery | | |
| 7 | **Officers Shooting at Protestors from Above** | Discovery | | |
| 8 | **Bodycam Footage of Officer J.B** | Discovery | | |
| 9 | **Bodycam Footage of Officer** | Discovery | | |
| 10 | **Reserved** | | | |

| 11 | 20210106-_FIRST_AMMENDMENT_ASSEMBLY-_VERMONT_&_H_STREET_NW_ | Discovery | | |
|----|----|----|----|----|
| 12 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h11min04s377ms.mp4 | Discovery | | |
| 13 | 20210106 Riot Capitol Building Bodycam Footage | Discovery | | |
| 14 | 20210106 First Amendment Assembly Vermont & H Street | Discovery | | |
| 15 | 20210106 First Amendment 800 16th St NW | Discovery | | |
| 16 | 20210106 Capitol Siege United States Capitol | Discovery | | |
| 17 | FELONY_APO_RIOTOUS_ACTS-US_CAPITOL_COMPLEX | Discovery | | |
| 18 | 20210106_-_RIOT_-_CAPITAL_BUILDING | Discovery | | |
| 19 | GO-PER-120.23 (Serious Misconduct Investigations) | MPD Website-Policies and Procedures | | |
| 20 | GO-RAR-901.07 (Use of Force); | MPD Website-Policies and Procedures | | |
| 21 | GOSPT-302.13 (Body-Worn Camera Program) | MPD Website-Policies and Procedures | | |
| 22 | RAR-901-04- Less Lethal Weapons | MPD Website-Policies and Procedures | | |

| 23 | Reserved | | | |
|----|----------|---|---|---|
| 24 | RiotID_Guide_ENGLISH | Open Source | | |
| 25 | Impact_Munitions_Guide_ENGLISH | Open Source | | |
| 26 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | Open Source | | |
| 27 | How to Deploy Impact Munitions - Article - POLICE Magazine (1) | Open Source | | |
| 28 | covering_riot_control_in_the_united_states_0 (1) | Open Source | | |
| 29 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | MPD Website-Policies and Procedures | | |
| 30 | PepperBall-Catalog-2022_web | Open Source | | |
| 31 | PEP-21006-Round-LIVE-Specs-120121 | Open Source | | |
| 32 | PEP-21006-Round-LIVE-X-Specs-120121 | Open Source | | |
| 33 | PEP-21006-Round-LIVE-MAXX-Specs-120121 | Open Source | | |
| 34 | PEP-21006-Glass-Breaker-Specs-120121 | Open Source | | |

| 35 | Axon Body 3 Video 2021-01-06 1932- 2m 35s Edwards, Frank (3481)  X6039BAZR | Evidence.com | | |
|----|---|---|---|---|
| 36 | Axon Body 3 Video 2021-01-06 1923- 9m 12s Edwards, Frank (3481)  X6039BAZR | Evidence.com | | |
| 37 | Axon Body 3 Video 2021-01-06 1923- 6m 37s  Edwards, Frank (3481)  X6039BAZR | Evidence.com | | |
| 38 | Axon Body 3 Video 2021-01-06 1923- 7m 44s Edwards, Frank (3481)  X6039BAZR | Evidence.com | | |
| 39 | Axon Body 3 Video 2021-01-06 1923- 21m 2s Edwards, Frank (3481)  X6039BAZR | Evidence.com | | |
| 40 | Axon Body 3 Video 2021-01-06 1923- 27m 6s Edwards, Frank (3481)  X6039BAZR | Evidence.com | | |
| 41 | Axon Body 3 Video 2021-01-06 1923- 1h 44m  Edwards, Frank (3481)  X6039BAZR | Evidence.com | | |
| 42 | **0906_USCD_LA_South_Dome_-_2021-01-06_18h40min15s.mp4** | Discovery | | |
| 43 | 0906_USCD_LA_South_Dome_-_2021-01-06_19h00min15s.mp4 | Discovery | | |
| 44 | 0906_USCD_LA_South_Dome_-_2021-01-06_20h20min15s.mp4 | Discovery | | |
| 45 | 0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_18h45min34s.mp4 | Discovery | | |
| **46** | **0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_19h01min40s.mp4** | Discovery | | |

| 47 | 0940_QNW_00_NJ_&_Con_NW_-_2021-01-06_18h50min42s.mp4 | Discovery | | |
| 48 | 1037_RSOB_RF_Southwest_Roof_-_2021-01-06_18h46min00s.mp4 | Discovery | | |
| 49 | 3113_RHOB_RF_Southeast_Roof_-_2021-01-06_20h23min56s.mp4 | Discovery | | |
| 50 | 3168_RHOB_RF_South_Roof_Center_-_2021-01-06_20h18min30s.mp4 | Discovery | | |
| 51 | 3454_CHOB_RF_Northwest_Roof_-_2021-01-06_18h40min01s.mp4 | Discovery | | |
| 52 | PEP-21006-VXR-LIVE-Specs | Open Source | | |
| 53 | PEP-21006-VXR-LIVE-X-Spec-Sheet | Open Source | | |
| 54 | 3454_CHOB_RF_Northwest_Roof_- | Discovery | | |
| 55 | _2021-01-06_19h00min01s.mp4 | Discovery | | |

| | | | | |
|---|---|---|---|---|
| **56** | **7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_18h40min01s.mp4** | Discovery | | |
| **57** | **7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_19h00min01s.mp4** | Discovery | | |
| **58** | **20210106-FIRST_AMENDMENT-800_16TH_ST_NW** | Discovery | | |
| **59** | **Letter from VP Pence** | Open Source | | |
| **60** | **Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News** | Open Source | | |
| **61** | **CAPITOL POLICE FIRED EXPLODING FLASH GRENADE INTO CROWD on Jan. 6 of Men, Women, Children** | Open Source | | |
| **62** | **January 6_ Black Bloc Enters Capitol First** | Open Source | | |
| **63** | **THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors.** | Open Source | | |

