CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs. )   Civil/Criminal No.: __21-CR-26__
)
CHRISTOPHER MICHAEL ALBERTS )
)

## NOTE FROM JURY

Regarding the definition of "assault" on p 12, can someone threaten to inflict injury by knowing that his actions will make it easier for others to inflict injury.

Date: __4/19/23__

Time: __2:22 pm__

FOREPERSON