UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER MICHAEL ALBERTS,<br><br>Defendant. | Case No. 21-cr-26 (CRC) |

### RESPONSE TO JURY NOTE OF APRIL 19, 2023 AT 2:22 P.M.

To commit an assault, the defendant must commit an act, or attempt to commit an act, or threaten to commit an act, with the intent of inflicting or threatening injury. Having a state of mind alone, unaccompanied by any act, is not an assault.

_____
CHRISTOPHER R. COOPER
United States District Judge