CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                              Civil/Criminal No.: 21-CR-26

CHRISTOPHER MICHAEL ALBERTS

## NOTE FROM JURY

Q1: Regarding the definition of "act of physical violence" (p.18) which references the term "assault" do we use the definition of "assault" on p.12?

Q2: Also, regarding "act of physical violence" (p.18) what is the definition of "bodily harm"? What is the range of harm that could be included in the definition of "bodily harm"? Can bodily harm include something other than bodily injury? (Please answer all three parts ☺)

Date: 4/19/23

Time: 3:15 pm

FOREPERSON