The Jury has reached a verdit

4/19/2023   4:59 pm
Foreperson

CSO Paul Jacen
4/19/23    1700 hrs.