UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-cr-26 (CRC) |
| CHRISTOPHER MICHAEL ALBERTS, | : |
| Defendant. | : |

## VERDICT FORM

**Count One:** **Civil Disorder**

__✓_____          _____
Guilty                              Not Guilty

**Count Two:** **Assaulting, Resisting, or Impeding Certain Officers**

__✓_____          _____
Guilty                              Not Guilty

**Count Three: Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon or Firearm**

__✓_____          _____
Guilty                              Not Guilty

If you have marked Guilty as to Count Three above, proceed to Count Four. If not, you must consider the lesser included offense:

Entering or Remaining in a Restricted Building or Grounds

__[scribbled out]_____          _____
Guilty                              Not Guilty

1

**Count Four:  Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon or Firearm**

__✓__ Guilty            _____ Not Guilty

If you have marked Guilty as to Count Four above, proceed to Count Five. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____ Guilty            _____ Not Guilty

**Count Five:   Engaging in Physical Violence in a Restricted Building or Grounds**

__✓__ Guilty            _____ Not Guilty

**Count Six:    Unlawful Possession of a Firearm on Capitol Grounds or Buildings**

__✓__ Guilty            _____ Not Guilty

**Count Seven:  Disorderly Conduct in a Capitol Building or Grounds**

__✓__ Guilty            _____ Not Guilty

**Count Eight:  Act of Physical Violence in the Capitol Grounds or Building**

__✓__ Guilty            _____ Not Guilty

**Count Nine:  Carrying a Pistol Without a License Outside Home or Place of Business**

__✓__ Guilty            _____ Not Guilty

2

Dated this 19th day of April, 2023

_____
FOREPERSON