UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER MICHAEL ALBERTS,<br><br>Defendant. | Case No. 21-cr-26 (CRC) |

### PARTIAL RESPONSE TO JURY NOTE OF APRIL 19, 2023 AT 3:15 P.M.

As to question one, the answer is yes. The Court will provide further answer on question two.

CHRISTOPHER R. COOPER
United States District Judge