### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER MICHAEL ALBERTS,<br><br>Defendant. | Case No. 21-cr-26 (CRC) |

### FURTHER RESPONSE TO JURY NOTE OF APRIL 19, 2023 AT 3:15 P.M.

For purposes of Count Five only, the term "bodily harm" means "(1) a cut, abrasion, bruise, burn, or disfigurement; (2) physical pain; (3) illness; (4) impairment of the function of a bodily member, organ, or mental faculty; or (5) any other injury to the body, no matter how temporary."

Bodily harm and bodily injury are synonymous for purposes of this instruction.

CHRISTOPHER R. COOPER
United States District Judge