UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.

CRIMINAL NO. 21-CR-26 (CRC)

CHRISTOPHER MICHAEL ALBERTS
    Defendant.

**COUNSELS' ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS**

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_Wednesday, April 19, 2023_
DATE EXHIBITS WENT TO JURY

_[signature]_
PLAINTIFF COUNSEL

_[signature] John M. Pierce_
DEFENSE COUNSEL