<pre>
 1                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                           Criminal Action
 4              Plaintiff,                  No. 1:21-cr-0026

 5          vs.                            Washington, DC
                                           April 12, 2023
 6    CHRISTOPHER ALBERTS,
                                           1:44 p.m.
 7              Defendant.
      _____/        *AFTERNOON SESSION*
 8

 9                        TRANSCRIPT OF JURY TRIAL
                 BEFORE THE HONORABLE CHRISTOPHER R. COOPER
10                     UNITED STATES DISTRICT JUDGE

11
      APPEARANCES:
12
      For the Government:      JORDAN KONIG
13                               U.S. Department of Justice
                                 P.O. Box 55
14                               Ben Franklin Station
                                 Washington, DC 20044
15
                               SAMUEL DALKE
16                               DOJ-USAO
                                 228 Walnut Street, Suite 220
17                               Harrisburg, PA 17101

18
      For the Defendant:       JOHN PIERCE
19                             ROGER ROOTS
                                 John Pierce Law P.C.
20                               21550 Oxnard Street
                                 Suite 3rd Floor OMB #172
21                               Woodland Hills, CA 91367

22
      Court Reporter:          JEFF HOOK
23                               Official Court Reporter
                                 U.S. District & Bankruptcy Courts
24                               333 Constitution Avenue, NW
                                 Room 4700-C
25                               Washington, DC 20001
</pre>

```
 1                    I N D E X

 2     WITNESS                                       PAGE

 3     DALLAN HAYNES

 4       Direct Examination by Mr. Konig              92

 5       Cross-Examination by Mr. Roots              145

 6       Redirect Examination by Mr. Konig           170

 7

 8     JESSICA BABOULIS

 9       Direct Examination by Mr. Dalke             173

10

11

12

13                  E X H I B I T S

14     EXHIBIT                                       PAGE

15     Government 109      ...Admitted into evidence...    116

16     Government 114      ...Admitted into evidence...    113

17     Government 316      ...Admitted into evidence...    106

18     Government 401      ...Admitted into evidence...    103

19     Government 434      ...Admitted into evidence...    108

20     Government 435      ...Admitted into evidence...    106

21     Government 436      ...Admitted into evidence...    133

22     Government 601      ...Admitted into evidence...    122

23     Government 602      ...Admitted into evidence...    122

24     Government 603      ...Admitted into evidence...    122

25     Government 604      ...Admitted into evidence...    122
```

1                          **EXHIBITS CONTINUED**

2       **EXHIBIT**                                                    **PAGE**

3       Government 605        ...Admitted into evidence...        122

4       Government 606        ...Admitted into evidence...        122

5       Government 607        ...Admitted into evidence...        122

6       Government 608        ...Admitted into evidence...        122

7       Government 609        ...Admitted into evidence...        122

8       Government 610        ...Admitted into evidence...        122

9       Government 611        ...Admitted into evidence...        122

10      Government 804        ...Admitted into evidence...        189

11      Government 805        ...Admitted into evidence...        184

12      Government 806        ...Admitted into evidence...        194

13      Government 808        ...Admitted into evidence...        192

14      Government 809        ...Admitted into evidence...        195

15      Government 810        ...Admitted into evidence...        177

16      Government 811        ...Admitted into evidence...        179

17      Government 820        ...Admitted into evidence...        186

18      * * * * * * *

19      Alberts 427           ...Admitted into evidence...        157

20

21

22

23

24

25

1          **P R O C E E D I N G S**

2          (Jury not present)

3          **MR. ROOTS:**  Your Honor, Roger Roots on behalf of

4     Mr. Alberts.  We'd move for a mistrial on the basis of the

5     prosecution's opening statement.  There were -- I lost track

6     trying to count all the false statements and the overly

7     prejudicial hyperbolic statements, I lost track at about 20.  I

8     believe the word war was used -- I don't know how many times.

9     Of course, they did say Mr. Alberts also said the word war.

10    Now, some of that can be excused.  Some of it could be, you

11    know, fleshed out in cross-examination of course.  But there

12    were so many just openly false statements.

13         I mean, the word riot we dispute.  Siege, there was no

14    siege.  Congress was never evacuated.  They never were required

15    to leave the building.  The word evacuation, the word siege

16    does have specific meanings.  They were given a false -- the

17    jury was told false things.  Congress never was under siege.

18    The Capitol was never under siege.  Law enforcement was always,

19    at all times on January 6th, able to move freely in and out.

20    The front lines, the front lines of battle, prepared for

21    battle.  Metal plates, they said -- they falsely said

22    Mr. Alberts had metal plates.  He had ceramic plates,

23    defensive.  He -- okay, again and again was this inference --

24    not an inference, just an open expression -- openly expressed

25    claims and false claims that Mr. Alberts was operating

1    offensively in battle, in war as a military infantry soldier.

2    That opens the door, if nothing else, to our Second Amendment

3    claim as a matter of fact, that in fact all of the -- you know,

4    the so called bungee cords, the MRE, all of the stuff that they

5    say was offensive military battle gear actually supports

6    Mr. Alberts' Second Amendment self-defense claim.

7          Again, Congress was never evacuated.  There was never a

8    time on January 6th that a single member of Congress was ever

9    in the same room with a single protester.  The House was never

10   even breached.  The Senate chamber was breached for a short

11   while, but the Senators were never evacuated in the dictionary

12   sense of that word.  The Senators were never taken out of the

13   building.  They were in a very safe office space adjacent -- we

14   don't know exactly, but we know from videos we've seen that the

15   Senators were in fact never in danger, they were always safe

16   that day.  There was never an evacuation.

17         Again, the word battle, puncture, puncture lines, body

18   armor, officers in fear for their safety.  Trench warfare,

19   where was the trench?  There was no trench on January 6th.  The

20   initial attack.  Battle fatigue, they falsely said Mr. Alberts

21   had battle fatigue and did not enter the Capitol because of his

22   battle fatigue and CS gas.  Your Honor, Mr. Alberts did not

23   enter the Capitol because of his understanding of -- that he

24   was within his rights not going into the Capitol, but he was a

25   little bit leery about what his rights were going into the

1    Capitol.  So he chose to stay out of the Capitol.  And the

2    government was allowed in opening statement to just openly

3    state falsely that he didn't go into the building because of

4    battle fatigue.  I cannot even believe they made those

5    outrageous remarks.

6        Dressed for war, inflicted war.  Again, the Capitol

7    grounds, restricted -- the government is playing fast and loose

8    with these terms such as restricted area, Capitol grounds.

9    They showed a map which was very misleading indicating that the

10   Capitol grounds were five blocks away, parks and streets and

11   parking lots as far as five blocks away.  And then they sort of

12   wormed in this idea of restricted area, as if those areas were

13   restricted.  Just absolutely misleading to the jury.

14       **THE COURT:**  I've heard enough, Mr. Roots.  The Court will

15   deny your motion for a mistrial.  The government did not open

16   the door to any Second or First Amendment defenses that have

17   already been either excluded or discussed at the pretrial or

18   yesterday.  You know, some January 6th defendants have filed

19   motions in limine -- and the government, to limit either side

20   from using certain language under Rule 403 as unduly

21   prejudicial.  I don't believe a motion was filed in this case.

22   But had a motion been filed, I probably would have instructed

23   the government not to use the word insurrection.  They have

24   used in my courtroom riot and mob before.

25       To the extent that the government argues that there was

1    some war, unless it was tethered to things that the defendant

2    said, I would counsel the government to use more neutral

3    language than that.  And these are all pretrial motions,

4    Mr. Roots, that could have been filed.  There's no grounds to

5    certainly grant a mistrial here.

6         MR. ROOTS:  If I could just ask, the government was able

7    to basically tell the jury that everything that Mr. Alberts did

8    on January 6th was offensive, but we're not allowed to --

9         THE COURT:  If there are contrary facts, if you think the

10   government has misstated facts that you think favor your side,

11   you can explore that in cross-examination or through the

12   examination of witnesses that you may call, okay.  The purpose

13   of opening statement is to give the jury a preview of what each

14   side thinks the facts will show, okay.  Just because the

15   government describes the facts as such doesn't mean that they

16   are such, but that's what the evidence is meant to show, okay.

17   As long as there's a good faith basis for the government's

18   statement.

19        MR. ROOTS:  We could cross, but the trial would go on for

20   months.  They made so many inaccurate statements.

21        THE COURT:  The Court has ruled, Mr. Roots.  We've got a

22   jury waiting.

23        MR. ROOTS:  Thank you.

24        THE COURT:  Mr. Dalke, who is our leadoff hitter?

25        MR. DALKE:  Our first witness is Dallan Haynes.  Is it all

1   right if we go get him now?

2       **THE COURT:**  Why don't you go get him and have him on the

3   stand.

4       (Jury present)

5       **THE COURT:**  Welcome back, ladies and gentlemen.  Did you

6   have a nice lunch?  It's a beautiful day to go outside, right.

7       We will now continue with the government's first witness,

8   Mr. Konig, please call your first witness.

9       **MR. KONIG:**  Good afternoon, Your Honor.  The government

10  calls Special Agent Dallan Haynes.

11      **THE COURT:**  Mr. Haynes, if you could stand and raise your

12  right hand to be sworn in.

13      **DEPUTY CLERK:**  Do you solemnly affirm and truly declare

14  the testimony you're about to give will be the truth, the whole

15  truth, and nothing but the truth, and this you do under pain

16  and penalty of perjury?  If so, please say "I do."

17      **THE WITNESS:**  I do.

18      **DEPUTY CLERK:**  Thank you.  You may be seated.

19      **DIRECT EXAMINATION OF DALLAN HAYNES**

20  **BY MR. KONIG:**

21      **Q.**  Good afternoon, Special Agent Haynes.  Could you

22  please state and spell your name for the record.

23      **A.**  Dallan Haynes, D-A-L-L-A-N, H-A-Y-N-E-S.

24      **Q.**  And where do you work?

25      **A.**  I work for the Naval Criminal Investigative Service

1     stationed in Norfolk, Virginia.

2          Q.  Is that NCIS?

3          A.  Correct.

4          Q.  Sort of like the TV show?

5          A.  Exactly.

6          Q.  What's your title with NCIS?

7          A.  Special agent.

8          Q.  How long have you been there?

9          A.  Approximately a year.

10         Q.  And just generally what are your job duties with NCIS?

11         A.  I investigate crimes dealing with the Department of

12    the Navy, DoD contractors, their family.  I investigate felony

13    and misdemeanor crimes as well as can enforce federal law.

14         Q.  And if I didn't already ask you this, how long have

15    you been there?

16         A.  About a year.

17         Q.  Prior to being at NCIS, what did you do for a living?

18         A.  I was a Metropolitan Police Department -- or

19    Metropolitan police officer for D.C. for approximately five

20    years.

21         Q.  And Metropolitan Police Department is also known as

22    MPD?

23         A.  Correct.

24         Q.  How long did you serve with the MPD?

25         A.  I was four and a half years in patrol, and then six

1    years in the academy -- sorry, six months in the academy.

2        Q.   And was your title a patrol officer?

3        A.   Police officer.

4        Q.   Police officer.   What were your duties as a police

5    officer?

6        A.   My prime -- it primarily was patrol, answering routine

7    radio calls, 911 calls and such.

8        Q.   Did you also have a secondary assignment when you were

9    an MPD officer?

10        A.   I did.

11        Q.   And what was that secondary assignment?

12        A.   It was for the Civil Disturbance Unit.

13        Q.   And just generally tell the jury what the Civil

14    Disturbance Unit is.

15        A.   Civil Disturbance, or CDU as we call it, we respond to

16    First Amendment activities as well as in case a riot breaks out

17    or protests, things like that, to keep citizens safe.

18        Q.   And First Amendment activities, that's sort of D.C.'s

19    way of saying protests?

20        A.   It can be, yes.

21        Q.   And other types of demonstrations or free speech

22    activities?

23        A.   Yes.

24        Q.   Turning your attention to January 6th, 2021.   Do you

25    remember that day?

1      **A.**   I do.

2      **Q.**   Were you working as an MPD officer on January 6th,

3   2021?

4      **A.**   I was.

5      **Q.**   And were you working in your role -- your normal role

6   as a patrol officer or in your secondary duty?

7      **A.**   In my secondary duty.

8      **Q.**   And were you assigned to a particular -- to report to

9   a particular location that day -- particular place in the

10   District of Columbia?

11      **A.**   Yes.

12      **Q.**   And where was that?

13      **A.**   The United States Capitol building.

14      **Q.**   And was that something that had been assigned before

15   January 6th or did it -- was it on January 6th itself you

16   received that assignment?

17      **A.**   On January 6th itself.

18      **Q.**   What was happening at the Capitol on January 6th, just

19   broadly, when you were assigned there?

20      **A.**   The Vice President was meeting with members of

21   Congress to certify the election results.

22      **Q.**   And in particular, when you were sent there, did you

23   get an understanding as to why you were reporting to the

24   Capitol?

25      **A.**   There was a report of a riot going on.  We hadn't been

1  told much beforehand.  I worked the midnight shift before that,

2  so when I woke up and went in, I didn't know anything about the

3  event.

4  **Q.**  About what -- did you actually go to the Capitol?

5  **A.**  I did.

6  **Q.**  About what time did you get there?

7  **A.**  We arrived at approximately 4:45 p.m.

8  **Q.**  And about where did you report to, where did you

9  arrive?

10  **A.**  Initially we parked I believe about three blocks away

11  from the Capitol just to make sure our vehicles would be

12  secured.  They have all of our equipment and such.  We marched

13  to a staging location and met several other CDU platoons.

14  **Q.**  And when you got there, could you just tell the jury

15  generally what you observed?

16  **A.**  We had people walking by us.  Some people were

17  thanking us for our service.  The next person would come by and

18  cuss at us, curse at us, describe how we need to uphold our

19  oath, that we're traitors to the Constitution and things like

20  that.

21  **Q.**  Where were you first stationed when you got to the

22  Capitol?

23  **A.**  We were stationed north -- northwest of the Capitol,

24  one and a half to two blocks away.

25  **Q.**  And then did you go to the Capitol itself?

1    **A.**  I did.

2    **Q.**  Where did you go when you got to the Capitol?

3    **A.**  We were ordered to secure the west lawn.

4    **Q.**  That's the west lawn on the Capitol grounds?

5    **A.**  Correct, if you're -- the picture that everybody's

6    familiar with at the Capitol, it's the lawn directly in front.

7    **Q.**  So that's I guess the west side of the Capitol?

8    **A.**  Correct, and then that turns into the Reflecting Pool

9    and Washington Monument and the Lincoln Memorial as well.

10   **Q.**  Did you see rioters there once you got there?

11   **A.**  Yes.

12   **Q.**  And what were they doing?

13   **A.**  Similar to the people from before.  Some would yell at

14   us, some would use loudspeakers to yell at us.  Others would

15   come up and say thank you for your service.

16   **Q.**  So when you got to the west lawn, what was your task,

17   what was your job duty on the west lawn?

18   **A.**  From what we understood, that protesters inside had

19   been pushed out of the Capitol at that time, and we were told

20   to secure the lawn and push them off of the Capitol grounds.

21   **Q.**  And was it just you or was it you and other people?

22   **A.**  It was myself and several other platoons.

23   **Q.**  Of the MPD?

24   **A.**  MPD as well as other jurisdictions in the area from

25   all over.

1    Q.   How did you go about getting those individuals off the
2    lawn?

3    A.   We lined up one line across the lawn, and slowly and
4    methodically moved down the line in slow increments taking a
5    little bit of grass at a time, and slowly pushing them towards
6    the exit.

7    Q.   About how far did you travel at a time?

8    A.   Not very far, I'd say maybe 50 yards at a time.

9    Q.   At some point, I guess later after you arrived, did
10   you become aware of sort of a secondary task for MPD with
11   regard to curfew?

12   A.   Yes.

13   Q.   And what was that task?

14   A.   We were told to, as I understand it, enforce a curfew.

15   Q.   And how did MPD and how did you enforce that curfew?

16   A.   We gave several warnings for a very long time, I'd say
17   an hour at least.

18   Q.   And did you personally give warnings?

19   A.   Yes.

20   Q.   Did you hear other people give warnings?

21   A.   Yes.

22   Q.   What were those warnings?

23   A.   We would tell them to leave the area.  Others said
24   leave the area or you'll be placed under arrest and the like.

25   Q.   Were there other types of warnings that you heard or

1   observed when you were there?

2       A.  Such as?

3       Q.  Did you hear anything over a loudspeaker?

4       A.  Yes.

5       Q.  And how was that -- could you tell the jury what that

6   was?

7       A.  Yes.  Usually for a riot, if possible, our CDU

8   officials -- so our sergeants, captains, lieutenants and

9   whatnot who give the commands, if possible they use a

10  loudspeaker and give warnings prior to a -- what we call a mass

11  arrest of people.

12      Q.  And did you hear that yourself?

13      A.  I did.

14      Q.  And then was there also a particular type of tool that

15  was used to amplify a warning about the curfew?

16      A.  Yes.

17      Q.  And what was that tool?

18      A.  A speaker or a bullhorn.

19      Q.  Okay.  And was the bullhorn itself just used or was it

20  used in conjunction with something else?

21      A.  I can't recall.  I think -- a bullhorn definitely I

22  remember hearing.

23      Q.  Okay.  Turning your attention to around 6:00 o'clock

24  to 7:00 o'clock on January 6th of 2021.  Where were you at

25  about that time?

1     A.   We had pushed the protesters off of the lawn, and at

2     that point we were where the lawn meets the parking lot.

3     Q.   Okay.   When you say the parking lot, is that a parking

4     lot on Pennsylvania Avenue, NW?

5     A.   Yes.

6     Q.   Is that between First and Third Streets, NW?

7     A.   Yes.

8     Q.   What were you doing at the time, still pushing

9     protesters?

10    A.   At that time we had been reinforced by National Guard

11    troops, and we had been waiting on an order to move.   And we

12    were given that order as what we call an encirclement.

13    Q.   And when Iou say push, was the push -- was that a

14    physical push or was that some sort of other push?

15    A.   It was more so moving our unit just encircling them.

16    That way they were more concentrated, and that way we could use

17    a means of exit for them to leave the grounds.

18    Q.   And is there some sort of a message you yell out or

19    you chant as officers trying to do that?

20    A.   Yes, we usually yell move back as we're moving people.

21    Q.   And do you repeat that or is it just move back and

22    then --

23    A.   Oh, it is move back as many times as we can say it.

24    Q.   Okay.   And then how were the officers moving to sort

25    of accomplish getting the -- how did the officers move on

1    January 6th to accomplish getting protesters off the Capitol?

2        **A.**   From when I was there, we either moved at what we call

3    half step, which is a little bit slower pace, or at full step.

4    And then we would move -- march down the line and move them

5    further down.

6        **Q.**   And were you in a line with other officers?

7        **A.**   Yes.

8        **Q.**   Turning your attention to around -- turning your

9    attention to that 6:00 o'clock to 7:00 o'clock hour on January

10   6th, 2021.

11       Did you see a person with a bullhorn that -- during that

12   time?

13       **A.**   I did.

14       **Q.**   Where was it that you saw that person?

15       **A.**   I believe I saw him further up on the lawn itself.

16       **Q.**   On the Capitol lawn?

17       **A.**   Correct.

18       **Q.**   And what was he doing?

19       **A.**   He was using the bullhorn to say defamatory things

20   towards the officers, and later on the soldiers.

21       **Q.**   Other than the bullhorn, did you notice anything

22   physically about the individual?

23       **A.**   Further up on the lawn or later?

24       **Q.**   On the lawn, did you recognize, for example, if he was

25   wearing anything?

1      **A.**   Yes.

2      **Q.**   What was he wearing?

3      **A.**   He was wearing a black hat, a black tactical vest as

4   well as a camouflage backpack.

5      **Q.**   And I'm going to ask Ms. Kozaczuk to put only on the

6   screen for the witness Exhibit 401.

7      Can you see that marked for identification Exhibit 401?

8      **A.**   I saw the blue screen.

9      **THE COURT:**   Hold on.

10      (Brief interruption)

11      **MR. KONIG:**   May I approach the witness, Your Honor?

12      **THE COURT:**   You may.

13   **BY MR. KONIG:**

14      **Q.**   Special Agent Haynes, could you turn to what's marked

15   for identification as Government's Exhibit 401 inside that

16   binder.

17      Do you recognize this?

18      **A.**   I do.

19      **Q.**   What's the still image -- does this still image show

20   the same person that you saw on the lawn that you were just

21   describing?

22      **A.**   It does.

23      **Q.**   And is that individual wearing the same hat you

24   described earlier?

25      **A.**   Yes.

1    Q.   And the same backpack that you described earlier?

2    A.   Yes.

3    Q.   And is he also wearing the same -- I don't know how

4    you described it, you described it as a tactical vest?

5    A.   Correct.

6    Q.   The tactical vest you described earlier?

7    A.   Yes.

8    Q.   Does this fairly and accurately represent the

9    individual that you saw on January 6th, 2021?

10   A.   Yes, it does.

11   **MR. KONIG:**   The government moves for admission of

12   Government's Exhibit 401.

13   **MR. ROOTS:**   No objection.

14   **THE COURT:**   So moved.

15   (Government Exhibit 401 admitted into evidence)

16   **MR. KONIG:**   May I publish, Your Honor?

17   **THE COURT:**   You may.

18   **BY MR. KONIG:**

19   Q.   You said a moment earlier that -- you said there were

20   other individuals who joined you a minute later.

21   What did you mean by that, other individuals who joined

22   MPD officers either on the lawn or on that parking lot?

23   A.   Yes, D.C. National Guard.

24   Q.   And have you reviewed a video -- let me see, can you

25   bring up for the witness Government's Exhibit 435, just for the

1    witness.

2         Do you recognize this still image?

3         A.  I do.

4         Q.  What does this show?

5         A.  This shows the line of D.C. National Guard troops.

6    They're easily distinguishable by their camouflage uniforms and

7    black vests.  And the large majority of them had the very large

8    riot shields.

9         Q.  Were you carrying a riot shield on January 6th?

10        A.  On that date, I was not.

11        Q.  And is there an individual who you can see in this

12   still image?

13        A.  Yes.

14        Q.  And is this the same individual that you identified

15   earlier?

16        A.  It is.

17        Q.  And if you saw that individual again, would you

18   recognize him?

19        A.  Yes.

20        Q.  And is he in the courtroom here today?

21        A.  He is.

22        Q.  Could you identify him using an article of clothing

23   he's wearing?

24        A.  Yes, he's wearing a dark colored suit with a red

25   shirt.

1        **MR. KONIG:**  May the record reflect that the witness has

2   identified the defendant.

3        **THE COURT:**  It may.

4   **BY MR. KONIG:**

5        **Q.**  And this photo, does it show anything else in

6   particular about the -- about Mr. Alberts?

7        **A.**  Yes.

8        **Q.**  What does it show?

9        **A.**  The bullhorn that I spoke of earlier.

10       **Q.**  And is there a patch on the back of his hat?

11       **A.**  Yes, there is.

12       **Q.**  And is he wearing the same backpack?

13       **A.**  He is.

14       **Q.**  And is he looking at something in this image?

15       **A.**  It looks like --

16       **MR. ROOTS:**  Objection, leading.

17       **THE COURT:**  Sustained.

18  **BY MR. KONIG:**

19       **Q.**  What is he looking at in this?

20       **A.**  The line of D.C. National Guard.

21       **MR. KONIG:**  The government moves for admission of

22  Government's Exhibit 435.

23       **THE COURT:**  Any objection?

24       **MR. ROOTS:**  No objection.

25       **THE COURT:**  So moved.

1          (Government Exhibit 435 admitted into evidence)

2          **MR. KONIG:**  Your Honor, just a point of clarification.

3     When the Court admits, does the Court publish at the same time?

4          **THE COURT:**  Yes, you don't need to ask, it's already

5     published.

6     **BY MR. KONIG:**

7          **Q.**  Thank you, Your Honor.

8          And this image, did it come from a video that you have

9     reviewed prior to court here today?

10         **A.**  Yes.

11         **Q.**  And did that video fairly and accurately represent

12    Mr. Alberts as you saw him on January 6th, 2021?

13         **A.**  Yes, it did.

14         **Q.**  And did it also fairly and accurately represent the

15    grounds of the Capitol as you saw them on January 6th, 2021?

16         **A.**  Yes, it did.

17         **Q.**  And did it also fairly and accurately represent the

18    National Guard that you saw there on January 6th, 2021?

19         **A.**  Yes, it did.

20         **MR. KONIG:**  The government would move for admission of

21    Exhibit 316.

22         **MR. ROOTS:**  No objection.

23         **THE COURT:**  So moved.

24         (Government Exhibit 316 admitted into evidence)

25    **BY MR. KONIG:**

1      Q.   And I'm going to ask Ms. Kozaczuk to play Government's

2   316.

3      (Video played)

4      Q.   And just to be clear, the individual that you saw in

5   this video, is this the same individual you'd seen earlier in

6   the evening?

7      A.   Yes, the one with the bullhorn.

8      Q.   And did you eventually see him later that evening a

9   little bit after this time?

10     A.   I did.

11     Q.   I'm going to ask Ms. Kozaczuk to put up what's been

12   marked for identification as Government's Exhibit 434.

13     Do you recognize what this is?

14     A.   I do.

15     Q.   What is it?

16     A.   It is a video taken from I believe a blogger.

17     Q.   Is this a still image that's grabbed from an open

18   source video?

19     A.   Yes, I apologize.

20     Q.   And does this fairly and accurately represent what

21   Mr. Alberts looked like on January 6th, 2021?

22     A.   Yes.

23     Q.   And looking at the surroundings, is that what the

24   Capitol grounds looked like on January 6th, 2021?

25     A.   Yes.

1        **MR. KONIG:**  The government moves for admission of

2    Government's 434.

3        **MR. ROOTS:**  No objection.

4        **THE COURT:**  So moved.

5        (Government Exhibit 434 admitted into evidence)

6    **BY MR. KONIG:**

7        **Q.**  And can you tell from this still image approximately

8    where the video was -- where it was taken, where the video is

9    looking towards?

10       **A.**  It's looking towards this building right now.

11       **Q.**  And if you could use your sort of screen in front of

12   you to sort of generally circle where this building is.

13       **A.**  Sure.  It's right over the defendant's right shoulder,

14   right about there.

15       **Q.**  And at the upper right of the screen, is this a

16   building -- I'm confused, let me clear that.

17       Is this the Department of Labor building?

18       **A.**  Yes, it is.

19       **Q.**  And was this video taken on Capitol grounds?

20       **A.**  Yes.

21       **Q.**  You said that you saw the defendant later that

22   evening.  What were you doing when you happened to see him

23   again?  Were you -- what was the task that you and MPD had at

24   the time?

25       **A.**  The encirclement that I spoke of earlier.

1    Q.   And how were you sort of accomplishing that?

2    A.   So MPD as well as D.C. National Guard circled in on

3    the main protesters and were going to escort them off of the

4    grounds.

5    Q.   What was the general demeanor of the crowd at that

6    time?

7    A.   Still the same from before, similar, people thanking

8    us for our service as well as cussing us out.  Some were

9    more -- once they realized that we were moving in on them, they

10   left, and others slowly took their time as we moved towards

11   them.

12   Q.   Was it the same amount of people who was around when

13   you next saw Mr. Alberts or was it -- versus, let's say,

14   5:30 in the evening?

15   A.   The crowd had thinned.

16   Q.   Sorry?

17   A.   The crowd had thinned.

18   Q.   The crowd had thinned, okay.  I'm going to show you

19   what's been marked for identification as Exhibit 805.

20   Do you recognize this?

21   A.   I do.

22   Q.   What is it?

23   A.   It's Capitol Hill.

24   Q.   And does this show anything in particular?

25   A.   Yes.

1      Q.   What does it show?

2      A.   It shows the property of the United States Capitol.

3      Q.   And does this fairly and accurately represent the

4    Capitol grounds as they are defined by law?

5      A.   Yes.

6      MR. KONIG:   The government moves for the admission of 805.

7      THE COURT:   Why don't you lay a little more foundation.

8      MR. KONIG:   Your Honor, may I use this as a demonstrative

9    to the jury, and then we'll admit it through our next witness?

10      THE COURT:   And your next witness is?

11      MR. KONIG:   Sergeant Baboulis from the Capitol Police.

12      THE COURT:   Yes, you may.  So ladies and gentlemen, this

13    has not been entered into evidence yet, but the Court will

14    allow the government to use it as a demonstrative to guide this

15    gentleman's testimony.  But you are not to take any of the

16    facts conveyed in this exhibit as evidence in the case until it

17    is formally entered, okay.  Go ahead.

18      MR. KONIG:   Thank you, Your Honor.

19      THE COURT:   You're welcome.

20    BY MR. KONIG:

21      Q.   Special Agent Haynes, could you mark for the jury

22    where you first observed Mr. Alberts on January 6th, 2021?

23      A.   Yes, I believe it was about there.

24      Q.   I'm going to state for the record that the witness has

25    marked just below the blue part of this map on the left side.

1    Could you mark for the jury where you saw Mr. Alberts

2    later that evening at approximately 7:22 p.m.?

3    **A.**   Yes, right about here.

4    **Q.**   And I'm going to state for the record, Your Honor,

5    that the witness has drawn a circle on an area of the map that

6    is in blue that is a line on -- it says Pennsylvania Avenue

7    between First Street, NW and Third Street, NW at approximately

8    a quarter of the way up near the middle of the screen.

9    Sir, turning your attention to the time around

10   7:20 p.m. -- sorry, let me ask it a different way.

11   You said you saw Mr. Alberts again.  Where did you see

12   him?

13   **A.**   I saw him about where I circled.

14   **Q.**   And were you doing that same encirclement you were

15   describing?

16   **A.**   Yes.

17   **Q.**   Did you notice something?

18   **A.**   I did.

19   **Q.**   What was that?

20   **A.**   As the protesters were slowly moving towards the exit

21   we had provided for them, Mr. Alberts was moving very slowly.

22   As I was walking behind him, I noticed a bulge on his right

23   side.

24   **Q.**   And let me turn your attention back, if you could

25   publish Government's 434.

1          Could you mark for the jury, just broadly, where you saw

2     that bulge?

3          **A.**   It would have been right there along the beltline.

4          **Q.**   And I'm going to show you -- sorry.

5          I'm going to show you what's been marked for

6     identification as Government's Exhibit 114.

7          Do you recognize that image?

8          **A.**   I do.

9          **Q.**   What does that image show?

10         **A.**   That image shows myself to the right of the frame

11    looking at the right side of Mr. Alberts.

12         **Q.**   And do you know where this image came from?

13         **A.**   Yes.

14         **Q.**   Where did it come from?

15         **A.**   It came from a fellow MPD officer's body camera.

16         **Q.**   What is body-worn camera, body camera?

17         **A.**   A body-worn camera, or BWC as we call it, is a

18    chest-worn camera that sits about here on your chest.

19         **Q.**   And is it fixed or does it move?

20         **A.**   It's fixed to our vest.

21         **Q.**   And what does it do?

22         **A.**   It records video and audio of what's in front of us.

23         **Q.**   What causes it to record?

24         **A.**   We activate it by tapping it twice.

25         **Q.**   And were you wearing a body-worn camera on January

1    6th, 2021?

2         A.   I was.

3         Q.   And did you have it actually activated that day?

4         A.   I had.

5         **MR. KONIG:**   The government moves for the admission of

6    Government's 114.

7         **MR. ROOTS:**   No objection.

8         **THE COURT:**   So moved.

9         (Government Exhibit 114 admitted into evidence)

10   **BY MR. KONIG:**

11        Q.   And what does this show?

12        A.   It shows me to the right of the frame looking at the

13   right side of Mr. Alberts where I observed the bulge.

