```
 1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
 2
         - - - - - - - - - - - - - - - x
 3       THE UNITED STATES OF AMERICA,
                                              Criminal Action No.
 4                    Plaintiff,             1:21-cr-00026-CRC-1
                                             Thursday, April 13, 2023
 5       vs.                                 9:21 a.m.
                                             *MORNING SESSION*
 6       CHRISTOPHER ALBERTS,

 7                    Defendant.
         - - - - - - - - - - - - - - - x
 8

 9       _____

10                       TRANSCRIPT OF JURY TRIAL
            HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                     UNITED STATES DISTRICT JUDGE
         _____
12
         APPEARANCES:
13
         For the United States:      JORDAN ANDREW KONIG, ESQ.
14                                    U.S. DEPARTMENT OF JUSTICE
                                      P.O. Box 55
15                                    Ben Franklin Station
                                      Washington, DC 20044
16                                    (202) 305-7917
                                      jordan.a.konig@usdoj.gov
17
                                      SAMUEL DALKE, ESQ.
18                                    DOJ-USAO
                                      228 Walnut Street, Suite 220
19                                    Harrisburg, PA 17101
                                      (717) 221-4453
20                                    samuel.s.dalke@usdoj.gov

21                                    SHALIN NOHRIA, ESQ.
                                      UNITED STATES ATTORNEY'S OFFICE
22                                    601 D Street NW
                                      Suite Office 6.713
23                                    Washington, DC 20001
                                      (202) 344-5763
24                                    shalin.nohria@usdoj.gov

25       (CONTINUED ON NEXT PAGE)
```

1    APPEARANCES (CONTINUED):

2    For the Defendant:            **JOHN M. PIERCE, ESQ.**
                                   **ROGER ROOTS, ESQ.**
3                                  **JOHN PIERCE LAW P.C.**
                                   21550 Oxnard Street
4                                  Suite 3rd Floor OMB #172
                                   Woodland Hills, CA 91367
5                                  (213) 400-0725
                                   jpierce@johnpiercelaw.com
6                                  rroots@johnpiercelaw.com

7
     Court Reporter:              Lisa A. Moreira, RDR, CRR
8                                 Official Court Reporter
                                  U.S. Courthouse, Room 6718
9                                 333 Constitution Avenue, NW
                                  Washington, DC  20001
10                                (202) 354-3187

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                I N D E X

2

WITNESS                                                        PAGE

3

**CAPTAIN JESSICA BABOULIS**

4          (By Mr. Dalke)....................................239
           (By Mr. Roots)....................................293

5          (By Mr. Dalke)....................................326

6   **OFFICER SHAUNI KERKHOFF**
           (By Mr. Konig)....................................331

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Your Honor, we're back on

3      the record for Criminal Case 21-26, *United States of America*

4      *vs. Christopher Alberts*.

5              THE COURT:  All right.  Good morning, everybody.

6              Is our jury ready?

7              THE COURTROOM DEPUTY:  Yes, Your Honor.

8              MR. KONIG:  Your Honor, may I ask you something

9      before the jury comes in?

10             I just wanted to touch base on -- I think I can

11     probably expedite when the jury's here if we touch on the

12     Court's prior rulings on the motion in limine and giving

13     further instruction about that.

14             There were a number of questions on cross that I

15     objected to that I believe were questions that were subjects

16     of the Court's oral ruling a few days ago.  Mr. Roots wasn't

17     here for that ruling, so I just wanted to briefly address

18     it.  The Court -- I took contemporaneous notes.  The Court

19     excluded expert testimony because whether an officer has

20     violated standards does not inform the defendant's

21     reasonable belief and is not relevant to a potential self-

22     defense theory.

23             So it's our belief that the entire lines of

24     questioning about some other individual's baton strike, who

25     did it, and their recent request for Capitol Police manuals

1      is irrelevant.  Bringing those policies, procedures,

2      training manuals in as exhibits or as cross-examination

3      questions for our witnesses will be improper.

4                I also want to note that the Court's --

5                THE COURT:  Well, let's stop there.

6                I agree with that for that purpose.  But what I

7      understood the cross to be yesterday was that if the officer

8      saw someone breaking a policy, then there was a duty to

9      report that; and if he was under such a duty and failed to

10     perform it, that would go to his credibility or

11     believability or bias of some sort.

12               So I felt that at least for that purpose, the

13     questions yesterday were proper, which is why I didn't --

14               MR. KONIG:  I think --

15               THE COURT:  -- which is why I allowed it.

16               MR. KONIG:  Sorry to interrupt, Your Honor.

17               I think the concern was, particularly given

18     requests from counsel to help them obtain Capitol Police

19     policies on the use of force, that these are meant to be

20     trial exhibits and meant to use to cross-examine witnesses,

21     and I don't think it would be relevant to, for example, our

22     Capitol Police officers' testimony about what Mr. Alberts

23     did.

24               Again --

25               THE COURT:  The Court has ruled on that.  I agree

1  with you.

2          MR. KONIG:  And secondly, the Court excluded

3  Mr. Heller because the Second Amendment and First Amendment

4  defenses are invalid regarding the facts in this case.  So

5  questions regarding whether the area of the parking lot on

6  Pennsylvania Avenue was First Amendment activity, whether it

7  is unlawful for D.C. residents to open carry, and the

8  witnesses' understanding of D.C. law on -- I believe the

9  question was:  Are you saying that it's illegal for somebody

10  to carry a firearm outside their home in D.C.?

11          I don't think -- you know, that's the law.  What

12  the law should be is not subject of -- before the jury.

13          THE COURT:  So does CPWL have a knowledge element?

14  Does one have to know that --

15          MR. KONIG:  It does not.

16          THE COURT:  It does not.

17          MR. KONIG:  Certainly -- and we believe, more

18  importantly, 5104, that that's an issue in the jury

19  instructions that we raised in the *Ibrahim* case, and that it

20  was excluded.

21          The CPWL on Count 9, D.C. Code 22-4504(a), the

22  elements are that an individual carried a pistol in D.C.;

23  that they did so voluntarily and on purpose and not by

24  mistake or accident; that they were not licensed to carry

25  the pistol; and they carried it outside the home, business,

1    or land controlled by themselves.

2          I'll also note that in response to that question,

3    when the officer testified about the state of the law in

4    D.C., that we submit that it's improper for individuals at

5    counsel table to audibly and visually respond with

6    exasperation while the jury's in the room.

7          Questions and testimony about Mr. Alberts'

8    perception of restricted grounds and what Capitol grounds

9    are, I'll deal with that in two parts.

10         The first is this is an issue of law.  The *Class*

11   case actually dealt with the --

12         THE COURT:  Which case?

13         MR. KONIG:  *United States vs. Class*, the firearms

14   case in the D.C. Circuit.

15         THE COURT:  Yes.

16         MR. KONIG:  And I'll cite to it just for the

17   record.  930 F. 3d 460.

18         And in that case, the Court -- this Court and also

19   the D.C. Circuit was dealing with the parking lot on the

20   other side of -- the west side of the Capitol.  It was

21   dealing with the Maryland Avenue parking lot, which is

22   identical.  And the Court said that essentially it is

23   sufficiently integrated with the Capitol for *Heller I's*

24   sensitive places exception to apply.  And it's a single unit

25   within the Capitol building, and they concluded -- the Court

1    concluded it was a sensitive place where firearms

2    prohibitions are presumptively lawful.

3            And *Class* further stated the law clearly prohibits

4    the possession of a firearm on Capitol grounds.  And the

5    Capitol grounds are defined by a readily accessible map and

6    a specific list of intersections and streets that are part

7    of the public law.

8            So that's a long way of saying it's an issue of

9    law.  So whether Mr. Alberts knows that he's on Capitol

10   grounds -- Mr. Class, the argument was he didn't know he had

11   a firearm in his locked vehicle.  Whether he knows that he's

12   on Capitol grounds is not --

13           THE COURT:  All right.  Let me stop you.

14           I mean, I ruled in your favor in the motion to

15   dismiss that count.  If Mr. Roots or Mr. Pierce pursues that

16   line, I will sustain an objection.

17           The potential wrinkle, though, is that we also

18   have a restricted area charge as well, which I believe does

19   require knowledge that the area is restricted.

20           MR. KONIG:  And that was the next issue I was

21   going to get to, Your Honor.

22           *United States vs. Jabr*, J-A-B-R -- and we said

23   this early on in the case, but what Jabr says -- in that

24   case, that was a White House fence jumper who actually

25   jumped the fence at the Treasury, and Judge Friedman here

1    found that the government didn't meet the elements to show

2    the intent for 1752, but did meet the elements -- a rational

3    jury could find attempt because they picked the wrong --

4    they accidentally picked the wrong building.

5         The D.C. Circuit in that case said that the facts

6    before the jury were legally sufficient.  Just because a --

7    sorry, I'll just quote.  "A rational trier of fact could

8    presume as a matter of common knowledge an ordinary citizen

9    without any known authorization would not be allowed inside

10   the White House or its grounds."

11        The defendant there acknowledged that he knew he

12   should not have been there, and that was sufficient.

13        So he didn't have to -- he didn't have to know the

14   nature of the restricted grounds.  He had to know he wasn't

15   allowed there.  And so they're sort of -- the bigger point

16   is it's not open to question what restricted grounds are.

17   It's a legal determination.

18        The second is his knowledge of restricted grounds

19   is not an element of the crime.

20        THE COURT:  Wait.  Wait.  If he can convince the

21   jury that he did not see the signs or the signs had been

22   taken down or that other circumstances surrounding his

23   presence would not have indicated that he should not be

24   there, that's a valid defense, right?

25        MR. KONIG:  I believe the elements are knowingly

1    entering and remaining.  It's not entering or remaining in a

2    known restricted building or grounds.

3            But that -- you know --

4            THE COURT:  All right.  Let's get to that.

5            MR. KONIG:  And then just finally -- and I can do

6    it very briefly -- the Court has already stated on the

7    record in its rulings that appeals to jury nullification are

8    improper.  So questions about agent provocateurs, undercover

9    officers, FBI agents, they are irrelevant and inappropriate

10   and barred by Rule 403 unless the defendant can proffer that

11   these individuals compelled him to do any of the things he

12   did on that day.

13           And finally, we'll ask the Court -- we have not

14   received a numbered exhibit list from the defense.  The last

15   exhibit list we have is from January.  And so to the extent

16   that they have exhibits that they intend to use in this

17   case, we'd ask them to provide what exhibits to us -- you

18   know, some other time, later today maybe, the exhibits they

19   intend to use by number and provide them.

20           THE COURT:  Okay.

21           MR. KONIG:  Thank you, Your Honor.

22           THE COURT:  We've got a jury waiting.

23           Let me just say this.  I believe between

24   the written rulings on the motions to dismiss and the

25   Court's oral rulings, which I will assume that Mr. Roots is

1    aware of either through counsel who was here or through a

2    transcript -- I know we have daily transcripts -- they speak

3    for themselves.  Okay?

4           If there's a question that you think is

5    objectionable, I will sustain it.  I suspect that defense

6    counsel does not want me to sustain a string of ten

7    questions before the jury, and we'll go from there.

8           With respect to, you know, expressing their

9    displeasure with certain questions or certain answers,

10   Counsel, you know, try not to do that.  I'm not saying that

11   you did, but clearly the jury does not take well such

12   expressions by counsel.  I'm sure that that is apparent to

13   defense counsel.

14          Get them an exhibit list.  All right?  There was a

15   list due today.  I'll leave that to you.

16          MR. ROOTS:  If I could just address the Court a

17   little bit?

18          THE COURT:  Sure.  And I don't want to hear

19   argument on everything because we've got a jury waiting.

20          MR. ROOTS:  Okay.  I was just told it's in a

21   Dropbox -- our exhibit list is in a Dropbox, continually

22   updated, and we have access.

23          We did work with -- Ms. Lambert over here has

24   provided that, I believe.  And we can --

25          MR. DALKE:  Great.  Thank you.

 1          MR. ROOTS:  Okay.  The Capitol Police manuals

 2     are directly material and relevant.  And by the way, this

 3     must -- it must be exculpatory because literally there

 4     couldn't be more -- something more relevant across all these

 5     J6 cases than the Capitol Police manuals, and yet the U.S.

 6     Department of Justice appears to be hiding them in all

 7     cases.

 8          THE COURT:  Mr. Roots, look.  Okay?  You're saying

 9     it's relevant to J6.  Tell me how the manual is relevant to

10     an element of an offense in this case where it makes it more

11     likely or not that your client...

12          MR. ROOTS:  It goes to staffing.  It goes to

13     this -- this witness that's currently on the stand is

14     talking about all these barriers.  Well, these bar -- a snow

15     fence.

16          I'm from the State of Montana where a snow fence

17     is not a human.  It is designed to stop snow drifts.  So I

18     would like to see what they say about these -- there's seven

19     lines of barriers.  And, you know, I'd like to see what is

20     said in these manuals about the proper notice, the proper

21     signage, the proper barriers, who decides when and where to

22     put up these barriers.

23          There's also evidence I believe in this case that

24     will come out that bike racks are commonly moved by

25     citizens, like joggers and people jogging around it, and

1    this is -- they're not considered to be this high threshold

2    of crime if they move a barrier.

3              THE COURT:  That goes -- first of all, this is the

4    first I've heard about regulations related to barriers and

5    bike racks and snow fencing.  All the discussion previous to

6    this have been excessive force.  Okay?  Now we're talking

7    about something entirely different that's a new topic for

8    the Court.  All right?

9              And talk to co-counsel or government counsel about

10   the relevance of barrier regulations.  And if that is an

11   issue, then tee it up in a way that's baked for the Court.

12   Okay?

13             MR. ROOTS:  I do want to say also the issue of

14   informants and plainclothes goes to the staffing.  It goes

15   to this claim that the government has -- it goes to Count 7,

16   state of mind, the intent to disrupt Congress -- all this --

17   the state of mind of Mr. Alberts.

18             The staffing levels.  I think we could show that,

19   in fact, the different law enforcement agencies had so many

20   undercovers they had staffing to prevent whatever happened.

21   And that is -- goes to the state of mind of Mr. Alberts.  It

22   goes to the civil disorder.  How much was a civil disorder

23   and how much was not a civil disorder?  That's kind of one,

24   and those kinds of things.  I think that's very relevant

25   testimony.

 1              THE COURT:  All right.  I'm going to cut you off.

 2   Let's get our witness back.  Okay?

 3              Is the witness available?

 4              MR. DALKE:  Yes, Your Honor.

 5              MR. ROOTS:  If I could just -- before the witness,

 6   could I just ask this witness one question:  Were there

 7   undercover D.C. Capitol Police?  Could I ask that one

 8   question?

 9              MR. KONIG:  Your Honor, I'd ask for a -- I'd ask

10   for a proffer.  If Mr. Alberts's defense is that he was

11   compelled to do whatever he did on January 6th --

12              THE COURT:  (To the incoming witness) Ma'am, if

13   you could just wait outside one second.

14              MR. KONIG:  -- because of, I mean, somebody he

15   reasonably believed to be an undercover officer or something

16   like that, that's one thing.  But if it's just there were

17   malefactors in the crowd who did something, I just don't see

18   how that's remotely relevant to his guilt in this case.

19              It's just a 403 thing.  It will mislead the jury.

20   It's confusing.  It's irrelevant under Rule 401.

21              THE COURT:  All right.  Mr. Roots, as clearly as

22   possible, tell me, if there were undercover MPD or Capitol

23   Police officers on duty that day, how is that relevant to

24   one of the elements of the offenses charged against your

25   client to his guilt or innocence?

```
 1              MR. ROOTS:  Well, I can give you --

 2              THE COURT:  Not whether, you know, the Capitol

 3   Police were understaffed or overstaffed in general.  Okay?

 4   Let's talk about this case and these charges.  Okay?  As

 5   clearly as possible.

 6              MR. ROOTS:  Count 1, Count 1 is civil disorder,

 7   defying police during a civil disorder.  If undercovers were

 8   actually --

 9              THE COURT:  And let's stop there.  The

10   government's theory is, I assume, that he committed that

11   offense by interfering with those however many officers on

12   the top of those stairs who were engaged in their official

13   duties in the course of a civil disorder.  Right?

14              And so how is it that there was no civil disorder

15   because there may have been an undercover officer somewhere

16   in the crowd?

17              MR. ROOTS:  I think we have evidence across these

18   cases that there were more than 50 undercovers.

19              THE COURT:  Okay.  Let's assume there are.  Let's

20   assume you're right.

21              How does that make it more or less likely that

22   there was a civil disorder on the part of the participants

23   that day?

24              MR. ROOTS:  Count 1 is this statute that

25   criminalizes resistance to law enforcement during a riot or
```

1    a civil disorder.  If the civil disorder actually was more

2    under the control of the government than they say, then it

3    wasn't a true civil disorder.

4            And, by the way, there's an interstate commerce

5    element, you know, whether or not it affects interstate

6    commerce.

7            So if the government actually secretly had

8    control, more control, then we have to ask the question, and

9    the jury gets to consider whether it was a real civil

10   disorder or maybe not quite so much.

11           THE COURT:  Okay.  I'm not going to allow you to

12   pursue that line of questioning about undercover officers

13   unless you think that one of the folks that is alleged to

14   have impeded or resisted is an undercover officer and that

15   that's relevant somehow.

16           But generally that there were undercover officers

17   on duty that day is not relevant to the civil disorder

18   charge.

19           MR. ROOTS:  By the way, I should say that there

20   was a plan that this witness --

21           THE COURT:  Counsel, the Court has ruled.  Okay?

22   Thank you.

23           (Jury enters courtroom)

24           THE COURT:  Good morning, ladies and gentlemen.

25           JURY IN UNISON:  Good morning.

```
1              THE COURT:  I hope you all had a good evening.

2              JURY IN UNISON:  Yes.

3              THE COURT:  My apologies for the brief delay.

4              Captain Baboulis, please approach.

5              All right.  How are you, ma'am?

6              THE WITNESS:  Good morning.

7              THE COURT:  You can have a seat.  And I will

8    remind you that you are still under oath.  Okay?

9              THE WITNESS:  Okay.

10             THE COURT:  Mr. Dalke.

11                  CAPTAIN JESSICA BABOULIS, Resumed

12                  DIRECT EXAMINATION, Continued

13   BY MR. DALKE:

14   Q.  Good morning.

15   A.  Good morning.

16   Q.  Bring us back to your testimony from yesterday.  I want

17   to start with the surveillance system that was in place.

18             Does the United States Capitol Police maintain a

19   surveillance system of the Capitol grounds and the Capitol

20   building?

21   A.  Yes.

22   Q.  Could you describe to the jury that surveillance system

23   generally.

24   A.  Yes.  The Capitol grounds -- we have a series of cameras

25   throughout the grounds on the internal and external portions
```

1    of the buildings and grounds.  They're designed to capture

2    video.  There's no audio related to those cameras.  It's all

3    video for security purposes.

4    Q.  And that surveillance system, is that maintained by the

5    United States Capitol Police?

6    A.  Yes.

7    Q.  And is that surveillance system a regular part of the

8    practice of the United States Capitol Police?

9    A.  Yes.

10   Q.  Do some of those cameras have the ability to rotate and

11   turn?

12   A.  Yes, they do.

13   Q.  And are other cameras just fixed?

14   A.  Yes.

15   Q.  The cameras, surveillance cameras, on January 6, 2021,

16   were they functioning properly?

17   A.  Yes, they were.

18   Q.  Do they fairly and accurately depict the events that

19   took place at the Capitol on January 6, 2021?

20   A.  Yes, they do.

21   Q.  Does it include surveillance footage of the northwest

22   stairs, the landing on those northwest stairs, the northwest

23   terrace, the west roof, along with the west front path?

24   A.  Yes.

25            MR. DALKE:  Your Honor, at this time the

1    government would move for the admission of Exhibits 201 all

2    the way through 212, which are video and screenshots taken

3    from the United States Capitol Police camera system.

4              MR. ROOTS:  No objection.

5              THE COURT:  So moved.

6              MR. DALKE:  Your Honor, we're not going to seek to

7    publish any of these exhibits at this time.  We'll use them

8    with later witnesses.

9    Q.  While we're on the topic of law enforcement videos, the

10   United States Capitol Police officers, do they wear body-

11   worn camera?

12   A.  No, we do not.

13   Q.  Are you aware of others who later assisted on the

14   Capitol grounds on January 6th who did have body-worn

15   camera?

16   A.  Yes.

17   Q.  Okay.  And would that include the MPD or Metropolitan

18   Police Department?

19   A.  Yes.

20   Q.  In addition to video surveillance, do United States

21   Capitol Police officers have access to radio communications?

22   A.  Yes.

23   Q.  Okay.  Are those communications used to communicate with

24   officers in the field?

25   A.  Yes.

1    Q.  Are they live-time communications?

2    A.  Yes, they are.

3    Q.  Are they used every day as a regular part of the Capitol

4    Police practice?

5    A.  Yes.

6    Q.  Are those radio channels recorded and stored?

7    A.  Yes, they are.

8    Q.  Have you listened to the radio communications that

9    occurred on January 6, 2021?

10   A.  Yes.

11   Q.  Did you also listen to them and participate in them live

12   time on that day?

13   A.  Yes, I did.

14   Q.  Does that include radio clips taken between 1:49 p.m.

15   and 2:12 p.m. during the events of the push up the northwest

16   stairs and breach of the Capitol?

17   A.  Yes.

18        MR. DALKE:  Your Honor, we move for the admission

19   of Exhibits 1101 through 1106, which are six clips from

20   United States Capitol Police radio runs from the times

21   identified.

22        MR. ROOTS:  Your Honor, I believe some of them are

23   hearsay in that they are offered for the truth of the matter

24   asserted.

25        THE COURT:  Counsel, do you want to go to the

```
 1    phones.

 2                  (The following is a bench conference

 3                   held outside the hearing of the jury)

 4             THE COURT:  Mr. Dalke, can you hear me?

 5             MR. DALKE:  Yes, Your Honor.

 6             THE COURT:  So this issue has come up before where

 7    radio runs were introduced through officers who, you know,

 8    can be heard on them, and I've admitted them for, you know,

 9    effect on the listener and, you know, operative words.  But

10    how are these going to be used?

11             MR. DALKE:  So, Your Honor, at this time we are

12    not playing them.  We are just moving for the admission.

13             We do have officers who were on those northwest

14    steps, and some of them are heard on those radios or heard

15    them.

16             THE COURT:  Okay.  So we're --

17             MR. DALKE:  The next witness.

18             But, Your Honor, I do think they're properly

19    admissible, and they're nonhearsay.  They're record of

20    public activity, 803.6, and I think a proper foundation has

21    been laid.  This witness personally heard those verbal

22    communications, has listened to them.  We've laid a proper

23    foundation.

24             THE COURT:  Okay.

25             MR. DALKE:  So I'd just like to admit them now,
```

1   and then we can just bring them in without further delay

2   with the next witness.

3            THE COURT:  All right.  That's fine.  But the

4   witness who you'll introduce them through or question about

5   will be the people who were actually on the radio run; is

6   that fair?

7            MR. DALKE:  For some of them you can hear them

8   speaking.  For others they heard them, but in that

9   particular clip, their voice may not be heard.

10           THE COURT:  Okay.  Let's deal with the hearsay

11  issues when they come -- when those witnesses testify.  All

12  right?

13           MR. DALKE:  Yes, Your Honor.

14           And, sorry, just the last thing is I do think it's

15  also present sense impression.

16           THE COURT:  Okay.

17           MR. DALKE:  Thank you.

18           (This is the end of the bench conference)

19           MR. DALKE:  So, again, Your Honor, with those

20  exhibits we're not going to seek to publish them at this

21  time.  We'll use them with a later witness.

22  BY MR. DALKE:

23  Q.  I want to now move government surveillance -- I want to

24  move now to the Capitol itself.

25           You referenced yesterday some congressional

1    activity inside the Capitol.  Can you describe to the jury

2    what congressional proceedings were taking place on January

3    6, 2021.

4    A.  Yes.  So every four years just prior to -- again, we

5    always measure it by the inauguration of the president on

6    January 20th -- is the counting of the electoral votes, and

7    the Congress meets to validate those votes and confirm the

8    presidency.

9            January 6th typically, for us, would just be

10   declared a joint session of Congress where both the House of

11   Representatives and the United States Senate meet in one

12   area, and also someone from an external branch, in a joint

13   session.

14           On January 6th, that would be the vice president

15   of the United States, who, by Constitution, is to preside

16   over that hearing.

17   Q.  And you have a full Senate there?

18   A.  Yes.

19   Q.  Do you have a full House of Representatives there?

20   A.  Yes.

21   Q.  How is that date set, January 6, 2021, for this counting

22   of the votes for the next president of the United States?

23   A.  It's set by the Twelfth Amendment of the Constitution.

24   It clearly dictates in there the time of the arrival and

25   what it will look like and how it will take place.

1    Q.  And so it's always on January 6th, whether it's 2021 or

2    2017 or 2013?  I don't know how far back I can go by four.

3            It's every four years on January 6th?

4    A.  Yes.

5    Q.  Have you worked at the Capitol on Capitol grounds on

6    prior January 6th vote certifications?

7    A.  Yes.

8    Q.  How many would that be?

9    A.  I believe five.

10   Q.  Through your experience as a captain for the United

11   States Capitol Police, are you familiar with the rules

12   governing the vote certification process?

13   A.  Yes.

14   Q.  Generally, what are the rules that govern that vote

15   certification process?

16   A.  So at 1:00 p.m. in the afternoon it states that the

17   vice president of the United States must arrive to preside

18   over the hearing inside of the House of Representatives.  So

19   it's held in the House of Representatives on the second

20   floor, presided over by the vice president of the United

21   States.

22           At that point, they meet.

23           At a period of time, they break out where the

24   Senate returns to the Senate side of the U.S. Capitol to

25   have a Senate meeting regarding any kind of conflicts, and

1   the House remains in the House until they can ultimately

2   return together and vote on that.

3   Q.  And are boxes of actual -- the voting results from the

4   state, are they brought to the floor?

5   A.  Yes.

6   Q.  Are there surveillance cameras, like we've already

7   discussed, inside the House and Senate Chambers of the

8   Capitol?

9   A.  Yes, there are.

10  Q.  Have you reviewed some of that footage from January 6th

11  prior to coming here today?

12  A.  Yes.

13          MR. DALKE:  We'd like to pull up Exhibit 1201.

14  Q.  What are you looking at here at Exhibit 1201?

15  A.  This is what's referred to as the House floor.  So this

16  is the floor of the House of Representatives.

17  Q.  And is this a fair and accurate depiction, a screenshot,

18  of that surveillance footage from that area and that time,

19  and is that a fair and accurate representation?

20  A.  Yes.

21          MR. DALKE:  Your Honor, we move for the admission

22  of Exhibit 1201.

23          MR. ROOTS:  Your Honor, we have a relevance

24  objection.  Mr. Alberts is not accused of being inside the

25  building.

```
 1                    (The following is a bench conference

 2                     held outside the hearing of the jury)

 3              THE COURT:  All right.  What's the relevance if

 4      there's no obstruction charge?

 5              MR. DALKE:  Your Honor, what was going on inside

 6      the Capitol has relevance to a number of counts.

 7              THE COURT:  Okay.

 8              MR. DALKE:  First, on civil disorder, we -- one of

 9      the ways of proving that is through a federally protected

10      function.

11              THE COURT:  Got it.  Okay.

12              MR. DALKE:  There's multiple others, but that's

13      the first.

14              THE COURT:  Overruled.

15              (This is the end of the bench conference)

16              MR. DALKE:  Your Honor, so we move for the

17      admission of Exhibit 1201.

18              THE COURT:  So moved.

19      BY MR. DALKE:

20      Q.  Now that this exhibit is in front of the jury, could you

21      describe, again, where this screenshot from the video was

22      taken?

23      A.  Yes.  So this is from inside of the House floor looking

24      at the main dais, and presiding at the time is the Speaker

25      of the House, Former Speaker Nancy Pelosi.
```

1    Q.  And can you tell what time in the day this is on January

2    6th?

3    A.  Yes.  It was at 1:43 p.m.

4    Q.  Does that correspond with the date stamp 13:43 at the

5    bottom?

6    A.  Yes.

7            MR. DALKE:  Can we pull up Exhibit 1202.

8    Q.  And what is this an exhibit of?

9    A.  This is a photo of the Senate floor on the opposite side

10   of the building.

11   Q.  Okay.  And is this a fair and accurate depiction of the

12   Senate floor at the time and place dated in this screenshot?

13   A.  Yes.

14           MR. DALKE:  Okay.  Your Honor, we move for the

15   admission of Exhibit 1202.

16           MR. ROOTS:  Same continuing objection.

17           THE COURT:  Overruled.  So moved.

18   Q.  Can you describe to the jury what you're viewing in

19   Exhibit 1202?

20   A.  Yes.  So this is taken at 13:39, which is 1:39 p.m.

21   This is a photo of what the Senate looks like.  And

22   presiding at the top seat, Vice President -- Former Vice

23   President Pence.

24   Q.  And could you just circle him.

25   A.  (Witness complies) Yes.

1    Q.  I forget if I asked this, but in the prior one that we

2    looked at, Exhibit 1201, who was presiding, kind of sitting

3    up at the top of that proceeding?

4    A.  That was the then Speaker of the House Nancy Pelosi.

5    Q.  So you have Vice President Pence in one and Speaker

6    Pelosi in the other?

7    A.  Correct.

8           MR. DALKE:  We can take this exhibit down.

9    Q.  What happened to those proceedings that were going on in

10   the House and the Senate after the rioters kind of breached

11   up the steps and reached the Upper West Terrace around 2:11

12   and 2:12 p.m. and then proceeded in time?

13   A.  Once we determined that there was a significant threat

14   to the Congress, the proceedings were stopped, and they went

15   into recess where we then removed them from the areas and

16   moved them to a safe location.

17   Q.  Was Vice President Pence evacuated from the Senate

18   Chamber?

19   A.  Yes, he was.

20   Q.  Was Speaker Pelosi evacuated from the House Chamber?

21   A.  Yes, she was.

22          MR. ROOTS:  Objection to the characterization of

23   "evacuated."

24          THE COURT:  Overruled.

25   Q.  Would you use a different word, or is "evacuation" the

```
 1    word you would use?

 2    A.  I would use "evacuated."

 3    Q.  Was your team involved in evacuating or relocating other

 4    members of Congress?

 5    A.  Yes, they were.

 6    Q.  And when you evacuated or you removed them from those

 7    chambers, without disclosing any details, where were they

 8    evacuated or removed to?

 9    A.  So it was important that we remove them from any threat

10    and into a safe location where we can ensure their safety.

11    That became our primary goal.

12    Q.  With these members being evacuated, the proceedings in

13    the House and the Senate, were they able to continue?

14    A.  Once we were able to remove all the rioters from the

15    building and the grounds and restore our perimeter, we were

16    then able to move them back into their chambers to continue

17    out the vote.

18    Q.  And approximately what time was that that everyone was

19    able to be brought back, security threats removed, and

20    resume the proceedings?

21    A.  By 9:00 p.m. we were able to restore full business in

22    the House and Senate.

23    Q.  And approximately when were those proceedings

24    approximately stopped?

25    A.  When did the vote conclude?
```

1    Q.  No, I apologize.

2    A.  Oh, I'm sorry.

3    Q.  Just going back in the day.  You talked about when they

4    resumed.  I just wanted a front end.

5          When did they initially stop or go into recess?

6    A.  Yes.  Between 1:00 and 2:00 p.m.

7          I'm sorry, it was right around the time -- I'm

8    sorry, between 1:00 and 3:00 p.m. was when we were doing

9    full evacuation when the initial breach occurred to the time

10   that we were fully able to remove individuals from.

11   Q.  So in recess approximately six hours, give or take?

12   A.  Yes.

13   Q.  Why did Congress go into recess on January 6, 2021?

14   A.  Because of the threat that was presented from the

15   rioters being on the grounds and in the building, and the

16   fact that the secure perimeter had been breached.

17   Q.  Was the Capitol declared unsafe?

18   A.  Yes.

19   Q.  Did the presence of rioters impact the Capitol Police's

20   protection of the Capitol and the Capitol grounds?

21   A.  Absolutely.

22   Q.  How?

23   A.  In multiple ways because, again, we need to protect the

24   grounds, the facilities, and the members that are present,

25   along with the staff.

1        Once the grounds were breached, and there was

2   known violence on the grounds, there was no way, with the

3   number of officers that we had, to maintain that actual

4   security of what was occurring.

5   Q.  You mentioned Congress and the vice president coming

6   back to resume its work.  What steps did the Capitol Police

7   have to take prior to bringing everyone back to resume its

8   work?

9   A.  Multiple.  We had to ensure that not only we got

10  everybody out of the building, but off the grounds.  And

11  once off the grounds, we had to be able to firmly

12  reestablish a perimeter.

13       So in addition to that, there had to be in-depth

14  sweeps conducted.  We use the word "sweeps," meaning

15  thoroughly reviewing every area, because we don't know what

16  rioters brought into the grounds or into the buildings.  It

17  could have been explosive devices, anything of that nature.

18  So there has to be that full review of that area as well.

19       It also took several agencies coming in to assist

20  us, because we knew with the numbers that remained in the

21  area of rioters, that we needed many more assets to really

22  firm that outermost perimeter and the interior.

23       And in addition to that, because of the

24  destruction that was throughout the grounds, glass shattered

25  out through doors, you know, there was no -- you know, doors

1   torn from hinges, there was that need to really harden that

2   perimeter because we didn't have those physical barriers any

3   longer.

4   Q.  Did Congress complete its certification of the Electoral

5   College vote for the next president of the United States

6   that day?

7   A.  Yes.

8   Q.  Okay.  Do you know approximately what time?

9   A.  So the vote actually concluded just before 4:00 a.m. on

10  January 7th.

11  Q.  What time did you arrive on the Capitol grounds on

12  January 6th?

13  A.  On January 6th, I came in roughly between 7:00 and 7:30

14  a.m.

15  Q.  Was it a normal day, or, having that kind of joint

16  session and vice president and everything, did that kind of

17  change your typical schedule?

18  A.  It changed the typical schedule because we did have

19  already an enhanced security posture.  So where normally we

20  would be working with the interior and the exterior of the

21  grounds that I was responsible for that day, in addition I

22  had brought in my entire evening shift so that they can

23  assist with crowd control in the areas because we knew we

24  would be having many people traversing the grounds and on

25  the grounds.

1    Q.  Were you on the Capitol grounds throughout the day on

2    January 6, 2021?

3    A.  Yes.

4    Q.  Did you have your radio with you?

5    A.  Yes.

6    Q.  Did you hear what was happening and occurring live time

7    through the radio?

8    A.  Yes.

9    Q.  Based on what you saw or you heard, what was occurring

10   at the Capitol and the Capitol grounds in the early

11   afternoon of January 6th between that 1:00 to 2:00 p.m. time

12   frame?

13   A.  So there were numerous people that had approached the

14   grounds from the west side of the Capitol, so along the mall

15   area and down towards the White House.  There were numerous

16   people that had approached the grounds, people that had been

17   surrounding the grounds.

18        And ultimately, just before 1:00 p.m., I heard on

19   the radio the first breach of the Capitol grounds, which was

20   something that was not common, and by numerous people; and

21   then ultimately the breaches leading up to the building as

22   well.

23   Q.  Were there multiple breaches that day?

24   A.  Yes.

25   Q.  Multiple breaches outside?

1    A.  Yes.

2    Q.  Early in the day -- that, again, 1:00 to 2:00 p.m. time

3    frame -- where were those calls for help coming from mostly?

4    A.  From the U.S. Capitol grounds.

5    Q.  And just kind of from your recollection and experience,

6    where on the Capitol grounds?  Were they coming from the

7    East Front?  The West Front?  North?  South?

8         Where were the calls for help originating from?

9    A.  So the initial call for help came out in the area of

10   Peace Circle, which is in the northwest grounds of the U.S.

11   Capitol complex.  And then it was repeated.  I mean, just

12   through radio, you could hear where the crowd was moving and

13   approaching the Capitol, and officers were retreating to try

14   and gain more coverage of the building itself as opposed to

15   the very broad grounds.  So you can hear these multiple

16   breaches occurring as people had broken through the initial

17   perimeter and then continued to approach the Capitol

18   building.

19   Q.  Did you personally observe rioters outside the Capitol

20   building but on the Capitol grounds on January 6, 2021?

21   A.  Yes.

22   Q.  Did you observe rioters within that restricted

23   perimeter?

24   A.  Yes.

25   Q.  Having rioters within the restricted perimeter set by

 1    the Capitol Police, did that present a security issue for

 2    your department?