| 1 | Examining the Capitol Attack- A review of the security, planning, and response | Report Issued. Open Source | |
|---|---|---|---|
| 65 | **120_21re- Disciplinary Procedures and Processes** | MPD Website-Policies and Procedures | |
| 66 | **201_31re - Policing for Prevention: Use of High Visibility Patrol Tactics** | MPD Website-Policies and Procedures | |
| 67 | **EO_20_021- Coronavirus 2019 Guidance on Calls for Service** | MPD Website-Policies and Procedures | |
| 68 | **EO-20-027- Coronavirus 2019: Remote OPC Appearances and Electronic Submission Procedures** | MPD Website-Policies and Procedures | |
| 69 | **EO-20-044- Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020** | MPD Website-Policies and Procedures | |
| 70 | **GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics** | MPD Website-Policies and Procedures | |
| 71 | **GO–OPS–204.06- Victim/Witness Services** | MPD Website-Policies and Procedures | |
| 72 | **GO – SPT – 204.01- Media** | MPD Website-Policies and Procedures | |
| 73 | **PER-201-29- Police Officer Initial Training Program** | MPD Website-Policies and Procedures | |
| 74 | **GO-PER-201.08- Outside Training Program** | MPD Website-Policies and Procedures | |
| 75 | **GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics** | MPD Website-Policies and Procedures | |
| 76 | **16-013- Senior Law Enforcement Officer Emergency Act of 2016** | MPD Website-Policies and Procedures | |
| 77 | **17-015- Selection Criteria for Field Training Officers** | MPD Website-Policies and Procedures | |
| 78 | **18-003- Field Training Officer Compensation** | MPD Website-Policies and Procedures | |

| | | | | |
|---|---|---|---|---|
| 79 | **20-003- Disciplinary Procedure Updates** | MPD Website-Policies and Procedures | | |
| 80 | **EO-21-013- Coronavirus 2019: Modified Phase Two of Washington, DC Reopening** | MPD Website-Policies and Procedures | | |
| 81 | **EO-21-014- MPD Email Requirements** | MPD Website-Policies and Procedures | | |
| 82 | **EO-21-019- Self-Directed Learning (SDL) Program** | MPD Website-Policies and Procedures | | |
| 83 | **EO-21-027- Rank Insignia** | MPD Website-Policies and Procedures | | |
| 84 | **GO – PER – 201.32- Policing for Prevention: High Visibility Deployment of Sworn Personnel** | MPD Website-Policies and Procedures | | |
| 85 | **EO-21-032- Off-Duty Service Firearms and Police Action** | MPD Website-Policies and Procedures | | |
| 86 | **5822Ex 71- 99630-Proud-Boys-Undercover-FBI-Informant-reports-live-from-on-site-January-6** | Open Source | | |
| 87 | **EO-22-002- Ballistic Shield Deployment** | MPD Website-Policies and Procedures | | |
| 88 | **EO-22-010- Regular or Continuous Associations and Involvements** | MPD Website-Policies and Procedures | | |
| 89 | **GO – PER – 201.22- Fire and Police Disciplinary Action Procedure Act of 2004** | MPD Website-Policies and Procedures | | |
| 90 | **GO - PER - 120.23- Serious Misconduct Investigations** | MPD Website-Policies and Procedures | | |
| 91 | **OMA-101-00- Directives System** | MPD Website-Policies and Procedures | | |

| | | | |
|---|---|---|---|
| 92 | **OMA-101-03- Organization, Authority, and Rules of the Metropolitan Police Department Reserve Corps** | MPD Website-Policies and Procedures | | |
| 93 | **OMA-101-09- Duties and Responsibilities of Sworn Officials** | MPD Website-Policies and Procedures | | |
| 94 | **OMA-101-10- Organization of the Metropolitan Police Department (MPD)** | MPD Website-Policies and Procedures | | |
| 95 | **PER-101-12- Senior Police Officers** | MPD Website-Policies and Procedures | | |
| 96 | **PER-110-11- Uniform, Equipment, and Appearance Standards** | MPD Website-Policies and Procedures | | |
| 97 | **OMA- 120 24- Revocation/Restoration of Police Powers** | MPD Website-Policies and Procedures | | |
| 98 | **PER-120-25- Processing Complaints Against Metropolitan Police Department Members** | MPD Website-Policies and Procedures | | |
| 99 | **PER-120-29- Professional Conduct and Intervention Board** | MPD Website-Policies and Procedures | | |
| 100 | **PER-201-01- Non-Uniformed Assignments** | MPD Website-Policies and Procedures | | |
| 101 | **GO-** 201 3- Grievance Procedures | MPD Website-Policies and Procedures | | |
| 102 | **GO- 201-04- Special Assignment Positions** | MPD Website-Policies and Procedures | | |
| 103 | **GO- 201-11- Transfers and Changes in Assignments** | MPD Website-Policies and Procedures | | |
| 104 | **GO-** 201-18- Detail Assignments | MPD Website-Policies and Procedures | | |

| | | | | |
|---|---|---|---|---|
| 105 | **PER-201-19- Employee Personnel Records** | MPD Website-Policies and Procedures | | |
| 106 | **PER-201-20- Performance Management and Development** | MPD Website-Policies and Procedures | | |
| 107 | **GO-PER-201.21- Limitations on Work Hours** | MPD Website-Policies and Procedures | | |
| 108 | **PER-201-26- Duties, Responsibilities and Conduct of Members of the Department** | MPD Website-Policies and Procedures | | |
| 109 | **PER-201-27- Master Patrol Officer Program** | MPD Website-Policies and Procedures | | |
| 110 | **GO-201-28- Metropolitan Police Employee Assistance Program ( MPEAP)** | MPD Website-Policies and Procedures | | |
| 111 | **PER 201 33- Field Training Program** | MPD Website-Policies and Procedures | | |
| 112 | **RAR-201-36- Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics** | MPD Website-Policies and Procedures | | |
| 113 | 0901_USCD_LA_Dome_South_-_2021-01-06_20h20min02s.mp4 | Discovery | | |
| 114 | **20210106 - RIOT - US CAPITOL- 6m 4s Bogner, William (8740) X6030478K** | Discovery | | |
| 115 | **OMA 203 02- Displaying and Handling of the United States Flag** | MPD Website-Policies and Procedures | | |
| 116 | **2021-R-00386_Expenditures** | Discovery | | |
| 117 | **NEWSMAX_ Feds Caught, On Video, Attacking Capitol On J6** | Open Source | | |

| 118 | **Trump Supporters Stop Anarchists from Breaking US Capitol Windows** | Open Source | | |
| 119 | **GO-205-03- Records Retention and Disposition** | MPD Website-Policies and Procedures | | |
| 120 | **GO-207-01- Clearance Procedures** | MPD Website-Policies and Procedures | | |
| 121 | **OPR Interview with Inspector Robert Glover** | Discovery | | |
| 122 | **OPS-301-02- Patrol Special Mission Units** | MPD Website-Policies and Procedures | | |
| 123 | **OPS-301-09- Police Bikes** | MPD Website-Policies and Procedures | | |
| 124 | **SPT 302 01- Calls for Service** | MPD Website-Policies and Procedures | | |
| 125 | **SPT-302-02- Radio Broadcasts and Look-outs** | MPD Website-Policies and Procedures | | |
| 126 | **GOC-07-05- GO-PER-120.21 (Disciplinary Procedures and Processes)** | MPD Website-Policies and Procedures | | |
| 127 | **GOC-14-01 [GO-OMA-101.09 (Duties and Responsibilities of Sworn Officials)]** | MPD Website-Policies and Procedures | | |
| 128 | **GOC-17-01 [GO-PER-120.21 (Disciplinary Procedures and Processes)]** | MPD Website-Policies and Procedures | | |
| 129 | **PER 100 11- Medical Services** | MPD Website-Policies and Procedures | | |
| 130 | **GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics** | MPD Website-Policies and Procedures | | |