14        Q.   And is that the right side I'm circling there?

15        A.   Correct.

16        Q.   And is that you right there?

17        A.   Yes, it is.

18        Q.   Once you observed that bulge, what did you do?

19        A.   I took my -- we call it a baton, it's the large

20   essentially stick that we carry and use for CDU purposes.  And

21   I gently pushed Mr. Alberts and then tapped that bulge with the

22   baton.

23        Q.   And what, if anything, did you notice when you pushed

24   that bulge?

25        A.   I noticed that it made a tapping or a clacking sound

1    and feel.

2         Q.  And did that mean anything in particular to you?

3         A.  Yes.

4         Q.  What did you think?

5         A.  Due to my training and knowledge and experience, I

6    know that to be consistent with a firearm.

7         Q.  So what did you do next?

8         A.  So at that point, I put my hands on the backpack of

9    Mr. Alberts and told the two officers closest to me and advised

10   them that he had a gun.

11        Q.  And did you say anything?

12        A.  Yes, I told them:  "He's got a gun."

13        Q.  And what did Mr. Alberts do?

14        A.  So immediately I tried to keep my voice down, but it

15   was so loud there that I had to project it.  So Mr. Alberts had

16   heard me say that to the other officers, and he immediately

17   tried to get away.

18        Q.  What happened next?

19        A.  At that point, we had to physically restrain him, and

20   we had to take him to the ground in order to place him into

21   custody.

22        Q.  And you said that you took him to the ground.  Did you

23   consider taking him aside and questioning him?

24        A.  At that point, no.

25        Q.  Why not?

1    **A.**   Because he tried to escape.

2    **Q.**   Was there another reason that you determined not to

3    just take him aside and ask him a question?

4    **A.**   There was a large crowd of people around, and I don't

5    know what he could have done.

6    **Q.**   Once you took him to the ground, did MPD in fact

7    recover a gun?

8    **A.**   Yes, we did.

9    **Q.**   And where was that gun found?

10   **A.**   It was found on the right hip of Mr. Alberts.

11   **Q.**   And was it in a pocket or somewhere else?

12   **A.**   It was inside a holster that is carried inside the

13   waistband.

14   **Q.**   And what kind of firearm was it?

15   **A.**   It was a Taurus pistol, a 9mm.

16   **Q.**   And was it loaded?

17   **A.**   It was.

18   **Q.**   How do you know?

19   **A.**   Because I cleared it myself.

20   **Q.**   And how many rounds -- was it loaded with a magazine?

21   **A.**   It was.

22   **Q.**   And how many rounds were in the magazine?

23   **A.**   Twelve rounds.

24   **Q.**   And was there another round?

25   **A.**   There was.

1      Q.  Where was that?

2      A.  It was in the chamber of the firearm.

3      Q.  And we spoke a moment earlier about body-worn camera.

4  Did you review your body-worn camera from this event?

5      A.  I did.

6      Q.  Does it fairly and accurately reflect what you saw and

7  heard on January 6th of 2021 at about 7:22 p.m.?

8      A.  It does.

9      MR. KONIG:  Your Honor, the government moves for admission

10  of Exhibit 109.

11      MR. ROOTS:  No objection.

12      THE COURT:  So moved.

13      (Government Exhibit 109 admitted into evidence)

14      MR. KONIG:  Ms. Kozaczuk, I'm going to ask you to play

15  starting at four minutes.

16      (Video played)

17      THE COURT:  Counsel, if I could just interject.  Ladies

18  and gentlemen, you're going to be seeing a number of videos in

19  this trial.  The lawyers will be referring to dates and times

20  and numbers.  Sometimes they will be referring to the timing of

21  the actual video clip which is reflected at the bottom of the

22  screen, and sometimes they may be referring to the time and

23  date stamp which is at the upper right-hand corner of the

24  screen.

25      Have we stipulated to the accuracy of the time and date

1    stamps?  Will those be in dispute, counsel, Mr. Roots, or no?

2        **MR. ROOTS:**  That's a good question.  I don't think we've

3    stipulated to it.

4        **THE COURT:**  Unless there is an objection -- and maybe

5    through one of your witnesses, you may explain the nomenclature

6    of the timing, but we'll get to that point.  But just for

7    present purposes, those are the two types of numbers that you

8    may hear counsel refer to.  Okay, go ahead.

9        **MR. KONIG:**  I can actually ask this witness, with the

10   Court's indulgence.

11       **THE COURT:**  Great.

12   **BY MR. KONIG:**

13       **Q.**  At the top right of the screen, do you recognize that

14   sort of computerized 1970s computer writing?

15       **A.**  Yes.

16       **Q.**  And starting at the top of that, what does that show?

17       **A.**  So the first part on the first line is the date.

18       **Q.**  And next to that -- so what date does this show?

19       **A.**  January 6th, 2021.

20       **Q.**  And going to the right of the date -- and is that

21   2021-01-06?

22       **A.**  Yes.

23       **Q.**  Moving to the right of that, what does that show?

24       **A.**  The time.

25       **Q.**  And is that in military time?

1    A.   Yes, it is.

2    Q.   And what time does this time stamp show?

3    A.   7:22 p.m.

4    Q.   And if you know, is that written as 7:22 -- okay,

5    sorry, I'll withdraw that question.

6    A.   Yeah, there it's military time of 19:22 hours.

7    Q.   And next to that, if you know, there's a -0500.  Do

8    you know what that is?

9    A.   I actually don't, not that part.

10   Q.   Okay.  And then reading as we do, going to the bottom,

11   there's -- it says Axon Body 3.  Do you know what that is?

12   A.   Yes, Axon is the brand that makes the body cam.  So

13   it's the brand, the specific model.  So it's worn on the body

14   as opposed to they have some where you can use it on glasses or

15   on your shoulder, and it's the third model.

16   Q.   And there's some numbers and letters there.  It's

17   X6039BH6K.  Do you know what that is?

18   A.   Yes.

19   Q.   What is that?

20   A.   I believe that's a serial number for the body cam.

21   Q.   And is that something that's assigned to each

22   specific -- like a unique number to each specific body cam?

23   A.   Yes.

24   Q.   And is this number ending in BH6K, was that the body

25   cam unit that you were assigned when you were at MPD?

1    **A.** Yes, that is one body cam unit that I had.

2    **Q.** And just as sort of a mop up question, the sort of

3    stamping on the top, is that done essentially in all of the

4    body cam footage from -- at least from the Axon body cam?

5    **A.** Yes.

6    **THE COURT:** Thank you.

7    (Video played)

8    **BY MR. KONIG:**

9    **Q.** Sir, we've stopped it at 8:11. Just a few questions

10   about what the jury's just seen.

11   The last thing you said I believe was: "It's red." Is

12   that what you said?

13   **A.** Yes.

14   **Q.** And what did that mean?

15   **A.** So for that particular model of pistol, there is what

16   we call a loaded chamber indicator that's on top of the slide.

17   So when there's actually a round or bullet inside the chamber,

18   it shows a little raised tab so you know that there's one in

19   there.

20   **Q.** And the firearm, when you recovered it, I think you

21   said it was in an -- under the waistband holster?

22   **A.** Inside the waistband.

23   **Q.** Inside the waistband, thank you. And did you recover

24   that holster?

25   **A.** I did.

1    Q.   And other than the firearm and that holster and the

2    magazine, did you recover something else related to the

3    firearm?

4    A.   Yes.

5    Q.   What was that?

6    A.   There was another magazine inside its own holster

7    inside his waistband as well.

8    Q.   And how is that magazine I guess carried?

9    A.   It's very similar to the pistol where it's in

10   basically a plastic case with a little bit of a clip on there,

11   so that way you can put it inside your waistband and it holds

12   onto it so it's more concealable.

13   Q.   Is that also an under the waistband -- inside the

14   waistband holster or holder?

15   A.   Yes.

16   Q.   There was an individual there I believe who said:

17   "They didn't give a warning."  What does that mean to you, does

18   that mean something?

19   A.   I believe that was the final warning that he was

20   speaking of.

21   Q.   And what do you mean by a final warning?

22   A.   So before, I mentioned that the CDU officials give

23   three warnings before a mass arrest occurs.  I believe he's

24   talking about the last of the three warnings.

25   Q.   And did you give warnings to rioters to leave at or

1    near that time on January 6th, 2021?

2         A.   Yes.

3         Q.   And did you hear others doing that?

4         A.   Yes.

5         Q.   Did you recover what Mr. Alberts was wearing and

6    carrying on January 6th, 2021?

7         A.   Yes.

8         Q.   What did you do with it?

9         A.   Took it back to the Fifth District and put it on the

10   books as evidence, properly book them as evidence.

11        Q.   And did you review physical exhibits, Government's 601

12   to 611, prior to your testimony here today?

13        A.   Yes, I did.

14        Q.   Did you recognize the exhibits?

15        A.   I did.

16        Q.   And generally what were those exhibits?

17        A.   So the big one was a backpack, the camouflage --

18        Q.   So maybe I didn't ask that right.  Were those the same

19   items that you'd recovered from Mr. Alberts on January 6th,

20   2021?

21        A.   Yes, they were.

22        Q.   And were those items, those separate exhibits that you

23   went through, were those in the same or substantially the same

24   condition today as when you saw them at the time of

25   Mr. Alberts' arrest?

1      **A.**  Yes, they were.

2      **MR. KONIG:**  The government moves for admission of

3  Exhibits 601 to 611.

4      **MR. ROOTS:**  No objection.

5      **THE COURT:**  So moved.

6      (Government Exhibits 601 through 611 admitted into

7       evidence)

8      **MR. KONIG:**  And Your Honor, I ask the Court's permission,

9  I'm going to start bringing some exhibits for Special Agent

10  Haynes to review and then eventually publish some of them to

11  the jury.

12      **THE COURT:**  That's fine.

13      **MR. KONIG:**  Thank you, Your Honor.

14      (Brief interruption)

15  **BY MR. KONIG:**

16      **Q.**  So starting with the bag in front of you which is

17  Government's Exhibit 604.  If you could open that bag.

18      Generally tell me, what's in that bag?  You can just start

19  by pulling out what's in there.  What's the first item in it?

20  If you need to stand up -- Your Honor, can he stand up if he

21  needs to?

22      **THE COURT:**  You can stand up, just make sure you speak

23  into the microphone so the court reporter can hear you.

24      **THE WITNESS:**  So the first one would be a radio.

25  **BY MR. KONIG:**

1    Q.   And do you know what kind of radio that is?

2    A.   The brand is Baofeng, I believe the model is UV-5R.

3    Q.   And is it handheld?

4    A.   Yes.

5    Q.   And do you know what that type of a unit is used for,

6    just generally?

7    A.   Yes, I'm sorry, I should also say it's handheld, but

8    you can also clip it to something.  But yes, it's for

9    communicating with other people who have the same frequency on

10   their radios.

11   Q.   And is there something in there that one might use to

12   charge that radio?

13   A.   Yes.

14   Q.   And could you show that to the jury.

15   A.   There is a matching charger for the radio.

16   Q.   And could you just put it -- so let the record reflect

17   that the radio is inside the charger.

18        Is there something used for communications that's in that

19   Government's Exhibit 606?

20   A.   Yes.

21   Q.   And what is that?

22   A.   So there's -- I believe there's two ways to use the

23   radio.  You can use it either as a walkie-talkie essentially,

24   or what this device does, it plugs into -- and I'll just show

25   you.  It plugs into the side of the radio, and that way you can

1     speak into it without actually using your hands for that part.

2     And what this does, this is essentially a type of microphone --

3     if you want to think of it that way, that you put around your

4     throat, and that you can transmit your voice through like vocal

5     cord technology I think, something like that.  And to use the

6     push-to-talk, to actually speak into it, you use this button

7     right here.

8        **Q.**  Is there some sort of special -- is there a special

9     reason that using the vocal cords would be some sort of benefit

10    to the user of that radio?

11       **A.**  Yes.

12       **Q.**  What's that?

13       **A.**  So that way you don't have to speak as loud.  I've

14    seen military and police units, like swat teams, use this kind

15    of technology.

16       **MR. KONIG:**  And may the record reflect that the witness

17    has previously plugged in the microphone unit into the handheld

18    radio unit.

19       **THE COURT:**  It may.

20    **BY MR. KONIG:**

21       **Q.**  Thanks, Your Honor.

22       And is there something -- and can you only use this for,

23    in my parlance, outgoing messages or does this unit also -- can

24    you get sound?

25       **A.**  Yes, you can.

1      Q.   Could you show the members of the jury?

2      A.   Yes.   So this is what we call in laymen's terms like

3  an ear wig.   So you would plug this into somewhere on the

4  radio, and that way no one else can hear.   So if I had the

5  radio in right now and someone was talking to me from another

6  radio, you all wouldn't be able to hear it.

7      Q.   And that's the last thing in that bag, correct?

8      A.   No.

9      Q.   Oh, okay.   Do you recognize what that item is?

10     A.   Yes.

11     Q.   What is it?

12     A.   It's a pair of binoculars.

13     Q.   Did you recover those binoculars from the same area as

14  the radio?

15     A.   I believe so, yes.

16     Q.   Do you remember where the binoculars were carried?

17     A.   I think some of the charging stuff for the radio was

18  found in the backpack itself.   And I can't recall if I found --

19  if I got these off his person or the backpack.

20     Q.   Binoculars, what are they used for?

21     A.   Looking at things that are far away.

22     Q.   And you could just place those items back in the bag.

23       May the witness step down for a second to open the box?

24     THE COURT:   Yes.

25  BY MR. KONIG:

1        Q.  And this is -- what is this?

2        A.  This was the tactical vest that I spoke of earlier.

3        Q.  And that's -- was that worn by the defendant on

4   January 6th, 2021?

5        MR. ROOTS:  Objection, leading.

6        THE COURT:  Overruled.

7        THE WITNESS:  Yes, it was worn by him.

8   BY MR. KONIG:

9        Q.  And I'll note for the record this is Government's

10  Exhibit 606.  Could you show the members of the jury what that

11  vest contains?

12       A.  Yes.  I'll show you the front and backside of it.

13       Q.  Let me actually take a step back.  Does that have a

14  brand on it, a type of -- the manufacturer?

15       A.  Yes, it does.

16       Q.  What is the brand of that body armor?

17       A.  It is Safe Line Defense.

18       Q.  And does it have another name on it as well?

19       A.  Yes, it says Body Armor as well as the phone number

20  and city of the company.

21       Q.  Does it also have something that says Warrior?

22       MR. ROOTS:  Objection, leading.

23       THE COURT:  Sustained.

24  BY MR. KONIG:

25       Q.  What else does it say -- if you could just tell the

1    members of the jury all of the writing that's on that body

2    armor.

3          A.   Sure thing.  On the outside you have a couple of

4    patches and an American flag.  You have this camouflage pouch

5    which I believe is usually used for ammunition, but you can use

6    it for other things as well.  You have this clip right here

7    which has a piece of Velcro on it so you could use it with the

8    push-to-talk button that I showed you earlier.  It had a piece

9    of -- actually, I'll just show you.  The push-to-talk that was

10   connected to the like throat microphone, it had Velcro on the

11   back so it could stay hooked onto that or up here as well.  And

12   then on the back a flag, and then there's a warrior patch

13   above.  Yes, I believe that's all that's on the exterior.

14         Q.   And then on the interior, is there some writing, like

15   some sort of tags?

16         A.   Yes.

17         Q.   And what do those tags reflect?

18         A.   So it has a size, a lot number as well as the model of

19   the vest itself.

20         Q.   And based on your training and experience, do you know

21   what body armor threat level means?

22         A.   Yes.

23         Q.   What is body armor threat level?

24         A.   Body armor threat levels refers to what kind of bullet

25   the armor can stop.

1     Q.   And this body armor, does it reflect what threat level

2     it is, it is assigned?

3     A.   Yes, if I open up the pouches, I can show them.  So

4     what you're seeing right here is a rifle plate, and on the back

5     it says what kind of material it's made out of and the threat

6     level itself, which in this case says threat level four.

7     MR. KONIG:  May the record reflect that the witness has

8     pulled a plate out of the front of the body armor which was

9     Exhibit 606.

10    THE COURT:  It may.

11    BY MR. KONIG:

12    Q.   You can continue.

13    A.   So it says threat level four which is rated to stop

14    some higher caliber rifle rounds.

15    Q.   And the levels, what's the highest level that body

16    armor plates get?

17    A.   As far as I know, it's level four, so this would be

18    it.

19    Q.   And do you have an idea, based on your training and

20    experience and just holding it, what material that front plate

21    is made of?

22    A.   I believe it would be ceramic.  I don't believe it's

23    steel.

24    Q.   Okay.  Was there another plate in that unit?

25    A.   Yes.

1      **Q.**  If you could show that to the jury.

2      **A.**  So you see the same plate, the same threat level.

3      **MR. KONIG:**  And may the record reflect that the witness

4   has pulled a plate out of the back of that body armor unit.

5      **THE COURT:**  It may.

6   **BY MR. KONIG:**

7      **Q.**  That's the same threat level, threat level four?

8      **A.**  Yes, four.  And then additionally -- and it's kind of

9   hard to see in the armor itself, I'll try and show you the best

10  I can.  But inside this nylon webbing is another body armor.

11  This is soft body armor is what they call it.  I believe it's

12  made out of Kevlar.  So you see the red, that is the body armor

13  itself.  So this is threat level 3A, so 3A would be less than

14  threat level four.  This can stop most normal pistol calibers

15  as well as I think some rifle calibers.  But level four is a

16  higher rating body armor.  This has the red -- or this has soft

17  body armor in the front as well as the backside.

18     **Q.**  And is that the same armor that you saw on January

19  6th, 2021?

20     **A.**  Yes, it is.

21     **Q.**  You spoke earlier about Mr. Alberts wearing a backpack

22  on January 6th, 2021.  Did you recover a backpack from

23  Mr. Alberts on January 6th, 2021?

24     **A.**  I did.

25     **Q.**  Did you review it before your testimony here today?

1    **A.**  I'm sorry, can you repeat that?

2    **Q.**  Did you review the backpack and its contents before

3    your testimony here today?

4    **A.**  I did.

5    **MR. KONIG:**  May I approach the witness, Your Honor?

6    **THE COURT:**  You may.

7    BY MR. KONIG:

8    **Q.**  Is that the same backpack?

9    **A.**  Yes, it is.

10   **Q.**  So just talk about the exterior of the backpack.  Does

11   it have writing or patches on it?

12   **A.**  Yes, it does.

13   **Q.**  Could you show and tell the members of the jury sort

14   of where and what is written.

15   **A.**  So right on the top on this piece of webbing, it says

16   Alberts.C.  And then down below is U.S., which is usually a

17   mark for U.S. Army-issued equipment.  And then if you look on

18   the backside, right above the straps it says Alberts.C again.

19   And I believe right here on the backside as well, it says

20   Alberts.C as well as a four digit number as well.

21   **Q.**  I'll note for the record that this is Government 611.

22   Could you open up that backpack, Special Agent Haynes?

23   **A.**  Yes.

24   **Q.**  I'm just going to ask you to take out items and

25   explain what they are.

1    **A.**   Okay.  So --

2    **Q.**   Items of evidentiary value and explain what they are.

3    **A.**   First is a first aid kit, standard first aid kit,

4    gauze, bandages and the like.  There's some cigarettes and the

5    belt that Mr. Alberts was wearing at the time.  And this is a

6    meal ready to eat, MRE.  That's usually issued to military

7    personnel to eat in the field.  Next we have several bungee

8    cords of different colors.  I'll open one up so you can see the

9    size.  Next we have a black hat.

10   **Q.**   And what's on the front of that hat?

11   **A.**   It's a patch.

12   **Q.**   And what does it show or say?

13   **A.**   It has a star, and beneath it is what appears to be an

14   AR-15 or M4.  And below that it says:  "Come and take it."

15   **Q.**   And on the back of the hat does it say anything?

16   **A.**   Yes, it has a patch that says Alberts.  And then next

17   we have a flashlight, and we have two knives.

18   **Q.**   And did you recover one of those knives in the

19   backpack?

20   **A.**   Yes.

21   **Q.**   And did you recover one of the items elsewhere?

22   **A.**   Yes.

23   **Q.**   Where was the other knife recovered from?

24   **A.**   From the front right pocket of Mr. Alberts.

25   **Q.**   And on -- I'll note for the record that the knives are

1   separately identified as Exhibit 609.

2        **A.**   And then next we have a skin decontaminating packet.

3        **Q.**   I'll say for the record that the skin decontaminating

4   packet is Government's 607, and the meal ready to eat kit is

5   Government's 608.  And if I hadn't already noted for the

6   record, the radio transceiver is Government's 604.

7        **A.**   And then there's a speaker, some stickers as well as

8   various kinds of clothing, including military fatigues, the

9   trousers.  There's more clothing, including a face mask, what

10  appears to be a face mask, a beanie face mask.  And then

11  clothing, and that's it.

12       **Q.**   And you can put the items back in.  While you're doing

13  that, I'll ask you another question or two to move things

14  along.  I'm going to ask Ms. Kozaczuk to publish to the witness

15  what's been marked for identification as Government's

16  Exhibit 436.

17       **THE COURT:**   Why don't we just do the housekeeping first,

18  and then we'll get to the next exhibit.

19       (Brief interruption)

20  **BY MR. KONIG:**

21       **Q.**   What's been marked for identification as Government's

22  436, do you recognize this?

23       **A.**   Yes.

24       **Q.**   What does it show?

25       **A.**   That shows immediately after we placed him into

1    custody.

2         **Q.**  And when you refer to him, you mean Mr. Alberts?

3         **A.**  Yes, I apologize.

4         **Q.**  And is that -- does that fairly and accurately reflect

5    the time and events of Mr. Alberts' arrest?

6         **A.**  Yes.

7         **MR. KONIG:**  The government moves for admission of

8    Government's 436.

9         **MR. ROOTS:**  No objection.

10        **THE COURT:**  So moved.

11        (Government Exhibit 436 admitted into evidence)

12   **BY MR. KONIG:**

13        **Q.**  I'm going to leave for the Special Agent to bring up

14   the remaining items of physical evidence.

15        Special Agent Haynes -- may the witness step down to

16   recover those?

17        **THE COURT:**  Yes.

18   **BY MR. KONIG:**

19        **Q.**  I'm going to ask you to first open the box.  You just

20   took something out of a box and showed it to the jury.  What is

21   that?

22        **A.**  This is a gas mask bag.

23        **Q.**  And have you seen that before?

24        **A.**  Yes.

25        **Q.**  Where did you see it before?

1      **A.**  On Mr. Alberts' person.

2      **Q.**  And where was it on his person?

3      **A.**  It was worn on his left side.

4      **Q.**  And was that on January 6th, 2021?

5      **A.**  Yes.

6      **Q.**  And if you could open up the bag and show the jurors

7 what's in there.  What is that?

8      **A.**  This is the gas mask with the filter attached.

9      **Q.**  And could you explain, do you have training and

10 experience to know kind of what that filter is?

11      **A.**  Yes.

12      **Q.**  What is it?

13      **A.**  It looks similar to things that I was issued from the

14 department that you can breathe normally while wearing a mask

15 in a chemical environment such as CS gas or otherwise known as

16 tear gas.

17      **Q.**  I'll note for the record this is Government's

18 Exhibit 605.  What else is inside that bag?

19      **A.**  You have replacement goggles.  So these are tinted and

20 these ones are clear.  There's one and there's the other.  And

21 then additionally there's a hood that you can wear with the gas

22 mask that you put over top of your head and the gas mask itself

23 for more protection against chemical irritants.

24      **Q.**  And is that all that's in that bag?

25      **A.**  There's also a U.S. Army camouflage patch.

1    Q.  You can just keep those items out for right now.  The

2    plastic bag right in front of you, what's in that?

3    A.  So inside this bag are the two holsters that I spoke

4    of earlier.

5    Q.  Could you open that up and show each holster.

6    A.  So this is an inside the waistband pistol magazine --

7    I'm sorry, pistol holster.

8    Q.  And is that the holster you were referring to earlier

9    on Mr. Alberts' right side or left side?

10   A.  Right side.

11   Q.  And what was in that holster when you first saw it?

12   A.  A Taurus 9mm pistol.

13   Q.  How's a Taurus 9mm pistol held in that holster?

14   A.  So in order to wear this pistol, you'd put it inside

15   your pants and then it latches onto the belt itself.  And the

16   pistol is inside with the handle facing backwards.

17   Q.  Is there a reason the handle is facing backwards

18   versus any other direction?

19   A.  If you wear it on this side, it usually means you're

20   right-handed.  So if you grab the pistol by the handle this

21   way, that's the correct way to do it.  There's no -- sorry.  So

22   if you're right-handed, you do it that way.  This is not a

23   left-handed holster, because if you put it inside your pants on

24   the other side, then you'd have to do a cross-draw which is

25   uncommon.

1      Q.   And you discussed earlier a magazine holder or

2   holster.  Is that in that bag too?

3      A.   Yes, it is.

4      Q.   And could you show the members of the jury that

5   magazine holder?

6      A.   Yes, so it's the same brand as the holsters, We The

7   People holsters.  And it's called Tyvek, so it's basically

8   plastic.  It's similarly worn inside the waistband, and the

9   clip latches onto to your belt so that way it doesn't move

10  around and stays in place.

11     Q.   In case I hadn't noted for the record, the holster is

12  Government's Exhibit 619 -- let me just check.  No, it's

13  Government's Exhibit 610, both holsters are identified as

14  Government's 610.

15          You can continue.

16     A.   And here is a magazine.

17     Q.   From back here, I see something yellow on the top of

18  that magazine.  What is that?

19     A.   That's called the follower or the follower cap.

20     Q.   And is that -- what does that do?

21     A.   So that by itself shows that the gun -- that there's

22  no ammunition inside the magazine.  But when there's actually

23  rounds or bullets inside, it gets pushed down so all you see is

24  the round itself.

25     Q.   And when you recovered that magazine on January 6th of

1    2021, were there any rounds of ammunition in that magazine?

2        A.   Yes, there was.

3        Q.   How many rounds were in that magazine?

4        A.   Twelve rounds of 9mm.

5        Q.   And is that 9mm ammunition that you recovered on

6    January 6th, 2021 also in that bag?

7        A.   Yes, it is.

8        Q.   What kind of ammunition is that?

9        A.   This is 9mm caliber.  And if the jury can see, the

10   bullet itself it more of a copper color.  But there are two

11   different colors of the case itself.  So this case would be

12   more silver -- let me see if I can push it to the top, the

13   silver case.  In this bag are hollow point bullets.  And then

14   the darker cases, these are what we call ball rims.

15       Q.   And do you have training and experience to know what

16   the difference is between hollow point bullets and ball -- is

17   it called ball bullets?

18       A.   Yes, ball ammo.

19       Q.   Do you have training and experience to know the

20   difference?

21       A.   I do.

22       Q.   And what's a hollow point bullet?

23       A.   A hollow point, there's -- in the very tip of the

24   bullet there's a hollow cavity, and that's for better

25   performance for tissue.  Meaning when the bullet actually

1    strikes tissue/muscle, the bullet itself basically blossoms out

2    into several petals, and that causes more damage to tissue.

3         Q.   And is there something in particular about this type

4    of hollow point bullet that you noticed?

5         A.   Yes.

6         Q.   And what's that?

7         A.   So in the world of ammunition, there are several kinds

8    of ammo.  So this would be 9mm.  But you could have standard

9    pressure bullets, meaning they go -- it's different for

10   different calibers, different speeds.  But as you add more

11   essentially gunpowder to the bullet, it can -- what we call

12   extra penetration.  So in this case, these bullets are +P+.  So

13   it usually goes base round, and then +P and then +P+.  So that

14   means this bullet is traveling much faster than a standard

15   round.

16        Q.   Is there some particular reason why one would want a

17   bullet to travel faster, a particular effect?

18        A.   Yes, it can tend to cause -- or it can cause more

19   tissue damage the faster it goes.

20        Q.   I'll note for the record that the ammunition is

21   Government's Exhibit 603, and the magazines are Government's

22   Exhibit 602.

23        A.   As I described, the magazine goes in the holster like

24   that.

25        MR. KONIG:  May the record reflect that the witness has

1    placed the firearm magazine, the second firearm magazine, into

2    the magazine holder or holster.

3        **THE COURT:**  It may.

4    **BY MR. KONIG:**

5        **Q.**  And then finally, if my recordkeeping is correct, you

6    have one final item in front of you.  If you'd just sort of

7    open the top of that box.  Do you recognize that item?

8        **A.**  I do.

9        **Q.**  And what is it?

10       **A.**  This is the Taurus 9mm pistol that I recovered from

11   Mr. Alberts.

12       **Q.**  How can you be sure it's the same one you recovered

13   from Mr. Alberts?

14       **A.**  By its serial number.

15       **Q.**  And did you compare that serial number when you looked

16   at it today to a report to make sure it was the same one?

17       **A.**  I did.

18       **Q.**  And it was?

19       **A.**  Yes, it was.

20       **Q.**  You said earlier that the firearm was fully loaded; is

21   that correct?

22       **A.**  Yes, it was.

23       **Q.**  And how many rounds were in the firearm in total?

24       **THE WITNESS:**  Your Honor, is it okay if I get some water?

25       **THE COURT:**  Sure.

1        **THE WITNESS:**  I apologize.

2        (Brief interruption)

3        **THE COURT:**  Okay.

4        **THE WITNESS:**  I'm sorry, can you repeat the question?

5    **BY MR. KONIG:**

6        **Q.**  The firearm that you recovered on January 6th of 2021,

7    how many rounds did it contain?

8        **A.**  The pistol -- excuse me.

9        **THE COURT:**  Take your time.

10        **THE WITNESS:**  The pistol that was recovered had 13 rounds

11    in it.

12    **BY MR. KONIG:**

13        **Q.**  And is there a magazine in the box?

14        **A.**  Yes, there is.

15        **Q.**  And how many rounds does that magazine hold?

16        **A.**  Twelve rounds.

17        **Q.**  So if the magazine holds 12 rounds, how were there 13

18    rounds in the firearm?

19        **A.**  It had one in the chamber.

20        **Q.**  And how does that occur?

21        **A.**  So you can load it one of two ways.  You either put

22    the magazine in the gun, the fully loaded magazine in the

23    gun --

24        **MR. KONIG:**  Your Honor, may I publish the firearm to the

25    jury while the witness drinks some water?

1      **THE COURT:**  Sure.  Mr. Konig, how much longer do you have?

2      **MR. KONIG:**  Very short, I'm just going to finish this

3   question and maybe two more, and then publish to the jury the

4   remaining -- a few of the exhibits.

5      **THE COURT:**  Great, okay.

6      **THE WITNESS:**  So we're discussing how there's one in the

7   chamber.  So there's two ways.  You can either lock the slide

8   to the rear -- so the slide is the top part, you can lock that

9   to the rear.  Take a bullet itself, put it in the chamber,

10  basically into the barrel, and release the slide.  So that way

11  there's one in the chamber, and then you can insert a fully

12  loaded magazine.  Or the other way is you can just put a

13  magazine in the gun, either rack the slider if it's already

14  locked to the back, let it go forward.  Then there's one in the

15  chamber and then 11 in the magazine.  At that point, you can

16  take the magazine out and put another round inside the

17  magazine.  So that way you have 13 as well.

18  BY MR. KONIG:

19      **Q.**  For recordkeeping purposes, just in case I hadn't

20  asked it, what's the model of that 9mm firearm?

21      **A.**  Taurus is the brand, and the model is a G2C, and it is

22  a 9mm in caliber.

23      **Q.**  Does it bear a serial number on it?

24      **A.**  It does.

25      **Q.**  Could you read that serial number?

1    **A.**   Yes, it is Adam, Adam, Lincoln, 05515.

2    **Q.**   Could you read that one more time, sorry?

3    **A.**   Yes, I'll do it without the phonetics.  AAL085515.

4    **Q.**   Thanks.  I'm going to ask to publish in a minute the

5    gas mask and the radio unit.  If one was wearing that gas mask,

6    could they still successfully communicate using that radio

7    unit?