 3    A.  Significantly.

 4    Q.  How so?

 5    A.  So as you're providing perimeters and security, they're

 6    somewhat provided in concentric rings.  So when the

 7    outermost perimeter has been broken with that many people,

 8    there is -- with the numbers of officers that were present

 9    that day, it was going to present a significant challenge

10    for us to regain that back.

11    Q.  To your knowledge, did any of the rioters go through

12    security screening?

13    A.  No.

14    Q.  Did they have permission to be inside the restricted

15    grounds?

16    A.  No.

17    Q.  Did any rioters have permission to be inside the

18    building?

19    A.  No.

20    Q.  Did the chaos and disorder affect the Capitol Police's

21    protection of the Capitol and its grounds?

22    A.  100 percent.

23    Q.  In what way did it affect your mission and your duty and

24    your job?

25    A.  Well, again, our mission is to protect the Congress, the

1    visitors, the staff, and the facilities.  And at this point

2    there was a threat to every one of those.

3              So the Capitol Police had to make decisions on how

4    to best protect the overall, you know, responsibility of

5    protecting the Congress, the members themselves.  There's

6    535 of them.

7              So protecting each of them and the facilities, we

8    had to make decisions on how to do that appropriately.

9    Q.  What was your experience and feeling as you watched this

10   riot unfold?

11   A.  It was extremely difficult, particularly that day at the

12   initial breach.  I was the incident commander, meaning in

13   charge of two pipe bombs that had been placed, and so

14   listening to explosions going off on the west side of the

15   Capitol and not knowing whether those were weapons or

16   explosive devices and hearing the screams from my officers

17   for help -- "we need help, we need backup" -- but being in a

18   fixed location that I couldn't leave because I was working

19   with two bombs, it was difficult to be waiting and not being

20   able to move from that location to go and help and get

21   things back in order.

22             So it was an extremely difficult day.  I have

23   family on the agency as well.  So not knowing when the calls

24   for help were coming out as to "officer down" and not

25   knowing who that was, whether it was one of my officers, one

1    of my family members, it was extremely difficult.

2    Q.   Just to be clear, you mentioned pipe bombs.  That was in

3    a different location and not along the west front or near

4    where the defendant in this case was at that time; is that

5    correct?

6    A.   That's correct.

7              MR. DALKE:   I want to bring up Exhibit 801, which

8    is a video, but press play and then pause it at the first

9    second for the witness.

10   Q.   Looking at the start of Exhibit 801, which is a six-

11   minute video, have you seen this video before?

12   A.   Yes.

13   Q.   Okay.  And is this a compilation video of the Capitol

14   Police surveillance from January 6, 2021?

15   A.   Yes.

16   Q.   And is this the same surveillance video footage that you

17   described earlier?

18   A.   Yes.

19   Q.   And does this video include date and time ranges for

20   that video?

21   A.   Yes.

22   Q.   Does this video also include some of the Capitol Police

23   radio runs from the corresponding times on January 6, 2021?

24   A.   Yes.

25   Q.   Have you personally been to every area that's depicted

1    in this video?

2    A.  Yes.

3    Q.  Is this video a fair and accurate representation of the

4    events at the Capitol on January 6, 2021?

5    A.  Yes.

6              MR. DALKE:  Your Honor, we'd move for the

7    admission of Exhibit 801.

8              MR. ROOTS:  Just those same hearsay objections for

9    things that are offered for the truth of the matter

10   asserted.

11             THE COURT:  Okay.  So moved.

12             MR. DALKE:  So now that this is published to the

13   jury, I want to start playing this video and pause at 13

14   seconds in.

15             (Video playing)

16             MR. DALKE:  And, Your Honor, since we are playing

17   multiple things with audio, could I ask that if at some

18   point in any of the videos the jurors cannot hear, or if

19   it's not loud enough, or if it's too loud, just raise your

20   hand, and we can adjust the volume.

21   Q.  So we've paused this video at 13 seconds in.  What do

22   you see where we've paused?

23   A.  So this is at 12:51 in the afternoon on January 6th.

24   This is surveillance video from Peace Circle.

25             So, again, Pennsylvania Avenue in the northwest

1    runs straight up to the Capitol.  This is the -- in the far

2    bottom left corner would be the tip of that Peace Monument,

3    and this would be the Pennsylvania Avenue walkway where the

4    officers are standing a bit elevated.  And what you see in

5    front of the officers is the perimeter, a double-bike-racked

6    layer of perimeter, and this is rioters who have -- are now

7    approaching the Capitol grounds.

8    Q.  And just using your finger on the screen, can you do an

9    arrow to where the U.S. Capitol is?

10   A.  Yes.  (Witness complies)

11   Q.  Do you see some of the signs that we discussed in

12   yesterday's testimony about -- I forget exactly what they

13   said.

14   A.  Yes.

15   Q.  Do you see some of those signs we discussed?

16   A.  Yes.  The signs state "Area Closed by Order of the

17   Capitol Police Board."

18   Q.  And can you just circle one or two of those signs?

19   A.  Yes.  (Witness complies)

20          MR. DALKE:  Okay.  And let's continue with this

21   video and then pause at a minute and five seconds.

22          (Video playing)

23   Q.  The radio runs we just heard as part of this exhibit,

24   were those among the radio runs that you heard on January 6,

25   2021?

1    A.  Yes.

2    Q.  Okay.  And looking to where we've paused now at a minute

3    and five into this video, what are we looking at right now?

4    A.  So what we're looking at is off to the left -- I'm

5    sorry, to the right-hand side would be the Pennsylvania

6    Avenue walkway.  So rioters at this point have breached

7    three to four, in some areas, layers of perimeter, whether

8    that be bike racks or snow fencing with signs posted on it.

9    They've now breached through multiple layers.

10         The officers have retreated to what's referred to

11   as the Lower West Terrace.  So on the left side of the

12   Capitol you can see in this photo the stage and then

13   directly in front of the stage.  So they've now retreated to

14   kind of protect more against that building a little bit

15   closer in.

16   Q.  And I just circled at the bottom of the still frame.  Is

17   that the stage that we were talking about yesterday, that

18   inaugural platform that was being constructed?

19   A.  Yes.

20         MR. DALKE:  We're going to continue with this

21   exhibit and play until a minute and 19 seconds.

22         (Video playing)

23   Q.  What time is this particular video taken?

24   A.  2:09 p.m.

25   Q.  At 2:09 p.m. do you see an individual with a gas mask,

1   camo backpack, and dark-colored clothing there?

2   A.  Yes.

3   Q.  Where are these steps located on the Capitol grounds?

4   A.  So if you were looking from the west side at the Capitol

5   building, there are two sets of stairs on either side, the

6   House side and the Senate side.

7           This is the side on the left, which is the north.

8   And those individuals are moving up these Senate steps.

9   Q.  I drew a second line.  If you walked up those steps,

10  where do they lead?

11  A.  That will bring you onto the Upper West Terrace of the

12  Capitol building itself.

13  Q.  And off on the right side of this still frame that we've

14  taken, what was behind this initial group of rioters?

15  A.  Scaffolding, which was placed up, and it was covered

16  with a white covering.  The scaffolding was assisting the

17  construction workers in building out that stage and the

18  press risers where people are seated.

19          MR. DALKE:  And let's continue to play this video,

20  and then pausing at 2:01.

21          (Video playing)

22  Q.  So yesterday we had you mark like "S" and "H" for Senate

23  and House side.

24          Can you tell, looking at this, which side we're

25  on?

1     A.  Yes.  This is the Senate side.

2     Q.  And could you just mark with an "S" kind of which of

3     these -- which portions of this building would be kind of

4     that -- the Senate side where, you know, Vice President

5     Pence was and the senators?

6     A.  Yes.  So on the left and right side of the Capitol,

7     depending on which way you're looking at it, there are what

8     we refer to as wings.  So they're more of a square portion

9     that occupy both ends of the building.

10          So here is the Senate Wing of the building, and

11    this is a connecting hallway here.  On the interior, that's

12    a connecting hallway from the Capitol building in itself to

13    that Senate Wing.

14    Q.  And are there doors there on that connecting wing

15    hallway?

16    A.  Yes.

17    Q.  Are those doors open to the public?

18    A.  They are not.

19          The door -- I'm sorry, there's one door inside

20    that portico here, and that one door is nothing but a fire

21    door for mandatory egress purposes.

22          MR. DALKE:  Okay.  Can we continue playing this

23    video and then pause at three minutes and 58 seconds.

24          (Video playing)

25    Q.  Do you see glass shattering?

1    A.  I do.

2          And this here is the hallway that I had just

3    referred to, so in the center portion, if I may, that is the

4    fire door that I referenced, and the rest is just windows.

5    This is more like a museum-like area of the building.

6          (Video playing)

7    A.  And where the individuals are coming through, that's a

8    window that they have now kicked out and knocked out and are

9    climbing through.

10          (Video playing)

11   A.  And you can see on the right side, again, they're doing

12   the same thing to the windows on the right.

13          And at this point the limited number of officers

14   have moved to the exterior due to the crowds.  And that's

15   not an area we would typically -- we have video there and

16   officers move through that area, but, again, it's not an

17   area open to the public, so at this point there's not many

18   officers in the area.

19   Q.  And here at 2:13 p.m., was this the initial breach point

20   of the United States Capitol?

21   A.  Yes.

22   Q.  And where is this initial breach point of the Capitol in

23   relation to that landing with the urns and kind of those

24   steps up that we saw the group of people rushing up two

25   minutes, three minutes before?

1    A.   Sure.  As soon as you arrive at the top of the steps

2    where we were looking at that, it's perhaps 20 yards behind

3    it.  You're really on the landing of that grounds.

4              So you saw in the video individuals running

5    towards that door.  That was from the point of the top of

6    the steps.  So they went from the top of the steps and ran

7    towards that door.

8    Q.   Did additional breaches occur at new points while the

9    officers were trying to deal with these rioters who got

10   inside as well as the rioters who were on that Upper West

11   Terrace?

12   A.   Yes.

13             MR. DALKE:  Continue to play, and let's pause at

14   4:08.

15             (Video playing)

16             MR. ROOTS:  Your Honor, we just have a continuing

17   objection to all this imagery from inside on the grounds,

18   that Mr. Alberts is not accused of going inside.

19             THE COURT:  Overruled.

20             So moved.  Well, it's already in.  Go ahead.

21   Q.   So we've paused here at 2:48 into the video.  It's 2:42

22   p.m.

23             If you went out these doors, where would they

24   lead?

25   A.   If you walked out these doors here, to your immediate

1    left -- probably no more than 10 or 15 feet -- would be that

2    door that we just saw the breach.  So this door here is on

3    the corner of the wing, so -- it's on the side of the wing

4    that faces the door we were looking at.  So it's like an L

5    shape there.

6    Q.  So it's still the Senate Wing side?

7    A.  Still on the Senate Wing side.  No more than maybe 15

8    yards from the top of the steps.

9    Q.  And if you went out these doors and you went straight or

10   you went right, what would be there?

11   A.  The Senate steps that were shown earlier.

12   Q.  So the same steps going up with the urn that the rioters

13   had moved up?

14   A.  Correct.

15   Q.  So those steps also lead to this door?

16   A.  That's correct.

17   Q.  Was this another breach point of the Capitol that we

18   just discussed?

19   A.  Yes.

20           MR. DALKE:  Let's go ahead and play.

21           (Video playing)

22   Q.  Is this taking us back to the same view that we saw

23   earlier, that Senate Wing Door?

24   A.  Yes.

25   Q.  So this is the same place as the initial breach, we're

1    just approximately 30 minutes later?

2    A.  Yes.

3    Q.  What's happening on the left of the screen?  Where are

4    officers directing the rioters?

5    A.  So on the left of the screen, what you can see is

6    they're attempting to push them back out of the building.

7             So the hallway on the left-hand side, if you

8    looked down that hallway, it would lead you directly to the

9    House Wing of the Capitol.  So there's an unobstructed

10   hallway that goes directly down the center of the U.S.

11   Capitol building.

12            So officers are trying to get rioters out from the

13   left and on the right side, which would lead around a

14   corridor to that other door that was breached just moments

15   ago in the video.

16            MR. DALKE:  We've paused the video at five minutes

17   and 32 seconds.  I've put a blue arrow on the screen on the

18   defended door.

19   Q.  What did we just watch -- while officers were directing

20   people out on the left, what was coming in from that Upper

21   West Terrace?

22   A.  Additional rioters.  There were so many rioters that

23   they would push some out, and more would just pour in.

24   Q.  Based on the video in evidence -- or videos that you've

25   seen and the radio runs that you've heard, at this time,

1    2:48 p.m., were rioters still coming up those steps past

2    those urns and the landing up those steps into the Upper

3    West Terrace?

4    A.  Yes.

5              MR. DALKE:  Let's continue to play the video.

6              (Video playing)

7    Q.  Was the Capitol Police ultimately able to clear all the

8    rioters from the Capitol?

9    A.  Eventually, yes.

10              (Video playing)

11   Q.  Can you mark here with an "S" which is the Senate side?

12   A.  (Witness complies)

13              MR. DALKE:  We've paused at 6:09.

14   Q.  Again, just to orient the jurors, where were those steps

15   with the urns and the landing kind of leading up to the

16   Capitol?  Where would they come out?

17   A.  The steps are right here off on the right side of the

18   photo.  The top of the steps would come out onto this area

19   here where all of the individuals are.

20              Right where the officers that I'm circling are up

21   here, if you look directly to their left is where you would

22   find both of those doors that were breached.

23   Q.  So what's the time stamp on this video here?

24   A.  This is 4:30 p.m.

25   Q.  So is that approximately two hours 20 minutes after that

1    initial breach kind of up those steps, past those urns, and

2    to this area?

3    A.  Yes.

4    Q.  And what's happening at this time at 4:30 at the Capitol

5    within the restricted perimeter?

6    A.  At this time we've gotten support from responding

7    agencies who came in to assist us, which helped us then be

8    able to, in numbers, move people out of the restricted areas

9    and clear them off the perimeter.

10   Q.  You mentioned assistance.  Do you see any MPD or

11   Metropolitan Police officers in this shot right here?

12   A.  Yes.  All of the officers here are a combination of

13   Capitol Police and MPD.  Specifically the ones in the yellow

14   jackets are Metropolitan Police Department.

15   Q.  And so the ones in yellow jackets, the MPD, those would

16   be the ones with the body-worn camera?

17   A.  Yes.

18           And, I'm sorry, but many others.  I just

19   specifically -- many are wearing similar uniforms from the

20   Capitol Police and Metropolitan Police, but distinctively

21   you can see the ones in yellow are with the Metropolitan

22   Police Department.

23   Q.  I apologize if I asked, but the last question --

24           MR. DALKE:  And we can go ahead and play this for

25   the last three seconds.

1             (Video playing)

2    Q.  What are the officers doing at this time?

3    A.  The officers are forming up in numbers to effectively

4    manage a crowd, which is what we would normally do, and

5    they're moving people backwards and moving them off the

6    grounds and off that terrace.

7    Q.  I want to talk briefly about -- more specifically about

8    the West Front.

9             In your role as a captain for the United States

10   Capitol Police, have you become familiar with the crowd

11   size, the movements, and advancement on the West Front of

12   the Capitol on January 6, 2021?

13   A.  Yes.

14   Q.  Have you watched the Capitol Police video from the West

15   Front?

16   A.  Yes.

17   Q.  Have you also watched other surveillance video, body-

18   worn -- some body-worn video and some open source video

19   depicting events on the West Front of the Capitol?

20   A.  Yes.

21   Q.  Are you familiar with a video exhibit that depicts the

22   crowd size and advancement on the West Front of the Capitol

23   on January 6, 2021?

24   A.  Yes.

25   Q.  In that video, can you see the distinctive

1    characteristics of the Capitol grounds, such as Capitol

2    building, monuments, scaffolding, barricades, officer

3    placement, signs, crowd movement?

4    A.  Yes.

5    Q.  Have you reviewed this video prior to coming here to

6    testify today?

7    A.  Yes.

8    Q.  Do portions of this video match up with the Capitol

9    Police surveillance video on the West Front similar to what

10   we've just shown, going up the steps and --

11   A.  Yes.

12   Q.  Has this video been sped up with a time lapse so it's

13   not playing second by second, but it's moving faster than if

14   you normally sat there and watched it for hours?

15   A.  Yes.

16   Q.  Other than being sped up with a time lapse, is the video

17   a true and accurate representation of the crowd size,

18   movement, the advancement on the Capitol grounds as it would

19   have appeared from 200 Constitution Ave. to the northwest of

20   the Capitol building?

21   A.  Yes.

22          MR. DALKE:  Your Honor, we'd move for the

23   admission of Exhibit 213.

24          MR. ROOTS:  Based on the limited foundation, we

25   have no objection.

1          THE COURT:  So moved.

2          MR. DALKE:  So if we could pull up Exhibit 213 and

3    just fast forward it -- or not fast forward, just move it to

4    start to 2:19 into the video and just pause it.

5    Q.  So to orient the jury before we play the video, what are

6    we looking at here?

7    A.  Yes.  So this would be from the 200 block of

8    Constitution Avenue, so actually more or less across the

9    street here from the courthouse along Constitution Avenue

10   looking at the U.S. Capitol building.

11          And what this shows is the Capitol grounds a bit

12   further out.  So in the left center of the photo, you can

13   see Peace statue.  So that's the one that's kind of at the

14   center point of a lot of this.

15   Q.  Could you draw an -- I apologize to interrupt.

16   A.  Sure.

17          This would be the Peace statue, Peace Monument.

18          This here is the 200 block of Pennsylvania Avenue.

19   And so that is between First and Third Street in the west.

20          And then continuing forward here in the photo is

21   the Pennsylvania Avenue walkway that leads up to the area,

22   the steps that are in question right here.

23   Q.  And can you see a little bit of the scaffolding that we

24   discussed yesterday for the inaugural platform and stage?

25   A.  Yes.

1    Q.  And where would that be?

2    A.  So you can see the scaffolding on this area here.  You

3    can see the physical scaffolding on the right.  And then on

4    the left you can see the white cover that was over the

5    scaffolding itself to protect it.

6    Q.  I'm going to direct your attention to one or two things

7    on the screen here.

8            Do you see I put some blue dots there along the

9    screen?

10   A.  Yes.

11   Q.  Did I put the blue dots approximately under little white

12   items?

13   A.  Yes.

14   Q.  Okay.  And what were those white items that I'm putting

15   the dots under, if you know?

16   A.  The white items were the placed "Area Closed" signs "By

17   Order of the Capitol Police Board," and they were placed

18   pretty much every six feet or so along perimeters.

19   Q.  And did those continue off to the left of this video as

20   well?

21   A.  Yes.

22   Q.  And you see -- those "Area Closed" signs, were they just

23   on the exterior of the perimeter, or were they also in

24   multiple layers kind of inside the restricted perimeter as

25   well?

1    A.  They're on multiple layers.  So each layer that had the

2    fencing had signs posted stating the area was closed.

3    Q.  Okay.  And can you also see some of the officers that we

4    had talked about who were on -- within the restricted

5    building -- or, I'm sorry, within the restricted grounds or

6    restricted perimeter on January 6, 2021?

7    A.  Yes.

8    Q.  Could you circle them or identify a couple of them?

9    A.  So in here you can see there's a few of them in that --

10   when I talked about different layers of perimeter, there's a

11   few of them lining in between two layers.

12          MR. DALKE:  Okay.  And, again, realizing this is a

13   time lapse, we're going to press play and then pause at 2:58

14   into the video.

15          (Video playing)

16   Q.  What's occurring here shortly before 1:00 p.m.?

17   A.  Large crowds are coming from the west.  Centered to that

18   fountain area would be the National Mall, and then along

19   Pennsylvania Ave. large crowds were moving into the Capitol

20   grounds.

21          And then at this point rioters have breached

22   multiple layers of the perimeter and have moved their way up

23   to the facade -- I'm sorry, to the lower portion of the

24   stage.

25          MR. DALKE:  We've paused here at 1:04 p.m.

1    Q.  Do you see the crowd amassing along the Lower West

2    Terrace and the inaugural platform?

3    A.  Yes.

4    Q.  Can you identify where those steps with the landing and

5    those urns are?

6    A.  Yes.  So the two urns that were seen in a previous video

7    are right here.  The steps run behind that tree up along the

8    side here.

9              MR. DALKE:  Okay.  We're going to continue to play

10   this time lapse video and pause at 3:28.

11             (Video playing)

12   Q.  Can you see Capitol Police officers up on the

13   scaffolding?

14   A.  Yes.

15   Q.  Are they wearing black?

16   A.  Yes.

17   Q.  Is the crowd size continuing to grow?

18   A.  Yes.  And there are rioters now moving into areas as

19   well.

20             (Video playing)

21             MR. DALKE:  Okay.  We'll just continue to play

22   here.

23             (Video playing)

24   Q.  Do you see individuals there off to the left kind of

25   moving towards that wall?

1   A.  Yes.  Again, that's another layer of perimeter back

2   there that was now breached as well.

3   Q.  Okay.  And here, as we approach the 1:30 p.m. mark, do

4   you see anyone yet -- any rioters on those steps leading up

5   to that landing or that urn?

6   A.  Not yet.  I see a few officers gathering.

7          MR. DALKE:  We're going to continue to play, and

8   then we'll pause at 4:36 into the video.

9          (Video playing)

10  Q.  Is the crowd size continuing to grow?

11  A.  Yes.

12         MR. DALKE:  So now we've paused again.  I think

13  we're around 1:47 p.m.

14  Q.  Has anyone yet kind of approached those steps towards

15  those urns and that landing leading up to the Capitol?

16  A.  Not yet.

17         MR. DALKE:  Okay.  Continue to play and then pause

18  at 4:51 into the video.

19         (Video playing)

20         MR. DALKE:  We've paused the video.  It's now 1:54

21  p.m.

22  Q.  Around this time frame, and maybe a minute or two

23  before, did you see anyone kind of working their way up

24  those steps to those urns and that platform?

25  A.  Yes.  You can see in the area of the lower portion --

1    and, I'm sorry.  May I circle on it?

2    Q.  Of course.

3    A.  In this area you can see multiple flags that rioters are

4    holding as they're moving up those stairs.

5            MR. DALKE:  So let's continue to play, pausing at

6    5:28 into this video.

7            (Video playing)

8            MR. DALKE:  So here we are around 1:55, close to

9    2:00 p.m.

10   Q.  In that hour between that kind of breach of the

11   restricted perimeter and now, had there been a breach up

12   those steps or material advancement towards the Capitol past

13   that scaffolding?

14   A.  Yes.  You can see where they're moving up the stairs,

15   and you can see where they've torn through the scaffolding

16   and are coming from underneath the scaffolding and moving

17   their way out.

18           So you can see the complete destruction of the

19   white covering on the scaffolding, and that's due to

20   individuals who have cut through and are now crawling not

21   just up the steps but through that scaffolding, so -- coming

22   from multiple directions.

23           MR. DALKE:  We've paused here at 2:10 into the

24   video.

25   Q.  Does that correspond with 2:10 p.m. in the prior video

 1    that we saw of those individuals kind of going up the steps

 2    right past those urns?

 3    A.  Yes.

 4    Q.  Okay.  Is this the first time that rioters had direct

 5    access to the Capitol on January 6, 2021?

 6    A.  Yes.

 7    Q.  Okay.  I want you to watch these stairs in particular

 8    for the next 10 to 15 minutes of the time sped-up lapse

 9    after this landing is taken, and then tell the jurors what

10    you see.

11              MR. DALKE:  Can we go ahead and play.

12              (Video playing)

13    Q.  What's happening on those steps where the urn was in

14    that area?

15    A.  So the crowd is all moving up those steps and continuing

16    to breach multiple layers.  They've now made their way up to

17    the Upper West Terrace where those doors that were breached

18    were; and that area, in addition to the closures that were

19    put into effect, in my 24 years that area has never been

20    open.  I've never seen anyone in that area, let alone this

21    many.

22              So at this point the Upper West Terrace, which is

23    always closed off, is now fully occupied along with the West

24    Front that was closed off.  The stairs that are fully a

25    construction -- a clear construction area with scaffolding,

1    tools, is now overtaken by rioters.

2            You can also see, if you look on the left side,

3    where people are physically scaling the side foundation

4    walls from all different areas as well.

5            And on the right side -- I'm sorry -- you can see

6    smoke being deployed to deter people, but it's not deterring

7    anyone.

8    Q.  Those individuals that were scaling, did anyone scale

9    those walls prior to people going up those steps, those

10   landings, and coming around top?

11   A.  Not that I'm aware of.

12           MR. DALKE:  We've paused here now at roughly 2:35

13   p.m.

14   Q.  For the duration of what we've just watched, the past 25

15   minutes, were people constantly moving up past those urns,

16   past that landing, up the steps to the Capitol?

17   A.  Yes.

18   Q.  Of all the people that have reached kind of this Upper

19   West Terrace area, at this time had there been any other

20   kind of major kind of influx of rioters to that area other

21   than up those steps?

22   A.  No.  No.  I mean, other than, as I mentioned, along

23   those steps, what you can't see is under that scaffolding

24   where people were climbing and navigating through there but

25   also to move up those steps.

1    Q.  And if you went under that scaffolding, would you then

2    turn left and still go past those urns and up that landing?

3    A.  Yes.  Yes.

4              MR. DALKE:  Okay.  I think I'm going to show you

5    one last bit of this video, and we're just going to skip it

6    all the way to 13:12 into the video.

7    Q.  And so to reorient the jury, what are we looking at here

8    now?

9    A.  This is the 200 block of Pennsylvania Avenue, and you

10   can tell it's dark now.  And by the time stamp, it says 7:12

11   p.m.

12             Over here on the far top left corner, that would

13   be where the Peace Monument is, and then this is the

14   Pennsylvania Avenue stretch between First and Third Street.

15   Q.  And I drew a little blue rectangle box on the left side.

16   Is that -- right to the left of that, would that be where

17   the Peace Monument was?

18   A.  Yes.

19   Q.  And so the Capitol would have been past that?

20   A.  Yes.  The Capitol would have been off to the far left

21   corner of this.

22   Q.  And are we still on -- we're still looking at Capitol

23   grounds here, this parking lot and this area?

24   A.  Yes.

25   Q.  Do you know what this parking lot's used for by Congress

1     or Capitol Police, like what's its function?

2     A.   Yes.   You can see on the street, it's all delineated

3     with parking spaces.   It's a congressional parking lot.

4     Q.   Can you see any of the --

5          MR. DALKE:   Let's just play this until 13:23.

6          (Video playing)

7     Q.   Do you see some yellow jackets in there, too?

8     A.   Yes.

9     Q.   Okay.   Do you recall what law enforcement group was

10    wearing yellow jackets that day?

11    A.   Metropolitan Police Department.

12    Q.   Have you also reviewed still images that were taken from

13    this video around 1:48 p.m., 1:54 p.m., 2:26 p.m., 3:53

14    p.m., and 7:22 p.m.?

15    A.   Yes.

16    Q.   Are those still images also a fair and accurate

17    representation of the Capitol as it looked on January 6,

18    2021, at those specific times?

19    A.   Yes.

20         MR. DALKE:   Your Honor, we'd move for the

21    admission of Exhibits 214 through 218.

22         MR. ROOTS:   No objection.

23         THE COURT:   So moved.

24         MR. DALKE:   And, again, we're not seeking to

25    publish those at this time.   They're just screenshots of the

1    video that we watched.

2              We can take this exhibit down.

3              THE COURT:  Mr. Dalke, how long do you have?

4              MR. DALKE:  Your Honor, I probably have about ten

5    minutes left with this witness.

6              THE COURT:  Okay.  Why don't we try to finish the

7    direct, okay, before our break.

8              (To the jury) Everyone doing okay?

9              MR. DALKE:  Can we pull up Exhibit 301, and just

10   blow up the top half.

11   Q.  What is this exhibit?

12   A.  This is a photo of the west side of the Capitol and on

13   the northwest.

14             So you can see the wall here, and this is the

15   sidewalk in front of that.  So the stairs would be off to

16   the right that were in question, and this is a sidewalk in

17   that vicinity.

18   Q.  Based on what you see in this video, do you know the

19   date it was taken?

20   A.  Yes.

21   Q.  Okay.  And when was that?

22   A.  January 6, 2021.

23   Q.  And you can see part of the Capitol in this video?

24   A.  Yes.

25   Q.  Can you see a Capitol Police officer in this video?

1    A.  Yes.

2    Q.  Have you reviewed the surveillance videos from the same

3    area around 1:10 p.m. but from a different angle?

4    A.  Yes.

5    Q.  Okay.  And does that line up with this photograph?

6    A.  Yes, it does.

7    Q.  Is this photograph a fair and accurate representation of

8    the scene on the west path near the Capitol scaffolding as

9    it appeared shortly around 1:10 p.m. on January 6, 2021?

10   A.  Yes.

11            MR. DALKE:  Your Honor, we move for the admission

12   of Exhibit 301.

13            MR. ROOTS:  No objection at all.

14            THE COURT:  So moved.

15            MR. DALKE:  We can take it down.

16            Can we bring up Exhibit 405 or, if possible, 404

17   and 405?  We can also do them one at a time.

18   Q.  What is this exhibit that you're looking at now?

19   A.  This is a photograph from the, again, northwest side of

20   the Capitol.  So these stairs would be off on the left, and

21   this is the sidewalk on that Lower West Terrace area off to

22   the Senate side.  So if you were looking from the west at

23   the Capitol, it would be on the left.

24   Q.  Okay.  And based on what you can see in this photo, do

25   you know what date it was taken?

1    A.  Yes.

2    Q.  And when was that?

3    A.  January 6, 2021.

4    Q.  In addition to this photo, have you seen an open source

5    video taken at or near the same time?

6    A.  Yes.

7    Q.  Did they line up with the surveillance video you've seen

8    of this area?

9    A.  Yes.

10   Q.  And can you see Capitol Police in this photograph?

11   A.  Yes.

12   Q.  Is this photograph a fair and accurate representation of

13   the scene on the west path near the Capitol scaffolding as

14   it appeared on January 6, 2021?

15   A.  Yes.

16   Q.  Based on the CCTV video that you've watched, is it

17   approximately around 1:22 p.m.?

18   A.  Yes.

19            MR. DALKE:  Your Honor, we move for the admission

20   of Exhibit 405.  And I'd also ask for the admission of

21   Exhibits 406 and 302, which are essentially the same thing.

22   I'm happy to walk through it, but just to move things along.

23            MR. ROOTS:  No objection.

24            THE COURT:  So moved as to all three.

25            MR. DALKE:  So that's 405, 406, and 302.  And,

1    again, we can take this down.  We don't need to publish to

2    the jury at this time.  We'll use it with a later witness.

3              Can we pull up Exhibit 423.

4    Q.  Do you recognize the area depicted in this Exhibit 423?

5    A.  Yes.

6    Q.  Are you familiar with that area?

7    A.  Yes.

8    Q.  Where is it?

9    A.  This is the initial door that was breached on the Senate

10   Wing.  This was the second door that was breached to the

11   parliamentarian's office.  And this is more or less at the

12   top of the steps that were referred to so far all along.

13             And this would be -- here, this wall, would be the

14   south side of that Senate Wing.

15   Q.  And is this photograph a fair and accurate

16   representation of the scene on the Upper West Terrace of the

17   Capitol as it appeared at approximately 2:12 to 2:15 p.m.?

18   A.  Yes.

19             MR. DALKE:  Your Honor, we'd move for the

20   admission.

21             THE COURT:  Mr. Roots?

22             MR. ROOTS:  No objection.

23             THE COURT:  So moved.

24             MR. DALKE:  Okay.  Your Honor, Exhibits 424 and

25   425 are also photographs from the same area at the same

1   time.  I can walk through the same foundation.  Again, if

2   there's no objection, we could expedite.

3            MR. ROOTS:  No objection.

4            THE COURT:  So moved.

5            MR. DALKE:  That's Exhibits, for the record, 423,

6   424, and 425.

7            And just while we do have Exhibit 423, can we pull

8   that back up.

9   Q.  Just because it's the first time for the jury seeing

10  this, can you mark the two doors that correspond with the

11  surveillance video that we saw of the breaches that occurred

12  after this?

13  A.  Yes.  So this door here under this portico would be the

14  first breach.  It was the Senate Wing corridor.

15           And this door on the left is the parliamentarian's

16  office, which was the second door that was breached.

17           And these two are in close proximity to one

18  another here.

19           MR. DALKE:  We can take it down.

20           One last one, Exhibit 432.

21  Q.  Do you recognize this exhibit?

22  A.  Yes.

23  Q.  Okay.  Do you recognize what date it was taken on?

24  A.  Yes.

25  Q.  Okay.  Is this exhibit a screenshot of another exhibit,

1    which is 315, which is a video?  So Exhibit 432 is a

2    screenshot of an exhibit, video exhibit, 315?

3    A.  Yes.

4    Q.  Okay.  What area is this taken in?

5    A.  This is on the Lower West Terrace at the bottom of the

6    north side steps.

7    Q.  The status of the scaffolding or the condition of the

8    scaffolding and then the riot police there and the presence

9    of the MPD officers in yellow jackets on the scaffolding,

10   what does that tell you about the time of day that this

11   video and photograph were taken?

12   A.  That this was later on in the breach.  You can see the

13   white tarp that has been completely shredded and removed

14   from people climbing.

15   Q.  This photograph as well as the video that it's taken

16   from, are they fair and accurate representations of the

17   scene at the Lower West Terrace of the Capitol as it

18   appeared at that time on January 6th?

19   A.  Yes.

20             MR. DALKE:  Your Honor, we'd move for the

21   admission of Exhibits 315 and 432.

22             MR. ROOTS:  We object to any inference that

23   Mr. Alberts had anything to do with the tearing of that

24   tarp.

25             THE COURT:  So moved.

1          MR. DALKE:  And we can take this exhibit down.

2     Q.  What time did you go home on January 6, 2021?

3     A.  I went home at about 4:00 a.m. on January 7th.

4     Q.  So you didn't go home January 6th.  You went home at

5     4:00 a.m. the next day?

6     A.  Yes.

7     Q.  Why so late?

8     A.  It was a very quick day in the sense of we needed to --

9     again, we were constantly going to reassure that we can

10    solidify the perimeter, and I needed to stay until the

11    conclusion of the vote could occur.

12    Q.  Over your 24 years at the Capitol Police, including your

13    time as a captain, have you covered other demonstrations and

14    events?

15    A.  Hundreds.

16    Q.  In your 24 years of service, have you ever seen anything

17    like you saw on January 6th?

18    A.  Not even close.

19          MR. DALKE:  The Court's indulgence for a minute.

20          (Pause)

21          MR. DALKE:  No further questions.  Thank you.  I

22    appreciate it.

23          THE WITNESS:  Thank you.

24          THE COURT:  Okay.  Ladies and gentlemen, we're

25    going to take our 15-minute morning break.  It's five

 1    minutes to 11:00.  We'll see you back at 11:10.  Okay?

 2              No discussions about the case, no research about

 3    the case.

 4              (Jury exits courtroom)

 5              THE COURT:  You can step down.

 6              THE WITNESS:  Thank you.

 7              MR. DALKE:  And sorry, don't leave.  They have

 8    cross-examination, so don't leave.

 9              (Recess taken)

10              MR. ROOTS:  I think Ms. Jenkins wanted to call the

11    session open or something.

12              THE COURT:  We're back on the record.

13              MR. ROOTS:  Okay.  Just one really quick question.

14    I believe they opened a door to a question about informants.

15    They opened a door with a question like something like did

16    any of these rioters have permission to be inside.  I think

17    that opened the door to the question of undercover officers,

18    undercover agents that were among the protesters, to at

19    least one question.

20              THE COURT:  I don't want to retread this, but in

21    order to ask a question, you have to articulate a valid

22    theory of logical relevance.  All right?  I heard a lot of

23    words, but as I understand it, your theory is that there

24    couldn't -- there was not a civil disorder because the

25    people depicted doing what the government claims is a civil

1      disorder, there were actually among them undercover police

2      officers?  Is that your theory?  And so all of those folks

3      who have come in and pled guilty in this Court to having --

4      to civil disorder were actually police officers?

5              MR. ROOTS:  I don't know if they pled guilty.  I

6      don't believe they have.  I believe -- there's a lot of

7      evidence that there were undercover officers -- by the way,

8      there's evidence of --

9              THE COURT:  And so that negates the fact that two

10     or more people may have engaged in whatever the definition

11     of "civil disorder" is that we've been giving to juries in

12     all of these cases?

13             MR. ROOTS:  It negates it to the extent that --

14     the civil disorder statute is about rioting and control over

15     rioting.  If it was a riot that was largely under control or

16     at least the government had more control than they're

17     letting on, then that's a defense to that.