| | | | | |
|---|---|---|---|---|
| 131 | **20210106-CPWL-CAPITOL- 24m 33s**<br>**Haynes, Dallan (11215) X6039BH6K** | Evidence.com | | |
| 132 | **20210106-CDU-CAPITOL- 3m 57s**<br>**Haynes, Dallan (11215) X6039BH6K** | Evidence.com | | |
| 133 | **20210106-CDU-CAPITOL-29m 35s**<br>**Haynes, Dallan (11215) X6039BH6K** | Evidence.com | | |
| 134 | **20210106-CDU-CAPITOL- 36m 36s**<br>**Haynes, Dallan (11215) X6039BH6K** | Evidence.com | | |
| 135 | **Bloody guy.mp4** | | | |
| 136 | **Firing Rubber Bullets from above.mp4** | | | |
| 137 | **rubber bullets from above 2.mp4** | | | |
| 138 | **BWC Camera Footage**<br>**2021-01-08 2218 - PROTESTS - 900 11th St NW    Molinari,**<br>**Michael (9322)   X6039B7BM      08 Jan 2021 22:18:13**<br>**         8m 9s** | | | |
| 139 | **BWC Camera Footage**<br>**2021-01-07 Contact -1ST AMENDMENT PROTEST US**<br>**CAPITOL POOL SIDE 1          Hunter, Aaron (7233)**<br>**         X6039BFKP      07 Jan 2021 17:27:37      5m 17s** | | | |
| 140 | **BWC Camera Footage**<br>**20210107 - STOP - 200 PA AVE NW        Terry, John (8138)**<br>**         X6039BKA0      07 Jan 2021 11:55:35      4m 18s** | | | |
| 141 | **BWC Camera Footage**<br>**01072021 627 H St NW Curfew Violation  Suggs, Philip**<br>**(4159)   X6039BKW4      07 Jan 2021 01:17:03      5m 60s** | | | |
| 142 | **BWC Camera Footage**<br>**20210107 - Mass Processing - 4665 Blue Plains Dr SW**<br>**         Watson, Marcus (11848) X6032932M      07 Jan**<br>**2021 00:09:47    2m 36s** | | | |

| 143 | BWC Camera Footage<br>20210107 FIRST AMENDMENT ASSEMBLY 14TH AND H STREET NW<br>Officer A.Z. X6039BJDN06 Jan 2021 23:47:27      12m 4s | Evidence.com | | |
| 144 | BWC Camera Footage<br>20210106 FIRST AMENDMENT ASSEMBLY  14TH AND H STREET NW Wheeler, Leslie (8725)     X6039BJE8      06 Jan 2021 23:47:25      11m 59s | Evidence.com | | |
| 145 | BWC Camera Footage<br>20210106-CURFEW-900 10TH ST NW     Wolf, Garrett (10484) X6039BH50      06 Jan 2021 23:36:11      2m 4s | Evidence.com | | |
| 146 | BWC Camera Footage<br>20210107 - RIOT - H DTREET NE          Weinfeld, Savyon (6114)   X6039BGLZ      06 Jan 2021 23:34:13      12m 37s | Evidence.com | | |
| 147 | BWC Camera Footage<br>20210106 - RIOT - CAPITAL BUILDING          Foulds, Henry  (11401)          06 Jan 2021 13:29:49      1h 25m | Evidence.com | | |
| 148 | BWC Camera Footage<br>20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX<br>Sajumon, Steven (11834)  06 Jan 2021 16:24:07      1h 44m | Evidence.com | | |
| 149 | BWC Camera Footage<br>20210106- RIOTOUS ACTS- US CAPITAL COMPLEX Moore, Carter (12094)          06 Jan 2021 17:01:40      17m 46s | Evidence.com | | |
| 150 | BWC Camera Footage<br>20210106- RIOTOUS ACTS- US CAPITAL COMPLEXMoore, Carter (12094)          X6039BF8M      06 Jan 2021 16:22:27      18m 3s | Evidence.com | | |
| 151 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523)          06 Jan 2021 16:33:28      44m 10s | Evidence.com | | |
| 152 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523) X6039BD07 06 Jan 2021 15:13:52 31m 25s | Evidence.com | | |
| 153 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523) 06 Jan  2021 13:39:47  1h 33m | Evidence.com | | |

| 154 | 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523) 06 Jan 2021 13:02:58   35m 6s | Evidence.com | | |
|---|---|---|---|---|
| 155 | 20210106 - Riot  - US Capital Bldg- Coley, Travis (7713)        06 Jan 2021 13:29:40      1h 13m | Evidence.com | | |
| 156 | HSGAC&RulesFullReport_ExaminingU.S.CapitolAttack | Discovery | | |
| 157 | PXL_20210730_151916286 | Open Source | | |
| 158 | RM-53211-Crowd-and-Riot-as-of-1298 | Discovery | | |
| 159 | 579168257-3-Person-Ten-Interview-Proposed-Redactions-Gov-Suggestions-Accepted | Discovery | | |
| 160 | HSC 801 02 Demonstrations Directed at Foreign Governments | MPD Policies and Procedures | | |
| 161 | BWC Camera Footage Foulds, Henry (11401) Title: 20210106 - RIOT - CAPITAL BUILDING ID:21002555 Video Length: 1:55:21-Starts at 4:10 pm | Evidence.com | | |
| 162 | BWC Camera Footage H. F. Title: 20210106 - RIOT - CAPITAL BUILDING ID: 21002555 Jan 6, 2021 3:53 PM | Evidence.com | | |
| 163 | Elijah Schaffer Open Source Video | https://twitter.com/ElijahSchaffer/status/1346966514990149639 | | |
| 164 | Stephen Horn Open Source Video 1 | https://twitter.com/stephenehorn/status/1611423120740556800 | | |
| 165 | Stephene Horn Open Source Video 2 | https://twitter.com/stephenehorn/status/1611427381184446470 | | |