8    **A.**   I believe so, yes.

9    **MR. KONIG:**  Your Honor, may I publish the non firearm --

10   some of the non firearm items to the jury?

11   **THE COURT:**  Sure.

12   **MR. ROOTS:**  Can we get on the phone?

13   (Sidebar discussion)

14   **MR. ROOTS:**  Your Honor, there is a chance that the

15   contents of this bag with the gas mask is causing the witness

16   to cough because of the CS gas and the nerve gas and the tear

17   gas that was in the -- that Mr. Alberts suffered from on

18   January 6th.  So now that these items are being distributed to

19   the jurors, I'm just thinking this could be problematic.

20   **THE COURT:**  I don't think we need to pass everything

21   around.

22   **DEPUTY CLERK:**  Counsel, we can't hear you.

23   **MR. KONIG:**  I was just planning on passing the vest and

24   the gas mask and the (inaudible).

25   **THE COURT:**  All right, that's fine, just let's get through

1    quickly.

2        (Open court)

3        **THE COURT:**  Mr. Konig, proceed.

4    **BY MR. KONIG:**

5        **Q.**  I have one final question.  Did you notice anything

6    about the backpack when you recovered it on January 6th of

7    2021?

8        **A.**  Yes.

9        **Q.**  What was that?

10        **A.**  When I took it back to my district to process it, put

11    it in evidence, I smelled the scent of CS gas or tear gas, as I

12    said earlier, in lay man's terms.

13        **MR. KONIG:**  Thank you.  I'll pass the witness.

14        **THE COURT:**  Ladies and gentlemen, we're going to take our

15    afternoon break.  It is 3:20, let's reconvene -- it's about

16    3:25.  Let's reconvene at 3:40, okay.  We'll take about 15

17    minutes.  Juror 775, if you could just remain seated for a

18    couple of minutes.

19        (Jury not present)

20        (Juror 775 present)

21        **THE COURT:**  Please be seated everybody.  Good afternoon,

22    ma'am.  How are you?  I understand you raised a concern about

23    your ability to get to and from court every day; is that right?

24    What we're going to try to do is advance your jury payment so

25    that --

1      **JUROR 775:**  That's okay.

2      **THE COURT:**  Are you sure?  We're going to do it anyway.

3      **JUROR 775:**  I placed a call to my sister in Upper

4   Marlboro.  She's going to send me some money so I can catch the

5   bus.

6      **THE COURT:**  Okay.  Well, we will still advance your --

7   because we've already processed it, so we're going to help you

8   out as well, okay?

9      **JUROR 775:**  Thank you.

10      **THE COURT:**  Take a break, we'll see you back in 15

11   minutes.

12      **JUROR 775:**  Thank you very much.

13      **THE COURT:**  You're welcome.

14      (Recess taken at 3:25 p.m.)

15      (Back on the record at 3:41 p.m.)

16      (Jury not present)

17      **MR. KONIG:**  Your Honor, may they test their equipment to

18   make sure we've switched it correctly before the jury comes

19   back in?

20      **THE COURT:**  If they can do that without Ms. Jenkins, fine.

21      **MR. KONIG:**  Thank you, Your Honor.

22      (Jury present)

23      **THE COURT:**  Welcome back everybody.  Please be seated.

24   Mr. Roots, I don't believe you had the opportunity to introduce

25   yourself to the jury yesterday, so maybe you should begin

1      there.

2          **MR. ROOTS:**  Thank you, Your Honor.  My name is Roger

3      Roots, and I'm co-counsel with Mr. John Pierce representing the

4      defendant, Christopher Alberts.  My pleasure to be here.

5          <u>**CROSS-EXAMINATION OF DALLAN HAYNES**</u>

6      BY MR. ROOTS:

7          **Q.**  Officer Haynes, how are you doing today?

8          **A.**  I'm good.

9          **Q.**  First of all, I notice you were coughing -- you had a

10     little bit of discomfort there.  Do you think that might have

11     had anything to do with any tear gas or something that might

12     have been in that bag that you were opening?

13         **A.**  No, sir.

14         **Q.**  There's no chance?

15         **A.**  I had a dry throat.

16         **Q.**  Okay.  It seemed like you were -- from my perspective,

17     it seemed like you had watery eyes or something like that.

18         **A.**  No, sir.

19         **Q.**  Okay, thank you.  So you currently work for NCIS; is

20     that right?

21         **A.**  Correct.

22         **Q.**  And before that you worked for Metro Police

23     Department?

24         **A.**  Yes, sir, the Metropolitan Police Department of the

25     District of Columbia.

1      Q.   And how long did you work there?

2      A.   Five years.

3      Q.   When did you retire or quit that job and get the job

4  at NCIS?

5      A.   I resigned in May of 2022.

6      Q.   Last year.  You've been at NCIS about a year?

7      A.   Correct.

8      Q.   So in your preparation and training to be a

9  Metropolitan police officer, did you -- could you just briefly

10  go through your training and education in the police academy

11  there?

12      A.   Yes, it was six months long and dealt with everything

13  from laws, misdemeanor crimes, felony crimes, use of force,

14  defensive tactics and the such.

15      Q.   And so a 6-month period, that was the police academy.

16  Was there -- were there any tests that you had to pass?

17      A.   Yes.

18      Q.   And did you have any manuals or policies that you had

19  to read?

20      A.   Yes.

21      Q.   According to your training and experience, the policy

22  for making an arrest is to first announce the arrest, correct?

23      A.   No.

24      Q.   That's not the policy?

25      A.   What kind of arrest?

1      Q.   To make an arrest of a suspect suspected of a crime.

2  You're not told that you should first announce:  Mister, you're

3  under arrest?

4      A.   I believe policy says when feasible.

5      Q.   Say that again, I'm sorry?

6      A.   I believe policy says when feasible.

7      Q.   When feasible.  You testified that it was not

8  feasible?

9      A.   Correct.

10      Q.   Along those lines, I'd like to pull up I think it's

11  Exhibit 109 that was already played.  Can we pull up 109, I

12  think Government's 109.  It was a video.  I believe the

13  prosecutor started at minute mark 3:58, 3:58 into the video.

14      (Video played)

15      Q.   Let me just pan through that.  Could we stop it right

16  there -- or back up -- well, just play it forward, go ahead.

17      (Video played)

18      Q.   Would you agree, Officer Haynes, that the number of

19  officers in this video vastly outnumbers non officers?

20      A.   In this frame, I would believe that to be the case.

21      Q.   You would say 30-to-1, something like that?

22      A.   I couldn't tell you what numbers.

23      Q.   You could -- someone could have made an arrest here,

24  couldn't they have?  They could have politely announced:

25  You're under arrest, and made a proper arrest?

1      A.   Possibly, yes.

2      Q.   Now, there was that other video where you heard -- you

3  heard Mr. Alberts refer to the police line as brothers and

4  sisters, correct, could you hear that?

5      A.   I believe so.

6      (Video played)

7      Q.   Let me just -- if you could just describe the crowd

8  that you're seeing here.  Would you describe that crowd as a

9  riot?

10      A.   At that point, no.

11      Q.   You don't see a lot of violence in that particular

12  segment, do you?

13      A.   Correct, but not long before that, there was a violent

14  outbreak further down the line.

15      Q.   I want to back up a little bit before this.  This is

16  an hour and a half or so into this first announcement of the

17  curfew, correct?

18      A.   Yes.  I believe the curfew started at 18:00, and this

19  clock showed -- at the top right shows 19:22.

20      Q.   Okay.  And if you could just describe how these

21  curfews -- the due process behind this.  The Mayor issues a

22  decree, correct?

23      A.   Yes.

24      Q.   And does that have by itself the force of law?

25      A.   I'm sorry, you said the force of law?

1      Q.   Does it mean that anyone -- can the Mayor just write

2  out a proclamation and then have anyone in a particular area

3  arrested?

4      A.   Yes, I believe so.

5      Q.   But it requires some due process, correct?

6      A.   I believe so.  That's more of a Mayor's Office

7  question.

8      Q.   Okay.  You mentioned three announcements are required,

9  correct?

10     A.   Before a mass arrest, correct.

11     Q.   And before the third announcement, it would be

12  improper to just arrest someone for being in the area?

13     A.   That's not necessarily true.

14     Q.   You could arrest someone after the first announcement?

15     A.   It's -- that's for a mass arrest, this isn't just for

16  an individual arrest.

17     Q.   You couldn't just go up to someone, tell them that the

18  Mayor said there's a curfew and handcuff them, could you?

19     A.   Yes, you could.

20     Q.   You don't have to give a third warning?

21     A.   That's for mass arrests, sir.  In regards to the

22  warnings, that's for mass arrests.  For individual arrests, I

23  don't believe you have to.

24     Q.   Don't you have to give a person a chance to move, move

25  out, get out of the area?

1      **A.**   Yes, for mass arrests, that is the case.

2      **Q.**   Okay.  But in your experience with protesters, do they

3      often -- do they tend to move out immediately or do they tend

4      to give a little bit of backtalk by the nature of being a

5      protester?

6      **A.**   We see both sides, some leave and some stay and

7      backtalk.

8      **Q.**   So you were part of a unit that was pushing people

9      out; in other words, trying to get people to move away from the

10     Capitol building, correct?

11     **A.**   Correct.

12     **Q.**   It was sort of a line -- a meeting line I think you

13     described it where you're basically trying to clear the entire

14     area, and you're more or less arm-in-arm with other officers,

15     correct?

16     **A.**   Arm-to-arm, yes, sir.

17     **Q.**   And that requires at times actually pushing people,

18     would you agree?

19     **A.**   Yes.

20     **Q.**   And that would require you being on the offensive and

21     actually making contact; not them making contact with you, but

22     you the officer would initiate force?

23     **A.**   In your words, yes.

24     **Q.**   What do you do if someone -- let's say a sit-in,

25     someone who just refuses to budge.  What do you do in that

1    circumstance?

2         A.   Can you be more specific?  Are we moving -- the entire

3    line's moving and the person --

4         Q.   If you're trying to move the line outward and push the

5    crowd out, what do you do with people who just won't move?

6         A.   We push them with our batons, the longer essentially

7    baton.

8         Q.   With regard to Mr. Alberts, you heard him say:  "We're

9    moving."  Did you hear that on the video?

10        A.   I believe so.

11        Q.   And he did not appear to be resisting, any kind of

12   pushing, nobody was needing to push him physically outward,

13   correct?

14        A.   At that point, no.

15        Q.   Can we play this video a little bit more.

16        (Video played)

17        Q.   You see some -- you see some signs, some indicators

18   that this is a protest, correct?

19        A.   Correct.

20        Q.   So you see that gentleman there, he appears to be

21   wearing some slogans and a banner and holding a sign, correct?

22        A.   Correct.

23        Q.   And that's consistent with a First Amendment protest?

24        A.   Yes.

25        Q.   Not a riot.  If he was a rioter, he would maybe not be

1    holding those specific things, correct?

2         A.   I have seen those signs at riots before during the

3    George Floyd riots.

4         Q.   Okay.  The Metro Police Department has policies about

5    protecting the rights of First Amendment protesters, does it

6    not?

7         A.   Yes.

8         Q.   Again, just in this picture -- I know this is not the

9    entire world, this is not the universe of all pictures.  You

10   agree that officers outnumber the non officers even in this

11   picture?

12        A.   In this picture, yes.

13        Q.   And Mr. Konig took you through the segment where you

14   could hear a voice saying:  No, we didn't give the warning yet.

15   You heard that?

16        A.   Yes.

17        Q.   Do you recognize that voice?

18        A.   I do.

19        Q.   And who was that?

20        A.   I believe that was one of the CDU officials.

21        Q.   The C2 officials?

22        A.   CDU, the Civil Disturbance Unit.  I think his specific

23   office branch is the Domestic Security Operations.

24        Q.   Do you know the name of the officer?

25        A.   I don't know the sergeant's name off the top of my

1    head, I'm sorry.

2        Q.   That's fine.  You said they did not give the final

3    warning -- is that what you said?

4        A.   I believe he said warning, I don't believe I heard the

5    word final.

6        Q.   With regard to firearms, you went through the -- you

7    discussed the 9mm I guess Taurus firearm?

8        A.   Correct.

9        Q.   What do you carry on the job yourself?

10       A.   For NCIS?

11       Q.   Well, I guess let's go back to Metro.  Do you carry a

12   different weapon with NCIS than you did with Metro?

13       A.   Same manufacturer, different model.

14       Q.   And what is that?

15       A.   For MPD, I carried a Glock 17 Generation 2, which is a

16   9mm.

17       Q.   Okay.  So back to the CS gas.  You didn't -- you don't

18   believe that anything in that bag had CS gas residue on it?

19       A.   Residue?

20       Q.   Residue?

21       A.   At which point?  At what point, now --

22       Q.   When you looked in the bag, we were all noticing you

23   were having some coughing fits.  You don't believe that was

24   involved at all?

25       A.   No, sir, that was just dry throat from speaking.

1      **Q.**  Okay, thank you.  I want to go to the video of the

2    actual arrest.  I know there are a couple of body cams.  Can we

3    play 428 -- is that Government's 428?  That's our 428, Alberts

4    428.  If we could just play any of the videos showing the

5    arrest.

6      **THE COURT:**  Well, wait a minute.  We need an exhibit

7    number.  It has to be admitted if it's not yet been admitted.

8    **BY MR. ROOTS:**

9      **Q.**  Let's play one that's already been played.  There were

10   multiple officers filming that night, correct?

11     **A.**  Yes, multiple officers had their body cameras

12   activated.

13     **Q.**  So the same incident was likely filmed by several

14   different officers?

15     **A.**  Yes.

16     **Q.**  Including yourself?

17     **A.**  Correct.

18     **Q.**  And often these are from slightly different

19   perspectives?

20     **A.**  Yes.

21     **Q.**  So you testified that you're trained that you are not

22   required to announce before you arrest someone?

23     **A.**  Correct.

24     **Q.**  But is it a good idea to announce?

25     **A.**  Are we speaking mass arrests or --

1    Q.   An individual arrest for suspicion of a crime?

2    A.   It's dependent on the situation.

3    Q.   Generally, to avoid -- it's -- okay, 428 is the Haynes

4    body cam, that's your body cam.  If we could roll Exhibit 428.

5    THE COURT:  I'm sorry, Mr. Konig, could you help him out?

6    Is this the Government Exhibit that was admitted in your

7    examination?

8    MR. ROOTS:  It was Exhibit 109.  If we could play it

9    forward to the moment of arrest.

10    THE COURT:  And 109's in evidence, correct?

11    MR. ROOTS:  I believe it is, yes.

12    THE COURT:  Okay.

13    BY MR. ROOTS:

14    Q.   While they're bringing that up, you testified that

15    Mr. Alberts tried to get away.  Was that your testimony?

16    A.   Yes.

17    Q.   I want to play that moment for the jury and have them

18    look carefully at it.  I think another point you said

19    Mr. Alberts, quote, tried to escape.  Is that what you said?

20    A.   Correct.

21    Q.   I'd like to show that, if we can.

22    (Video played)

23    Q.   Mr. Alberts has come into the screen there, do you see

24    that?

25    A.   Yes.

1      Q.   Obviously I think the jury knows which individual
2   we're speaking of.  Could you circle him one more time?

3      A.   Yes.

4      Q.   Go ahead and play it forward.  Maybe we can eliminate
5   that circle.

6      (Video played)

7      Q.   Do you hear him say:  "I'm moving"?  Is there any
8   evidence here that he's some violent resister?

9      A.   No.

10      Q.   Please play it forward.

11      (Video played)

12      Q.   Did you see -- you said that Mr. Alberts tried to,
13   quote, escape.  At what moment there was he trying to, quote,
14   escape?

15      A.   Once I said he's got a gun, he immediately tried to
16   take one or two steps forward in a hurried pace.

17      Q.   In a hurried pace.  How many steps did he take do you
18   think?

19      A.   I believe one or two, but it's a different stride as
20   before where he was slowly taking his time leaving the area.

21      Q.   Now, you said you spoke to people, but you did not
22   speak to Mr. Alberts; isn't that true?

23      A.   Yes, I tried to speak to the officers next to me.

24      Q.   You spoke to officers saying words to the effect that
25   this guy has a gun, correct?

1      **A.**   Yes.

2      **Q.**   But you did not say:  Sir, can I ask you some

3  questions, or anything to Mr. Alberts?

4      **A.**   No.

5      **Q.**   Let's clear the circle if you can.  Thank you.  I

6  would like to roll the other body cam that shows Mr. Alberts

7  from another angle.  It's the Smith body cam, 427.  I believe

8  it's already in evidence as -- what is it?  I'm told the Smith

9  body cam is Government's 110.

10      Can I offer a Government's Exhibit into evidence?

11      **THE COURT:**  You may.  Is it in evidence, Mr. Konig?

12      **MR. KONIG:**  It is not.

13      **THE COURT:**  Mr. Konig, what do you recommend, that we

14  renumber it as a Defense Exhibit because it's being offered by

15  the defense?

16      **MR. KONIG:**  Yes, Your Honor.

17      **MR. ROOTS:**  We could call it Government's -- I'm sorry, we

18  could call it Alberts 107.

19      **THE COURT:**  Is there already an Alberts 107?

20      **MR. ROOTS:**  Alberts 427.

21      **THE COURT:**  Any objection, Mr. Konig?

22      **MR. KONIG:**  No, Your Honor.

23      **THE COURT:**  So moved.

24      (Alberts 427 admitted into evidence)

25  **BY MR. ROOTS:**

1  Q. You're familiar with an officer named Smith?

2  A. I am not -- well, what's the first name?

3  Q. Okay.  Are you familiar with the body cam of an

4 officer named Smith?

5  A. Yes.

6  (Video played)

7  Q. Let me just -- because it's not yet into evidence, can

8 I stop.

9  Do you recognize this scene as the same -- just about the

10 same scene as what you filmed with your body cam that we've

11 just seen?

12  A. Yes.

13  MR. ROOTS:  Your Honor, I'd move this into evidence.

14  THE COURT:  It's in.

15 BY MR. ROOTS:

16  Q. Thank you.  I'd like to publish this for the jury.

17  (Video played)

18  Q. The officers outnumber the non officers in this scene?

19  A. I believe you only see officers in this part right

20 here.

21  Q. Actually, why don't we stop right here, I want to ask

22 a couple of questions about the setting, the location here.

23  You recognized this location and you talked about it,

24 remember that?

25  A. Yes.

1      Q.   And this is a location that is a -- is it a street or

2    a parking lot?

3      A.   I think it's a parking lot, but it's part of the

4    street.

5      Q.   And I believe you said this was Capitol grounds, did

6    you say that?

7      A.   Yes, I believe so.

8      Q.   Is there any signage that would say that?

9      A.   I'm not familiar.

10      Q.   How would someone know they're on Capitol grounds if

11    they're right there in that location?

12      A.   I don't know.   I haven't been over there in a little

13    while.

14      Q.   I believe you circled one of the buildings in the

15    background, and you indicated it was the Labor Department

16    building?

17      A.   Yes, I believe the prosecutor circled it.

18      Q.   Would it be your understanding in that location that

19    you're closer to the Labor Department building than the U.S.

20    Capitol?

21      THE COURT:   Is there an objection?

22      MR. KONIG:   Your Honor, I'm just going to object.   This is

23    calling for a legal conclusion.   Whether something is Capitol

24    grounds is a matter of law, not fact.

25      THE COURT:   Well, I'll overrule as to questions regarding

1   signage or proximity to Labor vis-a-vis the Capitol.

2        **MR. KONIG:**  Thank you, Your Honor.

3   **BY MR. ROOTS:**

4        **Q.**  So the question was this location, do you know if

5   you're closer to the U.S. Capitol building or the Labor

6   building?

7        **A.**  I don't know.

8        **Q.**  Mr. Konig just indicated that it's a legal conclusion

9   whether or not you're on the Capitol grounds.  Let me ask this

10   question:  How would someone know if they're on Capitol grounds

11   or Labor Department grounds let's say?

12        **A.**  I don't know.

13        **Q.**  Let's roll the video a little bit.  Let's see if we

14   can get closer to the arrest.

15        (Video played)

16        **Q.**  Let me just pause right there.  Did you see that baton

17   strike Mr. Alberts in the head?

18        **A.**  Yes.

19        **Q.**  And you're agreeing that according to your

20   Metropolitan Police policies, that is a violation of policy?

21        **A.**  I don't have the MPD policy in front of me, but a use

22   of a baton strike to the head is, as the policy says, lethal

23   force.

24        **Q.**  Lethal force?

25        **A.**  Correct, it's considered --

1    Q.   Because you could kill someone if you hit someone in

2    the head with a baton hard enough, correct?

3    A.   Conceivably, yes.

4    Q.   You did see that baton hit Mr. Alberts in that video?

5    A.   In the video, yes.

6    Q.   Which officer was swinging that baton, do you know?

7    A.   I do not know.

8    Q.   Let's roll the video some more.

9    (Video played)

10   Q.   Let's stop right there at -- I guess it says 19

11   minutes -- 19:23:15 there.  One more time, the officers there

12   vastly outnumber non officers in that frame, correct?

13   A.   I don't see anyone besides MPD officers or D.C.

14   National Guard in that picture.

15   Q.   Back to the baton strike to the head.  Another part of

16   Metro policy is to report any use of force, correct?

17   A.   Metro policy, you mean MPD policy, yes.

18   Q.   So you would report any excessive use of force either

19   against officers or by officers, correct?

20   A.   Not just -- it's just use of force in general.

21   Q.   Okay.  Do you agree that no one reported the baton

22   strike to Mr. Alberts' head that night?

23   **MR. KONIG:**  Your Honor, I'm going to object to the

24   relevance of this line of questioning.

25   **THE COURT:**  I'll sustain that.

1    BY MR. ROOTS:

2        Q.   You wrote up a report that night, correct?

3        A.   Yes.

4        Q.   And you did not report that Mr. Alberts had been hit

5    in the head with a baton?

6        A.   I did not know that he had been hit in the head with

7    the baton.

8        Q.   You did not know?

9        A.   Correct.

10       Q.   Did you hear Mr. Alberts complaining that he had been

11   hit in the head?

12       A.   When would that have been?  Is that in the video?

13       Q.   I think it's very clear on your body cam, isn't it,

14   your body cam video?

15       A.   I don't recall.

16       Q.   Can we play the specific moments of the arrest.  I'm

17   back to 109 I believe that was.

18       (Video played)

19       Q.   While this is rolling, you testified about seeing a

20   bulge on Mr. Alberts.  There were a lot of bulges on a lot of

21   people out there that day, would you not agree?

22       A.   Possibly, yes.

23       (Video played)

24       Q.   You heard that officer say:  No, they didn't give the

25   warning yet?

1          **A.**  Right.

2          **MR. KONIG:**  Your Honor, I'm going to object to relevance

3     at this point, and asked and answered.

4          **THE COURT:**  Sustained.

5     **BY MR. ROOTS:**

6          **Q.**  I'll move on.  Oh, I was going to ask about

7     Mr. Alberts resisting.  He indicated he was not resisting,

8     didn't he?

9          **A.**  Once he was on the ground, correct.

10          **Q.**  Let's roll --

11          **A.**  So we asked him to roll over, and he refused to, so we

12     had to slowly, methodically make sure we would get his backpack

13     off and then get him into custody.

14          **Q.**  He indicated he couldn't roll over because the

15     backpack was on him, correct?

16          **A.**  Correct.

17          **Q.**  Let's keep rolling.

18          (Video played)

19          **MR. KONIG:**  Your Honor, may I lodge an objection.

20          **THE COURT:**  Can we stop it.

21          **MR. KONIG:**  It appears he's trying to impeach the witness

22     with some inconsistent statement or something.  But we're now a

23     number of minutes into replaying this video, and I'm not sure

24     of I guess its relevance or if there's a question pending.

25          **THE COURT:**  Just stop it where you want it to stop, and

1   then ask your question, and then --

2       **MR. ROOTS:**  I'm really waiting for Mr. Alberts on the

3   video to indicate he had an injury to his head.

4       **THE COURT:**  Play the video, ask your question, and then if

5   there's an objection, you can lodge it at that point.

6   **BY MR. ROOTS:**

7       **Q.**  Thank you.  I think it's coming up very, very soon.

8       (Video played)

9       **Q.**  I've just been told to switch to 429 or 430.  We can

10  cut to the chase.  You agree that Mr. Alberts indicated that he

11  had received a baton blow to the head, he had been hit in the

12  head?

13      **A.**  No, I did not.

14      **Q.**  Okay, if we could switch to Alberts Exhibit 429.

15      **THE COURT:**  Let me just interject.  Just to be clear, is

16  your question whether he indicated that at the time or whether

17  the witness heard him indicate that on one of the videos that's

18  been played today?

19      **MR. ROOTS:**  Well, the officer has testified he has not

20  heard this.  I'd like to play it for the jury because it's so

21  clear.

22      **THE COURT:**  Mr. Haynes, do you recall Mr. Alberts saying

23  he had been hit on the head at the time?

24      **THE WITNESS:**  No, sir.

25      **THE COURT:**  Do you recall having heard that on any of the

1   videos that have been played today?

2       **THE WITNESS:**  No, I don't believe so.

3       **THE COURT:**  If you want to play a clip where you think

4   that that happened and ask him to agree or disagree, feel free.

5       **MR. ROOTS:**  Okay.  I'd like to play Alberts Exhibit 429.

6       **DEPUTY CLERK:**  It's not in.

7       **MR. ROOTS:**  Can we bring it up just for the witness?

8       **THE COURT:**  If this is a video, we can't play it outside

9   the presence of the jury.  Does the government object to the

10  introduction of 429, Defense 429?

11      **MR. KONIG:**  Your Honor, we don't know what Defense 429 is.

12      **THE COURT:**  Mr. Roots, can you make a representation?

13      **MR. ROOTS:**  My understanding is it's another body cam that

14  was filmed at the same exact time.

15      **THE COURT:**  Do you know whose?

16      **MR. KONIG:**  Your Honor, I'll alternatively object.  I

17  think at this point, there's very little relevance for this

18  witness' testimony to whether he did or did not hear on this

19  tape whether Mr. Alberts complained about an injury.

20      **THE COURT:**  Let's just get it in quickly, okay.  Let's go

21  to that particular portion of the video, and you can ask the

22  witness whether he heard or did not hear Mr. Alberts say

23  something.

24      **MR. ROOTS:**  And I'm told it is the body cam of an officer

25  named Philip Robinson.

1        **THE COURT:**  Any objection?

2        **MR. KONIG:**  Which number is that?

3        **MR. ROOTS:**  It's Alberts 429.

4        **MR. KONIG:**  No objection.

5        **MR. ROOTS:**  Your Honor, I guess what I'm getting at is

6    this officer filled out a report and did not --

7        **THE COURT:**  Don't argue, let's go to the phones.

8        (Sidebar discussion)

9        **THE COURT:**  You don't need to testify.  I'm allowing you

10   to play that and to cross him on whether he heard it or not.

11   Let's just get it in, go to that portion and ask that question,

12   okay.  And if he denies it, then we're going to move on, okay?

13       **MR. ROOTS:**  Okay.

14       (Open court)

15   BY MR. ROOTS:

16       **Q.**  If we can just bring up a frame or two to have the

17   witness look at it.  Officer Dallan, do you see this video

18   image?

19       **A.**  Yes.

20       **Q.**  Does it look like it's another perspective of the same

21   videos we've been watching?

22       **A.**  I believe so, yes.

23       **MR. ROOTS:**  I'd like to move for --

24       **THE COURT:**  It's in.  And just for the record,

25   Ms. Jenkins, it's Defense -- what's the number, Mr. Roots?

1    **MR. ROOTS:**  428.

2    **DEPUTY CLERK:**  429?

3    **MR. ROOTS:**  429.

4    **THE COURT:**  If we could go to the relevant portion that

5    Mr. Roots wants to highlight.

6         (Video played)

7    **BY MR. ROOTS:**

8    **Q.**  Do you see any bulges on people in that video?

9    Officer Haynes, you are required to fill out any report of

10   bodily injury or use of force, correct?

11   **A.**  For use of force, yes.  And if there was injury

12   involved, we also notate that.

13   **Q.**  And you agree that the report you filed did not report

14   that Mr. Alberts reported any injuries?

15   **A.**  At the Fifth District, whenever a prisoner enters the

16   station, the first thing they're asked is if they're sick,

17   injured or need to go to the hospital.  And the records show he

18   did not go to the hospital nor did he tell the person -- the

19   officer that he was injured as far as I'm aware of.

20   **Q.**  Okay.  Can we roll it just a few more seconds.

21        (Video played)

22   **Q.**  Let me just quickly move to some other questions.  How

23   did you assess that Mr. Alberts was not authorized to possess a

24   gun?

25   **A.**  What do you mean authorized?

1    Q.   Yeah.

2    A.   As in what?

3    Q.   How did you make that determination?

4    MR. KONIG:   Objection, calls for a legal conclusion.

5    THE COURT:   Sustained.

6  BY MR. ROOTS:

7    Q.   Undercover officers were among the crowd, correct?

8    A.   I have no knowledge of that.

9    Q.   Metro PD had undercover officers that night?

10    A.   I have no knowledge of that.

11    Q.   You're aware that there are undercover officers that

12  go undercover in crowds, plainclothes, correct?

13    A.   Yes.

14    Q.   And they would be authorized to have a gun, wouldn't

15  they?

16    A.   Yes.

17    Q.   Or undercover FBI agents may have been in the crowd,

18  they would be authorized to have a gun, wouldn't they?

19    MR. KONIG:   Objection to relevance.

20    THE COURT:   Sustained.

21  BY MR. ROOTS:

22    Q.   Does anyone other than an officer have a right to

23  carry a firearm?

24    A.   Yes.

25    Q.   And what would be the circumstances?

1        **MR. KONIG:**  Objection, calls for legal conclusions.

2        **THE COURT:**  I'll overrule it.

3        **THE WITNESS:**  Can you repeat the question?

4    BY MR. ROOTS:

5        **Q.**  Does anyone other than an officer have a right to

6    carry a firearm?

7        **A.**  Yes.

8        **Q.**  Is there ever any circumstances where a non officer

9    has a right to have a firearm?

10       **A.**  In the District of Columbia, if they have a conceal

11   carry permit, yes.

12       **Q.**  So your testimony is it requires a government

13   permission -- government permission to have a firearm in the

14   District of Columbia?

15       **A.**  Right.

16       **Q.**  There's no right to carry a firearm otherwise?

17       **A.**  Correct, that I know of, unless you're retired police

18   or something along that nature.

19       **Q.**  And you testified you did not know if there were any

20   undercover Metro officers among the crowd?

21       **MR. KONIG:**  Objection, asked and answered.

22       **THE COURT:**  Sustained.

23   BY MR. ROOTS:

24       **Q.**  Now, there was a little bit of discussion about First

25   Amendment protests.  This was a First Amendment protest,

1    correct?

2         **A.**   I believe it started off as one, yes.

3         **Q.**   At the time of this particular interaction on the

4    video, it was a First Amendment protest, would you not agree?

5         **MR. KONIG:**  Objection, calls for a legal conclusion, and

6    relevance.

7         **THE COURT:**  Sustained.

8    **BY MR. ROOTS:**

9         **Q.**   Are you aware of the presence of an Assistant U.S.

10   Attorney among that crowd that night in that location?

11        **MR. KONIG:**  Objection to relevance.

12        **THE COURT:**  Sustained.

13   **BY MR. ROOTS:**

14        **Q.**   It would be unusual to have a federal prosecutor at an

15   arrest scene, wouldn't it?

16        **MR. KONIG:**  Objection, relevance.

17        **THE COURT:**  Mr. Roots, move on.

18        **MR. ROOTS:**  No further questions.  Thank you so much,

19   Officer.

20        **THE COURT:**  Mr. Konig.