18             THE COURT:  So what factual basis do you have to

19     pursue a theory that the rioters or the demonstrators or the

20     protesters who turned violent and disruptive were, in fact,

21     undercover officers who were violent and disruptive?

22             MR. ROOTS:  In another case, a companion case, the

23     William Pope case, he has introduced evidence of undercover

24     Metro officers, some of who were armed, by the way, and

25     other cops stopped them and said, "Hey, you're armed."  And

1     they said, "Oh, I'm an informant."  And so the cops said,

2     "Oh, okay."

3               There were armed undercover -- at least 20, there

4     were 20.

5               THE COURT:  And they were engaging in disruptive

6     conduct and violent conduct against their fellow officers?

7     Is that what you're saying?

8               MR. ROOTS:  We don't have evidence of violent

9     conduct.  We do have evidence that they were chanting, "Stop

10    the Steal."  They were chanting, "Whose house?  Our house."

11    They were chanting phrases like that.

12              THE COURT:  Okay.  I just want to make sure I got

13    your theory.

14              He did not open the door.  You can't ask those

15    questions.  Okay?

16              Let's bring the jurors back.

17              And, Counsel, can we go to the phones.

18              (The following is a bench conference

19               held outside the hearing of the jury)

20              THE COURT:  The gentleman in the audience, is he

21    with the government?

22              MR. DALKE:  Your Honor, he is a government

23    employee.  He's the -- to my understanding, he's the partner

24    of the next witness.  I just instructed him not to -- it's

25    an open proceeding, but he can't tell any of the witnesses

 1    anything about what he sees or hears in this space.

 2              If the Court asks to remove him, we can.  I think

 3    he can be here, but --

 4              THE COURT:  Well, if he's not a witness, he can be

 5    here.  Just instruct him not to communicate with any of the

 6    witnesses.

 7              MR. DALKE:  Correct.  That's been done, and he's

 8    not a witness.

 9              THE COURT:  Great.  Thank you.

10              (This is the end of the bench conference).

11              (Jury enters courtroom)

12              THE COURT:  All right.  Please be seated.

13              Welcome back, ladies and gentlemen.

14              Mr. Roots, the floor is yours.

15                         CROSS-EXAMINATION

16    BY MR. ROOTS:

17    Q.  Thank you, Officer.

18              You're a captain?

19    A.  Yes, sir.

20    Q.  Thank you, Captain.

21              MR. ROOTS:  I'd like to play Government's 808.

22    Maybe it's an image, a picture.  It's already introduced.

23    Q.  Do you recognize this picture?

24    A.  Yes.

25    Q.  What time -- this was on January 6th?

1    A.  Yes.

2    Q.  Do you know what time of day?

3    A.  This appears to be sometime before the 1:00 hour.  I see

4    some of the bike racks are intact, and it's daylight.

5    Q.  It looks, from my perspective, that the maybe outer end

6    of the bike rack is open.  Is that true?

7    A.  There is a wall there, so I can't see if it's going

8    around that.

9    Q.  Okay.  Then you also, in your direct testimony, circled

10   the snow fence.  Will you circle the snow fence again.

11   A.  (Witness complies)

12   Q.  And does that appear to be down?

13   A.  Yes.

14   Q.  Is a snow fence designed to -- is that a -- it's called

15   a snow fence because it stops snow from drifting, correct?

16   A.  We utilize it to depict the fact that the area is

17   closed, so to prevent people from moving into any of those

18   areas.

19        And, I'm sorry, we no longer use it.  But during

20   that time, that is what it was used for.

21   Q.  Okay.  Is this the way that this gate would have looked

22   when Mr. Christopher Alberts came through there?

23   A.  I can't tell you.

24        What I can tell you is that they all appear to be

25   intact at this point in time.

1    Q.  Okay.

2              MR. ROOTS:  I'd like to show Government's Exhibit

3    804 again.  That's that aerial photo with the red lines.

4    Q.  These red lines depicted -- I think it's already --

5    you've already said that those red lines are conceptual

6    alone.  They don't actually correspond to any actual

7    concealed fencing?

8              THE COURT:  I'm sorry, Mr. Roots -- thank you.

9    A.  I'm sorry?

10   Q.  Does that red line actually depict actual fencing or

11   walls?

12   A.  This is used to demonstrate where hardened perimeters

13   need to be implemented.

14   Q.  Okay.  But your testimony is that even outside that --

15   even outside those areas is what you called Capitol grounds?

16   A.  Correct.

17   Q.  Okay.

18             MR. ROOTS:  Let's go to 805 again.  That was

19   Government's 805 already in evidence.

20   Q.  Do you recognize this?

21   A.  Yes.

22   Q.  Would you read that -- the all caps, that large printing

23   going upside the side there?

24   A.  Yes.  It says, "MAP SHOWING PROPERTY" -- I'm sorry, I'm

25   trying to read it sideways.

1              But "MAP SHOWING PROPERTIES UNDER JURISDICTION OF

2     THE ARCHITECT OF THE CAPITOL."

3     Q.  It does not say "Capitol grounds," correct?

4     A.  In the large letters that you just asked for, no, it

5     does not.

6     Q.  So someone who came from out of state and who's never

7     visited the U.S. Capitol before wouldn't know to go to this

8     map, would they, to find out what the grounds of the Capitol

9     are?

10    A.  I guess it would depend what they were looking for.

11    Q.  Is this map printed anywhere around the Capitol?

12             For a visitor who comes to the Capitol, would he

13    encounter this map?

14    A.  So if they were coming to demonstrate and acquire a

15    permit, yes, they would.

16             So, again, it would be dependent upon the reason

17    that they were looking for a map.

18             I'm sorry, I don't understand the question.

19             Is this available?  Yes, it is available.

20    Q.  It's available in what?  Online?

21    A.  Yes.

22    Q.  It's available in the office of the Capitol Police?

23    A.  Yes.

24    Q.  But for someone who's visiting the Capitol for the first

25    time, he wouldn't necessarily encounter this map, correct?

1    A.  Again, it would depend what they were looking for and if

2    they were looking for a map.

3             If they were looking for a map, it would be

4    accessible.

5    Q.  Doesn't the phrase "Capitol grounds" have a -- if it --

6    to the extent it has a legal definition, doesn't it also

7    have sort of the common-sense definition?

8    A.  I'm sorry, I don't understand the question.

9    Q.  In other words, when most people think of the word

10   "grounds," they're thinking of the yard of the building,

11   correct?

12   A.  I --

13   Q.  So the grounds of your house would be your yard,

14   correct?

15   A.  I understand the question.

16            I can't speak to what people would assume

17   "grounds" meant.

18            When referred to here, the Capitol grounds is

19   referred to the space occupied and under ownership of the

20   Congress and, therefore, the Architect of the Capitol.

21   Q.  Do you agree that in this map there are areas that are

22   as many as five blocks from the Capitol building that are

23   described as jurisdiction of the Capitol Police?

24   A.  Yes.

25   Q.  And you said those would be Capitol grounds?

```
 1    A.  Correct.
 2              And this may answer the question.  There are signs
 3    posted -- numerous signs posted -- all over the grounds that
 4    indicate that it's congressional grounds or staff parking
 5    for Congress or prohibited items, et cetera.  So I don't
 6    know if that helps answer the question.
 7    Q.  Okay.  There are streets that are within these what you
 8    called Capitol grounds, correct?
 9    A.  Yes.
10    Q.  So if you're driving a car or a bicycle driving
11    through those streets, would you necessarily know you're on,
12    quote -- what you called Capitol grounds?
13    A.  So, again, if you were entering onto the grounds from
14    the streets, there's signage that indicates you're entering
15    onto the grounds.
16              There are physical barricades that are utilized at
17    times that would pop up along avenues.
18              Surrounding the actual buildings themselves, there
19    are numerous barricades with signs posted stating that it's
20    Capitol grounds.
21              So it would be very dependent upon what area
22    you're referring to.
23              But yes, throughout the Capitol Complex or Capitol
24    grounds, you would see numerous signs indicating that it
25    was, again, congressional parking, what the prohibited items
```

1    were, what you can and can't bring inside of those areas.

2    So it would, again, be dependent upon what the individual

3    was looking at.

4    Q.  Are you familiar with a building called the Labor

5    Department building?

6    A.  Yes.

7    Q.  Could you maybe circle that on that map there?

8    A.  Yes.  I believe the Labor would be here, and that was

9    where the video was taken from.  (Indicating)

10   Q.  So if someone was in a parking area -- I don't know if

11   I -- I'll try to circle.

12            Do you see where I circled there?

13   A.  I do.

14   Q.  If someone was in that parking yard, they would be

15   closer to the Labor building, wouldn't they, than the

16   Capitol building?

17   A.  The physical structure of the building, yes.

18   Q.  Okay.  But how would they know they're not in the

19   grounds of the Labor building?

20   A.  So, again, pretty consistently throughout the grounds

21   you will see -- so where I'm drawing a yellow line here, you

22   will see signs that indicate that it's staff parking.

23   You'll see signs that indicate prohibited items.  You'll

24   see -- there's numerous signage posted throughout, all

25   different types.

 1              There are physical officers that are pretty

 2    consistently standing in the street there, because another

 3    mechanism where it's indicated that you are on Capitol

 4    grounds is there is a restriction for trucks.  So there are

 5    officers posted throughout the perimeter of the grounds that

 6    would flag trucks off who are not authorized to come into

 7    those grounds.

 8              So, again, it would be dependent on what you were

 9    looking for.

10    Q.  Okay.  So your testimony is that even today there are

11    officers there in that area?

12    A.  Yes.

13    Q.  If you're driving a truck in there, that they would tell

14    you that you're on the Capitol grounds?

15    A.  That's correct.

16              MR. ROOTS:  I'd like to pull up Exhibit 820.  This

17    was already shown.  These were the signs, 820.

18    Q.  Do you agree that that sign is brown and white?

19    A.  Yes.

20    Q.  And that's consistent with signs such as National Park

21    Service, museum, those kinds of signs?

22    A.  I can't speak to that.

23    Q.  Visitor's Center, brown?

24    A.  That sign -- there are numerous ones, that particular

25    sign, that are posted around the grounds.

1   Q.  Most warning signs, warning or alert-type signs, would

2   be different colors.  Would you not agree?

3   A.  I think it would be, again, dependent on what you were

4   looking for.  So often we do also display different large

5   boards that have flashing lights, depending on what it's

6   for.

7            These are permanently affixed signs that have been

8   there, and they are all around the grounds.

9   Q.  Have you ever seen, for example, a "No Smoking" sign in

10  brown like that with white trim?

11  A.  I am not aware of a "No Smoking" sign on the grounds.

12  Q.  If there's a warning or announcement or alert sign,

13  those would generally be in yellow or orange, wouldn't they?

14  A.  Not necessarily.

15  Q.  You would agree that the -- for example, the National

16  Park Service, when they have a sign that says "Visitor's

17  Center to the left," it would be in brown and white similar

18  to this?

19  A.  I actually can't speak to what the signage looks like

20  outside of national parks or grounds.  I'm not certain.

21  Q.  Okay.  Another question:  When was that picture taken?

22  Do you know?

23  A.  I do not.

24            What I can tell you, and you can see from the

25  screws when you zoom in, is that those signs are not new.

 1     They've been there for quite some time.

 2               MR. ROOTS:  I'd like to bring up 809, which was

 3     shown.

 4     Q.  This is a picture of I think what you referred to as the

 5     first breach, correct?

 6     A.  Yes.

 7     Q.  Do you see that sign on that fence?

 8     A.  I do.

 9     Q.  Does it appear that the sign has been torn or ripped?

10     A.  Yes.

11     Q.  And that sign is made of what?  Paper?

12     A.  No.  It is actually a fairly thick -- and forgive me for

13     not knowing the word, but almost a heavy cardboard; but

14     thick in nature where it was probably sliced because you

15     can't really tear it.  Perhaps you can stick a knife in it

16     and tear it that way.

17               So I'm not -- I can't speak to how it was torn,

18     but they are pretty durable thick signs throughout.

19     Q.  And it appears to be affixed to that fence or bike rack

20     with zip ties, correct?

21     A.  Yes.

22     Q.  So it doesn't appear to be a permanent-type sign?

23     A.  Correct.

24     Q.  In all your years with the Capitol Police, have you

25     been -- did you ever notice people moving signs -- I'm

1   sorry, moving these bike-rack-type fencing at all?

2   A.  No.

3   Q.  Joggers or visitors never ever move a sign?

4   A.  No.

5   Q.  Or, I'm sorry, move a fence?

6   A.  No.

7   Q.  And is this the -- was that -- to your knowledge, was

8   that fencing in place when Mr. Alberts came through that

9   area?

10          MR. DALKE:  Objection; lack of foundation.

11          THE COURT:  To the extent you know.

12   A.  No, I don't know.  I'm sorry.

13   Q.  If I could ask another question?

14          MR. ROOTS:  806, let's bring up 806.

15   Q.  Do you recognize this picture?

16   A.  Yes.

17   Q.  So I think you called that wall the Olmsted wall?

18   A.  Yes.

19   Q.  And do you have any idea who this gentleman is with his

20   arms on the wall?

21   A.  No.

22          MR. ROOTS:  I'd like to show an exhibit we have

23   prepared, which is 257.  This would be Alberts Exhibit 257.

24   Q.  Do you recognize that individual in the middle

25   photographs there?

1    A.  I recognize in the photo on -- yes, that is similar to

2    the photo that was just displayed.

3    Q.  It looks like the same individual?

4    A.  From behind, yes.

5           MR. ROOTS:  Okay.  I would like to show Alberts

6    Exhibit 258.

7           MR. DALKE:  Objection to hearsay, Your Honor.

8    It's one thing to show the photos, but the text --

9           THE COURT:  It hasn't been moved.  Are you seeking

10   to admit it?

11          MR. ROOTS:  Yes, I would like to -- actually, I

12   would like to move for admission without the text on it.

13          THE COURT:  Okay.  Do we have a redacted version?

14          MR. ROOTS:  One second, thank you.

15          (Pause)

16          THE COURT:  Perhaps we could move on and circle

17   back to that one.

18          MR. ROOTS:  Yes, we can move on to Alberts

19   Exhibit 258, which would make the same point without any

20   text.  258.

21   Q.  Does that individual there look like the same individual

22   that had his arm on the wall?

23   A.  I can tell you that the colors are the same, but the

24   photo from -- the initial photo was from behind.  So the hat

25   and the jacket appear to be the same colors.

1    Q.  Do you have any knowledge of who this individual is?

2    A.  I do not.

3    Q.  Could he have been a government employee of some kind?

4              MR. DALKE:  Objection, Your Honor.

5              THE COURT:  Sustained.

6    Q.  Well, from the perspective of someone who saw this

7    image, how would they know if this person is or is not a

8    government employee?

9              MR. DALKE:  Your Honor, objection, and maybe a

10   sidebar?

11              (The following is a bench conference

12               held outside the hearing of the jury)

13              MR. DALKE:  Your Honor, he's clearly ignoring your

14   instructions and not listening to anything you have to say.

15              THE COURT:  Okay.  Mr. Roots?

16              MR. ROOTS:  Not true, Your Honor.  I'm showing

17   that this same individual -- the point I'm making is that

18   Mr. Alberts or anyone really could have seen this person

19   rolling up fencing and would potentially recognize that the

20   place is not unauthorized.  It has nothing to do with

21   whether or not he's --

22              THE COURT:  Well, it doesn't matter who the person

23   is.  If you want to make the point that someone could have

24   taken down the fencing before Mr. Alberts arrived, that's

25   fine.  But it doesn't matter who the person is doing it.

1    Okay?

2              And it's also beyond the scope because the

3    government did not focus on who the identity of the person

4    was in the photograph.  It only focused on the sign.  Okay?

5              MR. ROOTS:  Okay.  I would like to make the point

6    that...

7              (This is the end of the bench conference)

8    BY MR. ROOTS:

9    Q.  Okay.  So when someone comes upon fencing that is being

10   rolled up, would they have --

11             MR. DALKE:  Objection to the characterization of

12   the exhibit.

13             THE COURT:  Why don't we lay the foundation for

14   the admission of the exhibit first, and then you can ask her

15   whether it depicts something that you think it depicts.

16   Okay?

17             So let's get it in.

18             MR. ROOTS:  Okay.  So, Your Honor --

19             THE COURT:  Ma'am, is this the fencing that you

20   testified to in your direct examination?  Does it appear to

21   be?

22             THE WITNESS:  Yes.

23             THE COURT:  All right.  Any objection to the

24   admission based on the Court's instructions?

25             MR. DALKE:  No, Your Honor.

```
 1                    THE COURT:  Okay.

 2                    MR. ROOTS:  We move for admission.

 3                    THE COURT:  So moved.

 4             And just for the record, which number is this?

 5     Defense 258?

 6                    MR. ROOTS:  258.

 7                    THE COURT:  Defense 258 is in evidence.

 8             Okay.  You can question the witness about the

 9     photo.

10     BY MR. ROOTS:

11     Q.  So when someone comes upon a fence that's being rolled

12     up --

13                    BMR. DALKE:  Objection to the characterization.

14                    THE COURT:  Sustained.

15             Ma'am, does it appear to you that this person may

16     be rolling down the fence somehow?  Is that your impression

17     of this photograph?

18                    THE WITNESS:  I'm not able to tell.  It appears he

19     has his hands above it.  I can't make out what he's doing,

20     whether he's just, again, pushing up against it or moving

21     it.

22                    THE COURT:  Move on, Mr. Roots.  You can make that

23     argument in closing.

24     Q.  Okay.  At the beginning of your direct -- that would

25     have been yesterday -- I believe you said that when Congress
```

1    is in session there can be hundreds or up to a couple

2    thousand people inside the Capitol, correct?

3    A.  It would be dependent on the given day.  If the building

4    were open to the public, if staff were working in there, it

5    would be dependent on the given day.

6    Q.  And those thousands of people on a given day, when there

7    are thousands, they wouldn't disrupt or obstruct the

8    workings of the U.S. Congress, would they, by being there?

9    A.  It's dependent upon what they're doing, what their acts

10   are.

11          If they are on an open tour, and they are in

12   limited restricted areas, perhaps not.

13          If they are moving into restricted perimeters,

14   specifically when the building is closed, yes, quite the

15   disruption.

16   Q.  So on any given day there might be thousands of people

17   in the hallways, and that doesn't necessarily disrupt

18   Congress?

19   A.  If, in fact, they were in the areas of -- perhaps on an

20   approved tour in the Visitor's Center, in limited areas,

21   potentially.

22   Q.  And you agree that on January 6th, even at the height of

23   protesters inside the building, there were never more than a

24   couple of thousand inside the hallways at a time?

25   A.  I can't speak to the number, but there were a lot of

1    people inside the building who were unscreened and in

2    restricted areas and chanting, all of which would have been

3    arrestable offenses on their own, let alone in the form of a

4    riot.

5              MR. ROOTS:  Objection.  I'll just say that that's

6    a legal conclusion.

7              Please answer my questions.  If you could, just

8    answer the questions.

9              MR. DALKE:  Your Honor, he can't object to his own

10   witness.

11             THE COURT:  Understood.

12             Ma'am, try to listen to the question and answer

13   the question posed.  Okay?

14             THE WITNESS:  Yes, Your Honor.

15             THE COURT:  Thank you.

16   Q.  You agree that at no time on January 6th was a single

17   member of Congress ever even in the same room as a single

18   protester?

19   A.  No, I don't agree to that statement.

20   Q.  You have no information regarding that, do you?

21   A.  I believe video footage was presented of members moving

22   in the same corridors at the same time.

23   Q.  I asked in the same room.

24             Do you agree, for the record, at no time was a

25   single protester ever in the same room -- please answer yes

1    or no -- as a single member of Congress?

2    A.  I cannot speak to that.  I am not aware of that.

3    Q.  Okay.  Thank you.

4         Do you agree that the U.S. House Chamber was never

5    breached on January 6th, correct?

6         The Senate Chamber was breached.  You agree,

7    correct?

8    A.  There were, in fact, events that occurred on the House

9    floor -- in the area of the House floor that would be --

10   Q.  That was not -- please answer my question.

11        MR. ROOTS:  Your Honor, could you direct the

12   witness to answer my question.

13        THE WITNESS:  Sir, I'm trying to.

14        THE COURT:  Ma'am -- why don't you rephrase the

15   first question.

16   Q.  The U.S. House chamber was never breached on January

17   6th; isn't that true?  Yes or no.

18        THE COURT:  And if you need to explain your

19   answer --

20        THE WITNESS:  Yes.  Let me go ahead and explain my

21   answer.

22   A.  There were breaches on portions of the surrounding House

23   floor, which is making your question -- which I'm trying to

24   answer your question.  But where the House floor is, there

25   are restricted areas just surrounding that House floor that

1    lead you to the House floor that were, in fact, breached.

2            Does that -- and I hope that answers.

3    Q.  So hallways -- the hallways around the House Chamber?

4    A.  No; corridors, rooms in connection.

5            So we would, in fact, consider that a breach of

6    the House floor.  I would.

7    Q.  You would consider a breach of the corridor to be a

8    breach of the House Chamber?

9    A.  No.

10           Again, so as I mentioned, there are rooms that are

11   connecting that --

12           THE WITNESS:  And I'm sorry, sir, I'm trying to

13   not --

14           THE COURT:  You're fine.

15           THE WITNESS:  -- go into any security detail.

16   A.  But nonetheless, there are rooms that are connecting to

17   the House floor that were, in fact, breached.

18           So, in turn, I would consider that personally a

19   breach of the House floor.

20   Q.  Okay.  There were congressmen inside the House Chamber,

21   correct, members of Congress?

22   A.  At a point in time, yes.

23   Q.  And they never once had a protester rush into the House

24   Chamber?

25   A.  Not that I'm aware of.

1    Q.  And the House Chamber is the larger chamber compared to

2    the Senate, correct?

3    A.  Seating-wise, yes.

4    Q.  The House Chamber is where they have joint -- so called

5    joint --

6    A.  Yes.

7    Q.  -- proceedings when the two houses get together?

8    A.  Yes, that's correct.

9    Q.  Never breached on January 6th?

10   A.  Which part?

11   Q.  The House Chamber where Congress meets in that -- the

12   large room?

13   A.  So we're excluding the rooms that connect the -- so, in

14   other words, if we were looking at this, and you were

15   referring to this courtroom as the floor, and there were

16   connecting rooms similar to the exterior of right inside

17   those doors, if you were referring to this limited area that

18   we're inside of right now, no.

19   Q.  Okay.  You testified that in your experience, the 20-

20   plus years you've been there, that restrictions have

21   increased since that time or --

22   A.  Yes.

23   Q.  -- in that time?

24          So at one time people had more access to the

25   Capitol than they do today?

1    A.  Yes.

2    Q.  How close, under your interpretation of all these rules,

3    can a protester get to the U.S. Capitol building complying

4    with all the rules you say are in place?

5    A.  Can you be specific to which area of the Capitol?  Would

6    you like me to talk about the east side, west side, and

7    north and south?

8    Q.  Well, let's talk about the west side.

9    A.  Okay.

10   Q.  How close could a protester get to the west side of the

11   Capitol under your construction of these rules?

12   A.  I'm sorry, but if you can clarify just the "construction

13   of these rules."  I don't -- I'm not certain what you're

14   referring to.

15           Are you just referring to if today somebody went

16   to the Capitol, or prior to January 6th if they went to the

17   Capitol, where they would be able to walk up it to

18   unobstructed and without barriers?

19   Q.  Well, let me ask a little bit -- some background.

20           Are you familiar with past protests at the

21   Capitol?

22   A.  Yes.

23   Q.  You're aware there has been a grand history of protests

24   at the U.S. Capitol?

25   A.  Yes.

1    Q.  Hundreds of different protests over the years?

2    A.  Yes.

3    Q.  And there has been litigation over those protests?

4    A.  Yes.

5    Q.  And you're aware of a case called *Jeannette Rankin*

6    *Brigade vs. Capitol Police*, 1972?

7    A.  No.

8              MR. DALKE:  Objection, Your Honor.

9              THE COURT:  Sustained.

10   Q.  Have the Capitol grounds near the Capitol normally been

11   accessible to demonstrations and protests?

12   A.  Yes.  Around the grounds of the U.S. Capitol building,

13   there are clearly identified areas that are -- individuals

14   would be able to apply for a permit, and that goes back to

15   the map you were referring to.

16              If someone wanted to demonstrate on Capitol Hill,

17   they have -- through the Internet and through phone numbers,

18   they can contact to request a specific area and would be

19   given all the boundaries of where they can do that.

20   Q.  But people are not required to get a permit to march on

21   the sidewalks or to walk in a demonstration around the

22   Capitol?

23   A.  Marches on Capitol grounds are not permitted.

24   Q.  Under no circumstances could anyone ever, in protest,

25   march on Capitol grounds?

1    A.  It would depend on the number of people and whether it

2    were declared a protest.

3           But marches in general are not permitted on the

4    Capitol grounds.

5    Q.  Is protesting allowed on the sidewalks?

6    A.  Not on the sidewalks --

7           MR. DALKE:  Objection; calls for a legal

8    conclusion, beyond the scope.

9           THE COURT:  Overruled.

10   Q.  Is protesting allowed at the Capitol?

11   A.  On the grounds of the Capitol, yes.  There are several

12   areas that are reserved for the ability of a group to file

13   for a permit and be able to utilize that ground to have a

14   demonstration.

15   Q.  Do you agree that the purpose of a protest is to have

16   your voice heard by policy makers inside?

17   A.  We have numerous -- we have -- so yes, I would say

18   that's a fair statement.  Yes.

19   Q.  So you would agree that if a protester who wanted to

20   petition for redress of grievances was held to a place

21   thousands of feet from the building, it would be impossible

22   to have his voice heard, correct?

23   A.  I'm sorry.  So if they were thousands of feet from the

24   building, could their voice be heard from inside the

25   building?

1    Q.  Yes.

2    A.  Probably not.

3    Q.  Did the people who came to protest on January 6th have

4    legitimate election concerns about the presidential

5    election?

6              MR. DALKE:  Objection, Your Honor.

7              THE COURT:  Sustained.

8    Q.  Was there -- did there -- as far as you know, did the

9    protesters voice any reasons for what they were protesting

10   about?

11   A.  Yes.

12   Q.  You're aware that many Americans thought that the 2020

13   presidential election had some problems?

14   A.  Am I aware of that?  Yes.

15   Q.  You're aware that there were senators and congressmen

16   who also shared that opinion, correct?

17             MR. DALKE:  Objection; relevance, jury

18   nullification.

19             THE COURT:  Sustained.

20   Q.  Let me ask this question:  If a Congressman was seeking

21   to --

22             MR. DALKE:  Objection.  Same objection.

23             THE COURT:  Let him finish the question.

24   Q.  If a Congressman were seeking to have a hearing over

25   election concerns, would that be improper?

1    A.  If a Congressman were opting to have a hearing for

2    election concern -- no, that would not be improper.  That

3    would be routine business through the Congress.

4    Q.  And it would be normal for a member of Congress to

5    receive information back and forth from the citizenry?

6    A.  For a member of Congress to speak to their constituents?

7    Yes, that would be very reasonable.

8    Q.  You talked about explosions.  There was some talk about

9    explosions.  Do you recall that?

10   A.  Yes.

11   Q.  And you talked about how fearful you were.  Do you

12   recall that?

13   A.  No.  I recall that it was difficult to be in a situation

14   and not be in the vicinity of the Capitol West Front.

15   Q.  You indicated that you had maybe members of your family

16   that were also working there?

17   A.  Yes.

18   Q.  Isn't it true that all the explosions on January 6th,

19   every single one of them, came from law enforcement, not

20   from any protester?

21   A.  No.

22   Q.  Law enforcement were using flash bang explosives on the

23   grounds, correct?

24   A.  Yes.

25   Q.  There's an old rule that, when cross-examining a hostile

1    witness, you should never ask the question that you don't

2    know the answer to.  But I'm going to ask this question --

3              MR. DALKE:  Objection, Your Honor.

4              THE COURT:  Sustained.

5    Q.  Do you know of a single explosion that came from a

6    protester?

7    A.  There was a call over the radio that indicated a cherry

8    bomb had just gone off.  So whether it was -- I know that

9    the Capitol Police do not carry cherry bombs, so it led me

10   to believe, from my location --

11   Q.  Okay.  Okay.  A cherry bomb is a firework that people

12   set off on the Fourth of July?

13   A.  Correct.

14   Q.  Okay.  Now, these pipe bombs, you were the officer in

15   charge of investigating pipe bombs?

16   A.  I was the incident commander who was responsible for

17   maintaining the perimeter around the pipe bombs.

18   Q.  And just to be clear, those were not at the U.S.

19   Capitol?

20   A.  Correct.  They were just outside of the U.S. Capitol

21   grounds, so at the Republican National Committee, which is

22   directly next to the Madison Building of the Library of

23   Congress.

24   Q.  Have you followed up on that investigation?

25             MR. DALKE:  Objection; relevance, outside the

 1     scope.

 2              THE COURT:  Sustained.

 3     Q.  Have you seen the footage that's been released publicly

 4     regarding the so-called pipe bombs?

 5              MR. DALKE:  Objection; relevance, outside the

 6     scope.

 7              THE COURT:  Sustained.

 8              Move on.

 9     Q.  You and the prosecutors repeatedly used the word "riot"

10     and "rioters" as opposed to "demonstrators" or "protesters."

11     Have you ever heard the phrase "reading the riot act"?

12     A.  Yes.

13     Q.  And that's because in the old days, in Colonial days, or

14     even today, it's required that an official announce to the

15     protesters that they are under the riot act and are subject

16     to arrest, correct?

17     A.  I'm not familiar with that idiom, where it originated.

18     Q.  Do you recall hearing any announcement that protesters

19     would be subject to any arrest on the Capitol grounds?

20     A.  I don't know over the radios if that was used.  I know

21     arrests were made.  I don't know what announcements were

22     made over the actual radio regarding arrests.

23     Q.  You discussed the other law enforcement agencies that

24     were coming in to aid you at the Capitol.  Do you recall

25     that?

1    A.  Yes.

2    Q.  And these agencies -- could you list some of the

3    agencies that were responding?

4    A.  So the Metropolitan Police Department, the Park Police,

5    I believe Virginia State Police, Maryland State Police, New

6    Jersey State Police, Montgomery County, Maryland.  And, I'm

7    sorry, I know there's several more, but I can't --

8    Q.  Okay.  Well, let me ask this.  They were not blocked

9    from entering the Capitol, were they?  They could come in --

10   they could leave and come as they wanted?

11   A.  Once they approached checkpoints of raised barricades,

12   they were validated and moved in to where they needed to be.

13   Q.  So they were -- the Capitol was never under, quote,

14   siege, was it?

15   A.  I would call it under siege, yes.

16   Q.  "Siege" means blockaded.  It means blocked.  It means

17   trapped inside.  Correct?  You would agree?

18   A.  I'm really trying to answer, but when you -- who --

19   someone was trapped inside?

20   Q.  There was never a time when law enforcement was blocked

21   from entering or leaving, was there?

22   A.  No.  I would say -- if you -- no, there were different

23   areas that officers can move and get out of the building,

24   yes, unless they were trapped inside specific areas.

25               There was an area on the west side of the Capitol

1    where there were numerous officers that were somewhat

2    trapped in there.  I don't know if that's --

3    Q.  Okay.  All right.  A siege -- when a castle is under

4    siege, that means all goods, all people, are stopped from

5    going in or out.  Would you agree?

6    A.  Would I agree that all people were stopped from going in

7    and out of the Capitol?

8    Q.  Yes.

9    A.  Is that the question?  No.

10   Q.  Let's talk about this tarp around the scaffolding.

11   There were images shown of some tarp that was torn.  Do you

12   recall that?

13   A.  Yes.

14   Q.  Isn't it true that some law enforcement officers were

15   cutting that tarp for different reasons?

16            MR. DALKE:  Objection; lack of foundation.

17            THE COURT:  I'll allow that question.

18   A.  I'm not aware.

19            MR. ROOTS:  The Court's indulgence one second.

20            I'd like to play Exhibit 301.  It's a picture.

21            THE COURT:  Is this Defense 301?

22            MR. ROOTS:  Government 301.

23            THE COURT:  Government 301, okay.

24            MR. DALKE:  It's been admitted, Your Honor.

25            THE COURT:  Great.

1    Q.  Do you recall this image?

2    A.  Yes.

3    Q.  And this appears to show the defendant, Mr. Alberts, on

4    January 6th?

5    A.  Yes.

6            MR. ROOTS:  I'd like to bring up an exhibit --

7    Q.  I believe this is a still from a video.  Would you

8    agree?

9    A.  Yes.

10           MR. ROOTS:  I'd like to bring up Exhibit Alberts

11   259, if I could.

12           MR. DALKE:  Your Honor, I don't think this exhibit

13   has yet been admitted.  I think we need some foundation

14   before we play it.

15           MR. ROOTS:  This shows the same scene from the

16   same vantage.

17           THE COURT:  Hold on.

18           MR. ROOTS:  Just a few seconds of it, really.

19           THE COURT:  Any objection?

20           MR. DALKE:  I think the phone might be best.  I

21   think it's improper.

22               (The following is a bench conference

23                held outside the hearing of the jury)

24           MR. DALKE:  So, Your Honor, I'm not sure what

25   exhibit he's showing.  If it's the exhibit I think it might

1    be, I think it's hearsay.  So basically it's trying to use

2    this exhibit to have the defendant's own words being played,

3    which is not admissible.  It's hearsay.

4              MR. ROOTS:  That is not true, Your Honor.  It's --

5    we're really just going to show it for the image itself.

6              THE COURT:  All right.  Well, don't play the

7    volume.  Can we do it without the volume?

8              MR. DALKE:  Could we do it without the volume just

9    for the witness?

10             THE COURT:  But then we can't scrub the volume

11   when it goes back to the jury.

12             MR. DALKE:  Well, I think it's the foundation.  I

13   don't think they've laid any foundation for this exhibit

14   yet.

15             So could we play it without volume for the

16   witness?  And we can then edit it later, and it can go back

17   to the jury without volume down the road.

18             THE COURT:  I think that's the way to go.

19             (This is the end of the bench conference)

20             MR. ROOTS:  Okay.  I'd like to, for the witness,

21   roll Alberts 259.

22             (Video playing)

23             MR. ROOTS:  We can stop it there.

24   Q.  Okay.  Captain, would -- this, what you've just seen, is

25   part of the same setting and scenery -- scene and

 1    circumstance of that Exhibit 301 that we just saw?  Same
 2    scene?
 3    A.  It appears to be in the same location, yes.
 4    Q.  Okay.
 5              MR. ROOTS:  I'd like to offer this for admission.
 6              THE COURT:  Any objection without the audio?
 7              MR. DALKE:  I think it's fine to play without
 8    volume, Your Honor.  No objection.
 9              THE COURT:  Very well.  So moved.
10              And presuming we can edit it to omit the audio
11    when it goes back to the jury.  I assume we have that
12    capability.
13              MR. ROOTS:  Okay.  I'd like to play Alberts 259
14    from the beginning.
15              (Video playing)
16              MR. ROOTS:  And we can stop it there.
17              Let the record show that we played just the first
18    I don't know how many seconds.
19              We just played the first 15 seconds --
20              MS. LAMBERT:  12 seconds.
21              MR. ROOTS:  First 12 seconds.
22    Q.  Okay.  Captain, do you agree that it appears that
23    Mr. Alberts was breaking up a conflict --
24              MR. DALKE:  Objection to characterization.  You
25    can ask her what did she see.

1          THE COURT:  Well, she's on cross.

2          You can ask her what you think it depicts and

3     whether she agrees with you.

4     Q.  Do you agree that it looks like Mr. Alberts was breaking

5     up a conflict between a protester and a law enforcement

6     officer?  Correct?

7     A.  What it looked was Mr. Albert --

8     Q.  Please answer the question.  Please.  I beg you.  I know

9     you want to add more narrative.

10         THE COURT:  She can clarify her answer, sir.  You

11    asked her whether she agrees, and she wants to explain.

12         So go ahead.

13    A.  What I saw was the defendant placed his arm on the

14    individual with the red hat and kind of move him away, hold

15    a brief conversation -- I can't tell what they said -- and

16    that was what I saw in that clip.

17    Q.  Okay.  Thank you.

18         MR. ROOTS:  I have no further questions.  Thank

19    you so much.

20         THE WITNESS:  Thank you.

21         THE COURT:  Mr. Dalke.

22         MR. DALKE:  I want to cover just four things

23    briefly.  The first relates to Capitol grounds.

24         Could we pull up Exhibit 825?  It's not yet been

25    admitted, so just to the witness.