| 166 | Stephene Horn Open Source Video 3 | https://twitter.com/stephenehorn/status/1517884254671282180 | | |
| 167 | Stephene Horn Open Source Video 4 | https://twitter.com/stephenehorn/status/1554844622379270144 | | |
| 168 | Parler Video 1 | https://twitter.com/ParlerVideos/status/1356869288502710272 | | |
| 169 | Stephene Horn Open Source Video 5 | https://twitter.com/stephenehorn/status/1441428726307196936 | | |
| 170 | Ford Fischer Video 1 | https://twitter.com/FordFischer/status/1346970079565590528 | | |
| 171 | Ford Fischer Video 2 | https://twitter.com/FordFischer/status/1346970079565590528 | | |
| 172 | Stephene Horn Open Source Video 6 | https://twitter.com/stephenehorn/status/1611441419448684572 | | |
| 173 | Stephene Horn Open Source Video 7 | https://twitter.com/stephenehorn/status/1611441857933807640 | | |
| 174 | Free State Will Open Source | https://twitter.com/FreeStateWill/status/1486163555237904384 | | |
| 175 | Reserved | https://dcfpd.us.evidence.com/axon/evidence-search?case_id=21003672%2C%2021002555 | | |
| 176 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL<br>Bagshaw, Jason (6640)   X6039BLAL | Evidence.com | | |
| 177 | https://rumble.com/vcjxnp-shocking-new-video-capitol-police-appear-to-just-let-protesters-into-buildi.html | https://rumble.com/vcjxnp-shocking-new-video-capitol-police-appear-to-just-let-protesters-into-buildi.html | | |

| 178 | **BWC Camera Footage- 20210106-FIRST AMENDMENT-800 16TH ST NW ID : 21001920, 21002550  X6039BGXT** | Evidence.com | | |
| 179 | **https://rumble.com/vchzin-capitol-police-appear-to-remove-fence-barrier-containing-protestors.html** | Open Source | | |
| 180 | **Photo of Stop Pence and Trump Protest Flyer** | Open Source | | |
| 181 | **BWC Footage 20210106-FIRST AMENDMENT-800 16TH ST NW Off. D.B. X6039BGXT** | Evidence.com | | |
| 182 | **Article Real Clear Investigations** | https://www.realclearinvestigations.com/articles/2020/10/30/roots_of_antifa_this_idea_has_violent_consequences_125818.html | | |
| 183 | **BWC Footage 20210106- FIRST AMMENDMENT ASSEMBLY-VERMONT Officer T.A. X6039B98K** | Evidence.com | | |
| 184 | **Schedule for Wednesday January 6th 2021** | https://www.democrats.senate.gov/2021/01/03/schedule-for-wednesday-january-6-2021 | | |
| 185 | **Hayes and Tilden Photo** | Open Source | | |
| 186 | **Hayes and Tilden Article Wikipedia** | https://en.wikipedia.org/wiki/1876_United_States_presidential_election#:~:text=The%201876%20United%20States%20presidential,presidential%20elections%20in%20American%20history. | | |
| 187 | **20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX Off. S.S. X6039BJ8Z** | Evidence.com | | |

| | | | | |
|---|---|---|---|---|
| 188 | Raz_of_the_CHAZ's_Livestream_Where_He_&_His_Hench men_Attack,_Follow | Open Source | | |
| 189 | The Capitol Riot : As it Happened [_6uSYhyFao4] | Open Source | | |
| 190 | Protestor Talking about J6 1 | Open Source | | |
| 191 | Capitol_Police_Appear_to_Remove_Fence_Barrier_Containi ng_Protestors | Open Source | | |
| 192 | final_report_of_investigation_real | Open Source | | |
| 193 | Woman Using Walkie Talkie | Open Source | | |
| 194 | Shocking_New_Video_Capitol_Police_Appear_To_Just_Let_ Protesters | Open Source | | |
| 195 | Mob storming the Capitol | Open Source | | |
| 196 | photo_2023-01-09_15-22-32 | | | |
| 197 | photo_2023-01-09_15-22-15 | | | |
| 198 | 20210106 - RIOT - US CAPITOL- 1h 16m Bogner, William (8740) X6030478K | Evidence.com | | |
| 199 | 20210106 - RIOT - US CAPITOL- 33m 40s Bogner, William (8740) X6030478K | Evidence.com | | |
| 200 | 20210106 - RIOT - US CAPITOL- 1h 20m Bogner, William (8740) X6030478K | Evidence.com | | |

| | | | |
|---|---|---|---|
| 201 | **20210106 - RIOTING - US CAPITOL- 2h 18m**<br>**Carrion, Ricardo (7058) X6039BL20** | Evidence.com | | |
| 202 | **20210106-FIRST AMENDMENT ASSEMBLY-100 FIRST**<br>**ST- 2m 47s**<br>**Carrion, Ricardo (7058) X6039BL20** | Evidence.com | | |
| 203 | **210106-FELONYRIOT-USCAPITOL- 2h 9m**<br>**Bennett, Dallas (11640)  X6039BJ4E** | Evidence.com | | |
| 204 | **0944_USCS_RF_West_Roof_-_2021-01-**<br>**06_18h03min53s.mp4** | Discovery | | |
| 205 | **rules.senate.gov/rules-of-the-senate** | | | |
| 206 | **govinfo.gov/app/collection/SMAN** | | | |
| 207 | **https://www.govinfo.gov/app/details/GPO-RIDDICK-**<br>**1992/GPO-RIDDICK-1992-1/context** | | | |
| 208 | **CAPVID_00002_ABQ Raw 9 minute youtube.com watch**<br>**v=oYxKioXhve0.mp4** | | | |
| 209 | **https://www.senate.gov/legislative/cloture/clotureCounts.htm** | | | |
| 210 | **The Legislative Process on the Senate Floor: An Introduction** | | | |
| 211 | **The Office of the Parliamentarian in the House and Senate** | | | |
| 212 | **The Legislative Process: Overview (Video)** | | | |
| 213 | **How Our Laws Are Made** | | | |