21        **REDIRECT EXAMINATION OF DALLAN HAYNES**

22   **BY MR. KONIG:**

23        **Q.**   Just a very few questions.  Special Agent, Mr. Roots

24   asked you some questions about your testimony on direct about

25   your view that Mr. Alberts had attempted to flee; is that

1    right?

2        A.   Correct.

3        Q.   Based on what you saw, was he able to flee?

4        A.   Yes.

5        Q.   I mean, he was -- was he wearing something on his

6    back?

7        A.   He was wearing a backpack.

8        Q.   And before he was taken to the ground, did something

9    happen with regard to that backpack?

10       A.   Yes.

11       Q.   What happened with that backpack?

12       A.   I pulled back on it.

13       Q.   Okay.  And when in the timeframe was that, you know,

14   in the course of his I guess stop and arrest?

15       A.   So initially I had put my hand on his backpack and

16   then told the officers he's got a gun, at which point I felt

17   the backpack essentially lurch forward.  That's when I pulled

18   back on it.

19       Q.   And then finally, there was some video and some

20   questions about a baton strike -- or an alleged baton strike on

21   Mr. Alberts.  When did you first become aware of any strike

22   like that?

23       A.   Last week.

24       Q.   And did you -- just based on when you first became

25   aware of it, did you come to any conclusion about what had

1     happened?

2          **A.**   Yes.

3          **Q.**   What was that conclusion?

4          **A.**   So I viewed the video with the prosecution team last

5     week in pretrial prep, and I believe that the officer with the

6     baton did not mean to strike him.  Instead, I believe when he

7     put his hands on him to get him -- to help get control of him,

8     whichever hand was free grabbed him.  And then the other hand

9     tried to put some weight on him and move him back, and the

10    baton just happened to strike him in the head.  That's my

11    personal belief.

12         **MR. KONIG:**  I'll pass the witness, Your Honor.

13         **THE COURT:**  Thank you, sir, for your testimony.  You are

14    excused.  Please don't discuss your testimony with anyone until

15    the case is over.  Thank you very much, have a good day.

16         (Sidebar discussion)

17         **THE COURT:**  Do you want to get started with the next

18    witness?

19         **MR. DALKE:**  That would be the government's preference,

20    yes, Your Honor.  We've got the witness ready, just to move

21    things along.

22         **THE COURT:**  Okay, I'll inquire with the jury.

23         (Open court)

24         **THE COURT:**  Ladies and gentlemen, the government is ready

25    with its next witness, at least to get started.  I know it's

1    about 4:30.  Any objections to going until closer to 5:00?  No,

2    okay.  Call your next witness.

3        MR. DALKE:  Your Honor, the government calls Captain

4    Jessica Baboulis.

5        THE COURT:  Captain Baboulis, please raise your right hand

6    to be sworn by the Deputy.

7        DEPUTY CLERK:  Do you solemnly affirm and truly declare

8    the testimony you're about to give will be the truth, the whole

9    truth, and nothing but the truth, and this you do under pain

10   and penalty of perjury?  If so, please say "I do."

11       THE WITNESS:  I do.

12       DEPUTY CLERK:  Thank you.  You may be seated.

13       MR. DALKE:  Your Honor, briefly before we start with the

14   questions, I'm not sure if the Court excused the last witness

15   for the duration of the trial, and whether we could do that.

16       THE COURT:  Did I excuse him for the duration of the

17   trial, yes.

18       MR. DALKE:  Thank you, Your Honor.

19       **DIRECT EXAMINATION OF JESSICA BABOULIS**

20   BY MR. DALKE:

21       **Q.**  Good afternoon.

22       **A.**  Good afternoon.

23       **Q.**  Who are you, and what do you do?

24       **A.**  My name is Jessica Baboulis.  I am a captain with the

25   United States Capitol Police.

1      Q.  And could you turn and tell the jury --

2         MR. ROOTS:  Your Honor, can we have a quick sidebar?

3         (Sidebar discussion)

4         MR. ROOTS:  This is in regards to the medals that the

5   witness is wearing, which basically is the same issue I guess

6   Mr. Alberts was told he could not wear medals because it

7   impresses the jury too much.

8         THE COURT:  This is her uniform I take it?

9         MR. DALKE:  Yes, Your Honor.

10        THE COURT:  Okay.  So your objection's noted but

11  overruled.

12        (Open court)

13  BY MR. DALKE:

14     Q.  Could you tell the jury what your duties and

15  responsibilities are as a captain for the United States Capitol

16  Police?

17     A.  Yes.  As a captain with the United States Capitol

18  Police, I currently work in the Uniformed Services Bureau.

19  Within the Uniformed Services Bureau, I oversee currently about

20  400 officers, and at the time about 150 officers.  We work in

21  the capacity of working inside and outside of the congressional

22  office buildings for the protection of Congress.

23     Q.  How long have you been a captain with the Capitol

24  police?

25     A.  I've been a captain for almost five years now.

1      Q.   In total, how long have you been an officer in any

2   role with the Capitol police?

3      A.   I've been with the Capitol police for over 24 years

4   now.

5      Q.   Could you give the jury a sense of kind of where a

6   captain fits in -- so officer to chief of police or whatever

7   the top is?  Kind of where do you fit in in the hierarchy or

8   chain of command?

9      A.   Sure.  So in the rank structure for the U.S. Capitol

10   Police, it starts with officer and movers to sergeant and

11   lieutenant.  A captain oversees those ranks there and is the

12   first level of the executive team, which above the captain

13   would be an inspector, a deputy chief and then assistant chief,

14   chief of police.

15      Q.   And over the past 24 years, did you kind of work your

16   way up those chains?

17      A.   Yes.

18      Q.   Could you tell the jury what Capitol police are sworn

19   to do?

20      A.   Yes.  So the mission of the U.S. Capitol Police is to

21   protect the legislative process.  So therefore we protect the

22   United States Congress and guests to the Capitol area -- I'm

23   sorry, visitors, along with the staff that work there and its

24   facilities so that the Congress can carry out its duties in a

25   safe, secure and open environment.

1    Q.   And so in addition to the members of the facilities,

2    would that include the buildings?

3    A.   Yes, sir.

4    Q.   And the grounds?

5    A.   Yes.

6    Q.   When Congress is in session, approximately --

7    ballpark -- how many people are in that building?

8    A.   When they're in session, on a normal day there can be

9    as far as hundreds to up to a couple thousand people in there.

10   Q.   As a Capitol police officer and now as a captain, are

11   you familiar with the United States Capitol and the grounds

12   surrounding it?

13   A.   Yes, I'm very familiar.

14   Q.   Are you also familiar with the events that occurred on

15   the grounds of the United States Capitol on January 6th, 2021?

16   A.   Yes.

17   Q.   Were you working and present on the grounds of the

18   United States Capitol on that date, January 6th?

19   A.   Yes, I was.

20   Q.   Were you also captain at that time?

21   A.   Yes, sir.

22   Q.   Have you reviewed video footage and photographs of the

23   events as well as radio runs and the events of January 6th,

24   2021?

25   A.   Yes, I have.

1    **Q.**  I first want to discuss the Capitol itself.  Where is

2    the Capitol in relation to where we're sitting here today?

3    **A.**  Sure.  So currently we're in the Northeast -- I'm

4    sorry, Northwest sector of Washington, D.C.  The Capitol is

5    actually geographically the center of Washington, D.C.

6    surrounded by First Street in the west and First Street in the

7    east.  And then it works its way out numerically, and then by

8    letters out.  So we're roughly three blocks from the U.S.

9    Capitol building right now.

10    **Q.**  Can we pull up Exhibit 810.  Do you recognize this

11    photograph?

12    **A.**  Yes.

13    **Q.**  And what does it show?

14    **A.**  This is a photograph depicting the U.S. Capitol

15    building from First Street in the west on January 6th, 2021.

16    **Q.**  Is this photograph a fair and accurate representation

17    of the Capitol and its grounds as it looked on January 6th,

18    2021 from the West Front?

19    **A.**  Yes.

20    **MR. DALKE:**  Your Honor, we'd move to admit Exhibit 810.

21    **MR. ROOTS:**  No objection.

22    **THE COURT:**  So moved.

23    (Government Exhibit 810 admitted into evidence)

24    **BY MR. DALKE:**

25    **Q.**  Using the touch screen on your computer, could you

1    identify the Senate and House sides of the Capitol with the

2    letters S and H?

3        A.   Yes.  So the left side here in the photo would be the

4    Senate wing of the Capitol, and this would be the House wing of

5    the Capitol to the right of the photo.

6        Q.   And do you see kind of a structure in front of the

7    steps kind of leading up to the Capitol?

8        A.   Yes.

9        Q.   I've marked on the screen with blue.  What's that

10   structure there that's in front of the U.S. Capitol?

11       A.   So every four years, on January 20th, there is the

12   Inauguration of the President of the United States once they're

13   elected.  In roughly October, prior to that inauguration, the

14   Architect of the Capitol begins to build out a stage to host

15   that event of January 20th, the Inauguration of the President

16   of the United States.

17       Q.   Let's pull down this exhibit and bring up Exhibit 811.

18   Do you recognize Exhibit 811 on your screen?

19       A.   Yes.

20       Q.   What is that?

21       A.   This is a depiction of the U.S. Capitol building, and

22   it's being viewed from the Northwest sector looking at the

23   building itself.

24       Q.   And this diagram, Exhibit 811, is that a fair and

25   accurate representation of the Capitol as it looked on January

1     6th, 2021?

2          A.  Yes.

3          **MR. DALKE:**  Your Honor, we'd move for the admission of

4     Exhibit 811.

5          **MR. ROOTS:**  No objection.

6          **THE COURT:**  So moved.

7          (Government Exhibit 811 admitted into evidence)

8     **BY MR. DALKE:**

9          Q.  For the jury's orientation, can you just put an S and

10    H on the Senate and House wings of the Capitol.

11         A.  Yes.  So the Senate is on the left, and the House

12    would be on the far right.

13         Q.  Again, for the jury's orientation, which side would

14    the Washington Monument be on?

15         A.  So the Washington Monument would be on the west

16    side -- and I'll just note a W there.  But the west side has a

17    direct view out to the Washington Monument down the National

18    Mall.

19         Q.  Can you identify on here the scaffolding from the

20    inaugural stage and platform with the seating that you already

21    discussed?

22         A.  Yes.  So the scaffolding that was displayed as here

23    and on this side and the stage built out, so on the left and

24    right of that area.  And the center was the stage buildout as

25    well.

1    **Q.**   Is the United States Capitol and its grounds, are they

2    secured 24 hours a day?

3    **A.**   Yes.

4    **Q.**   Are there -- what type of security features are placed

5    on the Capitol grounds or the Capitol itself on the outside?

6    **A.**   So surrounding what we refer to as the Capitol square

7    and Capitol grounds, there are numerous -- one would be what we

8    refer to as bollards.  They are roughly 3 feet high, they look

9    like poles.  That's to block any kind of vehicular traffic

10   coming into the grounds while keeping it somewhat open.  We

11   also have numerous jersey barriers.  They're the ones that

12   lower and raise to allow vehicles to pass through.  There's

13   numerous officers who are strategically positioned throughout

14   the grounds to be able to monitor any kind of threat

15   approaching the grounds as well.

16   **Q.**   And depending on what's occurring that day or week,

17   are sometimes also temporary additional security measures put

18   in place?

19   **A.**   Yes.

20   **Q.**   On January 6th, 2021, did individuals and rioters

21   enter the U.S. Capitol?

22   **A.**   Yes, they did.

23   **Q.**   Did they have permission to be inside?

24   **A.**   No, they did not.

25   **MR. ROOTS:**   Objection, leading.

1          **THE COURT:**  Overruled.

2   **BY MR. DALKE:**

3      **Q.**  Could you identify the path that the initial rioters

4   kind of took to first reach and then enter the Capitol, just

5   drawing a line on Exhibit 811?

6      **A.**  Yes, so in this actual photo -- and I'll just note

7   down here it was further down, the initial breach of the

8   grounds.  However, they approached the Capitol heading

9   eastbound on what we refer to as the Pennsylvania Avenue

10  walkway.  It's referred to the Pennsylvania -- as the

11  Pennsylvania Avenue walkway because it's somewhat of a

12  continuation of Pennsylvania Avenue the street onto the walkway

13  of the grounds, but it's a sidewalk.

14     **Q.**  And can you continue to draw the line -- the path the

15  rioters took all the way up, and then show the jury where the

16  rioters first entered the building?

17     **A.**  Yes.  So there is -- along here, there was a breach

18  roughly after -- following a breach of about a third -- three

19  to five breaches here.  They breached the steps here on the

20  Senate side, moved up a very small area that was still

21  permissible -- in other words, to allow people to kind of flow

22  through there, the construction workers.  They moved through

23  the scaffolding up the steps onto the Upper West Terrace

24  here -- which there's two levels, so they would be on this

25  first level onto the second level, and breached into the

1    building through what we refer to as the Senate wing door.

2        Q.   If a person walked over to the Capitol today, could

3    they follow this yellow line, walk up and enter the Capitol?

4        A.   No, those are restricted areas.

5        Q.   If you walked over today, what type of security would

6    you have to pass to take this path and go to the Capitol or go

7    to the Upper West Terrace?

8        A.   So today, the stage development is not there, however

9    the stages do exist.  And for as long as I can remember -- and

10   I've been around 24 years, the steps have been closed off at

11   the lower portion, I would say for at least the last 15 years.

12   And once you arrive at the top of it, there's another layer of

13   bike rack at the center of the steps on what we refer to as the

14   mezzanine level landing.  There's another set of bike rack

15   again dividing the two layers of security -- I'm sorry, the two

16   layers of the terrace on the upper portion as well.  And

17   inclusive of all of that, there are lines, there are officers

18   positioned strategically, there is signage, et cetera.

19       Q.   Is there any public access or screening set up on the

20   west side?

21       A.   No, there are no public access points on the west side

22   of the Capitol at all.  And that would include all the areas

23   surrounding this area that have been open to the public in

24   years.

25       Q.   On January 6th, 2021, was the Capitol and the area

1    depicted in this map, were they open to the public?

2         A.   No, they were not.

3         Q.   What event was scheduled to take place inside the

4    Capitol building on January 6th, 2021?

5         A.   So what we refer to it routinely is that it is a joint

6    session of Congress.  So in this particular instance, the joint

7    session of Congress meant that both the House of

8    Representatives and the Senate would all be in one area

9    participating in a joint event, which would also be coupled by

10   someone from an exterior branch of government or a visiting

11   dignitary.  On this particular day, it was being visited by the

12   Vice President of the United States for the voting of the --

13   and review of the electoral college votes, and making sure and

14   validating that.  And that occurs every January 6th prior to an

15   inauguration, so every four years.

16        Q.   Can we take this exhibit down, and I'd like to show

17   you Exhibit 805.

18        First, are you familiar with the Capitol grounds and the

19   area under the jurisdiction of the United States Capitol

20   Police?

21        A.   Yes.

22        Q.   Do you recognize the Exhibit 805 that's before you?

23        A.   Yes.

24        Q.   What is it?

25        A.   This map is what depicts the jurisdiction of the

1    United States Capitol Police.  So what it covers is where the

2    U.S. Capitol Police is the primary law enforcement agency

3    responsible for coverage of that area.  And it also by color

4    indicates the specific buildings that are within the grounds

5    that belong to the Legislative Branch.

6        Q.   Is this exhibit a fair and accurate representation of

7    the Capitol grounds as they existed on January 6th, 2021?

8        A.   Yes.

9        MR. DALKE:   Your Honor, we move for the admission of

10   Exhibit 805.

11       MR. ROOTS:   Objection on legal grounds.  They're using the

12   phrase Capitol grounds, and it's called the property under the

13   jurisdiction of the Capitol Police.

14       THE COURT:   Overruled.

15       MR. DALKE:   So the exhibit is admitted, Your Honor?

16       THE COURT:   The exhibit is admitted.

17       MR. DALKE:   Thank you.

18       (Government Exhibit 805 admitted into evidence)

19   BY MR. DALKE:

20       Q.   So now that the exhibit is for the first time in front

21   of the jury, can you describe what the colored area is on this

22   exhibit?

23       A.   Yes.  So the green shaded area throughout indicates,

24   again, the primary jurisdiction of the United States Capitol

25   Police.  So those are bounded by the different streets and the

1    buildings that exist within.  And the different colors indicate

2    the different buildings.  So those buildings that are noted in

3    orange are the House of Representatives office buildings.

4    Those in the dark yellow are the Library of Congress buildings.

5    In red are the Senate office buildings.  The purple just notes

6    buildings that are -- like the purple notes the Supreme Court.

7    So we work around the grounds of the Supreme Court, but the

8    Supreme Court building is handled by the Supreme Court police.

9    **Q.**  And I've added two -- it's supposed to be Xs, but two

10   dots in blue.  The first one is along the Northwest steps.  Is

11   that within the Capitol grounds?

12   **A.**  Yes.

13   **Q.**  And then the second one I added was in the parking lot

14   on Pennsylvania Avenue.  Is that within Capitol grounds?

15   **A.**  Yes.

16   **Q.**  You can take this exhibit down, thank you.  On the

17   Capitol grounds, is there any signage related to prohibited

18   items?

19   **A.**  Yes.

20   **Q.**  Where is that signage located?

21   **A.**  There's signage all across the grounds, particularly

22   on the Capitol square, the grounds of the Capitol square.  So

23   anybody entering onto -- and the Capitol square is what we

24   refer to as the immediate grounds surrounding the United States

25   Capitol building inside of the streets; so it's a square that

1    surrounds it.  And there's signs strategically posted all

2    throughout the grounds.

3        Q.  You say strategically posted.  What do you mean,

4    posted at --

5        A.  Posted at locations where individuals would be walking

6    to approach the Capitol building.  So in particular, if you

7    were looking at the area of Peace Circle that was noted on the

8    map, there are signs posted on both the north and south side as

9    you approach the walkways of the grounds.

10       Q.  Can we bring up Exhibit 820.  Is this one of the

11   prohibited item signs that you were mentioning?

12       A.  Yes.

13       Q.  And which side of the Capitol is this signage on?

14       A.  This is on the northwest side of the Capitol.

15       Q.  Is this a fair and accurate depiction of the

16   prohibited items signage that you've been discussing that's

17   placed on Capitol grounds and at the access points where people

18   would walk towards the Capitol?

19       A.  Yes.

20       MR. DALKE:  Your Honor, we'd move for the admission of

21   Exhibit 820.

22       MR. ROOTS:  No objection if this witness is familiar with

23   this.

24       THE COURT:  So moved.

25       (Government Exhibit 820 admitted into evidence)

1   BY MR. DALKE:

2       Q.   So again, the exhibit is now in front of the jury.

3   Can we just blow up the notice a little bit so they can more

4   easily read it.

5       Does this notice have anything relating to firearms?

6       A.   Yes.

7       Q.   And what does it say about firearms?

8       A.   So this says:  "Welcome to the United States Capitol

9   grounds.  Please be advised that firearms, dangerous weapons,

10  explosives and incendiary devices are prohibited on Capitol

11  grounds; and that packages and backpacks and other containers

12  may be subject to inspection by the United States Capitol

13  Police."

14      Q.   Can we bring up Exhibit 821.  What does is this

15  Exhibit 821?

16      A.   This is the same sign with the same content in a

17  different location.

18      MR. DALKE:  Your Honor, could we move for the admission of

19  Exhibit 821.

20      MR. ROOTS:  No objection if the witness is familiar with

21  it.

22      THE COURT:  So moved.  You've seen the signs?

23      THE WITNESS:  Yes, Your Honor.

24      THE COURT:  So moved.

25      (Government Exhibit 821 admitted into evidence)

1    BY MR. DALKE:

2        Q.   Which side of the Capitol is this sign on?

3        A.   This one appears to be on the east side of the

4    Capitol.

5        Q.   Have you seen other signs like this on all sides of

6    the Capitol?

7        A.   Yes.

8        Q.   We can take this down.  If a person -- how close could

9    you get to the Capitol on January 6th, 2021 before reaching

10   like a barricade or a restriction or you couldn't go further?

11       A.   Sure.  On the west side of the Capitol, you would be

12   able to get up as far as the east curb of First Street.  So

13   again, the perimeter, the initial barricades with the area

14   closed signs, were along First Street on that perimeter of the

15   Capitol square.

16       Q.   Were the grounds of the U.S. Capitol on January 6th,

17   2021, were they more restricted than they are today?

18       A.   Yes.

19       Q.   And why is that?

20       A.   There were two reasons.  Number one, anytime we begin

21   the buildout of the stage that starts in roughly October

22   priority to inauguration, that entire West Front area is

23   enclosed; that becomes a secure area.  So there are typically

24   additional bike racks and snow fencing and signs posted to keep

25   out of that area as well.  On this particular day, there was an

1    enhanced perimeter due to the joint session of Congress that

2    was occurring as well.

3        Q.   And who sets that restricted perimeter around the

4    Capitol?

5        A.   The Capitol Police.

6        Q.   Are you familiar with the restricted perimeter that

7    was in place on January 6th, 2021?

8        A.   Yes.

9        Q.   Can we bring up Exhibit 804.   Do you recognize this

10   exhibit?

11       A.   I do.

12       Q.   What is it?

13       A.   This is what we refer to as a perimeter map, bike rack

14   perimeter map, and what it indicates is the outermost layer of

15   security.   So this is the map we initiate a perimeter with

16   based on the event that's being held.

17       Q.   Is this a fair and accurate representation of the

18   restricted perimeter boundary that existed on January 6th,

19   2021?

20       A.   Yes.

21       MR. DALKE:   Your Honor, we'd move for the admission of

22   Exhibit 804.

23       MR. ROOTS:   No objection.

24       THE COURT:   So moved.

25       (Government Exhibit 804 admitted into evidence)

1      **THE COURT:**  And ma'am, just to be clear, there's not an

2  actual red line printed on the street, correct?

3      **THE WITNESS:**  Correct.

4  BY MR. DALKE:

5      **Q.**  So what does this red line on this map, Exhibit 804,

6  what does it represent?

7      **A.**  So the red line represents where we will put in effect

8  a perimeter.  So along this perimeter, there are permanent

9  walls that exist which we refer to as Olmsted walls.  So they

10  set somewhat of a boundary of a wall.  In that instance, we

11  would utilize this red line, this picture map, to supplement

12  that with at the time snow fencing.  We don't any longer use

13  that.  But we would supplement those areas that had walls with

14  snow fencing to make sure there was a double layer in case

15  anybody tried to maneuver through that area.  But also with

16  bike racks that are linked together.  And the bike racks are

17  what you would expect a bike rack to look like.  You may see

18  them at concerts or an event, but they link in.  They have

19  metal linkages where they can't be broken apart, and those

20  extend for the perimeter demonstrated in this map.

21      **Q.**  Is everything on this map, Exhibit 804, is everything

22  you can see there within Capitol grounds?

23      **A.**  Yes.

24      **Q.**  So both inside and outside the restricted perimeter,

25  everything is still Capitol grounds?

1      A.   Yes.

2      Q.   I put a blue mark on the parking lot of Pennsylvania

3   Avenue.  Is that still within Capitol grounds?

4      A.   Yes.

5      Q.   Were there First Amendment permitted protest areas on

6   Capitol grounds on January 6th, 2021?

7      A.   Yes.

8      Q.   Could you mark on the map where those permitted First

9   Amendment protest areas were?

10      A.   From my awareness, there were two.  One's scheduled --

11   and I've marked a yellow X there.  The first one is referred to

12   as area eight, and the second is referred to as area nine.

13   Those were the two on the immediate grounds that I was aware

14   of.

15      Q.   And were those on the east side of the Capitol?

16      A.   Yes.

17      Q.   Were there any designated First Amendment protest

18   areas on the west side?

19      A.   No.

20      Q.   Were there any First Amendment protest areas within

21   the restricted perimeter?

22      A.   No.

23      Q.   If it's possible, could we bring up both Exhibit 804

24   and 805 side by side.  Looking at these two Exhibits 804 and

25   805 which we've been discussing, could you draw -- roughly draw

1    where the restricted perimeter was on Exhibit 805?

2         **A.**  Yes.  Sorry it's not as neat.

3         **Q.**  I think we get the idea.  Let's take this down and

4    move on to Exhibit 808.  What are we looking at here?

5         **A.**  This is the bike racks that I'm referring to.  You can

6    see here on this photo really where they link together.  These

7    were used -- you can also see in the background here --

8         **Q.**  So I'm sorry to cut you off, the jury doesn't have it

9    yet.

10        **A.**  Oh, I'm so sorry.

11        **Q.**  Before we get into the description, you mentioned this

12   is a bike rack.  Is this a fair and accurate representation of

13   the bike racks that were used along the restricted perimeter

14   grounds boundary on January 6th, 2021?

15        **A.**  Yes.

16        **MR. DALKE:**  Your Honor, we'd move for the admission of

17   Exhibit 808.

18        **MR. ROOTS:**  No objection.

19        **THE COURT:**  So moved.

20        (Government Exhibit 808 admitted into evidence)

21   **BY MR. DALKE:**

22        **Q.**  Sorry to cut you off before.  Can you now explain to

23   the jury what we're looking at in Exhibit 808?

24        **A.**  Yes.  So these were the bike racks that were locked in

25   place surrounding the perimeter that was noted.  And behind it,

1    you can see -- it's lowered, but this is the snow fencing that

2    is also double layered in many places that was used throughout

3    the grounds.

4        Q.   Can you see the area closed signs?

5        A.   Yes.

6        Q.   What authority put those signs up -- meaning what

7    body?

8        A.   Sure.  So the Capitol Police had those placed out.

9        Q.   Taking that down and putting up Exhibit 806.  Do you

10   recognize this exhibit?

11       A.   I do.

12       Q.   And just briefly, what is this exhibit?

13       A.   This is a photograph taken from First Street in the

14   west in the center portion.  This shows a few things.  What I

15   was referring to as the Olmsted walls, the permanent structures

16   where the individual has their arms up on it which is double

17   layered with snow fencing and area closed signs.

18       Q.   I'm sorry again to interrupt, the jury doesn't have it

19   yet.

20       A.   Sorry.

21       Q.   So is this a fair and accurate representation of kind

22   of the wall and snow fencing that you've been discussing around

23   the restricted perimeter on January 6th, 2021?

24       A.   Yes.

25       MR. DALKE:  Your Honor, we'd move for the admission of

1       Exhibit 806.

2               **MR. ROOTS:**  No objection.

3               **THE COURT:**  So moved.

4               (Government Exhibit 806 admitted into evidence)

5       **BY MR. DALKE:**

6               **Q.**  Now that it's in front of the jury, can you go back to

7       your explanation?

8               **A.**  Yes.  This is, again, a photograph taken from First

9       Street in the west.  This is the center portion of the west

10      grassy area, the lawn on the west side of the Capitol.  The

11      individual in the photo has their arms up on what we refer to

12      as that permanent Olmsted wall, so that structure.  And then as

13      I had mentioned earlier, behind that wall is snow fencing.  So

14      it's another layer with area closed signs posted.  Behind that,

15      there are officers that were strategically positioned in that

16      area to monitor anyone who is outside of that perimeter.  And

17      then behind them, you can see another layer of fencing.  You

18      can see the white dots that are also those area closed signs.

19              **Q.**  Can you draw a line where those additional signs are?

20              **A.**  Sure.  Right down this line here, you can see the

21      fencing with the signs posted.

22              **Q.**  Take this down and bring up Exhibit 809.  Do you

23      recognize this area?

24              **A.**  Yes.

25              **Q.**  Just briefly, what is it?

1      **A.**   This is a photograph taken from Peace Circle and

2  facing east looking east at the Capitol.

3      **Q.**   Does this show the perimeter of that restricted

4  boundary as it existed on January 6th, 2021?

5      **A.**   Yes.

6      **Q.**   Have you watched surveillance video footage from this

7  same area and the breach of the perimeter near the Peace Circle

8  which you just described?

9      **A.**   Yes.

10      **Q.**   Is this a fair and accurate representation of the push

11  to breach that restricted perimeter?

12      **A.**   Yes.

13      **MR. DALKE:**   Your Honor, we'd move for the admission of

14  Exhibit 809.

15      **MR. ROOTS:**   Your Honor, we object from the perspective of

16  Mr. Alberts who was not at this location at that time.

17      **THE COURT:**   Overruled.   You can get that out on cross.

18      (Government Exhibit 809 admitted into evidence)

19  **BY MR. DALKE:**

20      **Q.**   So now Exhibit 809 is in front of the jury.   Can you

21  describe what you're seeing here in Exhibit 809?

22      **A.**   Yes.   So this is the area of Peace Circle which is on

23  Pennsylvania Avenue just outside of the initial perimeter.

24  What you see in this photo is rioters breaching that line, and

25  pushing those bike racks and disconnecting them and pushing

1    through them to approach the Capitol.

2         Q.   Can you draw an arrow as to where the Capitol is?

3         A.   Yes, the Capitol would be straight down that walkway.

4         Q.   And can you identify, are there any United States

5    Capitol Police or police officers in this photo?

6         A.   There are officers that are barely visible trying to

7    hold the fence in place behind these bike racks.

8         Q.   Let's take this down, and I think we have just one

9    more to --

10        THE COURT:   Counsel, do we know what time this photograph

11   was taken?

12   BY MR. DALKE:

13        Q.   Captain Baboulis, do you know -- I'm sorry, can we put

14   Exhibit 809 back up.  Do you know approximately when -- during

15   the course of events on January 6th, 2021, when approximately

16   this photo would happen -- meaning when the breach of that

17   restricted parameter happened near the Peace Circle headed west

18   towards the Capitol?

19        A.   Yes, it was just before 1:00 o'clock in the afternoon.

20        THE COURT:   And how do you know that, ma'am?

21        THE WITNESS:   I know that, because at the time I was

22   positioned as an incident commander for two pipe bombs, and I

23   was monitoring the radio at the time.

24        THE COURT:   Very well.

25   BY MR. DALKE:

1      Q.   You watched surveillance video of that incident?

2      A.   Yes.

3      Q.   Does that surveillance video have a time stamp on it?

4      A.   Yes, it does.

5      Q.   Can we bring up Exhibit 402.  Do you recognize this

6   exhibit?

7      A.   I do.

8      Q.   What is this exhibit?

9      A.   This is a photo, again, taken from the area of

10   First -- well, this is just inside -- this is in the area of

11   First Street in the Northwest.  So the sidewalk off to the

12   right depicts Pennsylvania Avenue walkway.

13      Q.   Would this area be now within the restricted

14   perimeter?

15      A.   Yes.

16      Q.   You've moved past that outer boundary and you're one

17   step further in?

18      A.   Correct.

19      Q.   Is this a fair and accurate representation of that

20   area within -- inside the restricted perimeter when rioters

21   were moving towards the Capitol on January 6th, 2021?

22      A.   Yes.

23      Q.   Based on the surveillance footage that you've seen

24   around this area and what you personally heard on your own

25   radio that day, do you know approximately what time this

1  photograph would have been taken maybe in comparison to the

2  last exhibit we looked at?

3       A.   Sure, probably just after 1:00 o'clock.

4       MR. DALKE:   Your Honor, I move for the admission of

5  Exhibit 402.

6       MR. ROOTS:   Just a continuing objection on the grounds

7  that Mr. Alberts probably was not in this picture or saw it

8  from this perspective.

9       THE COURT:   Overruled.

10  BY MR. DALKE:

11       Q.   You mentioned this being approximately around

12  1:00 p.m. on January 6th, 2021.  Can you identify the

13  scaffolding and the steps and the landing leading up to the

14  Upper West Terrace that we discussed before?

15       A.   Yes.  So the scaffolding is covered by what you can

16  tell at this point is like a white tarp.  The stairs are

17  directly to the left of that, so you can see here a structure.

18       Q.   And in particular, can you see the landing on those

19  stairs with an urn -- or two large urns?