1          Okay.  And can we blow up the title and Subsection

2     A.

3                    REDIRECT EXAMINATION

4     BY MR. DALKE:

5     Q.  Are you familiar with this statute, 40 USC 5102?

6     A.  Yes.

7     Q.  Okay.  Does it define the United States Capitol grounds?

8     A.  Yes.

9     Q.  Okay.  Starting with -- actually, could you just read

10    the first sentence there?

11    A.  Yes.  "Legal description - the United States Capitol

12    grounds comprises all squares, reservations, streets,

13    roadways, walks, and other areas as defined on a map

14    entitled 'Map showing areas comprising United States Capitol

15    grounds.'"

16    Q.  And then is that map approved by a particular entity in

17    the next line?

18    A.  Yes.  It's dated June 25, 1946, and "Approved by the

19    Architect of the Capitol and recorded in the Office of the

20    Surveyor of the District of Columbia in book 127, page 8,

21    including all additions added by law after June 25, 1946."

22    Q.  So you take a map from 1946 as the Capitol grounds, and

23    then any additions added by law after that date?

24    A.  Yes.

25    Q.  And that's your Capitol grounds?

1    A.  Yes.

2    Q.  Okay.

3          MR. DALKE:  Can we bring up Exhibit 826.  And can

4    we blow up Subsection -- maybe the top half down to

5    Subsection 4.

6    Q.  And is this Public Law 96-432?

7    A.  Yes.

8    Q.  This was passed by Congress in 1980?

9    A.  Yes.

10   Q.  Okay.  And does it read, "Relating to amending the

11   Capitol grounds for a list of additional areas and portions

12   of streets"?

13   A.  Yes.

14   Q.  And what is the fourth area that is listed as an

15   addition of the Capitol grounds as of 1980?

16   A.  "The portion of Pennsylvania Avenue Northwest from the

17   west curb of First Street Northwest to the curb of Third

18   Street Northwest."

19   Q.  Thank you.

20         MR. DALKE:  Can we take this down and bring back

21   up Exhibit 805, which has been admitted, and show it to the

22   jury.

23   Q.  The descriptor that we just read in those two legal

24   statutes, was that the Pennsylvania Avenue that you just

25   described?

1   A.  Yes.

2   Q.  Okay.  Was that within Capitol grounds since at least

3   1980?

4   A.  Yes.

5   Q.  Okay.

6           MR. DALKE:  Can we blow up the legend portion of

7   this map in the lower right-hand corner.

8   Q.  What color is indicated as Capitol grounds in this

9   Architect of Capitol map?

10  A.  Green.

11  Q.  So everything in green is part of the Capitol grounds?

12  A.  Yes.

13          MR. DALKE:  You can take it down.  Thank you.

14  Q.  Based on everything you've seen and heard, watched,

15  about January 6th and your role as a captain for the United

16  States Capitol Police, would it have been possible to get to

17  the Lower West Terrace near the scaffolding shortly after

18  1:00 without seeing multiple layers of barricades, signs,

19  and police?

20          MR. ROOTS:  Objection; speculation.

21          THE COURT:  Time frame?

22          MR. DALKE:  Shortly after 1:00.

23  Q.  So would it have been possible to get to the Lower West

24  Terrace area near that scaffolding, that west path that's

25  coming in, below that landing with the urns, would it have

```
 1     been possible to get there --

 2               MR. ROOTS:  Objection; speculation.

 3               THE COURT:  Overruled.

 4     Q.  -- at or around 1:00 p.m. without seeing at least some

 5     of the or all of the multiple rounds and layers of

 6     barricades and signs and police?

 7     A.  No.

 8     Q.  Based on your experience, was January -- personal

 9     experience, was January 6, 2021, a riot?

10     A.  Yes.

11     Q.  Have you ever had an event in your 24 years with the

12     Capitol Police where you had police called in from New

13     Jersey and Maryland and Virginia and National Guard to come

14     to the Capitol?

15     A.  Never.

16     Q.  Have they ever had to have been called to come to defend

17     the Capitol?

18     A.  Never.

19     Q.  Law enforcement on January 6, 2021, were they trying to

20     leave the Capitol?  Run away?  Or were they trying to defend

21     the Capitol?

22     A.  Everyone was trying to defend the Capitol.

23     Q.  That's their mission.

24     A.  Correct.

25     Q.  That's their duty.
```

 1    A.  Yes.

 2              MR. ROOTS:  Objection; legal conclusion.  Her

 3    first duty is to protect the public.

 4              THE COURT:  Objection, leading.

 5              Sustained.

 6    Q.  Were they trying to hold their posts that day?

 7    A.  Yes.

 8              MR. DALKE:  Thank you.

 9              THE COURT:  All right.  Captain Baboulis, thank

10    you very much for your testimony.  You are excused.  Please

11    don't discuss your testimony in this case until the case is

12    over.

13              THE WITNESS:  Thank you, Your Honor.

14              THE COURT:  Have a great day.

15              THE WITNESS:  You, too.

16              THE COURT:  And get a cough drop or two.

17              THE WITNESS:  I'm sorry.

18              THE COURT:  That's all right.

19              Who's next?

20              MR. KONIG:  The government calls Officer Shauni

21    Kerkhoff.

22              THE COURT:  And just to put everybody at ease, I

23    think it's allergy season, as opposed to other

24    possibilities.

25              Step right up, ma'am.  How are you?

```
1              THE WITNESS:  Good, sir.

2              THE COURT:  Please stand and raise your right

3    hand.

4              (Witness sworn)

5              THE COURT:  Please proceed.  And if we get to a

6    good stopping point in about 30 minutes, just let me know.

7              MR. KONIG:  Thank you, Your Honor.

8                 OFFICER SHAUNI KERKHOFF, Sworn

9                      DIRECT EXAMINATION

10   BY MR. KONIG:

11   Q.  Good afternoon, Officer Kerkhoff.

12   A.  Good afternoon, sir.  How are you?

13   Q.  Could you please state and spell your name for the jury.

14   A.  Sure.  My name is Shauni Kerkhoff.  That's S-H-A-U-N-I;

15   last name K-E-R-K-H-O-F-F, as in Frank.

16   Q.  And how are you currently employed?

17   A.  I am currently employed with the federal government.

18   Q.  And prior to being in your current employment, were you

19   an officer with the U.S. Capitol Police department?

20   A.  Yes, I was.

21   Q.  And did your joining your new job have anything to do

22   with Mr. Alberts or January 6th?

23   A.  It did not.

24   Q.  Okay.  And when you were -- how long were you with the

25   Capitol Police?
```

1    A.  I was with the United States Capitol Police for

2    approximately four and a half years.  I joined in June 2017.

3    Q.  And did you have a title?

4    A.  Yes.  I was a police officer and an instructor.

5    Q.  And did you have a secondary job duty as well?

6    A.  Yes.  I was an instructor and a less lethal grenadier

7    for the civil disturbance unit.

8    Q.  And becoming a grenadier and an instructor for the civil

9    disturbance unit, does that require some sort of additional

10   training?

11   A.  It does.  So everybody on the civil disturbance unit

12   gets a basic 40-hour training out of academy.  I had that in

13   addition to I was -- had several courses I had to take as an

14   instructor to teach.

15   Q.  And were you -- and just to be clear, can I refer to the

16   civil disturbance unit as the CDU off and on?

17   A.  That's correct.  That's what we refer to it as, the

18   civil disturbance unit, CDU.

19   Q.  And were you with the CDU the entire time you were with

20   Capitol Police?

21   A.  I was -- yes, so I was a member the entire time.  I

22   wasn't an instructor the entire time, but I was a member.

23   Q.  Great.  About how long did it take you to become an

24   instructor?

25   A.  About a year.

```
1    Q.  And were you on duty on January 6th of 2021?

2    A.  I was.

3    Q.  And did you have a particular job assignment for that

4    day?

5    A.  Yes.  I was assigned to -- as a less lethal grenadier

6    that day.

7    Q.  And we'll go into a little more about it later, but did

8    you encounter the defendant, Mr. Alberts, on January 6th of

9    2021?

10   A.  I did.

11   Q.  So you said you were with CDU.  Tell me a little bit

12   about it.

13            What does the CDU do?

14   A.  So we respond to -- it's a wide range.  So we respond to

15   any type of civil disturbance.  That can be anything from a

16   peaceful protest to a riot.

17            So we -- before January 6th, most of what we saw

18   was a peaceful protest, mass demonstrations.

19   Q.  And while you were with the CDU, do you -- is there a

20   particular command structure?

21   A.  Yes.  There is a command structure to the civil

22   disturbance unit.

23   Q.  And generally, what's the command structure?

24   A.  So it's broken up into platoons.  Is that what you're

25   referring to, sir?
```

1    Q.  Yes.

2           Are there, you know, supervisors, sergeants,

3    captains?

4    A.  Oh, yeah.  Yeah, absolutely.  So there's a leader of a

5    platoon, which is usually a lieutenant; their squad leaders,

6    which are sergeants; and then the officers themselves are

7    the members of the platoons.

8    Q.  And if you know, about how many officers were with the

9    CDU on January 6th of 2021?

10   A.  So I can't recall the exact number, but at the time it

11   would have been several hundred.  Everybody out of academy

12   was receiving the training.

13   Q.  Okay.  And when you're with the CDU, do you get any

14   particular special gear as a CDU officer?

15   A.  Yes.  We refer to it as personal protective equipment or

16   turtle gear, which is basically plastic gear, a helmet, a

17   gas mask.

18   Q.  And also gloves?

19   A.  Yes.  We had gloves, a fire retardant suit, and a baton,

20   a PR-24 baton.

21   Q.  And is there a difference between the CDU and the less

22   lethal team?

23   A.  Yes.

24   Q.  So what is less lethal?

25   A.  So less lethal was exactly what it is.  It's a level of

1   force that is less than that of lethal force.  Right?

2          So it's -- there's a wide range of less lethal

3   force, but basically it's anything that doesn't result in

4   death.  It's a deterrent.

5   Q.  And what does it deter?

6   A.  It deters -- it can do a lot of things.  It can keep

7   people from crossing a police line.  It can push individuals

8   out of a certain area that you want to deny, and it can also

9   stop a behavior that you want to stop.

10  Q.  I guess maybe my question is:  What's the purpose of

11  that deterrence?

12  A.  Typically to stop a behavior.  Is that what you mean,

13  sir?

14  Q.  What behavior?

15  A.  Like typically -- we've only applied it when there's

16  violence.  So in this case it was assault on officers that

17  we were trying to stop and to push people out of an area.

18  Q.  All right.  Are there any special tools used by less

19  lethal?

20  A.  Yes.

21  Q.  And so starting at something that would -- you know,

22  starting at something very basic, what is a tool that is

23  utilized by the less lethal team?

24  A.  So all less lethal force is considered the same.  It's

25  considered less lethal.  That is the amount of force it is.

```
 1                But if I had to basically say what the least
 2       amount of force would be, it would probably be the Sabre Red
 3       OC spray.
 4       Q.   And tell the jury what Sabre Red OC spray is.
 5       A.   Sure.  So Sabre Red is basically pepper spray, commonly
 6       referred to as pepper spray.  It's our -- our strength is
 7       1.33 percent.  I think "major capsaicinoid" is the term.
 8       Basically that's the strength that we carry.
 9                But it's essentially a liquid-based form of, like,
10       the pepper.  And basically you use it to -- it's an irritant
11       to stop a behavior and get somebody to stop doing something
12       for all commands.
13       Q.   Officer Kerkhoff, I'm going to ask you to slow down a
14       little bit for the court reporter.
15       A.   My apologies.  Sorry.
16       Q.   I might have just missed it, but how is OC spray, I
17       guess, carried by a member of the less lethal team?
18       A.   So we have various forms of Sabre Red OC spray.  So we
19       have a little canister that's on our belts.  Every officer
20       on the United States Capitol Police carries a three-ounce
21       can.  That's regular duty carry.
22                In addition to that, for less lethal purposes we
23       have different types of cans.  We have a medium-size can.
24       We have a larger like fire-extinguisher-size can.  So
25       different sizes for CDU purposes.
```

1    Q.  And were you carrying OC spray on January 6th of 2021?

2    A.  Yes.  I had the three-ounce can on my belt, and I had

3    the large -- I actually had two of the medium-sized cans on

4    the side of my backpacks, or on my backpack, and I had a

5    large fire-extinguisher-size can in my backpack.

6    Q.  So other than OC spray, are there other tools that CDU

7    less lethal relies on?

8    A.  Yes.

9    Q.  So what's another tool that -- even though they're all

10   the same in terms of your view, what's another one that you

11   think of next?

12   A.  Sure.  So a level above OC spray would be, in my

13   opinion, based on my experience, the pepper ball launcher.

14   Q.  And, I guess, what is a pepper ball launcher?

15   A.  Sure.  So it's basically a paintball gun.  But inside

16   the paintball gun are -- instead of it being paint inside

17   the round, it's actually PAVA powder.

18   Q.  And what is PAVA powder?

19   A.  PAVA powder is essentially -- I would describe it as a

20   powder form of OC.  It's an irritant.

21   Q.  And how is that pepper ball system used?

22   A.  Yes.  So the pepper ball system is powered by compressed

23   air, and it launches a projectile at an individual, and it

24   causes both a pain compliance, but also releases that

25   irritant, that PAVA powder, in the air.

1    Q.  And why would a less lethal officer use a pepper-ball

2    system?

3    A.  So, like I said, it would be used to get somebody to

4    adhere to a command, move them out of a denied area, push

5    them off a police line, stop them from assaulting an

6    officer.

7            It can be used for a variety of reasons.

8    Q.  And the pepper ball system, is that directed in the air

9    or somewhere else?

10   A.  Yes.  So there are multiple ways you can use the pepper

11   ball system, both for direct and indirect fire.  By that I

12   mean, indirect fire, I could fire at the ground; I could

13   fire at a hard object to basically just expel the powder and

14   just release the irritant; or I can impact an individual and

15   basically get pain compliance and release the irritant.

16   Q.  And in terms of an individual, I guess is there a

17   particular region that you would target as a less lethal

18   officer?

19   A.  Yes.  So for our less lethal launchers, we avoid

20   everything -- we avoid head, neck, spine.  That is what we

21   try to avoid in order for it to be less lethal force.  We

22   target large muscle groups.

23   Q.  Are there other tools that are used by less lethal?

24   A.  Yes.

25   Q.  And could you name one more?

 1   A.  Yes.  So another level above pepper ball would be the

 2   FN303 launcher.

 3             THE COURT REPORTER:  FN or M?

 4             THE WITNESS:  FN as in Nicole.

 5             THE COURT REPORTER:  And what was the rest?

 6             THE WITNESS:  FN303 launcher.  Sorry, ma'am.

 7             THE COURT REPORTER:  Okay, but I need you to slow

 8   down.

 9             THE WITNESS:  Sorry.  I'm a naturally fast talker.

10   My apologies.

11   Q.  And I should have asked before, did you or did other

12   officers on January 6, 2021, have the pepper ball -- I guess

13   is it a pepper ball launcher?  Did you have that with you on

14   January 6, 2021?

15   A.  Yes.

16   Q.  You said FN303.  Could you explain what that is?

17   A.  Yes.  So an FN303 launcher is very similar to that of

18   pepper ball.  It's powered by compressed air.  But the

19   difference between pepper ball and FN303 is that the round

20   is a lot harder.

21             The FN303 round is made of a frangible plastic.

22   It has fins that cause the round to spin, and it's weighted

23   with bismuth in the cone of the round.  So it's a little

24   heavier, but it also expels a payload of either OC or paint.

25   Q.  And how is that, I guess, utilized?  How is it

1    discharged?

2    A.   It's discharged in a way very similar to that of pepper

3    ball.  So it's -- by that you mean like what uses?

4    Q.   How you would -- if you do aim it, how would you aim it?

5    A.   Oh, yes.  So FN303, we would avoid head, neck, spine.

6    Q.   Okay.  So the same as the pepper ball system?

7    A.   Yes.

8    Q.   And did you have the FN303 at your disposal on January

9    6th of 2021?

10   A.   I didn't personally carry it, but it was at our disposal

11   as far as less lethal team is concerned.

12   Q.   And if you know, was it utilized in and around the

13   northwest steps between, let's say, 1:45 and 2:10 on January

14   6th of 2021?

15   A.   Yes.

16   Q.   And are there other tools that are used by the less

17   lethal team?

18   A.   Yes, sir.

19           Also, may I add something to a previous answer?

20           Another -- if it's okay?

21   Q.   What was the --

22   A.   I just thought of something, sir, but I can wait.

23           THE COURT:  No, you go ahead.  If there's

24   something that you omitted, feel free to let the jury know.

25           THE WITNESS:  Another area we do not target is the

1    groin, based on our policies.

2              THE COURT:  Thank you.

3    Q.  What -- and I should have asked before.  About how many

4    people are in the less lethal unit, if I haven't asked?

5    A.  So at the time our less lethal team had roughly ten

6    officers and sergeants.

7    Q.  Okay.

8    A.  Mixed -- it was a mix.

9    Q.  So that's ten total of the -- I guess is that a subset

10   of CDU, and that's also a subset of the Capitol Police?

11   A.  Yes.  It's a collateral assignment.

12   Q.  About a total of ten?

13   A.  Total of ten.  My apologies.

14   Q.  So you said there are other tools.  What other -- name

15   another tool.

16   A.  So we -- above FN303, I would consider that to be the

17   40-millimeter launcher, grenade launcher.

18   Q.  And did you or other officers on January 6th have those

19   40-millimeter launchers?

20   A.  We did not.

21   Q.  Okay.  And are there other tools that less lethal uses?

22   A.  Yes.

23   Q.  And what are those?

24   A.  That would be -- there are other Stingball less lethal

25   grenades.  Those were not at our disposal.  As well as --

1    Q.  Let me stop you and make sure I understood.  You said

2    those were not at your disposal?

3    A.  That's correct.  They were not at our disposal.

4    Q.  Okay.  And were there other tools that are generally

5    available to less lethal -- that are generally available to

6    less lethal that you haven't described?

7    A.  Yes, but not available to us that day.

8    Q.  Okay.  So just to summarize, is your testimony that

9    there were three tools that were utilized and available to

10   the Capitol Police less lethal unit on January 6, 2021?

11   A.  That's correct.

12   Q.  And turning to January 6, 2021, were you on duty that

13   day?

14   A.  I was.

15   Q.  And about when did your shift start?

16   A.  If I remember correctly, that day I believe it started

17   around 7:00 a.m.

18   Q.  And were you on duty in your role, your specialized

19   role, with less lethal?

20   A.  That is correct.

21   Q.  And what was -- you described earlier, I believe -- let

22   me make sure you did describe earlier.

23          Did you describe the uniform of -- you did.  Thank

24   you.  I'm catching up to my own mind.

25          So I will ask the question anew.

1          What were you wearing on January 6th of 2021?

2     A.   So that day I was wearing what I would describe as like

3     regular duty uniform.  I had a Class A sweater, which is

4     basically just like a knit sweater.  I had my BDU pants,

5     which means they had pockets on the side, the cargo pockets.

6     I had my duty belt, boots.  I had a drop holster for my gas

7     mask, and I had a baseball cap and sunglasses.

8     Q.   You described earlier some tactical gear.  Does that

9     have a particular name that you used?

10    A.   Yes, the turtle gear.

11    Q.   Yes.  Were you wearing that turtle gear on January 6,

12    2021?

13    A.   I was not.

14    Q.   Why not?

15    A.   So I had it in our truck, but we, as less lethal

16    grenadiers, decided not to wear it that day because it

17    didn't allow us for ease of movement.  It's cumbersome, and

18    it wouldn't have allowed us to move like we needed to.

19    Q.   So what was your job task to start on January 6, 2021?

20    A.   So I was assigned to the East Front of the Capitol.

21    That is the area opposite of the Washington Monument.

22         I was assigned that East Front with my partner,

23    Sergeant DesCamp.

24    Q.   And about when did you report to that East Front?

25    A.   If I remember correctly, maybe 9:00 or 10:00 a.m.

1    Q.  When you got there, what did you notice?

2    A.  So when we first got there, we noticed there were

3    individuals starting to collect along the police line, the

4    line of bike racks.  There were definitely protesters that

5    were already in the area.

6              MR. KONIG:  And if I could ask Ms. Kozaczuk to

7    pull up Exhibit 811.

8    Q.  Do you recognize what this is?

9    A.  Yes, sir.

10   Q.  What is this?

11   A.  The United States Capitol building.

12   Q.  And generally -- which side does this scale most show?

13   A.  The West Front.

14   Q.  Okay.  Could you just mark kind of from this perspective

15   where the East Front is?

16   A.  Yes.  (Witness complies)

17              That would be the East Front.

18   Q.  All right.  And can you generally mark with an X, if

19   it's visible on this map or on this exhibit, where you were

20   to start?

21   A.  Yes.  So I would have been tucked in generally in this

22   area maybe on the East Front.  (Indicating)

23              MR. KONIG:  And, Ms. Kozaczuk, if you could bring

24   up Government's Exhibit 804.

25   Q.  And if you could mark on this exhibit -- which is an

1   overhead view of the Capitol building and its grounds -- if

2   you could mark on this exhibit where you first started

3   working on January 6th of 2021.

4   A.  Yes.  (Witness complies)

5        If I remember correctly, I think we were generally

6   in this area.

7   Q.  And when you first started working, what was going on?

8   A.  So when we had first started work, not only was there a

9   joint session of Congress occurring for the certification of

10  the electoral vote, but there was also a speech happening at

11  the Ellipse, and then there were multiple protest groups

12  that were protesting around the Capitol grounds.

13  Q.  And to start, you know, in that time frame of around

14  11:00 a.m., did you already start noticing individuals

15  around Capitol grounds for a part of those protests?

16  A.  Yes.

17  Q.  And what were they doing?

18  A.  So at this time there were just individuals starting to

19  collect, like I said, on the police line, so -- yes, so they

20  were collecting on the police line, just large groups of

21  people starting to collect.

22  Q.  And when you say "police line," was that marked off in

23  any particular way?

24  A.  Yes.

25  Q.  And is that represented here on Exhibit 804?

```
1    A.  Yes, it is.

2    Q.  How is that marked on Exhibit 804?

3    A.  It would be the red line.

4    Q.  Okay.

5    A.  The red outline.

6    Q.  And did you actually observe police lines in the places

7    where this red line is shown?

8    A.  That's correct.

9    Q.  So did -- so you said you started -- this was about

10   11:00 a.m.?

11   A.  Yes.

12   Q.  So between 11:00 a.m. and 1:00 p.m., did the nature of

13   the crowd change?

14   A.  It did.

15   Q.  Can you tell the jury?

16   A.  Yes.  How it changed, sir?

17   Q.  Yes.

18   A.  So during this time we saw more and more individuals

19   starting to collect on the bike racks, on the police line,

20   the red line I was referring to.

21            That's a two-hour time period.

22            So just slowly we heard more and more activity on

23   the West Front.  We heard that the police line started to

24   get pushed on, and officers started to be assaulted, and

25   barriers had been pushed over; the crowd had gotten over to
```

 1     the stage and the building.

 2     Q.  So I'm going to stop you there and take you a little bit

 3     back.

 4     A.  Yes, uh-huh.

 5     Q.  Could you hear what people were saying when you were on

 6     the East Front?

 7     A.  Yes.

 8     Q.  What were people saying to you?

 9     A.  Sir, are you referring to like radio communications?

10     Q.  No, no.

11             MR. ROOTS:  Objection; hearsay or calls for

12     hearsay.

13             THE COURT:  Counsel, want to go to the phones?

14             (The following is a bench conference

15              held outside the hearing of the jury)

16             MR. KONIG:  Your Honor, it's not for the truth of

17     the matter asserted.  It's that she heard it.

18             THE COURT:  Okay.  Very well.

19             (This is the end of the bench conference).

20     BY MR. KONIG:

21     Q.  What were those people saying?

22     A.  Sir, could you clarify your question?  I'm not sure I

23     understand it exactly.

24     Q.  Were the protesters engaging with the officers on the

25     East Front when you were there?

```
1    A.  I mean, they were loud and boisterous.  I don't know if

2    they were communicating directly with us on the East Front

3    at that time.

4    Q.  Okay.  You said a moment ago, before I took you back,

5    that -- something about a radio.  Did you have some sort of

6    radio that you were wearing on you that day?

7    A.  I did.  I had my issued Capitol Police radio.

8    Q.  Okay.  And just tell the jury a little bit.  Is that --

9    what's the purpose of that radio?

10   A.  The purpose of the radio is to communicate with all

11   other members of the United States Capitol Police, both

12   civilian and sworn, basically internal line of

13   communications.

14             THE WITNESS:  Sorry.  Sorry, I'm talking too fast.

15   My apologies, ma'am.

16   Q.  Did you finish what you were saying?

17   A.  I did.

18   Q.  And Capitol Police officers, do they -- are they

19   assigned to particular radio units, or are they assigned

20   some other way?

21   A.  So we all are assigned our radio when we come on duty,

22   and that radio sticks with us.  And we have call signs that

23   change.

24   Q.  Okay.  And could you tell the jury, what does the call

25   sign represent?
```

1    A.  Basically the call sign is a -- it replaces your name.

2    So instead of saying "Shauni" or "Kerkhoff" on the radio,

3    I'm saying a call sign.  It's anonymity on the radio.

4    Q.  And do you remember what your call sign was?

5    A.  I do.

6    Q.  What was it?

7    A.  So I was either CDU 90 or 91.  I know Sergeant DesCamp

8    and I were partners in both those units.  I can't remember

9    exactly which one I was.

10   Q.  And the radio traffic, is that on some sort of network?

11   A.  Yes, yes, we have our own internal Capitol Police radio

12   network.

13   Q.  And how was a police radio worn?

14   A.  So it's typically worn -- the radio itself is on your

15   belt, and then we have a mic that has a wire, and that's

16   usually attached somewhere near our neck area.

17   Q.  And, if you know, are those radio communications

18   recorded?

19   A.  Yes.  To my knowledge, they are recorded.

20   Q.  And is that something that's typically done for Capitol

21   Police, recording what's said over radio traffic?

22   A.  Yes.

23   Q.  And do you know if the radio traffic on January 6, 2021,

24   was recorded?

25   A.  I do know it was recorded.

1   Q.  And did you listen to a number of radio recordings from

2   January 6th of 2021 and -- earlier?

3   A.  Yes.

4   Q.  And were those recordings that you recognized from the

5   radio traffic on January 6, 2021?

6   A.  Yes.

7   Q.  And did you, in fact, recognize your own voice on some

8   of those radio recordings?

9   A.  Yes.

10           MR. KONIG:  The government now moves for admission

11  of what's been marked for identification as Government's

12  1101 to 1106.

13           MR. ROOTS:  We just have a continuing objection to

14  any hearsay offered for the truth.

15           THE COURT:  So moved.

16  Q.  And at a time between -- let me ask it this way.  Were

17  you with someone else when you were on the East Front of the

18  Capitol on January 6, 2021?

19  A.  Yes.

20  Q.  Who was that?

21  A.  Sergeant DesCamp.

22  Q.  And I think you previously said.  Did he have a

23  particular role with regard to you?

24  A.  Yes.  He was my partner.

25  Q.  Okay.  And would you normally be with him on a job

```
 1    assignment with the Capitol Police?
 2    A.  We were typically assigned together.
 3    Q.  And getting closer in to the time frame of around 1:00
 4    in the afternoon, were you listening to radio traffic?
 5    A.  Yes.
 6    Q.  And what did you learn from listening to that radio
 7    traffic, or what were people saying?
 8    A.  Things were becoming violent on the West Front.
 9    Q.  Okay.  And that's the West Front of the U.S. Capitol?
10    A.  Yes, sir.
11    Q.  Okay.
12            MR. KONIG:  I'm going to ask Ms. Kozaczuk to play
13    Exhibit 1101.
14            (Pause)
15            THE COURT:  Might this be a good time for our
16    lunch break?
17            MR. KONIG:  It would, Your Honor.
18            THE COURT:  All right.  I thought you might say
19    that.
20            All right.  Ladies and gentlemen, we're going to
21    take our lunch break.  It is about 20 minutes to 1:00.  Why
22    don't we reconvene at about ten minutes to 2:00.  Okay?
23            Have a great lunch.  No discussions about the
24    case.  No research about the case.
25            (Jury exits courtroom)
```

1              THE COURT:  Okay.  We're in recess.

2              Ms. Kerkhoff, please don't discuss your testimony

3     with anyone over the break.  Okay?

4              THE WITNESS:  Yes, sir.

5              (Lunch recess taken at 12:42 p.m.)

# #

**#172** [1] - 224:4

# '

**'Map** [1] - 326:14

# 1

**1** [3] - 237:6, 237:24
**1.33** [1] - 336:7
**10** [2] - 267:1, 279:8
**100** [1] - 257:22
**10:00** [1] - 343:25
**1101** [3] - 242:19, 350:12, 351:13
**1106** [2] - 242:19, 350:12
**11:00** [4] - 290:1, 345:14, 346:10, 346:12
**11:10** [1] - 290:1
**12** [2] - 324:20, 324:21
**1201** [5] - 247:13, 247:14, 247:22, 248:17, 250:2
**1202** [3] - 249:7, 249:15, 249:19
**127** [1] - 326:20
**12:42** [1] - 352:5
**12:51** [1] - 260:23
**13** [3] - 223:4, 260:13, 260:21
**13:12** [1] - 281:6
**13:23** [1] - 282:5
**13:39** [1] - 249:20
**13:43** [1] - 249:4
**15** [4] - 267:1, 267:7, 279:8, 324:19
**15-minute** [1] - 289:25
**17101** [1] - 223:18
**1752** [1] - 231:2
**19** [1] - 262:21
**1946** [3] - 326:18, 326:21, 326:22
**1972** [1] - 314:6
**1980** [3] - 327:8, 327:15, 328:3
**1:00** [14] - 246:16, 252:6, 252:8, 255:11, 255:18, 256:2, 275:16, 294:3, 328:18, 328:22, 329:4, 346:12, 351:3, 351:21
**1:04** [1] - 275:25
**1:10** [2] - 284:3, 284:9
**1:21-cr-00026-CRC-1** [1] - 223:4
**1:22** [1] - 285:17
**1:30** [1] - 277:3
**1:39** [1] - 249:20
**1:43** [1] - 249:3
**1:45** [1] - 340:13
**1:47** [1] - 277:13
**1:48** [1] - 282:13
**1:49** [1] - 242:14
**1:54** [2] - 277:20, 282:13
**1:55** [1] - 278:8

# 2

**20** [6] - 266:2, 269:25, 292:3, 292:4, 312:19, 351:21
**200** [4] - 272:19, 273:7, 273:18, 281:9
**20001** [2] - 223:22, 224:9
**20044** [1] - 223:14
**201** [1] - 241:1
**2013** [1] - 246:2
**2017** [2] - 246:2, 332:2
**202** [3] - 223:15, 223:22, 224:10
**2020** [1] - 316:12
**2021** [43] - 240:15, 240:19, 242:9, 245:3, 245:21, 246:1, 252:13, 255:2, 256:20, 259:14, 259:23, 260:4, 261:25, 271:12, 271:23, 275:6, 279:5, 282:18, 283:22, 284:9, 285:3, 285:14, 289:2, 329:9, 329:19, 333:1, 333:9, 334:9, 337:1, 339:12, 339:14, 340:9, 340:14, 342:10, 342:12, 343:1, 343:12, 343:19, 345:3, 349:23, 350:2, 350:5, 350:18
**2023** [1] - 223:4
**20th** [1] - 245:6
**21-26** [1] - 226:3
**212** [1] - 241:2
**213** [3] - 224:5, 272:23, 273:2
**214** [1] - 282:21
**21550** [1] - 224:3
**218** [1] - 282:21
**22-4504(a** [1] - 228:21
**220** [1] - 223:17
**221-4453** [1] - 223:18
**228** [1] - 223:17
**24** [4] - 279:19, 289:12, 289:16, 329:11
**25** [3] - 280:14, 326:18, 326:21
**257** [2] - 303:23
**258** [6] - 304:6, 304:19, 304:20, 307:5, 307:6, 307:7
**259** [3] - 322:11, 323:21, 324:13
**2:00** [5] - 252:6, 255:11, 256:2, 278:9, 351:22
**2:01** [1] - 263:20
**2:09** [2] - 262:24, 262:25
**2:10** [3] - 278:23, 278:25, 340:13
**2:11** [1] - 250:11
**2:12** [3] - 242:15, 250:12, 286:17
**2:13** [1] - 265:19
**2:15** [1] - 286:17
**2:19** [1] - 273:4
**2:26** [1] - 282:13
**2:35** [1] - 280:12
**2:42** [1] - 266:21
**2:48** [2] - 266:21, 269:1
**2:58** [1] - 275:13

# 3

**30** [2] - 268:1, 331:6
**301** [7] - 283:9, 284:12, 321:20, 321:21, 321:22, 321:23, 324:1
**302** [2] - 285:21, 285:25
**305-7917** [1] - 223:15
**315** [3] - 288:1, 288:2, 288:21
**32** [1] - 268:17
**333** [1] - 224:9
**344-5763** [1] - 223:22
**354-3187** [1] - 224:10
**3:00** [1] - 252:8
**3:28** [1] - 276:10
**3:53** [1] - 282:13
**3d** [1] - 229:17
**3rd** [1] - 224:4

# 4

**4** [1] - 327:5
**40** [1] - 326:5
**40-hour** [1] - 332:12
**40-millimeter** [2] - 341:17, 341:19
**400-0725** [1] - 224:5
**401** [1] - 236:20
**403** [2] - 232:10, 236:19
**404** [1] - 284:16
**405** [4] - 284:16, 284:17, 285:20, 285:25
**406** [2] - 285:21, 285:25
**423** [4] - 286:3, 286:4, 287:5, 287:7
**424** [2] - 286:24, 287:6
**425** [2] - 286:25, 287:6
**432** [3] - 287:20, 288:1, 288:21
**460** [1] - 229:17
**4:00** [3] - 254:9, 289:3, 289:5
**4:08** [1] - 266:14
**4:30** [2] - 269:24, 270:4
**4:36** [1] - 277:8
**4:51** [1] - 277:18

# 5

**50** [1] - 237:18
**5102** [1] - 326:5
**5104** [1] - 228:18
**535** [1] - 258:6
**55** [1] - 223:13
**58** [1] - 264:23
**5:28** [1] - 278:6

# 6

**6** [33] - 240:15, 240:19, 242:9, 245:3, 245:21, 252:13, 255:2, 256:20, 259:14, 259:23, 260:4, 261:24, 271:12, 271:23, 275:6, 279:5, 282:17, 283:22, 284:9, 285:3, 285:14, 289:2, 329:9, 329:19, 339:12, 339:14, 342:10, 342:12, 343:11, 343:19, 349:23, 350:5, 350:18
**6.713** [1] - 223:21
**601** [1] - 223:21
**6718** [1] - 224:8
**6:09** [1] - 269:13
**6th** [39] - 236:11, 241:14, 245:9, 245:14, 246:1, 246:3, 246:6, 247:10, 249:2, 254:12, 254:13, 255:11, 260:23, 288:18, 289:4, 289:17, 293:25, 308:22, 309:16, 310:5, 310:17, 312:9, 313:16, 316:3, 317:18, 322:4, 328:15, 331:22, 333:1, 333:8, 333:17, 334:9, 337:1, 340:9, 340:14, 341:18, 343:1, 345:3, 350:2

# 7

**7** [1] - 235:15
**717** [1] - 223:18
**7:00** [2] - 254:13, 342:17
**7:12** [1] - 281:10
**7:22** [1] - 282:14
**7:30** [1] - 254:13
**7th** [2] - 254:10, 289:3

# 8

**8** [1] - 326:20
**801** [3] - 259:7, 259:10, 260:7
**803.6** [1] - 243:20
**804** [4] - 295:3, 344:24, 345:25, 346:2
**805** [2] - 295:18, 295:19, 327:21
**806** [2] - 303:14
**808** [1] - 293:21
**809** [1] - 302:2
**811** [1] - 344:7
**820** [2] - 300:16, 300:17
**825** [1] - 325:24
**826** [1] - 327:3

# 9

**9** [1] - 228:21
**90** [1] - 349:7
**91** [1] - 349:7
**91367** [1] - 224:4
**930** [1] - 229:17
**96-432** [1] - 327:6
**9:00** [2] - 251:21, 343:25