| 214 | https://www.senate.gov/about/powers-procedures/filibusters-cloture/resources.htm | | | |
| 215 | 210106-CONTACT-1100PENNSYLVANIAAVENW- 4m 57s<br>Bennett, Dallas (11640)  X6039BJ4E | Evidence.com | | |
| 216 | 20210106- CPWL, FELONY RIOT, CURFEW- US CAPITOL- 31m 34s<br>Robinson, Philip (9513)  X6039BKDK | Evidence.com | | |
| 217 | 20210106- FELONY RIOT- US CAPITOL- 1h 34m<br>Robinson, Philip (9513)  X6039BKDK | Evidence.com | | |
| 218 | 20210106- FELONY RIOT- US CAPITOL- 18m 15s<br>Robinson, Philip (9513)  X6039BKDK | Evidence.com | | |
| 219 | 20210106- FELONY RIOT FIRST AMENDMENT- US CAPITOL-19m 53s<br>Robinson, Philip (9513)  X6039BKDK | Evidence.com | | |
| 220 | Axon Body 3 Video 2021-01-06 1918- 1h 0m<br>Smith, Jeffrey (8739)  X6039BCZM | Evidence.com | | |
| 221 | Unknown_202101061258_WFC1012292_37363435.mpeg | | | |
| 222 | Unknown_202101061317_WFC1012292_37365769.mpeg | | | |
| 223 | 20210106 - FELONY RIOT - US CAPITOL<br>Off. L.M L.M  X6039BHJ1 | Evidence.com | | |
| 224 | photo_2023-01-09_14-57-19 | | | |
| 225 | People_at_CHAZ_Say_There_are_No_White_Supremacists_There_iCYYMFbypZ4 | | | |
| 226 | People Removing Barriers | | | |

| | | | | |
|---|---|---|---|---|
| 227 | **Axon Body 3 Video 2021-01-06 1918- 2h 10m**<br>**Smith, Jeffrey (8739)  X6039BCZM** | Evidence.com | | |
| 228 | **Axon Body 3 Video 2021-01-06 1918- 43m 5s**<br>**Smith, Jeffrey (8739)  X6039BCZM** | Evidence.com | | |
| 229 | **20210106-Riot-capitol building- 1h 0m**<br>**Nevel, Dustin (6293)  X60399001** | Evidence.com | | |
| 230 | **20210106-Riot-capitol building- 1h 47m**<br>**Nevel, Dustin (6293)  X60399001** | Evidence.com | | |
| 231 | **Open Source Video Protestors 1** | | 4-17-2023 | 4-17-2023 |
| 232 | **Open Source Video Protestors 2** | | 4-18-2023 | 4-18-2023 |
| 232.1 | **Stophate.com website** | | 4-18-2023 | 4-18-2023 |
| 233 | **Open Source Video Protestors 3** | | 4-18-2023 | 4-18-2023 |
| 234 | **20210106 - FELONY RIOT - US CAPITOL**<br>**Officer L.M  X6039BHJ1**<br>**32m 59s** | Evidence.com | | |
| 235 | **20210106 - FELONY RIOT - US CAPITOL**<br>**Officer L.M  X6039BHJ1**<br>**25m 5s** | Evidence.com | | |
| 236 | **20210106 - FELONY RIOT - US CAPITOL**<br>**Officer L.M  X6039BHJ1**<br>**1h 39m** | Evidence.com | | |
| 237 | **20210106 - CAPITOL SIEGE - UNITED STATES**<br>**CAPITOL**<br>**Officer J.B. X6039BLAL**<br>3h 24m | Evidence.com | | |
| 238 | **20210106 - CAPITOL SIEGE - UNITED STATES**<br>**CAPITOL 1h 16m**<br>**Officer J.B. X6039BLAL** | Evidence.com | | |

| | | | | |
|---|---|---|---|---|
| 239 | **20210106- RIOTOUS ACTS- US CAPITAL COMPLEX**<br>**Officer C.M X6039BF8M**<br>**17m 46s** | Evidence.com | | |
| 240 | **20210106- RIOTOUS ACTS- US CAPITAL COMPLEX**<br>**Officer C.M X6039BF8M**<br>**18m 3s** | Evidence.com | | |
| 241 | **2021-01-06 uscp riot**<br>**Officer D.T X6039B83Q**<br>**9m 43s** | Evidence.com | | |
| 242 | **2021-01-06 uscp riot**<br>**Officer D.T X6039B83Q**<br>**23m 58s** | Evidence.com | | |
| 243 | **2021-01-06 USCP Riot-Stinger**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 244 | **2021-01-06 USCP riot**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 245 | **2021-01-06 uscp riot- SKAT**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 246 | **2021-01-06 USCP riot-Mechanical**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 247 | **HAU 3RD VIDEO - 2021-01-06 USCP RIOT ECD**<br>**DEPLOYM**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 248 | **THAU 2ND VIDEO - 2021-01-06 uscp RIOT**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 249 | **2021-01-06 USCP RIOTS**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 250 | **THAU 1ST VIDEO - 2021-01-06 USCP RIOTS**<br>**Officer D.T X6039B83Q** | Evidence.com | | |
| 251 | **20210106-Riot-capitol building- 24m 29s**<br>**Nevel, Dustin (6293)  X60399001** | Evidence.com | | |

| 252 | **20210106-Riot-capitol building- 13m 32s**<br>**Nevel, Dustin (6293)  X60399001** | Evidence.com | | |
|---|---|---|---|---|
| 253 | **Stop Pence Trump Photo** | | | |
| 254 | **U.S. Capitol Grounds Demonstration Area Map** | | | |
| 255 | **Guidelines For Conducting an Event on United States Capitol Grounds_December 2019** | | | |
| 256 | **USCP-011-00055405_image** | | | |
| 257 | Reserved | | 4-13-2023 | |
| 258 | Reserved | | 4-13-2023 | 4-13-2023 |
| 259 | Reserved | | 4-13-2023 | 4-17-2023 |
| 260 | Reserved | | 4-17-2023 | 4-17-2023 |
| 261 | **0924 USCG 00 ST22 Exterior - 2021-01-06_21h40min12s.** | | | |
| 262 | **0924 USCG 00 ST22 Exterior - 2021-01-06_22h00min12s.** | | | |
| 263 | **0924 USCG 00 ST22 Exterior - 2021-01-06_21h20min12s** | | | |
| 264 | **0924 USCG 00 ST22 Exterior - 2021-01-06_21h00min49s** | | | |

| | | | | |
|---|---|---|---|---|
| 265 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h43min24s | | | |
| 266 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s | | | |
| 267 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s.m | | | |
| 268 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s.m | | | |
| 269 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h06min24s. | | | |
| 270 | 0924 USCG 00 ST22 Exterior - 2021-01-06_20h06min24s.m | | | |
| 271 | 0924 USCG 00 ST22 Exterior - 2021-01-06_19h32min56s.m | | | |
| 272 | 0924 USCG 00 ST22 Exterior - 2021-01-06_19h32min56s. | | | |
| 273 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h40min01s. | | | |
| 274 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h00min01s.m | | | |
| 275 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h20min01s. | | | |
| 276 | 0924 USCG 00 ST22 Exterior - 2021-01-06_17h40min01s. | | | |
| 277 | 0924 USCG 00 ST22 Exterior - 2021-01-06_18h00min01s. | | | |