20       A.   Yes.

21       Q.   Do you see other barriers that existed?  Now we're

22  past that outer line of the restricted perimeter so we're

23  inside.  Are there any other barriers that you can see or

24  notice on this photo of approximately around 1:00 p.m. on

25  January 6th, 2021 within the restricted perimeter?

1    **A.** Yes. You can see additional layers. You could see

2    the poles here of the snow fencing that was there. You can see

3    layers of bike rack that are along this area here. There are

4    bike rack up here on the Lower West Terrace that you can see

5    visibly at this point.

6    **Q.** Do you know approximately how many rows of barriers or

7    fencing or signs were along the West Front if you were moving

8    through this restricted perimeter area on January 6th, 2021?

9    **A.** Sure. So there were the restricted lines at First

10   Street which was that initial perimeter. There was the second

11   through the middle of this grassy area which I lined here. And

12   that carried all the way through and across the West Front.

13   Once you got to the top here, there is the Olmsted wall which

14   was coupled with additional barricades. So that would have

15   been a third. At the bottom of the stairs, there was another

16   layer. That would have been the fourth. Do you want me to

17   continue beyond that or just up to that point?

18   **Q.** You can continue.

19   **A.** Okay. So as you move at the bottom layer -- so I

20   mentioned that being the first, second, third, fourth layer.

21   As you get onto the stairs, the stairs -- again, it's a very

22   tight pathway because the scaffolding is consuming most of

23   those stairs. It's not an area that is accessible during that

24   time that the stage is built out. We even have officers

25   refrain from going in that area unless they have official

1   business there.  So once you get to the top of the steps, there

2   was additional bike racking.  And beyond the top of the steps

3   is another -- a short, probably a few feet high of another

4   wall, but also is bounded by bike rack.  So there were bike

5   rack there, and then again just the physical barriers of the

6   building itself.

7       Q.  My final question here:  The ratio of rioters to

8   officers here, are there more officers or more rioters in this

9   photograph around 1:00 p.m. on January 6, 2021 on the West

10  Front leading up to the Capitol?

11      A.  There are significantly more rioters than there were

12  officers present.

13      MR. DALKE:  Thank you.  Your Honor, we have additional

14  questions for this witness.  I do think this is a natural break

15  point, though.  I'm happy to continue, but I don't want to --

16      THE COURT:  Captain Baboulis, we're going to release you

17  for the evening and have you come back at 9:00 o'clock tomorrow

18  morning.  Thank you for your testimony.  Remember not to

19  discuss your testimony with anyone overnight, okay?

20      THE WITNESS:  Thank you, Your Honor.

21      THE COURT:  You can step down.

22      Ladies and gentlemen, before I release you for the

23  evening, you heard Captain Baboulis reference, I think in

24  response to my question, an investigation involving pipe bombs

25  or something like that.  Just to be clear, Mr. Alberts is not

1    alleged to have been involved with any such investigation, so

2    you should disregard her comment regarding that investigation.

3    It's not a part of this case, okay.

4         We're going to let you go for the day.  It's been a long

5    but productive day.  I hope you're still able to enjoy some of

6    this lovely weather.  We'll see you back here at -- be ready to

7    go at 9:00 in the morning.  Sometimes we have preliminary legal

8    matters to take care of just amongst the lawyers, and I don't

9    know, we may have some preliminary matters tomorrow morning.

10   But we will get started at some point between 9:00 and 9:30.

11        So have a great evening.  No discussions about the case.

12   No research about the case.  No interactions with any news

13   reports or press about the case.  Have a great evening, and

14   we'll see you back here tomorrow morning.

15        (Jury not present)

16        **THE COURT:**  Just real quickly on Exhibit 805, the map.

17   Obviously this is a map showing properties under the

18   jurisdiction of the Architect of Capitol.

19        Mr. Konig, is there a legal definition of Capitol grounds

20   in the statute?

21        **MR. DALKE:**  We have one, Your Honor, just give us a

22   moment's pause.

23

24        **MR. KONIG:**  While Mr. Dalke is looking for the full

25   definition, I'll cite to 40 United States Code section 5102,

1    and public law 96-432.  And Mr. Dalke will have a fuller

2    definition.

3          **THE COURT:**  Well, I don't need the definition.  But

4    obviously if the defense believes that this depiction of

5    properties under jurisdiction of the Architect of the Capitol

6    is inconsistent with the legal definition of Capitol grounds,

7    you all should feel free to raise that in writing and we'll

8    deal with it, okay.

9          **MR. KONIG:**  Your Honor?

10         **THE COURT:**  Do you want to be heard on that issue?

11         **MR. KONIG:**  No, I just wanted to briefly apologize to the

12   Court at the first opportunity.  Mr. Dalke reminds me of the

13   Court's pretrial order about speaking objections.  I want to

14   also apologize to defense counsel.  I've been a civil trial

15   lawyer for a long time, and I'm used to bench trials.  And

16   before that I was in a very active speaking court, and I

17   will --

18         **THE COURT:**  No worries.  I think for both sides, just a

19   couple of words.  If I don't get it, I'll ask you to expound,

20   and if it's necessary we'll go to the phones.

21         Anything else?  Okay, I'll see you in the morning.  We're

22   adjourned.

23         (Proceedings adjourned at 5:19 p.m.)

24

25

1                    **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4   certify that the foregoing is a true and correct transcript of

5   the record of proceedings in the above-entitled matter.

6

7

8

9     __April 13, 2023__              _____

10           **DATE**                        **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

—

-0500 [1]   118/7

.

...Admitted [27]
86/15 86/16 86/17
86/18 86/19 86/20
86/21 86/22 86/23
86/24 86/25 87/3
87/4 87/5 87/6 87/7
87/8 87/9 87/10
87/11 87/12 87/13
87/14 87/15 87/16
87/17 87/19

**0**

0026 [1]   85/4
0500 [1]   118/7
05515 [1]   142/1
06 [1]   117/21

**1**

103 [1]   86/18
106 [2]   86/17 86/20
107 [2]   157/18
157/19
108 [1]   86/19
109 [8]   86/15
116/10 116/13
147/11 147/11
147/12 155/8 162/17
109's [1]   155/10
11 [1]   141/15
110 [1]   157/9
113 [1]   86/16
114 [4]   86/16 112/6
113/6 113/9
116 [1]   86/15
12 [2]   85/5 140/17
122 [11]   86/22
86/23 86/24 86/25
87/3 87/4 87/5 87/6
87/7 87/8 87/9
13 [3]   140/10
140/17 141/17
133 [1]   86/21
145 [1]   86/5
15 [4]   131/14
143/16 144/10
182/11
150 [1]   174/20
157 [1]   87/19
17 [1]   153/15
170 [1]   86/6
17101 [1]   85/17
172 [1]   85/20
173 [1]   86/9
177 [1]   87/15
179 [1]   87/16
184 [1]   87/11
186 [1]   87/17
189 [1]   87/10
18:00 [1]   148/18
19 [1]   161/10
192 [1]   87/13
194 [1]   87/12
195 [1]   87/14
1970s [1]   117/14
19:22 [1]   148/19

19:22 hours [1]
118/6
19:23:15 there [1]
161/11
1:00 [2]   196/19
198/3
1:00 p.m [3]   198/12
198/24 200/9
1:21-cr-0026 [1]
85/4
1:44 [1]   85/6

**2**

20 [1]   88/7
20001 [1]   85/25
20044 [1]   85/14
2021 [49]   94/24
95/3 99/24 101/10
103/9 106/12 106/15
106/18 107/21
107/24 110/22 113/1
116/7 117/19 121/1
121/6 121/20 126/4
129/19 129/22
129/23 134/4 137/1
137/6 140/6 143/7
176/15 176/24
177/15 177/18 179/1
180/20 182/25 183/4
184/7 188/9 188/17
189/7 189/19 191/6
192/14 193/23 195/4
196/15 197/21
198/12 198/25 199/8
200/9
2021-01-06 [1]
117/21
2022 [1]   146/5
2023 [1]   85/5
20th [2]   178/11
178/15
21550 [1]   85/20
220 [1]   85/16
228 [1]   85/16
24 [4]   175/3 175/15
180/2 182/10

**3**

3 feet [1]   180/8
30-to-1 [1]   147/21
316 [4]   86/17
106/21 106/24 107/2
333 [1]   85/24
3:20 [1]   143/15
3:25 [1]   143/16
3:25 p.m [1]   144/14
3:40 [1]   143/16
3:41 p.m [1]   144/15
3:58 [1]   147/13
3:58 into [1]
147/13
3A [2]   129/13
129/13
3rd [1]   85/20

**4**

40 [1]   201/25
400 [1]   174/20
401 [6]   86/18 102/6
102/7 102/15 103/12

103/15
402 [2]   197/5 198/5
403 [1]   90/20
427 [4]   87/19 157/7
157/20 157/24
428 [7]   154/3 154/3
154/3 154/4 155/3
155/4 167/1
429 [9]   164/9
164/14 165/5 165/10
165/10 165/11 166/3
167/2 167/3
430 [1]   164/9
432 [1]   202/1
434 [5]   86/19
107/12 108/2 108/5
111/25
435 [4]   86/20
103/25 105/22 106/1
436 [5]   86/21
132/16 132/22 133/8
133/11
4700-C [1]   85/24
4:30 [1]   173/1
4:45 p.m [1]   96/7

**5**

50 [1]   98/8
5102 [1]   201/25
55 [1]   85/13
5:00 [1]   173/1
5:19 p.m [1]   202/23
5:30 in [1]   109/14
5R [1]   123/2

**6**

6-month [1]   146/15
601 [4]   86/22
121/11 122/3 122/6
602 [2]   86/23
138/22
603 [2]   86/24
138/21
604 [3]   86/25
122/17 132/6
605 [2]   87/3 134/18
606 [4]   87/4 123/19
126/10 128/9
607 [2]   87/5 132/4
608 [2]   87/6 132/5
609 [2]   87/7 132/1
610 [3]   87/8 136/13
136/14
611 [5]   87/9 121/12
122/3 122/6 130/21
619 [1]   136/12
6:00 [2]   99/23
101/9
6th [62]   88/19 89/8
89/19 90/18 91/8
94/24 95/2 95/15
95/15 95/17 95/18
99/24 101/1 101/10
103/9 104/9 106/12
106/15 106/18
107/21 107/24
110/22 113/1 116/7
117/19 121/1 121/6
121/19 126/4 129/19
129/22 129/23 134/4

136/25 137/6 140/6
142/18 143/6 176/15
176/18 176/23
177/15 177/17 179/1
180/20 182/25 183/4
183/14 184/7 188/9
188/16 189/7 189/18
191/6 192/14 193/23
195/4 196/15 197/21
198/12 198/25 199/8

**7**

775 [2]   143/17
143/20
7:00 [2]   99/24
101/9
7:20 p.m [1]   111/10
7:22 [1]   118/4
7:22 p.m [3]   111/2
116/7 118/3

**8**

804 [8]   87/10 189/9
189/22 189/25 190/5
190/21 191/23
191/24
805 [11]   87/11
109/19 110/6 183/17
183/22 184/10
184/18 191/24
191/25 192/1 201/16
806 [4]   87/12 193/9
194/1 194/4
808 [5]   87/13 192/4
192/17 192/20
192/23
809 [7]   87/14
194/22 195/14
195/18 195/20
195/21 196/14
810 [4]   87/15
177/10 177/20
177/23
811 [7]   87/16
178/17 178/18
178/24 179/4 179/7
181/5
820 [4]   87/17
186/10 186/21
186/25
821 [4]   187/14
187/15 187/19
187/25
8:11 [1]   119/9

**9**

911 [1]   94/7
91367 [1]   85/21
92 [1]   86/4
96-432 [1]   202/1
9:00 [1]   200/17
9:00 and [1]   201/10
9:00 in [1]   201/7
9:30 [1]   201/10
9mm [12]   115/15
135/12 135/13 137/4
137/5 137/9 138/8
139/10 141/20
141/22 153/7 153/16

**A**

AAL085515 [1]   142/3
ability [1]   143/23
able [7]   88/19 91/6
 125/6 171/3 180/14
 188/12 201/5
above [4]   127/13
 130/18 175/12 203/5
above-entitled [1]
 203/5
absolutely [1]
 90/13
academy [4]   94/1
 94/1 146/10 146/15
access [3]   182/19
 182/21 186/17
accessible [1]
 199/23
accomplish [2]
 100/25 101/1
accomplishing [1]
 109/1
according [2]
 146/21 160/19
accuracy [1]   116/25
accurate [9]   177/16
 178/25 184/6 186/15
 189/17 192/12
 193/21 195/10
 197/19
accurately [8]
 103/8 106/11 106/14
 106/17 107/20 110/3
 116/6 133/4
across [3]   98/3
 185/21 199/12
Action [1]   85/3
activate [1]   112/24
activated [2]   113/3
 154/12
active [1]   202/16
activities [3]
 94/16 94/18 94/22
actual [4]   116/21
 154/2 181/6 190/2
actually [16]   89/5
 96/4 113/3 117/9
 118/9 119/17 124/1
 124/6 126/13 127/9
 136/22 137/25
 150/17 150/21
 158/21 177/5
Adam [2]   142/1
 142/1
add [1]   138/10
added [2]   185/9
 185/13
addition [1]   176/1
additional [7]
 180/17 188/24
 194/19 199/1 199/14
 200/2 200/13
additionally [2]
 129/8 134/21
adjacent [1]   89/13
adjourned [2]
 202/22 202/23
admission [18]
 103/11 105/21

106/20 108/1 110/6
 113/5 116/9 122/2
 133/7 179/3 184/9
 186/20 187/18
 189/21 192/16
 193/25 195/13 198/4
admit [2]   110/9
 177/20
admits [1]   106/3
admitted [23]
 103/15 106/1 106/24
 108/5 113/9 116/13
 122/6 133/11 154/7
 154/7 155/6 157/24
 177/23 179/7 184/15
 184/16 184/18
 186/25 187/25
 189/25 192/20 194/4
 195/18
advance [2]   143/24
 144/6
advised [2]   114/9
 187/9
affirm [2]   92/13
 173/7
afternoon [8]   85/7
 92/9 92/21 143/15
 143/21 173/21
 173/22 196/19
again [21]   88/23
 88/23 89/7 89/17
 90/6 104/17 108/23
 111/11 130/18 147/5
 152/8 179/13 182/15
 184/24 187/2 188/13
 193/18 194/8 197/9
 199/21 200/5
against [2]   134/23
 161/19
agency [1]   184/2
agent [10]   92/10
 92/21 93/7 102/14
 110/21 122/9 130/22
 133/13 133/15
 170/23
agents [1]   168/17
agree [9]   147/18
 150/18 152/10
 161/21 162/21
 164/10 165/4 167/13
 170/4
agreeing [1]   160/19
ahead [4]   110/17
 117/8 147/16 156/4
aid [2]   131/3 131/3
ALBERTS [72]   85/6
 87/19 88/4 88/9
 88/22 88/25 89/20
 89/22 91/7 105/6
 106/12 107/21
 109/13 110/22 111/1
 111/11 111/21
 112/11 113/13
 113/21 114/9 114/13
 114/15 115/10 121/5
 121/19 129/21
 129/23 131/5 131/16
 131/24 133/21 139/11
 139/13 142/17 145/4
 148/3 151/8 154/3

155/15 155/19
 155/23 156/12
 156/22 157/3 157/6
 157/18 157/19
 157/20 157/24
 160/17 161/4 162/4
 162/10 162/20 163/7
 164/2 164/10 164/14
 164/22 165/5 165/19
 165/22 166/3 167/14
 167/23 170/25
 171/21 174/6 195/16
 198/7 200/25
Alberts' [6]   89/6
 121/25 133/5 134/1
 135/9 161/22
Alberts.C [3]
 130/16 130/18
 130/20
alleged [2]   171/20
 201/1
allow [3]   110/14
 180/12 181/21
allowed [2]   90/2
 91/8
allowing [1]   166/9
almost [1]   174/25
along [13]   112/3
 132/14 147/10
 169/18 172/21
 175/23 181/17
 185/10 188/14 190/8
 192/13 199/3 199/7
alternatively [1]
 165/16
always [2]   88/18
 89/15
Amendment [14]   89/2
 89/6 90/16 94/16
 94/18 151/23 152/5
 169/25 169/25 170/4
 191/5 191/9 191/17
 191/20
AMERICA [1]   85/3
American [1]   127/4
ammo [2]   137/18
 138/8
ammunition [7]
 127/5 136/22 137/1
 137/5 137/8 138/7
 138/20
among [3]   168/7
 169/20 170/10
amongst [1]   201/8
amount [1]   109/12
amplify [1]   99/15
angle [1]   157/7
announce [4]   146/22
 147/2 154/22 154/24
announced [1]
 147/24
announcement [3]
 148/16 149/11
 149/14
announcements [1]
 149/8
answered [2]   163/3
 169/21
apart [1]   190/19
apologize [5]

107/19 133/3 140/1
 202/11 202/14
appear [1]   151/11
APPEARANCES [1]
 85/11
appears [5]   131/13
 132/10 151/20
 163/21 188/3
approach [5]   102/11
 130/5 186/6 186/9
 196/1
approached [1]
 181/8
approaching [1]
 180/15
approximately [13]
 93/9 93/19 96/7
 108/7 111/2 111/7
 176/6 196/14 196/15
 197/25 198/11
 198/24 199/6
April [1]   85/5
AR [1]   131/14
AR-15 [1]   131/14
Architect [3]
 178/14 201/18 202/5
area [49]   90/8
 90/12 97/24 98/23
 98/24 111/5 125/13
 149/2 149/12 149/25
 150/14 156/20
 175/22 179/24
 181/20 182/23
 182/25 183/8 183/19
 184/3 184/21 184/23
 186/7 188/13 188/22
 188/23 188/25
 190/15 191/12
 191/12 193/4 193/17
 194/10 194/14
 194/16 194/18
 194/23 195/7 195/22
 197/9 197/10 197/13
 197/20 197/24 199/3
 199/8 199/11 199/23
 199/25
areas [8]   90/12
 182/4 182/22 190/13
 191/5 191/9 191/18
 191/20
argue [1]   166/7
argues [1]   90/25
arm [4]   150/14
 150/14 150/16
 150/16
arm-in-arm [1]
 150/14
Arm-to-arm [1]
 150/16
armor [19]   89/18
 126/16 126/19 127/2
 127/21 127/23
 127/24 127/25 128/1
 128/8 128/16 129/4
 129/9 129/10 129/11
 129/12 129/16
 129/17 129/18
arms [2]   193/16
 194/11
Army [2]   130/17

**A**

Army... **[1]**   134/25
Army-issued **[1]**
  130/17
around **[16]**   99/23
  101/8 109/12 111/9
  115/4 124/3 136/10
  142/21 182/10 185/7
  189/3 193/22 197/24
  198/11 198/24 200/9
arrest **[27]**   98/24
  99/11 120/23 121/25
  133/5 146/22 146/22
  146/25 147/1 147/3
  147/23 147/25
  147/25 149/10
  149/12 149/14
  149/15 149/16 154/2
  154/5 154/22 155/1
  155/9 160/14 162/16
  170/15 171/14
arrested **[1]**   149/3
arrests **[5]**   149/21
  149/22 149/22 150/1
  154/25
arrive **[2]**   96/9
  182/12
arrived **[2]**   96/7
  98/9
arrow **[1]**   196/2
article **[1]**   104/22
aside **[2]**   114/23
  115/3
assess **[1]**   167/23
assigned **[6]**   95/8
  95/14 95/19 118/21
  118/25 128/2
assignment **[3]**   94/8
  94/11 95/16
assistant **[2]**   170/9
  175/13
attached **[1]**   134/8
attack **[1]**   89/20
attempted **[1]**
  170/25
attention **[6]**   94/24
  99/23 101/8 101/9
  111/9 111/24
Attorney **[1]**   170/10
audio **[1]**   112/22
authority **[1]**   193/6
authorized **[4]**
  167/23 167/25
  168/14 168/18
Avenue **[10]**   85/24
  100/4 111/6 181/9
  181/11 181/12
  185/14 191/3 195/23
  197/12
avoid **[1]**   155/3
aware **[7]**   98/10
  167/19 168/11 170/9
  171/21 171/25
  191/13
awareness **[1]**
  191/10
away **[8]**   90/10
  90/11 96/10 96/24
  114/17 125/21 150/9

155/15
Axon **[3]**   118/11
  118/12 119/4

**B**

BABOULIS **[9]**   86/8
  110/11 173/4 173/5
  173/19 173/24
  196/13 200/16
  200/23
back **[37]**   92/5
  100/20 100/21
  100/23 105/10
  111/24 121/9 125/22
  126/13 127/11
  127/12 128/4 129/4
  131/15 132/12
  136/17 141/14
  143/10 144/10
  144/15 144/19
  144/23 147/16
  148/15 153/11
  153/17 161/15
  162/17 171/6 171/12
  171/18 172/9 194/6
  196/14 200/17 201/6
  201/14
background **[2]**
  159/15 192/7
backpack **[22]**   102/4
  103/1 105/12 114/8
  121/17 125/18
  125/19 129/21
  129/22 130/2 130/8
  130/10 130/22
  131/19 143/6 163/12
  163/15 171/7 171/9
  171/11 171/15
  171/17
backpacks **[1]**
  187/11
backside **[4]**   126/12
  129/17 130/18
  130/19
backtalk **[2]**   150/4
  150/7
backwards **[2]**
  135/16 135/17
bag **[18]**   122/16
  122/17 122/18 125/7
  125/22 133/22 134/6
  134/18 134/24 135/2
  135/3 136/2 137/6
  137/13 142/15
  145/12 153/18
  153/22
ball **[4]**   137/14
  137/16 137/17
  137/18
ballpark **[1]**   176/7
bandages **[1]**   131/4
Bankruptcy **[1]**
  85/23
banner **[1]**   151/21
Baofeng **[1]**   123/2
barely **[1]**   196/6
barrel **[1]**   141/10
barricade **[1]**
  188/10
barricades **[2]**

188/13 199/14
barriers **[5]**   180/11
  198/21 198/23 199/6
  200/5
base **[1]**   138/13
based **[6]**   127/20
  128/19 171/3 171/24
  189/16 197/23
basically **[7]**   91/7
  120/10 136/7 138/11
  141/10 150/13 174/5
basis **[2]**   88/4
  91/17
baton **[17]**   113/19
  113/22 151/7 160/16
  160/22 161/2 161/5
  161/6 161/15 161/21
  162/5 162/7 164/11
  171/20 171/20 172/6
  172/10
batons **[1]**   151/6
battle **[9]**   88/20
  88/21 89/1 89/5
  89/17 89/20 89/21
  89/22 90/4
beanie **[1]**   132/10
bear **[1]**   141/23
beautiful **[1]**   92/6
became **[1]**   171/24
become **[2]**   98/10
  171/21
becomes **[1]**   188/23
beforehand **[1]**   96/1
begin **[2]**   144/25
  188/20
begins **[1]**   178/14
behalf **[1]**   88/3
behind **[7]**   111/22
  148/21 192/25
  194/13 194/14
  194/17 196/7
belief **[1]**   172/11
believes **[1]**   202/4
belong **[1]**   184/5
below **[3]**   110/25
  130/16 131/14
belt **[3]**   131/5
  135/15 136/9
beltline **[1]**   112/3
Ben **[1]**   85/14
bench **[1]**   202/15
beneath **[1]**   131/13
benefit **[1]**   124/9
besides **[1]**   161/13
best **[1]**   129/9
better **[1]**   137/24
beyond **[2]**   199/17
  200/2
BH6K **[1]**   118/24
big **[1]**   121/17
bike **[18]**   182/13
  182/14 188/24
  189/13 190/16
  190/16 190/17 192/5
  192/12 192/13
  192/24 195/25 196/7
  199/3 199/4 200/2
  200/4 200/4
binder **[1]**   102/16
binoculars **[4]**

125/12 125/13
  125/16 125/20
bit **[12]**   89/25 98/5
  101/3 107/9 120/10
  145/10 148/15 150/4
  151/15 160/13
  169/24 187/3
black **[4]**   102/3
  102/3 104/7 131/9
block **[1]**   180/9
blocks **[5]**   90/10
  90/11 96/10 96/24
  177/8
blogger **[1]**   107/16
blossoms **[1]**   138/1
blow **[2]**   164/11
  187/3
blue **[6]**   102/8
  110/25 111/6 178/9
  185/10 191/2
bodily **[1]**   167/10
body **[46]**   89/17
  112/15 112/16
  112/16 112/17
  112/25 116/3 116/4
  118/11 118/12
  118/13 118/20
  118/22 118/24 119/1
  119/4 119/4 126/16
  126/19 127/1 127/21
  127/23 127/24 128/1
  128/8 128/15 129/4
  129/10 129/11
  129/12 129/16
  129/17 154/2 154/11
  155/4 155/4 157/6
  157/7 157/9 158/3
  158/10 162/13
  162/14 165/13
  165/24 193/7
body-worn **[5]**
  112/16 112/17
  112/25 116/3 116/4
bollards **[1]**   180/8
bombs **[2]**   196/22
  200/24
book **[1]**   121/10
books **[1]**   121/10
both **[7]**   136/13
  150/6 183/7 186/8
  190/24 191/23
  202/18
bottom **[4]**   116/21
  118/10 199/15
  199/19
boundary **[5]**   189/18
  190/10 192/14 195/4
  197/16
bounded **[2]**   184/25
  200/4
box **[6]**   85/13
  125/23 133/19
  133/20 139/7 140/13
branch **[3]**   152/23
  183/10 184/5
brand **[7]**   118/12
  118/13 123/2 126/14
  126/16 136/6 141/21
breach **[6]**   181/7
  181/17 181/18 195/7

**B**

breach... [2]
195/11 196/16
breached [4]  89/10
89/10 181/19 181/25
breaches [1]  181/19
breaching [1]
195/24
break [3]  143/15
144/10 200/14
breaks [1]  94/16
breathe [1]  134/14
Brief [4]  102/10
122/14 132/19 140/2
briefly [5]  146/9
173/13 193/12
194/25 202/11
bring [11]  103/25
133/13 165/7 166/16
178/17 186/10
187/14 189/9 191/23
194/22 197/5
bringing [2]  122/9
155/14
broadly [2]  95/19
112/1
broken [1]  190/19
brothers [1]  148/3
budge [1]  150/25
build [1]  178/14
building [25]  88/15
89/13 90/3 95/13
108/10 108/12
108/16 108/17
150/10 159/16
159/19 160/5 160/6
176/7 177/9 177/15
178/21 178/23
181/16 182/1 183/4
185/8 185/25 186/6
200/6
buildings [11]
159/14 174/22 176/2
184/4 185/1 185/2
185/2 185/3 185/4
185/5 185/6
buildout [2]  179/24
188/21
built [2]  179/23
199/24
bulge [7]  111/22
112/2 113/13 113/18
113/21 113/24
162/20
bulges [2]  162/20
167/8
bullet [12]  119/17
127/24 137/10
137/22 137/24
137/25 138/1 138/4
138/11 138/14
138/17 141/9
bullets [6]  136/23
137/13 137/16
137/17 138/9 138/12
bullhorn [8]  99/18
99/19 99/21 101/11
101/19 101/21 105/9
107/7

bungee [2]  89/4
131/7
Bureau [2]  174/18
174/19
bus [1]  144/5
business [1]  200/1
button [2]  124/6
127/8
BWC [1]  112/17

**C**

C2 [1]  152/21
CA [1]  85/21
caliber [3]  128/14
137/9 141/22
calibers [3]  129/14
129/15 138/10
call [17]  91/12
92/8 94/15 99/10
100/12 101/2 112/17
113/19 119/16 125/2
129/11 137/14
138/11 144/3 157/17
157/18 173/2
called [5]  89/4
136/7 136/19 137/17
184/12
calling [1]  159/23
calls [7]  92/10
94/7 94/7 168/4
169/1 170/5 173/3
cam [18]  118/12
118/20 118/22
118/25 119/1 119/4
119/4 155/4 155/4
157/6 157/7 157/9
158/3 158/10 162/13
162/14 165/13
165/24
came [2]  112/12
112/15
camera [8]  112/15
112/16 112/16
112/17 112/18
112/25 116/3 116/4
cameras [1]  154/11
camouflage [5]
102/4 104/6 121/17
127/4 134/25
cams [1]  154/2
can [119]  88/10
91/11 93/13 94/20
100/23 102/7 103/24
104/11 108/7 117/9
118/14 120/11
122/18 122/20
122/22 122/23 123/8
123/23 123/25 124/4
124/22 124/23
124/25 125/4 127/5
127/25 128/3 128/12
129/10 129/14 130/1
131/8 132/12 134/14
134/21 135/1 136/15
137/9 137/12 138/11
138/18 138/18
139/12 140/4 140/21
141/7 141/8 141/11
141/12 141/15
142/12 144/4 144/20

147/11 149/1 151/2
151/15 154/2 155/21
156/4 157/2 157/5
157/10 158/7 160/14
162/16 163/20 164/5
164/9 165/7 165/12
165/21 166/16
167/20 169/3 174/2
175/24 176/8 177/10
179/9 179/19 181/14
182/9 183/16 184/21
185/16 186/10 187/3
187/3 187/14 188/8
189/9 190/22 192/5
192/7 192/22 193/1
193/4 194/6 194/17
194/18 194/19
194/20 195/17
195/20 196/2 196/4
196/13 197/5 198/12
198/15 198/17
198/18 198/23 199/1
199/2 199/4 199/18
200/21
cap [1]  136/19
capacity [1]  174/21
Capitol [135]
captain [15]  173/3
173/5 173/24 174/15
174/17 174/23
174/25 175/6 175/11
175/12 176/10
176/20 196/13
200/16 200/23
captains [1]  99/8
care [1]  201/8
carefully [1]
155/18
carried [5]  115/12
120/8 125/16 153/15
199/12
carry [8]  113/20
153/9 153/11 168/23
169/6 169/11 169/16
175/24
carrying [2]  104/9
121/6
case [19]  90/21
94/16 110/16 120/10
128/6 136/11 137/11
137/11 137/13
138/12 141/19
147/20 150/1 172/15
190/14 201/3 201/11
201/12 201/13
cases [1]  137/14
catch [1]  144/4
cause [2]  138/18
138/18
causes [2]  112/23
138/2
causing [1]  142/15
cavity [1]  137/24
CDU [7]  94/15 96/13
99/7 113/20 120/22
152/20 152/22
center [5]  177/5
179/24 182/13
193/14 194/9
ceramic [2]  88/22

128/22
certain [1]  90/20
certainly [1]  91/5
203/4
certify [2]  95/21
203/4
cetera [1]  182/18
chain [1]  175/8
chains [1]  175/16
chamber [9]  89/10
116/2 119/16 119/17
140/19 141/7 141/9
141/11 141/15
chance [3]  142/14
145/14 149/24
chant [1]  100/19
charge [1]  123/12
charger [2]  123/15
123/17
charging [1]  125/17
chase [1]  164/10
check [1]  136/12
chemical [2]  134/15
134/23
chest [2]  112/18
112/18
chest-worn [1]
112/18
chief [4]  175/6
175/13 175/13
175/14
chose [1]  90/1
CHRISTOPHER [3]
85/6 85/9 145/4
cigarettes [1]
131/4
circle [10]  108/12
111/5 156/2 156/5
157/5 186/7 195/1
195/7 195/22 196/17
circled [4]  109/2
111/13 159/14
159/17
circling [1]  113/14
circumstance [1]
151/1
circumstances [2]
168/25 169/8
cite [1]  201/25
citizens [1]  94/17
city [1]  126/20
civil [5]  94/12
94/13 94/15 152/22
202/14
clacking [1]  113/25
claim [2]  89/3 89/6
claims [2]  88/25
88/25
clarification [1]
106/2
clear [10]  107/4
108/16 134/20
150/13 157/5 162/13
164/15 164/21 190/1
200/25
cleared [1]  115/19
clip [6]  116/21
120/10 123/8 127/6
136/9 165/3
clock [1]  148/19
close [1]  188/8