**9:21** [1] - 223:5

# A

**a.m** [10] - 223:5, 254:9, 254:14, 289:3, 289:5, 342:17, 343:25, 345:14, 346:10, 346:12
**ability** [2] - 240:10, 315:12
**able** [14] - 251:13, 251:14, 251:16, 251:19, 251:21, 252:10, 253:11, 258:20, 269:7, 270:8, 307:18, 313:17, 314:14, 315:13
**absolutely** [2] - 252:21, 334:4
**academy** [2] - 332:12, 334:11
**access** [4] - 233:22, 241:21, 279:5, 312:24
**accessible** [3] - 230:5, 297:4, 314:11
**accident** [1] - 228:24
**accidentally** [1] - 231:4
**accurate** [10] - 247:17, 247:19, 249:11, 260:3, 272:17, 282:16, 284:7, 285:12, 286:15, 288:16
**accurately** [1] - 240:18
**accused** [2] - 247:24, 266:18
**acknowledged** [1] - 231:11
**acquire** [1] - 296:14
**act** [2] - 319:11, 319:15
**Action** [1] - 223:3
**activity** [4] - 228:6, 243:20, 245:1, 346:22
**acts** [1] - 308:9
**actual** [6] - 247:3, 253:3, 295:6, 295:10, 298:18, 319:22
**add** [2] - 325:9, 340:19
**added** [2] - 326:21, 326:23
**addition** [9] - 241:20, 253:13, 253:23, 254:21, 279:18,

285:4, 327:15, 332:13, 336:22
**additional** [4] - 266:8, 268:22, 327:11, 332:9
**additions** [2] - 326:21, 326:23
**address** [2] - 226:17, 233:16
**adhere** [1] - 338:4
**adjust** [1] - 260:20
**admissible** [2] - 243:19, 323:3
**admission** [20] - 241:1, 242:18, 243:12, 247:21, 248:17, 249:15, 260:7, 272:23, 282:21, 284:11, 285:19, 285:20, 286:20, 288:21, 304:12, 306:14, 306:24, 307:2, 324:5, 350:10
**admit** [2] - 243:25, 304:10
**admitted** [5] - 243:8, 321:24, 322:13, 325:25, 327:21
**advancement** [4] - 271:11, 271:22, 272:18, 278:12
**aerial** [1] - 295:3
**affect** [2] - 257:20, 257:23
**affects** [1] - 238:5
**affixed** [1] - 301:7, 302:19
**afternoon** [6] - 246:16, 255:11, 260:23, 331:11, 331:12, 351:4
**agencies** [4] - 235:19, 253:19, 270:7, 319:23, 320:2, 320:3
**agency** [1] - 258:23
**agent** [1] - 232:8
**agents** [2] - 232:9, 290:18
**ago** [3] - 226:16, 268:15, 348:4
**agree** [20] - 227:6, 227:25, 297:21, 300:18, 301:2, 301:15, 308:22, 309:16, 309:19, 309:24, 310:4, 310:6, 315:15, 315:19, 320:17, 321:5, 321:6, 322:8,

324:22, 325:4
**agrees** [2] - 325:3, 325:11
**ahead** [7] - 266:20, 267:20, 270:24, 279:11, 310:20, 325:12, 340:23
**aid** [1] - 319:24
**aim** [2] - 340:4
**air** [4] - 337:23, 337:25, 338:8, 339:18
**Albert** [1] - 325:7
**Alberts** [23] - 226:4, 227:22, 230:9, 235:17, 235:21, 247:24, 266:18, 288:23, 294:22, 303:8, 303:23, 304:5, 304:18, 305:18, 305:24, 322:3, 322:10, 323:21, 324:13, 324:23, 325:4, 331:22, 333:8
**ALBERTS** [1] - 223:6
**Alberts'** [1] - 229:7
**Alberts's** [1] - 236:10
**alert** [2] - 301:1, 301:12
**alert-type** [1] - 301:1
**alleged** [1] - 238:13
**allergy** [1] - 330:23
**allow** [3] - 238:11, 321:17, 343:17
**allowed** [6] - 227:15, 231:9, 231:15, 315:5, 315:10, 343:18
**almost** [1] - 302:13
**alone** [3] - 279:20, 295:6, 309:3
**amassing** [1] - 276:1
**amending** [1] - 327:10
**Amendment** [4] - 228:3, 228:6, 245:23
**America** [1] - 226:3
**AMERICA** [1] - 223:3
**Americans** [1] - 316:12
**amount** [2] - 335:25, 336:2
**ANDREW** [1] - 223:12
**anew** [1] - 342:25
**angle** [1] - 284:3
**announce** [1] - 319:14
**announcement** [2] - 301:12, 319:18
**announcements** [1] - 319:21

**anonymity** [1] - 349:3
**answer** [16] - 298:2, 298:6, 309:7, 309:8, 309:12, 309:25, 310:10, 310:12, 310:19, 310:21, 310:24, 318:2, 320:18, 325:8, 325:10, 340:19
**answers** [2] - 233:9, 311:2
**apologies** [5] - 239:3, 336:15, 339:10, 341:13, 348:15
**apologize** [3] - 252:1, 270:23, 273:15
**apparent** [1] - 233:12
**appeals** [1] - 232:7
**appear** [7] - 294:12, 294:24, 302:9, 302:22, 304:25, 306:20, 307:15
**APPEARANCES** [2] - 223:11, 224:1
**appeared** [5] - 272:19, 284:9, 285:14, 286:17, 288:18
**applied** [1] - 335:15
**apply** [2] - 229:24, 314:14
**appreciate** [1] - 289:22
**approach** [3] - 239:4, 256:17, 277:3
**approached** [4] - 255:13, 255:16, 277:14, 320:11
**approaching** [2] - 256:13, 261:7
**appropriately** [1] - 258:8
**approved** [3] - 308:20, 326:16, 326:18
**April** [1] - 223:4
**ARCHITECT** [1] - 296:2
**Architect** [3] - 297:20, 326:19, 328:9
**area** [63] - 228:5, 230:18, 230:19, 245:12, 247:18, 253:15, 253:18, 253:21, 255:15, 256:9, 259:25, 261:16, 265:5, 265:15, 265:16, 265:17, 265:18, 269:18, 270:2, 273:21, 274:2, 274:16, 274:22,

275:2, 275:18, 277:25, 278:3, 279:14, 279:18, 279:19, 279:20, 279:25, 280:19, 280:20, 281:23, 284:3, 284:21, 285:8, 286:4, 286:6, 286:25, 288:4, 294:16, 298:21, 299:10, 300:11, 303:9, 310:9, 312:17, 313:5, 314:18, 320:25, 327:14, 328:24, 335:8, 335:17, 338:4, 340:25, 343:21, 344:5, 344:22, 345:6, 349:16
**areas** [22] - 250:15, 254:23, 262:7, 270:8, 276:18, 280:4, 294:18, 295:15, 297:21, 299:1, 308:12, 308:19, 308:20, 309:2, 310:25, 314:13, 315:12, 320:23, 320:24, 326:13, 326:14, 327:11
**argument** [3] - 230:10, 233:19, 307:23
**arm** [2] - 304:22, 325:13
**armed** [3] - 291:24, 291:25, 292:3
**arms** [1] - 303:20
**arrest** [2] - 319:16, 319:19
**arrestable** [1] - 309:3
**arrests** [2] - 319:21, 319:22
**arrival** [1] - 245:24
**arrive** [3] - 246:17, 254:11, 266:1
**arrived** [1] - 305:24
**arrow** [2] - 261:9, 268:17
**articulate** [1] - 290:21
**assault** [1] - 335:16
**assaulted** [1] - 346:24
**assaulting** [1] - 338:5
**asserted** [2] - 242:24, 260:10, 347:17
**assets** [1] - 253:21
**assigned** [7] - 333:5, 343:20, 343:22, 348:19, 348:21,

351:2
**assignment** [3] - 333:3, 341:11, 351:1
**assist** [3] - 253:19, 254:23, 270:7
**assistance** [1] - 270:10
**assisted** [1] - 241:13
**assisting** [1] - 263:16
**assume** [6] - 232:25, 237:10, 237:19, 237:20, 297:16, 324:11
**attached** [1] - 349:16
**attempt** [1] - 231:3
**attempting** [1] - 268:6
**attention** [1] - 274:6
**ATTORNEY'S** [1] - 223:20
**audibly** [1] - 229:5
**audience** [1] - 292:20
**audio** [4] - 240:2, 260:17, 324:6, 324:10
**authorization** [1] - 231:9
**authorized** [1] - 300:6
**available** [9] - 236:3, 296:19, 296:20, 296:22, 342:5, 342:7, 342:9
**Ave** [2] - 272:19, 275:19
**avenues** [1] - 298:17
**Avenue** [14] - 224:9, 228:6, 229:21, 260:25, 261:3, 262:6, 273:8, 273:9, 273:18, 273:21, 281:9, 281:14, 327:16, 327:24
**avoid** [4] - 338:19, 338:20, 338:21, 340:5
**aware** [12] - 233:1, 241:13, 280:11, 301:11, 310:2, 311:25, 313:23, 314:5, 316:12, 316:14, 316:15, 321:18

**B**

**BABOULIS** [2] - 225:3, 239:11
**Baboulis** [2] - 239:4, 330:9
**background** [1] - 313:19

**backpack** [3] - 263:1, 337:4, 337:5
**backpacks** [1] - 337:4
**backup** [1] - 258:17
**backwards** [1] - 271:5
**baked** [1] - 235:11
**ball** [14] - 337:13, 337:14, 337:21, 337:22, 338:1, 338:8, 338:11, 339:1, 339:12, 339:13, 339:18, 339:19, 340:3, 340:6
**bang** [1] - 317:22
**bar** [1] - 234:14
**barred** [1] - 232:10
**barricades** [6] - 272:2, 298:16, 298:19, 320:11, 328:18, 329:6
**barrier** [2] - 235:2, 235:10
**barriers** [8] - 234:14, 234:19, 234:21, 234:22, 235:4, 254:2, 313:18, 346:25
**base** [1] - 226:10
**baseball** [1] - 343:7
**based** [12] - 255:9, 268:24, 272:24, 283:18, 284:24, 285:16, 306:24, 328:14, 329:8, 336:9, 337:13, 341:1
**basic** [2] - 332:12, 335:22
**basis** [1] - 291:18
**baton** [3] - 226:24, 334:19, 334:20
**BDU** [1] - 343:4
**became** [1] - 251:11
**become** [2] - 271:10, 332:23
**becoming** [2] - 332:8, 351:8
**BEFORE** [1] - 223:10
**beg** [1] - 325:8
**beginning** [1] - 307:24, 324:14
**behavior** [4] - 335:9, 335:12, 335:14, 336:11
**behind** [5] - 263:14, 266:2, 276:7, 304:4, 304:24
**belief** [2] - 226:21, 226:23
**believability** [1] - 227:11

**below** [1] - 328:25
**belt** [3] - 337:2, 343:6, 349:15
**belts** [1] - 336:19
**Ben** [1] - 223:14
**bench** [12] - 243:2, 244:18, 248:1, 248:15, 292:18, 293:10, 305:11, 306:7, 322:22, 323:19, 347:14, 347:19
**best** [2] - 258:4, 322:20
**between** [16] - 232:23, 242:14, 252:6, 252:8, 254:13, 255:11, 273:19, 275:11, 278:10, 281:14, 325:5, 334:21, 339:19, 340:13, 346:12, 350:16
**beyond** [2] - 306:2, 315:8
**bias** [1] - 227:11
**bicycle** [1] - 298:10
**bigger** [1] - 231:15
**bike** [10] - 234:24, 235:5, 261:5, 262:8, 294:4, 294:6, 302:19, 303:1, 344:4, 346:19
**bike-rack-type** [1] - 303:1
**bismuth** [1] - 339:23
**bit** [11] - 233:17, 261:4, 262:14, 273:11, 273:23, 281:5, 313:19, 333:11, 336:14, 347:2, 348:8
**black** [1] - 276:15
**block** [3] - 273:7, 273:18, 281:9
**blockaded** [1] - 320:16
**blocked** [3] - 320:8, 320:16, 320:20
**blocks** [1] - 297:22
**blow** [4] - 283:10, 326:1, 327:4, 328:6
**blue** [4] - 268:17, 274:8, 274:11, 281:15
**BMR** [1] - 307:13
**board** [2] - 261:17, 274:17
**boards** [1] - 301:5
**body** [5] - 241:10, 241:14, 270:16,

**below** [1] - 328:25
271:17, 271:18
**body-worn** [3] - 241:14, 270:16, 271:18
**boisterous** [1] - 348:1
**bomb** [2] - 318:8, 318:11
**bombs** [8] - 258:13, 258:19, 259:2, 318:9, 318:14, 318:15, 318:17, 319:4
**book** [1] - 326:20
**boots** [1] - 343:6
**bottom** [4] - 249:5, 261:2, 262:16, 288:5
**boundaries** [1] - 314:19
**Box** [1] - 223:13
**box** [1] - 281:15
**boxes** [1] - 247:3
**branch** [1] - 245:12
**breach** [20] - 242:16, 252:9, 255:19, 258:12, 265:19, 265:22, 267:2, 267:17, 267:25, 270:1, 278:10, 278:11, 279:16, 287:14, 288:12, 302:5, 311:5, 311:7, 311:8, 311:19
**breached** [19] - 250:10, 252:16, 253:1, 262:6, 262:9, 268:14, 269:22, 275:21, 277:2, 279:17, 286:9, 286:10, 287:16, 310:5, 310:6, 310:16, 311:1, 311:17, 312:9
**breaches** [7] - 255:21, 255:23, 255:25, 256:16, 266:8, 287:11, 310:22
**break** [6] - 246:23, 283:7, 289:25, 351:16, 351:21, 352:3
**breaking** [3] - 227:8, 324:23, 325:4
**brief** [2] - 239:3, 325:15
**briefly** [4] - 226:17, 232:6, 271:7, 325:23
**brigade** [1] - 314:6
**bring** [14] - 239:16, 244:1, 259:7, 263:11, 284:16,

292:16, 299:1, 302:2, 303:14, 322:6, 322:10, 327:3, 327:20, 344:23
**bringing** [2] - 227:1, 253:7
**broad** [1] - 256:15
**broken** [3] - 256:16, 257:7, 333:24
**brought** [4] - 247:4, 251:19, 253:16, 254:22
**brown** [4] - 300:18, 300:23, 301:10, 301:17
**building** [50] - 229:25, 231:4, 232:2, 239:20, 247:25, 249:10, 251:15, 252:15, 253:10, 255:21, 256:14, 256:18, 256:20, 257:18, 262:14, 263:5, 263:12, 263:17, 264:3, 264:9, 264:10, 264:12, 265:5, 268:6, 268:11, 272:2, 272:20, 273:10, 275:5, 297:10, 297:22, 299:4, 299:5, 299:15, 299:16, 299:17, 299:19, 308:3, 308:14, 308:23, 309:1, 313:3, 314:12, 315:21, 315:24, 315:25, 320:23, 344:11, 345:1, 347:1
**Building** [1] - 318:22
**buildings** [3] - 240:1, 253:16, 298:18
**business** [3] - 228:25, 251:21, 317:3
**BY** [9] - 239:13, 244:22, 248:19, 293:16, 306:8, 307:10, 326:4, 331:10, 347:20

**C**

**CA** [1] - 224:4
**camera** [4] - 241:3, 241:11, 241:15, 270:16
**cameras** [7] - 239:24, 240:2, 240:10, 240:13, 240:15,

247:6
**camo** [1] - 263:1
**canister** [1] - 336:19
**cannot** [2] - 260:18, 310:2
**cans** [2] - 336:23, 337:3
**cap** [1] - 343:7
**capability** [1] - 324:12
**Capitol** [213] - 226:25, 227:18, 227:22, 229:8, 229:20, 229:23, 229:25, 230:4, 230:5, 230:9, 230:12, 234:1, 234:5, 236:7, 236:22, 237:2, 239:18, 239:19, 239:24, 240:5, 240:8, 240:19, 241:3, 241:10, 241:14, 241:21, 242:3, 242:16, 242:20, 244:24, 245:1, 246:5, 246:11, 246:24, 247:8, 248:6, 252:17, 252:19, 252:20, 253:6, 254:11, 255:1, 255:10, 255:14, 255:19, 256:4, 256:6, 256:11, 256:13, 256:17, 256:19, 256:20, 257:1, 257:20, 257:21, 258:3, 258:15, 259:13, 259:22, 260:4, 261:1, 261:7, 261:9, 261:17, 262:12, 263:3, 263:4, 263:12, 264:6, 264:12, 265:20, 265:22, 267:17, 268:9, 268:11, 269:7, 269:8, 269:16, 270:4, 270:13, 270:20, 271:10, 271:12, 271:14, 271:19, 271:22, 272:1, 272:8, 272:18, 272:20, 273:10, 273:11, 274:17, 275:19, 276:12, 277:15, 278:12, 279:5, 280:16, 281:19, 281:20, 281:22, 282:1,

282:17, 283:12, 283:23, 283:25, 284:8, 284:20, 284:23, 285:10, 285:13, 286:17, 288:17, 289:12, 295:15, 296:3, 296:7, 296:8, 296:11, 296:12, 296:22, 296:24, 297:5, 297:18, 297:20, 297:22, 297:23, 297:25, 298:8, 298:12, 298:20, 298:23, 299:16, 300:3, 300:14, 302:24, 308:2, 312:25, 313:3, 313:5, 313:11, 313:16, 313:17, 313:21, 313:24, 314:6, 314:10, 314:12, 314:16, 314:22, 314:23, 314:25, 315:4, 315:10, 315:11, 317:14, 318:9, 318:19, 318:20, 319:19, 319:24, 320:9, 320:13, 320:25, 321:7, 325:23, 326:7, 326:11, 326:14, 326:19, 326:22, 326:25, 327:11, 327:15, 328:2, 328:8, 328:9, 328:11, 328:16, 329:12, 329:14, 329:17, 329:20, 329:21, 329:22, 331:19, 331:25, 332:1, 332:20, 336:20, 341:10, 342:10, 343:20, 344:11, 345:1, 345:12, 345:15, 348:7, 348:11, 348:18, 349:11, 349:20, 350:18, 351:1, 351:9
**CAPITOL** [1] - 296:2
**caps** [1] - 295:22
**capsaicinoid** [1] - 336:7
**Captain** [3] - 239:4, 324:22, 330:9
**captain** [7] - 246:10, 271:9, 289:13, 293:18, 293:20,

323:24, 328:15
**CAPTAIN** [2] - 225:3, 239:11
**captains** [1] - 334:3
**capture** [1] - 240:1
**car** [1] - 298:10
**cardboard** [1] - 302:13
**cargo** [1] - 343:5
**carried** [3] - 228:22, 228:25, 336:17
**carries** [1] - 336:20
**carry** [7] - 228:7, 228:10, 228:24, 318:9, 336:8, 336:21, 340:10
**carrying** [1] - 337:1
**Case** [1] - 226:3
**case** [26] - 228:4, 228:19, 229:11, 229:12, 229:14, 229:18, 230:23, 230:24, 231:5, 232:17, 234:10, 234:23, 236:18, 237:4, 259:4, 290:2, 290:3, 291:22, 291:23, 314:5, 330:11, 335:16, 351:24
**cases** [4] - 234:5, 234:7, 237:18, 291:12
**castle** [1] - 321:3
**catching** [1] - 342:24
**causes** [1] - 337:24
**CCTV** [1] - 285:16
**CDU** [14] - 332:16, 332:18, 332:19, 333:11, 333:13, 333:19, 334:9, 334:13, 334:14, 334:21, 336:25, 337:6, 341:10, 349:7
**Center** [3] - 300:23, 301:17, 308:20
**center** [4] - 265:3, 268:10, 273:12, 273:14
**centered** [1] - 275:17
**certain** [5] - 233:9, 301:20, 313:13, 335:8
**certainly** [1] - 228:17
**certification** [4] - 246:12, 246:15, 254:4, 345:9
**certifications** [1] - 246:6
**cetera** [1] - 298:5
**challenge** [1] - 257:9

**Chamber** [11] - 250:18, 250:20, 310:4, 310:6, 311:3, 311:8, 311:20, 311:24, 312:1, 312:4, 312:11
**chamber** [2] - 310:16, 312:1
**Chambers** [1] - 247:7
**chambers** [2] - 251:7, 251:16
**change** [3] - 254:17, 346:13, 348:23
**changed** [2] - 254:18, 346:16
**channels** [1] - 242:6
**chanting** [4] - 292:9, 292:10, 292:11, 309:2
**chaos** [1] - 257:20
**characteristics** [1] - 272:1
**characterization** [4] - 250:22, 306:11, 307:13, 324:24
**charge** [5] - 230:18, 238:18, 248:4, 258:13, 318:15
**charged** [1] - 236:24
**charges** [1] - 237:4
**checkpoints** [1] - 320:11
**cherry** [3] - 318:7, 318:9, 318:11
**Christopher** [2] - 226:4, 294:22
**CHRISTOPHER** [2] - 223:6, 223:10
**Circle** [2] - 256:10, 260:24
**circle** [8] - 249:24, 261:18, 275:8, 278:1, 294:10, 299:7, 299:11, 304:16
**circled** [3] - 262:16, 294:9, 299:12
**circling** [1] - 269:20
**Circuit** [3] - 229:14, 229:19, 231:5
**circumstance** [1] - 324:1
**circumstances** [2] - 231:22, 314:24
**cite** [1] - 229:16
**citizen** [1] - 231:8
**citizenry** [1] - 317:5
**citizens** [1] - 234:25
**civil** [26] - 235:22, 235:23, 237:6,

237:7, 237:13, 237:14, 237:22, 238:1, 238:3, 238:9, 238:17, 248:8, 290:24, 290:25, 291:4, 291:11, 291:14, 332:7, 332:8, 332:11, 332:16, 332:18, 333:15, 333:21
**civilian** [1] - 348:12
**claim** [1] - 235:15
**claims** [1] - 290:25
**clarify** [3] - 313:12, 325:10, 347:22
**Class** [1] - 343:3
**class** [4] - 229:10, 229:13, 230:3, 230:10
**clear** [6] - 259:2, 269:7, 270:9, 279:25, 318:18, 332:15
**clearly** [7] - 230:3, 233:11, 236:21, 237:5, 245:24, 305:13, 314:13
**client** [1] - 236:25
**client..** [1] - 234:11
**climbing** [3] - 265:9, 280:24, 288:14
**clip** [2] - 244:9, 325:16
**clips** [2] - 242:14, 242:19
**close** [5] - 278:8, 287:17, 289:18, 313:2, 313:10
**closed** [8] - 261:16, 274:16, 274:22, 275:2, 279:23, 279:24, 294:17, 308:14
**closer** [3] - 262:15, 299:15, 351:3
**closing** [1] - 307:23
**closures** [1] - 279:18
**clothing** [1] - 263:1
**co** [1] - 235:9
**co-counsel** [1] - 235:9
**Code** [1] - 228:21
**collateral** [1] - 341:11
**collect** [4] - 344:3, 345:19, 345:21, 346:19
**collecting** [1] - 345:20
**College** [1] - 254:5
**colonial** [1] - 319:13
**color** [1] - 328:8
**colored** [1] - 263:1
**colors** [3] - 301:2,

304:23, 304:25
**COLUMBIA** [1] - 223:1
**Columbia** [1] - 326:20
**combination** [1] -
270:12
**coming** [17] - 247:11,
253:5, 253:19,
256:3, 256:6,
258:24, 265:7,
268:20, 269:1,
272:5, 275:17,
278:16, 278:21,
280:10, 296:14,
319:24, 328:25
**command** [4] -
333:20, 333:21,
333:23, 338:4
**commander** [2] -
258:12, 318:16
**commands** [1] -
336:12
**commerce** [2] - 238:4,
238:6
**committed** [1] -
237:10
**Committee** [1] -
318:21
**common** [3] - 231:8,
255:20, 297:7
**common-sense** [1] -
297:7
**commonly** [2] -
234:24, 336:5
**communicate** [3] -
241:23, 293:5,
348:10
**communicating** [1] -
348:2
**communications** [8] -
241:21, 241:23,
242:1, 242:8,
243:22, 347:9,
348:13, 349:17
**companion** [1] -
291:22
**compared** [1] - 312:1
**compelled** [2] -
232:11, 236:11
**compilation** [1] -
259:13
**complete** [2] - 254:4,
278:18
**completely** [1] -
288:13
**complex** [1] - 256:11
**Complex** [1] - 298:23
**compliance** [2] -
337:24, 338:15
**complies** [7] - 249:25,
261:10, 261:19,

269:12, 294:11,
344:16, 345:4
**complying** [1] - 313:3
**compressed** [2] -
337:22, 339:18
**comprises** [1] -
326:12
**comprising** [1] -
326:14
**concealed** [1] - 295:7
**concentric** [1] - 257:6
**conceptual** [1] - 295:5
**concern** [2] - 227:17,
317:2
**concerned** [1] -
340:11
**concerns** [2] - 316:4,
316:25
**conclude** [1] - 251:25
**concluded** [3] -
229:25, 230:1, 254:9
**conclusion** [4] -
289:11, 309:6,
315:8, 330:2
**condition** [1] - 288:7
**conduct** [3] - 292:6,
292:9
**conducted** [1] -
253:14
**cone** [1] - 339:23
**conference** [10] -
243:2, 244:18,
248:1, 248:15,
292:18, 305:11,
306:7, 322:22,
323:19, 347:14
**conference)** [2] -
293:10, 347:19
**confirm** [1] - 245:7
**conflict** [2] - 324:23,
325:5
**conflicts** [1] - 246:25
**confusing** [1] - 236:20
**Congress** [26] -
235:16, 245:7,
245:10, 250:14,
251:4, 252:13,
253:5, 254:4,
257:25, 258:5,
281:25, 297:20,
298:5, 307:25,
308:8, 308:18,
309:17, 310:1,
311:21, 312:11,
317:3, 317:4, 317:6,
318:23, 327:8, 345:9
**congressional** [5] -
244:25, 245:2,
282:3, 298:4, 298:25
**Congressman** [3] -

316:20, 316:24,
317:1
**congressmen** [2] -
311:20, 316:15
**connect** [1] - 312:13
**connecting** [6] -
264:11, 264:12,
264:14, 311:11,
311:16, 312:16
**connection** [1] - 311:4
**consider** [5] - 238:9,
311:5, 311:7,
311:18, 341:16
**considered** [3] -
235:1, 335:24,
335:25
**consistent** [1] -
300:20
**consistently** [2] -
299:20, 300:2
**constantly** [2] -
280:15, 289:9
**constituents** [1] -
317:6
**Constitution** [6] -
224:9, 245:15,
245:23, 272:19,
273:8, 273:9
**constructed** [1] -
262:18
**construction** [5] -
263:17, 279:25,
313:11, 313:12
**contact** [1] - 314:18
**contemporaneous** [1]
- 226:18
**continually** [1] -
233:21
**continue** [14] - 251:13,
251:16, 261:20,
262:20, 263:19,
264:22, 266:13,
269:5, 274:19,
276:9, 276:21,
277:7, 277:17, 278:5
**CONTINUED** [2] -
223:25, 224:1
**Continued** [1] - 239:12
**continued** [1] - 256:17
**continuing** [7] -
249:16, 266:16,
273:20, 276:17,
277:10, 279:15,
350:13
**control** [7] - 238:2,
238:8, 254:23,
291:14, 291:15,
291:16
**controlled** [1] - 229:1
**conversation** [1] -

325:15
**convince** [1] - 231:20
**COOPER** [1] - 223:10
**cops** [2] - 291:25,
292:1
**corner** [1] - 261:2,
267:3, 281:12,
281:21, 328:7
**correct** [38] - 250:7,
259:5, 259:6,
267:14, 267:16,
293:7, 294:15,
295:16, 296:3,
296:25, 297:11,
297:14, 298:1,
298:8, 300:15,
302:5, 302:20,
302:23, 308:2,
310:5, 310:7,
311:21, 312:2,
312:8, 315:22,
316:16, 317:23,
318:13, 318:20,
319:16, 320:17,
325:6, 329:24,
332:17, 342:3,
342:11, 342:20,
346:8
**correctly** [3] - 342:16,
343:25, 345:5
**correspond** [4] -
249:4, 278:25,
287:10, 295:6
**corresponding** [1] -
259:23
**corridor** [3] - 268:14,
287:14, 311:7
**corridors** [2] - 309:22,
311:4
**cough** [1] - 330:16
**counsel** [12] - 227:18,
229:5, 233:1, 233:6,
233:12, 233:13,
235:9, 238:21,
242:25, 292:17,
347:13
**Counsel** [1] - 233:10
**Count** [3] - 237:6,
237:24
**count** [3] - 228:21,
230:15, 235:15
**counting** [2] - 245:6,
245:21
**counts** [1] - 248:6
**County** [1] - 320:6
**couple** [3] - 275:8,
308:1, 308:24
**course** [2] - 237:13,
278:2
**courses** [1] - 332:13

**Court** [17] - 224:7,
224:8, 226:18,
227:25, 228:2,
229:18, 229:22,
229:25, 232:6,
232:13, 233:16,
235:8, 235:11,
238:21, 291:3, 293:2
**COURT** [134] - 223:1,
226:5, 227:5,
227:15, 227:25,
228:13, 228:16,
229:12, 229:15,
230:13, 231:20,
232:4, 232:20,
232:22, 233:18,
234:8, 235:3, 236:1,
236:12, 236:21,
237:2, 237:9,
237:19, 238:11,
238:21, 238:24,
239:1, 239:3, 239:7,
239:10, 241:5,
242:25, 243:4,
243:6, 243:16,
243:24, 244:3,
244:10, 244:16,
248:3, 248:7,
248:11, 248:14,
248:18, 249:17,
250:24, 260:11,
266:19, 273:1,
282:23, 283:3,
283:6, 284:14,
285:24, 286:21,
286:23, 287:4,
288:25, 289:24,
290:5, 290:12,
290:20, 291:9,
291:18, 292:5,
292:12, 292:20,
293:4, 293:9,
293:12, 295:8,
303:11, 304:9,
304:13, 304:16,
305:5, 305:15,
305:22, 306:13,
306:19, 306:23,
307:1, 307:3, 307:7,
307:14, 307:22,
309:11, 309:15,
310:14, 310:18,
311:14, 314:9,
315:9, 316:7,
316:19, 316:23,
318:4, 319:2, 319:7,
321:17, 321:21,
321:23, 321:25,
322:17, 322:19,
323:6, 323:10,
323:18, 324:6,

324:9, 325:1,
325:10, 325:21,
328:21, 329:3,
330:4, 330:9,
330:14, 330:16,
330:18, 330:22,
331:2, 331:5, 339:3,
339:5, 339:7,
340:23, 341:2,
347:13, 347:18,
350:15, 351:15,
351:18, 352:1
**court** [2] - 229:18,
336:14
**Court's** [6] - 226:12,
226:16, 227:4,
289:19, 306:24,
321:19
**court's** [1] - 232:25
**Courthouse** [1] -
224:8
**courthouse** [1] - 273:9
**courtroom** [5] -
238:23, 290:4,
293:11, 312:15,
351:25
**COURTROOM** [2] -
226:2, 226:7
**cover** [2] - 274:4,
325:22
**coverage** [1] - 256:14
**covered** [2] - 263:15,
289:13
**covering** [1] - 263:16,
278:19
**CPWL** [2] - 228:13,
228:21
**crawling** [1] - 278:20
**credibility** [1] - 227:10
**crime** [2] - 231:19,
235:2
**Criminal** [2] - 223:3,
226:3
**criminalizes** [1] -
237:25
**CROSS** [1] - 293:15
**cross** [7] - 226:14,
227:2, 227:7,
227:20, 290:8,
317:25, 325:1
**cross-examination** [2]
- 227:2, 290:8
**CROSS-
EXAMINATION** [1] -
293:15
**cross-examine** [1] -
227:20
**cross-examining** [1] -
317:25
**crossing** [1] - 335:7

**crowd** [15] - 236:17,
237:16, 254:23,
256:12, 271:4,
271:10, 271:22,
272:3, 272:17,
276:1, 276:17,
277:10, 279:15,
346:13, 346:25
**crowds** [3] - 265:14,
275:17, 275:19
**CRR** [1] - 224:7
**cumbersome** [1] -
343:17
**curb** [2] - 327:17
**current** [1] - 331:18
**cut** [2] - 236:1, 278:20
**cutting** [1] - 321:15

# D

**D.C** [10] - 228:7, 228:8,
228:10, 228:21,
228:22, 229:4,
229:14, 229:19,
231:5, 236:7
**daily** [1] - 233:2
**dais** [1] - 248:24
**Dalke** [4] - 239:10,
243:4, 283:3, 325:21
**DALKE** [110] - 223:16,
233:25, 236:4,
239:13, 240:25,
241:6, 242:18,
243:5, 243:11,
243:17, 243:25,
244:7, 244:13,
244:17, 244:19,
244:22, 247:13,
247:21, 248:5,
248:8, 248:12,
248:16, 248:19,
249:7, 249:14,
250:8, 259:7, 260:6,
260:12, 260:16,
261:20, 262:20,
263:19, 264:22,
266:13, 267:20,
268:16, 269:5,
269:13, 270:24,
272:22, 273:2,
275:12, 275:25,
276:9, 276:21,
277:7, 277:12,
277:17, 277:20,
278:5, 278:8,
278:23, 279:11,
280:12, 281:4,
282:5, 282:20,
282:24, 283:4,
283:9, 284:11,
284:15, 285:19,

285:25, 286:19,
286:24, 287:5,
287:19, 288:20,
289:1, 289:19,
289:21, 290:7,
292:22, 293:7,
303:10, 304:7,
305:4, 305:9,
305:13, 306:11,
306:25, 307:13,
309:9, 314:8, 315:7,
316:6, 316:17,
316:22, 318:3,
318:25, 319:5,
321:16, 321:24,
322:12, 322:20,
322:24, 323:8,
323:12, 324:7,
324:24, 325:22,
326:4, 327:3,
327:20, 328:6,
328:13, 328:22,
330:8
**Dalke)........................
.............239** [1] -
225:4
**Dalke)........................
.............326** [1] -
225:5
**dark** [2] - 263:1,
281:10
**dark-colored** [1] -
263:1
**date** [7] - 245:21,
249:4, 259:19,
283:19, 284:25,
287:23, 326:23
**dated** [2] - 249:12,
326:18
**daylight** [1] - 294:4
**days** [3] - 226:16,
319:13
**DC** [3] - 223:14,
223:22, 224:9
**deal** [3] - 229:9,
244:10, 266:9
**dealing** [2] - 229:19,
229:21
**dealt** [1] - 229:11
**death** [1] - 335:4
**decided** [1] - 343:16
**decides** [1] - 234:21
**decisions** [2] - 258:3,
258:8
**declared** [3] - 245:10,
252:17, 315:2
**defend** [3] - 329:16,
329:20, 329:22
**Defendant** [2] - 223:7,
224:2

**defendant** [6] -
231:11, 232:10,
259:4, 322:3,
325:13, 333:8
**defendant's** [2] -
226:20, 323:2
**defended** [1] - 268:18
**Defense** [1] - 321:21
**defense** [9] - 226:22,
231:24, 232:14,
233:5, 233:13,
236:10, 291:17,
307:5, 307:7
**defenses** [1] - 228:4
**define** [1] - 326:7
**defined** [2] - 230:5,
326:13
**definitely** [1] - 344:4
**definition** [3] - 291:10,
297:6, 297:7
**defying** [1] - 237:7
**delay** [2] - 239:3,
244:1
**delineated** [1] - 282:2
**demonstrate** [3] -
295:12, 296:14,
314:16
**demonstration** [2] -
314:21, 315:14
**demonstrations** [3] -
289:13, 314:11,
333:18
**demonstrators** [2] -
291:19, 319:10
**denied** [1] - 338:4
**deny** [1] - 335:8
**Department** [7] -
234:6, 241:18,
270:14, 270:22,
282:11, 299:5, 320:4
**department** [2] -
257:2, 331:19
**DEPARTMENT** [1] -
223:13
**dependent** [8] -
296:16, 298:21,
299:2, 300:8, 301:3,
308:3, 308:5, 308:9
**depict** [3] - 240:18,
294:16, 295:10
**depicted** [4] - 259:25,
286:4, 290:25, 295:4
**depicting** [1] - 271:19
**depiction** [2] - 247:17,
249:11
**depicts** [4] - 271:21,
306:15, 325:2
**deployed** [1] - 280:6
**depth** [1] - 253:13
**DEPUTY** [2] - 226:2,