| | | | |
|---|---|---|---|
| 278 | **0924 USCG 00 ST22 Exterior - 2021-01-06_18h00min01s.** | | |
| 279 | **0924 USCG 00 ST22 Exterior - 2021-01-06_18h20min01s.** | | |
| 280 | **0924 USCG 00 ST22 Exterior - 2021-01-06_18h40min01s.** | | |
| 281 | **0924 USCG 00 ST22 Exterior - 2021-01-06_18h59min10s.** | | |
| 282 | **0924 USCG 00 ST22 Exterior - 2021-01-06_19h16min11s.** | | |
| 283 | **0924 USCG 00 ST22 Exterior - 2021-01-06_19h32min56s.** | | |
| 284 | **0924 USCG 00 ST22 Exterior - 2021-01-06_19h49min39s.** | | |
| 285 | **0924 USCG 00 ST22 Exterior - 2021-01-06_20h06min24s.** | | |
| 286 | **0924 USCG 00 ST22 Exterior - 2021-01-06_20h24min59s.** | | |
| 287 | https://rumble.com/v1iikzq-a-glitch-in-the-matrix-an-eloquent-defense-of-jan-6-protestors-by-democrat-.html | https://rumble.com/v1iikzq-a-glitch-in-the-matrix-an-eloquent-defense-of-jan-6-protestors-by-democrat-.html | | |
| 288 | https://www.youtube.com/watch?v=mZ2sQax3_xo&feature=youtu.be | https://www.youtube.com/watch?v=mZ2sQax3_xo&feature=youtu.be | | |
| 289 | **https://www.youtube.com/watch?v=z1HB82BYR88** | https://www.youtube.com/watch?v=z1HB82BYR88 | | |
| 290 | **https://www.youtube.com/watch?v=ehpYUqoHEgg** | https://www.youtube.com/watch?v=ehpYUqoHEgg | | |

| 291 | Open source video of J6 1 | | 4-17-2023 | 4-17-2023 |
|-----|---------------------------|---|-----------|-----------|
| 292 | Open source video of J6 2 | | 4-18-2023 | |
| 293 | Open source video of J6 3 | | | |
| 294 | Open source video of J6 4 | | | |
| 295 | Open source video of J6 5 | | | |
| 296 | Open source video of J6 6 | | | |
| 297 | Open source video of J6 7 | | | |
| 298 | Open source video of J6 8 | | | |
| 299 | Open source video of J6 9 | | | |
| 300 | Open source video of J6 10 | | | |
| 301 | 5 Demonstration Permits for J6 | | | |
| 302 | Global Discovery Letter Summary | | | |
| 303 | Frequencies DC 011822[25098] | | | |

| 304 | Crosstabs DC 011822[25099] | | | |
| 305 | Muriel Bowser Letter | | | |
| 306 | Jim Jordan Letter | | | |
| 307 | Photo regarding Nov. 7 1983 | | | |
| 308 | IMG_8281[25112] | | | |
| 309 | IMG_8452[25110] | | | |
| 310 | IMG_6860[25116], IMG_6859[25115], | | | |
| 311 | IMG_6027[25113], IMG_6028[25114] | | | |
| 312 | IMG_5804[25119], IMG_5805[25120], IMG_5806[25118], IMG_5807[25117] | | | |
| 313 | 0928 USCG 00 Upper Terrace NW - 2021-01-07_01h26min | | | |
| 314 | 0928 USCG 00 Upper Terrace NW - 2021-01-07_01h06mi | | | |
| 315 | 0928 USCG 00 Upper Terrace NW - 2021-01-07_00h46min | | | |
| 316 | 0928 USCG 00 Upper Terrace NW - 2021-01-07_00h26min1 | | | |

| | | | |
|---|---|---|---|
| 317 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_16h40min | | | |
| 318 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_17h00mi | | | |
| 319 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_17h20min | | | |
| 320 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_17h40min0 | | | |
| 321 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_18h00mi | | | |
| 322 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_18h09min | | | |
| 323 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_18h09min4 | | | |
| 324 | 0928 USCG 00 Upper Terrace NW - 2021-01-06_18h19min | | | |
| 325 | gao-22-104829[25121] | | | |
| 326 | DC-FirstAmendment | | | |
| 327 | screenshot-www.newsmax.com-2023.01.25-08_25_02 | https://www.newsmax.com/amp/newsmax-tv/fbi-seraphin-biden/2022/10/18/id/1092397/ | | |
| 328 | screenshot-thehill.com-2023.01.25-08_25_44 | https://thehill.com/policy/national-security/576200-capitol-police-whistleblower-accuses-leadership-of-failures-on-jan-6/ | | |
| 329 | https://www.youtube.com/watch?v=NWHK_v28tgY | https://www.youtube.com/watch?v=NWHK_v28tgY | | |

| 330 | https://www.youtube.com/watch?app=desktop&v=6B8x8ZbFmtc | https://www.youtube.com/watch?app=desktop&v=6B8x8ZbFmtc | | |
| 331 | https://rumble.com/v1oi8fj-rep.-dave-schweikert-we-will-expose-and-break-up-the-fbi-pardon-j6-politica.html | https://rumble.com/v1oi8fj-rep.-dave-schweikert-we-will-expose-and-break-up-the-fbi-pardon-j6-politica.html | | |
| 332 | https://www.thegatewaypundit.com/2022/10/proof-pelosi-democrats-set-legal-protestors-issued-permits-january-6th-denying-trumps-already-authorized-national-guardsmen-video/ | https://www.thegatewaypundit.com/2022/10/proof-pelosi-democrats-set-legal-protestors-issued-permits-january-6th-denying-trumps-already-authorized-national-guardsmen-video/ | | |
| 333 | https://www.youtube.com/watch?v=DZQRetozhSY | https://www.youtube.com/watch?v=DZQRetozhSY | | |
| 334 | https://rumble.com/v1r1wg0-is-leftwing-journalist-john-nichols-the-infamous-january-6-scaffold-command.html | https://rumble.com/v1r1wg0-is-leftwing-journalist-john-nichols-the-infamous-january-6-scaffold-command.html | | |
| 335 | https://twitter.com/jomichigan1/status/1534873459628683269?s=46&t=UURIw2dJ52aKdSSIVLCDoA | https://twitter.com/jomichigan1/status/1534873459628683269?s=46&t=UURIw2dJ52aKdSSIVLCDoA | | |
| 336 | https://www.thegatewaypundit.com/2021/05/shock-video-capitol-police-started-shooting-peaceful-trump-supporters-behind-gates-jan-6-fired-flash-grenades-rubber-bullets-peaceful-protesters-including-children/?utm_source=Telegram&utm_medium=PostBottomSharingButtons&utm_campaign=websitesharingbuttons | https://www.thegatewaypundit.com/2021/05/shock-video-capitol-police-started-shooting-peaceful-trump-supporters-behind-gates-jan-6-fired-flash-grenades-rubber-bullets-peaceful-protesters-including-children/?utm_source=Telegram&utm_medium=PostBottomSharingButtons&utm_campaign=websitesharingbuttons | | |
| 337 | https://www.thegatewaypundit.com/2021/11/new-video-january-6th-shows-capitol-police-tackling-beating-trump-protester-senseless/?utm_source=Telegram&utm_campaign=websitesh | https://www.thegatewaypundit.com/2021/11/new-video-january-6th-shows-capitol-police-tackling-beating-trump-protester- | | |