**C**

closed [6]   182/10
  188/14 193/4 193/17
  194/14 194/18
closer [4]   159/19
  160/5 160/14 173/1
closest [1]   114/9
clothing [4]   104/22
  132/8 132/9 132/11
co [1]   145/3
co-counsel [1]
  145/3
Code [1]   201/25
college [1]   183/13
color [2]   137/10
  184/3
colored [2]   104/24
  184/21
colors [3]   131/8
  137/11 185/1
COLUMBIA [5]   85/1
  95/10 145/25 169/10
  169/14
coming [2]   164/7
  180/10
command [1]   175/8
commander [1]
  196/22
commands [1]   99/9
comment [1]   201/2
communicate [1]
  142/6
communicating [1]
  123/9
communications [1]
  123/18
company [1]   126/20
compare [1]   139/15
comparison [1]
  198/1
complained [1]
  165/19
complaining [1]
  162/10
computer [2]   117/14
  177/25
computerized [1]
  117/14
conceal [1]   169/10
concealable [1]
  120/12
Conceivably [1]
  161/3
concentrated [1]
  100/16
concern [1]   143/22
concerts [1]   190/18
conclusion [6]
  159/23 160/8 168/4
  170/5 171/25 172/3
conclusions [1]
  169/1
condition [1]
  121/24
confused [1]   108/16
Congress [13]   88/14
  88/17 89/7 89/8
  95/21 174/22 175/22
  175/24 176/6 183/6

183/7 185/4 189/1
congressional [1]
  174/21
conjunction [1]
  99/20
connected [1]
  127/10
consider [1]   114/23
considered [1]
  160/25
consistent [2]
  114/6 151/23
Constitution [2]
  85/24 96/19
construction [1]
  181/22
consuming [1]
  199/22
contact [2]   150/21
  150/21
contain [1]   140/7
containers [1]
  187/11
contains [1]   126/11
content [1]   187/16
contents [2]   130/2
  142/15
continuation [1]
  181/12
continue [7]   92/7
  128/12 136/15
  181/14 199/17
  199/18 200/15
CONTINUED [1]   87/1
continuing [1]
  198/6
contractors [1]
  93/12
contrary [1]   91/9
control [1]   172/7
conveyed [1]   110/16
COOPER [1]   85/9
copper [1]   137/10
cord [1]   124/5
cords [3]   89/4
  124/9 131/8
corner [1]   116/23
correctly [1]
  144/18
cough [1]   142/16
coughing [2]   145/9
  153/23
counsel [8]   91/2
  116/17 117/1 117/8
  142/22 145/3 196/10
  202/14
count [1]   88/6
couple [6]   127/3
  143/18 154/2 158/22
  176/9 202/13
coupled [2]   183/9
  199/14
course [4]   88/9
  88/11 171/14 196/15
court [23]   85/1
  85/22 85/23 90/14
  91/21 106/3 106/3
  106/9 110/13 122/23
  143/2 143/23 166/14
  172/23 173/14

174/12 185/6 185/7
  185/8 185/8 202/12
  202/16 203/3
Court's [3]   117/10
  122/8 202/13
courtroom [2]   90/24
  104/20
Courts [1]   85/23
coverage [1]   184/3
covered [1]   198/15
covers [1]   184/1
cr [1]   85/4
crime [2]   147/1
  155/1
crimes [4]   93/11
  93/13 146/13 146/13
Criminal [2]   85/3
  92/25
cross [8]   86/5
  88/11 91/11 91/19
  135/24 145/5 166/10
  195/17
cross-draw [1]
  135/24
cross-examination [4]
  86/5 88/11 91/11
  145/5
crowd [12]   109/5
  109/15 109/17
  109/18 115/4 148/7
  148/8 151/5 168/7
  168/17 169/20
  170/10
crowds [1]   168/12
CS [6]   89/22 134/15
  142/16 143/11
  153/17 153/18
curb [1]   188/12
curfew [7]   98/11
  98/14 98/15 99/15
  148/17 148/18
  149/18
curfews [1]   148/21
currently [4]
  145/19 174/18
  174/19 177/3
curse [1]   96/18
cuss [1]   96/18
cussing [1]   109/8
custody [3]   114/21
  133/1 163/13
cut [3]   164/10
  192/8 192/22

**D**

D-A-L-L-A-N [1]
  92/23
D.C [8]   93/19
  103/23 104/5 105/20
  109/2 161/13 177/4
  177/5
D.C.'s [1]   94/18
DALKE [6]   85/15
  86/9 91/24 201/24
  202/1 202/12
DALLAN [8]   86/3
  91/25 92/10 92/19
  92/23 145/5 166/17
  170/21
damage [2]   138/2

138/19
danger [1]   89/15
dangerous [1]   187/9
dark [2]   104/24
  185/4
darker [1]   137/14
date [8]   104/10
  116/23 116/25
  117/17 117/18
  117/20 176/18
  203/10
dates [1]   116/19
day [16]   89/16 92/6
  94/25 95/9 113/3
  143/23 162/21
  172/15 176/8 180/2
  180/16 183/11
  188/25 197/25 201/4
  201/5
DC [3]   85/5 85/14
  85/25
deal [1]   202/8
dealing [1]   93/11
dealt [1]   146/12
declare [2]   92/13
  173/7
decontaminating [2]
  132/2 132/3
decree [1]   148/22
defamatory [1]
  101/19
defendant [7]   85/7
  85/18 91/1 105/2
  108/21 126/3 145/4
defendant's [1]
  108/13
defendants [1]
  90/18
defense [9]   89/6
  126/17 157/14
  157/15 165/10
  165/11 166/25 202/4
  202/14
defenses [1]   90/16
defensive [2]   88/23
  146/14
defined [1]   110/4
definitely [1]
  99/21
definition [5]
  201/19 201/25 202/2
  202/3 202/6
demeanor [1]   109/5
demonstrated [1]
  190/20
demonstrations [1]
  94/21
demonstrative [2]
  110/8 110/14
denies [1]   166/12
deny [1]   90/15
department [12]
  85/13 93/11 93/18
  93/21 108/17 134/14
  145/23 145/24 152/4
  159/15 159/19
  160/11
dependent [1]   155/2
depending [1]
  180/16

**D**

depicted [1]    183/1
depicting [1]
  177/14
depiction [3]
  178/21 186/15 202/4
depicts [2]    183/25
  197/12
deputy [2]    173/6
  175/13
describe [6]    96/18
  148/7 148/8 148/20
  184/21 195/21
described [8]
  102/24 103/1 103/4
  103/4 103/6 138/23
  150/13 195/8
describes [1]    91/15
describing [2]
  102/21 111/15
description [1]
  192/11
designated [1]
  191/17
determination [1]
  168/3
determined [1]
  115/2
development [1]
  182/8
device [1]    123/24
devices [1]    187/10
diagram [1]    178/24
dictionary [1]
  89/11
difference [2]
  137/16 137/20
different [15]
  111/10 131/8 137/11
  138/9 138/10 138/10
  153/12 153/13
  154/14 154/18
  156/19 184/25 185/1
  185/2 187/17
digit [1]    130/20
dignitary [1]
  183/11
direct [6]    86/4
  86/9 92/19 170/24
  173/19 179/17
direction [1]
  135/18
directly [2]    97/6
  198/17
disagree [1]    165/4
discomfort [1]
  145/10
disconnecting [1]
  195/25
discuss [3]    172/14
  177/1 200/19
discussed [5]    90/17
  136/1 153/7 179/21
  198/14
discussing [4]
  141/6 186/16 191/25
  193/22
discussion [5]
  142/13 166/8 169/24

  172/16 174/3
discussions [1]
  201/11
displayed [1]
  179/22
dispute [2]    88/13
  117/1
disregard [1]    201/2
distinguishable [1]
  104/6
distributed [1]
  142/18
district [11]    85/1
  85/1 85/10 85/23
  95/10 121/9 143/10
  145/25 167/15
  169/10 169/14
Disturbance [4]
  94/12 94/14 94/15
  152/22
dividing [1]    182/15
DoD [1]    93/12
DOJ [1]    85/16
DOJ-USAO [1]    85/16
Domestic [1]    152/23
done [2]    115/5
  119/3
door [3]    89/2 90/16
  182/1
dots [2]    185/10
  194/18
double [3]    190/14
  193/2 193/16
down [23]    98/4
  101/4 101/5 114/14
  125/23 130/16
  133/15 136/23
  148/14 178/17
  179/17 181/7 181/7
  183/16 185/16 188/8
  192/3 193/9 194/20
  194/22 196/3 196/8
  200/21
draw [6]    135/24
  181/14 191/25
  191/25 194/19 196/2
drawing [1]    181/5
drawn [1]    111/5
Dressed [1]    90/6
drinks [1]    140/25
dry [2]    145/15
  153/25
due [4]    114/5
  148/21 149/5 189/1
duration [2]    173/15
  173/16
during [4]    101/11
  152/2 196/14 199/23
duties [4]    93/10
  94/4 174/14 175/24
duty [3]    95/6 95/7
  97/17

**E**

ear [1]    125/3
earlier [18]    102/24
  103/1 103/6 103/19
  104/15 105/9 107/5
  108/25 116/3 126/2
  127/8 129/21 135/4

  135/8 136/1 139/20
  143/12 194/13
easily [2]    104/6
  187/4
east [6]    177/7
  188/3 188/12 191/15
  195/2 195/2
eastbound [1]    181/9
eat [3]    131/6 131/7
  132/4
education [1]
  146/10
effect [3]    138/17
  156/24 190/7
eight [1]    191/12
either [9]    90/17
  90/19 101/2 103/22
  123/23 140/21 141/7
  141/13 161/18
elected [1]    178/13
election [1]    95/21
electoral [1]
  183/13
eliminate [1]    156/4
else [9]    89/2 99/20
  105/5 115/11 120/2
  125/4 126/25 134/18
  202/21
elsewhere [1]
  131/21
encirclement [3]
  100/12 108/25
  111/14
encircling [1]
  100/15
enclosed [1]    188/23
ending [1]    118/24
enforce [3]    93/13
  98/14 98/15
enforcement [2]
  88/18 184/2
enhanced [1]    189/1
enjoy [1]    201/5
enough [2]    90/14
  161/2
enter [5]    89/21
  89/23 180/21 181/4
  182/3
entered [3]    110/13
  110/17 181/16
entering [1]    185/23
enters [1]    167/15
entire [4]    150/13
  151/2 152/9 188/22
entitled [1]    203/5
environment [2]
  134/15 175/25
equipment [3]    96/12
  130/17 144/17
escape [4]    115/1
  155/19 156/13
  156/14
escort [1]    109/3
essentially [7]
  113/20 119/3 123/23
  124/2 138/11 151/6
  171/17
et [1]    182/18
evacuated [3]    88/14
  89/7 89/11

evacuation [2]
  88/15 89/16
even [4]    89/10 90/4
  152/10 199/24
evening [9]    107/6
  107/8 108/22 109/14
  111/2 200/17 200/23
  201/11 201/13
event [7]    96/3
  116/4 178/15 183/3
  183/9 189/16 190/18
events [5]    133/5
  176/14 176/23
  176/23 196/15
eventually [2]
  107/8 122/10
everybody [2]
  143/21 144/23
everybody's [1]
  97/5
evidence [59]    86/15
  86/16 86/17 86/18
  86/19 86/20 86/21
  86/22 86/23 86/24
  86/25 87/3 87/4
  87/5 87/6 87/7 87/8
  87/9 87/10 87/11
  87/12 87/13 87/14
  87/15 87/16 87/17
  87/19 91/16 103/15
  106/1 106/24 108/5
  110/13 110/16 113/9
  116/13 121/10
  121/10 122/7 133/11
  133/14 143/11
  155/10 156/8 157/8
  157/10 157/11
  157/24 158/7 158/13
  177/23 179/7 184/18
  186/25 187/25
  189/25 192/20 194/4
  195/18
evidentiary [1]
  131/2
exact [1]    165/14
exactly [2]    89/14
  93/5
examination [12]
  86/4 86/5 86/6 86/9
  88/11 91/11 91/12
  92/19 145/5 155/7
  170/21 173/19
example [1]    101/24
excessive [1]
  161/18
excluded [1]    90/17
excuse [2]    140/8
  173/16
excused [3]    88/10
  172/14 173/14
executive [1]
  175/12
exhibit [100]    86/14
  87/2 102/6 102/7
  102/15 103/12
  103/15 103/25
  105/22 106/1 106/21
  106/24 107/12 108/5
  109/19 110/16 112/6
  113/9 116/10 116/13

**E**

exhibit... [80]
122/17 123/19
126/10 128/9 132/1
132/16 132/18
133/11 134/18
136/12 136/13
138/21 138/22
147/11 154/6 155/4
155/6 155/8 157/10
157/14 164/14 165/5
177/10 177/20
177/23 178/17
178/17 178/18
178/24 179/4 179/7
181/5 183/16 183/17
183/22 184/6 184/10
184/15 184/16
184/18 184/20
184/22 185/16
186/10 186/21
186/25 187/2 187/14
187/15 187/19
187/25 189/9 189/10
189/22 189/25 190/5
190/21 191/23 192/1
192/4 192/17 192/20
192/23 193/9 193/10
193/12 194/1 194/4
194/22 195/14
195/18 195/20
195/21 196/14 197/5
197/6 197/8 198/2
198/5 201/16
Exhibit 109 [3]
116/10 147/11 155/8
Exhibit 114 [1]
112/6
Exhibit 316 [1]
106/21
Exhibit 401 [4]
102/6 102/7 102/15
103/12
Exhibit 402 [2]
197/5 198/5
Exhibit 428 [1]
155/4
Exhibit 429 [2]
164/14 165/5
Exhibit 434 [1]
107/12
Exhibit 435 [2]
103/25 105/22
Exhibit 436 [1]
132/16
Exhibit 602 [1]
138/22
Exhibit 603 [1]
138/21
Exhibit 604 [1]
122/17
Exhibit 605 [1]
134/18
Exhibit 606 [3]
123/19 126/10 128/9
Exhibit 609 [1]
132/1
Exhibit 610 [1]
136/13

Exhibit 619 [1]
136/12
Exhibit 804 [5]
189/9 189/22 190/5
190/21 191/23
Exhibit 805 [6]
109/19 183/17
183/22 184/10 192/1
201/16
Exhibit 806 [2]
193/9 194/1
Exhibit 808 [3]
192/4 192/17 192/23
Exhibit 809 [4]
194/22 195/20
195/21 196/14
Exhibit 810 [2]
177/10 177/20
Exhibit 811 [5]
178/17 178/18
178/24 179/4 181/5
Exhibit 820 [2]
186/10 186/21
Exhibit 821 [3]
187/14 187/15
187/19
Exhibit into [1]
157/10
exhibits [10]   87/1
121/11 121/14
121/16 121/22 122/3
122/6 122/9 141/4
191/24
Exhibits 601 [1]
122/3
exist [3]   182/9
185/1 190/9
existed [4]   184/7
189/18 195/4 198/21
exit [3]   98/6
100/17 111/20
expect [1]   190/17
experience [8]
114/5 127/20 128/20
134/10 137/15
137/19 146/21 150/2
explain [5]   117/5
130/25 131/2 134/9
192/22
explanation [1]
194/7
explore [1]   91/11
explosives [1]
187/10
expound [1]   202/19
expressed [1]   88/24
expression [1]
88/24
extend [1]   190/20
extent [1]   90/25
exterior [3]   127/13
130/10 183/10
extra [1]   138/12
eyes [1]   145/17

**F**

face [3]   132/9
132/10 132/10
facilities [2]
175/24 176/1

facing [3]   135/16
135/17 195/2
fact [5]   89/3 89/3
89/15 115/6 159/24
facts [5]   91/9
91/10 91/14 91/15
110/16
fair [9]   177/16
178/24 184/6 186/15
189/17 192/12
193/21 195/10
197/19
fairly [8]   103/8
106/11 106/14
106/17 107/20 110/3
116/6 133/4
faith [1]   91/17
false [5]   88/6
88/12 88/16 88/17
88/25
falsely [3]   88/21
89/20 90/3
familiar [11]   97/6
158/1 158/3 159/9
176/11 176/13
176/14 183/18
186/22 187/20 189/6
family [1]   93/12
far [9]   90/11 98/7
98/8 125/21 128/17
167/19 176/9 179/12
188/12
fast [1]   90/7
faster [3]   138/14
138/17 138/19
fatigue [4]   89/20
89/21 89/22 90/4
fatigues [1]   132/8
favor [1]   91/10
FBI [1]   168/17
fear [1]   89/18
feasible [4]   147/4
147/6 147/7 147/8
features [1]   180/4
federal [2]   93/13
170/14
feel [3]   114/1
165/4 202/7
feet [2]   180/8
200/3
fellow [1]   112/15
felony [2]   93/12
146/13
felt [1]   171/16
fence [1]   196/7
fencing [11]   188/24
190/12 190/14 193/1
193/17 193/22
194/13 194/17
194/21 199/2 199/7
few [9]   119/9 141/4
167/20 170/23
193/14 200/3
field [1]   131/7
Fifth [2]   121/9
167/15
filed [5]   90/18
90/21 90/22 91/4
167/13
fill [1]   167/9

filled [1]   166/6
filmed [3]   154/13
158/10 165/14
filming [1]   154/10
filter [2]   134/8
134/10
final [7]   120/19
120/21 139/6 143/5
153/2 153/5 200/7
finally [2]   139/5
171/19
fine [4]   122/12
142/25 144/20 153/2
finish [1]   141/2
firearm [22]   114/6
115/14 116/2 119/20
120/1 120/3 139/1
139/1 139/20 139/23
140/6 140/18 140/24
141/20 142/9 142/10
153/7 168/23 169/6
169/9 169/13 169/16
firearms [4]   153/6
187/5 187/7 187/9
first [59]   90/16
91/25 92/7 92/8
94/16 94/18 96/21
100/6 110/22 111/7
117/17 117/17
122/19 122/24 131/3
131/3 131/3 132/17
133/19 135/11 145/9
146/22 147/2 148/16
149/14 151/23 152/5
158/2 167/16 169/24
169/25 170/4 171/21
171/24 175/12 177/1
177/6 177/6 177/15
181/4 181/16 181/25
183/18 184/20
185/10 188/12
188/14 191/5 191/8
191/11 191/17
191/20 193/13 194/8
197/10 197/11 199/9
199/20 202/12
fit [1]   175/7
fits [2]   153/23
175/6
five [6]   90/10
90/11 93/19 146/2
174/25 181/19
fixed [2]   112/19
112/20
flag [2]   127/4
127/12
flashlight [1]
131/17
flee [2]   170/25
171/3
fleshed [1]   88/11
Floor [1]   85/20
flow [1]   181/21
Floyd [1]   152/3
follow [1]   182/3
follower [2]   136/19
136/19
following [1]
181/18
footage [4]   119/4

**F**

footage... [3]
 176/22 195/6 197/23
For the Defendant [1]
 85/18
force [11]  146/13
 148/24 148/25
 150/22 160/23
 160/24 161/16
 161/18 161/20
 167/10 167/11
foregoing [1]  203/4
formally [1]  110/17
forward [7]  141/14
 147/16 155/9 156/4
 156/10 156/16
 171/17
found [4]  115/9
 115/10 125/18
 125/18
foundation [1]
 110/7
four [12]  93/25
 116/15 128/6 128/13
 128/17 129/7 129/8
 129/14 129/15
 130/20 178/11
 183/15
fourth [2]  199/16
 199/20
frame [5]  112/10
 113/12 147/20
 161/12 166/16
Franklin [1]  85/14
free [4]  94/21
 165/4 172/8 202/7
freely [1]  88/19
frequency [1]  123/9
front [26]  88/20
 88/20 97/6 108/11
 112/22 122/16
 126/12 128/8 128/20
 129/17 131/10
 131/24 135/2 139/6
 160/21 177/18 178/6
 178/10 184/20 187/2
 188/22 194/6 195/20
 199/7 199/12 200/10
full [2]  101/3
 201/24
fuller [1]  202/1
fully [3]  139/20
 140/22 141/11
further [8]  101/5
 101/15 101/23
 148/14 170/18 181/7
 188/10 197/17

**G**

G2C [1]  141/21
gas [19]  89/22
 133/22 134/8 134/15
 134/16 134/21
 134/22 142/5 142/5
 142/15 142/16
 142/16 142/17
 142/24 143/11
 143/11 145/11
 153/17 153/18

gauze [1]  131/4
gave [1]  98/16
gear [1]  89/5
general [2]  109/5
 161/20
generally [8]  93/10
 94/13 96/15 108/12
 121/16 122/18 123/6
 155/3
Generation [1]
 153/15
gentleman [1]
 151/20
gentleman's [1]
 110/15
gentlemen [6]  92/5
 110/12 116/18
 143/14 172/24
 200/22
gently [1]  113/21
geographically [1]
 177/5
George [1]  152/3
gets [1]  136/23
given [2]  88/16
 100/12
glasses [1]  118/14
Glock [1]  153/15
goes [3]  138/13
 138/19 138/23
goggles [1]  134/19
good [10]  91/17
 92/9 92/21 117/2
 143/21 145/8 154/24
 172/15 173/21
 173/22
government [73]
 85/12 86/15 86/16
 86/17 86/18 86/19
 86/20 86/21 86/22
 86/23 86/24 86/25
 87/3 87/4 87/5 87/6
 87/7 87/8 87/9
 87/10 87/11 87/12
 87/13 87/14 87/15
 87/16 87/17 90/2
 90/7 90/15 90/19
 90/23 90/25 91/2
 91/6 91/10 91/15
 92/9 103/11 103/15
 105/21 106/1 106/20
 106/24 108/1 108/5
 110/6 110/14 113/5
 113/9 116/9 116/13
 122/2 122/6 130/21
 133/7 133/11 155/6
 165/9 169/12 169/13
 172/24 173/3 177/23
 179/7 183/10 184/18
 186/25 187/25
 189/25 192/20 194/4
 195/18
government's [34]
 91/17 92/7 102/15
 103/12 103/25
 105/22 107/1 107/12
 108/2 111/25 112/6
 113/6 121/11 122/17
 123/19 126/9 132/4
 132/5 132/6 132/15

132/21 133/8 134/17
 136/12 136/13
 136/14 138/21
 138/21 147/12 154/3
 157/9 157/10 157/17
 172/19
grab [1]  135/20
grabbed [2]  107/17
 172/8
grant [1]  91/5
grass [1]  98/5
grassy [2]  194/10
 199/11
great [4]  117/11
 141/5 201/11 201/13
green [1]  184/23
ground [5]  114/20
 114/22 115/6 163/9
 171/8
grounds [59]  90/7
 90/8 90/10 91/4
 97/4 97/20 100/17
 106/15 107/24
 108/19 109/4 110/4
 159/5 159/10 159/24
 160/9 160/10 160/11
 176/4 176/11 176/15
 176/17 177/17 180/1
 180/5 180/7 180/10
 180/14 180/15 181/8
 181/13 183/18 184/4
 184/7 184/11 184/12
 185/7 185/11 185/14
 185/17 185/21
 185/22 185/24 186/2
 186/9 186/17 187/9
 187/11 188/16
 190/22 190/25 191/3
 191/6 191/13 192/14
 193/3 198/6 201/19
 202/6
Guard [7]  100/10
 103/23 104/5 105/20
 106/18 109/2 161/14
guess [10]  97/7
 98/9 120/8 153/7
 153/11 161/10
 163/24 166/5 171/14
 174/5
guests [1]  175/22
guide [1]  110/14
gun [14]  114/10
 114/12 115/7 115/9
 136/21 140/22
 140/23 141/13
 156/15 156/25
 167/24 168/14
 168/18 171/16
gunpowder [1]
 138/11
guy [1]  156/25

**H**

H-A-Y-N-E-S [1]
 92/23
half [4]  93/25
 96/24 101/3 148/16
hand [6]  92/12
 116/23 171/15 172/8
 172/8 173/5

handcuff [1]  149/18
handed [3]  135/20
 135/22 135/23
handheld [3]  123/3
 123/7 124/17
handle [3]  135/16
 135/17 135/20
handled [1]  185/8
hands [3]  114/8
 124/1 172/7
happen [2]  171/9
 196/16
happened [7]  108/22
 114/18 165/4 171/11
 172/1 172/10 196/17
happening [1]  95/18
happy [1]  200/15
hard [2]  129/9
 161/2
Harrisburg [1]
 85/17
hat [6]  102/3
 102/23 105/10 131/9
 131/10 131/15
HAYNES [19]  86/3
 91/25 92/10 92/11
 92/19 92/21 92/23
 102/14 110/21
 122/10 130/22
 133/15 145/5 145/7
 147/18 155/3 164/22
 167/9 170/21
head [15]  134/22
 153/1 160/17 160/22
 161/2 161/15 161/22
 162/5 162/6 162/11
 164/3 164/11 164/12
 164/23 172/10
headed [1]  196/17
heading [1]  181/8
hear [16]  98/20
 99/3 99/12 117/8
 121/3 122/23 125/4
 125/6 142/22 148/4
 151/9 152/14 156/7
 162/10 165/18
 165/22
heard [18]  90/14
 98/25 114/16 116/7
 148/2 148/3 151/8
 152/15 153/4 162/24
 164/17 164/20
 164/25 165/22
 166/10 197/24
 200/23 202/10
hearing [1]  99/22
held [2]  135/13
 189/16
help [3]  144/7
 155/5 172/7
hierarchy [1]  175/7
high [2]  180/8
 200/3
higher [2]  128/14
 129/16
highest [1]  128/15
highlight [1]  167/5
Hill [1]  109/23
Hills [1]  85/21
hip [1]  115/10

**H**

hit [7]   161/1 161/4
162/4 162/6 162/11
164/11 164/23
hitter [1]   91/24
hold [3]   102/9
140/15 196/7
holder [4]   120/14
136/1 136/5 139/2
holding [3]   128/20
151/21 152/1
holds [2]   120/11
140/17
hollow [6]   137/13
137/16 137/22
137/23 137/24 138/4
holster [16]   115/12
119/21 119/24 120/1
120/6 120/14 135/5
135/7 135/8 135/11
135/13 135/23 136/2
136/11 138/23 139/2
holsters [4]   135/3
136/6 136/7 136/13
Honor [58]   88/3
89/22 92/9 102/11
103/16 106/2 106/7
110/8 110/18 111/4
116/9 122/8 122/13
122/20 124/21 130/5
139/24 140/24 142/9
142/14 144/17
144/21 145/2 157/16
157/22 158/13
159/22 160/2 161/23
163/2 163/19 165/11
165/16 166/5 172/12
172/20 173/3 173/13
173/18 174/2 174/9
177/20 179/3 184/9
184/15 186/20
187/18 187/23
189/21 192/16
193/25 195/13
195/15 198/4 200/13
200/20 201/21 202/9
HONORABLE [1]   85/9
hood [1]   134/21
HOOK [3]   85/22
203/3 203/10
hooked [1]   127/11
hope [1]   201/5
hospital [2]   167/17
167/18
host [1]   178/14
hour [3]   98/17
101/9 148/16
hours [2]   118/6
180/2
House [7]   89/9
178/1 178/4 179/10
179/11 183/7 185/3
housekeeping [1]
132/17
How's [1]   135/13
hundreds [1]   176/9
hurried [2]   156/16
156/17
hyperbolic [1]   88/7

**I**

idea [4]   90/12
128/19 154/24 192/3
identification [7]
102/7 102/15 107/12
109/19 112/6 132/15
132/21
identified [4]
104/14 105/2 132/1
136/13
identify [6]   104/22
178/1 179/19 181/3
196/4 198/12
image [13]   102/19
102/19 104/2 104/12
105/14 106/8 107/17
108/7 112/7 112/9
112/10 112/12
166/18
immediate [2]
185/24 191/13
immediately [5]
114/14 114/16
132/25 150/3 156/15
impeach [1]   163/21
impresses [1]   174/7
improper [1]   149/12
inaccurate [1]
91/20
inaudible [1]
142/24
inaugural [1]
179/20
inauguration [5]
178/12 178/13
178/15 183/15
188/22
incendiary [1]
187/10
incident [3]   154/13
196/22 197/1
include [2]   176/2
182/22
including [3]   132/8
132/9 154/16
inclusive [1]
182/17
inconsistent [2]
163/22 202/6
increments [1]   98/4
indicate [3]   164/3
164/17 185/1
indicated [6]
159/15 160/8 163/7
163/14 164/10
164/16
indicates [3]   184/4
184/23 189/14
indicating [1]   90/9
indicator [1]
119/16
indicators [1]
151/17
individual [15]
101/22 102/23 103/9
104/11 104/14
104/17 107/4 107/5
120/16 149/16
149/22 155/1 156/1

193/16 194/11
individuals [5]
98/1 103/20 103/21
180/20 186/5
indulgence [1]
117/10
infantry [1]   89/1
inference [2]   88/23
88/24
inflicted [1]   90/6
initial [6]   89/20
181/3 181/7 188/13
195/23 199/10
initially [2]   96/10
171/15
initiate [2]   150/22
189/15
injured [2]   167/17
167/19
injuries [1]   167/14
injury [4]   164/3
165/19 167/10
167/11
inquire [1]   172/22
insert [1]   141/11
inside [31]   97/18
102/15 115/12
115/12 119/17
119/22 119/23 120/6
120/7 120/11 120/13
123/17 129/10
134/18 135/3 135/6
135/14 135/16
135/23 136/8 136/22
136/23 141/16
174/21 180/23 183/3
185/25 190/24
197/10 197/20
198/23
inspection [1]
187/12
inspector [1]
175/13
instance [2]   183/6
190/10
Instead [1]   172/6
instructed [1]
90/22
insurrection [1]
90/23
interaction [1]
170/3
interactions [1]
201/12
interior [1]   127/14
interject [2]
116/17 164/15
interrupt [1]
193/18
interruption [4]
102/10 122/14
132/19 140/2
into [73]   86/15
86/16 86/17 86/18
86/19 86/20 86/21
86/22 86/23 86/24
86/25 87/3 87/4
87/5 87/6 87/7 87/8
87/9 87/10 87/11
87/12 87/13 87/14

87/15 87/16 87/17
87/19 89/24 89/25
90/3 97/8 103/15
106/1 106/24 108/5
110/13 113/9 114/20
116/13 122/6 122/23
123/24 123/25 124/1
124/6 124/17 125/3
132/25 133/11 138/2
139/1 141/10 147/13
148/16 155/23
157/10 157/24 158/7
158/13 163/13
163/23 177/23 179/7
180/10 181/25
184/18 186/25
187/25 189/25
192/11 192/20 194/4
195/18
introduce [1]
144/24
introduction [1]
165/10
investigate [2]
93/11 93/12
investigation [3]
200/24 201/1 201/2
Investigative [1]
92/25
involved [3]   153/24
167/12 201/1
involving [1]
200/24
Iou [1]   100/13
irritants [1]
134/23
issue [2]   174/5
202/10
issued [3]   130/17
131/6 134/13
issues [1]   148/21
item [5]   122/19
125/9 139/6 139/7
186/11
items [13]   121/19
121/22 125/22
130/24 131/2 131/21
132/12 133/14 135/1
142/10 142/18
185/18 186/16

**J**

January [65]   88/19
89/8 89/19 90/18
91/8 94/24 95/2
95/15 95/15 95/17
95/18 99/24 101/1
101/9 103/9 104/9
106/12 106/15
106/18 107/21
107/24 110/22
112/25 116/7 117/19
121/1 121/6 121/19
126/4 129/18 129/22
129/23 134/4 136/25
137/6 140/6 142/18
143/6 176/15 176/18
176/23 177/15
177/17 178/11
178/15 178/25