226:7
**DesCamp** [3] - 343:23,
349:7, 350:21
**describe** [8] - 239:22,
245:1, 248:21,
249:18, 337:19,
342:22, 342:23,
343:2
**described** [6] -
259:17, 297:23,
327:25, 342:6,
342:21, 343:8
**description** [1] -
326:11
**descriptor** [1] - 327:23
**designed** [3] - 234:17,
240:1, 294:14
**destruction** [2] -
253:24, 278:18
**detail** [1] - 311:15
**details** [1] - 251:7
**deter** [2] - 280:6, 335:5
**determination** [1] -
231:17
**determined** [1] -
250:13
**deterrence** [1] -
335:11
**deterrent** [1] - 335:4
**deterring** [1] - 280:6
**deters** [1] - 335:6
**devices** [2] - 253:17,
258:16
**dictates** [1] - 245:24
**difference** [2] -
334:21, 339:19
**different** [15] - 235:7,
235:19, 250:25,
259:3, 275:10,
280:4, 284:3,
299:25, 301:2,
301:4, 314:1,
320:22, 321:15,
336:23, 336:25
**difficult** [5] - 258:11,
258:19, 258:22,
259:1, 317:13
**DIRECT** [2] - 239:12,
331:9
**direct** [8] - 274:6,
279:4, 283:7, 294:9,
306:20, 307:24,
310:11, 338:11
**directed** [1] - 338:8
**directing** [2] - 268:4,
268:19
**directions** [1] - 278:22
**directly** [4] - 234:2,
262:13, 268:8,
268:10, 269:21,

318:22, 348:2
**discharged** [2] - 340:1, 340:2
**disclosing** [1] - 251:7
**discuss** [2] - 330:11, 352:2
**discussed** [6] - 247:7, 261:11, 261:15, 267:18, 273:24, 319:23
**discussion** [1] - 235:5
**discussions** [2] - 290:2, 351:23
**dismiss** [2] - 230:15, 232:24
**disorder** [20] - 235:22, 235:23, 237:6, 237:7, 237:13, 237:14, 237:22, 238:1, 238:3, 238:10, 238:17, 248:8, 257:20, 290:24, 291:1, 291:4, 291:11, 291:14
**display** [1] - 301:4
**displayed** [1] - 304:2
**displeasure** [1] - 233:9
**disposal** [5] - 340:8, 340:10, 341:25, 342:2, 342:3
**disrupt** [3] - 235:16, 308:7, 308:17
**disruption** [1] - 308:15
**disruptive** [3] - 291:20, 291:21, 292:5
**distinctive** [1] - 271:25
**distinctively** [1] - 270:20
**District** [1] - 326:20
**DISTRICT** [3] - 223:1, 223:1, 223:10
**disturbance** [7] - 332:7, 332:9, 332:11, 332:16, 332:18, 333:15, 333:22
**DOJ** [1] - 223:17
**DOJ-USAO** [1] - 223:17
**done** [2] - 293:7, 349:20
**door** [22] - 264:19, 264:20, 264:21, 265:4, 266:5, 266:7, 267:2, 267:4, 267:15, 268:14, 268:18, 286:9,

286:10, 287:13, 287:15, 287:16, 290:14, 290:15, 290:17, 292:14
**Door** [1] - 267:23
**doors** [11] - 253:25, 264:14, 264:17, 266:23, 266:25, 267:9, 269:22, 279:17, 287:10, 312:17
**dots** [3] - 274:8, 274:11, 274:15
**double** [1] - 261:5
**double-bike-racked** [1] - 261:5
**down** [21] - 231:22, 250:8, 255:15, 258:24, 268:8, 268:10, 283:2, 284:15, 286:1, 287:19, 289:1, 290:5, 294:12, 305:24, 307:16, 323:17, 327:4, 327:20, 328:13, 336:13, 339:8
**draw** [1] - 273:15
**drawing** [1] - 299:21
**drew** [2] - 263:9, 281:15
**drifting** [1] - 294:15
**drifts** [1] - 234:17
**driving** [3] - 298:10, 300:13
**drop** [2] - 330:16, 343:6
**Dropbox** [2] - 233:21
**due** [3] - 233:15, 265:14, 278:19
**durable** [1] - 302:18
**duration** [1] - 280:14
**during** [5] - 237:7, 237:25, 242:15, 294:19, 346:18
**duties** [1] - 237:13
**duty** [15] - 227:8, 227:9, 236:23, 238:17, 257:23, 329:25, 330:3, 332:5, 333:1, 336:21, 342:12, 342:18, 343:3, 343:6, 348:21

### E

**early** [3] - 230:23, 255:10, 256:2
**ease** [2] - 330:22,

343:17
**East** [11] - 256:7, 343:20, 343:22, 343:24, 344:15, 344:17, 344:22, 347:6, 347:25, 348:2, 350:17
**east** [1] - 313:6
**edit** [2] - 323:16, 324:10
**effect** [2] - 243:9, 279:19
**effectively** [1] - 271:3
**egress** [1] - 264:21
**either** [4] - 233:1, 263:5, 339:24, 349:7
**election** [5] - 316:4, 316:5, 316:13, 316:25, 317:2
**electoral** [2] - 245:6, 345:10
**Electoral** [1] - 254:4
**element** [4] - 228:13, 231:19, 234:10, 238:5
**elements** [5] - 228:22, 231:1, 231:2, 231:25, 236:24
**elevated** [1] - 261:4
**Ellipse** [1] - 345:11
**employed** [2] - 331:16, 331:17
**employee** [2] - 292:23, 305:3, 305:8
**employment** [1] - 331:18
**encounter** [3] - 296:13, 296:25, 333:8
**end** [8] - 244:18, 248:15, 252:4, 293:10, 294:5, 306:7, 323:19, 347:19
**ends** [1] - 264:9
**enforcement** [11] - 235:19, 237:25, 241:9, 282:9, 317:19, 317:22, 319:23, 320:20, 321:14, 325:5, 329:19
**engaged** [2] - 237:12, 291:10
**engaging** [2] - 292:5, 347:24
**enhanced** [1] - 254:19
**ensure** [2] - 251:10, 253:9
**entering** [6] - 232:1,

298:13, 298:14, 320:9, 320:21
**enters** [2] - 238:23, 293:11
**entire** [5] - 226:23, 254:22, 332:19, 332:21, 332:22
**entirely** [1] - 235:7
**entitled** [1] - 326:14
**entity** [1] - 326:16
**equipment** [1] - 334:15
**ESQ** [5] - 223:12, 223:16, 223:20, 224:2, 224:2
**essentially** [4] - 229:22, 285:21, 336:9, 337:19
**et** [1] - 298:5
**evacuated** [7] - 250:17, 250:20, 250:23, 251:2, 251:6, 251:8, 251:12
**evacuating** [1] - 251:3
**evacuation** [2] - 250:25, 252:9
**evening** [2] - 239:1, 254:22
**event** [1] - 329:11
**events** [6] - 240:18, 242:15, 260:4, 271:19, 289:14, 310:8
**eventually** [1] - 269:9
**evidence** [10] - 234:23, 237:17, 268:24, 291:7, 291:8, 291:23, 292:8, 292:9, 295:19, 307:7
**exact** [1] - 334:10
**exactly** [4] - 261:12, 334:25, 347:23, 349:9
**EXAMINATION** [4] - 239:12, 293:15, 326:3, 331:9
**examination** [3] - 227:2, 290:8, 306:20
**examine** [1] - 227:20
**examining** [1] - 317:25
**example** [3] - 227:21, 301:9, 301:15
**exasperation** [1] - 229:6
**exception** [1] - 229:24
**excessive** [1] - 235:6
**excluded** [3] - 226:19, 228:2, 228:20
**excluding** [1] - 312:13
**exculpatory** [1] -

234:3
**excused** [1] - 330:10
**Exhibit** [37] - 247:13, 247:14, 247:22, 248:17, 249:7, 249:15, 249:19, 250:2, 259:7, 259:10, 260:7, 272:23, 273:2, 283:9, 284:12, 284:16, 285:20, 286:3, 286:4, 287:7, 287:20, 288:1, 295:2, 300:16, 303:23, 304:6, 304:19, 321:20, 322:10, 325:24, 327:3, 327:21, 344:7, 344:24, 345:25, 346:2, 351:13
**exhibit** [32] - 232:14, 232:15, 233:14, 233:21, 248:20, 249:8, 250:8, 261:23, 262:21, 271:21, 283:2, 283:11, 284:18, 287:21, 287:25, 288:2, 289:1, 303:22, 306:12, 306:14, 322:6, 322:12, 322:25, 323:2, 323:13, 324:1, 344:19, 344:25, 345:2
**exhibits** [7] - 227:2, 227:20, 232:16, 232:17, 232:18, 241:7, 244:20
**Exhibits** [7] - 241:1, 242:19, 282:21, 285:21, 286:24, 287:5, 288:21
**exits** [2] - 290:4, 351:25
**expedite** [2] - 226:11, 287:2
**expel** [1] - 338:13
**expels** [1] - 339:24
**experience** [7] - 246:10, 256:5, 258:9, 312:19, 329:8, 329:9, 337:13
**expert** [1] - 226:19
**explain** [4] - 310:18, 310:20, 325:11, 339:16
**explosion** [1] - 318:5
**explosions** [4] -

258:14, 317:8,
317:9, 317:18
**explosive** [2] - 253:17,
258:16
**explosives** [1] -
317:22
**expressing** [1] - 233:8
**expressions** [1] -
233:12
**extent** [4] - 232:15,
291:13, 297:6,
303:11
**exterior** [4] - 254:20,
265:14, 274:23,
312:16
**external** [2] - 239:25,
245:12
**extinguisher** [2] -
336:24, 337:5
**extremely** [3] - 258:11,
258:22, 259:1

**F**

**facade** [1] - 275:23
**faces** [1] - 267:4
**facilities** [3] - 252:24,
258:1, 258:7
**fact** [12] - 231:7,
235:19, 252:16,
291:9, 291:20,
294:16, 308:19,
310:8, 311:1, 311:5,
311:17, 350:7
**facts** [2] - 228:4, 231:5
**factual** [1] - 291:18
**failed** [1] - 227:9
**fair** [11] - 244:6,
247:17, 247:19,
249:11, 260:3,
282:16, 284:7,
285:12, 286:15,
288:16, 315:18
**fairly** [2] - 240:18,
302:12
**familiar** [8] - 246:11,
271:10, 271:21,
286:6, 299:4,
313:20, 319:17,
326:5
**family** [3] - 258:23,
259:1, 317:15
**far** [7] - 246:2, 261:1,
281:12, 281:20,
286:12, 316:8,
340:11
**fast** [4] - 273:3, 339:9,
348:14
**faster** [1] - 272:13
**favor** [1] - 230:14

**FBI** [1] - 232:9
**fearful** [1] - 317:11
**federal** [1] - 331:17
**federally** [1] - 248:9
**feet** [4] - 267:1,
274:18, 315:21,
315:23
**fellow** [1] - 292:6
**felt** [1] - 227:12
**fence** [13] - 230:24,
230:25, 234:15,
234:16, 294:10,
294:14, 294:15,
302:7, 302:19,
303:5, 307:11,
307:16
**fencing** [11] - 235:5,
262:8, 275:2, 295:7,
295:10, 303:1,
303:8, 305:19,
305:24, 306:9,
306:19
**few** [5] - 226:16,
275:9, 275:11,
277:6, 322:18
**field** [1] - 241:24
**file** [1] - 315:12
**finally** [2] - 232:5,
232:13
**fine** [4] - 244:3,
305:25, 311:14,
324:7
**finger** [1] - 261:8
**finish** [3] - 283:6,
316:23, 348:16
**fins** [1] - 339:22
**fire** [9] - 264:20, 265:4,
334:19, 336:24,
337:5, 338:11,
338:12, 338:13
**fire-extinguisher-
size** [1] - 336:24,
337:5
**firearm** [3] - 228:10,
230:4, 230:11
**firearms** [2] - 229:13,
230:1
**firework** [1] - 318:11
**firm** [1] - 253:22
**firmly** [1] - 253:11
**first** [24] - 229:10,
235:3, 235:4, 248:8,
248:13, 255:19,
259:8, 279:4, 287:9,
287:14, 296:24,
302:5, 306:14,
310:15, 324:17,
324:19, 324:21,
325:23, 326:10,
330:3, 344:2, 345:2,

345:7, 345:8
**First** [5] - 228:3, 228:6,
273:19, 281:14,
327:17
**five** [6] - 246:9,
261:21, 262:3,
268:16, 289:25,
297:22
**fixed** [2] - 240:13,
258:18
**flag** [1] - 300:6
**flags** [1] - 278:3
**flash** [1] - 317:22
**flashing** [1] - 301:5
**floor** [18] - 246:20,
247:4, 247:15,
247:16, 248:23,
249:9, 249:12,
293:14, 310:9,
310:23, 310:24,
310:25, 311:1,
311:6, 311:17,
311:19, 312:15
**Floor** [1] - 224:4
**FN** [1] - 339:3
**fN** [1] - 339:4
**FN303** [8] - 339:2,
339:16, 339:17,
339:19, 339:21,
340:5, 340:8, 341:16
**fN303** [1] - 339:6
**focus** [1] - 306:3
**focused** [1] - 306:4
**folks** [2] - 238:13,
291:2
**followed** [1] - 318:24
**following** [6] - 243:2,
248:1, 292:18,
305:11, 322:22,
347:14
**footage** [6] - 240:21,
247:10, 247:18,
259:16, 309:21,
319:3
**FOR** [1] - 223:1
**force** [9] - 227:19,
235:6, 335:1, 335:3,
335:24, 335:25,
336:2, 338:21
**forget** [2] - 250:1,
261:12
**forgive** [1] - 302:12
**form** [3] - 309:3,
336:9, 337:20
**Former** [2] - 248:25,
249:22
**forming** [1] - 271:3
**forms** [1] - 336:18
**forth** [1] - 317:5
**forward** [3] - 273:3,

273:20
**foundation** [11] -
243:20, 243:23,
272:24, 280:3,
287:1, 303:10,
306:13, 321:16,
322:13, 323:12,
323:13
**fountain** [1] - 275:18
**four** [6] - 245:4, 246:2,
246:3, 262:7,
325:22, 332:2
**Fourth** [1] - 318:12
**fourth** [1] - 327:14
**frame** [8] - 255:12,
256:3, 262:16,
263:13, 277:22,
328:21, 345:13,
351:3
**frangible** [1] - 339:21
**Frank** [1] - 311:15
**Franklin** [1] - 223:14
**free** [1] - 340:24
**Friedman** [1] - 230:25
**front** [7] - 240:23,
248:20, 252:4,
259:3, 261:5,
262:13, 283:15
**Front** [24] - 256:7,
271:8, 271:11,
271:15, 271:19,
271:22, 272:9,
279:24, 317:14,
343:20, 343:22,
343:24, 344:13,
344:15, 344:17,
344:22, 346:23,
347:6, 347:25,
348:2, 350:17,
351:8, 351:9
**full** [5] - 245:17,
245:19, 251:21,
252:9, 253:18
**fully** [3] - 252:10,
279:23, 279:24
**function** [2] - 248:10,
282:1
**functioning** [1] -
240:16

**G**

**gain** [1] - 256:14
**gas** [3] - 262:25,
334:17, 343:6
**gate** [1] - 294:21
**gathering** [1] - 277:6
**gear** [6] - 334:14,
334:16, 343:8,
343:10, 343:11

**general** [2] - 237:3,
315:3
**generally** [11] -
238:16, 239:23,
246:14, 301:13,
333:23, 342:4,
342:5, 344:12,
344:18, 344:21,
345:5
**gentleman** [2] -
292:20, 303:19
**gentlemen** [4] -
238:24, 289:24,
293:13, 351:20
**given** [6] - 227:17,
308:3, 308:5, 308:6,
308:16, 314:19
**glass** [2] - 253:24,
264:25
**gloves** [2] - 334:18,
334:19
**goal** [1] - 251:11
**goods** [1] - 321:4
**govern** [1] - 246:14
**governing** [1] - 246:12
**government** [19] -
231:1, 235:9,
235:15, 238:2,
238:7, 241:1,
244:23, 290:25,
291:16, 292:21,
292:22, 305:3,
305:8, 306:3,
321:22, 321:23,
330:20, 331:17,
350:10
**government's** [1] -
237:10
**Government's** [5] -
293:21, 295:2,
295:19, 344:24,
350:11
**grand** [1] - 313:23
**great** [6] - 233:25,
293:9, 321:25,
330:14, 332:23,
351:23
**green** [2] - 328:10,
328:11
**grenade** [1] - 341:17
**grenades** [1] - 341:25
**grenadier** [3] - 332:6,
332:8, 333:5
**grenadiers** [1] -
343:16
**grievances** [1] -
315:20
**groin** [1] - 341:1
**ground** [2] - 315:13,
338:12

**grounds** [105] - 229:8, 230:4, 230:5, 230:10, 230:12, 231:10, 231:14, 231:16, 231:18, 232:2, 239:19, 239:24, 239:25, 240:1, 241:14, 246:5, 251:15, 252:15, 252:20, 252:24, 253:1, 253:2, 253:10, 253:11, 253:16, 253:24, 254:11, 254:21, 254:24, 254:25, 255:1, 255:10, 255:14, 255:16, 255:17, 255:19, 256:4, 256:6, 256:10, 256:15, 256:20, 257:15, 257:21, 261:7, 263:3, 266:3, 266:17, 271:6, 272:1, 272:18, 273:11, 275:5, 275:20, 281:23, 295:15, 296:3, 296:8, 297:5, 297:10, 297:13, 297:17, 297:18, 297:25, 298:3, 298:4, 298:8, 298:12, 298:13, 298:15, 298:20, 298:24, 299:19, 299:20, 300:4, 300:5, 300:7, 300:14, 300:25, 301:8, 301:11, 301:20, 314:10, 314:12, 314:23, 314:25, 315:4, 315:11, 317:23, 318:21, 319:19, 325:23, 326:7, 326:12, 326:15, 326:22, 326:25, 327:11, 327:15, 328:2, 328:8, 328:11, 345:1, 345:12, 345:15
**group** [4] - 263:14, 265:24, 282:9, 315:12
**groups** [3] - 338:22, 345:11, 345:20
**grow** [2] - 276:17, 277:10
**Guard** [1] - 329:13

**guess** [8] - 296:10, 335:10, 336:17, 337:14, 338:16, 339:12, 339:25, 341:9
**guilt** [2] - 236:18, 236:25
**guilty** [2] - 291:3, 291:5
**gun** [2] - 337:15, 337:16

# H

**half** [3] - 283:10, 327:4, 332:2
**hallway** [7] - 264:11, 264:12, 264:15, 265:2, 268:7, 268:8, 268:10
**hallways** [4] - 308:17, 308:24, 311:3
**hand** [5] - 260:20, 262:5, 268:7, 328:7, 331:3
**hands** [1] - 307:19
**happy** [1] - 285:22
**hard** [1] - 338:13
**harden** [1] - 254:1
**hardened** [1] - 295:12
**harder** [1] - 339:20
**Harrisburg** [1] - 223:18
**hat** [2] - 304:24, 325:14
**head** [2] - 338:20, 340:5
**hear** [8] - 233:18, 243:4, 244:7, 255:6, 256:12, 256:15, 260:18, 347:5
**heard** [21] - 235:4, 243:8, 243:14, 243:21, 244:8, 244:9, 255:9, 255:18, 261:23, 261:24, 268:25, 290:22, 315:16, 315:22, 315:24, 319:11, 328:14, 346:22, 346:23, 347:17
**hearing** [12] - 243:3, 245:16, 246:18, 248:2, 258:16, 292:19, 305:12, 316:24, 317:1, 319:18, 322:23, 347:15
**hears** [1] - 293:1

**hearsay** [9] - 242:23, 244:10, 260:8, 304:7, 323:1, 323:3, 347:11, 347:12, 350:14
**heavier** [1] - 339:24
**heavy** [1] - 302:13
**height** [1] - 308:22
**held** [8] - 243:3, 246:19, 248:2, 292:19, 305:12, 315:20, 322:23, 347:15
**HELD** [1] - 223:10
**heller** [2] - 228:3, 229:23
**helmet** [1] - 334:16
**help** [8] - 227:18, 256:3, 256:8, 256:9, 258:17, 258:20, 258:24
**helped** [1] - 270:7
**helps** [1] - 298:6
**hiding** [1] - 234:6
**high** [1] - 235:1
**Hill** [1] - 314:16
**Hills** [1] - 224:4
**hinges** [1] - 254:1
**history** [1] - 313:23
**hold** [3] - 322:17, 325:14, 330:6
**holding** [1] - 278:4
**holster** [1] - 343:6
**home** [6] - 228:10, 228:25, 289:2, 289:3, 289:4
**Honor** [56] - 226:2, 226:7, 226:8, 227:16, 230:21, 232:21, 236:4, 236:9, 240:25, 241:6, 242:18, 242:22, 243:5, 243:11, 243:18, 244:13, 244:19, 247:21, 247:23, 248:5, 248:16, 249:14, 260:6, 260:16, 266:16, 272:22, 282:20, 283:4, 284:11, 285:19, 286:19, 286:24, 288:20, 292:22, 304:7, 305:4, 305:9, 305:13, 305:16, 306:18, 306:25, 309:9, 309:14, 310:11, 314:8, 316:6, 318:3,

321:24, 322:12, 322:24, 323:4, 324:8, 330:13, 331:7, 347:16, 351:17
**HONORABLE** [1] - 223:10
**hope** [2] - 239:1, 311:2
**hostile** [1] - 317:25
**hour** [3] - 278:10, 294:3, 346:21
**hours** [3] - 252:11, 269:25, 272:14
**House** [29] - 230:24, 231:10, 245:10, 245:19, 246:18, 246:19, 247:7, 247:16, 248:23, 248:25, 250:4, 250:10, 250:20, 255:15, 263:6, 268:9, 310:4, 310:8, 310:9, 311:1, 311:3, 311:6, 311:8, 311:19, 311:20, 311:23, 312:1, 312:4, 312:11
**house** [14] - 247:1, 247:15, 251:13, 251:22, 263:23, 292:10, 297:13, 310:16, 310:22, 310:24, 310:25, 311:17
**houses** [1] - 312:7
**human** [1] - 234:17
**hundred** [1] - 334:11
**hundreds** [2] - 289:15, 308:1, 314:1

# I

**I's** [1] - 229:23
**Ibrahim** [1] - 228:19
**idea** [1] - 303:19
**identical** [1] - 229:22
**identification** [1] - 350:11
**identified** [2] - 242:21, 314:13
**identify** [2] - 275:8, 276:4
**identity** [1] - 306:3
**idiom** [1] - 319:17
**ignoring** [1] - 305:13
**illegal** [1] - 228:9
**image** [4] - 293:22, 305:7, 322:1, 323:5
**imagery** [1] - 266:17
**images** [3] - 282:12,

282:16, 321:11
**immediate** [1] - 266:25
**impact** [2] - 252:19, 338:14
**impeded** [1] - 238:14
**implemented** [1] - 295:13
**important** [1] - 251:9
**importantly** [1] - 228:18
**impossible** [1] - 315:21
**impression** [2] - 244:15, 307:16
**improper** [6] - 227:3, 229:4, 232:8, 316:25, 317:2, 322:21
**IN** [3] - 223:1, 238:25, 239:2
**in-depth** [1] - 253:13
**inappropriate** [1] - 232:9
**inaugural** [3] - 262:18, 273:24, 276:2
**inauguration** [1] - 245:5
**incident** [2] - 258:12, 318:16
**include** [5] - 240:21, 241:17, 242:14, 259:19, 259:22
**including** [2] - 289:12, 326:21
**incoming** [1] - 236:12
**increased** [1] - 312:21
**indicate** [3] - 298:4, 299:22, 299:23
**indicated** [5] - 231:23, 300:3, 317:15, 318:7, 328:8
**indicates** [1] - 298:14
**indicating** [3] - 298:24, 299:9, 344:22
**indirect** [2] - 338:11, 338:12
**individual** [13] - 228:22, 262:25, 299:2, 303:24, 304:3, 304:21, 305:1, 305:17, 325:14, 337:23, 338:14, 338:16
**individual's** [1] - 226:24
**individuals** [17] - 229:4, 232:11, 252:10, 263:8, 265:7, 266:4,

269:19, 276:24,
278:20, 279:1,
280:8, 314:13,
335:7, 344:3,
345:14, 345:18,
346:18
**indulgence** [2] -
289:19, 321:19
**inference** [1] - 288:22
**influx** [1] - 280:20
**inform** [1] - 226:20
**informant** [1] - 292:1
**informants** [2] -
235:14, 290:14
**information** [2] -
309:20, 317:5
**initial** [1] - 252:9,
256:9, 256:16,
258:12, 263:14,
265:19, 265:22,
267:25, 270:1,
286:9, 304:24
**innocence** [1] - 236:25
**inside** [30] - 231:9,
245:1, 246:18,
247:7, 247:24,
248:5, 248:23,
257:14, 257:17,
264:19, 266:10,
266:17, 266:18,
274:24, 290:16,
299:1, 308:2,
308:23, 308:24,
309:1, 311:20,
312:16, 312:18,
315:16, 315:24,
320:17, 320:19,
320:24, 337:15,
337:16
**instead** [2] - 337:16,
349:2
**instruct** [1] - 293:5
**instructed** [1] - 292:24
**instruction** [1] -
226:13
**instructions** [3] -
228:19, 305:14,
306:24
**instructor** [6] - 332:4,
332:6, 332:8,
332:14, 332:22,
332:24
**intact** [2] - 294:4,
294:25
**integrated** [1] - 229:23
**intend** [2] - 232:16,
232:19
**intent** [2] - 231:2,
235:16
**interfering** [1] - 237:11

**interior** [3] - 253:22,
254:20, 264:11
**internal** [1] - 239:25,
348:12, 349:11
**Internet** [1] - 314:17
**interpretation** [1] -
313:2
**interrupt** [2] - 227:16,
273:15
**intersections** [1] -
230:6
**interstate** [2] - 238:4,
238:5
**introduce** [1] - 244:4
**introduced** [3] - 243:7,
291:23, 293:22
**invalid** [1] - 228:4
**investigating** [1] -
318:15
**investigation** [1] -
318:24
**involved** [1] - 251:3
**irrelevant** [3] - 227:1,
232:9, 236:20
**irritant** [5] - 336:10,
337:20, 337:25,
338:14, 338:15
**issue** [8] - 228:18,
229:10, 230:8,
230:20, 235:11,
235:13, 243:6, 257:1
**issued** [1] - 348:7
**issues** [1] - 244:11
**items** [6] - 274:12,
274:14, 274:16,
298:5, 298:25,
299:23
**itself** [7] - 244:24,
256:14, 263:12,
264:12, 274:5,
323:5, 349:14

## J

**J6** [2] - 234:5, 234:9
**Jabr** [2] - 230:22,
230:23
**JABR** [1] - 230:22
**jacket** [1] - 304:25
**jackets** [5] - 270:14,
270:15, 282:7,
282:10, 288:9
**January** [77] - 232:15,
236:11, 240:15,
240:19, 241:14,
242:9, 245:2, 245:6,
245:9, 245:14,
245:21, 246:1,
246:3, 246:6,
247:10, 249:1,

252:13, 254:10,
254:12, 254:13,
255:2, 255:11,
256:20, 259:14,
259:23, 260:4,
260:23, 261:24,
271:12, 271:23,
275:6, 279:5,
282:17, 283:22,
284:9, 285:3,
285:14, 288:18,
289:2, 289:3, 289:4,
289:17, 293:25,
308:22, 309:16,
310:5, 310:16,
312:9, 313:16,
316:3, 317:18,
322:4, 328:15,
329:8, 329:9,
329:19, 331:22,
333:1, 333:8,
333:17, 334:9,
337:1, 339:12,
339:14, 340:8,
340:13, 341:18,
342:10, 342:12,
343:1, 343:11,
343:19, 345:3,
349:23, 350:2,
350:5, 350:18
**Jeannette** [1] - 314:5
**Jenkins** [1] - 290:10
**Jersey** [2] - 320:6,
329:13
**JESSICA** [2] - 225:3,
239:11
**job** [6] - 257:24,
331:21, 332:5,
333:3, 343:19,
350:25
**joggers** [2] - 234:25,
303:3
**jogging** [1] - 234:25
**JOHN** [2] - 224:2,
224:3
**joined** [1] - 332:2
**joining** [1] - 331:21
**joint** [6] - 245:10,
245:12, 254:15,
312:4, 312:5, 345:9
**JORDAN** [1] - 223:12
**jordan.a.konig@
usdoj.gov** [1] -
223:15
**jpierce@
johnpiercelaw.com**
[1] - 224:5
**Judge** [1] - 230:25
**JUDGE** [1] - 223:10
**July** [1] - 318:12

**jumped** [1] - 230:25
**jumper** [1] - 230:24
**June** [3] - 326:18,
326:21, 332:2
**juries** [1] - 291:11
**JURISDICTION** [1] -
296:1
**jurisdiction** [1] -
297:23
**jurors** [4] - 260:18,
269:14, 279:9,
292:16
**Jury** [1] - 293:11
**JURY** [3] - 223:9,
238:25, 239:2
**jury** [44] - 226:6,
226:9, 228:12,
228:18, 231:3,
231:6, 231:21,
232:7, 232:22,
233:7, 233:11,
233:19, 236:19,
238:9, 238:23,
239:22, 243:3,
245:1, 248:2,
248:20, 249:18,
260:13, 273:5,
281:7, 283:8, 286:2,
287:9, 290:4,
292:19, 305:12,
316:17, 322:23,
323:11, 323:17,
324:11, 327:22,
331:13, 336:4,
340:24, 346:15,
347:15, 348:8,
348:24, 351:25
**jury's** [2] - 226:11,
229:6
**Justice** [1] - 234:6
**JUSTICE** [1] - 223:13

## K

**keep** [1] - 335:6
**KERKHOFF** [3] -
225:6, 331:8, 331:15
**Kerkhoff** [6] - 330:21,
331:11, 331:14,
336:13, 349:2, 352:2
**kicked** [1] - 265:8
**kind** [26] - 235:23,
246:25, 250:2,
250:10, 254:15,
254:16, 256:5,
262:14, 264:2,
264:3, 265:23,
269:15, 270:1,
273:13, 274:24,
276:24, 277:14,

277:23, 278:10,
279:1, 280:18,
280:20, 305:3,
325:14, 344:14
**kinds** [2] - 235:24,
300:21
**knife** [1] - 302:15
**knit** [1] - 343:4
**knocked** [1] - 265:8
**knowing** [4] - 258:15,
258:23, 258:25,
302:13
**knowingly** [1] - 231:25
**knowledge** [8] -
228:13, 230:19,
231:8, 231:18,
257:11, 303:7,
305:1, 349:19
**known** [3] - 231:9,
232:2, 253:2
**knows** [2] - 230:9,
230:11
**KONIG** [25] - 223:12,
226:8, 227:14,
227:16, 228:2,
228:15, 228:17,
229:13, 229:16,
230:20, 231:25,
232:5, 232:21,
236:9, 236:14,
330:20, 331:7,
331:10, 344:6,
344:23, 347:16,
347:20, 350:10,
351:12, 351:17
**Konig)..................
...............331** [1] -
225:6
**Kozaczuk** [3] - 344:6,
344:23, 351:12

## L

**Labor** [1] - 299:4
**labor** [3] - 299:8,
299:15, 299:19
**lack** [2] - 303:10,
321:16
**ladies** [4] - 238:24,
289:24, 293:13,
351:20
**laid** [3] - 243:21,
243:22, 323:13
**LAMBERT** [1] - 324:20
**Lambert** [1] - 233:23
**land** [1] - 229:1
**landing** [12] - 240:22,
265:23, 266:3,
269:2, 269:15,
276:4, 277:5,

277:15, 279:9,
280:16, 281:2,
328:25
**landings** [1] - 280:10
**lapse** [5] - 272:12,
272:16, 275:13,
276:10, 279:8
**large** [10] - 275:17,
275:19, 295:22,
296:4, 301:4,
312:12, 337:3,
337:5, 338:22,
345:20
**largely** [1] - 291:15
**larger** [2] - 312:1,
336:24
**last** [7] - 232:14,
244:14, 270:23,
270:25, 281:5,
287:20, 331:15
**late** [1] - 289:7
**launcher** [8] - 337:13,
337:14, 339:2,
339:6, 339:13,
339:17, 341:17
**launchers** [2] -
338:19, 341:19
**launches** [1] - 337:23
**law** [22] - 228:8,
228:11, 228:12,
229:3, 229:10,
230:3, 230:7, 230:9,
235:19, 237:25,
241:9, 282:9,
317:19, 317:22,
319:23, 320:20,
321:14, 325:5,
326:21, 326:23,
327:6, 329:19
**LAW** [1] - 224:3
**lawful** [1] - 230:2
**lay** [1] - 306:13
**layer** [1] - 261:6,
275:1, 277:1
**layers** [10] - 262:7,
262:9, 274:24,
275:1, 275:10,
275:11, 275:22,
279:16, 328:18,
329:5
**lead** [6] - 263:10,
266:24, 267:15,
268:8, 268:13, 311:1
**leader** [1] - 334:4
**leaders** [1] - 334:5
**leading** [5] - 255:21,
269:15, 277:4,
277:15, 330:4
**leads** [1] - 273:21
**learn** [1] - 351:6

**least** [7] - 227:12,
290:19, 291:16,
292:3, 328:2, 329:4,
336:1
**leave** [6] - 233:15,
258:18, 290:7,
290:8, 320:10,
329:20
**leaving** [1] - 320:21
**led** [1] - 318:9
**left** [27] - 261:2, 262:4,
262:11, 263:7,
264:6, 267:1, 268:3,
268:5, 268:7,
268:13, 268:20,
269:21, 273:12,
274:4, 274:19,
276:24, 280:2,
281:2, 281:12,
281:15, 281:16,
281:20, 283:5,
284:20, 284:23,
287:15, 301:17
**left-hand** [1] - 268:7
**legal** [7] - 231:17,
297:6, 309:6, 315:7,
326:11, 327:23,
330:2
**legally** [1] - 231:6
**legend** [1] - 328:6
**legitimate** [1] - 316:4
**less** [33] - 237:21,
273:8, 286:11,
332:6, 333:5,
334:21, 334:24,
334:25, 335:1,
335:2, 335:18,
335:23, 335:24,
335:25, 336:17,
336:22, 337:7,
338:1, 338:17,
338:19, 338:21,
338:23, 340:11,
340:16, 341:4,
341:5, 341:21,
341:24, 342:5,
342:6, 342:10,
342:19, 343:15
**lethal** [30] - 332:6,
333:5, 334:22,
334:24, 334:25,
335:1, 335:2,
335:19, 335:23,
335:24, 335:25,
336:17, 336:22,
337:7, 338:1,
338:17, 338:19,
338:21, 338:23,
340:11, 340:17,
341:4, 341:5,

341:21, 341:24,
342:5, 342:6,
342:10, 342:19,
343:15
**letters** [1] - 296:4
**letting** [1] - 291:17
**level** [3] - 334:25,
337:12, 339:1
**levels** [1] - 235:18
**Library** [1] - 318:22
**licensed** [1] - 228:24
**lieutenant** [1] - 334:5
**lights** [1] - 301:5
**likely** [2] - 234:11,
237:21
**limine** [1] - 226:12
**limited** [5] - 265:13,
272:24, 308:12,
308:20, 312:17
**line** [21] - 230:16,
238:12, 263:9,
284:5, 285:7,
295:10, 299:21,
326:17, 335:7,
338:5, 344:3, 344:4,
345:19, 345:20,
345:22, 346:3,
346:7, 346:19,
346:20, 346:23,
348:12
**lines** [6] - 226:23,
234:19, 295:3,
295:4, 295:5, 346:6
**lining** [1] - 275:11
**liquid** [1] - 336:9
**liquid-based** [1] -
336:9
**Lisa** [1] - 224:7
**list** [8] - 230:6, 232:14,
232:15, 233:14,
233:15, 233:21,
320:2, 327:11
**listed** [1] - 327:14
**listen** [3] - 242:11,
309:12, 350:1
**listened** [2] - 242:8,
243:22
**listener** [1] - 243:9
**listening** [4] - 258:14,
305:14, 351:4, 351:6
**literally** [1] - 234:3
**litigation** [1] - 314:3
**live** [3] - 242:1,
242:11, 255:6
**live-time** [1] - 242:1
**located** [1] - 263:3
**location** [7] - 250:16,
251:10, 258:18,
258:20, 259:3,
318:10, 324:3

**locked** [1] - 230:11
**logical** [1] - 290:22
**look** [5] - 234:8,
245:25, 269:21,
280:2, 304:21
**looked** [5] - 250:2,
268:8, 282:17,
294:21, 325:7
**looking** [26] - 247:14,
248:23, 259:10,
262:2, 262:3, 262:4,
263:4, 263:24,
264:7, 266:2, 267:4,
273:6, 273:10,
281:7, 281:22,
284:18, 284:22,
296:10, 296:17,
297:1, 297:2, 297:3,
299:3, 300:9, 301:4,
312:14
**looks** [5] - 249:21,
294:5, 301:19,
304:3, 325:4
**lot's** [1] - 281:25
**loud** [3] - 260:19,
348:1
**lower** [3] - 275:23,
277:25, 328:7
**Lower** [7] - 262:11,
276:1, 284:21,
288:5, 288:17,
328:17, 328:23
**lunch** [3] - 351:16,
351:21, 351:23
**Lunch** [1] - 352:5