| | | | |
|---|---|---|---|
| | aringbuttons | senseless/?utm_source=Telegram& utm_campaign=websitesharingbutt | |
| 338 | **ErEUC3WXcAMWVLu, ErEUC3WXUAYicvf, ErEUC3YW8AEMnWq** | | |
| 339 | **https://vdare.com/posts/in-the-blm-white-house-siege-may-31-2020-60-secret-service-agents-were-injured-protecting-trump-from-george-floyd-insurrectionists** | https://vdare.com/posts/in-the-blm-white-house-siege-may-31-2020-60-secret-service-agents-were-injured-protecting-trump-from-george-floyd-insurrectionists | |
| 340 | **https://rumble.com/v1ac83u-senate-sergeant-at-arms-dead-after-testifying-jan6-had-paid-agitators-justi.html** | https://rumble.com/v1ac83u-senate-sergeant-at-arms-dead-after-testifying-jan6-had-paid-agitators-justi.html | |
| 341 | **https://archive.org/details/4HHczemL6QDoukiCD** | https://archive.org/details/4HHczemL6QDoukiCD | |
| 342 | **https://rumble.com/v21ynl8-january-6-capital-protest-nee-video-shows-someone-pulling-people-inside-the.html** | https://rumble.com/v21ynl8-january-6-capital-protest-nee-video-shows-someone-pulling-people-inside-the.html | |
| 343 | **https://www.cnn.com/2017/01/19/politics/trump-inauguration-protests-womens-march/index.html** | https://www.cnn.com/2017/01/19/politics/trump-inauguration-protests-womens-march/index.html | |
| 344 | **https://www.thegatewaypundit.com/2022/01/chris-wray-lied-secret-service-admits-knew-13-counter-protest-groups-organizing-attend-washington-dc-jan-6-protests/** | https://www.thegatewaypundit.com/2022/01/chris-wray-lied-secret-service-admits-knew-13-counter-protest-groups-organizing-attend-washington-dc-jan-6-protests/ | |
| 345 | **https://www.youtube.com/watch?v=A8qkVKqoLUM** | https://www.youtube.com/watch?v=A8qkVKqoLUM | |
| 346 | **USCPJan.6Timeline[25122]** | | |
| 347 | **20220717_142552_IMG_0116[25136]** | | |

| 348 | IMG_4744[25127] | | | |
|---|---|---|---|---|
| 349 | IMG_4913[25123] | | | |
| 350 | IMG_4914[25125], IMG_4915[25124] | | | |
| 351 | PLAW-115publ435[25139] | | | |
| 352 | grassley_to_doj_-_failure_to_prosecute_oig_criminal_referrals[25140] | | | |
| 353 | 04.29.22._-_comms_oag_odag_-_interim[25153] | | | |
| 354 | 07.15.22._-_january_4_2021_meeting_doj_dod[25152] | | | |
| 355 | 11_05_21_call_logs_for_senior_officials_from_january_6_2021[25151] | | | |
| 356 | 20221027152243533_20221027-152110-95757954-00007015[25150] | | | |
| 357 | DODIG-2022-039 V2 508[25149] | | | |
| 358 | gao-22-104829[25148] | | | |
| 359 | Melissa-Miller-Notice-of-Deprivation-of-Rights-of-The-January-6th-Political-Prisoners-5397524713525778471[25147] | | | |
| 360 | MPD-001-00000034[25146] | | | |

| | | | |
|---|---|---|---|
| 361 | **New York State Rifle And Pistol Association Inc v Bruen[25145]** | | |
| 362 | **RulesJudicialConductAndDisability20210101b[25144]** | | |
| 363 | **The_Right_to_Venue_and_the_Right_to_an_Impartial_Jury _Resolving[25143]** | | |
| 364 | **USCPJanuary-6-Timeline[25142]** | | |
| 365 | **5. HSEMA letter to Gen Walker 12_31_20[25141]** | | |
| 366 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_21h10min33s (1)** | | |
| 367 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h52min24s** | | |
| 368 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h37min24s** | | |
| 369 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h24min22s** | | |
| 370 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_20h10min55s** | | |
| 371 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h58min24s** | | |
| 372 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h47min22s** | | |
| 373 | **0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h36min06s** | | |

| 374 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h23min54s | | | |
| 375 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_19h09min45s | | | |
| 376 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h59min37s | | | |
| 377 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h49min22s | | | |
| 378 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h39min23s | | | |
| 379 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h29min25s | | | |
| 380 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h59min37s (1) | | | |
| 381 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h09min48s | | | |
| 382 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_18h00min01s | | | |
| 383 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_17h40min01s | | | |
| 384 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_17h20min01s | | | |
| 385 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_17h00min01s | | | |
| 386 | 0928_USCG_00_Upper_Terrace_NW_-_2021-01-06_16h40min01s | | | |