**J**

January... [19]
180/20 182/25 183/4
183/14 184/7 188/9
188/16 189/7 189/18
191/6 192/14 193/23
195/4 196/15 197/21
198/12 198/25 199/8
200/9
January 20th [2]
178/11 178/15
JEFF [3]   85/22
203/3 203/10
Jenkins [2]   144/20
166/25
jersey [1]   180/11
JESSICA [4]   86/8
173/4 173/19 173/24
job [5]   93/10 97/17
146/3 146/3 153/9
JOHN [3]   85/18
85/19 145/3
joined [2]   103/20
103/21
joint [4]   183/5
183/6 183/9 189/1
JORDAN [1]   85/12
JUDGE [1]   85/10
jurisdiction [6]
183/19 183/25
184/13 184/24
201/18 202/5
jurisdiction of [1]
184/13
jurisdictions [1]
97/24
Juror [2]   143/17
143/20
jurors [2]   134/6
142/19
jury [54]   85/9 88/2
88/17 90/13 91/7
91/13 91/22 92/4
94/13 96/14 99/5
110/9 110/21 111/1
112/1 122/11 123/14
125/1 126/10 127/1
129/1 130/13 133/20
136/4 137/9 140/25
141/3 142/10 143/19
143/24 144/16
144/18 144/22
144/25 155/17 156/1
158/16 164/20 165/9
172/22 174/1 174/7
174/14 175/5 175/18
181/15 184/21 187/2
192/8 192/23 193/18
194/6 195/20 201/15
jury's [3]   119/10
179/9 179/13
Justice [1]   85/13

**K**

keep [5]   94/17
114/14 135/1 163/17
188/24
keeping [1]   180/10
Kevlar [1]   129/12

kill [1]   161/1
kind [20]   115/14
123/1 124/14 127/24
128/5 129/8 134/10
137/8 146/25 151/11
175/5 175/7 175/15
178/6 178/7 180/9
180/14 181/4 181/21
193/21
kinds [2]   132/8
138/7
kit [3]   131/3 131/3
132/4
knife [1]   131/23
knives [3]   131/17
131/18 131/25
knowledge [3]   114/5
168/8 168/10
known [2]   93/21
134/15
knows [1]   156/1
KONIG [14]   85/12
86/4 86/6 92/8
141/1 143/3 152/13
155/5 157/11 157/13
157/21 160/8 170/20
201/19
Kozaczuk [5]   102/5
107/1 107/11 116/14
132/14

**L**

Labor [6]   108/17
159/15 159/19 160/1
160/5 160/11
ladies [6]   92/5
110/12 116/17
143/14 172/24
200/22
landing [3]   182/14
198/13 198/18
language [2]   90/20
91/3
large [5]   104/7
104/7 113/19 115/4
198/19
last [9]   119/11
120/24 125/7 146/6
171/23 172/4 173/14
182/11 198/2
latches [2]   135/15
136/9
later [7]   98/9
101/20 101/23
103/20 107/8 108/21
111/2
law [9]   85/19 88/18
93/13 110/4 148/24
148/25 159/24 184/2
202/1
lawn [17]   97/3 97/4
97/6 97/16 97/17
97/20 98/2 98/3
100/1 100/2 101/15
101/16 101/23
101/24 102/20
103/22 194/10
laws [1]   146/13
lawyer [1]   202/15
lawyers [2]   116/19

201/8
lay [2]   110/7
143/12
layer [8]   182/12
189/14 190/14
194/14 194/17
199/16 199/19
199/20
layered [2]   193/2
193/17
layers [4]   182/15
182/16 199/1 199/3
laymen's [1]   125/2
leading [7]   105/16
126/5 126/22 178/7
180/25 198/13
200/10
leadoff [1]   91/24
least [4]   98/17
119/4 172/25 182/11
leave [7]   88/15
98/23 98/24 100/17
120/25 133/13 150/6
leaving [1]   156/20
leery [1]   89/25
left [9]   109/10
110/25 134/3 135/9
135/23 178/3 179/11
179/23 198/17
left-handed [1]
135/23
legal [9]   159/23
160/8 168/4 169/1
170/5 184/11 201/7
201/19 202/6
legislative [2]
175/21 184/5
less [2]   129/13
150/14
lethal [2]   160/22
160/24
letters [3]   118/16
177/8 178/2
level [18]   127/21
127/23 128/1 128/6
128/6 128/13 128/15
128/17 129/2 129/7
129/7 129/13 129/14
129/15 175/12
181/25 181/25
182/14
levels [3]   127/24
128/15 181/24
Library [1]   185/4
lieutenant [1]
175/11
lieutenants [1]
99/8
like you [1]   145/16
likely [1]   154/13
limine [1]   90/19
limit [1]   90/19
Lincoln [2]   97/9
142/1
line [26]   98/3 98/4
101/4 101/6 104/5
105/20 111/6 117/17
126/17 148/3 148/14
150/12 150/12 151/4
161/24 181/5 181/14

182/3 190/2 190/5
190/7 190/11 194/19
194/20 195/24
198/22
line's [1]   151/3
lined [2]   98/3
199/11
lines [6]   88/20
88/20 89/17 147/10
182/17 199/9
link [2]   190/18
192/6
linkages [1]   190/19
linked [1]   190/16
little [16]   89/25
98/5 101/3 107/9
110/7 119/18 120/10
145/10 148/15 150/4
151/15 159/12
160/13 165/17
169/24 187/3
living [1]   93/17
load [1]   140/21
loaded [6]   115/16
115/20 119/16
139/20 140/22
141/12
located [1]   185/20
location [11]   95/9
96/13 158/22 158/23
159/1 159/11 159/18
160/4 170/10 187/17
195/16
locations [1]   186/5
lock [2]   141/7
141/8
locked [2]   141/14
192/24
lodge [2]   163/19
164/5
long [13]   91/17
93/8 93/14 93/24
98/16 146/1 146/12
148/13 174/23 175/1
182/9 201/4 202/15
longer [3]   141/1
151/6 190/12
look [6]   130/17
155/18 166/17
166/20 180/8 190/17
looked [7]   107/21
107/24 139/15
153/22 177/17
178/25 198/2
looking [15]   105/14
105/19 107/23 108/9
108/10 112/11
113/12 125/21
178/22 186/7 191/24
192/4 192/23 195/2
201/24
looks [2]   105/15
134/13
loose [1]   90/7
lost [2]   88/5 88/7
lot [12]   100/2
100/3 100/4 103/22
127/18 148/11 159/2
159/3 162/20 162/20
185/13 191/2

**L**

lots [1]   90/11
loud [2]   114/15
124/13
loudspeaker [2]
99/3 99/10
loudspeakers [1]
97/14
lovely [1]   201/6
lower [3]   180/12
182/11 199/4
lowered [1]   193/1
lunch [1]   92/6
lurch [1]   171/17

**M**

M4 [1]   131/14
ma'am [3]   143/22
190/1 196/20
magazine [28]
115/20 115/22 120/2
120/6 120/8 135/6
136/1 136/5 136/16
136/18 136/22
136/25 137/1 137/3
138/23 139/1 139/1
139/2 140/13 140/15
140/17 140/22
140/22 141/12
141/13 141/15
141/16 141/17
magazines [1]
138/21
main [1]   109/3
majority [1]   104/7
makes [1]   118/12
making [4]   146/22
150/21 150/21
183/13
Mall [1]   179/18
man's [1]   143/12
maneuver [1]   190/15
manuals [1]   146/18
manufacturer [2]
126/14 153/13
many [14]   88/8
88/12 91/20 100/23
115/20 115/22 137/3
139/23 140/7 140/15
156/17 176/7 193/2
199/6
map [16]   90/9
110/25 111/5 183/1
183/25 186/8 189/13
189/14 189/15 190/5
190/11 190/20
190/21 191/8 201/16
201/17
march [1]   101/4
marched [1]   96/12
mark [7]   110/21
111/1 112/1 130/17
147/13 191/2 191/8
marked [10]   102/7
102/14 107/12
109/19 110/25 112/5
132/15 132/21 178/9
191/11
Marlboro [1]   144/4

mask [12]   132/9
132/10 132/10
133/22 134/8 134/14
134/22 134/22 142/5
142/5 142/15 142/24
mass [8]   99/10
120/23 149/10
149/15 149/21
149/22 150/1 154/25
matching [1]   123/15
material [2]   128/5
128/20
matter [3]   89/3
159/24 203/5
matters [2]   201/8
201/9
may [36]   91/12
92/18 102/11 102/12
103/16 103/17 105/1
105/3 110/8 110/12
116/22 117/5 117/8
124/16 124/19
125/23 128/7 128/10
129/3 129/5 130/5
130/6 133/15 138/25
139/3 140/24 142/9
144/17 146/5 157/11
163/19 168/17
173/12 187/12
190/17 201/9
maybe [8]   98/8
117/4 121/18 141/3
144/25 151/25 156/4
198/1
Mayor [3]   148/21
149/1 149/18
Mayor's [1]   149/6
meal [2]   131/6
132/4
mean [15]   88/13
91/15 103/21 114/2
119/14 120/17
120/18 120/21 133/2
149/1 161/17 167/25
171/5 172/6 186/3
meaning [4]   137/25
138/9 193/6 196/16
meanings [1]   88/16
means [4]   100/17
127/21 135/19
138/14
meant [2]   91/16
183/7
measures [1]   180/17
medals [2]   174/4
174/6
meeting [2]   95/20
150/12
meets [1]   100/2
member [1]   89/8
members [7]   95/20
125/1 126/10 127/1
130/13 136/4 176/1
Memorial [1]   97/9
mentioned [6]
120/22 149/8 192/11
194/13 198/11
199/20
mentioning [1]
186/11

message [1]   100/18
messages [1]   124/23
met [1]   96/13
metal [3]   88/21
88/22 190/19
methodically [2]
98/4 163/12
Metro [8]   145/22
152/4 153/11 153/12
161/16 161/17 168/9
169/20
Metropolitan [6]
93/18 93/19 93/21
145/24 146/9 160/20
mezzanine [1]
182/14
microphone [4]
122/23 124/2 124/17
127/10
middle [2]   111/8
199/11
midnight [1]   96/1
might [3]   123/11
145/10 145/11
military [7]   89/1
89/5 117/25 118/6
124/14 131/6 132/8
minute [4]   103/20
142/4 147/13 154/6
minutes [6]   116/15
143/17 143/18
144/11 161/11
163/23
misdemeanor [2]
93/13 146/13
misleading [2]   90/9
90/13
mission [1]   175/20
misstated [1]   91/10
Mister [1]   147/2
mistrial [3]   88/4
90/15 91/5
mob [1]   90/24
model [8]   118/13
118/15 119/15 123/2
127/18 141/20
141/21 153/13
moment [5]   103/19
116/3 155/9 155/17
156/13
moment's [1]   201/22
moments [1]   162/16
money [1]   144/4
monitor [2]   180/14
194/16
monitoring [1]
196/23
month [1]   146/15
months [3]   91/20
94/1 146/12
Monument [4]   97/9
179/14 179/15
179/17
mop [1]   119/2
more [29]   91/2
100/15 100/16 109/5
110/7 120/12 132/9
134/23 137/10
137/12 138/2 138/10
138/18 141/3 142/2

149/6 150/14 151/2
151/15 156/2 161/8
161/11 167/20 187/3
188/17 196/9 200/8
200/8 200/11
morning [5]   200/18
201/7 201/9 201/14
202/21
most [2]   129/14
199/22
motion [3]   90/15
90/21 90/22
motions [2]   90/19
91/3
move [39]   88/4
88/19 100/11 100/20
100/21 100/23
100/25 101/4 101/4
106/20 112/19
132/13 136/9 149/24
149/24 150/3 150/9
151/4 151/5 158/13
163/6 166/12 166/23
167/22 170/17 172/9
172/20 177/20 179/3
184/9 186/20 187/18
189/21 192/4 192/16
193/25 195/13 198/4
199/19
moved [23]   98/4
101/2 103/14 105/25
106/23 108/4 109/10
113/8 116/12 122/5
133/10 157/23
177/22 179/6 181/20
181/22 186/24
187/22 187/24
189/24 192/19 194/3
197/16
movers [1]   175/10
moves [8]   103/11
105/21 108/1 110/6
113/5 116/9 122/2
133/7
moving [13]   100/15
100/20 100/24 109/9
111/20 111/21
117/23 151/2 151/3
151/9 156/7 197/21
199/7
MPD [18]   93/22
93/24 94/9 95/2
97/23 97/24 98/10
98/15 103/22 108/23
109/2 112/15 115/6
118/25 153/15
160/21 161/13
161/17
Mr. [93]   88/4 88/9
88/22 88/25 89/6
89/20 89/22 90/14
91/4 91/7 91/21
91/24 92/8 92/11
105/6 106/12 107/21
109/13 110/22 111/1
111/11 111/21
112/11 113/13
113/21 114/9 114/13
114/15 115/10 117/1
121/5 121/19 121/25

**M**

Mr.... **[60]**   129/21
129/23 131/5 131/24
133/2 133/5 134/1
135/9 139/11 139/13
141/1 142/17 143/3
144/24 145/3 148/3
151/8 152/13 155/5
155/15 155/19
155/23 156/12
156/22 157/3 157/6
157/11 157/13
157/21 160/8 160/17
161/4 161/22 162/4
162/10 162/20 163/7
164/2 164/10 164/22
164/22 165/12
165/19 165/22
166/25 167/5 167/14
167/23 170/17
170/20 170/23
170/25 171/21 174/6
195/16 198/7 200/25
201/19 202/1 202/12
Mr. Alberts **[60]**
88/4 88/9 88/22
88/25 89/20 89/22
91/7 105/6 106/12
107/21 109/13
110/22 111/1 111/11
111/21 112/11
113/13 113/21 114/9
114/13 114/15
115/10 121/5 121/19
129/21 129/23 131/5
131/24 133/2 139/11
139/13 142/17 148/3
151/8 155/15 155/19
155/23 156/12
156/22 157/3 157/6
160/17 161/4 162/4
162/10 162/20 163/7
164/2 164/10 164/22
165/19 165/22
167/14 167/23
170/25 171/21 174/6
195/16 198/7 200/25
Mr. Alberts' **[6]**
89/6 121/25 133/5
134/1 135/9 161/22
Mr. Dalke **[3]**   91/24
202/1 202/12
Mr. Haynes **[2]**
92/11 164/22
Mr. John **[1]**   145/3
Mr. Konig **[11]**   92/8
141/1 143/3 152/13
155/5 157/11 157/13
157/21 160/8 170/20
201/19
Mr. Roots **[10]**
90/14 91/4 91/21
117/1 144/24 165/12
166/25 167/5 170/17
170/23
MRE **[2]**   89/4 131/6
Ms. **[7]**   102/5 107/1
107/11 116/14
132/14 144/20

166/25
Ms. Jenkins **[2]**
144/20 166/25
Ms. Kozaczuk **[5]**
102/5 107/1 107/11
116/14 132/14
much **[7]**   96/1
138/14 141/1 144/12
170/18 172/15 174/7
multiple **[2]**   154/10
154/11
muscle **[1]**   138/1
myself **[3]**   97/22
112/10 115/19

**N**

name **[7]**   92/22
126/18 145/2 152/24
152/25 158/2 173/24
named **[3]**   158/1
158/4 165/25
National **[8]**   100/10
103/23 104/5 105/20
106/18 109/2 161/14
179/17
natural **[1]**   200/14
nature **[2]**   150/4
169/18
Naval **[1]**   92/25
Navy **[1]**   93/12
NCIS **[9]**   93/2 93/6
93/10 93/17 145/19
146/4 146/6 153/10
153/12
near **[4]**   111/8
121/1 195/7 196/17
neat **[1]**   192/2
necessarily **[1]**
149/13
necessary **[1]**
202/20
need **[8]**   96/18
106/4 122/20 142/20
154/6 166/9 167/17
202/3
needing **[1]**   151/12
needs **[1]**   122/21
nerve **[1]**   142/16
neutral **[1]**   91/2
news **[1]**   201/12
next **[17]**   96/17
109/13 110/9 110/10
114/7 114/18 117/18
118/7 131/7 131/9
131/16 132/2 132/18
156/23 172/17
172/25 173/2
nice **[1]**   92/6
night **[5]**   154/10
161/22 162/2 168/9
170/10
nine **[1]**   191/12
nobody **[1]**   151/12
nomenclature **[1]**
117/5
non **[7]**   142/9
142/10 147/19
152/10 158/18
161/12 169/8
nor **[1]**   167/18

Norfolk **[1]**   93/1
normal **[3]**   95/5
129/14 176/8
normally **[1]**   134/14
north **[2]**   96/23
186/8
Northeast **[1]**   177/3
northwest **[6]**   96/23
177/4 178/22 185/10
186/14 197/11
notate **[1]**   167/12
note **[7]**   126/9
130/21 131/25
134/17 138/20
179/16 181/6
noted **[6]**   132/5
136/11 174/10 185/2
186/7 192/25
notes **[2]**   185/5
185/6
notice **[8]**   101/21
111/17 113/23 143/5
145/9 187/3 187/5
198/24
noticed **[3]**   111/22
113/25 138/4
noticing **[1]**   153/22
number **[17]**   116/18
118/20 118/22
118/24 126/19
127/18 130/20
139/14 139/15
141/23 141/25
147/18 154/7 163/23
166/2 166/25 188/20
numbers **[4]**   116/20
117/7 118/16 147/22
numerically **[1]**
177/7
numerous **[3]**   180/7
180/11 180/13
NW **[5]**   85/24 100/4
100/6 111/7 111/7
nylon **[1]**   129/10

**O**

o'clock **[7]**   99/23
99/24 101/9 101/9
196/19 198/3 200/17
oath **[1]**   96/19
object **[6]**   159/22
161/23 163/2 165/9
165/16 195/15
objection **[36]**
103/13 105/16
105/23 105/24
106/22 108/3 113/7
116/11 117/4 122/4
126/5 126/22 133/9
157/21 159/21
163/19 164/5 166/1
166/4 168/4 168/19
169/1 169/21 170/5
170/11 170/16
177/21 179/5 180/25
184/11 186/22
187/20 189/23
192/18 194/2 198/6
objection's **[1]**
174/10

objections **[2]**
173/1 202/13
observed **[5]**   96/15
99/1 110/22 113/13
113/18
obviously **[3]**   156/1
201/17 202/4
occur **[1]**   140/20
occurred **[1]**   176/14
occurring **[2]**
180/16 189/2
occurs **[2]**   120/23
183/14
October **[2]**   178/13
188/21
off **[13]**   97/20 98/1
100/1 101/1 109/3
125/19 152/25
163/13 170/2 182/10
192/8 192/22 197/11
offensive **[3]**   89/5
91/8 150/20
offensively **[1]**
89/1
offer **[1]**   157/10
offered **[1]**   157/14
office **[6]**   89/13
149/6 152/23 174/22
185/3 185/5
officer **[32]**   93/19
94/2 94/3 94/4 94/5
94/9 95/2 95/6
145/7 146/9 147/18
150/22 152/24 158/1
158/4 161/6 162/24
164/19 165/24 166/6
166/17 167/9 167/19
168/22 169/5 169/8
170/19 172/5 175/1
175/6 175/10 176/10
officer's **[1]**
112/15
officers **[43]**   89/18
100/19 100/24
100/25 101/6 101/20
103/22 114/9 114/16
147/19 147/19
150/14 152/10
152/10 154/10
154/11 154/14
156/23 156/24
158/18 158/18
158/19 161/11
161/12 161/13
161/19 161/19 168/7
168/9 168/11 169/20
171/16 174/20
174/20 180/13
182/17 194/15 196/5
196/6 199/24 200/8
200/8 200/12
official **[3]**   85/23
199/25 203/3
officials **[4]**   99/8
120/22 152/20
152/21
often **[2]**   150/3
154/18
Olmsted **[4]**   190/9
193/15 194/12

**O**

Olmsted... [1]
199/13
OMB [1]   85/20
once [10]   97/10
109/9 113/18 115/6
156/15 163/9 178/12
182/12 199/13 200/1
one [47]   96/24 98/3
107/7 117/5 119/1
119/18 121/17
122/24 123/11 125/4
131/8 131/18 131/21
134/20 138/16 139/6
139/12 139/16
140/19 140/21 141/6
141/11 141/14 142/2
142/5 143/5 152/20
154/9 156/2 156/16
156/19 159/14
161/11 161/21
164/17 170/2 180/7
183/8 185/10 185/13
186/10 188/3 188/20
191/11 196/8 197/16
201/21
One's [1]   191/10
ones [2]   134/20
180/11
only [3]   102/5
124/22 158/19
onto [9]   120/12
127/11 135/15 136/9
181/12 181/23
181/25 185/23
199/21
open [20]   88/24
90/15 107/17 122/17
125/23 128/3 130/22
131/8 133/19 134/6
135/5 139/7 143/2
166/14 172/23
174/12 175/25
180/10 182/23 183/1
opening [4]   88/5
90/2 91/13 145/12
openly [3]   88/12
88/24 90/2
opens [1]   89/2
operating [1]   88/25
Operations [1]
152/23
opportunity [2]
144/24 202/12
opposed [1]   118/14
orange [1]   185/3
order [5]   100/11
100/12 114/20
135/14 202/13
ordered [1]   97/3
orientation [1]
179/9 179/13
others [4]   97/14
98/23 109/10 121/3
otherwise [2]
134/15 169/16
out [39]   88/11
88/19 89/12 90/1
94/16 97/19 100/18

109/8 122/19 128/5
128/8 129/4 129/12
130/24 133/20 135/1
138/1 141/16 144/8
149/2 149/25 149/25
150/3 150/9 151/5
155/5 162/21 166/6
167/9 175/24 177/7
177/8 178/14 179/17
179/23 188/25 193/8
195/17 199/24
outbreak [1]   148/14
outer [2]   197/16
198/22
outermost [1]
189/14
outgoing [1]   124/23
outnumber [3]
152/10 158/18
161/12
outnumbers [1]
147/19
outrageous [1]   90/5
outside [8]   92/6
127/3 165/8 174/21
180/5 190/24 194/16
195/23
outward [2]   151/4
151/12
over [12]   97/25
99/3 108/13 134/22
159/12 163/11
163/14 172/15 175/3
175/15 182/2 182/5
overly [1]   88/6
overnight [1]
200/19
overrule [2]   159/25
169/2
overruled [6]   126/6
174/11 181/1 184/14
195/17 198/9
oversee [1]   174/19
oversees [1]   175/11
own [2]   120/6
197/24
Oxnard [1]   85/20

**P**

P.C [1]   85/19
p.m [12]   85/6 96/7
111/2 111/10 116/7
118/3 144/14 144/15
198/12 198/24 200/9
202/23
P.O [1]   85/13
PA [1]   85/17
pace [3]   101/3
156/16 156/17
packages [1]   187/11
packet [2]   132/2
132/4
PAGE [3]   86/2 86/14
87/2
pain [2]   92/15
173/9
pair [1]   125/12
pan [1]   147/15
pants [2]   135/15
135/23

parameter [1]
196/17
parked [1]   96/10
parking [9]   90/11
100/2 100/3 100/3
103/22 159/2 159/3
185/13 191/2
parks [1]   90/10
parlance [1]   124/23
part [10]   110/25
117/17 118/9 124/1
141/8 150/8 158/19
159/3 161/15 201/3
participating [1]
183/9
particular [21]
95/8 95/9 95/9
95/22 99/14 105/6
109/24 114/2 119/15
138/3 138/16 138/17
148/11 149/2 165/21
170/3 183/6 183/11
186/6 188/25 198/18
particularly [1]
185/21
pass [6]   142/20
143/13 146/16
172/12 180/12 182/6
passing [1]   142/23
past [3]   175/15
197/16 198/22
patch [5]   105/10
127/12 131/11
131/16 134/25
patches [2]   127/4
130/11
path [3]   181/3
181/14 182/6
pathway [1]   199/22
patrol [4]   93/25
94/2 94/6 95/6
pause [2]   160/16
201/22
payment [1]   143/24
PD [1]   168/9
Peace [5]   186/7
195/1 195/7 195/22
196/17
penalty [2]   92/16
173/10
pending [1]   163/24
penetration [1]
138/12
Pennsylvania [10]
100/4 111/6 181/9
181/10 181/11
181/12 185/14 191/2
195/23 197/12
people [23]   96/16
96/16 97/13 97/21
98/20 99/11 100/20
109/7 109/12 115/4
123/9 136/7 150/8
150/9 150/17 151/5
156/21 162/21 167/8
176/7 176/9 181/21
186/17
performance [1]
137/25
perimeter [29]

188/13 188/14 189/1
189/3 189/6 189/13
189/14 189/15
189/18 190/8 190/8
190/20 190/24
191/21 192/1 192/13
192/25 193/23
194/16 195/3 195/7
195/11 195/23
197/14 197/20
198/22 198/25 199/8
199/10
period [1]   146/15
perjury [2]   92/16
173/10
permanent [3]   190/8
193/15 194/12
permissible [1]
181/21
permission [4]
122/8 169/13 169/13
180/23
permit [1]   169/11
permitted [2]   191/5
191/8
person [12]   96/17
101/11 101/14
102/20 125/19 134/1
134/2 149/24 151/3
167/18 182/2 188/8
personal [1]   172/11
personally [2]
98/18 197/24
personnel [1]   131/7
perspective [4]
145/16 166/20
195/15 198/8
perspectives [1]
154/19
petals [1]   138/2
Philip [1]   165/25
phone [2]   126/19
142/12
phones [2]   166/7
202/20
phonetics [1]   142/3
photo [11]   105/5
178/3 178/5 181/6
192/6 194/11 195/24
196/5 196/16 197/9
198/24
photograph [9]
177/11 177/14
177/16 193/13 194/8
195/1 196/10 198/1
200/9
photographs [1]
176/22
phrase [1]   184/12
physical [4]   100/14
121/11 133/14 200/5
physically [3]
101/22 114/19
151/12
picture [7]   97/5
152/8 152/11 152/12
161/14 190/11 198/7
pictures [1]   152/9
piece [3]   127/7
127/8 130/15

**P**

PIERCE [3]   85/18
85/19 145/3
pipe [2]   196/22
200/24
pistol [14]   115/15
119/15 120/9 129/14
135/6 135/7 135/12
135/13 135/14
135/16 135/20
139/10 140/8 140/10
place [9]   95/9
114/20 125/22
136/10 180/18 183/3
189/7 192/25 196/7
placed [7]   98/24
132/25 139/1 144/3
180/4 186/17 193/8
places [1]   193/2
plainclothes [1]
168/12
Plaintiff [1]   85/4
planning [1]   142/23
plastic [3]   120/10
135/2 136/8
plate [6]   128/4
128/8 128/20 128/24
129/2 129/4
plates [4]   88/21
88/22 88/22 128/16
platform [1]   179/20
platoons [2]   96/13
97/22
play [18]   107/1
116/14 147/16
151/15 154/3 154/4
154/9 155/8 155/17
156/4 156/10 162/16
164/4 164/20 165/3
165/5 165/8 166/10
played [24]   107/3
116/16 119/7 147/11
147/14 147/17 148/6
151/16 154/9 155/22
156/6 156/11 158/6
158/17 160/15 161/9
162/18 162/23
163/18 164/8 164/18
165/1 167/6 167/21
playing [1]   90/7
please [10]   92/8
92/16 92/22 143/21
144/23 156/10
172/14 173/5 173/10
187/9
pleasure [1]   145/4
plug [1]   125/3
plugged [1]   124/17
plugs [2]   123/24
123/25
pocket [2]   115/11
131/24
point [27]   98/9
100/2 106/2 114/8
114/19 114/24 117/6
137/13 137/16
137/22 137/23 138/4
141/15 148/10
151/14 153/21

153/21 155/18 163/3
164/5 165/17 171/16
198/16 199/5 199/17
200/15 201/10
points [2]   182/21
186/17
poles [2]   180/9
199/2
police [40]   93/18
93/19 93/21 94/3
94/4 94/4 110/11
124/14 145/22
145/24 146/9 146/10
146/15 148/3 152/4
160/20 169/17
173/25 174/16
174/18 174/24 175/2
175/3 175/6 175/10
175/14 175/18
175/20 176/10
183/20 184/1 184/2
184/13 184/25 185/8
187/13 189/5 193/8
196/5 196/5
policies [3]   146/18
152/4 160/20
policy [10]   146/21
146/24 147/4 147/6
160/20 160/21
160/22 161/16
161/17 161/17
politely [1]   147/24
Pool [1]   97/8
portion [7]   165/21
166/11 167/4 182/11
182/16 193/14 194/9
positioned [4]
180/13 182/18
194/15 196/22
possess [1]   167/23
possible [3]   99/7
99/9 191/23
Possibly [2]   148/1
162/22
posted [8]   186/1
186/3 186/4 186/5
186/8 188/24 194/14
194/21
pouch [1]   127/4
pouches [1]   128/3
preference [1]
172/19
prejudicial [2]
88/7 90/21
preliminary [2]
201/7 201/9
prep [1]   172/5
preparation [1]
146/8
prepared [1]   88/20
presence [2]   165/9
170/9
present [10]   88/2
92/4 117/7 143/19
143/20 144/16
144/22 176/17
200/12 201/15
President [4]   95/20
178/12 178/15
183/12

press [1]   201/13
pressure [1]   138/9
pretrial [4]   90/17
91/3 172/5 202/13
preview [1]   91/13
previously [1]
124/17
primarily [1]   94/6
primary [2]   184/2
184/24
prime [1]   94/6
printed [1]   190/2
prior [6]   93/17
99/10 106/9 121/12
178/13 183/14
priority [1]   188/22
prisoner [1]   167/15
probably [4]   90/22
198/3 198/7 200/3
problematic [1]
142/19
proceed [1]   143/3
proceedings [2]
202/23 203/5
process [4]   143/10
148/21 149/5 175/21
processed [1]   144/7
proclamation [1]
149/2
productive [1]
201/5
prohibited [4]
185/17 186/11
186/16 187/10
project [1]   114/15
proper [1]   147/25
properly [1]   121/10
properties [2]
201/7 202/5
property [2]   110/2
184/12
prosecution [1]
172/4
prosecution's [1]
88/5
prosecutor [3]
147/13 159/17
170/14
protect [2]   175/21
175/21
protecting [1]
152/5
protection [2]
134/23 174/22
protest [8]   151/18
151/23 169/25 170/4
191/5 191/9 191/17
191/20
protester [2]   89/9
150/5
protesters [8]
97/18 100/1 100/9
101/1 109/3 111/20
150/2 152/5
protests [3]   94/17
94/19 169/25
provided [1]   111/21
proximity [1]   160/1
public [5]   182/19
182/21 182/23 183/1

202/1
publish [10]   103/16
106/3 111/25 122/10
132/14 140/24 141/3
142/4 142/9 158/16
published [1]   106/5
pull [4]   147/10
147/11 177/10
178/17
pulled [4]   128/8
129/4 171/12 171/17
pulling [1]   122/19
puncture [2]   89/17
89/17
purple [2]   185/5
185/6
purpose [1]   91/12
purposes [3]   113/20
117/7 141/19
push [13]   97/20
100/13 100/13
100/14 100/14 124/6
127/8 127/9 137/12
151/4 151/6 151/12
195/10
push-to-talk [3]
124/6 127/8 127/9
pushed [5]   97/19
100/1 113/21 113/23
136/23
pushing [7]   98/5
100/8 150/8 150/17
151/12 195/25
195/25
put [25]   102/5
107/11 114/8 120/11
121/9 123/16 124/3
132/12 134/22
135/14 135/23
140/21 141/9 141/12
141/16 143/10
171/15 172/7 172/9
179/9 180/17 190/7
191/2 193/6 196/13
putting [1]   193/9

**Q**

quarter [1]   111/8
quick [1]   174/2
quickly [4]   143/1
165/20 167/22
201/16
quit [1]   146/3
quote [3]   155/19
156/13 156/13

**R**

rack [10]   141/13
182/13 182/14
189/13 190/17
192/12 199/3 199/4
200/4 200/5
racking [1]   200/2
racks [8]   188/24
190/16 190/16 192/5
192/13 192/24
195/25 196/7
radio [21]   94/7
122/24 123/1 123/12
123/15 123/17