# M

**ma'am** [8] - 239:5,
306:19, 307:15,
309:12, 310:14,
330:25, 339:6,
348:15
**Ma'am** [1] - 236:12
**Madison** [1] - 318:22
**main** [1] - 248:24
**maintain** [2] - 239:18,
253:3
**maintained** [1] - 240:4
**maintaining** [1] -
318:17
**major** [2] - 280:20,
336:7
**makers** [1] - 315:16
**malefactors** [1] -
236:17
**mall** [2] - 255:14,
275:18
**manage** [1] - 271:4
**mandatory** [1] -

264:21
**manual** [1] - 234:9
**manuals** [5] - 226:25,
227:2, 234:1, 234:5,
234:20
**MAP** [2] - 295:24,
296:1
**map** [17] - 230:5,
296:8, 296:11,
296:13, 296:17,
296:25, 297:2,
297:3, 297:21,
299:7, 314:15,
326:13, 326:16,
326:22, 328:7,
328:9, 344:19
**march** [2] - 314:20,
314:25
**marches** [2] - 314:23,
315:3
**mark** [9] - 263:22,
264:2, 269:11,
277:3, 287:10,
344:14, 344:18,
344:25, 345:2
**marked** [3] - 345:22,
346:2, 350:11
**Maryland** [4] - 229:21,
320:5, 320:6, 329:13
**mask** [3] - 262:25,
334:17, 343:7
**mass** [1] - 333:18
**match** [1] - 272:8
**material** [2] - 234:2,
278:12
**matter** [6] - 231:8,
242:23, 260:9,
305:22, 305:25,
347:17
**mean** [8] - 230:14,
236:14, 256:11,
280:22, 335:12,
338:12, 340:3, 348:1
**meaning** [2] - 253:14,
258:12
**means** [5] - 320:16,
321:4, 343:5
**meant** [3] - 227:19,
227:20, 297:17
**measure** [1] - 245:5
**mechanism** [1] - 300:3
**medium** [2] - 336:23,
337:3
**medium-size** [1] -
336:23
**medium-sized** [1] -
337:3
**meet** [4] - 231:1,
231:2, 245:11,
246:22

**meeting** [1] - 246:25
**meets** [2] - 245:7, 312:11
**member** [7] - 309:17, 310:1, 317:4, 317:6, 332:21, 332:22, 336:17
**members** [10] - 251:4, 251:12, 252:24, 258:5, 259:1, 309:21, 311:21, 317:15, 334:7, 348:11
**mentioned** [5] - 253:5, 259:2, 270:10, 280:22, 311:10
**Metro** [1] - 291:24
**Metropolitan** [7] - 241:17, 270:11, 270:14, 270:20, 270:21, 282:11, 320:4
**mic** [1] - 349:15
**middle** [1] - 303:24
**might** [6] - 308:16, 322:20, 322:25, 336:16, 351:15, 351:18
**mind** [4] - 235:16, 235:17, 235:21, 342:24
**minute** [6] - 259:11, 261:21, 262:2, 262:21, 277:22, 289:19
**minutes** [13] - 264:23, 265:25, 268:1, 268:16, 269:25, 279:8, 280:15, 283:5, 290:1, 331:6, 351:21, 351:22
**mislead** [1] - 236:19
**missed** [1] - 336:16
**mission** [3] - 257:23, 257:25, 329:23
**mistake** [1] - 228:24
**mix** [1] - 341:8
**mixed** [1] - 341:8
**moment** [1] - 348:4
**moments** [1] - 268:14
**Montana** [1] - 234:16
**Montgomery** [1] - 320:6
**Monument** [5] - 261:2, 273:17, 281:13, 281:17, 343:21
**monuments** [1] - 272:2
**Moreira** [1] - 224:7
**morning** [7] - 226:5,

238:24, 238:25, 239:6, 239:14, 239:15, 289:25
**MORNING** [1] - 223:5
**most** [4] - 297:9, 301:1, 333:17, 344:12
**mostly** [1] - 256:3
**motion** [2] - 226:12, 230:14
**motions** [1] - 232:24
**move** [34] - 235:2, 241:1, 242:18, 244:23, 244:24, 247:21, 248:16, 249:14, 251:16, 258:20, 260:6, 265:16, 270:8, 272:22, 273:3, 280:25, 282:20, 284:11, 285:19, 285:22, 286:19, 288:20, 303:3, 303:5, 304:12, 304:16, 304:18, 307:2, 307:22, 319:8, 320:23, 325:14, 338:4, 343:18
**moved** [22] - 234:24, 241:5, 248:18, 249:17, 250:16, 260:11, 265:14, 266:20, 267:13, 273:1, 275:22, 282:23, 284:14, 285:24, 286:23, 287:4, 288:25, 304:9, 307:3, 320:12, 324:9, 350:15
**movement** [3] - 272:3, 272:18, 343:17
**movements** [1] - 271:11
**moves** [1] - 350:10
**moving** [20] - 243:12, 256:12, 263:8, 271:5, 272:13, 275:19, 276:18, 276:25, 278:4, 278:14, 278:16, 279:15, 280:15, 294:17, 302:25, 303:1, 307:20, 308:13, 309:21
**MPD** [6] - 236:22, 241:17, 270:10, 270:13, 270:15, 288:9

**MR** [203] - 226:8, 227:14, 227:16, 228:2, 228:15, 228:17, 229:13, 229:16, 230:20, 231:25, 232:5, 232:21, 233:16, 233:20, 233:25, 234:1, 234:12, 235:13, 236:4, 236:5, 236:9, 236:14, 237:1, 237:6, 237:17, 237:24, 238:19, 239:13, 240:25, 241:4, 241:6, 242:18, 242:22, 243:5, 243:11, 243:17, 243:25, 244:7, 244:13, 244:17, 244:19, 244:22, 247:13, 247:21, 247:23, 248:5, 248:8, 248:12, 248:16, 248:19, 249:7, 249:14, 249:16, 250:8, 250:22, 259:7, 260:6, 260:8, 260:12, 260:16, 261:20, 262:20, 263:19, 264:22, 266:13, 266:16, 267:20, 268:16, 269:5, 269:13, 270:24, 272:22, 272:24, 273:2, 275:12, 275:25, 276:9, 276:21, 277:7, 277:12, 277:17, 277:20, 278:5, 278:8, 278:23, 279:11, 280:12, 281:4, 282:5, 282:20, 282:22, 282:24, 283:4, 283:9, 284:11, 284:13, 284:15, 285:19, 285:23, 285:25, 286:19, 286:22, 286:24, 287:3, 287:5, 287:19, 288:20, 288:22, 289:1, 289:19, 289:21, 290:7, 290:10, 290:13, 291:5, 291:13, 291:22, 292:8, 292:22, 293:7, 293:16, 293:21,

295:2, 295:18, 300:16, 302:2, 303:10, 303:14, 303:22, 304:5, 304:7, 304:11, 304:14, 304:18, 305:4, 305:9, 305:13, 305:16, 306:5, 306:8, 306:11, 306:18, 306:25, 307:2, 307:6, 307:10, 309:5, 309:9, 310:11, 314:8, 315:7, 316:6, 316:17, 316:22, 318:3, 318:25, 319:5, 321:16, 321:19, 321:22, 321:24, 322:6, 322:10, 322:12, 322:15, 322:18, 322:20, 322:24, 323:4, 323:8, 323:12, 323:20, 323:23, 324:5, 324:7, 324:13, 324:16, 324:21, 324:24, 325:18, 325:22, 326:4, 327:3, 327:20, 328:6, 328:13, 328:20, 328:22, 329:2, 330:2, 330:8, 330:20, 331:7, 331:10, 346:6, 344:23, 347:11, 347:16, 347:20, 350:10, 350:13, 351:12, 351:17
**MS** [1] - 324:20
**multiple** [18] - 248:12, 252:23, 253:9, 255:23, 255:25, 256:15, 260:17, 262:9, 274:24, 275:1, 275:22, 278:3, 278:22, 279:16, 328:18, 329:5, 338:10, 345:11
**muscle** [1] - 338:22
**museum** [2] - 265:5, 300:21
**museum-like** [1] - 265:5
**must** [3] - 234:3, 246:17

**N**

**name** [7] - 331:13, 331:14, 331:15, 338:25, 341:14, 343:9, 349:1
**Nancy** [2] - 248:25, 250:4
**narrative** [1] - 325:9
**National** [3] - 301:15, 318:21, 329:13
**national** [3] - 275:18, 300:20, 301:20
**naturally** [1] - 339:9
**nature** [4] - 231:14, 253:17, 302:14, 346:12
**navigating** [1] - 280:24
**near** [8] - 259:3, 284:8, 285:5, 285:13, 314:10, 328:17, 328:24, 349:16
**necessarily** [4] - 296:25, 298:11, 301:14, 308:17
**neck** [3] - 338:20, 340:5, 349:16
**need** [9] - 252:23, 254:1, 258:17, 286:1, 295:13, 310:18, 322:13, 339:7
**needed** [5] - 253:21, 289:8, 289:10, 320:12, 343:18
**negates** [2] - 291:9, 291:13
**network** [2] - 349:10, 349:12
**never** [14] - 279:19, 279:20, 296:6, 303:3, 308:23, 310:4, 310:16, 311:23, 312:9, 318:1, 320:13, 320:20, 329:15, 329:18
**New** [2] - 320:5, 329:12
**new** [4] - 235:7, 266:8, 301:25, 331:21
**next** [12] - 230:20, 243:17, 244:2, 245:22, 254:5, 279:8, 289:5, 292:24, 318:22, 326:17, 330:19, 337:11
**NEXT** [1] - 223:25

**Nicole** [1] - 339:4
**NOHRIA** [1] - 223:20
**nonetheless** [1] - 311:16
**nonhearsay** [1] - 243:19
**normal** [2] - 254:15, 317:4
**normally** [5] - 254:19, 271:4, 272:14, 314:10, 350:25
**north** [4] - 256:7, 263:7, 288:6, 313:7
**Northwest** [3] - 327:16, 327:17, 327:18
**northwest** [11] - 240:21, 240:22, 242:15, 243:13, 256:10, 260:25, 272:19, 283:13, 284:19, 340:13
**note** [2] - 227:4, 229:2
**notes** [1] - 226:18
**nothing** [2] - 264:20, 305:20
**notice** [3] - 234:20, 302:25, 344:1
**noticed** [1] - 344:2
**noticing** [1] - 345:14
**nullification** [2] - 232:7, 316:18
**number** [10] - 226:14, 232:19, 248:6, 253:3, 265:13, 307:4, 308:25, 315:1, 334:10, 350:1
**numbered** [1] - 232:14
**numbers** [5] - 253:20, 257:8, 270:8, 271:3, 314:17
**numerous** [10] - 255:13, 255:15, 255:20, 298:3, 298:19, 298:24, 299:24, 300:24, 315:17, 321:1
**NW** [2] - 223:21, 224:9

**O**

**oath** [1] - 239:8
**object** [3] - 288:22, 309:9, 338:13
**objected** [1] - 226:15
**objection** [41] - 230:16, 241:4, 247:24, 249:16, 250:22, 266:17, 272:25, 282:22,

284:13, 285:23, 286:22, 287:2, 287:3, 303:10, 304:7, 305:4, 305:9, 306:11, 306:23, 307:13, 309:5, 314:8, 315:7, 316:6, 316:17, 316:22, 318:3, 318:25, 319:5, 321:16, 322:19, 324:6, 324:8, 324:24, 328:20, 329:2, 330:2, 330:4, 347:11, 350:13
**objectionable** [1] - 233:5
**objections** [1] - 260:8
**observe** [3] - 256:19, 256:22, 346:6
**obstruct** [1] - 308:7
**obstruction** [1] - 248:4
**obtain** [1] - 227:18
**OC** [6] - 336:3, 336:4, 336:16, 336:18, 337:1, 337:6, 337:12, 337:20, 339:24
**occupied** [2] - 279:23, 297:19
**occupy** [1] - 264:9
**occur** [2] - 266:8, 289:11
**occurred** [4] - 242:9, 252:9, 287:11, 310:8
**occurring** [6] - 253:4, 255:6, 255:9, 256:16, 275:16, 345:9
**OF** [6] - 223:1, 223:3, 223:9, 223:13, 296:1, 296:2
**offense** [2] - 234:10, 237:11
**offenses** [2] - 236:24, 309:3
**offer** [1] - 324:5
**offered** [3] - 242:23, 260:9, 350:14
**office** [4] - 286:11, 287:16, 296:22, 326:19
**OFFICE** [1] - 223:20
**Office** [1] - 223:21
**OFFICER** [2] - 225:6, 331:8
**Officer** [2] - 331:11, 336:13
**officer** [20] - 226:19, 227:7, 229:3,

236:15, 237:15, 238:14, 258:24, 272:2, 283:25, 293:17, 318:14, 325:6, 330:20, 331:19, 332:4, 334:14, 336:19, 338:1, 338:6, 338:18
**officers** [56] - 232:9, 236:23, 237:11, 238:12, 238:16, 241:10, 241:21, 241:24, 243:7, 243:13, 253:3, 256:13, 257:8, 258:16, 258:25, 261:4, 261:5, 262:10, 265:13, 265:16, 265:18, 266:9, 268:4, 268:12, 268:19, 269:20, 270:11, 270:12, 271:2, 271:3, 275:3, 276:12, 277:6, 288:9, 290:17, 291:2, 291:4, 291:7, 291:21, 291:24, 292:6, 300:1, 300:5, 300:11, 320:23, 321:1, 321:14, 334:6, 334:8, 335:16, 339:12, 341:6, 341:18, 346:24, 347:24, 348:18
**officers'** [1] - 227:22
**official** [2] - 237:12, 319:14
**Official** [1] - 224:8
**often** [1] - 301:4
**old** [2] - 317:25, 319:13
**Olmsted** [1] - 303:17
**OMB** [1] - 224:4
**omit** [1] - 324:10
**omitted** [1] - 340:24
**ON** [1] - 223:25
**once** [6] - 250:13, 251:14, 253:1, 253:11, 311:23, 320:11
**one** [36] - 228:14, 235:23, 236:6, 236:7, 236:13, 236:16, 236:24, 238:13, 245:11, 248:8, 250:1, 250:5, 258:2, 258:25, 261:18, 264:19,

264:20, 273:13, 274:6, 281:5, 284:17, 287:17, 287:20, 290:13, 290:19, 304:8, 304:14, 304:17, 312:24, 317:19, 321:19, 337:10, 338:25, 349:9
**ones** [5] - 270:13, 270:15, 270:16, 270:21, 300:24
**online** [1] - 296:20
**open** [13] - 228:7, 231:16, 264:17, 265:17, 271:18, 279:20, 285:4, 290:11, 292:14, 292:25, 294:6, 308:4, 308:11
**opened** [3] - 290:14, 290:15, 290:17
**operative** [1] - 243:9
**opinion** [2] - 316:16, 337:13
**opposed** [3] - 256:14, 319:10, 330:23
**opposite** [2] - 249:9, 343:21
**opting** [1] - 317:1
**oral** [2] - 226:16, 232:25
**orange** [1] - 301:13
**order** [4] - 258:21, 261:16, 290:21, 338:21
**Order** [1] - 274:17
**ordinary** [1] - 231:8
**orient** [2] - 269:14, 273:5
**originated** [1] - 319:19
**originating** [1] - 256:8
**ounce** [2] - 336:20, 337:2
**outer** [1] - 294:5
**outermost** [2] - 253:22, 257:7
**outline** [1] - 346:5
**outside** [17] - 228:10, 228:25, 236:13, 243:3, 248:2, 255:25, 256:19, 292:19, 295:14, 295:15, 301:20, 305:12, 318:20, 318:25, 319:5, 322:23, 347:15
**overall** [1] - 258:4
**overhead** [1] - 345:1
**overruled** [6] - 248:14,

249:17, 250:24, 266:19, 315:9, 329:3
**overstaffed** [1] - 237:3
**overtaken** [1] - 280:1
**own** [6] - 309:3, 309:9, 323:2, 342:24, 349:11, 350:7
**ownership** [1] - 297:19
**Oxnard** [1] - 224:3

**P**

**P.C** [1] - 224:3
**p.m** [39] - 242:14, 242:15, 246:16, 249:3, 249:20, 250:12, 251:21, 252:6, 252:8, 255:11, 255:18, 256:2, 262:24, 262:25, 265:19, 266:22, 269:1, 269:24, 275:16, 275:25, 277:3, 277:13, 277:21, 278:9, 278:25, 280:13, 281:11, 282:13, 282:14, 284:3, 284:9, 285:17, 286:17, 329:4, 346:12, 352:5
**P.O** [1] - 223:13
**PA** [1] - 223:18
**page** [1] - 326:20
**PAGE** [2] - 223:25, 225:2
**pain** [2] - 337:24, 338:15
**paint** [2] - 337:16, 339:24
**paintball** [2] - 337:15, 337:16
**pants** [1] - 343:4
**paper** [1] - 302:11
**park** [1] - 300:20
**Park** [2] - 301:16, 320:4
**parking** [12] - 228:5, 229:19, 229:21, 281:23, 281:25, 282:3, 298:4, 298:25, 299:10, 299:14, 299:22
**parks** [1] - 301:20
**parliamentarian's** [2] - 286:11, 287:15
**part** [10] - 230:6, 237:22, 240:7, 242:3, 261:23,

283:23, 312:10, 323:25, 328:11, 345:15

**participants** [1] - 237:22

**participate** [1] - 242:11

**particular** [13] - 244:9, 262:23, 279:7, 300:24, 326:16, 333:3, 333:20, 334:14, 338:17, 343:9, 345:23, 348:19, 350:23

**particularly** [2] - 227:17, 258:11

**partner** [3] - 292:23, 343:22, 350:24

**partners** [1] - 349:8

**parts** [1] - 229:9

**passed** [1] - 327:8

**past** [10] - 269:1, 270:1, 278:12, 279:2, 280:14, 280:15, 280:16, 281:2, 281:19, 313:20

**path** [4] - 240:23, 284:8, 285:13, 328:24

**pause** [10] - 259:8, 260:13, 261:21, 264:23, 266:13, 273:4, 275:13, 276:10, 277:8, 277:17

**Pause** [3] - 289:20, 304:15, 351:14

**paused** [11] - 260:21, 260:22, 262:2, 266:21, 268:16, 269:13, 275:25, 277:12, 277:20, 278:23, 280:12

**pausing** [2] - 263:20, 278:5

**PAVA** [4] - 337:17, 337:18, 337:19, 337:25

**payload** [1] - 339:24

**Peace** [8] - 256:10, 260:24, 261:2, 273:13, 273:17, 281:13, 281:17

**peaceful** [2] - 333:16, 333:18

**Pelosi** [4] - 248:25, 250:4, 250:6, 250:20

**Pence** [4] - 249:23, 250:5, 250:17, 264:5

**Pennsylvania** [11] - 228:6, 260:25, 261:3, 262:5, 273:18, 273:21, 275:19, 281:9, 281:14, 327:16, 327:24

**people** [46] - 234:25, 244:5, 254:24, 255:13, 255:16, 255:20, 256:16, 257:7, 263:18, 265:24, 268:20, 270:8, 271:5, 280:3, 280:6, 280:9, 280:15, 280:18, 280:24, 288:14, 290:25, 291:10, 294:17, 297:9, 297:16, 302:25, 308:2, 308:6, 308:16, 309:1, 312:24, 314:20, 315:1, 316:3, 318:11, 321:4, 321:6, 335:7, 335:17, 341:4, 345:21, 347:5, 347:8, 347:21, 351:7

**pepper** [17] - 336:5, 336:6, 336:10, 337:13, 337:14, 337:21, 337:22, 338:1, 338:8, 338:10, 339:1, 339:12, 339:13, 339:18, 339:19, 340:2, 340:6

**pepper-ball** [1] - 338:1

**percent** [2] - 257:22, 336:7

**perception** [1] - 229:8

**perform** [1] - 227:10

**perhaps** [5] - 266:2, 302:15, 304:16, 308:12, 308:19

**perimeter** [24] - 251:15, 252:16, 253:12, 253:22, 254:2, 256:17, 256:23, 256:25, 257:7, 261:5, 261:6, 262:7, 270:5, 270:9, 274:23, 274:24, 275:6, 275:10, 275:22, 277:1, 278:11, 289:10, 300:5, 318:17

**perimeters** [4] - 257:5, 274:18, 295:12,

308:13

**period** [2] - 246:23, 346:21

**permanent** [1] - 302:22

**permanent-type** [1] - 302:22

**permanently** [1] - 301:7

**permission** [3] - 257:14, 257:17, 290:16

**permit** [11] - 296:15, 314:14, 314:20, 315:13

**permitted** [2] - 314:23, 315:3

**person** [6] - 305:7, 305:18, 305:22, 305:25, 306:3, 307:15

**personal** [2] - 329:8, 334:15

**personally** [5] - 243:21, 256:19, 259:25, 311:18, 340:10

**perspective** [3] - 294:5, 305:6, 344:14

**petition** [1] - 315:20

**phone** [2] - 314:17, 322:20

**phones** [3] - 243:1, 292:17, 347:13

**photo** [15] - 249:9, 249:21, 262:12, 269:18, 273:12, 273:20, 283:12, 284:24, 285:4, 295:3, 304:1, 304:2, 304:24, 307:9

**photograph** [10] - 284:5, 284:7, 284:19, 285:10, 285:12, 286:15, 288:11, 288:15, 306:4, 307:17

**photographs** [2] - 286:25, 303:25

**photos** [1] - 304:8

**phrase** [2] - 297:5, 319:11

**phrases** [1] - 292:11

**physical** [5] - 254:2, 274:3, 298:16, 299:17, 300:1

**physically** [1] - 280:3

**picked** [2] - 231:3, 231:4

**picture** [6] - 293:22,

293:23, 301:21, 302:4, 303:15, 321:20

**pierce** [1] - 230:15

**PIERCE** [2] - 224:2, 224:3

**pipe** [6] - 258:13, 259:2, 318:14, 318:15, 318:17, 319:4

**pistol** [2] - 228:22, 228:25

**place** [11] - 230:1, 239:17, 240:19, 245:2, 245:25, 249:12, 267:25, 303:8, 305:20, 313:4, 315:20

**placed** [5] - 258:13, 263:15, 274:16, 274:17, 325:13

**placement** [1] - 272:3

**places** [2] - 229:24, 346:6

**plainclothes** [1] - 235:14

**Plaintiff** [1] - 223:4

**plan** [1] - 238:20

**plastic** [2] - 334:16, 339:21

**platform** [4] - 262:18, 273:24, 276:2, 277:24

**platoon** [1] - 334:5

**platoons** [2] - 333:24, 334:7

**play** [24] - 259:8, 262:21, 263:19, 266:13, 267:20, 269:5, 270:24, 273:5, 275:13, 276:9, 276:21, 277:7, 277:17, 278:5, 279:11, 282:5, 293:21, 321:20, 322:14, 323:6, 323:15, 324:7, 324:13, 351:12

**played** [3] - 323:2, 324:17, 324:19

**playing** [28] - 243:12, 260:13, 260:15, 260:16, 261:22, 262:22, 263:21, 264:22, 264:24, 265:6, 265:10, 266:15, 267:21, 269:6, 269:10, 271:1, 272:13,

275:15, 276:11, 276:20, 276:23, 277:9, 277:19, 278:7, 279:12, 282:6, 323:22, 324:15

**pled** [2] - 291:3, 291:5

**plus** [1] - 312:20

**pockets** [1] - 343:5

**point** [21] - 231:15, 246:22, 258:1, 260:18, 262:6, 265:13, 265:17, 265:19, 265:22, 266:5, 267:17, 273:14, 275:21, 279:22, 294:25, 304:19, 305:17, 305:23, 306:5, 311:22, 331:6

**points** [1] - 266:8

**police** [20] - 237:7, 288:8, 291:1, 291:4, 320:5, 320:6, 328:19, 329:6, 329:12, 332:4, 335:7, 338:5, 344:3, 345:19, 345:20, 345:22, 346:6, 346:19, 346:23, 349:13

**Police** [64] - 226:25, 227:18, 227:22, 234:1, 234:5, 236:7, 236:23, 237:3, 239:18, 240:5, 240:8, 241:3, 241:10, 241:18, 241:21, 242:4, 242:20, 246:11, 253:6, 257:1, 258:3, 259:14, 259:22, 261:17, 269:7, 270:11, 270:13, 270:14, 270:20, 270:22, 271:10, 271:14, 272:9, 274:17, 276:12, 282:1, 282:11, 283:25, 285:10, 289:12, 296:22, 297:23, 302:24, 314:6, 318:9, 320:4, 320:5, 328:16, 329:12, 331:19, 331:25, 332:1, 332:20, 336:20, 341:10, 342:10, 348:7, 348:11, 348:18, 349:11,

349:21, 351:1
**Police's** [2] - 252:19, 257:20
**policies** [3] - 227:1, 227:19, 341:1
**policy** [2] - 227:8, 315:16
**pop** [1] - 298:17
**Pope** [1] - 291:23
**portico** [2] - 264:20, 287:13
**portion** [6] - 264:8, 265:3, 275:23, 277:25, 327:16, 328:6
**portions** [5] - 239:25, 264:3, 272:8, 310:22, 327:11
**posed** [1] - 309:13
**possession** [1] - 230:4
**possibilities** [1] - 330:24
**possible** [6] - 236:22, 237:5, 284:16, 328:16, 328:23, 329:1
**posted** [8] - 262:8, 275:2, 298:3, 298:19, 299:24, 300:5, 300:25
**posts** [1] - 330:6
**posture** [1] - 254:19
**potential** [2] - 226:21, 230:17
**potentially** [2] - 305:19, 308:21
**pour** [1] - 268:23
**powder** [6] - 337:17, 337:18, 337:19, 337:20, 337:25, 338:13
**powered** [2] - 337:22, 339:18
**PR-24** [1] - 334:20
**practice** [2] - 240:8, 242:4
**prepared** [1] - 303:23
**presence** [3] - 231:23, 252:19, 288:8
**present** [5] - 244:15, 252:24, 257:1, 257:8, 257:9
**presented** [2] - 252:14, 309:21
**preside** [2] - 245:15, 246:17
**presided** [1] - 246:20
**presidency** [1] - 245:8
**President** [5] - 249:22, 249:23, 250:5,

250:17, 264:4
**president** [8] - 245:5, 245:14, 245:22, 246:17, 246:20, 253:5, 254:5, 254:16
**presidential** [2] - 316:4, 316:13
**presiding** [3] - 248:24, 249:22, 250:2
**press** [3] - 259:8, 263:18, 275:13
**presume** [1] - 231:8
**presuming** [1] - 324:10
**presumptively** [1] - 230:2
**pretty** [4] - 274:18, 299:20, 300:1, 302:18
**prevent** [2] - 235:20, 294:17
**previous** [3] - 235:5, 276:6, 340:19
**previously** [1] - 350:22
**primary** [1] - 251:11
**printed** [1] - 296:11
**printing** [1] - 295:22
**problems** [1] - 316:13
**procedures** [1] - 227:1
**proceed** [1] - 331:5
**proceeded** [1] - 250:12
**proceeding** [2] - 250:3, 292:25
**proceedings** [7] - 245:2, 250:9, 250:14, 251:12, 251:20, 251:23, 312:7
**process** [2] - 246:12, 246:15
**proffer** [2] - 232:10, 236:10
**prohibited** [3] - 298:5, 298:25, 299:23
**prohibitions** [1] - 230:2
**prohibits** [1] - 230:3
**projectile** [1] - 337:23
**proper** [6] - 227:13, 234:20, 234:21, 243:20, 243:22
**properly** [2] - 240:16, 243:18
**PROPERTIES** [1] - 296:1
**PROPERTY** [1] - 295:24
**prosecutors** [1] - 319:9

**protect** [6] - 252:23, 257:25, 258:4, 262:14, 274:5, 330:3
**protected** [1] - 248:9
**protecting** [2] - 258:5, 258:7
**protection** [2] - 252:20, 257:21
**protective** [1] - 334:15
**protest** [7] - 314:24, 315:2, 315:15, 316:3, 333:16, 333:18, 345:11
**protester** [9] - 309:18, 309:25, 311:23, 313:3, 313:10, 315:19, 317:20, 318:6, 325:5
**protesters** [9] - 290:18, 291:20, 308:23, 316:9, 319:10, 319:15, 319:18, 344:4, 347:24
**protesting** [4] - 315:5, 315:10, 316:9, 345:12
**protests** [6] - 313:20, 313:23, 314:1, 314:3, 314:11, 345:15
**provide** [2] - 232:17, 232:19
**provided** [2] - 233:24, 257:6
**providing** [1] - 257:5
**proving** [1] - 248:9
**provocateurs** [1] - 232:8
**proximity** [1] - 287:17
**public** [7] - 230:7, 243:20, 264:17, 265:17, 308:4, 327:6, 330:3
**publicly** [1] - 319:3
**publish** [4] - 241:7, 244:20, 282:25, 286:1
**published** [1] - 260:12
**pull** [9] - 247:13, 249:7, 273:2, 283:9, 286:3, 287:7, 300:16, 325:24, 344:7
**purpose** [7] - 227:6, 227:12, 228:23, 315:15, 335:10, 348:9, 348:10
**purposes** [4] - 240:3, 264:21, 336:22,

336:25
**pursue** [2] - 238:12, 291:19
**pursues** [1] - 230:15
**push** [6] - 242:15, 268:6, 268:23, 335:7, 335:17, 338:4
**pushed** [2] - 346:24, 346:25
**pushing** [1] - 307:20
**put** [6] - 234:22, 268:17, 274:8, 274:11, 279:19, 330:22
**putting** [1] - 274:14

## Q

**questioning** [2] - 226:24, 238:12
**questions** [14] - 226:14, 226:15, 227:3, 227:13, 228:5, 229:7, 232:8, 233:7, 233:9, 289:21, 292:15, 309:7, 309:8, 325:18
**quick** [2] - 289:8, 290:13
**quite** [3] - 238:10, 302:1, 308:14
**quote** [3] - 231:7, 298:12, 320:13

## R

**rack** [3] - 294:6, 302:19, 303:1
**racked** [1] - 261:5
**racks** [6] - 234:24, 235:5, 262:8, 294:4, 344:4, 346:19
**radio** [40] - 241:21, 242:6, 242:8, 242:14, 242:20, 243:7, 244:5, 255:4, 255:7, 255:19, 256:12, 259:23, 261:23, 261:24, 268:25, 318:7, 319:22, 347:9, 348:5, 348:6, 348:7, 348:9, 348:10, 348:19, 348:21, 348:22, 349:2, 349:3, 349:10, 349:11, 349:13, 349:14, 349:17, 349:21, 349:23, 350:1, 350:5, 350:8, 351:4, 351:6

**radios** [2] - 243:14, 319:20
**raise** [2] - 260:19, 331:2
**raised** [2] - 228:19, 320:11
**ran** [1] - 266:6
**range** [2] - 333:14, 335:2
**ranges** [1] - 259:19
**Rankin** [1] - 314:5
**rational** [2] - 231:2, 231:7
**RDR** [1] - 224:7
**reached** [2] - 250:11, 280:18
**read** [5] - 295:22, 295:25, 326:9, 327:10, 327:23
**readily** [1] - 230:5
**reading** [1] - 319:11
**ready** [1] - 226:6
**real** [1] - 238:9
**realizing** [1] - 275:12
**really** [9] - 253:21, 254:1, 266:3, 290:13, 302:15, 305:18, 320:18, 322:18, 323:5
**reason** [1] - 296:16
**reasonable** [2] - 226:21, 317:7
**reasonably** [1] - 236:15
**reasons** [3] - 316:9, 321:15, 338:7
**reassure** [1] - 289:9
**receive** [1] - 317:5
**received** [1] - 232:14
**receiving** [1] - 334:12
**recent** [1] - 226:25
**recess** [6] - 250:15, 252:5, 252:11, 252:13, 352:1, 352:5
**Recess** [1] - 290:9
**recognize** [11] - 286:4, 287:21, 287:23, 293:23, 295:20, 303:15, 303:24, 304:1, 305:19, 344:8, 350:7
**recognized** [1] - 350:4
**recollection** [1] - 256:5
**reconvene** [1] - 351:22
**record** [9] - 226:3, 229:17, 232:7, 243:19, 287:5, 290:12, 307:4,

309:24, 324:17
**recorded** [6] - 242:6, 326:19, 349:18, 349:19, 349:24, 349:25
**recording** [1] - 349:21
**recordings** [3] - 350:1, 350:4, 350:8
**rectangle** [1] - 281:15
**Red** [4] - 336:2, 336:4, 336:5, 336:18
**red** [9] - 295:3, 295:4, 295:5, 295:10, 325:14, 346:3, 346:5, 346:7, 346:20
**redacted** [1] - 304:13
**REDIRECT** [1] - 326:3
**redress** [1] - 315:20
**reestablish** [1] - 253:12
**refer** [4] - 264:8, 332:15, 332:17, 334:15
**referenced** [2] - 244:25, 265:4
**referred** [8] - 247:15, 262:10, 265:3, 286:12, 297:18, 297:19, 302:4, 336:6
**referring** [9] - 298:22, 312:15, 312:17, 313:14, 313:15, 314:15, 333:25, 346:20, 347:9
**regain** [1] - 257:10
**regard** [1] - 350:23
**regarding** [6] - 228:4, 228:5, 246:25, 309:20, 319:4, 319:22
**region** [1] - 338:17
**regular** [4] - 240:7, 242:3, 336:21, 343:3
**regulations** [2] - 235:4, 235:10
**related** [2] - 235:4, 240:2
**relates** [1] - 325:23
**relating** [1] - 327:10
**relation** [1] - 265:23
**release** [2] - 338:14, 338:15
**released** [1] - 319:3
**releases** [1] - 337:24
**relevance** [8] - 235:10, 247:23, 248:3, 248:6, 290:22, 316:17, 318:25, 319:5
**relevant** [11] - 226:21,

227:21, 234:2, 234:4, 234:9, 235:24, 236:18, 236:23, 238:15, 238:17
**relies** [1] - 337:7
**relocating** [1] - 251:3
**remained** [1] - 253:20
**remaining** [2] - 232:1
**remains** [1] - 247:1
**remember** [5] - 342:16, 343:25, 345:5, 349:4, 349:8
**remind** [1] - 239:8
**remotely** [1] - 236:18
**remove** [4] - 251:9, 251:14, 252:10, 293:2
**removed** [5] - 250:15, 251:6, 251:8, 251:19, 288:13
**reorient** [1] - 281:7
**repeated** [1] - 256:11
**repeatedly** [1] - 319:9
**rephrase** [1] - 310:14
**replaces** [1] - 349:1
**report** [2] - 227:9, 343:24
**REPORTER** [3] - 339:3, 339:5, 339:7
**Reporter** [2] - 224:7, 224:8
**reporter** [1] - 336:14
**represent** [1] - 348:25
**representation** [7] - 247:19, 260:3, 272:17, 282:17, 284:7, 285:12, 286:16
**representations** [1] - 288:16
**Representatives** [5] - 245:11, 245:19, 246:18, 246:19, 247:16
**represented** [1] - 345:25
**Republican** [1] - 318:21
**request** [2] - 226:25, 314:18
**requests** [1] - 227:18
**require** [2] - 230:19, 332:9
**required** [2] - 314:20, 319:14
**research** [2] - 290:2, 351:24
**reservations** [1] - 326:12

**reserved** [1] - 315:12
**residents** [1] - 228:7
**resistance** [1] - 237:25
**resisted** [1] - 238:14
**respect** [1] - 233:8
**respond** [3] - 229:5, 333:14
**responding** [2] - 270:6, 320:3
**response** [1] - 229:2
**responsibility** [1] - 258:4
**responsible** [2] - 254:21, 318:16
**rest** [2] - 265:4, 339:5
**restore** [2] - 251:15, 251:21
**restricted** [21] - 229:8, 230:18, 230:19, 231:14, 231:16, 231:18, 232:2, 256:22, 256:25, 257:14, 270:5, 270:8, 274:24, 275:4, 275:5, 275:6, 278:11, 308:12, 308:13, 309:2, 310:25
**restriction** [1] - 300:4
**restrictions** [1] - 312:20
**result** [1] - 335:3
**results** [1] - 247:3
**resume** [3] - 251:20, 253:6, 253:7
**Resumed** [1] - 239:11
**resumed** [1] - 252:4
**retardant** [1] - 334:19
**retread** [1] - 290:20
**retreated** [2] - 262:10, 262:13
**retreating** [1] - 256:13
**return** [1] - 247:2
**returns** [1] - 246:24
**review** [1] - 253:18
**reviewed** [4] - 247:10, 272:5, 282:12, 284:2
**reviewing** [1] - 253:15
**right-hand** [2] - 262:5, 328:7
**rings** [1] - 257:6
**riot** [10] - 237:25, 258:10, 288:8, 291:15, 309:4, 319:9, 319:11, 319:15, 329:9, 333:16
**rioters** [33] - 250:10, 251:14, 252:15, 252:19, 253:16,