| 387 | 0943_USCH_RF_West_Roof_-_2021-01-06_16h40min01s | | | |
| 388 | 0943_USCH_RF_West_Roof_-_2021-01-06_17h40min01s | | | |
| 389 | 0943_USCH_RF_West_Roof_-_2021-01-06_18h00min01s | | | |
| 390 | 0943 USCH RF West Roof - 2021-01-06_18h09min50s.mp4 | | | |
| 391 | 0943 USCH RF West Roof - 2021-01-06_18h19min39s.mp4 | | | |
| 392 | 0943 USCH RF West Roof - 2021-01-06_18h29min28s.mp4 | | | |
| 393 | 0943 USCH RF West Roof - 2021-01-06_18h39min17s.mp4 | | | |
| 394 | 0943 USCH RF West Roof - 2021-01-06_18h49min06s.mp4 | | | |
| 395 | 0943 USCH RF West Roof - 2021-01-06_18h58min55s.mp4 | | | |
| 396 | 0943 USCH RF West Roof - 2021-01-06_19h08min44s.mp4 | | | |
| 397 | 0943 USCH RF West Roof - 2021-01-06_19h18min32s.mp4 | | | |
| 398 | 0943 USCH RF West Roof - 2021-01-06_19h28min21s.mp4 | | | |
| 399 | 0943 USCH RF West Roof - 2021-01-06_19h38min10s.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| 400 | 0943 USCH RF West Roof - 2021-01-06_19h47min59s.mp4 | | | |
| 401 | 0943 USCH RF West Roof - 2021-01-06_19h57min48s.mp4 | | | |
| 402 | 0943 USCH RF West Roof - 2021-01-06_20h07min37s.mp4 | | | |
| 403 | 0943 USCH RF West Roof - 2021-01-06_20h17min26s.mp4 | | | |
| 404 | 0943 USCH RF West Roof - 2021-01-06_20h27min15s.mp4 | | | |
| 405 | 0943 USCH RF West Roof - 2021-01-06_21h06min30s.mp4 | | | |
| 406 | 0943 USCH RF West Roof - 2021-01-06_20h56min41s.mp4 | | | |
| 407 | 0943 USCH RF West Roof - 2021-01-06_20h46min52s.mp4 | | | |
| 408 | 0943 USCH RF West Roof - 2021-01-06_20h37min03s.mp4 | | | |
| 409 | 0943 USCH RF West Roof - 2021-01-06_21h26min07s.mp4 | | | |
| 410 | 0943 USCH RF West Roof - 2021-01-06_21h35min56s.mp4 | | | |
| 411 | 0943 USCH RF West Roof - 2021-01-06_21h45min45s.mp4 | | | |
| 412 | 0943 USCH RF West Roof - 2021-01-06_21h55min57s.mp4 | | | |

| | | | |
|---|---|---|---|
| 413 | 0943 USCH RF West Roof - 2021-01-06_22h06min36s.mp4 | | |
| 414 | 0943 USCH RF West Roof - 2021-01-06_22h21min51s.mp4 | | |
| 415 | 0943 USCH RF West Roof - 2021-01-06_22h41min51s.mp4 | | |
| 416 | 0943 USCH RF West Roof - 2021-01-07_00h01min51s.mp4 | | |
| 417 | 0943 USCH RF West Roof - 2021-01-06_23h41min51s.mp4 | | |
| 418 | 0943 USCH RF West Roof - 2021-01-06_23h21min51s.mp4 | | |
| 419 | 0943 USCH RF West Roof - 2021-01-06_23h01min51s.mp4 | | |
| 420 | 0943 USCH RF West Roof - 2021-01-07_00h21min51s.mp4 | | |
| 421 | 0943 USCH RF West Roof - 2021-01-07_00h41min51s.mp4 | | |
| 422 | 0943 USCH RF West Roof - 2021-01-07_01h01min51s.mp4 | | |
| 423 | 0943 USCH RF West Roof - 2021-01-07_01h21min51s.mp4 | | |
| 424 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | | |
| 425 | Axon_Body_3_Video_2021-01-06_1928-Bodycam of Allorie Sanders | | |

| | | | | |
|---|---|---|---|---|
| 426 | **Axon_Body_3_Video_2021-01-06_1923-9m12s-Bodycam of Frank Edwards** | | | |
| 427 | **Axon_Body_3_Video_2021-01-06_1918** | | 4-12-2023 | 4-12-2023 |
| 428 | **20210106-CPWL-CAPITOL-Haynes** | | | |
| 429 | **20210106-_CPWL,_FELONY_RIOT,_CURFEW-_US_CAPITOL-Robinson BWC** | | 4-12-2023 | 4-12-2023 |
| 430 | **20210106_-_RIOT_-_Capital_BUILDING-31m35s** | | | |
| 431 | **Haynes_UOF_MPD-001-00000020 (1)** | | | |
| 432 | **Haynes_Arrest Packet_MPD-002-00000852 (1)** | | | |
| 433 | **Reserved** | | 4-13-2023 | |
| 434 | **Reserved** | | 4-17-2023 | 4-17-2023 |
| 435 | **Reserved (Page 10)** | | 4-17-2023 | |
| 436 | **Reserved** | | 4-17-2023 | 4-17-2023 |
| 437 | **Reserved** | | | |
| 438 | **Reserved** | | 4-17-2023 | |

| | | | | |
|---|---|---|---|---|
| **439** | **Reserved** | | 4-17-2023 | |
| **440** | **Reserved** | | 4-17-2023 | 4-17-2023 |
| **441** | **Reserved** | | 4-17-2023 | 4-17-2023 |
| 442 | **Reserved** | | | |
| 443 | **Reserved** | | | |
| 444 | **Reserved** | | | |
| 445 | **Reserved** | | | |
| 446 | **Reserved** | | | |
| 447 | **Reserved** | | | |
| 448 | **Reserved** | | | |
| 449 | **Reserved** | | | |
| 450 | **Reserved** | | | |
| 451 | **Reserved** | | | |

| 452 | Reserved | | | |
|-----|----------|---|---|---|
| 453 | Reserved | | | |
| 454 | Reserved | | | |
| 455 | Reserved | | | |
| 456 | Reserved | | | |
| 457 | Reserved | | | |
| 458 | Reserved | | | |
| 459 | Reserved | | | |
| 460 | Reserved | | | |
| 461 | Reserved | | | |
| 462 | Reserved | | | |
| 463 | Reserved | | | |
| 464 | Reserved | | | |

| 465 | Reserved | | | |
|-----|----------|--|--|--|
| 466 | Reserved | | | |
| 467 | Reserved | | | |
| 468 | Reserved | | | |
| 469 | Reserved | | | |
| 470 | Reserved | | | |
| 471 | Reserved | | | |
| 472 | Reserved | | | |
| 473 | Reserved | | | |
| 474 | Reserved | | | |
| 475 | Reserved | | | |
| 476 | Reserved | | | |
| 477 | Reserved | | | |

| 478 | Reserved | | | |
|-----|----------|---|---|---|
| 479 | Reserved | | | |
| 480 | Reserved | | | |
| 481 | Reserved | | | |
| 482 | Reserved | | | |
| 483 | Reserved | | | |
| 484 | Reserved | | | |
| 485 | Reserved | | | |
| 486 | Reserved | | | |
| 487 | Reserved | | | |
| 488 | Reserved | | | |
| 489 | Reserved | | | |
| 490 | Reserved | | | |

| | | | |
|---|---|---|---|
| 491 | **Reserved** | | |
| 492 | **Reserved** | | |
| 493 | **Reserved** | | |
| 494 | **Reserved** | | |
| 495 | **Reserved** | | |
| 496 | **Reserved** | | |
| 497 | **Reserved** | | |
| 498 | **Reserved** | | |
| 499 | **Reserved** | | |
| 500 | **Reserved** | | |