**R**

radio... [15]
123/23 123/25
124/10 124/18 125/4
125/5 125/6 125/14
125/17 132/6 142/5
142/6 176/23 196/23
197/25
radios [1]   123/10
raise [4]   92/11
173/5 180/12 202/7
raised [2]   119/18
143/22
rank [1]   175/9
ranks [1]   175/11
rated [1]   128/13
rating [1]   129/16
ratio [1]   200/7
reach [1]   181/4
reaching [1]   188/9
read [4]   141/25
142/2 146/19 187/4
reading [1]   118/10
ready [5]   131/6
132/4 172/20 172/24
201/6
real [1]   201/16
realized [1]   109/9
really [2]   164/2
192/6
rear [2]   141/8
141/9
reason [4]   115/2
124/9 135/17 138/16
reasons [1]   188/20
recall [5]   99/21
125/18 162/15
164/22 164/25
received [2]   95/16
164/11
Recess [1]   144/14
recognize [21]
101/24 102/17 104/2
104/18 107/13
109/20 112/7 117/13
121/14 125/9 132/22
139/7 152/17 158/9
177/10 178/18
183/22 189/9 193/10
194/23 197/5
recognized [1]
158/23
recommend [1]
157/13
reconvene [2]
143/15 143/16
record [21]   92/22
105/1 110/24 111/4
112/23 123/16
124/16 126/9 128/7
129/3 130/21 131/25
132/3 132/6 134/17
136/11 138/20
138/25 144/15
166/24 203/5
recordkeeping [2]
139/5 141/19
records [2]   112/22
167/17

recover [9]   115/7
119/23 120/2 121/5
125/13 129/22
131/18 131/21
133/16
recovered [10]
119/20 121/19
131/23 136/25 137/5
139/10 139/12 140/6
140/10 143/6
red [9]   104/24
119/11 129/12
129/16 185/5 190/2
190/5 190/7 190/11
Redirect [2]   86/6
170/21
refer [13]   117/8
133/2 148/3 180/6
180/8 181/9 182/1
182/13 183/5 185/24
189/13 190/9 194/11
reference [1]
200/23
referred [3]   181/10
191/11 191/12
referring [6]
116/19 116/20
116/22 135/8 192/5
193/15
refers [1]   127/24
reflect [10]   105/1
116/6 123/16 124/16
127/17 128/1 128/7
129/3 133/4 138/25
reflected [1]
116/21
Reflecting [1]   97/8
refrain [1]   199/25
refused [1]   163/11
refuses [1]   150/25
regard [4]   98/11
151/8 153/6 171/9
regarding [2]
159/25 201/2
regards [2]   149/21
174/4
reinforced [1]
100/10
related [2]   120/2
185/17
relating [1]   187/5
relation [1]   177/2
release [3]   141/10
200/16 200/22
relevance [8]
161/24 163/2 163/24
165/17 168/19 170/6
170/11 170/16
relevant [1]   167/4
remain [1]   143/17
remaining [2]
133/14 141/4
remarks [1]   90/5
remember [6]   94/25
99/22 125/16 158/24
182/9 200/18
reminds [1]   202/12
renumber [1]   157/14
repeat [4]   100/21
130/1 140/4 169/3

replacement [1]
134/19
replaying [1]
163/23
report [12]   95/8
95/25 96/8 139/16
161/16 161/18 162/2
162/4 166/6 167/9
167/13 167/13
reported [2]   161/21
167/14
reporter [4]   85/22
85/23 122/23 203/3
reporting [1]   95/23
reports [1]   201/13
represent [7]   103/8
106/11 106/14
106/17 107/20 110/3
190/6
representation [9]
165/12 177/16
178/25 184/6 189/17
192/12 193/21
195/10 197/19
Representatives [2]
183/8 185/3
representing [1]
145/3
represents [1]
190/7
require [1]   150/20
required [4]   88/14
149/8 154/22 167/9
requires [3]   149/5
150/17 169/12
research [1]   201/12
residue [3]   153/18
153/19 153/20
resigned [1]   146/5
resister [1]   156/8
resisting [3]
151/11 163/7 163/7
respond [1]   94/15
response [1]   200/24
responsibilities [1]
174/15
responsible [1]
184/3
restrain [1]   114/19
restricted [23]
90/7 90/8 90/12
90/13 182/4 188/17
189/3 189/6 189/18
190/24 191/21 192/1
192/13 193/23 195/3
195/11 196/17
197/13 197/20
198/22 198/25 199/8
199/9
restriction [1]
188/10
results [1]   95/21
retire [1]   146/3
retired [1]   169/17
review [6]   116/4
121/11 122/10
129/25 130/2 183/13
reviewed [3]   103/24
106/9 176/22
rifle [3]   128/4

128/14 129/15
right [61]   92/1
92/6 92/12 108/10
108/13 108/13
108/14 108/15 111/3
111/22 112/3 112/10
112/11 113/12
113/13 113/14
113/16 115/10
116/23 117/13
117/20 117/23
121/18 124/7 125/5
127/6 128/4 130/15
130/18 130/19
131/24 135/1 135/2
135/9 135/10 135/20
135/22 142/25
143/23 145/20
147/15 148/19
158/19 158/21
159/11 160/16
161/10 163/1 168/22
169/5 169/9 169/15
169/16 171/1 173/5
177/9 178/5 179/12
179/24 194/20
197/12
right-hand [1]
116/23
right-handed [2]
135/20 135/22
rights [3]   89/24
89/25 152/5
rims [1]   137/14
riot [9]   88/13
90/24 94/16 95/25
99/7 104/8 104/9
148/9 151/25
rioter [1]   151/25
rioters [11]   97/10
120/25 180/20 181/3
181/15 181/16
195/24 197/20 200/7
200/8 200/11
riots [2]   152/2
152/3
Robinson [1]   165/25
ROGER [3]   85/19
88/3 145/2
role [3]   95/5 95/5
175/2
roll [8]   155/4
157/6 160/13 161/8
163/10 163/11
163/14 167/20
rolling [2]   162/19
163/17
room [2]   85/24 89/9
ROOTS [14]   85/19
86/5 88/3 90/14
91/4 91/21 117/1
144/24 145/3 165/12
166/25 167/5 170/17
170/23
roughly [6]   177/8
178/13 180/8 181/18
188/21 191/25
round [6]   115/24
119/17 136/24
138/13 138/15

**R**

round... [1]   141/16
rounds [15]   115/20
  115/22 115/23
  128/14 136/23 137/1
  137/3 137/4 139/23
  140/7 140/10 140/15
  140/16 140/17
  140/18
routine [1]   94/6
routinely [1]   183/5
rows [1]   199/6
Rule [1]   90/20
ruled [1]   91/21
runs [1]   176/23

**S**

safe [5]   89/13
  89/15 94/17 126/17
  175/25
safety [1]   89/18
same [35]   89/9
  102/20 102/23 103/1
  103/3 104/14 105/12
  106/3 107/5 109/7
  109/12 111/14
  121/18 121/23
  121/23 123/9 125/13
  129/2 129/2 129/7
  129/18 130/8 136/6
  139/12 139/16
  153/13 154/13 158/9
  158/10 165/14
  166/20 174/5 187/16
  187/16 195/7
SAMUEL [1]   85/15
saw [22]   101/14
  101/15 102/8 102/20
  103/9 104/17 106/12
  106/15 106/18 107/4
  108/21 109/13 111/1
  111/11 111/13 112/1
  116/6 121/24 129/18
  135/11 171/3 198/7
saying [4]   94/19
  152/14 156/24
  164/22
scaffolding [6]
  179/19 179/22
  181/23 198/13
  198/15 199/22
scene [4]   158/9
  158/10 158/18
  170/15
scent [1]   143/11
scheduled [2]   183/3
  191/10
screen [12]   102/6
  102/8 108/11 108/15
  111/8 116/22 116/24
  117/13 155/23
  177/25 178/9 178/18
screening [1]
  182/19
seated [5]   92/18
  143/17 143/21
  144/23 173/12
seating [1]   179/20
second [10]   89/2

89/6 90/16 125/23
  139/1 181/25 185/13
  191/12 199/10
  199/20
secondary [5]   94/8
  94/11 95/6 95/7
  98/10
seconds [1]   167/20
section [1]   201/25
sector [2]   177/4
  178/22
secure [4]   97/3
  97/20 175/25 188/23
secured [2]   96/12
  180/2
security [6]   152/23
  180/4 180/17 182/5
  182/15 189/15
seeing [5]   116/18
  128/4 148/8 162/19
  195/21
seemed [2]   145/16
  145/17
segment [2]   148/12
  152/13
self [1]   89/6
self-defense [1]
  89/6
Senate [9]   89/10
  178/1 178/4 179/10
  179/11 181/20 182/1
  183/8 185/5
Senators [3]   89/11
  89/12 89/15
send [1]   144/4
sense [2]   89/12
  175/5
sent [1]   95/22
separate [1]   121/22
separately [1]
  132/1
sergeant [2]   110/11
  175/10
sergeant's [1]
  152/25
sergeants [1]   99/8
serial [5]   118/20
  139/14 139/15
  141/23 141/25
serve [1]   93/24
service [4]   92/25
  96/17 97/15 109/8
Services [2]   174/18
  174/19
session [6]   85/7
  176/6 176/8 183/6
  183/7 189/1
set [3]   182/14
  182/19 190/10
sets [1]   189/3
setting [1]   158/22
several [7]   96/13
  97/22 98/16 131/7
  138/2 138/7 154/13
shaded [1]   184/23
shield [1]   104/9
shields [1]   104/8
shift [1]   96/1
shirt [1]   104/25
short [3]   89/10

141/2 200/3
shoulder [2]   108/13
  118/15
show [39]   91/14
  91/16 93/4 102/19
  104/4 105/5 105/8
  109/18 109/24 110/1
  112/4 112/5 112/9
  113/11 117/16
  117/18 117/23 118/2
  123/14 123/24 125/1
  126/10 126/12 127/9
  128/3 129/1 129/9
  130/13 131/12
  132/24 134/6 135/5
  136/4 155/21 167/17
  177/13 181/15
  183/16 195/3
showed [4]   90/9
  127/8 133/20 148/19
showing [2]   154/4
  201/17
shows [10]   104/5
  110/2 112/10 113/12
  119/18 132/25
  136/21 148/19 157/6
  193/14
sick [1]   167/16
side [35]   90/19
  91/10 91/14 99/7
  110/25 111/23
  112/11 113/13
  113/14 123/25 134/3
  135/9 135/9 135/10
  135/19 135/24 178/3
  179/13 179/16
  179/16 179/23
  181/20 182/20
  182/21 186/8 186/13
  186/14 188/2 188/3
  188/11 191/15
  191/18 191/24
  191/24 194/10
sidebar [5]   142/13
  166/8 172/16 174/2
  174/3
sides [4]   150/6
  178/1 188/5 202/18
sidewalk [2]   181/13
  197/11
siege [5]   88/13
  88/14 88/15 88/17
  88/18
sign [3]   151/21
  187/16 188/2
signage [8]   159/8
  160/1 182/18 185/17
  185/20 185/21
  186/13 186/16
significantly [1]
  200/11
signs [17]   151/17
  152/2 186/1 186/8
  186/11 187/22 188/5
  188/14 188/24 193/4
  193/6 193/17 194/14
  194/18 194/19
  194/21 199/7
silver [2]   137/12
  137/13

similar [4]   97/13
  109/7 120/9 134/13
similarly [1]   136/8
single [2]   89/8
  89/9
sister [1]   144/3
sisters [1]   148/4
sit [1]   150/24
sit-in [1]   150/24
sits [1]   112/18
sitting [1]   177/2
situation [1]   155/2
six [3]   93/25 94/1
  146/12
size [2]   127/18
  131/9
skin [2]   132/2
  132/3
slide [4]   119/16
  141/7 141/8 141/10
slider [1]   141/13
slightly [1]   154/18
slogans [1]   151/21
slow [1]   98/4
slower [1]   101/3
slowly [7]   98/3
  98/5 109/10 111/20
  111/21 156/20
  163/12
small [1]   181/20
smelled [1]   143/11
Smith [4]   157/7
  157/8 158/1 158/4
snow [8]   188/24
  190/12 190/14 193/1
  193/17 193/22
  194/13 199/2
soft [2]   129/11
  129/16
soldier [1]   89/1
soldiers [1]   101/20
solemnly [2]   92/13
  173/7
someone [13]   125/5
  147/23 149/12
  149/14 149/17
  150/24 150/25
  154/22 159/10
  160/10 161/1 161/1
  183/10
sometimes [4]
  116/20 116/22
  180/17 201/7
somewhat [3]   180/10
  181/11 190/10
somewhere [2]
  115/11 125/3
soon [1]   164/7
sorry [26]   94/1
  109/16 111/10 112/4
  118/5 123/7 130/1
  135/7 135/21 140/4
  142/2 147/5 148/25
  153/1 155/5 157/17
  175/23 177/4 182/15
  192/2 192/8 192/10
  192/22 193/18
  193/20 196/13
sort [19]   90/11
  93/4 94/18 98/10

**S**

sort... **[15]**   100/14
 100/18 100/24
 108/11 108/12 109/1
 117/14 119/2 119/2
 124/8 124/9 127/15
 130/13 139/6 150/12
sound **[2]**   113/25
 124/24
source **[1]**   107/18
south **[1]**   186/8
space **[1]**   89/13
speak **[6]**   122/22
 124/1 124/6 124/13
 156/22 156/23
speaker **[2]**   99/18
 132/7
speaking **[6]**   120/20
 153/25 154/25 156/2
 202/13 202/16
special **[12]**   92/10
 92/21 93/7 102/14
 110/21 122/9 124/8
 124/8 130/22 133/13
 133/15 170/23
specific **[9]**   88/16
 118/13 118/22
 118/22 151/2 152/1
 152/22 162/16 184/4
speech **[1]**   94/21
speeds **[1]**   138/10
spell **[1]**   92/22
spoke **[8]**   105/9
 108/25 116/3 126/2
 129/21 135/3 156/21
 156/24
square **[6]**   180/6
 185/22 185/22
 185/23 185/25
 188/15
staff **[1]**   175/23
stage **[7]**   178/14
 179/20 179/23
 179/24 182/8 188/21
 199/24
stages **[1]**   182/9
staging **[1]**   96/13
stairs **[6]**   198/16
 198/19 199/15
 199/21 199/21
 199/23
stamp **[3]**   116/23
 118/2 197/3
stamping **[1]**   119/3
stamps **[1]**   117/1
stand **[5]**   92/3
 92/11 122/20 122/20
 122/22
standard **[3]**   131/3
 138/8 138/14
star **[1]**   131/13
start **[3]**   122/9
 122/18 173/13
started **[6]**   147/13
 148/18 170/2 172/17
 172/25 201/10
starting **[3]**   116/15
 117/16 122/16
starts **[2]**   175/10

 188/21
state **[4]**   90/3
 92/22 110/24 111/4
 163/22
statement **[5]**   88/5
 90/2 91/13 91/18
 163/22
statements **[4]**   88/6
 88/7 88/12 91/20
STATES **[24]**   85/1
 85/3 85/10 95/13
 110/2 173/25 174/15
 174/17 175/22
 176/11 176/15
 176/18 178/12
 178/16 180/1 183/12
 183/19 184/1 184/24
 185/24 187/8 187/12
 196/4 201/25
station **[2]**   85/14
 167/16
stationed **[3]**   93/1
 96/21 96/23
statute **[1]**   201/20
stay **[3]**   90/1
 127/11 150/6
stays **[1]**   136/10
steel **[1]**   128/23
step **[7]**   101/3
 101/3 125/23 126/13
 133/15 197/17
 200/21
steps **[11]**   156/16
 156/17 178/7 181/19
 181/23 182/10
 182/13 185/10
 198/13 200/1 200/2
stick **[1]**   113/20
stickers **[1]**   132/7
still **[14]**   100/8
 102/19 102/19 104/2
 104/12 107/17 108/7
 109/7 142/6 144/6
 181/20 190/25 191/3
 201/5
stipulated **[2]**
 116/25 117/3
stop **[11]**   127/25
 128/13 129/14
 147/15 158/8 158/21
 161/10 163/20
 163/25 163/25
 171/14
stopped **[1]**   119/9
straight **[1]**   196/3
straps **[1]**   130/18
strategically **[5]**
 180/13 182/18 186/1
 186/3 194/15
street **[17]**   85/16
 85/20 111/7 111/7
 159/1 159/4 177/6
 177/6 177/15 181/12
 188/12 188/14 190/2
 193/13 194/9 197/11
 199/10
streets **[4]**   90/10
 100/6 184/25 185/25
stride **[1]**   156/19
strike **[9]**   160/17
 160/22 161/15

 161/22 171/20
 171/20 171/21 172/6
 172/10
strikes **[1]**   138/1
structure **[5]**   175/9
 178/6 178/10 194/12
 198/17
structures **[1]**
 193/15
stuff **[2]**   89/4
 125/17
subject **[1]**   187/12
substantially **[1]**
 121/23
successfully **[1]**
 142/6
suffered **[1]**   142/17
suit **[1]**   104/24
Suite **[2]**   85/16
 85/20
supplement **[2]**
 190/11 190/13
supports **[1]**   89/5
supposed **[1]**   185/9
Supreme **[4]**   185/6
 185/7 185/8 185/8
sure **[23]**   96/11
 108/13 122/22 127/3
 139/12 139/16
 139/25 141/1 142/11
 144/2 144/18 163/12
 163/23 173/14 175/9
 177/3 183/13 188/11
 190/14 193/8 194/20
 198/3 199/9
surrounded **[1]**
 177/6
surrounding **[5]**
 176/12 180/6 182/23
 185/24 192/25
surroundings **[1]**
 107/23
surrounds **[1]**   186/1
surveillance **[4]**
 195/6 197/1 197/3
 197/23
suspect **[1]**   147/1
suspected **[1]**   147/1
suspicion **[1]**   155/1
sustain **[1]**   161/25
Sustained **[8]**
 105/17 126/23 163/4
 168/5 168/20 169/22
 170/7 170/12
swat **[1]**   124/14
swinging **[1]**   161/6
switch **[2]**   164/9
 164/14
switched **[1]**   144/18
sworn **[3]**   92/12
 173/6 175/18

**T**

tab **[1]**   119/18
tactical **[4]**   102/3
 103/4 103/6 126/2
tactics **[1]**   146/14
tags **[2]**   127/15
 127/17
talk **[4]**   124/6

 127/8 127/9 130/10
talked **[1]**   158/23
talkie **[1]**   123/23
talking **[2]**   120/24
 125/5
tape **[1]**   165/19
tapped **[1]**   113/21
tapping **[2]**   112/24
 113/25
tarp **[1]**   198/16
task **[4]**   97/16
 98/10 98/13 108/23
Taurus **[6]**   115/15
 135/12 135/13
 139/10 141/21 153/7
team **[2]**   172/4
 175/12
teams **[1]**   124/14
tear **[4]**   134/16
 142/16 143/11
 145/11
technology **[2]**
 124/5 124/15
temporary **[1]**
 180/17
tend **[3]**   138/18
 150/3 150/3
terms **[3]**   90/8
 125/2 143/12
terrace **[5]**   181/23
 182/7 182/16 198/14
 199/4
test **[1]**   144/17
testified **[6]**   147/7
 154/21 155/14
 162/19 164/19
 169/19
testify **[1]**   166/9
testimony **[14]**
 92/14 110/15 121/12
 129/25 130/3 155/15
 165/18 169/12
 170/24 172/13
 172/14 173/8 200/18
 200/19
tests **[1]**   146/16
tethered **[1]**   91/1
thanking **[2]**   96/17
 109/7
Thanks **[2]**   124/21
 142/4
therefore **[1]**
 175/21
thinking **[1]**   142/19
thinned **[3]**   109/15
 109/17 109/18
third **[8]**   100/6
 111/7 118/15 149/11
 149/20 181/18
 199/15 199/20
though **[1]**   200/15
thousand **[1]**   176/9
threat **[13]**   127/21
 127/23 127/24 128/1
 128/5 128/6 128/13
 129/2 129/7 129/7
 129/13 129/14
 180/14
three **[6]**   96/10
 120/23 120/24 149/8

**T**

three... [2]   177/8
181/18
throat [4]   124/4
127/10 145/15
153/25
throughout [4]
180/13 184/23 186/2
193/2
tight [1]   199/22
timeframe [1]
171/13
times [5]   88/8
88/19 100/23 116/19
150/17
timing [2]   116/20
117/6
tinted [1]   134/19
tip [1]   137/23
tissue [4]   137/25
138/1 138/2 138/19
tissue/muscle [1]
138/1
title [2]   93/6 94/2
today [15]   104/20
106/9 121/12 121/24
129/25 130/3 139/16
145/7 164/18 165/1
177/2 182/2 182/5
182/8 188/17
together [2]   190/16
192/6
told [12]   88/17
96/1 97/19 98/14
114/9 114/12 147/2
157/8 164/9 165/24
171/16 174/6
tomorrow [3]   200/17
201/9 201/14
took [10]   109/10
113/19 114/22 115/6
121/9 133/20 143/10
152/13 181/4 181/15
tool [2]   99/14
99/17
top [17]   117/13
117/16 119/3 119/16
130/15 134/22
136/17 137/12 139/7
141/8 148/19 152/25
175/7 182/12 199/13
200/1 200/2
total [2]   139/23
175/1
touch [1]   177/25
towards [9]   98/5
101/20 108/9 108/10
109/10 111/20
186/18 196/18
197/21
track [2]   88/5 88/7
traffic [1]   180/9
trained [1]   154/21
training [9]   114/5
127/20 128/19 134/9
137/15 137/19 146/8
146/10 146/21
traitors [1]   96/19
transceiver [1]

132/6
transcript [2]   85/9
203/4
transmit [1]   124/4
travel [2]   98/7
138/17
traveling [1]
138/14
trench [3]   89/18
89/19 89/19
trial [6]   85/9
91/19 116/19 173/15
173/17 202/14
trials [1]   202/15
tried [10]   114/14
114/17 115/1 155/15
155/19 156/12
156/15 156/23 172/9
190/15
troops [2]   100/11
104/5
trousers [1]   132/9
true [3]   149/13
156/22 203/4
truly [2]   92/13
173/7
truth [6]   92/14
92/15 92/15 173/8
173/9 173/9
try [2]   129/9
143/24
trying [8]   88/6
100/19 150/9 150/13
151/4 156/13 163/21
196/6
turn [3]   102/14
111/24 174/1
turning [5]   94/24
99/23 101/8 101/8
111/9
turns [1]   97/8
TV [1]   93/4
Twelve [3]   115/23
137/4 140/16
twice [1]   112/24
two [25]   96/24
114/9 117/7 123/22
131/17 132/13 135/3
137/10 140/21 141/3
141/7 156/16 156/19
166/16 181/24
182/15 182/15 185/9
185/9 188/20 191/10
191/13 191/24
196/22 198/19
type [7]   99/14
123/5 124/2 126/14
138/3 180/4 182/5
types [3]   94/21
98/25 117/7
typically [1]
188/23
Tyvek [1]   136/7

**U**

U.S [17]   85/13
85/23 130/16 130/17
134/25 159/19 160/5
170/9 175/9 175/20
177/8 177/14 178/10

178/21 180/21 184/2
188/16
uncommon [1]   135/25
under [14]   88/17
88/18 90/20 92/15
98/24 119/21 120/13
147/3 147/25 173/9
183/19 184/12
201/17 202/5
undercover [6]
168/7 168/9 168/11
168/12 168/17
169/20
understood [1]
97/18
unduly [1]   90/20
uniform [1]   174/8
Uniformed [2]
174/18 174/19
uniforms [1]   104/6
unique [1]   118/22
unit [15]   94/12
94/14 100/15 118/25
119/1 123/5 124/17
124/18 124/23
128/24 129/4 142/5
142/7 150/4 152/22
UNITED [24]   85/1
85/3 85/10 95/13
110/2 173/25 174/15
174/17 175/22
176/11 176/15
176/18 178/12
178/16 180/1 183/12
183/19 184/1 184/24
185/24 187/8 187/12
196/4 201/25
units [1]   124/14
universe [1]   152/9
unless [4]   91/1
117/4 169/17 199/25
unusual [1]   170/14
up [56]   96/2 97/15
98/3 101/15 101/23
103/25 107/11 111/8
119/2 122/20 122/20
122/22 127/11 128/3
130/22 131/8 133/13
134/6 135/5 147/10
147/11 147/16
148/15 149/17
155/14 162/2 164/7
165/7 166/16 175/16
176/9 177/10 178/7
178/17 181/15
181/20 181/23 182/3
182/19 186/10 187/3
187/14 188/12 189/9
191/23 193/6 193/9
193/16 194/11
194/22 196/14 197/5
198/13 199/4 199/17
200/10
uphold [1]   96/18
upper [7]   108/15
116/23 144/3 181/23
182/7 182/16 198/14
urn [1]   198/19
urns [1]   198/19
USAO [1]   85/16

use [27]   90/23 91/2
97/14 99/9 100/16
108/11 110/8 110/14
113/20 118/14
123/11 123/22
123/23 124/5 124/6
124/14 124/22 127/5
127/7 146/13 160/21
161/16 161/18
161/20 167/10
167/11 190/12
used [13]   88/8
90/24 99/15 99/19
99/20 123/5 123/18
125/20 127/5 192/7
192/13 193/2 202/15
user [1]   124/10
using [8]   90/20
101/19 104/22 124/1
124/9 142/6 177/25
184/11
usually [7]   99/7
100/20 127/5 130/16
131/6 135/19 138/13
utilize [1]   190/11
UV [1]   123/2
UV-5R [1]   123/2

**V**

validating [1]
183/14
value [1]   131/2
various [1]   132/8
vastly [2]   147/19
161/12
vehicles [2]   96/11
180/12
vehicular [1]   180/9
Velcro [2]   127/7
127/10
versus [2]   109/13
135/18
vest [8]   102/3
103/4 103/6 112/20
126/2 126/11 127/19
142/23
vests [1]   104/7
Vice [2]   95/20
183/12
video [58]   103/24
106/8 106/11 107/3
107/5 107/16 107/18
108/8 108/8 108/19
112/22 116/16
116/21 119/7 147/12
147/13 147/14
147/17 147/19 148/2
148/6 151/9 151/15
151/16 154/1 155/22
156/6 156/11 158/6
158/17 160/13
160/15 161/4 161/5
161/8 161/9 162/12
162/14 162/18
162/23 163/18
163/23 164/3 164/4
164/8 165/8 165/21
166/17 167/6 167/8
167/21 170/4 171/19
172/4 176/22 195/6

**V**

video... [2]   197/1
197/3
videos [6]   89/14
116/18 154/4 164/17
165/1 166/21
view [2]   170/25
179/17
viewed [2]   172/4
178/22
violation [1]
160/20
violence [11]   148/11
violent [2]   148/13
156/8
Virginia [1]   93/1
vis [2]   160/1 160/1
vis-a-vis [1]   160/1
visible [1]   196/6
visibly [1]   199/5
visited [1]   183/11
visiting [1]   183/10
visitors [1]   175/23
vocal [2]   124/4
124/9
voice [4]   114/14
124/4 152/14 152/17
votes [1]   183/13
voting [1]   183/12

**W**

waistband [10]
115/13 119/21
119/22 119/23 120/7
120/11 120/13
120/14 135/6 136/8
wait [1]   154/6
waiting [3]   91/22
100/11 164/2
walk [2]   182/3
186/18
walked [2]   182/2
182/5
walkie [1]   123/23
walkie-talkie [1]
123/23
walking [3]   96/16
111/22 186/5
walkway [5]   181/10
181/11 181/12 196/3
197/12
walkways [1]   186/9
wall [6]   190/10
193/22 194/12
194/13 199/13 200/4
walls [4]   190/9
190/9 190/13 193/15
Walnut [1]   85/16
wants [1]   167/5
war [6]   88/8 88/9
89/1 90/6 90/6 91/1
warfare [1]   89/18
warning [9]   99/15
120/17 120/19
120/21 149/20
152/14 153/3 153/4
162/25
warnings [10]   98/16
98/18 98/20 98/22

98/25 99/10 120/23
120/24 120/25
149/22
warrior [2]   126/21
127/12
Washington [9]   85/5
85/14 85/25 97/9
177/4 177/5 179/14
179/15 179/17
watched [2]   195/6
197/1
watching [1]   166/21
water [2]   139/24
140/25
watery [1]   145/17
way [21]   94/19
100/16 100/16 111/8
111/10 120/11
123/25 124/3 124/13
125/4 135/21 135/21
135/22 136/9 141/10
141/12 141/17
175/16 177/7 181/15
199/12
ways [3]   123/22
140/21 141/7
weapon [1]   153/12
weapons [1]   187/9
wear [4]   134/21
135/14 135/19 174/6
wearing [18]   101/25
102/2 102/3 102/23
103/3 104/23 104/24
105/12 112/25 121/5
129/21 131/5 134/14
142/5 151/21 171/5
171/7 174/5
weather [1]   201/6
webbing [2]   129/10
130/15
week [3]   171/23
172/5 180/16
weight [1]   172/9
welcome [5]   92/5
110/19 144/13
144/23 187/8
west [27]   97/3 97/4
97/7 97/16 97/17
177/6 177/15 177/18
179/15 179/16
181/23 182/7 182/20
182/21 188/11
188/22 191/18
193/14 194/9 194/9
194/10 196/17
198/14 199/4 199/7
199/12 200/9
what's [24]   93/6
102/14 102/19
107/11 109/19 112/5
112/22 122/18
122/19 122/19
124/12 128/15
131/10 132/15
132/21 134/7 135/2
137/22 138/6 141/20
158/2 166/25 178/9
180/16
whatnot [1]   99/9
whenever [1]   167/15

whichever [1]   172/8
white [2]   194/18
198/16
whole [2]   92/14
173/8
whose [1]   165/15
wig [1]   125/3
wing [3]   178/4
178/4 182/1
wings [1]   179/10
withdraw [1]   118/5
within [12]   89/24
174/19 184/4 185/1
185/11 185/14
190/22 191/3 191/20
197/13 197/20
198/25
without [3]   124/1
142/3 144/20
witness [40]   86/2
91/25 92/7 92/8
102/6 102/11 103/25
104/1 105/1 110/9
110/10 110/24 111/5
117/9 124/16 125/23
128/7 129/3 130/5
132/14 133/15
138/25 140/25
142/15 143/13
163/21 164/17 165/7
165/22 166/17
172/12 172/18
172/20 172/25 173/2
173/14 174/5 186/22
187/20 200/14
witness' [1]   165/18
witnesses [2]   91/12
117/5
woke [1]   96/2
Woodland [1]   85/21
word [9]   88/8 88/9
88/13 88/15 88/15
89/12 89/17 90/23
153/5
words [5]   150/9
150/23 156/24
181/21 202/19
work [9]   92/24
92/25 145/19 146/1
174/18 174/20
175/15 175/23 185/7
worked [2]   96/1
145/22
workers [1]   181/22
working [4]   95/2
95/5 174/21 176/17
works [1]   177/7
world [2]   138/7
152/9
wormed [1]   90/12
worn [11]   112/16
112/17 112/18
112/25 116/3 116/4
118/13 126/3 126/7
134/3 136/8
worries [1]   202/18
write [1]   149/1
writing [5]   117/14
127/1 127/14 130/11
202/7

written [2]   118/4
130/14
wrote [1]   162/2

**X**

X6039BH6K [1]
118/17
Xs [1]   185/9

**Y**

yards [1]   98/8
year [4]   93/9 93/16
146/6 146/6
years [12]   93/20
93/25 94/1 146/2
174/25 175/3 175/15
178/11 182/10
182/11 182/24
183/15
yell [4]   97/13
97/14 100/18 100/20
yellow [4]   136/17
182/3 185/4 191/11
yesterday [2]   90/18
144/25