253:21, 256:19, 256:22, 256:25, 257:11, 257:17, 261:6, 262:6, 263:14, 266:9, 266:10, 267:12, 268:4, 268:12, 268:22, 269:1, 269:8, 275:21, 276:18, 277:4, 278:3, 279:4, 280:1, 280:20, 290:16, 291:19, 319:10
**rioting** [2] - 291:14, 291:15
**ripped** [1] - 302:9
**risers** [1] - 263:18
**road** [1] - 323:17
**roadways** [1] - 326:13
**ROGER** [1] - 224:2
**role** [5] - 271:9, 328:15, 342:18, 342:19, 350:23
**roll** [1] - 323:21
**rolled** [2] - 306:10, 307:11
**rolling** [2] - 305:19, 307:16
**roof** [1] - 240:23
**room** [5] - 229:6, 309:17, 309:23, 309:25, 312:12
**Room** [1] - 224:8
**rooms** [5] - 311:4, 311:10, 311:16, 312:13, 312:16
**Roots** [10] - 226:16, 230:15, 232:25, 234:8, 236:21, 286:21, 293:14, 295:8, 305:15, 307:22
**ROOTS** [72] - 224:2, 233:16, 233:20, 234:1, 234:12, 235:13, 236:5, 237:1, 237:6, 237:17, 237:24, 238:19, 241:4, 242:22, 247:23, 249:16, 250:22, 260:8, 266:16, 272:24, 282:22, 284:13, 285:23, 286:22, 287:3, 288:22, 290:10, 290:13, 291:5, 291:13, 291:22, 292:8, 293:16, 293:21, 295:2,

295:18, 300:16, 302:2, 303:14, 303:22, 304:5, 304:11, 304:14, 304:18, 305:16, 306:5, 306:8, 306:18, 307:2, 307:6, 307:10, 309:5, 310:11, 321:19, 321:22, 322:6, 322:10, 322:15, 322:18, 323:4, 323:20, 323:23, 324:5, 324:13, 324:16, 324:21, 325:18, 328:20, 329:2, 330:2, 347:11, 350:13
**Roots**..........................
.............**293** [1] - 225:4
**rotate** [1] - 240:10
**roughly** [3] - 254:13, 280:12, 341:5
**round** [5] - 337:17, 339:19, 339:21, 339:22, 339:23
**rounds** [1] - 329:5
**routine** [1] - 317:3
**rroots@ johnpiercelaw.com** [1] - 224:6
**Rule** [2] - 232:10, 236:20
**rule** [1] - 317:25
**ruled** [3] - 227:25, 230:14, 238:21
**rules** [6] - 246:11, 246:14, 313:2, 313:4, 313:11, 313:13
**ruling** [2] - 226:16, 226:17
**rulings** [4] - 226:12, 232:7, 232:24, 232:25
**run** [3] - 244:5, 276:7, 329:20
**running** [1] - 266:4
**runs** [7] - 242:20, 243:7, 259:23, 261:1, 261:23, 261:24, 268:25
**rush** [1] - 311:23
**rushing** [1] - 265:24

## S

**Sabre** [3] - 336:2,

336:4, 336:18
**sabre** [1] - 336:5
**safe** [2] - 250:16,
251:10
**safety** [1] - 251:10
**SAMUEL** [1] - 216:24
**samuel.s.dalke@**
**usdoj.gov** [1] -
223:19
**sat** [1] - 272:14
**saw** [15] - 227:8,
255:9, 265:24,
266:4, 267:2,
267:22, 279:1,
287:11, 289:17,
305:6, 324:1,
325:13, 325:16,
333:17, 346:18
**scaffolding** [24] -
263:15, 263:16,
272:2, 273:23,
274:2, 274:3, 274:5,
276:13, 278:13,
278:15, 278:16,
278:19, 278:21,
279:25, 280:23,
281:1, 284:8,
285:13, 288:7,
288:8, 288:9,
321:10, 328:17,
328:24
**scale** [2] - 280:8,
344:12
**scaling** [2] - 280:3,
280:8
**scene** [7] - 284:8,
285:13, 286:16,
288:17, 322:15,
323:25, 324:2
**scenery** [1] - 323:25
**schedule** [2] - 254:17,
254:18
**scope** [4] - 306:2,
315:8, 319:1, 319:6
**screams** [1] - 258:16
**screen** [6] - 261:8,
268:3, 268:5,
268:17, 274:7, 274:9
**screening** [1] - 257:12
**screenshot** [5] -
247:17, 248:21,
249:12, 287:25,
288:2
**screenshots** [2] -
241:2, 282:25
**screws** [1] - 301:25
**scrub** [1] - 323:10
**season** [1] - 330:23
**seat** [2] - 239:7,
249:22

**seated** [2] - 263:18,
293:12
**seating** [1] - 312:3
**seating-wise** [1] -
312:3
**second** [11] - 231:18,
236:13, 246:19,
259:9, 263:9,
272:13, 286:10,
287:16, 304:14,
321:19
**Second** [1] - 228:3
**secondary** [1] - 332:5
**secondly** [1] - 228:2
**seconds** [12] - 260:14,
260:21, 261:21,
262:21, 264:23,
268:17, 270:25,
322:18, 324:18,
324:19, 324:20,
324:21
**secretly** [1] - 238:7
**secure** [1] - 252:16
**security** [8] - 240:3,
251:19, 253:4,
254:19, 257:1,
257:5, 257:12,
311:15
**see** [62] - 231:21,
234:18, 234:19,
236:17, 260:22,
261:4, 261:11,
261:15, 262:12,
262:25, 264:25,
265:11, 268:5,
270:10, 270:21,
271:25, 273:13,
273:23, 274:2,
274:3, 274:4, 274:8,
274:22, 275:3,
275:9, 276:1,
276:12, 276:24,
277:4, 277:6,
277:23, 277:25,
278:3, 278:14,
278:15, 278:18,
279:10, 280:2,
280:5, 280:23,
282:2, 282:4, 282:7,
283:14, 283:18,
283:23, 283:25,
284:24, 285:10,
288:12, 290:1,
294:3, 294:7,
298:24, 299:12,
299:21, 299:22,
299:23, 299:24,
301:24, 302:7,
324:25
**seeing** [3] - 287:9,

328:18, 329:4
**seek** [2] - 241:6,
244:20
**seeking** [4] - 282:24,
304:9, 316:20,
316:24
**sees** [1] - 293:1
**self** [1] - 226:21
**Senate** [31] - 245:11,
245:17, 246:24,
246:25, 247:7,
249:9, 249:12,
249:21, 250:10,
250:17, 251:13,
251:22, 263:6,
263:8, 263:22,
264:1, 264:4,
264:10, 264:13,
267:6, 267:7,
267:11, 267:23,
269:11, 284:22,
286:9, 286:14,
287:14, 310:6, 312:2
**senators** [2] - 264:5,
316:15
**sense** [3] - 244:15,
289:8, 297:7
**sensitive** [2] - 229:24,
230:1
**sentence** [1] - 326:10
**Sergeant** [2] - 343:23,
350:21
**sergeant** [1] - 349:7
**sergeants** [3] - 334:2,
334:6, 341:6
**series** [1] - 239:24
**Service** [1] - 301:16
**service** [2] - 289:16,
300:21
**SESSION** [1] - 223:5
**session** [6] - 245:10,
245:13, 254:16,
290:11, 308:1, 345:9
**set** [4] - 245:21,
245:23, 256:25,
318:12
**sets** [1] - 263:5
**setting** [1] - 323:25
**seven** [1] - 234:18
**several** [5] - 253:19,
315:11, 320:7,
332:13, 334:11
**SHALIN** [1] - 223:20
**shalin.nohria@usdoj**
**.gov** [1] - 223:23
**shape** [1] - 267:5
**shared** [1] - 316:16
**shattered** [1] - 253:24
**shattering** [1] - 264:25
**SHAUNI** [3] - 225:6,

331:8, 331:14
**Shauni** [3] - 330:20,
331:14, 349:2
**shift** [2] - 254:22,
342:15
**shortly** [4] - 275:16,
284:9, 328:17,
328:22
**shot** [1] - 270:11
**show** [12] - 231:1,
235:18, 281:4,
295:2, 303:22,
304:5, 304:8, 322:3,
323:5, 324:17,
327:21, 344:12
**SHOWING** [2] -
295:24, 296:1
**showing** [3] - 305:16,
322:25, 326:14
**shown** [6] - 267:11,
272:10, 300:17,
302:3, 321:11, 346:7
**shows** [2] - 273:11,
322:15
**shredded** [1] - 288:13
**side** [46] - 229:20,
246:24, 249:9,
255:14, 258:14,
262:5, 262:11,
263:4, 263:5, 263:6,
263:7, 263:13,
263:23, 263:24,
264:1, 264:4, 264:6,
265:11, 267:3,
267:6, 267:7, 268:7,
268:13, 269:11,
269:17, 276:8,
280:2, 280:3, 280:5,
281:15, 283:12,
284:19, 284:22,
286:14, 288:6,
295:23, 313:6,
313:8, 313:10,
320:25, 337:4,
343:5, 344:12
**sidebar** [1] - 305:10
**sidewalk** [3] - 283:15,
283:16, 284:21
**sidewalks** [3] -
314:21, 315:5, 315:6
**sideways** [1] - 295:25
**siege** [5] - 320:14,
320:15, 320:16,
321:3, 321:4
**sign** [17] - 300:18,
300:24, 300:25,
301:9, 301:11,
301:12, 301:16,
302:7, 302:9,
302:11, 302:22,

303:3, 306:4,
348:25, 349:1,
349:3, 349:4
**signage** [4] - 234:21,
298:14, 299:24,
301:19
**significant** [2] -
250:13, 257:9
**significantly** [1] -
257:3
**signs** [29] - 231:21,
261:11, 261:15,
261:16, 261:18,
262:8, 272:3,
274:16, 274:22,
275:2, 298:2, 298:3,
298:19, 298:24,
299:22, 299:23,
300:17, 300:20,
300:21, 301:1,
301:7, 301:25,
302:18, 302:25,
328:18, 329:6,
348:22
**similar** [7] - 270:19,
272:9, 301:17,
304:1, 312:16,
339:17, 340:2
**single** [7] - 229:24,
309:16, 309:17,
309:25, 310:1,
317:19, 318:5
**sitting** [1] - 250:2
**situation** [1] - 317:13
**six** [4] - 242:19,
252:11, 259:10,
274:18
**size** [8] - 271:11,
271:22, 272:17,
276:17, 277:10,
336:23, 336:24,
337:5
**sized** [1] - 337:3
**sizes** [1] - 336:25
**skip** [1] - 281:5
**sliced** [1] - 302:14
**slow** [2] - 336:13,
339:7
**slowly** [1] - 346:22
**smoke** [1] - 280:6
**smoking** [2] - 301:9,
301:11
**snow** [10] - 234:14,
234:16, 234:17,
235:6, 262:8,
294:10, 294:14,
294:15
**so-called** [1] - 319:4
**solidify** [1] - 289:10
**someone** [13] - 227:8,

245:12, 296:6,
296:24, 299:10,
299:14, 305:6,
305:23, 306:9,
307:11, 314:16,
320:19, 350:17
**sometime** [1] - 294:3
**somewhat** [2] - 257:6,
321:1
**somewhere** [3] -
237:15, 338:9,
349:16
**soon** [1] - 266:1
**Sorry** [2] - 339:6,
339:9
**sorry** [31] - 227:16,
231:7, 244:14,
252:2, 252:7, 252:8,
262:5, 264:19,
270:18, 275:5,
275:23, 278:1,
280:5, 290:7,
294:19, 295:8,
295:9, 295:24,
296:18, 297:8,
303:1, 303:5,
303:12, 311:12,
313:12, 315:23,
320:7, 330:17,
336:15, 348:14
**sort** [6] - 227:11,
231:15, 297:7,
332:9, 348:5, 349:10
**source** [2] - 271:18,
285:4
**south** [3] - 256:7,
286:14, 313:7
**space** [2] - 293:1,
297:19
**spaces** [1] - 282:3
**Speaker** [5] - 248:24,
248:25, 250:4,
250:5, 250:20
**speaking** [1] - 244:8
**special** [2] - 334:14,
335:18
**specialized** [1] -
342:18
**specific** [5] - 230:6,
282:18, 313:5,
314:18, 320:24
**specifically** [4] -
270:13, 270:19,
271:7, 308:14
**speculation** [2] -
328:20, 329:2
**sped** [3] - 272:12,
272:16, 279:8
**sped-up** [1] - 279:8
**speech** [1] - 345:10

**spell** [1] - 331:13
**spin** [1] - 339:22
**spine** [2] - 338:20,
340:5
**spray** [9] - 336:3,
336:4, 336:5, 336:6,
336:16, 336:18,
337:1, 337:6, 337:12
**squad** [1] - 334:5
**square** [1] - 264:8
**squares** [1] - 326:12
**staff** [5] - 252:25,
258:1, 298:4,
299:22, 308:4
**staffing** [4] - 234:12,
235:14, 235:18,
235:20
**stage** [7] - 262:12,
262:13, 262:17,
263:17, 273:24,
275:24, 347:1
**stairs** [11] - 237:12,
240:22, 242:16,
263:5, 278:4,
278:14, 279:7,
279:24, 283:15,
284:20
**stamp** [3] - 249:4,
269:23, 281:10
**stand** [2] - 234:13,
331:2
**standards** [1] - 226:20
**standing** [2] - 261:4,
300:2
**start** [9] - 239:17,
259:10, 260:13,
273:4, 342:15,
343:19, 344:20,
345:13, 345:14
**started** [7] - 342:16,
345:2, 345:7, 345:8,
346:9, 346:23,
346:24
**starting** [7] - 326:9,
335:21, 335:22,
344:3, 345:18,
345:21, 346:19
**State** [1] - 320:5
**state** [11] - 229:3,
234:16, 235:16,
235:17, 235:21,
247:4, 261:16,
296:6, 320:5, 320:6,
331:13
**statement** [2] -
309:19, 315:18
**states** [1] - 246:16
**STATES** [4] - 223:1,
223:3, 223:10,
223:20

**States** [28] - 223:12,
226:3, 229:13,
230:22, 239:18,
240:5, 240:8, 241:3,
241:10, 241:20,
242:20, 245:11,
245:15, 245:22,
246:11, 246:17,
246:21, 254:5,
265:20, 271:9,
326:7, 326:11,
326:14, 328:16,
332:1, 336:20,
344:11, 348:11
**stating** [2] - 275:2,
298:19
**Station** [1] - 223:14
**statue** [2] - 273:13,
273:17
**status** [1] - 288:7
**statute** [3] - 237:24,
291:14, 326:5
**statutes** [1] - 327:24
**stay** [1] - 289:10
**Steal** [1] - 292:10
**step** [2] - 290:5,
330:25
**steps** [40] - 243:14,
250:11, 253:6,
263:3, 263:8, 263:9,
265:24, 266:1,
266:6, 267:8,
267:11, 267:12,
267:15, 269:1,
269:2, 269:14,
269:17, 269:18,
270:1, 272:10,
273:22, 276:4,
276:7, 277:4,
277:14, 277:24,
278:12, 278:21,
279:1, 279:13,
279:15, 280:9,
280:16, 280:21,
280:23, 280:25,
286:12, 288:6,
340:13
**stick** [1] - 302:15
**sticks** [1] - 348:22
**still** [12] - 239:8,
262:16, 263:13,
267:6, 267:7, 269:1,
281:2, 281:22,
282:12, 282:16,
322:7
**stingball** [1] - 341:24
**Stop** [1] - 292:9
**stop** [16] - 227:5,
230:13, 234:17,
237:9, 252:5,

323:23, 324:16,
335:9, 335:12,
335:17, 336:11,
338:5, 342:1, 347:2
**stopped** [5] - 250:14,
251:24, 291:25,
321:4, 321:6
**stopping** [1] - 331:6
**stops** [1] - 294:15
**stored** [1] - 242:6
**straight** [2] - 261:1,
267:9
**street** [5] - 273:9,
273:19, 281:14,
282:2, 300:2
**Street** [5] - 223:17,
223:21, 224:3,
327:17, 327:18
**streets** [6] - 230:6,
298:7, 298:11,
298:14, 326:12,
327:12
**strength** [2] - 336:6,
336:8
**stretch** [1] - 281:14
**strike** [1] - 226:24
**string** [1] - 233:6
**structure** [4] - 299:17,
333:20, 333:21,
333:23
**subject** [3] - 228:12,
319:15, 319:19
**subjects** [1] - 226:15
**submit** [1] - 229:4
**Subsection** [3] -
326:1, 327:4, 327:5
**subset** [2] - 341:9,
341:10
**sufficient** [2] - 231:6,
231:12
**sufficiently** [1] -
229:23
**suit** [1] - 334:19
**Suite** [3] - 223:17,
223:21, 224:4
**summarize** [1] - 342:8
**sunglasses** [1] - 343:7
**supervisors** [1] -
334:2
**support** [1] - 270:6
**surrounding** [5] -
231:22, 255:17,
298:18, 310:22,
310:25
**surveillance** [19] -
239:17, 239:19,
239:22, 240:4,
240:7, 240:15,
240:21, 241:20,
244:23, 247:6,

247:18, 259:14,
259:16, 260:24,
271:17, 272:9,
284:2, 285:7, 287:11
**surveyor** [1] - 326:20
**suspect** [3] - 233:5
**sustain** [3] - 230:16,
233:5, 233:6
**sustained** [9] - 305:5,
307:14, 314:9,
316:7, 316:19,
318:4, 319:2, 319:7,
330:5
**sweater** [2] - 343:3,
343:4
**sweeps** [2] - 253:14
**Sworn** [1] - 331:8
**sworn** [2] - 331:4,
348:12
**system** [12] - 239:17,
239:19, 239:22,
240:4, 240:7, 241:3,
337:21, 337:22,
338:2, 338:8,
338:11, 340:6

**T**

**table** [1] - 229:5
**tactical** [1] - 343:8
**talker** [1] - 339:9
**target** [3] - 338:17,
338:22, 340:25
**tarp** [5] - 288:13,
288:24, 321:10,
321:11, 321:15
**task** [1] - 343:19
**teach** [1] - 332:14
**team** [7] - 251:3,
334:22, 335:23,
336:17, 340:11,
340:17, 341:5
**tear** [2] - 302:15,
302:16
**tearing** [1] - 288:23
**tee** [1] - 235:11
**ten** [7] - 233:6, 283:4,
341:5, 341:9,
341:12, 341:13,
351:22
**term** [1] - 336:7
**terms** [2] - 337:10,
338:16
**Terrace** [15] - 250:11,
262:11, 263:11,
268:21, 269:3,
276:2, 279:17,
279:22, 280:19,
284:21, 286:16,
288:5, 288:17,

328:17, 328:24
**terrace** [3] - 240:23, 266:11, 271:6
**testified** [3] - 229:3, 306:20, 312:19
**testify** [2] - 244:11, 272:6
**testimony** [13] - 226:19, 227:22, 229:7, 235:25, 239:16, 261:12, 294:9, 295:14, 300:10, 330:10, 330:11, 342:8, 352:2
**text** [3] - 304:8, 304:12, 304:20
**that..** [1] - 306:6
**THE** [162] - 223:1, 223:1, 223:10, 226:2, 226:5, 226:7, 227:5, 227:15, 227:25, 228:13, 228:16, 229:12, 229:15, 230:13, 231:20, 232:4, 232:20, 232:22, 233:18, 234:8, 235:3, 236:1, 236:12, 236:21, 237:2, 237:9, 237:19, 238:11, 238:21, 238:24, 239:1, 239:3, 239:6, 239:7, 239:9, 239:10, 241:5, 242:25, 243:4, 243:6, 243:16, 243:24, 244:3, 244:10, 244:16, 248:3, 248:7, 248:11, 248:14, 248:18, 249:17, 250:24, 260:11, 266:19, 273:1, 282:23, 283:3, 283:6, 284:14, 285:24, 286:21, 286:23, 287:4, 288:25, 289:23, 289:24, 290:5, 290:6, 290:12, 290:20, 291:9, 291:18, 292:5, 292:12, 292:20, 293:4, 293:9, 293:12, 295:8, 296:2, 303:11, 304:9, 304:13, 304:16, 305:5, 305:15, 305:22,

306:13, 306:19, 306:22, 306:23, 307:1, 307:3, 307:7, 307:14, 307:18, 307:22, 309:11, 309:14, 309:15, 310:13, 310:14, 310:18, 310:20, 311:12, 311:14, 311:15, 314:9, 315:9, 316:7, 316:19, 316:23, 318:4, 319:2, 319:7, 321:17, 321:21, 321:23, 321:25, 322:17, 322:19, 323:6, 323:10, 323:18, 324:6, 324:9, 325:1, 325:10, 325:20, 325:21, 328:21, 329:3, 330:4, 330:9, 330:13, 330:14, 330:15, 330:16, 330:17, 330:18, 330:22, 331:1, 331:2, 331:5, 339:3, 339:4, 339:5, 339:6, 339:7, 339:9, 340:23, 340:25, 341:2, 347:13, 347:18, 348:14, 350:15, 351:15, 351:18, 352:1, 352:4
**themselves** [5] - 229:1, 233:3, 258:5, 298:18, 334:6
**theory** [7] - 226:22, 237:10, 290:22, 290:23, 291:2, 291:19, 292:13
**therefore** [1] - 297:20
**they've** [6] - 262:9, 262:13, 278:15, 279:16, 302:1, 323:13
**thick** [3] - 302:12, 302:14, 302:18
**thinking** [1] - 297:10
**Third** [3] - 273:19, 281:14, 327:17
**thoroughly** [1] - 253:15
**thousand** [2] - 308:2, 308:24
**thousands** [5] - 308:6, 308:7, 308:16, 315:21, 315:23
**threat** [4] - 250:13, 251:9, 252:14, 258:2

**threats** [1] - 251:19
**three** [8] - 262:7, 264:23, 265:25, 270:25, 285:24, 336:20, 337:2, 342:9
**three-ounce** [2] - 336:20, 337:2
**threshold** [1] - 235:1
**throughout** [8] - 239:25, 253:24, 255:1, 298:23, 299:20, 299:24, 300:5, 302:18
**Thursday** [1] - 223:4
**ties** [1] - 302:20
**tip** [1] - 261:2
**title** [2] - 326:1, 332:3
**today** [8] - 232:18, 233:15, 247:11, 272:6, 300:10, 312:25, 313:15, 319:14
**together** [3] - 247:2, 312:7, 351:2
**took** [4] - 226:18, 240:19, 253:19, 348:4
**tool** [3] - 335:22, 337:9, 341:15
**tools** [9] - 280:1, 335:18, 337:6, 338:23, 340:16, 341:14, 341:21, 342:4, 342:9
**top** [13] - 237:12, 249:22, 250:3, 266:1, 266:5, 266:6, 267:8, 269:18, 280:10, 281:12, 283:10, 286:12, 327:4
**topic** [2] - 235:7, 241:9
**torn** [5] - 254:1, 278:15, 302:9, 302:17, 321:11
**total** [3] - 341:9, 341:12, 341:13
**touch** [2] - 226:10, 226:11
**tour** [3] - 308:11, 308:20
**towards** [6] - 255:15, 266:5, 266:7, 276:25, 277:14, 278:12
**traffic** [6] - 349:10, 349:21, 349:23, 350:5, 351:4, 351:7
**training** [4] - 227:2, 332:10, 332:12,

334:12
**transcript** [1] - 233:2
**TRANSCRIPT** [1] - 223:9
**transcripts** [1] - 233:2
**trapped** [4] - 320:17, 320:19, 320:24, 321:2
**traversing** [1] - 254:24
**Treasury** [1] - 230:25
**tree** [1] - 276:7
**trial** [1] - 227:20
**TRIAL** [1] - 223:9
**trier** [1] - 231:7
**trim** [1] - 301:10
**truck** [2] - 300:13, 343:15
**trucks** [2] - 300:4, 300:6
**true** [8] - 238:3, 272:17, 294:6, 305:16, 310:17, 317:18, 321:14, 323:4
**truth** [4] - 242:23, 260:9, 347:16, 350:14
**try** [6] - 233:10, 256:13, 283:6, 299:11, 309:12, 338:21
**trying** [13] - 266:9, 268:12, 295:25, 310:13, 310:23, 311:12, 320:18, 323:1, 329:19, 329:20, 329:22, 330:6, 335:17
**tucked** [1] - 344:21
**turn** [3] - 240:11, 281:2, 311:18
**turned** [1] - 291:20
**turning** [1] - 342:12
**turtle** [3] - 334:16, 343:10, 343:11
**Twelfth** [1] - 245:23
**two** [19] - 229:9, 258:13, 258:19, 261:18, 263:5, 265:24, 269:25, 274:6, 275:11, 276:6, 277:22, 287:10, 287:17, 291:9, 312:7, 327:23, 330:16, 337:3, 346:21
**two-hour** [1] - 346:21
**type** [4] - 301:1, 302:22, 303:1, 333:15

**types** [2] - 299:25, 336:23
**typical** [2] - 254:17, 254:18
**typically** [7] - 245:9, 265:15, 335:12, 335:15, 349:14, 349:20, 351:2

## U

**U.S** [20] - 223:13, 224:8, 234:5, 246:24, 256:4, 256:10, 261:9, 268:10, 273:10, 296:7, 308:8, 310:4, 310:16, 313:3, 313:24, 314:12, 318:18, 318:20, 331:19, 351:9
**ultimately** [4] - 247:1, 255:18, 255:21, 269:7
**unauthorized** [1] - 305:20
**under** [18] - 227:9, 236:20, 238:2, 239:8, 274:11, 274:15, 280:23, 281:1, 287:13, 291:15, 297:19, 313:2, 313:11, 314:24, 319:15, 320:13, 320:15, 321:3
**UNDER** [1] - 296:1
**undercover** [15] - 232:8, 236:7, 236:15, 236:22, 237:15, 238:12, 238:14, 238:16, 290:17, 290:18, 291:1, 291:7, 291:21, 291:23, 292:3
**undercovers** [1] - 235:20, 237:7, 237:18
**underneath** [1] - 278:16
**understaffed** [1] - 237:3
**understood** [3] - 227:7, 309:11, 342:1
**unfold** [1] - 258:10
**uniform** [2] - 342:23, 343:3
**uniforms** [1] - 270:19
**UNISON** [2] - 238:25, 239:2

**unit** [9] - 229:24, 332:7, 332:9, 332:11, 332:16, 332:18, 333:22, 341:4, 342:10
**UNITED** [4] - 223:1, 223:3, 223:10, 223:20
**United** [28] - 223:12, 226:3, 229:13, 230:22, 239:18, 240:5, 240:8, 241:3, 241:10, 241:20, 242:20, 245:11, 245:15, 245:22, 246:10, 246:17, 246:20, 254:5, 265:20, 271:9, 326:7, 326:11, 326:14, 328:15, 332:1, 336:20, 344:11, 348:11
**units** [2] - 348:19, 349:8
**unlawful** [1] - 228:7
**unless** [3] - 232:10, 238:13, 320:24
**unobstructed** [2] - 268:9, 313:18
**unsafe** [1] - 252:17
**unscreened** [1] - 309:1
**up** [83] - 234:22, 235:11, 242:15, 243:6, 247:13, 249:7, 250:3, 250:11, 255:21, 259:7, 261:1, 263:8, 263:9, 263:15, 265:24, 267:12, 267:13, 269:1, 269:2, 269:15, 269:20, 270:1, 271:3, 272:8, 272:10, 272:12, 272:16, 273:2, 273:21, 275:22, 276:7, 276:12, 277:4, 277:15, 277:23, 278:4, 278:11, 278:14, 278:21, 279:1, 279:8, 279:15, 279:16, 280:9, 280:15, 280:16, 280:21, 280:25, 281:2, 283:9, 283:10, 284:5, 284:16, 285:7, 286:3, 287:8,

298:17, 300:16, 302:2, 303:14, 305:19, 306:10, 307:12, 307:20, 308:1, 313:17, 318:24, 322:6, 322:10, 324:23, 325:5, 325:24, 326:1, 327:3, 327:4, 327:21, 328:6, 330:25, 333:24, 342:24, 344:7, 344:24
**updated** [1] - 233:22
**upper** [1] - 266:10
**Upper** [8] - 250:11, 263:11, 268:20, 269:2, 279:17, 279:22, 280:18, 286:16
**upside** [1] - 295:23
**urn** [3] - 267:12, 277:5, 279:13
**urns** [12] - 265:23, 269:2, 269:15, 270:1, 276:5, 276:6, 277:15, 277:24, 279:2, 280:15, 281:2, 328:25
**USAO** [1] - 223:17
**USC** [1] - 326:5
**uses** [2] - 340:3, 341:21
**utilize** [2] - 294:16, 315:13
**utilized** [5] - 298:16, 335:23, 339:25, 340:12, 342:9

**V**

**valid** [3] - 231:24, 290:21
**validate** [1] - 245:7
**validated** [1] - 320:12
**vantage** [1] - 322:16
**variety** [4] - 338:7
**various** [1] - 336:18
**vehicle** [1] - 230:11
**verbal** [1] - 243:21
**version** [1] - 304:13
**Vice** [5] - 249:22, 250:5, 250:17, 264:4
**vice** [5] - 245:14, 246:17, 246:20, 253:5, 254:16
**vicinity** [2] - 283:17, 317:14
**video** [73] - 240:2, 240:3, 241:2,

241:20, 248:21, 259:8, 259:11, 259:13, 259:16, 259:19, 259:20, 259:22, 260:1, 260:3, 260:13, 260:21, 260:24, 261:21, 262:3, 262:23, 263:19, 264:23, 265:15, 266:4, 266:21, 268:15, 268:16, 268:24, 269:5, 269:23, 271:1, 271:14, 271:17, 271:18, 271:21, 271:25, 272:5, 272:8, 272:9, 272:12, 272:16, 273:4, 273:5, 274:19, 275:14, 276:6, 276:10, 277:8, 277:18, 277:20, 278:6, 278:24, 278:25, 281:5, 281:6, 282:13, 283:1, 283:18, 283:23, 283:25, 285:5, 285:7, 285:16, 287:11, 288:1, 288:2, 288:11, 288:15, 299:9, 309:21, 322:7
**Video** [22] - 260:15, 261:22, 262:22, 263:21, 264:24, 265:6, 265:10, 266:15, 267:21, 269:6, 269:10, 275:15, 276:11, 276:20, 276:23, 277:9, 277:19, 278:7, 279:12, 282:6, 323:22, 324:15
**videos** [4] - 241:9, 260:18, 268:24, 284:2
**view** [3] - 267:22, 337:10, 345:1
**viewing** [1] - 249:18
**violated** [1] - 226:20
**violence** [2] - 253:2, 335:16
**violent** [5] - 291:20, 291:21, 292:6, 292:8, 351:8
**Virginia** [2] - 320:5, 329:13

**visible** [1] - 344:19
**visited** [1] - 296:7
**visiting** [1] - 296:24
**visitor** [1] - 296:12
**Visitor's** [3] - 300:23, 301:16, 308:20
**visitors** [2] - 258:1, 303:3
**visually** [1] - 229:5
**voice** [6] - 244:9, 315:16, 315:22, 315:24, 316:9, 350:7
**volume** [8] - 260:20, 323:7, 323:8, 323:10, 323:15, 323:17, 324:8
**voluntarily** [1] - 228:23
**vote** [10] - 246:6, 246:12, 246:14, 247:2, 251:17, 251:25, 254:5, 254:9, 289:11, 345:10
**votes** [3] - 245:6, 245:7, 245:22
**voting** [1] - 247:3
**vs** [5] - 223:5, 226:4, 229:13, 230:22, 314:6

**W**

**wait** [4] - 231:20, 236:13, 340:22
**waiting** [3] - 232:22, 233:19, 258:19
**walk** [4] - 285:22, 287:1, 313:17, 314:21
**walked** [2] - 263:9, 266:25
**walks** [1] - 326:13
**walkway** [1] - 261:3, 262:6, 273:21
**wall** [8] - 276:25, 283:14, 286:13, 294:7, 303:17, 303:20, 304:22
**walls** [3] - 280:4, 280:9, 295:11
**Walnut** [1] - 223:17
**wants** [1] - 325:11
**warning** [3] - 301:1, 301:12
**Washington** [4] - 223:14, 223:22, 224:9, 343:21
**watch** [2] - 268:19, 279:7

**watched** [8] - 258:9, 271:14, 271:17, 272:14, 280:14, 283:1, 285:16, 328:14
**ways** [3] - 248:9, 252:23, 338:10
**weapons** [1] - 258:15
**wear** [2] - 241:10, 343:16
**wearing** [7] - 270:19, 276:15, 282:10, 343:1, 343:2, 343:11, 348:6
**weighted** [1] - 339:22
**welcome** [1] - 293:13
**West** [28] - 250:11, 256:7, 262:11, 263:11, 268:21, 269:3, 271:8, 271:11, 271:14, 271:19, 271:22, 272:9, 276:1, 279:17, 279:22, 279:23, 280:19, 284:21, 286:16, 288:5, 288:17, 317:14, 328:17, 328:23, 344:13, 346:23, 351:8, 351:9
**west** [20] - 229:20, 240:23, 255:14, 258:14, 259:3, 263:4, 266:10, 273:19, 275:17, 283:12, 284:8, 284:22, 285:13, 313:6, 313:8, 313:10, 320:25, 327:17, 328:24
**white** [10] - 263:16, 274:4, 274:11, 274:14, 274:16, 278:19, 288:13, 300:18, 301:10, 301:17
**White** [3] - 230:24, 231:10, 255:15
**wide** [2] - 333:14, 335:2
**William** [1] - 291:23
**window** [1] - 265:8
**windows** [2] - 265:4, 265:12
**Wing** [3] - 264:10, 264:13, 267:6, 267:7, 267:23, 268:9, 286:10, 286:14, 287:14
**wing** [3] - 264:14,

267:3
**wings** [1] - 264:8
**wire** [1] - 349:15
**wise** [1] - 312:3
**Witness** [7] - 249:25,
261:10, 261:19,
269:12, 294:11,
344:16, 345:4
**WITNESS** [23] - 225:2,
239:6, 239:9,
289:23, 290:6,
306:22, 307:18,
309:14, 310:13,
310:20, 311:12,
311:15, 325:20,
330:13, 330:15,
330:17, 331:1,
339:4, 339:6, 339:9,
340:25, 348:14,
352:4
**witness** [27] - 234:13,
236:2, 236:3, 236:5,
236:6, 236:12,
238:20, 243:17,
243:21, 244:2,
244:4, 244:21,
259:9, 283:5, 286:2,
292:24, 293:4,
293:8, 307:8,
309:10, 310:12,
318:1, 323:9,
323:16, 323:20,
325:25, 331:4
**witnesses** [6] - 227:3,
227:20, 241:8,
244:11, 292:25,
293:6
**witnesses'** [1] - 228:8
**Woodland** [1] - 224:4
**word** [6] - 250:25,
251:1, 253:14,
297:9, 302:13, 319:9
**words** [5] - 243:9,
290:23, 297:9,
312:14, 323:2
**workers** [1] - 263:17
**workings** [1] - 308:8
**worn** [7] - 241:11,
241:14, 270:16,
271:18, 349:13,
349:14
**wrinkle** [1] - 230:17
**written** [1] - 232:24

## Y

**yard** [3] - 297:10,
297:13, 299:14
**yards** [2] - 266:2,
267:8

**year** [1] - 332:25
**years** [10] - 245:4,
246:3, 279:19,
289:12, 289:16,
302:24, 312:20,
314:1, 329:11, 332:2
**yellow** [8] - 270:13,
270:15, 270:21,
282:7, 282:10,
288:9, 299:21,
301:13
**yesterday** [8] - 227:7,
227:13, 239:16,
244:25, 262:17,
263:22, 273:24,
307:25
**yesterday's** [1] -
261:12

## Z

**zip** [1] - 302:20
**zoom** [1] - 301:25