1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2


3

   UNITED STATES OF AMERICA,
4                                        Criminal Action
              Plaintiff,                 No. 1:21-cr-0026
5
         vs.                             Washington, DC
6                                        April 13, 2023
   CHRISTOPHER ALBERTS,
7                                        1:58 p.m.

              Defendant.
8    _____/       *AFTERNOON SESSION*

9

10              TRANSCRIPT OF JURY TRIAL
         BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11              UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Government:    JORDAN KONIG
                            U.S. Department of Justice
15                          P.O. Box 55
                            Ben Franklin Station
16                          Washington, DC 20044

17

                            SAMUEL DALKE
18                          DOJ-USAO
                            228 Walnut Street, Suite 220
19                          Harrisburg, PA 17101

20

                            SHALIN NOHRIA
21                          USAO-DC
                            601 D Street, NW
22                          Washington, DC 20001

23

24

25   (Continued)

1    **APPEARANCES CONTINUED**:

2    **For the Defendant:**         **JOHN PIERCE**
                                     **ROGER ROOTS**
3                                        John Pierce Law P.C.
                                         21550 Oxnard Street
4                                        Suite 3rd Floor OMB #172
                                         Woodland Hills, CA 91367
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

      **Court Reporter:**          **JEFF HOOK**
23                                       Official Court Reporter
                                         U.S. District & Bankruptcy Courts
24                                       333 Constitution Avenue, NW
                                         Room 4700-C
25                                       Washington, DC 20001

1                              **I N D E X**

2    **WITNESS**                                                **PAGE**

3    SHAUNI KERKHOFF

4       Continued Direct Examination by Mr. Konig              378

5       Cross-Examination by Mr. Roots                         417

6       Redirect Examination by Mr. Konig                      427

7

8    ADAM DESCAMP

9       Direct Examination by Mr. Nohria                       430

10      Cross-Examination by Mr. Roots                         451

11

12   LANELLE HAWA

13      Direct Examination by Mr. Dalke                        453

14      Cross-Examination by Mr. Roots                         473

15

16

17                          **E X H I B I T S**

18   **EXHIBIT**                                                **PAGE**

19   Government 304        ...Admitted into evidence...        398

20   Government 306        ...Admitted into evidence...        442

21   Government 308        ...Admitted into evidence...        413

22   Government 311        ...Admitted into evidence...        445

23   Government 312        ...Admitted into evidence...        449

24   Government 409        ...Admitted into evidence...        407

25   Government 410        ...Admitted into evidence...        407

| **EXHIBIT** | | **PAGE** |
|---|---|---|
| Government 411 | ...Admitted into evidence... | 407 |
| Government 412 | ...Admitted into evidence... | 407 |
| Government 413 | ...Admitted into evidence... | 407 |
| Government 414 | ...Admitted into evidence... | 407 |
| Government 415 | ...Admitted into evidence... | 440 |
| Government 420 | ...Admitted into evidence... | 435 |
| Government 422 | ...Admitted into evidence... | 449 |
| Government 812 | ...Admitted into evidence... | 389 |
| Government 901 | ...Admitted into evidence... | 456 |
| Government 902 | ...Admitted into evidence... | 458 |
| Government 903 | ...Admitted into evidence... | 464 |
| Government 904 | ...Admitted into evidence... | 467 |

1                      **P R O C E E D I N G S**

2          (Jury present)

3          **THE COURT:**  Welcome back, everyone.  Mr. Konig.

4          **CONTINUED DIRECT EXAMINATION OF SHAUNI KERKHOFF**

5     **BY MR. KONIG:**

6          **Q.**  Thank you, Your Honor.  Officer Kerkhoff, we were

7     talking about the Capitol building on January 6th, 2021,

8     correct?

9          **A.**  Yes, sir.

10         **Q.**  And at the time I finished my questioning before

11    lunch, you were describing your time on the East Front of the

12    Capitol; is that right?

13         **A.**  Yes, sir.

14         **Q.**  And the East Front is the part I guess that looks east

15    toward the Library of Congress?

16         **A.**  That's correct.

17         **Q.**  And toward the Supreme Court?

18         **A.**  Uh-huh, yes, sir.

19         **Q.**  And on or about 1:08 p.m. on January 6th, 2021, did

20    you receive a radio call?

21         **A.**  Yes, sir.

22         **Q.**  And I'm going to ask to publish Exhibit 1101.  I'm

23    going to ask some questions while we set up the audio.

24         What did you learn from that call you received about

25    1:08 p.m.?

1      **A.**   So would there be a way to refresh me on that call?

2      **Q.**   You were on the East Front and were called somewhere

3      else.  Where were you called?

4      **A.**   Yes, sir.  So that would be when we were called to the

5      West Front to assist with the --

6      **Q.**   Why were you called to the West Front?

7      **A.**   So the -- there were already less-lethal grenadiers as

8      well as CDU units on the West Front, and they were experiencing

9      aggression on that side and they needed support.

10     **Q.**   And when you say aggression, what was reported to you?

11     **A.**   So it was reported that the crowd had breached the

12     police line on the West Front, and that it had become violent.

13     **Q.**   And were you asked to do anything in that call?

14     **A.**   Yes.  Myself and my partner, Adam DesCamp, were asked

15     to respond to the West Front.

16     **Q.**   And did you actually respond?

17     **A.**   We did.

18     **Q.**   The both of you?

19     **A.**   Yes, together.

20     **Q.**   And so when you're going from the East Front to the

21     West Front, how do you do that?

22     **A.**   So we -- first, when we went to the building, we were

23     going to try to respond through the building, but they had

24     locked the building down while we were inside.  So we had to go

25     back outside and around the outside of the north side of the

1    Capitol.

2    **Q.**  So the north side of the Capitol being the one that

3    faces I guess kind of where we are today?

4    **A.**  Yes, so the north side would be the Senate side of the

5    Capitol.

6    **Q.**  Okay, the Senate side.  And what did you notice when

7    you first turned that corner?

8    **A.**  A sea of people.  It was -- I did not realize how many

9    people had collected on that side of the U.S. Capitol.

10    **Q.**  When you say a sea of people, had you ever seen a

11    crowd that size before?

12    **A.**  I've never seen a crowd that size before.

13    **Q.**  What was your initial reaction?

14    **A.**  I'd say surprise and fear.

15    **Q.**  Why do you say fear?

16    **A.**  Because there were far more people, like rioters than

17    there were Capitol police officers.

18    **Q.**  Was there any noise?

19    **A.**  Yes, it was extremely loud.

20    **Q.**  Could you make out any particular noise?

21    **A.**  At this point, I know MPD was assisting, so there was

22    some flash bangs.  Like I remember hearing flash bangs, people

23    yelling, people throwing stuff, things hit -- like objects

24    hitting officers' shields and gear.

25    **Q.**  There's a term roar of the crowd.  Is that sort of

1    like it or was it a different type of noise?

2        **A.**   Yeah, I'd say it was -- I mean, it was more than a

3    roar of a crowd.  I mean, it was -- there was anger.  I'd

4    say -- like it wasn't just the roar of like a peaceful crowd, I

5    mean, there was violence happening.

6        **Q.**   I'm going to now ask to publish 1101.

7        (Audio played)

8        **Q.**   That voice we just heard, was that you?

9        **A.**   Yes, sir.

10       **Q.**   What were you saying?

11       **A.**   CDU 90 and 91 responding.

12       **Q.**   And was -- CDU 90 and 91, were those your call signals

13   for you and Sergeant DesCamp?

14       **A.**   Yes.

15       **Q.**   Was there something said about gas masks and OC spray

16   at the beginning of that?

17       **A.**   I'm sorry, sir, can you repeat the question?

18       **Q.**   At the beginning of that clip, something was said

19   about gas masks and OC spray.  What was the meaning of that to

20   you?

21       **A.**   I might need it played again, if that's possible.

22       **Q.**   Can you go to the very beginning, but mark where we

23   are.  We're at 57 seconds right now.

24       (Audio played)

25       **Q.**   So what was he saying there?

1        A.   So he was referring to the CDU units had gas masks on

2   and were utilizing OC spray.

3        Q.   Was he requesting that you bring that over or that the

4   units over there did have them?

5        A.   My understanding was that he was saying the units over

6   there already had them.

7        Q.   And he said priority call.  Is that a particular

8   meaning to you?

9        A.   Yes.

10       Q.   What does that mean?

11       A.   So a priority call -- basically when priority's called

12  over the radio, everything stops.  It means something is

13  happening that needs immediate assistance, and all of the radio

14  traffic stops and we address what that priority is.

15       Q.   Let's play another few seconds.

16       (Audio played)

17       Q.   What information was that officer trying to convey?

18       A.   So he gave multiple warnings, the crowd was not

19  adhering to them.  And the indirect firing -- he had mentioned

20  indirect firing was not working --

21       Q.   What does indirect firing mean?

22       A.   So I mentioned that earlier about PepperBall, there

23  are two types of ways you can use PepperBall.  Indirect firing

24  is to shoot the ground or to impact the ground or an object to

25  disperse the round as opposed to hitting somebody.  And direct

1    firing would be hitting that individual.  So they tried to do

2    it without impacting anybody, and that was ineffective.

3        Q.   When he says multiple warnings given, how would those

4    warnings be given by a less-lethal officer?

5        A.   So they would be given by word of mouth at a loud

6    volume.

7        Q.   Could you start it again, thank you.

8        (Audio played)

9        Q.   So who was that who went on the mic?

10       A.   That was me calling our call signs.

11       Q.   And what was the response by the person who was -- I

12   guess, was there some sort of operator who was dispatching?

13       A.   Yes, there was a dispatcher, but the individual

14   calling for the units was Deputy Chief Waldo.

15       Q.   Did they tell you where to go?

16       A.   Yes.

17       Q.   Where did they tell you to go?

18       A.   So take the Upper West Terrace to the center stage.

19       Q.   And did they say -- I thought I heard something like

20   elevated.  What does that mean?

21       A.   So the stage at that time provided us with an elevated

22   position over the crowd.  So essentially we were above them,

23   and we would be impacting downward toward the crowd.

24       Q.   Okay, you can play some more.

25       (Audio played)

1    **Q.**  Two more, what does that mean?

2    **A.**  I believe he's referring to Sergeant DesCamp and I

3    responding.

4    **Q.**  And how long did it take you to get from where you

5    were on the east side of the Capitol and then kind of trying to

6    get into the Capitol and then around the north side of the

7    Capitol?

8    **A.**  Probably less than five -- or five minutes maybe.

9    **Q.**  Where did you go to, what part of the Capitol complex?

10   **A.**  It would have been the temporary inaugural stage is

11   where I went.

12   **Q.**  And I'm going to ask to publish Exhibit 3 -- sorry,

13   213.  If you could skip forward to about the three-minute mark.

14   I'm showing you what's been previously marked as Exhibit 213.

15   It's stopped at 1:04 p.m. on January 6th, 2021.

16        Is that -- what does that show?  Do you know what that

17   area is?

18   **A.**  Yes.

19   **Q.**  And could you mark on that where you responded?

20   **A.**  Yes, I can.

21   **Q.**  Ms. Kozaczuk, I'm going to ask you to move it forward

22   to about four or five minutes --

23   **A.**  Yes, roughly.

24   **Q.**  -- to about 1:15 p.m.  So the spot that you just

25   identified, is that where you would have been at about

1    1:15 p.m.?

2         **A.**   Yes.

3         **Q.**   And tell me, once you got there, what did you see?

4         **A.**   So I saw the crowd was -- had completely broken

5    through the initial police line, the red line that you had

6    showed earlier on that map.  And they were now at our inner

7    perimeter encroaching on the building, and they were violent

8    against officers.

9         **Q.**   And what were you doing?

10        **A.**   So at this point, we were utilizing less-lethal to try

11   to push them back from the police line.

12        **Q.**   And was that working?

13        **A.**   No.

14        **Q.**   What was going on with the crowd?  Was it about the

15   same amount of people?

16        **A.**   It just kept growing, getting bigger and bigger as we

17   were up there.

18        **Q.**   What you can see on this screen, is this consistent

19   with what you saw when you got there in terms of how big the

20   crowd was?

21        **A.**   Absolutely.

22        **Q.**   And it's hard to tell from this vantage point, but how

23   many officers were around you?

24        **A.**   There may be about five officers around me at the

25   time.

1    Q.   And in terms of a ratio of the individuals on the lawn
2    to the officers, was it about an even ratio?

3    A.   No.

4    Q.   If you could characterize?

5    A.   I mean, there were thousands of them and there were
6    maybe a hundred of us.

7    Q.   How long were you at that position on the inaugural
8    stage?

9    A.   I'd say maybe 30 minutes.

10   Q.   And did something cause you to go somewhere else?

11   A.   Yes.

12   Q.   What was that?

13   A.   So we could see that the crowd was starting to
14   encroach on the north side -- north set of stairs, northwest
15   staircase.  And so we responded over there fearing that they
16   were going to get closer to the building.

17   Q.   And could you just circle on this Exhibit 213 -- at
18   about three minutes and 22 seconds in, could you circle the
19   staircase you're referring to?

20   A.   Sure.

21   Q.   And I noticed there are two objects it looks like on
22   that -- on a banister.  Do you know what those are?

23   A.   They're big like planters.

24   Q.   And during the time that you were -- before you moved
25   over there, was your task sort of the same task, were you doing

1     the same thing?

2          A.   When we moved over there?

3          Q.   When you were on the inaugural stage until you moved

4     over to the steps, what were you trying to do during that time?

5          A.   I was trying -- exactly the same thing, trying to push

6     people back, stop the violence against the officers.

7          Q.   And when you got to that area of the steps, were other

8     officers there?

9          A.   I believe I was one of the first officers to respond

10    over there.

11         Q.   Okay.  Did your partner, Sergeant DesCamp, go over

12    there with you or were you separated?

13         A.   He was -- he arrived there shortly after I did.

14         Q.   And you said something in particular was happening

15    with the steps.  What was going on there?

16         A.   So based on the vantage point from the stage, I could

17    see individuals were starting to encroach on the steps.

18         Q.   How were they doing that, was it just an open

19    staircase to get up?

20         A.   No, there was a set of bike racks blocking them

21    initially.

22         Q.   And so how would somebody get up on those steps?

23         A.   They would have gotten past the bike rack past the

24    officers and up the steps.

25         Q.   And if you could just move it forward to about four

1    minutes and 22 seconds.  So I'm showing you -- what time does

2    that show on that freeze frame?

3        A.  1:40 p.m.

4        Q.  And can you see where at least it appears that you

5    went at about that time?

6        A.  Yes.

7        Q.  And where is that?

8        A.  That would have been the middle of the staircase I was

9    referring to earlier.

10       Q.  Could you circle that for the members of the jury?

11       A.  Yes.

12       Q.  And can you tell about how many people were around

13   you?

14       A.  Yes, about two people.

15       Q.  And I'm going to ask Ms. Kozaczuk to go to

16   Exhibit 201.  So do you recognize what this is showing?

17       A.  Yes.

18       Q.  What's the vantage point here?

19       A.  So this -- the vantage point is looking at the Capitol

20   at the staircase I was referring to and the planters that you

21   were referring to.

22       Q.  And I'm going to ask Ms. Kozaczuk to show what's been

23   marked for identification as Exhibit 812 to the witness alone.

24       Do you recognize what this is?

25       A.  Yes.

1    **Q.**   What does this show?

2    **A.**   This pretty much shows my vantage point of what I was

3    seeing.   It shows the staircase restricted by the scaffolding

4    and the planters we were referring to.

5    **Q.**   Is this some sort of a 3D model?

6    **A.**   Yes.

7    **Q.**   And is this -- does this model fairly and accurately

8    represent a scale of the area you were starting at around

9    1:40 on January 6th, 2021?

10   **A.**   Yes.

11   **MR. KONIG:**   The government moves for the admission of

12   Exhibit 812.

13   **MR. ROOTS:**   Your Honor we I've just been told it may not

14   accurately reflect certain features such as a doorway, so we

15   would object.

16   **THE COURT:**   Overruled.

17      (Government Exhibit 812 admitted into evidence)

18   BY MR. KONIG:

19   **Q.**   And if you could just kind of mark for the members of

20   the jury where you would have been standing, if would have been

21   standing this far down?

22   **A.**   Yes.

23   **Q.**   And the staircase below you, about how wide across was

24   that?

25   **A.**   Maybe 4 feet, 4 or 5 feet.

1    Q.  So about how many people do you think could fit in if

2  they were standing normally on those stairs per stair?

3    A.  Maybe two people abreast.

4    Q.  And on this model -- I should ask, actually, are there

5  other items and objects like doorways that aren't reflected on

6  this model?  Was there a doorway that would have been visible

7  from this vantage point?

8    A.  Yes.

9    Q.  Okay.  And it's not reflected here?

10    A.  It's not, no.

11    Q.  The large object just beyond your X, what is that

12  supposed to represent -- or what does that represent?

13    A.  That represents scaffolding that was there for that

14  inaugural stage I talked about, and a tarp that was over it, a

15  white tarp.

16    Q.  And while we're talking about the scaffolding and the

17  tarp, was that there when you were over on the inaugural stage

18  a little bit earlier?

19    A.  Yes.

20    Q.  So did you have a clear view of the steps from the

21  inaugural stage at 1:15 to when you moved over to the steps?

22    A.  I wouldn't have been able to see the steps, no, it

23  would have been blocked.  I would have been able to see maybe

24  the beginning or the area before it.

25    Q.  So what compelled you to go over to the steps?  Was it

1    something you saw?

2       **A.**   Yes, I saw the crowd getting close to where I knew the

3    steps were.

4       **Q.**   Were you called over or did you go over?

5       **A.**   I can't remember if I was specifically called over

6    there or if I just saw the crowd approaching.  But I remember

7    responding over there having seen the crowd getting closer and

8    closer to the stairs.

9       **Q.**   And I'm going to mark this area right here, sort of

10   almost in the middle just about to the left.  What is that,

11   what does that show?

12      **A.**   That would show the restricted stairway.

13      **Q.**   Are there stairs there or is there a landing there or

14   a banister there?

15      **A.**   There's another landing there.

16      **Q.**   Is it a flat landing?

17      **A.**   It's flat, it would be flat.

18      **Q.**   Having taken that detour, I'm going to ask

19   Ms. Kozaczuk to go back to Exhibit 201.  We're pausing it

20   there.

21      Is this what you saw when -- at 1:48 on Wednesday, January

22   6th, 2021?

23      **A.**   Yes.

24      **Q.**   And so I'm going to ask Ms. Kozaczuk to press play.

25      (Video playing)

1      Q.   Could you tell the members of the jury what's going on

2   here?

3      A.   Yes, so you can see Sergeant DesCamp respond over.

4   I'm behind the caldron.

5      Q.   And can you pause it.  The individual I just marked --

6   if you could go back just about a couple seconds.

7      Can you see Sergeant DesCamp in this -- at six seconds

8   into this video?

9      A.   Yes, I can.

10      Q.   And where is he?

11      A.   Would you like me to circle him?

12      Q.   Sure.  He's the individual in the sunglasses that

13   doesn't appear to be wearing a hat?

14      A.   Yes, that is him.

15      Q.   And do you know, are you already there on those steps?

16      A.   I am.

17      Q.   And the -- if you can start it again.

18      (Video playing)

19      Q.   The individual who appears to be to the -- I guess

20   lower and to the right on the screen, what is he doing?

21      A.   He is now on the banister of the staircase moving

22   closer to me.

23      Q.   So not on the stairs, but on the banister?

24      A.   Yes, the individual in the blue jacket is on the

25   banister at this point I believe.

1    Q.   And what is he doing?

2    A.   He's presenting -- he's using the blowhorn to yell at

3    us, and he's presenting his leg to be impacted by the

4    PepperBall gun, PepperBall launcher.

5    Q.   Could you hear what he was saying?

6    A.   I don't remember specifics of what was being said, it

7    was so loud I couldn't hear much.

8    Q.   Were there generalities, like generally what was being

9    said?

10   A.   Yes.

11   Q.   What was generally being said?

12   A.   Generally we were getting booed because we were

13   impacting them with less-lethal.  They were calling us

14   traitors, telling us to get out of their way.

15   Q.   And were you saying anything?

16   A.   I was giving commands.

17   Q.   What commands were you giving?

18   A.   Get back, get down, stop.  I gave the command of

19   PepperBall before I fired.

20   Q.   Sorry, you gave what?

21   A.   The command of PepperBall before I fired it.  It's one

22   of the things that's required before I impact somebody with

23   PepperBall.

24   Q.   So how do you do that?

25   A.   I just say PepperBall, PepperBall, PepperBall, and

1   then utilize the weapon.

2      Q.  Was that having any effect?

3      A.  It was not.

4      Q.  And at the bottom of the screen, were more people

5   coming up to that area?

6      A.  Yes.

7      Q.  And I'm going to ask you to go back again to the

8   beginning.  I'm going to call your attention to the bottom part

9   of the screen.  If you could play it.

10      (Video played)

11      Q.  Right here where I've circled, do you see what I

12   circled?

13      A.  Yes, sir.

14      Q.  And does that appear to be an individual wearing a gas

15   mask?

16      A.  Yes, it does.

17      Q.  And does it appear to be someone with some sort of

18   shoulder strap?

19      A.  Yes, I see a shoulder strap.

20      Q.  All right, let's play it.

21      (Video played)

22      Q.  Is that the same person?

23      A.  Yes, the one you just described.

24      Q.  And they appear to be wearing a backpack?

25      A.  Yes.

1    **Q.**  Play it a little bit more.

2    (Video played)

3    **Q.**  What was the crowd there doing at about 1:48?

4    **A.**  Slowly advancing forward.

5    **Q.**  And what were they saying?

6    **A.**  Some of the things I described to you earlier, booing

7    us for utilizing the less-lethal, and yelling at us to get out

8    of their way.

9    **Q.**  And I asked you earlier about a ratio, a ratio of

10   officers to the individuals on that staircase and banister.

11   How many officers were there at around 1:48?

12   **A.**  There were roughly four officers.

13   **Q.**  And then the individuals on the staircase and the

14   banister, how many were there?

15   **A.**  On the staircase and banister alone, maybe 50 or 60.

16   **Q.**  And then were there -- at that time, were there other

17   people very close by?

18   **A.**  Yes.

19   **Q.**  Where were they?

20   **A.**  Directly behind them.

21   **Q.**  Directly behind them?

22   **A.**  Uh-huh.

23   **Q.**  And what about the scaffolding?

24   **A.**  I'm sorry, could you repeat your question?

25   **Q.**  Were there people on the scaffolding?

1     **A.**  At this point, I'm not sure.

2     **Q.**  And at this time, who was with you?

3     **A.**  My partner, Sergeant Adam DesCamp.

4     **Q.**  Did -- was there an escalation between you and the

5     other three officers that were there and the individual --

6     **MR. ROOTS:**  Objection, leading.

7     **THE COURT:**  Overruled.

8     **BY MR. KONIG:**

9     **Q.**  Did something happen between you and the individual

10    that I've circled in the blue jacket?

11    **A.**  Yes.

12    **Q.**  What happened?

13    **A.**  We gave him several commands to get down, stop, get

14    back.  He continued to advance up the banister.

15    **Q.**  And did you just give him commands or did something

16    follow the commands?

17    **A.**  Something followed the commands.

18    **Q.**  What was that?

19    **A.**  I impacted him with the less-lethal PepperBall

20    launcher.

21    **Q.**  And was that effective?

22    **A.**  It was not effective.

23    **Q.**  What happened next?

24    **A.**  My partner, Sergeant Adam DesCamp, also impacted him

25    with an FN 303.

1      **Q.**  And FN 303, what was that?  You had described it

2  earlier, but just remind the jury.

3      **A.**  Yeah, absolutely.  It's very similar to the

4  PepperBall, but it has a stronger kinetic impact.  And it also

5  has a small irritant as well, but it hurts more than the

6  PepperBall launcher; more pain compliance.

7      **Q.**  Was he standing still down there or did he move?

8      **A.**  Could you repeat your question?

9      **Q.**  Did he stay still or did he move somewhere else?  Was

10  he advancing, retreating or stopped in place?

11      **A.**  He continued to advance up the banister.

12      **Q.**  And the FN 303, was that effective?

13      **A.**  It was not effective.

14      **Q.**  How long was that interaction with the individual in

15  blue, a couple seconds, a couple minutes, minutes?

16      **A.**  Minutes, definitely minutes.  Maybe 10 minutes.

17      **Q.**  I'm going to ask Ms. Kozaczuk to show to the witness

18  what's been marked for identification as Exhibit 304.

19      Do you generally recognize -- if you could just move it

20  forward a couple of seconds.  Do you recognize what's on the

21  screen?

22      **A.**  Yes.

23      **Q.**  What does that show?

24      **A.**  It shows the man in the blue jacket advancing up the

25  banister as we spoke about.  And then it shows Matthew Flood

1    using the OC Sabre Red pepper pray.

2         Q.   And Matthew Flood, who's that?

3         A.   Sergeant Matthew Flood, he was another member of our

4    less-lethal team.

5         Q.   And have you viewed this video before?

6         A.   I have.

7         Q.   And have you actually seen yourself on this video?

8         A.   I have.

9         Q.   And does this video fairly and accurately represent

10   the events that happened at around the 1:45 to 1:55 timeframe

11   on January 6th, 2021?

12        A.   It does.

13        MR. KONIG:   The government moves for the admission of

14   Exhibit 304.

15        MR. ROOTS:   No objection.

16        THE COURT:   So moved.

17        (Government Exhibit 304 admitted into evidence)

18   BY MR. KONIG:

19        Q.   I'm going to ask Ms. Kozaczuk to go back to the

20   beginning, and to begin to play the exhibit.

21        (Video played)

22        Q.   Who is that individual on the top left of the screen?

23        A.   Sergeant Adam DesCamp.

24        Q.   What is he holding?

25        A.   The FN 303 less-lethal launcher.

1      Q.   And the individual in blue, what's he doing?

2      A.   He's advancing up the banister.

3      Q.   Continuing.

4      (Video played)

5      Q.   What's happening there, what's the individual doing?

6      A.   The individual in the blue jacket?

7      Q.   Yes.

8      A.   He is wiping his eyes.

9      Q.   I noticed somebody walked into the screen on the top

10     left.  Who's that?

11     A.   That's me.

12     Q.   And how can you tell it's you?

13     A.   It's my resemblance, it's what I was wearing that day,

14     a baseball cap, sunglasses.  It's me.

15     Q.   The person next to you, who's that?

16     A.   That would be Sergeant Matthew Flood.

17     Q.   And the person that you or Sergeant Flood are talking

18     to?

19     A.   That would be Sergeant Adam DesCamp.

20     Q.   If you can hit play.

21     (Video played)

22     Q.   Was the crowd there chanting something?

23     A.   Yes.

24     Q.   What were they chanting?

25     A.   "Hold the line."

1          Q.  Does that have any particular meaning to you?  Do you

2     have a view as to what that meant?

3          A.  I'd say it would be a CDU term, hold the line.

4          Q.  Do you believe that they were encouraging the CDU to

5     hold the line?

6          A.  Absolutely not.

7          Q.  What were they encouraging?

8          A.  Their fellow rioters to hold the line, basically

9     advance forward.

10         Q.  If you can continue.

11         (Video played)

12         Q.  There's a wooden object there.  Do you know what that

13    is?

14         A.  Yes.

15         Q.  What is that?

16         A.  A wooden pallet.

17         Q.  And do you know where that came from, where that might

18    have come from?

19         A.  I think it might have come from the -- they were still

20    constructing the stage at this point, so the construction site

21    that was around the stage.

22         Q.  And what is the person at about 1:01 of this video

23    doing with it?

24         A.  Using it to shield themselves and advance forward.

25         Q.  And there's a white object beneath them.  What's that?

1      **A.**   That's the tarp from the scaffolding that we had

2   mentioned earlier.

3      **Q.**   And what was going on with that tarp?

4      **A.**   They were utilizing it to cover themselves.

5      **Q.**   What was the purpose of that?

6      **A.**   To -- so that we couldn't impact them with any

7   less-lethal irritants.

8      **Q.**   If you can continue.

9      (Video played)

10      **Q.**   There's an individual who just came into the screen.

11   Do you see that?

12      **A.**   I do.

13      **Q.**   What's he wearing?

14      **A.**   A gas mask.

15      **Q.**   And if you can go back about one second to 1:14.

16   Another second.  Does he appear to be wearing something else?

17      **A.**   Yes.

18      **Q.**   What's that?

19      **A.**   A backpack.

20      **Q.**   What are you doing during this time?

21      **A.**   I'm standing there utilizing the PepperBall launcher

22   giving commands.

23      **Q.**   What commands are you giving?

24      **A.**   Get back, stop, get down, PepperBall.

25      **Q.**   And approximate volume?

1      **A.**  As loud as I possibly could be.

2      **Q.**  If you could continue on.

3      (Video played)

4      **Q.**  I just heard someone say something.  What were they

5  yelling?

6      **A.**  Could you play it one more time?

7      (Video played)

8      **Q.**  I played it to the end, but I'm going to ask

9  Ms. Kozaczuk for a quick second, it shouldn't take long, to go

10  back to about 1:12.  Play it at 1:12.

11      (Video played)

12      **Q.**  Am I correct to have heard "storm the barriers"?

13      **A.**  I believe that's what they said.

14      **Q.**  And "join us"?

15      **A.**  Yes, I believe that's what they said.

16      **Q.**  Do you have a belief as to what "join us" meant?

17      **A.**  Yes.

18      **Q.**  What did you believe that to mean?

19      **A.**  They wanted us to join their side and let them

20  through.

21      **Q.**  So we've talked about the time before about 1:48 --

22  well, we talked about the time until about 1:48.  I just want

23  to ask you about the minutes between about 1:48 and 1:54.  So

24  we're orienting -- just this is sort of where it ends.

25      What happened after this happened?  What was going on with

1    you?  What were you doing?

2        A.  So after we impacted the man in the blue jacket with

3    the OC spray, the crowd continued to advance past him towards

4    us at the top of the staircase.

5        Q.  Was it the same amount of people?

6        A.  No, just more and more people kept collecting on the

7    staircase and behind them.

8        Q.  Again, were they standing still?

9        A.  No.

10       Q.  What were they doing?

11       A.  Think were advancing forward.

12       Q.  And I'm going to ask Ms. Kozaczuk to publish

13   Exhibit 214.  Just to kind of reorient you, can you tell what

14   time Exhibit 214 is a still frame of?

15       A.  1:48 p.m.

16       Q.  So could you mark to reorient the jury where this

17   interaction with the guy in the blue jacket was taking place?

18       A.  Yes.

19       Q.  And from your vantage point, what are you seeing

20   behind that individual?

21       A.  Thousands of people, a sea of people.

22       Q.  And, again, I'd asked you a little bit earlier, what

23   was the sound like?

24       A.  It was deafening.  It was very loud, we couldn't hear

25   our radios or each other speak.

1    **Q.**  And so that time -- until that video that just played,

2    what are you thinking?

3    **A.**  I've never seen anything like this.  My heart rate was

4    like -- you know, I'd never been this anxious or this stressed

5    out.  I was just worried that we wouldn't be able to hold them

6    back.

7    **Q.**  And I'm going to ask Ms. Kozaczuk to play

8    Exhibit 1102.

9    (Audio played)

10   **Q.**  Do you know who that is?

11   **A.**  Yes.

12   **Q.**  Who is that?

13   **A.**  That's me.

14   **Q.**  And what are you saying?

15   **A.**  I'm saying:  "They're breaching the west terrace, we

16   need backup."

17   **Q.**  This is 1:49 p.m.  What do you mean by "we need

18   backup"?

19   **A.**  There were not enough of us to hold the thousands of

20   people we were referring to back.

21   **Q.**  And if you can continue to play.

22   (Audio played)

23   **Q.**  What did he just say?

24   **A.**  He said we have -- he was talking about the

25   individuals further encroaching on the building, and said there

1    was an officer impacting them with PepperBall.

2         **Q.**  He asked for something, didn't he?  What did he ask

3    for?

4         **A.**  Reinforcements.

5         **Q.**  And a particular physical object?

6         **A.**  I would need to hear it one more time.

7         **Q.**  Yeah, go back to about 19 seconds.  Actually, it's 15

8    seconds.

9         (Audio played)

10        **Q.**  Was that you at the end there?

11        **A.**  It sounded like me, but I'm not absolutely positive

12   that was me.

13        **Q.**  What was said there?

14        **A.**  So to answer your earlier question, he had asked for

15   shields.

16        **Q.**  And there was something that was being reported at the

17   end right there?

18        **A.**  Yes, they're spraying the officers.

19        **Q.**  And what did that mean?

20        **A.**  The crowd had bear spray, and they were spraying the

21   officers with the bear spray.

22        **Q.**  I'm going to ask Ms. Kozaczuk to publish Exhibit 1103.

23        (Audio played)

24        **Q.**  Just generally what was going on there?

25        **A.**  So the crowd had gotten -- had further advanced up the

1    stairs and had breached at that point, meaning they had gotten

2    past officers.

3       Q.  At 1:54 p.m., what was the individual that we saw

4    earlier in the blue jacket doing?

5       A.  At this time?

6       Q.  Afterwards.  You testified earlier that you were using

7    some PepperBalls and pepper spray.  Was that eventually

8    somewhat successful or entirely successful?

9       A.  Yes, the OC spray seemed to have been effective.

10      Q.  And that individual, was he able to continue to

11   advance up that banister?

12      A.  To my knowledge, no.

13      Q.  And still just a couple minutes past what we were just

14   hearing, was -- had the crowd stopped advancing up those stairs

15   as well?

16      A.  No.

17      Q.  And what was the nature of that crowd?  Were they --

18   had they quieted down?

19      A.  No.

20      Q.  Could you hear what they were saying?

21      A.  It was some of the same stuff I had mentioned earlier,

22   you know, traitors, let us through.  The crowd was violent.

23      Q.  And about how many officers were up there with you

24   then at that time?

25      A.  A handful.

1      Q.   I'm going to ask you, Ms. Kozaczuk, to show to Officer

2  Kerkhoff what's been marked as Exhibit 409, and then

3  Exhibit 410, and then Exhibit 411, and Exhibit 412, and

4  Exhibit 413 and Exhibit 414.

5      Do you recognize these photographs?

6      A.   I do.

7      Q.   And what do they generally show?

8      A.   They show the crowd had pushed past the man in the

9  blue jacket, and they were now assaulting officers.

10     Q.   Is this -- does it show the same staircase that we

11  were talking about earlier?

12     A.   It does.

13     Q.   And at about the same time we were talking about

14  earlier?

15     A.   Yes.

16     Q.   On January 6th of 2021?

17     A.   Yes.

18     MR. KONIG:   The government moves for the admission of

19  Exhibits 409, 410, 411, 412, 413 and 414.

20     MR. ROOTS:   No objection.

21     THE COURT:   So moved.

22     (Government Exhibits 409 through 414 admitted into

23      evidence)

24  BY MR. KONIG:

25     Q.   I'm going to ask to publish starting at Exhibit 409.

1    So tell the jury, what can you see here?

2        **A.**   So you can see the man in the blue jacket waving the

3    crowd past him.

4        **Q.**   Is there someone next to him?

5        **A.**   Yes.

6        **Q.**   And what's he wearing?

7        **A.**   A gas mask and a backpack.

8        **Q.**   Can you identify the officers here?

9        **A.**   Yes.

10       **Q.**   And who are they?

11       **A.**   Sergeant Adam DesCamp is in the front with the silver

12   canister.  Sergeant Matthew Flood is just behind him with a gas

13   mask.  Then you can see the rim of my baseball cap, that's me

14   behind Matthew Flood.

15       **Q.**   I'm going to ask to publish Exhibit 410.  What can you

16   see here?

17       **A.**   So you can see the man in the gas mask and backpack

18   now utilizing that pallet to further push up the stairs.

19       **Q.**   Let me stop you there.  Is he on the same level he was

20   on before?

21       **A.**   No.

22       **Q.**   How did he get up there to a different level?

23       **A.**   He advanced up the stairs.

24       **Q.**   And can you see officers there?

25       **A.**   Yes.

1      Q.   Which officers are there?

2      A.   I think I can see Sergeant DesCamp just beyond the

3   scaffolding.  I can circle him if you'd like.

4      Q.   Sure.

5      A.   Right there.  I can't see myself at this moment.

6      Q.   Okay.  All of the officers who were up there, were

7   they clearly identified as United States Capitol police

8   officers?

9      A.   Yes.

10      Q.   I'm going to ask Ms. Kozaczuk to move to Exhibit 411.

11   Tell the jury what you can see here.

12      A.   So I'm now in the frame and --

13      Q.   Well, let's make sure of that.  Can you circle

14   yourself?

15      A.   Yes.  I now have a gas mask on.

16      Q.   Okay.  Are you now wearing something that you weren't

17   wearing before?

18      A.   Yes.

19      Q.   And what's going on there?

20      A.   My apologies.  I now have a gas mask on.

21      Q.   And at the top of your head?

22      A.   I don't have my hat and I don't have my sunglasses on.

23      Q.   If I could ask Ms. Kozaczuk to center in on that top

24   portion of that area of the steps.  What's going on with the

25   individual with the backpack?

1       **A.**  He has hands on -- he's assaulting the officer with

2    the navy blue cap on.

3       **MR. ROOTS:**  Legal conclusion.

4       **THE COURT:**  Overruled.

5    **BY MR. KONIG:**

6       **Q.**  You can continue.

7       **A.**  Yeah, he's grabbing the officer, clearly assaulting

8    him.

9       **Q.**  And is he moving backwards or is he moving forwards?

10      **A.**  He appears to be pushing forward.

11      **Q.**  And is he on the same level he was just even in the

12   last photograph?

13      **A.**  No, he seems even closer further up the stairs.

14      **Q.**  And do you know who that officer is with the hat on?

15      **A.**  I do not, no.

16      **Q.**  And I'll ask Ms. Kozaczuk to go to Exhibit 412.

17   Ms. Kozaczuk, if you can center in on the same general area.

18      The same individual we were just talking about with the

19   backpack, what's he doing there?

20      **A.**  Continuing to assault the officer, push forward.

21      **Q.**  And --

22      **MR. ROOTS:**  Objection, legal conclusion.

23      **THE COURT:**  Why don't you rephrase.

24   **BY MR. KONIG:**

25      **Q.**  What is he doing with his hands?

1      **A.**   He's grabbing the officer.

2      **Q.**   Is he moving forwards or backwards?

3      **A.**   Forwards.

4      **Q.**   And at that time, were there any other individuals

5      from the stairs up at that same level with him?

6      **A.**   No.

7      **Q.**   To your knowledge, had any of the other individuals on

8      those stairs made it that far?

9      **A.**   No.

10     **Q.**   And you had been there at the time for about how long?

11     **A.**   I don't know, I think like 20 minutes at this point.

12     **Q.**   And can you see yourself in this Exhibit 412?

13     **A.**   Yes.

14     **Q.**   And what are you wearing there?

15     **A.**   I'm wearing a gas mask.

16     **Q.**   What are you doing?

17     **A.**   I'm waving to reinforcements that are below.

18     **Q.**   And those reinforcements, were they less-lethal

19     officers?

20     **A.**   They were not.

21     **Q.**   Were they with a particular division?

22     **A.**   Yes, they were members of the CDU unit.

23     **Q.**   Okay.  And then I'll ask Ms. Kozaczuk to go to

24     Exhibit 413, and if you could center in.

25          What is that showing?

1      **A.**   So this shows the same individual with the backpack

2      pushing forward.   It shows another individual hitting the

3      officer with the shield, and then it shows me pointing towards

4      the reinforcements.

5      **Q.**   And does it show the same individual with the blue

6      jacket as well?

7      **A.**   Yes.

8      **Q.**   And at this time, like how are you feeling at

9      1:54 p.m., January 6th, 2021?

10     **A.**   Terrified.

11     **Q.**   Why?

12     **A.**   They're now within arm's reach of us, and they're

13     getting closer and closer to members of Congress.

14     **Q.**   I'm going to ask Ms. Kozaczuk to publish audio file

15     Exhibit 1104.

16     (Audio played)

17     **Q.**   The individual says:  "They're deploying pepper spray

18     on officers."  What does that mean?

19     **A.**   That's the bear spray I was referring to earlier, the

20     crowd was deploying bear spray on the officers.

21     **Q.**   And he says:  "Pull back, we're not going to use

22     lethal force."  Why not?

23     **A.**   Because at that time, I think he had two concerns.

24     One, that lethal force wasn't like justified at that time.   And

25     two, that they were afraid the M4s were going to be taken from

1      the officers and used against them.

2          **Q.**   And what's an M4?

3          **A.**   An M4 is a rifle, a long gun.

4          **Q.**   I'm going to ask Ms. Kozaczuk to show to the witness

5      what's been marked for identification as Exhibit 308.

6          Have you seen this video before?

7          **A.**   Yes.

8          **Q.**   Does this fairly and accurately represent the time and

9      events of January 6th of 2021 at about 1:54 p.m.?

10         **A.**   Yes.

11         **Q.**   Can you actually see yourself in the video?

12         **A.**   Yes.

13         **Q.**   And is that at the beginning of the video, are you the

14     individual pointing wearing a gas mask?

15         **A.**   Yes.

16         **Q.**   I'm going to ask Ms. Kozaczuk to play Exhibit -- oh,

17     the government moves to admit Exhibit 308.

18         **THE COURT:**  Any objection?

19         **MR. ROOTS:**  No, no objection.

20         **THE COURT:**  So moved.

21         (Government Exhibit 308 admitted into evidence)

22     BY MR. KONIG:

23         **Q.**   I'm going to ask Ms. Kozaczuk to play it.

24         (Video played)

25         **Q.**   At the end of the video, could you see yourself?

1      A.   Yes.

2      Q.   What were you doing?

3      A.   I was giving commands and utilizing the PepperBall

4    launcher.

5      Q.   Did you stay there after this video, after what this

6    shows?

7      A.   After what this shows, yes, but I eventually

8    retreated.

9      Q.   Why did you retreat?

10     A.   I retreated because the crowd had taken over the

11   staircase and were assaulting officers.

12     MR. ROOTS:   Objection, legal conclusion.

13     THE COURT:   Overruled.   You can explore it on cross.

14   BY MR. KONIG:

15     Q.   What was going on with -- was it your PepperBall

16   launcher you were holding?

17     A.   Yes.

18     Q.   Was something in particular going on with your

19   PepperBall launcher?

20     A.   Yes.   So at this time, I didn't have a strap to sling

21   the launcher, and it was also broken at this time.

22     Q.   And what effect did that have on your ability while

23   you were up there during this video?

24     A.   I couldn't put the weapon -- or the launcher down, and

25   I couldn't use my hands, because both my hands were occupied by

1    the launcher.

2        **Q.**  And, I mean, is that a problem?

3        **A.**  Yes.

4        **Q.**  Why?

5        **A.**  I can't defend myself.

6        **Q.**  And so did you do something because of that?

7        **A.**  Yes.

8        **Q.**  What did you do?

9        **A.**  I retreated to the center stage.

10        **Q.**  And center stage, is that the same place you would

11    come from that we talked about earlier?

12        **A.**  Yes.

13        **Q.**  And when you'd gone over -- you know, when you were

14    there starting at about, whatever, 1:15?

15        **A.**  That's correct.

16        **Q.**  So I want to ask you generally about January 6th,

17    2021.  How do you describe that day?

18        **A.**  It was like nothing we'd ever seen at Capitol Police,

19    especially as long as I was there.  It was like a domestic war

20    zone.  It's the closest I'd ever come to something like that.

21    I didn't serve overseas, but it appeared to me like it was like

22    a domestic terrorist attack.

23        **MR. ROOTS:**  Objection, 403, move to strike.

24        **THE COURT:**  I'll sustain that and strike the witness' last

25    answer.  Proceed, Mr. Konig.

1    BY MR. KONIG:

2        Q.  What was going -- what, if anything, happened to

3    officers on that day?

4        A.  Hundreds of officers were injured, sustained injuries

5    that they're still dealing with today.

6        Q.  What was said to the officers by the rioters?

7        A.  Could you repeat that?

8        Q.  What was -- what types of things were said, what types

9    of things did you hear on January 6th while you were there?

10       A.  The same things I had mentioned before, that we were

11   betraying them, we were traitors.  I mean, we were getting

12   booed, yelled at the entire time.

13       Q.  In your time on the less-lethal task force, have you

14   ever had to use PepperBalls before?

15       A.  No.

16       Q.  Had you responded to other riots before?

17       A.  Yes.

18       Q.  And were those the same as the events of January 6th,

19   2021?

20       A.  No.

21       Q.  How were those different?

22       A.  They were like generally peaceful, the police lines

23   were not breached, and police officers were not assaulted.

24       Q.  Have you ever seen anything in your time at Capitol

25   Police like January 6th, 2021?

1      **A.**   No.

2      **MR. KONIG:**   The Court's indulgence.   I'll pass the

3   witness.

4      **THE COURT:**   Mr. Roots.   Before Mr. Roots begins his

5   cross-examination, you heard the witness refer to something as

6   an assault.   There's certain words that have a common meaning,

7   but they also have a legal meaning.   Assault is an example of

8   one of those words.   It's an element of one of the offenses.

9   So at the end of the evidence, I will instruct you on a number

10   of legal meanings, and assault is one of those terms.   So when

11   you consider whether an assault occurred, you are to apply the

12   legal definition that the Court will give you at the end of the

13   evidence, okay, is that clear?   All right.

14      Mr. Roots.

15      **CROSS-EXAMINATION OF SHAUNI KERKHOFF**

16   **BY MR. ROOTS:**

17      **Q.**   Thank you.   Officer Kerkhoff, my name is Roger Roots,

18   I represent Mr. Alberts along with my co-counsel, John Pierce.

19      **A.**   Hello, sir.

20      **Q.**   So you -- while you were at Capitol Police, you were

21   on this unit -- I forget the name of the unit, the CDU unit?

22      **A.**   Yes, sir.

23      **Q.**   Was that your normal job or did you do other police

24   work?

25      **A.**   That was my collateral assignment.

1      Q.   Okay.  Now, you talked about less-lethal options.

2    You've talked about the PepperBall, you were trained in the use

3    of the PepperBall and the less-lethal gun that was like a

4    paintball gun I think you said?

5      A.   Yes, the PepperBall launcher is the one that's like a

6    paintball gun.

7      Q.   It could also shoot paintballs?

8      A.   Yeah, yeah, it's branded to shoot PepperBall, but

9    certainly you could put paintballs in there.

10     Q.   And you talked about this FN 303?

11     A.   Yes, sir.

12     Q.   That you said was more -- had a faster rate of

13   propulsion?

14     A.   Correct -- well, more kinetic force.

15     Q.   Okay.  In some cases, these less-than-lethal tools can

16   be lethal, correct?

17     A.   Yes.

18     Q.   If you hit someone in the eyeball, for example, that

19   could cause death?

20     A.   Yes, I'm sure.

21     Q.   And if you hit someone, for example, in the temple,

22   that could cause death?

23     A.   I'm sure it could.

24     Q.   And you talked about the rule against hitting

25   people -- shooting toward the groin, did you say that?

1    **A.**   Yeah, head, neck, spine, groin.

2    **Q.**   And that could cause serious injury, do you agree?

3    **A.**   Yes.

4    **Q.**   I would like to pull up I believe it's Government's

5    Exhibit 425 -- it's on the government's list, Government 425

6    for the witness.

7    **DEPUTY CLERK:**   It's in.

8    BY MR. ROOTS:

9    **Q.**   Do you recognize this as the Capitol on January 6th?

10   **A.**   I do.

11   **Q.**   And do you see the figure there in the foreground?

12   **A.**   I do.

13   **MR. ROOTS:**   I move to admit this.

14   **THE COURT:**   It's already in, sir.

15   **MR. ROOTS:**   Okay.  Is it published for the jury?

16   **DEPUTY CLERK:**   It's published.

17   BY MR. ROOTS:

18   **Q.**   Okay, thank you.  Would you -- as odd as this sounds,

19   would you direct your attention toward the groin of the

20   individual in the foreground.

21       Do you see that it looks like he's been hit in the groin

22   area with some kind of powder there?

23   **A.**   Yes.

24   **Q.**   Do you believe that could be from that PepperBall or

25   less-than-lethal projectiles?

1      **A.**   It could be.

2      **Q.**   Now, obviously we're talking about Mr. Alberts here.

3   Mr. Alberts, would you stand up.

4      You recognize Mr. Alberts as the individual that you saw

5   on the staircase that day?

6      **A.**   Yes.

7      **Q.**   It appeared on the videos he was wearing a gas mask?

8      **A.**   Yes.

9      **Q.**   Other than that, he looks like the same guy?

10     **A.**   Yes.

11     **Q.**   Did Mr. Alberts ever have any physical contact with

12  you?

13     **A.**   No.

14     **Q.**   Did Mr. Alberts throw anything at you?

15     **A.**   No.

16     **Q.**   Did you see anyone falling off of the -- did you see

17  anyone falling or having -- did you see anyone falling off the

18  stairs?

19     **A.**   No.

20     **Q.**   Did you see anyone being pushed off the stairs?

21     **A.**   No.

22     **Q.**   Did you see anyone being pushed off the railing?

23     **A.**   No.

24     **Q.**   You talked about the roar of the crowd, it was very

25  loud, correct?

1      **A.**   Yes.

2      **Q.**   And you indicated at times it was so loud that you

3  could not hear what was being said?

4      **A.**   That's correct.

5      **Q.**   Could someone hear your announcements if it was that

6  loud?

7      **A.**   I yelled it as loud as I could, I'm not sure.

8      **Q.**   You weren't using any kind of megaphone or augmented

9  microphone?

10     **A.**   No.

11     **Q.**   What about someone who is hearing disabled, could they

12  hear very well?

13     **A.**   I'm not sure.  I would assume not.

14     **Q.**   Someone who had hearing difficulties would have

15  trouble hearing?

16     **A.**   I would assume so.

17     **Q.**   Now, you talked about being outnumbered a couple

18  times.  Is it normal for police officers to be outnumbered?

19     **A.**   No, it's not normal.

20     **Q.**   Your testimony is that it's normal for police officers

21  to outnumber the public?

22     **A.**   I would say depending on the scenario.  But the normal

23  scene, there would usually be two officers on scene dealing

24  with one individual.

25     **Q.**   Okay.

1     **A.**  Based on my experience.

2     **Q.**  I'd like to play what was just played as 304,

3  Government's 304.  At that moment where I think it's one

4  minute -- about one minute in, it was played for those -- there

5  were certain shouts by the crowd.

6     (Video played)

7     **Q.**  You heard them say -- some voice said:  "Storm the

8  barriers"?

9     **A.**  That's correct.

10     **Q.**  And then there was also another voice that said:

11  "Join us"?

12     **A.**  I didn't hear that exactly, but I can vaguely hear

13  that.

14     **Q.**  You could not have heard that on that day, could you

15  have?

16     **A.**  I heard some of the yelling, some of the terms.

17     **Q.**  Okay.  Well, the person filming is very close to

18  the -- obviously this looks like a camera video, would you

19  agree?

20     **A.**  Yeah.

21     **Q.**  And the voice was audible down there at the bottom,

22  but it wouldn't have been very audible up there where you were,

23  would it?

24     **A.**  Like I said, I heard some things that day, some of the

25  things that were yelled.

423

1    **Q.**  You would agree that if someone's calling on you to

2    join, to join them, that that's more lobbying than it is --

3    it's more lobbying for you, it's persuasive rather than

4    threatening, would you agree?

5    **A.**  No, I disagree.

6    **Q.**  If someone's asking you to join their ranks, you

7    regard that as threatening?

8    **A.**  When they're rioting and they ask me to join them,

9    that's threatening.

10    **Q.**  Recruiting, an attempt to recruit you is threatening?

11    **A.**  Yes.

12    **Q.**  Okay.  I want to go to 308, if I could, Government's

13    308.

14    (Video played)

15    **Q.**  Keep rolling, I want to get it when the camera pans a

16    little bit up toward the left.

17    (Video played)

18    **THE COURT:**  Could we stop it.

19    **MR. KONIG:**  Your Honor, I'm just going to object to the

20    extent that it doesn't seem like the sound is matched up to the

21    picture in that video.

22    **THE COURT:**  Is this in evidence?

23    **MR. KONIG:**  It is.

24    **THE COURT:**  This version seems slowed down.

25    **MR. KONIG:**  It does.

1      **THE COURT:**  Mr. Roots, do you want to play it at full

2   speed or do you want it slowed down?

3   **BY MR. ROOTS:**

4      **Q.**  I'd like to play it at whatever speed it was played at

5   previously.  Actually, I'll just ask a couple questions.

6      You talked about the breach of the staircase that you were

7   on.  You indicated that you were not able to hold that

8   staircase, you were not able to hold the line there?

9      **A.**  That's correct.

10     **Q.**  Now, there was some discussion, even radio discussion,

11  about protesters getting up on the upper terrace, you heard

12  that?

13     **A.**  Yes.

14     **Q.**  Those weren't protesters who came up the stairway

15  where you were, were they?

16     **A.**  They were rioters -- I'm not clear on your question.

17     **Q.**  We'll call them rioters just for the sake of this

18  exchange.  There were rioters that got up on the upper terrace

19  from a different avenue, correct?

20     **A.**  There's several avenues you can get to the Upper West

21  Terrace.

22     **Q.**  But your position trying to hold that stairs was not

23  the source of the first breach up to the upper terrace,

24  correct?

25     **A.**  I don't know that.

1   Q.  There were -- we'll use your term, rioters that got

2   past you but not through your line, correct?

3       MR. KONIG:  Objection, lack of foundation, and it also

4   misstates the evidence.

5   BY MR. ROOTS:

6   Q.  Let me ask it this way:  Mr. Alberts is seen on the

7   stairs where you were, correct?

8   A.  Correct.

9   Q.  He was not the first -- in the first group of rioters

10  up on the upper terrace, was he?

11  A.  I don't know.  To me, those were -- he was the person

12  who was closest to us that I was interacting with.  I'm not

13  sure what was going on around me.

14  Q.  There were rioters or protesters or demonstrators that

15  had gotten past you from other locations, correct?

16  A.  Can you show me that?  Because I don't know what

17  you're referring to.

18      MR. KONIG:  Objection.

19      THE COURT:  Sustained.  She said she didn't know.

20  BY MR. ROOTS:

21  Q.  You didn't know there were rioters behind you that had

22  gotten --

23      MR. KONIG:  Objection, asked and answered.

24      THE WITNESS:  No.

25      THE COURT:  Sustained.

1      **THE WITNESS:**  I did not.

2  **BY MR. ROOTS:**

3      **Q.**  Can we roll 308 from the beginning.

4      (Video played)

5      **Q.**  Stop right there.  Do you see what looks like officers

6  in the far upper corner there on the left?

7      **A.**  Yes.

8      **Q.**  And there were protesters that had gotten up there,

9  correct?

10      **A.**  At that time, those are officers.  I do not see a

11  protester in that image.

12      **Q.**  Okay.  What was the first source of we'll call it

13  breach of your -- above you?

14      **A.**  I'm not sure.

15      **Q.**  Is it possible that there were

16  protesters/demonstrators/rioters who got past your position

17  from another avenue?

18      **MR. KONIG:**  Objection, calls for speculation.

19      **THE COURT:**  You can answer.

20      **THE WITNESS:**  I assume it's possible, because like I said,

21  there are multiple avenues everywhere around the Capitol

22  complex.  To my knowledge, those were officers above me.

23  **BY MR. ROOTS:**

24      **Q.**  Your testimony is that this right here, this

25  staircase, was the very first place where demonstrators got

1    past?

2         **THE COURT:**  That was not her testimony.  I think her

3    testimony's clear, she says she doesn't know if any rioters

4    behind her were there or how they got there, okay.  So let's

5    move on to the next question.

6         **MR. KONIG:**  May we have a brief sidebar, Your Honor?

7         **THE COURT:**  No, let's continue.

8    **BY MR. ROOTS:**

9         **Q.**  Now, you talked about hundreds of officers injured.

10   Is it true officers were taking ambulance rides to the hospital

11   for cuts on fingers and such?

12        **A.**  I'm not sure.

13        **Q.**  What about officers taking ambulance rides to the

14   hospital for sore hips?

15        **MR. KONIG:**  I'd object, Your Honor.

16        **THE COURT:**  Overruled.

17        **THE WITNESS:**  Sir, I don't know.  I wasn't one of those

18   officers, so I don't know.

19        **MR. ROOTS:**  Nothing further, thank you.

20        **THE COURT:**  Mr. Konig.

21        **REDIRECT EXAMINATION OF SHAUNI KERKHOFF**

22   **BY MR. KONIG:**

23        **Q.**  I have just three or four questions.  Officer

24   Kerkhoff, Mr. Roots asked you about whether the individuals

25   beneath you on the -- on that staircase, the northwest stairs,

1   could necessarily hear you.

2        Were you doing anything else to make clear your intention?

3        A.   Yes, sir.

4        Q.   What were -- were you physically making it seem like

5   it was okay to come right on by?

6        A.   Absolutely not.

7        Q.   What were you doing?

8        A.   I was using not only vocals, but I was also using hand

9   movements to get down, to stop, various hand motions.

10       Q.   Do you believe that your intention toward the crowd

11  was something questionable?

12       A.   No.

13       Q.   What was your intention toward the crowd?

14       A.   It was very clear that I wanted them to stop.

15       Q.   Mr. Roots played I believe it was Exhibit 304 with

16  individuals yelling "storm the barriers" and "join us."

17       What could you hear -- what was the quality of the sound

18  while you were up there on the stairs?

19       A.   Like I said before, it was very, very loud.  But I

20  could still pick up some of the things the crowd said.

21       Q.   And Mr. Roots asked some questions about whether it

22  was possible that people had gotten by you.

23       To your knowledge, at 1:54, had any rioter entered that

24  upper area of the Capitol building?

25       A.   To my knowledge, no.

1      MR. KONIG:  I'll pass the witness, Your Honor.

2      THE COURT:  Ma'am, thank you very much for your testimony.

3  You're excused.  Please don't discuss your testimony until the

4  case is over.

5      THE WITNESS:  Thank you, sir.

6      THE COURT:  Have a good day.

7      MR. NOHRIA:  Your Honor, the government --

8      THE COURT:  Why don't we take our afternoon break before

9  the next witness.  It's 3:20, we'll reconvene at 3:35.

10     (Jury not present)

11     THE COURT:  Just for the record, Mr. Roots objected to the

12  radio runs on hearsay grounds before the Court had heard any of

13  them.  Just so we have a clean record, the Court will admit

14  those under any number of exceptions to the hearsay rule,

15  including present sense impression, business records, effect on

16  the listener, and in a number of cases, excited utterances;

17  just so there's a record.

18     She took a little longer on direct than the government

19  anticipated I think.  Mr. Roots, asked and answered is a proper

20  objection, okay, if the government starts to plow ground that

21  it's already covered.

22     (Recess taken at 3:20 p.m.)

23     (Back on the record at 3:36 p.m.)

24     (Jury not present)

25     MR. ROOTS:  The witness is out there, he's obviously got

1    lots of brass and lots of commendations and awards and medals.

2    He looks great, by the way.  But I just want to make a point

3    that Mr. Alberts was told he couldn't wear medals because it

4    impresses the jury too much.

5         **THE COURT:**  Yeah, so you've made the point.  Generally,

6    uniformed police officers are permitted to testify in their

7    uniforms, okay.  And uniformed defendants are typically

8    permitted to appear in their uniform as well if it's a workday.

9         (Jury present)

10        **MR. NOHRIA:**  The government calls Sergeant DesCamp to the

11   stand.

12        **THE COURT:**  Sir, step right up.  Remain standing and raise

13   your right hand.

14        **DEPUTY CLERK:**  Do you solemnly affirm and truly declare

15   the testimony you're about to give will be the truth, the whole

16   truth, and nothing but the truth, and this you do under pain

17   and penalty of perjury?  If so, please say "I do."

18        **THE WITNESS:**  I do.

19        **DEPUTY CLERK:**  Thank you.  You may be seated.

20        **DIRECT EXAMINATION OF ADAM DESCAMP**

21   BY MR. NOHRIA:

22        **Q.**  Could you please state and spell your name for the

23   record.

24        **A.**  Adam DesCamp, A-D-A-M, D-E-S-C-A-M-P.

25        **Q.**  And what is your current occupation?

1      A.   U.S. Capitol Police sergeant.

2      Q.   And how long have you been with the U.S. Capitol

3    Police?

4      A.   Working on year 18 now.

5      Q.   And do you have any prior law enforcement experience?

6      A.   I did eight years in the military police in the Army.

7      Q.   I'd like to bring you to January 6th of 2021.  Were

8    you on duty that day?

9      A.   I was.

10      Q.   And what was your duty?

11      A.   I was on the less-lethal team for the Civil

12    Disturbance Unit.

13      Q.   And when did your shift start?

14      A.   06:00.

15      Q.   Is that 6:00 a.m.?

16      A.   Yes.

17      Q.   Now, at some point were you deployed to the Upper West

18    Terrace stairwell?

19      A.   I was.

20      Q.   And why were you deployed there?

21      A.   I actually was initially started on the East Front,

22    and then we heard the call for less-lethal to deploy -- which

23    was a first-time event for us, and we needed to provide

24    assistance.  So Officer Kerkhoff and I, which was my partner,

25    we responded over to the West Front to provide assistance over

1    there.

2        Q.   And once you responded to the Upper West Terrace, what

3    did you find?

4        A.   A large, large gathering of demonstrators all on the

5    West Front.

6        Q.   And what, if any, actions did you or Officer Kerkhoff

7    take?

8        A.   We were assisting with less-lethal deployments from

9    the stage area and other areas in the surrounding area.

10       Q.   And did you eventually make your way to the stairwell?

11       A.   I did.

12       Q.   And once you made it to the stairwell, what, if any,

13   actions did you observe Officer Kerkhoff take?

14       A.   She initially approached a man in a blue jacket and

15   deployed the PepperBall on him, who was failing to follow

16   instructions.  When she told me it was in effective, I used the

17   FN 303 weapon system to see if that would have any more effect.

18   It did not.

19       Q.   I'd like to take those step by step.  So when you said

20   when they didn't obey her instructions, what sort of

21   instructions were those?

22       A.   She was saying get back, stay down, get back down the

23   steps, don't come up here, don't come any closer, things of

24   that nature.

25       Q.   And just now you were making some gestures with your

1   hand.  What was -- was Officer Kerkhoff making those gestures?

2       A.  Yes, she was.

3       Q.  Could you briefly demonstrate those to the jury as

4   well?

5       A.  Sure, like stop, stay back, get down, move back, move

6   back, things like that.

7       Q.  And you said Officer Kerkhoff had the PepperBall

8   system?

9       A.  Correct.

10      Q.  What system did you have?

11      A.  I had the FN 303 launcher.

12      Q.  And is that a mechanism within the less-lethal team?

13      A.  It is.

14      Q.  Now, prior to you deploying the FN 303, what, if any,

15  actions did you take?

16      A.  Prior to me deploying the FN 303, you have to give

17  your verbal commands.  If they're not listening, you're giving

18  hand signals, get back, stop, you know, asking them to comply.

19  And then you're going to tell them that you're going to deploy,

20  and then you deploy.

21      Q.  Now, was the purpose of you deploying in that section

22  to prevent the rioters from moving up the stairwell?

23      A.  Correct.

24      Q.  And why was that so important?

25      A.  That was important because the top of the stairwell

1   area there was the primary access point to not only the Upper

2   West Terrace where there is tons of access points, but there is

3   also the Lower West Terrace door which was accessible at that

4   time as well.

5       Q.   Now, when you say tons of access points, access points

6   to what?

7       A.   Once you get to the Upper West Terrace, there are

8   multiple entrances to the Capitol building itself.

9       Q.   And so there's more access points at the top of that

10  stairwell to the Capitol building than there are to the bottom

11  of that stairwell?

12      A.   Correct.

13      Q.   Now, were there any obstructions -- you mentioned

14  the -- was there any sort of scaffolding or anything like that

15  on the side?

16      A.   Yes, there was a large scaffolding set up covered by a

17  tarp all on the Senate side or the north side of the steps

18  there.

19      Q.   What effect did that have on the number of individuals

20  or rioters who could make it up the stairwell?

21      A.   It limited the amount of people that could press their

22  way up the stairs.  It left about a 3-foot, maybe 5-foot gap

23  max between the scaffolding and the railing.

24      Q.   Could we bring up Government's Exhibit 420 for the

25  witness.  What are we looking at here?

1    **A.**   This is of the demonstrators that are all -- they have

2    breached into -- they've cut open the tarp that was surrounding

3    the scaffolding and also gotten into the center area of the

4    scaffolding.

5    **Q.**   And have you had an opportunity to previously review

6    Exhibit 420?

7    **A.**   Yes.

8    **Q.**   And is it a fair and accurate representation of the

9    events on that day?

10   **A.**   It is.

11   **MR. NOHRIA:**   The government moves Exhibit 420 into

12   evidence.

13   **MR. ROOTS:**   No objection.

14   **THE COURT:**   So moved.

15   (Government Exhibit 420 admitted into evidence)

16   **BY MR. NOHRIA:**

17   **Q.**   Now -- and can we publish it to the jury, please.

18   Now, you were mentioning the tarp and what the rioters were

19   doing with the tarp.

20   Could you just briefly describe that while looking at this

21   photograph?

22   **A.**   As they were tearing the tarp off or cutting the tarp

23   off, they were using pieces of it to not only protect

24   themselves from the pepper spray, but the launchers and

25   anything else that was being deployed up in that area.

1      Q.   I've now circled an individual in the center.  Do you
2   recognize that individual?

3      A.   I do.

4      Q.   And was that individual wearing a gas mask when you
5   interacted with them later on?

6      A.   He was.

7      Q.   Now, were individuals climbing up that scaffolding?

8      A.   They were.

9      Q.   And what effect would that have?

10      A.   In the center of the scaffolding, there was an access
11   point where there was an open stairwell for them to basically
12   get behind the officers that were there trying to protect the
13   railing and the gap area.  So behind that is the access point
14   for them to get to the stage area where the Lower West Terrace
15   door is.  So once they got into there, you had to split your
16   officers up, not only cover the center portion of the
17   scaffolding underneath, but also the stairwell where the blue
18   jacket and Mr. Alberts in the gas mask was.

19      Q.   So essentially if you're holding the line, the
20   protesters can use that scaffolding to essentially outflank you
21   and surround you?

22      A.   Correct.

23      Q.   Now returning to Officer Kerkhoff -- and we can take
24   down that exhibit.  Returning to Officer Kerkhoff, what effect
25   did her verbal instructions have on the rioters?

1      A.   Very little.

2      Q.   And did the rioters continue to advance up to that

3  stairwell?

4      A.   They did.

5      Q.   And what effect did her PepperBall system have on the

6  rioters?

7      A.   It had no effect.

8      Q.   After she tried verbal commands and they failed, and

9  after she tried the PepperBall and that failed, what did she

10  then do?

11      A.   She told me it was ineffective which is when I brought

12  my weapon system over, my launcher system.  I gave my commands,

13  pointed back down the steps, and I engaged the man in the blue

14  jacket with two rounds to the thigh which also had no effect.

15      Q.   And what happened next?

16      A.   Next, because our less-lethal systems weren't working

17  on this individual, then we had to change to pepper spray.

18      Q.   And who did that?

19      A.   Sergeant Flood I believe was the first to pepper spray

20  the man in the blue jacket.

21      Q.   And what effect did the pepper spray have?

22      A.   It worked, it worked very well, and it made him stop

23  advancing and sit down on the railing.

24      Q.   Now, after the man in the blue jacket stopped

25  advancing, did anyone step into that breach?

1      **A.**  Yes, there was another individual that was pushing up

2  the steps.

3      **Q.**  Could we bring up Government's Exhibit 409.  I believe

4  this has already been admitted, so if we can publish to the

5  jury.

6      **DEPUTY CLERK:**  It's already published.

7  **BY MR. NOHRIA:**

8      **Q.**  Great.  Can you please circle yourself on this photo.

9      **A.**  Sure.

10     **Q.**  Could you please circle the individual who would then

11  eventually fill that breach after the blue jacket person

12  stopped.

13     **A.**  Okay.

14     **Q.**  And could you draw an arrow in what direction the

15  individual moved.

16     **A.**  Yes.

17     **Q.**  Now, what's happening in this scene?

18     **A.**  This scene is where I'm giving verbal commands.  Now I

19  having something called an MK-60 which is a pepper spray

20  deployment device.  I'm giving my commands to stop, don't come

21  any closer, stay down or I'll deploy.

22     **Q.**  And what was the individual with the gas mask's

23  reaction?

24     **A.**  He didn't seem to care because of the gas mask, so it

25  would have made it in effective.

439

1      Q.   And did he continue to advance up that stairwell?

2      A.   He did.

3      Q.   Can we bring up Government's Exhibit 415.  Do you see

4    yourself in this photo?

5      A.   I do.

6      Q.   Could you please circle yourself.

7      A.   Right here.

8      Q.   Do you see that same individual referenced earlier,

9    the gas mask individual?

10     A.   I do.

11     Q.   Could you please draw an arrow to them.  Now, you look

12   a little different in this photo.  What's happened since the

13   prior photo?

14     A.   I put on my gas mask.

15     Q.   And the individual in the gas mask, have they advanced

16   at all?

17     A.   Oh, yes.

18     Q.   And where are they now?

19     A.   They are at the top of the steps.

20     **DEPUTY CLERK:**  Counsel, this is not in.

21   BY MR. NOHRIA:

22     Q.   Oh, this is not in, I apologize.

23     Is this a fair and accurate representation of the events

24   on that day?

25     A.   It is.

1        **MR. NOHRIA:**  The government would move Exhibit 415 into

2    evidence, and can we publish that?

3        **THE COURT:**  Any objection?

4        **MR. ROOTS:**  No objection.

5        **THE COURT:**  So moved.

6        (Government Exhibit 415 admitted into evidence)

7    **BY MR. NOHRIA:**

8        **Q.**  Now, Sergeant DesCamp, who was the first individual to

9    have made it to that point on the stairwell?

10       **A.**  The gentleman in a camouflage backpack.

11       **Q.**  That's the gentleman with the arrow pointing towards

12   him?

13       **A.**  Correct.

14       **Q.**  Who was the first individual on that stairwell to have

15   gone hands-on with an officer?

16       **A.**  That would be him.

17       **Q.**  Now, was that individual alone?

18       **A.**  Yes.

19       **Q.**  And about how far back were other rioters?

20       **A.**  There's probably 5 feet between him and the guy with

21   the shield behind him.

22       **Q.**  Now, could we pull up Government's Exhibit 308.  Can

23   we play Government's Exhibit 308 from the beginning to six

24   seconds.

25       (Video played)

1     Q.   Sergeant DesCamp, what did we just witness there?

2     A.   An officer attempted to come push him down the stairs,

3  and he's using the platform or the plywood there to protect

4  himself.

5     Q.   And when you say the platform or plywood, are you

6  referring to the object that's right here?

7     A.   I am.

8     Q.   And can we play from six seconds to 18 seconds.

9     (Video played)

10    Q.   Sergeant DesCamp, what did we just observe there?

11    A.   He again attempted to make his way up to the top of

12 the steps.  Officer Kerkhoff appeared to be engaging with the

13 PepperBall system at the platform which he was using to deflect

14 or block the PepperBall system, and also like using it to push

15 his way forward with it.

16    Q.   And when you say push his way forward, who would he

17 have been pushing against?

18    A.   I'm sorry, say that again.

19    Q.   When you said pushing his way forward, who would he

20 have been pushing against?

21    A.   The officers.

22    Q.   And do you recognize any of the officers that were

23 present at that stairwell?

24    A.   I do.

25    Q.   And could you please just state who they were?

1      **A.**  Officer Sherman McMahon, Officer McMahon, Officer

2    Eugene Goodman, to name a few.

3      **Q.**  And could we bring up Government's Exhibit 306.  Can

4    we bring that video to 55 seconds.

5      Now, Sergeant DesCamp, do you recognize this?

6      **A.**  I do.

7      **Q.**  And have you had a previous opportunity to review

8    Government's Exhibit 306?

9      **A.**  Yes.

10     **Q.**  And is it a fair and accurate representation of the

11   events on that day?

12     **A.**  Yes.

13     **MR. NOHRIA:**  The government moves Exhibit 306 into

14   evidence.

15     **MR. ROOTS:**  No objection.

16     **THE COURT:**  So moved.

17     (Government Exhibit 306 admitted into evidence)

18   **BY MR. NOHRIA:**

19     **Q.**  Can we play the video, please.

20     (Video played)

21     **Q.**  Sergeant DesCamp, could you please circle that same

22   individual you referenced earlier with the gas mask.

23     **A.**  Sure.

24     **Q.**  Can we play the video from 55 seconds to two minutes

25   and 45 seconds.

1    (Video played)

2    **Q.**  So we've paused the video at two minutes and 22

3    seconds.  Sergeant DesCamp, how did the crowd react to watching

4    the individual with the gas mask and the pallet rush those

5    steps?

6    **A.**  They were all elated to see him actually pushing

7    forward trying to get past us.

8    **Q.**  Would you say they were more motivated or less

9    motivated after watching that scene?

10   **A.**  More motivated.

11   **Q.**  Now, with respect to the number of rioters in that

12   area, how did that compare with the number of officers?

13   **A.**  It was a drastic difference.  I can't say for certain

14   how many officers were up there, but it's less than probably

15   30.

16   **Q.**  You can take that down now.  Could we bring up

17   Government's Exhibit 203.  One moment, please.  Could we bring

18   the video to 30 seconds.

19   Now, Sergeant DesCamp, do you recognize this?

20   **A.**  I do.

21   **Q.**  And is it that same stairwell?

22   **A.**  Yes.

23   **Q.**  Can we play the video from 30 seconds to 53 seconds.

24   (Video played)

25   **Q.**  Now, Sergeant DesCamp, what did we just witness in

1    that scene?

2        **A.**   That's where the demonstrators actually breached

3    beyond the officers that were trying to hold that stairwell,

4    and they made it past them up the steps.

5        **Q.**   And was anything happening with respect to the

6    officers at that line?

7        **A.**   There were -- they were being pelted with things from

8    down below, people were throwing objects up at them.

9        **Q.**   Do you recognize the individual I've just circled

10   here?

11       **A.**   I do.

12       **Q.**   And who is that?

13       **A.**   That's Mr. Alberts, the man with the gas mask and the

14   camouflage backpack.

15       **Q.**   And what was the defendant's -- or what was the

16   individual's position among the rioters who sort of bulldozed

17   through that barricade?

18       **A.**   I'm sorry, say that again.

19       **Q.**   What was the individual's position, were they in the

20   front of the group, the middle of the group, the back of the

21   group?

22       **A.**   They were definitely towards the front of the group,

23   I'd say in the top 10.

24       **Q.**   Can we play the video, please.

25       (Video played)

1      Q.   Can we bring up Government's Exhibit 311, and for the
2   witness only.
3           Sergeant DesCamp, do you recognize this area?
4      A.   I do.
5      Q.   And have you had a previous opportunity to review
6   Government's Exhibit 311?
7      A.   I have.
8      Q.   And is it a fair and accurate representation of the
9   events on that day?
10      A.   Yes.
11      MR. NOHRIA:   The government moves Exhibit 311 into
12   evidence.
13      MR. ROOTS:   No objection.
14      THE COURT:   So moved.
15      (Government Exhibit 311 admitted into evidence)
16   BY MR. NOHRIA:
17      Q.   Now, Sergeant DesCamp, what are we looking at here?
18      A.   This is the center area of the scaffolding.
19      Q.   So is this essentially inside the scaffolding?
20      A.   Correct.
21      Q.   Where we're looking on the outside, is that
22   essentially the tarp that was covering the scaffolding?
23      A.   Correct.
24      Q.   Could we play the video and pause it at 20 seconds.
25      (Video played)

1    Q.   Sergeant DesCamp, what did we just see here?

2    A.   That's, again, when the breach occurred at the

3    stairwell.

4    Q.   And so that's the same stairwell that we'd been

5    discussing earlier?

6    A.   Yes, sir.

7    Q.   And, again, do you recognize the individual I've just

8    circled?

9    A.   I do.

10   Q.   And who is that?

11   A.   The same gentleman with the gas mask and the

12   camouflage backpack.

13   Q.   Could we play the video from 20 seconds to 43 seconds.

14        (Video played)

15   Q.   Sergeant DesCamp, what are we looking at here?

16   A.   We're looking at the crowd that had amassed in the

17   area.

18   Q.   Can we restart the video and continue until one minute

19   and five seconds.

20        (Video played)

21   Q.   Sergeant DesCamp, do you recognize this area of the

22   Capitol?

23   A.   I do, that's the Upper West Terrace.

24   Q.   And could you tell me the significance of this portion

25   of the Capitol with respect to the rioters on January 6th,

1    2021?

2        **A.**   Sure.   There's access points there.   There's doors

3    which were all breached eventually; windows all along the

4    backside of the building.   There are several doors there.   But

5    in that archway there's one.

6        **Q.**   Can we play the video until 2:27.

7        (Video played)

8        **Q.**   Now, Sergeant DesCamp, do you recognize this

9    individual?

10       **A.**   I do.

11       **Q.**   And was he -- who is he?

12       **A.**   That's Officer Sorrell, he's a member of the

13   less-lethal team.

14       **Q.**   Was he on the stairwell with you?

15       **A.**   He was.

16       **Q.**   And what, if anything, appears to be happening here?

17       **A.**   He had injured his knee.

18       **Q.**   Can we play the video until 2:42.

19       (Video played)

20       **Q.**   Sergeant DesCamp, what are we looking at here?

21       **A.**   This is more of the crowd that's on the West Front,

22   they're starting to spill over now into the side lawn areas and

23   around the building.

24       **Q.**   And do you see any officers in this shot?

25       **A.**   I do.

1    **Q.**  And could you circle them, please?

2    **A.**  There is a CDU squad right here.

3    **Q.**  And what appears to be happening with them?

4    **A.**  They appear to be being overwhelmed with the

5    demonstrators.

6    **Q.**  Now, could we bring up -- we can take this down, and

7    can we bring up Government's Exhibit 312.  This is for the

8    witness only.

9    Do you recognize this?

10   **A.**  I do.

11   **Q.**  Do you recognize this scene?

12   **A.**  I do.

13   **Q.**  Is that that same stairwell?

14   **A.**  Correct.

15   **Q.**  And have you had a previous opportunity to review this

16   video?

17   **A.**  Yes.

18   **Q.**  And is it a fair and accurate representation of the

19   events on that day?

20   **A.**  Yes.

21   **MR. NOHRIA:**  Your Honor, Government's Exhibit 422 is along

22   the same lines, it's just a still shot, if we want to just

23   admit both for convenience.

24   **MR. ROOTS:**  No objection, although I want to -- I observed

25   the fellow prosecutor turn down the volume.  I don't know why

449

1    that was -- or turn it off.

2         **MR. NOHRIA:**  I can turn it back up if you'd like.

3         **THE COURT:**  So moved.

4         (Government Exhibits 312 and 422 admitted into evidence)

5         **MR. ROOTS:**  I don't know what they're trying to hide.

6         **DEPUTY CLERK:**  I'm sorry, counsel, what was the second

7    exhibit number?

8         **MR. NOHRIA:**  422.

9         **DEPUTY CLERK:**  Thank you.

10   BY MR. NOHRIA:

11        **Q.**  Can we play it from the beginning, just for two

12   seconds.

13        Sergeant DesCamp, do you recognize that individual?

14        **A.**  I do.

15        **Q.**  Is it that same individual with the gas mask and

16   pallet?

17        **A.**  It is.

18        **Q.**  And what do they appear to be doing in this video?

19        **A.**  Moving their way up the steps, and it looks like his

20   arm is waving others to follow.

21        **Q.**  And could you we play from two seconds to six seconds.

22        (Video played)

23        **Q.**  Sergeant DesCamp, what did the individual appear to be

24   doing in that scene as well?

25        **A.**  He had turned around and waved people on to follow

1    behind him.

2        **Q.**  And did other people follow?

3        **A.**  Yes.

4        **Q.**  We can take this down, thank you.  Can we bring up

5    Government's Exhibit 422, and that's a photo.

6        Sergeant DesCamp, is this a still shot of the defendant

7    waving for others to join?

8        **A.**  It is.

9        **Q.**  I'm sorry, can you repeat that?

10       **A.**  It is.

11       **Q.**  We can take that down.  Sergeant DesCamp, after the

12   northwest stairwell was breached, where did you go?

13       **A.**  I was pushed into the stage entrance.  It's basically

14   a doorway that leads to the inaugural stage.  So as I was

15   protecting the center access point of the scaffolding, once the

16   breach occurred, I was pushed to the right which is into the

17   doorway of the stage.

18       **Q.**  And what happened after you were pushed into that

19   doorway?

20       **A.**  After I was pushed in the doorway, it was basically

21   just me by myself holding the position until I eventually had

22   some officers show up to assist me.  But I was -- after the

23   breach occurred, I was then the victim of an assault myself.

24       **Q.**  And what exactly happened in that assault?

25       **A.**  My mask was pushed aside and I was sprayed with a

1  couple different chemicals, one of which I don't even know what

2  it was.

3      Q.  And was the individual who sprayed you, that wasn't

4  the defendant, was it?

5      A.  No.

6      Q.  But was it someone in the same group that had been

7  charging up that stairwell?

8      A.  Correct, yes.

9      MR. NOHRIA:  No further questions.

10     **CROSS-EXAMINATION OF ADAM DESCAMP**

11  BY MR. ROOTS:

12     Q.  Thank you, Officer -- is it DesCamp?

13     A.  DesCamp, yes, sir.

14     Q.  You testified you were injured.  Were you injured?

15     A.  I was assaulted, yes.

16     Q.  Did you get treatment for that?

17     A.  I decontaminated myself later afterwards, after I had

18  support.

19     Q.  Mr. Alberts, you obviously are aware of who he is,

20  correct?

21     A.  Yes.

22     Q.  Did he lay his hands on you?

23     A.  No.

24     Q.  I guess I'd like to bring up Alberts 433, and if we

25  can scroll up to the list of officer injuries.

1    **THE COURT:**  Why don't we move to another topic.  If we can

2    get that queued up, we can deal with that, but why don't you

3    move on.

4    **MR. ROOTS:**  The Court's indulgence, one second.  Thank you

5    so much, Officer.  We have no further questions.

6    **THE COURT:**  I take it there's no redirect?

7    **MR. NOHRIA:**  No, Your Honor.

8    **THE COURT:**  Okay.  Thank you very much for your testimony,

9    you're excused.  Please don't discuss your testimony with

10   anyone until the end of the case.

11   **THE WITNESS:**  Thank you.

12   **MR. NOHRIA:**  We might just need one minute, Your Honor.

13   **THE COURT:**  Ladies and gentlemen, feel free to stretch

14   while the government locates their next witness.

15   (Brief interruption)

16   **THE COURT:**  Ma'am, remain standing and raise your right

17   hand to be sworn by the courtroom deputy.

18   **DEPUTY CLERK:**  Do you solemnly affirm and truly declare

19   the testimony you're about to give will be the truth, the whole

20   truth, and nothing but the truth, and this you do under pain

21   and penalty of perjury?  If so, please say "I do."

22   **THE WITNESS:**  I do.

23   **DEPUTY CLERK:**  Thank you.  You may be seated.

24   **MR. DALKE:**  Your Honor, as the government's next witness,

25   we call Inspector Lanelle Hawa.

1    **THE COURT:**  Hello, Ms. Hawa.

2    **DIRECT EXAMINATION OF LANELLE HAWA**

3    BY MR. DALKE:

4        **Q.**  Good afternoon.

5        **A.**  Good afternoon.

6        **Q.**  Could you tell the jury how you're employed?

7        **A.**  Yes, I'm part of the United States Secret Service.

8        **Q.**  And what's your role and title with the Secret

9    Service?

10       **A.**  I am an inspector.

11       **Q.**  How long have you been an inspector with the United

12   States Secret Service?

13       **A.**  Approximately a year and a half now.

14       **Q.**  How long have you been with the Secret Service

15   throughout your entire career?

16       **A.**  Twenty-four years.

17       **Q.**  What is the mission -- or could you tell the jury the

18   mission of the United States Secret Service?

19       **A.**  Sure.  We are tasked with protecting some of our

20   nation's highest leaders, president, vice president, their

21   families, former presidents, heads of state who visit the

22   country.  We're also tasked with protecting the financial

23   infrastructure of the United States.

24       **Q.**  Were you personally working on January 6th, 2021?

25       **A.**  I was.

1      Q.   In January 2021, were you working in a particular

2  division?

3      A.   I was with the liaison division.

4      Q.   Could you tell the jury what the liaison division of

5  the U.S. Secret Service is and its function?

6      A.   Yes.  So the liaison division is tasked with

7  coordinating with our federal partners throughout the National

8  Capital Region, meaning we coordinate with the FBI, CIA.  At

9  some of these federal buildings, we liaison if you will.  So in

10  this instance, I was assigned to the U.S. Capitol, and just

11  coordinated any visits of our protectees to the Capitol.

12  Meaning I would coordinate with Capitol police, the Senate

13  Sergeant at Arms, the House Sergeant at Arms, and just

14  facilitate any of our protectee's movements throughout the

15  Capitol to any meetings or events they were attending as well

16  as access control onto the Capitol complex.

17      Q.   On January 6th, 2021 specifically, did you have an

18  assigned role that day?

19      A.   I did.

20      Q.   And what was that?

21      A.   I was assigned as the site supervisor for Vice

22  President Pence's visit to the Capitol.

23      Q.   Does the United States Secret Service -- does it occur

24  over the course of a year that you would have visits of

25  protectees to the United States Capitol?

1    **A.**  Yes.

2    **Q.**  And do you have a relationship with the Capitol Police

3    there to help facilitate that?

4    **A.**  Yes.

5    **Q.**  Is the United States Secret Service aware of the

6    Capitol Police kind of security perimeters and restricted

7    bounds and security measures that are in place when the Secret

8    Service protectees are brought to the Capitol?

9    **A.**  Yes.

10   **Q.**  On January 6th, 2021, did the Secret Service have

11   protectees who were visiting the United States Capitol?

12   **A.**  Yes.

13   **Q.**  And who was that?

14   **A.**  We had Vice President Pence was visiting.  His wife

15   and his daughter Charlotte were also on a scheduled visit as

16   well as Vice President-elect Harris.

17   **Q.**  Were the members of the family of the vice president,

18   are they also protectees -- I mean, under the protection of the

19   Secret Service for these visits?

20   **A.**  Yes.

21   **Q.**  I want to pull up Exhibit 901.  If we could just blow

22   up the top half of the exhibit.

23   Are you familiar with this document?

24   **A.**  I am.

25   **Q.**  What is it?

1    **A.**   So this is an e-mail that I sent on January 5th that

2    served as a cover sheet, if you will.   There's an attachment

3    that went with this e-mail that we refer to as the head of

4    state notification form.

5    **Q.**   Did you write this e-mail?

6    **A.**   I did.

7    **Q.**   Is it a true and correct copy?

8    **A.**   Yes, it is, with the redactions.

9    **Q.**   There's a couple redactions on this document as well?

10   **A.**   Yes.

11   **MR. DALKE:**   Your Honor, we'd move to admit Exhibit 901.

12   **MR. ROOTS:**   No objection.

13   **THE COURT:**   So moved.

14   (Government Exhibit 901 admitted into evidence)

15   **BY MR. DALKE:**

16   **Q.**   Your e-mail's pretty short, could you read the

17   e-mail --

18   **THE COURT:**   Counsel, if I could just interject.   Ladies

19   and gentlemen, this is an example of an exhibit that's been

20   redacted, and there may be others in the case.   If there's

21   material that is either inadmissible or irrelevant in some

22   ways, the exhibit will often be redacted.   And you're not to

23   speculate as to what is underneath the redactions, okay.

24   **BY MR. DALKE:**

25   **Q.**   Can you just read the e-mail that you wrote on

1    January 5th, 2021.

2         A.   Sure.  "All, please see the attached HOS notification

3    for Vice President Michael Pence, Mrs. Pence and Charlotte

4    Pence to the U.S. Capitol on Wednesday, January 6th, 2021."

5         Q.   And looking at the unredacted portions of who this

6    e-mail was sent to, was that to your counterparts at the

7    Capitol Police as well as the Sergeant at Arms on the House and

8    Senate?

9         A.   That is correct.

10        Q.   Did this e-mail include an attachment?

11        A.   It did.

12        Q.   Can we bring up Exhibit 902.  Are you familiar with

13   this document, 902?

14        A.   Yes, I am.

15        Q.   What is it?

16        A.   That is the head of state worksheet that I referenced

17   earlier.

18        Q.   And when does the Secret Service use a head of state

19   worksheet?

20        A.   We would use this worksheet obviously when a head of

21   state is visiting the U.S. Capitol.  We also use this worksheet

22   if the president or the vice president is visiting the Capitol.

23        Q.   Did you help prepare or fill out this specific

24   document?

25        A.   I did.

1        **Q.**   Is it a fair and accurate copy of the head of state

2    worksheet that was issued by the Secret Service ahead of the

3    Vice President's visit to the Capitol on January 6th, 2021?

4        **A.**   Yes, it is.

5        **MR. DALKE:**   Your Honor, we'd move for the admission of

6    Exhibit 902.

7        **MR. ROOTS:**   No objection.

8        **THE COURT:**   So moved.

9        (Government Exhibit 902 admitted into evidence)

10   **BY MR. DALKE:**

11       **Q.**   Maybe we'll just blow up -- could we just blow up the

12   top half first, and then we can look at the bottom second.

13       Looking at this, who's the listed visitor for this visit

14   to the Capitol?

15       **A.**   The listed visitors were Vice President Michael Pence,

16   Mrs. Pence and Charlotte Pence.

17       **Q.**   Do you see your name on this document?

18       **A.**   I do.

19       **Q.**   Could you underline it using the touch screen.

20       **A.**   Sure.

21       **Q.**   Can we blow up the second half of the bottom half of

22   this exhibit.  Is this the itinerary portion of the head of

23   state worksheet?

24       **A.**   Yes, it is.

25       **Q.**   And does it show the time that the Vice President and

1    his family were supposed to arrive at the Capitol on January

2    6th, 2021?

3         **A.**   Yes, it does.

4         **Q.**   Can you just put a dot next to that time.

5         **A.**   Okay.

6         **Q.**   What time was the Vice President and family supposed

7    to arrive at the Capitol?

8         **A.**   At 12:30 p.m.

9         **Q.**   And does it also indicate the destination?

10        **A.**   It indicates -- the destination that he's arriving?

11        **Q.**   Yeah, is there a column that indicates the destination

12   of where the Vice President and the protectees will be going

13   that day?

14        **A.**   Yes, there is.

15        **Q.**   Does it include visits to the House and Senate

16   chambers?

17        **A.**   Yes, it does.

18        **Q.**   And I just put a box around it.  So those were the

19   permitted destinations for the Vice President to visit that

20   day?

21        **A.**   The expected destinations.

22        **Q.**   Expected?

23        **A.**   Yes.

24        **Q.**   And then looking at the next column over, there's a

25   function column.  Do you see that?

1      **A.**   I do.

2      **Q.**   And what's the listed function for the Vice

3  President's visit to the House and to the Senate on January

4  6th, 2021?

5      **A.**   The main function was he was there for the

6  certification of the Electoral College vote.

7      **Q.**   And did he have a role in that process?

8      **A.**   I believe so.

9      **Q.**   During the course of a January 6th kind of process,

10  was the Vice President moved back and forth between the House

11  side and the Senate side and the House side and so on?

12      **A.**   Yes, that was the expected itinerary.

13      **Q.**   On January 6th, 2021, did the United States Secret

14  Service in fact bring the Vice President and his family from

15  the Naval Observatory to the Capitol?

16      **A.**   Yes, they did.

17      **Q.**   Did you arrive at approximately 12:30 p.m., consistent

18  with the itinerary listed here?

19      **A.**   Yes.

20      **Q.**   As the site -- I forget the word you used?

21      **A.**   Supervisor.

22      **Q.**   As the site supervisor for the Secret Service, did you

23  personally accompany the Vice President when he was visiting

24  the Capitol on January 6th?

25      **A.**   Yes, I met him there.

1      Q.  Did the Secret Service escort him to the Senate and

2  the House chambers?

3      A.  Yes.

4      Q.  Did there come a point -- and we can take down the

5  exhibit.  Did there come a point in the day of January 6th,

6  2021 when you began to be updated on events or situations

7  occurring outside the Capitol?

8      A.  Yes.

9      Q.  And in proximity with the Vice President's arrival at

10  12:30, approximately when did you start getting updates about

11  events occurring outside the Capitol?

12      A.  We received notifications about -- and by events,

13  events that related to our security plan?

14      Q.  Correct.

15      A.  We started to receive notifications that there had

16  been a breach at about 1:15 p.m.

17      Q.  And did the information that you were receiving -- let

18  me ask you this:  First, who were you receiving those types of

19  information or updates from?  Maybe generally, not a specific

20  name, but who was providing that information to the Secret

21  Service?

22      A.  Sure, the Capitol Police.  I was also receiving some

23  phone calls from Secret Service personnel.

24      Q.  And did the information that you were receiving while

25  you were there with the Vice President, did it impact or have

1    an effect on your actions that day on January 6th?

2         A.   Yes.

3         Q.   What was that initial information that you started

4    receiving around 1:15 p.m. on January 6th, 2021?

5         A.   We received information -- or I received information

6    from my Capitol Police counterpart, who was assigned to work

7    with me that day, that there had been a security breach on one

8    of the perimeter fences on the west side of the Capitol.  And

9    that there was several unknown, unauthorized individuals who

10   had breached the perimeter fencing, the snow fencing and some

11   bike rack that was established, and had made their way to the

12   west lawn area and all the way to the inaugural platform.  It's

13   a platform that was being built for the upcoming inauguration

14   that sits on the west side of the main Capitol building.  He

15   was letting me know that there was -- again, several

16   individuals, unauthorized, had breached.  And there was calls

17   coming in for assistance on that side of the Capitol to assist

18   the Capitol police officers who were trying to hold these

19   individuals back from entering the Capitol.

20        Q.   I want to briefly bring up Exhibit 804.  Are you

21   familiar with what the red line on this document signifies?

22        A.   Yes.

23        Q.   And what is that?

24        A.   That was the agreed upon security perimeter that was

25   put in place on January 6th, 2021.

1      Q.   So Secret Service knew about the security perimeter?

2      A.   Yes.

3      Q.   And was it something that you relied on and used in

4   the course of doing your duties with protecting the Vice

5   President and his family?

6      A.   Yes.

7      Q.   As the day evolved -- and I think you just testified

8   about the initial breach and moving towards the scaffolding.

9   After 1:15, did you receive additional updates kind of between

10  that 1:15 and closer to the 2:00 o'clock hour?

11     A.   Yes, we were receiving constant updates.

12     Q.   Do you recall any additional updates or things that

13  came over the radio that you recall as we approach the 2:00

14  o'clock hour?

15     A.   Yes, we had -- in addition to receiving information

16  and notifications that there had been a breach on the west side

17  of the Capitol, we also were receiving kind of information and

18  we could hear that there were breaches occurring actually

19  within the main Capitol building; that these unauthorized

20  individuals were entering through undesirable means into the

21  main Capitol building.  We were also receiving information that

22  there was crowds gathering on the east side of the Capitol just

23  around the plaza area where our motorcade was staged.

24     Q.   Can we take this exhibit down.  You mentioned the

25  motorcade.  Are you familiar with the video that shows the

1    place and the location of the Vice President's motorcade around

2    the 2:00 o'clock hour on January 6th, 2021?

3        A.   Yes.

4        Q.   Have you reviewed that exhibit prior to coming here

5    today?

6        A.   I've seen it before in court.

7        Q.   Does that video come from the United States Capitol

8    Police surveillance camera?

9        A.   That is my understanding.

10       MR. DALKE:   Your Honor, we'd move for the admission of

11   Exhibit 903.

12       MR. ROOTS:   No objection.

13       THE COURT:   So moved.

14       (Government Exhibit 903 admitted into evidence)

15   BY MR. DALKE:

16       Q.   So which side of the Capitol is this, east or west?

17       A.   This is the east side.

18       Q.   And just briefly -- I'm not sure if the jury has yet

19   seen a picture of the east side of the Capitol.  Could you just

20   orient where the motorcade is here and where that restricted

21   perimeter is?

22       A.   Certainly.  So these vehicles here are the Vice

23   President's motorcade vehicles.  You can vaguely see that

24   there's some bike rack that's set up kind of all along this

25   area and down around the exterior -- or the outside of the

1    plaza.

2        Q.   And what's the date and time in the upper left hand

3    corner of this video exhibit?

4        A.   Wednesday, January 6th, 2021 at 1:58 p.m.

5        Q.   Can we go ahead and play Exhibit 903.

6        (Video played)

7        Q.   What do you see happening here about 15 seconds into

8    the video?

9        A.   This is -- a decision was made to move the motorcade

10   from the plaza, because there was a fear that this crowd was

11   going to breach the perimeter fencing, the bike rack that was

12   established.  And we -- obviously it happened, and we wanted to

13   ensure that the motorcades were not going to be in the vicinity

14   of the people who had breached the bike rack.

15       Q.   Was moving the Vice President's motorcade around 2:00

16   o'clock in response to the riots, was that a deviation from the

17   original plan?

18       A.   Yes, it was.

19       Q.   Were there other deviations made over the course of

20   January 6th, 2021 to the Secret Service's original plans for

21   its protectee Vice President Pence, his family and their visit

22   to the Capitol?

23       A.   Yes.

24       Q.   Was there a risk in your mind of having those rioters

25   getting close to the Vice President's motorcade?

1      **A.**   Yes.

2      **Q.**   On January 6th, 2021, did you personally encounter

3   rioters, either inside the restricted perimeter or even inside

4   the Capitol itself?

5      **A.**   Yes, I did.

6      **Q.**   Did having the rioters breach that restricted

7   perimeter -- that kind of red line area, making it to the Upper

8   West Terrace and then into the Capitol, did that affect the

9   Secret Service's protection of the Vice President and his

10   family on January 6th?

11      **A.**   It had an impact on the original plan, yes.

12      **Q.**   How did it affect your work?

13      **A.**   We deviated from what we thought to be the planned

14   itinerary for the day, and we had to enact what we refer to as

15   an emergency action plan, which is an alternate plan to an

16   original security plan that could be based off of any

17   emergency, be it a medical emergency or a terrorist event or

18   any kind of a natural disaster, you know, if there was weather,

19   storms coming through, whatever the case may be.  But we

20   obviously deviated from our plan based on the security breach

21   that was occurring at the Capitol with the unknown individuals,

22   the unauthorized, uninvited individuals who had breached our

23   security perimeter and actually gotten into the main Capitol

24   building.

25      **Q.**   Can we pull up Exhibit 904.  This is a video clip that

1       we're just starting at zero seconds.

2            (Video playing)

3            Q.  Are you familiar with this video clip, and have you

4       seen it before?

5            A.  Yes to both.

6            Q.  Can you see yourself in this video clip?

7            A.  Yes.

8            Q.  Is this video clip a fair and accurate depiction of

9       some of the events inside the Capitol around 2:25 p.m. on

10      January 6th, 2021?

11           A.  Yes.

12           MR. DALKE:  Your Honor, we'd move for the admission of

13      Exhibit 904.

14           MR. ROOTS:  We have our continuing objection to these

15      images from the inside of the building.

16           THE COURT:  Overruled.  So moved.

17           (Government Exhibit 904 admitted into evidence)

18      BY MR. DALKE:

19           Q.  So now that exhibit is up on the screen, first with an

20      arrow could you identify yourself, if you are in fact in this

21      screen?

22           A.  Sure, I'm right here.

23           Q.  And the door that's slightly open on the right side,

24      it seems to have an imprint or emboss on it.  Does it have some

25      words, and can you read those?

1      **A.**   Yes, the door says United States Senate.

2      **Q.**   Looking in the upper left hand corner, what's the time

3      of this video?

4      **A.**   It is 2:25:47 p.m.

5      **Q.**   And do you know where approximately in the Capitol

6      this video is, like House side, Senate side, somewhere else?

7      **A.**   Yeah, this is on the Senate side.  This is the foyer

8      area that's right outside of the back hallway, if you will, of

9      the Senate chamber.

10     **Q.**   I'm going to go ahead and play this exhibit and then

11     pause at 14 seconds.  If you could just explain to the jury

12     what's happening while the video plays.

13         (Video playing)

14     **A.**   Sure.  Again, based on the threat of these uninvited

15     individuals in the Capitol, a decision was made to relocate the

16     Vice President and his family to a secure location within the

17     Capitol complex.  And again, based on the fact that I had

18     encountered just prior to this some protesters at the bottom of

19     the stairs on the Senate side.  And we also knew that we had

20     individuals, protesters, unauthorized individuals in the

21     Capitol building on the House side as well.  So a decision was

22     made to relocate the Vice President in order to not put

23     ourselves in a position where we would be trapped or not have

24     an alternate route to relocate the Vice President.

25     **Q.**   We're paused in this video at 14 seconds in.  Do you

1    see any of the protectees that the Secret Service was

2    designated with protecting that day at the Capitol?

3         A.   Yes.

4         Q.   And just with an arrow, could you point out the

5    protectees and identify who they are?

6         A.   Certainly.  This is Vice President Pence, this is his

7    daughter Charlotte, and this is Mrs. Pence.

8         Q.   At this time, it looked like you had gone down the

9    stairs.  Do you recall what you're doing in the space kind of

10   below these steps the Vice President is about to go down?

11        A.   So there was -- at that time when a decision was made

12   to move the Vice President, the Capitol Police had assisted us

13   in securing the area and ensuring that the unauthorized

14   individuals who had been there earlier were no longer on our

15   path.

16        Q.   Did the Secret Service evacuate the Vice President

17   from the Senate area as well as his family, and evacuate them

18   to a secure location?

19        A.   Yes, we did.

20        Q.   Without going into any specifics -- so in general

21   terms, where was this secure location?

22        A.   The secure location is still within the -- if I can

23   make reference to the red line that was our security perimeter.

24   The secure location is still within that red line of the

25   Capitol complex.

1     Q.   How long did the Vice President -- he's being

2   evacuated here shortly before 2:30 p.m.  How long did he stay

3   at that secure location still kind of there on the restricted

4   perimeter and Capitol kind of buildings and grounds?

5     A.   We were down there with the Vice President for

6   approximately five hours.

7     Q.   About five?

8     A.   Five.

9     Q.   Did the Vice President remain within the Capitol

10   buildings and grounds that entire time; so from roughly 2:30 to

11   7:30 p.m.?

12     A.   Yes.

13     MR. ROOTS:  Objection, leading.

14     THE COURT:  Overruled.

15   BY MR. DALKE:

16     Q.   Sorry, I didn't hear.  Did the Vice President and his

17   family, the protectees of the United States Secret Service, did

18   they remain within the Capitol building and grounds that entire

19   time?

20     A.   Yes.

21     Q.   What was your understanding about the status of the

22   joint session to certify the votes for that five-hour

23   timeframe?

24     A.   Sometime shortly after we left the House chamber --

25   which was about 1:15 p.m., my understanding was between

1    1:15 and I would say 2:00, 2:30 there was a call to halt the

2    certification based on the security breach that was at hand.

3         Q.   At some point, did the Secret Service escort the Vice

4    President back into the Senate chamber on January 6th, 2021?

5         A.   Yes.

6         Q.   And approximately when was that?

7         A.   I believe it was sometime between 7:00 and 8:00 p.m.

8    on January 6th.

9         Q.   And what happened when the Vice President was able to

10   return back to the Senate?

11        A.   Eventually there was a call to begin the certification

12   of the Electoral College votes.  At some point we made our way

13   back over to the House chamber.

14        Q.   Would it have been possible or permissible for the

15   Vice President to return, to resume the certification

16   proceedings while the rioters were still inside the building or

17   inside the restricted perimeter?

18        MR. ROOTS:  Objection, calls for speculation.

19        THE COURT:  Overruled.

20   BY MR. DALKE:

21        Q.   You can answer.

22        A.   It would not be recommended.

23        Q.   Why not?

24        A.   Well, we would deem it a security concern, security

25   threat, because we did not have an opportunity to screen these

1    individuals.  We didn't know if they had weapons, we didn't

2    know what their intentions were.  They were uninvited.  Again,

3    they did not use conventional means to enter the complex, so

4    there was several indicators that were cause for concern.

5        Q.  Were efforts taken to secure the Capitol building and

6    grounds in order to make it safe so the Vice President could

7    return from the safe location?

8        A.  Yes.

9        Q.  What type of -- generally, what type of security

10   measures were taken so the Vice President could return?

11       A.  There was a call for support from multiple law

12   enforcement agencies throughout the National Capital Region.

13   ATF, FBI, Secret Service, local partners, MPD, Park Police

14   responded to the Capitol to assist Secret Service and Capitol

15   Police with removing these unauthorized individuals from the

16   Capitol and conducting sweeps, meaning running canines through

17   the Capitol to ensure there was nothing in there that was left

18   by these unauthorized individuals that could cause harm to the

19   members of Congress or others involved in the certification of

20   the Electoral College votes, that they could return safely.

21       Q.  To your understanding, were the 2020 presidential

22   election results ultimately certified later that night and

23   early into the next morning?

24       A.  It was early the morning of January 7th, 2021.

25       Q.  When did the Vice President finally depart the Capitol

1    either on January 6th or January 7th?

2         **A.**   It was approximately 4:30 a.m.

3         **Q.**   Were you on those grounds as well until that early in

4    the morning?

5         **A.**   I was not, I actually was pushed.  Earlier that

6    morning I received a notification that he had departed.

7         **Q.**   Did the Vice President remain on those Capitol grounds

8    for that entire 15 to 16 hours without leaving?

9         **A.**   Yes.

10        **MR. DALKE:**  Thank you.  No further questions from the

11   government.

12        **THE COURT:**  Mr. Roots.

13        <u>**CROSS-EXAMINATION OF LANELLE HAWA**</u>

14   BY MR. ROOTS:

15        **Q.**   Hello.

16        **A.**   Hello.

17        **Q.**   Officer Hawa?

18        **A.**   It's Inspector Hawa, yes.

19        **Q.**   Inspector Hawa, thank you so much for coming.  Now,

20   the Vice President of the United States serves as -- he

21   presides over the U.S. Senate, correct?

22        **A.**   That is correct.

23        **Q.**   And so he's technically called the president of the

24   Senate at times, correct?

25        **A.**   That is my understanding.

1      **Q.**  And that is his job -- that's one of the duties of the

2  Vice President?

3      **A.**  That is my understanding.

4      **Q.**  And so he is often in the chair in the U.S. Senate,

5  correct?

6      **A.**  That particular Vice President or any vice president?

7      **Q.**  Any vice president?

8      **A.**  That's my understanding, they can respond to the

9  Capitol when needed.

10      **Q.**  And they are always there to break a tie when

11  necessary in the Senate?

12      **A.**  That is one of the reasons the Vice President would

13  come to the Capitol, yes.

14      **Q.**  So in some cases, it's the daily job of the Vice

15  President to be in the Capitol, isn't it?

16      **A.**  I don't know if it would be a daily job.

17      **Q.**  He either -- he's there or he hands the gavel over to

18  someone else, correct?

19      **A.**  I can't speak to that.

20      **Q.**  When Mr. -- when you were just asked if the Vice

21  President was visiting the Capitol, he visits the Capitol quite

22  often, correct?

23      **A.**  He, meaning Vice President Pence?

24      **Q.**  Yeah.

25      **A.**  He had visited a few times during my time there.

1    Q.   Now, Vice President-elect Harris was there in the

2    Capitol also?

3    A.   At some point she was, that's my understanding.

4    Q.   You would agree that was probably the most important

5    day of her life?

6    MR. DALKE:  Objection, relevance.

7    THE COURT:  Sustained.

8    BY MR. ROOTS:

9    Q.   Vice President Harris --

10   MR. DALKE:  Objection, relevance.

11   THE COURT:  Go to the phones, counsel.

12   (Sidebar discussion)

13   THE COURT:  Mr. Dalke.

14   MR. DALKE:  Your Honor, there's no relevance at all with

15   Vice President Harris, her movements, her security detail on

16   January 6th, 2021.  The security perimeter that was in place

17   was for the protectee of Vice President Pence and his

18   movements.  Although that matters to some of the elements,

19   there is no bearing whatsoever as to other -- Vice President

20   Harris' movements.  There's also not much foundation for this

21   witness that she was site agent for Vice President Pence.

22   MR. ROOTS:  Your Honor, I just think it's relevant to the

23   narrative, the story of the event.

24   THE COURT:  I'll sustain it.  Move on.

25   (Open court)

BY MR. ROOTS:

Q.   I'd like to pull up Government's Exhibit 902, the head
of state worksheet which you were shown.  It has the itinerary
of the day, correct?

A.   That is correct.

Q.   In that chart at the bottom.  And it has, for example,
at 12:30, the Vice President was expected to be in S-214,
correct?

A.   Yes.

Q.   And then the itinerary shows at 12:55, the Vice
President was expected to be on the House floor?

A.   That is correct.

Q.   And then below that, there are those TBD, to be
determined.  Do you see that?

A.   Yes.

Q.   So there was no set prediction of how long this
certification process would last, was there?

A.   They actually did have a rough idea of how long the
process would last.

Q.   There were objections to the certification by members
of Congress, correct?

A.   That is correct.

Q.   And those objections required some hearings that
prolonged the count, correct?

A.   I don't know that they're referred to as hearings.

1      **Q.**   Well, the state of Arizona was --

2      **MR. DALKE:**   Objection, relevance.

3      **THE COURT:**   Overruled.  I'll give you some leeway.

4   BY MR. ROOTS:

5      **Q.**   There were challenges to the votes from the state of

6   Arizona?

7      **A.**   That is my understanding.

8      **Q.**   And those challenges required some special hearings in

9   both chambers?

10      **A.**   Again, I don't know that they are referred to as

11   hearings.  I know that when there was an objection to a vote

12   that evening, that the House members would gather in the House

13   chamber and the Senators would go over to the Senate chamber

14   and gather.  What took place in the gatherings I can't speak

15   to.

16      **Q.**   Okay.  But this is the actual agenda as you -- as the

17   Secret Service predicted, correct?

18      **A.**   We didn't predict it, we are given information by the

19   House and Senate Sergeant at Arms offices.

20      **Q.**   So they could not predict -- they said to be

21   determined, and that just meant that it was not yet known what

22   time the Electoral College vote certification would end?

23      **A.**   To predict the time it would end?

24      **Q.**   Right.

25      **A.**   We cannot determine the exact time, but they -- they

1    meaning the House and Senate Sergeant at Arms offices, had a

2    good idea of which states might be objected to.  And based on

3    the possible objections, they knew that it would take two to

4    four hours for the times when the House and Senate sides

5    gathered which allowed us to create a rough idea timeline.

6        Q.  You didn't actually know if it would end on January

7    6th?

8        A.  Correct.

9        Q.  There could have been debates for days?

10       A.  I don't know that to be true.  But since we didn't

11   know exactly what was going to happen, then I guess it would

12   depend how long they held their discussions.

13       Q.  There was no expectation that the certification

14   process would go smoothly, was there?

15       A.  What do you mean by smoothly?

16       Q.  There was no expectation that there wouldn't be

17   extensive challenges to the Electoral College certification

18   vote?

19       A.  I was aware that there would be some challenges.  I

20   wouldn't use the word extensive.

21       Q.  Now, the Capitol, isn't it one of America's largest

22   public buildings?

23       A.  Did you ask me is it or are you stating it's not?

24       Q.  Isn't it one of America's largest public buildings?

25       A.  I don't know that to be a fact or not a fact.

1    Q.   It has something like a million square feet?

2    MR. DALKE:   Objection, lack of foundation for this

3    witness.

4    MR. ROOTS:   It goes to the charge --

5    THE COURT:   Overruled.

6    MR. ROOTS:   -- of being in an unauthorized location.

7    THE COURT:   Do you know how many square feet it has?

8    THE WITNESS:   I don't, off the top of my head, know how

9    many square feet.

10   BY MR. ROOTS:

11   Q.   Is it your understanding that the Secret Service is

12   able to close a million square feet of space upon the Vice

13   President being present?

14   A.   It would depend on the circumstances, why we were

15   doing that or how we needed to do that.  But I think we would

16   be capable.

17   Q.   Is it your understanding that that red line that we

18   saw on that map, that the Secret Service can declare that to be

19   the scope of an unauthorized location when the Vice President

20   is in the building?

21   A.   At the Capitol, we work with the U.S. Capitol.  There

22   are some long-standing agreements that were in place long

23   before I got there.  But it's a coordinated effort to establish

24   a perimeter.  It's an agreed upon perimeter when it is being

25   established at the Capitol.  And if there is a perimeter

1    established, there are times when we can adopt -- usually the

2    term we would use is we would adopt a perimeter that was

3    already established.

4        Q.  I would like to bring up Government's Exhibit 903 one

5    more time.  That's that video from the east side with the

6    motorcade moving.

7        (Video played)

8        Q.  Maybe I'll just pause right here and ask a question.

9    It looks like the crowd is not proceeding forward while the

10   motorcade is there, correct?

11       A.  At that point of the video, no, it does not look like

12   they are proceeding forward.

13       Q.  Let's roll it some more.

14       (Video played)

15       Q.  We can pause right there.  Did it look like the crowd

16   was moving forward in response to the motorcade leaving?

17       A.  I can't speak to why the crowd was moving forward.

18       Q.  Does it look like they were moving on in some

19   celebration that the motorcade was leaving and there was --

20   some event had passed that they could come forward?

21       A.  I can't speak to that, I wasn't outside when this was

22   occurring.

23       Q.  Back to these recesses of Congress.  The Congress

24   recessed sometime between 2:00 o'clock and 2:30; is that right?

25       A.  I don't have the exact time.  I know it was sometime

1    between 1:15 when we left the House chamber and 2:30ish or so

2    when we relocated the Vice President.

3         Q.   In your experience, is a recess in Congress an

4    uncommon thing?

5         MR. DALKE:   Objection, lack of foundation.

6         THE COURT:   To the extent you know.

7         THE WITNESS:   I can't speak to that.

8    BY MR. ROOTS:

9         Q.   I believe it was said that it was a 6-hour delay of

10   this particular proceeding; is that right?

11        A.   That sounds about right.  We were -- I think we came

12   back to the Senate side on -- between I want to say 7:00 and

13   8:00.  And I think the certification of the Electoral College

14   votes began again somewhere around 9:00 p.m.

15        Q.   And it's your testimony that a 6-hour recess is some

16   strange or bizarre thing?

17        MR. DALKE:   Objection, lack of foundation, lack of

18   personal knowledge.

19        THE COURT:   Sustained.

20   BY MR. ROOTS:

21        Q.   There were protesters inside the building for only

22   two, two and a half hours, correct?

23        A.   I honestly can't recall the length of time they were

24   inside.

25        MR. ROOTS:   Nothing further, thank you.

1       THE COURT:  Mr. Dalke?

2       MR. DALKE:  No questions.  Thank you for your time.

3       THE COURT:  Inspector Hawa, thank you very much for your

4  testimony.  You may step down.  Please don't discuss your

5  testimony with anyone until the end of the case, okay?

6       THE WITNESS:  Yes, Your Honor.

7       THE COURT:  Ladies and gentlemen, we've come to the end of

8  the day.  We're going to break, and we'll see you back here at

9  9:00 o'clock tomorrow morning.  We'll try to get started as

10  close to 9:00 as we can.  Have a good evening, and no

11  discussions about the case, no research about the case.

12       (Jury not present)

13       MR. KONIG:  So I just wanted to give the Court an update

14  on timing, and raise I guess a very quick -- it may not be an

15  issue and it may be an issue that requires something to happen

16  over the weekend I think.  So just for the Court's update, we

17  anticipate having two relatively brief witnesses tomorrow

18  morning, and then --

19       THE COURT:  And who are they?

20       MR. KONIG:  They would be Officer Dallas Bennett and

21  Officer Philip Robinson.  We don't think that they are going to

22  be lengthy witnesses.  And then we anticipate that the next

23  witness on our list, I think it's unlikely we call him.  We

24  have him listed.  I think we're going to -- but he would not be

25  a long witness for us if he was called.  But we think it's

1    pretty unlikely.

2         THE COURT:  I'm sorry, this is Detective Then?

3         MR. KONIG:  Officer Then, right.

4         THE COURT:  So we'll hear from Bennett and Robinson, and

5    probably not Then?

6         MR. KONIG:  Probably not Then.  And then our case agent is

7    a summary witness, Special Agent Streeter.  Mr. Pierce has

8    alerted me before today, and also today, that he has another

9    matter tomorrow at 4:00 in another session of this Court.  So

10   it may not become an issue -- but I've also asked, they had

11   listed certain witnesses earlier in the week.  One of those

12   witnesses is a defendant in another session of this Court in

13   front of Judge Friedrich, who's also represented by Mr. Pierce.

14   So we would be submitting a notice and requesting some further

15   conduct by the Court in that case for, you know, a number of

16   reasons related to some possible conflicts between those two

17   clients of Mr. Pierce.  He just represented to me that he

18   wasn't sure if they were going to call him.

19        THE COURT:  What's his name?

20        MR. KONIG:  He is Mr. -- sorry, Mr. Thomas, Kenneth Joseph

21   Thomas.  It also -- to the best of my knowledge, it might be a

22   violation of his terms of pretrial release to appear in this

23   Court without Judge Friedrich's permission.  But obviously the

24   bigger issue is making sure that independent counsel advises at

25   least Mr. Thomas, but also likely Mr. Alberts, about that

1    possible conflict.

2        **THE COURT:**  Okay, so a couple things.  So it looks like

3    you are likely to rest tomorrow?

4        **MR. KONIG:**  I believe so.

5        **THE COURT:**  So given that timing, the defense needs to

6    give the government its order of call either for tomorrow

7    afternoon or Monday morning of its witnesses, okay.  So they

8    need to know who you're going to call now that we're at the end

9    of the government's case.  I did chat with Judge Friedman.  He

10   requested that I try to make you available, Mr. Pierce, by

11   3:45.  I don't know where we will be at that point, but

12   hopefully if there are still witnesses, that we can go past

13   that with Mr. Roots, if that's amenable to your client.  But we

14   can cross that bridge I guess tomorrow when we get there, and

15   we'll see where we are.

16       **MR. PIERCE:**  Thank you, Your Honor.

17       **THE COURT:**  Now, who is this Mr. Thomas, and what would he

18   have to say in this case?  How is his testimony relevant, and

19   do you plan to call him?  Because if you do, then we need to

20   make some arrangements for some sort of colloquy.

21       **MR. PIERCE:**  We're just going to scratch him, Your Honor.

22       **THE COURT:**  So Thomas will not be testifying.  So order of

23   call to the government by let's say noon -- by the lunch hour

24   tomorrow, okay.

25       Any other issues?

1         **MR. KONIG:**  Nothing from the government.

2         **MR. ROOTS:**  No.

3         **THE COURT:**  Have a good night.  We'll see you -- let's try

4    to get started as soon as we can tomorrow.  Oh, this also

5    raises the issue of the charge conference.  Assuming at least

6    Mr. Alberts testifies, as has been indicated, we'll probably

7    end up doing that early next week.  Have a good night.

8         (Proceedings adjourned at 5:06 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **C E R T I F I C A T E**

2

3                I, **Jeff M. Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9         __April 13, 2023__                    _____

10              **DATE**                              **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

.

...Admitted [19]
376/19 376/20
376/21 376/22
376/23 376/24
376/25 377/2 377/3
377/4 377/5 377/6
377/7 377/8 377/9
377/10 377/11
377/12 377/13

0

0026 [1]   374/4
06:00 [1]   431/14

1

10 [2]   397/16
444/23
1101 [2]   378/22
381/6
1102 [1]   404/8
1103 [1]   405/22
1104 [1]   412/15
12:30 [2]   461/10
476/7
12:30 p.m [2]   459/8
460/17
12:55 [1]   476/10
13 [1]   374/6
14 [2]   468/11
468/25
15 [3]   405/7 465/7
473/8
16 [1]   473/8
17101 [1]   374/19
172 [1]   375/4
18 [2]   431/4 441/8
19 [1]   405/7
1:01 of [1]   400/22
1:04 p.m [1]   384/15
1:08 p.m [2]   378/19
378/25
1:12 [2]   402/10
402/10
1:14 [1]   401/15
1:15 [2]   415/14
463/9
1:15 and [2]   463/10
471/1
1:15 p.m [5]   384/24
385/1 461/16 462/4
470/25
1:15 to [1]   390/21
1:15 when [1]   481/1
1:21-cr-0026 [1]
374/4
1:40 on [1]   389/9
1:40 p.m [1]   388/3
1:45 to [1]   398/10
1:48 [4]   395/3
395/11 402/21
402/22
1:48 and [1]   402/23
1:48 on [1]   391/21
1:48 p.m [1]   403/15
1:49 p.m [1]   404/17
1:54 [2]   402/23
428/23
1:54 p.m [3]   406/3

412/9 413/9
1:55 timeframe [1]
398/10
1:58 [1]   374/7
1:58 p.m [1]   465/4

2

20 [3]   411/11
445/24 446/13
20001 [2]   374/22
375/25
20044 [1]   374/16
201 [2]   388/16
391/19
2020 [1]   472/21
2021 [35]   378/7
378/19 384/15 389/9
391/22 398/11
407/16 412/9 413/9
415/17 416/19
416/25 431/7 447/1
453/24 454/1 454/17
455/10 457/1 457/4
458/3 459/2 460/4
460/13 461/6 462/4
462/25 464/2 465/4
465/20 466/2 467/10
471/4 472/24 475/16
2023 [1]   374/6
203 [1]   443/17
213 [3]   384/13
384/14 386/17
214 [3]   403/13
403/14 476/7
21550 [1]   375/3
22 [3]   386/18 388/1
443/2
220 [1]   374/18
228 [1]   374/18
2:00 [6]   463/10
463/13 464/2 465/15
471/1 480/24
2:25 p.m [1]   467/9
2:25:47 p.m [1]
468/4
2:27 [1]   447/6
2:30 [2]   471/1
480/24
2:30 p.m [1]   470/2
2:30 to [1]   470/10
2:30ish [1]   481/1
2:42 [1]   447/18

3

3-foot [1]   434/22
30 [4]   386/9 443/15
443/18 443/23
303 [9]   396/25
397/1 397/12 398/25
418/10 432/17
433/11 433/14
433/16
304 [7]   376/19
397/18 398/14
398/17 422/2 422/3
428/15
306 [5]   376/20
442/3 442/8 442/13
442/17
308 [9]   376/21

413/5 413/17 413/21
423/12 423/13 426/3
440/22 440/23
311 [5]   376/22
445/1 445/6 445/11
445/15
312 [3]   376/23
448/7 449/4
333 [1]   375/24
378 [1]   376/4
389 [1]   377/9
398 [1]   376/19
3:20 [1]   429/9
3:20 p.m [1]   429/22
3:35 [1]   429/9
3:36 p.m [1]   429/23
3:45 [1]   484/11
3D [1]   389/5
3rd [1]   375/4

4

4 feet [1]   389/25
403 [1]   415/23
407 [6]   376/24
376/25 377/2 377/3
377/4 377/5
409 [6]   376/24
407/2 407/19 407/22
407/25 438/3
410 [4]   376/25
407/3 407/19 408/15
411 [4]   377/2 407/3
407/19 409/10
412 [5]   377/3 407/3
407/19 410/16
411/12
413 [5]   376/21
377/4 407/4 407/19
411/24
414 [4]   377/5 407/4
407/19 407/22
415 [4]   377/6 439/3
440/1 440/6
417 [1]   376/5
420 [5]   377/7
434/24 435/6 435/11
435/15
422 [5]   377/8
448/21 449/4 449/8
450/5
425 [2]   419/5 419/5
427 [1]   376/6
43 [1]   446/13
430 [1]   376/9
433 [1]   451/24
435 [1]   377/7
440 [1]   377/6
442 [1]   376/20
445 [1]   376/22
449 [2]   376/23
377/8
45 [1]   442/25
451 [1]   376/10
453 [1]   376/13
456 [1]   377/10
458 [1]   377/11
464 [1]   377/12
467 [1]   377/13
4700-C [1]   375/24
473 [1]   376/14

4:00 in [1]   483/9
4:30 a.m [1]   473/2

5

5 feet [2]   389/25
440/20
5-foot [1]   434/22
50 [1]   395/15
53 [1]   443/23
55 [3]   374/15 442/4
442/24
57 [1]   381/23
5:06 p.m [1]   485/8
5th [2]   456/1 457/1

6

6-hour [2]   481/9
481/15
60 [2]   395/15
438/19
601 [1]   374/21
6:00 a.m [1]   431/15
6th [41]   378/7
378/19 384/15 389/9
391/22 398/11
407/16 412/9 413/9
415/16 416/9 416/18
416/25 419/9 431/7
446/25 453/24
454/17 455/10 457/4
458/3 459/2 460/4
460/9 460/13 460/24
461/5 462/1 462/4
462/25 464/2 465/4
465/20 466/2 466/10
467/10 471/4 471/8
473/1 475/16 478/7

7

7:00 and [2]   471/7
481/12
7:30 p.m [1]   470/11
7th [2]   472/24
473/1

8

804 [1]   462/20
812 [4]   377/9
388/23 389/12
389/17
8:00 [1]   481/13
8:00 p.m [1]   471/7

9

90 [2]   381/11
381/12
901 [4]   377/10
455/21 456/11
456/14
902 [6]   377/11
457/12 457/13 458/6
458/9 476/2
903 [5]   377/12
464/11 464/14 465/5
480/4
904 [4]   377/13
466/25 467/13
467/17
91 [2]   381/11
381/12

**9**

**91367 [1]**   375/4
**9:00 [1]**   482/9
**9:00 as [1]**   482/10
**9:00 p.m [1]**   481/14

**A**

**A-D-A-M [1]**   430/24
**a.m [2]**   431/15
473/2
**ability [1]**   414/22
**able [8]**   390/22
390/23 404/5 406/10
424/7 424/8 471/9
479/12
**above [4]**   383/22
426/13 426/22 486/5
**above-entitled [1]**
486/5
**abreast [1]**   390/3
**absolutely [5]**
385/21 397/3 400/6
405/11 428/6
**access [10]**   434/1
434/2 434/5 434/5
434/9 436/10 436/13
447/2 450/15 454/16
**accessible [1]**
434/3
**accompany [1]**
460/23
**accurate [7]**   435/8
439/23 442/10 445/8
448/18 458/1 467/8
**accurately [4]**
389/7 389/14 398/9
413/8
**across [1]**   389/23
**action [2]**   374/4
466/15
**actions [4]**   432/6
432/13 433/15 462/1
**actual [1]**   477/16
**actually [14]**
379/16 390/4 398/7
405/7 413/11 424/5
431/21 443/6 444/2
463/18 466/23 473/5
476/18 478/6
**ADAM [10]**   376/8
379/14 396/3 396/24
398/23 399/19
408/11 430/20
430/24 451/10
**addition [1]**   463/15
**additional [2]**
463/9 463/12
**address [1]**   382/14
**adhering [1]**   382/19
**adjourned [1]**   485/8
**admission [6]**
389/11 398/13
407/18 458/5 464/10
467/12
**admit [5]**   413/17
419/13 429/13
448/23 456/11
**admitted [14]**
389/17 398/17

407/22 413/21
435/15 438/4 440/6
442/17 445/15 449/4
456/14 458/9 464/14
467/17
**adopt [2]**   480/1
480/2
**advance [8]**   396/14
397/11 400/9 400/24
403/3 406/11 437/2
439/1
**advanced [3]**   405/25
408/23 439/15
**advancing [8]**   395/4
397/10 397/24 399/2
403/11 406/14
437/23 437/25
**advises [1]**   483/24
**affect [2]**   466/8
466/12
**affirm [2]**   430/14
452/18
**afraid [1]**   412/25
**afternoon [5]**   374/8
429/8 453/4 453/5
484/7
**afterwards [2]**
406/6 451/17
**again [17]**   381/21
383/7 392/17 394/7
403/8 403/22 441/11
441/18 444/18 446/2
446/7 462/15 468/14
468/17 472/2 477/10
481/14
**against [6]**   385/8
387/6 413/1 418/24
441/17 441/20
**agencies [1]**   472/12
**agenda [1]**   477/16
**agent [3]**   475/21
483/6 483/7
**aggression [2]**
379/9 379/10
**agree [5]**   419/2
422/19 423/1 423/4
475/4
**agreed [2]**   462/24
479/24
**agreements [1]**
479/22
**ahead [3]**   458/2
465/5 468/10
**ALBERTS [15]**   374/6
417/18 420/2 420/3
420/4 420/11 420/14
425/6 430/3 436/18
444/13 451/19
451/24 483/25 485/6
**alerted [1]**   483/8
**allowed [1]**   478/5
**almost [1]**   391/10
**alone [3]**   388/23
395/15 440/17
**along [4]**   417/18
447/3 448/21 464/24
**alternate [2]**
466/15 468/24
**although [2]**   448/24
475/18

**always [1]**   474/10
**amassed [1]**   446/16
**ambulance [2]**
427/10 427/13
**amenable [1]**   484/13
**AMERICA [1]**   374/3
**America's [2]**
478/21 478/24
**among [1]**   444/16
**amount [3]**   385/15
403/5 434/21
**anger [1]**   381/3
**announcements [1]**
421/5
**answered [2]**   425/23
429/19
**anticipate [2]**
482/17 482/22
**anticipated [1]**
429/19
**anxious [1]**   404/4
**apologies [1]**
409/20
**apologize [1]**
439/22
**appear [10]**   392/13
394/14 394/17
394/24 401/16 430/8
448/4 449/18 449/23
483/22
**APPEARANCES [2]**
374/13 375/1
**appeared [3]**   415/21
420/7 441/12
**appears [5]**   388/4
392/19 410/10
447/16 448/3
**apply [1]**   417/11
**approach [1]**   463/13
**approached [1]**
432/14
**approaching [1]**
391/6
**approximate [1]**
401/25
**approximately [7]**
453/13 460/17
461/10 468/5 470/6
471/6 473/2
**April [1]**   374/6
**archway [1]**   447/5
**area [29]**   384/17
387/7 389/8 390/24
391/9 394/5 409/24
410/17 419/22
428/24 432/9 432/9
434/1 435/3 435/25
436/13 436/14
443/12 445/3 445/18
446/17 446/21
462/12 463/23
464/25 466/7 468/8
469/13 469/17
**areas [2]**   432/9
447/22
**Arizona [2]**   477/1
477/6
**arm [1]**   449/20
**arm's [1]**   412/12
**Arms [5]**   454/13

454/13 457/7 477/19
478/1
**Army [1]**   431/6
**around [21]**   379/25
384/6 385/23 385/24
388/12 389/8 395/11
398/10 400/21
425/13 426/21
447/23 449/25
459/18 462/4 463/23
464/1 464/25 465/15
467/9 481/14
**arrangements [1]**
484/20
**arrival [1]**   461/9
**arrive [3]**   459/1
459/7 460/17
**arrived [1]**   387/13
**arriving [1]**   459/10
**arrow [5]**   438/14
439/11 440/11
467/20 469/4
**aside [1]**   450/25
**assault [7]**   410/20
417/6 417/7 417/10
417/11 450/23
450/24
**assaulted [2]**
416/23 451/15
**assaulting [4]**
407/9 410/1 410/7
414/11
**assigned [4]**   454/10
454/18 454/21 462/6
**assignment [1]**
417/25
**assist [4]**   379/5
450/22 462/17
472/14
**assistance [4]**
382/13 431/24
431/25 462/17
**assisted [1]**   469/12
**assisting [2]**
380/21 432/8
**assume [3]**   421/13
421/16 426/20
**Assuming [1]**   485/5
**ATF [1]**   472/13
**attached [1]**   457/2
**attachment [2]**
456/2 457/10
**attack [1]**   415/22
**attempt [1]**   423/10
**attempted [2]**   441/2
441/11
**attending [1]**
454/15
**attention [2]**   394/8
419/19
**audible [2]**   422/21
422/22
**audio [12]**   378/23
381/7 381/24 382/16
383/8 383/25 404/9
404/22 405/9 405/23
412/14 412/16
**augmented [1]**   421/8
**available [1]**
484/10

**A**

avenue [3]   375/24
424/19 426/17
avenues [2]   424/20
426/21
awards [1]   430/1
aware [3]   451/19
455/5 478/19

**B**

back [37]   378/3
379/25 385/11 387/6
391/19 392/6 393/18
394/7 396/14 398/19
401/15 401/24
402/10 404/6 404/20
405/7 412/21 429/23
432/22 432/22 433/5
433/5 433/6 433/18
437/13 440/19
444/20 449/2 460/10
462/19 468/8 471/4
471/10 471/13
480/23 481/12 482/8
backpack [10]
394/24 401/19 408/7
408/17 409/25
410/19 412/1 440/10
444/14 446/12
backside [1]   447/4
backup [2]   404/16
404/18
backwards [2]   410/9
411/2
bangs [2]   380/22
380/22
banister [13]
386/22 391/14
392/14 392/23
392/25 395/10
395/14 395/15
396/14 397/11
397/25 399/2 406/11
Bankruptcy [1]
375/23
barricade [1]
444/17
barriers [3]   402/12
422/8 428/16
baseball [2]   399/14
408/13
based [8]   387/16
422/1 466/16 466/20
468/14 468/17 471/2
478/2
basically [5]
382/11 400/8 436/11
450/13 450/20
bear [4]   405/20
405/21 412/19
412/20
bearing [1]   475/19
become [2]   379/12
483/10
began [2]   461/6
481/14
begin [2]   398/20
471/11
beginning [10]

381/16 381/18
381/22 390/24 394/8
398/20 413/13 426/3
440/23 449/11
begins [1]   417/4
behind [13]   392/4
395/20 395/21 403/7
403/20 408/12
408/14 425/21 427/4
436/12 436/13
440/21 450/1
belief [1]   402/16
below [5]   389/23
411/17 444/8 469/10
476/13
Ben [1]   374/15
beneath [2]   400/25
427/25
Bennett [2]   482/20
483/4
best [1]   483/21
betraying [1]
416/11
beyond [3]   390/11
409/2 444/3
big [2]   385/19
386/23
bigger [3]   385/16
385/16 483/24
bike [6]   387/20
387/23 462/11
464/24 465/11
465/14
bit [4]   390/18
395/1 403/22 423/16
bizarre [1]   481/16
block [1]   441/14
blocked [1]   390/23
blocking [1]   387/20
blow [4]   455/21
458/11 458/11
458/21
blowhorn [1]   393/2
blue [19]   392/24
396/10 397/15
397/24 399/1 399/6
403/2 403/17 406/4
407/9 408/2 410/2
412/5 432/14 436/17
437/13 437/20
437/24 438/11
booed [2]   393/12
416/12
booing [1]   395/6
both [5]   379/18
414/25 448/23 467/5
477/9
bottom [8]   394/4
394/8 422/21 434/10
458/12 458/21
468/18 476/6
bounds [1]   455/7
box [2]   374/15
459/18
branded [1]   418/8
brass [1]   430/1
breach [16]   424/6
424/23 426/13
437/25 438/11 446/2
450/16 450/23

461/16 462/7 463/8
463/16 465/11 466/6
466/20 471/2
breached [11]
379/11 406/1 416/23
435/2 444/2 447/3
450/12 462/10
462/16 465/14
466/22
breaches [1]   463/18
breaching [1]
404/15
break [3]   429/8
417/10 482/8
bridge [1]   484/14
brief [3]   427/6
452/15 482/17
briefly [4]   433/3
435/20 462/20
464/18
bring [18]   382/3
431/7 434/24 438/3
439/3 442/3 442/4
443/16 443/17 445/1
448/6 448/7 450/4
451/24 457/12
460/14 462/20 480/4
broken [2]   385/4
414/21
brought [2]   437/11
455/8
building [23]   378/7
379/22 379/23
379/24 385/7 386/16
404/25 428/24 434/8
434/10 447/4 447/23
462/14 463/19
463/21 466/24
467/15 468/21
470/18 471/16 472/5
479/20 481/21
buildings [5]   454/9
470/4 470/10 478/22
478/24
built [1]   462/13
bulldozed [1]
444/16
business [1]   429/15

**C**

CA [1]   375/4
caldron [1]   392/4
call [22]   378/20
378/24 379/1 379/13
381/12 382/7 382/11
383/10 394/8 424/17
426/12 431/22
452/25 471/1 471/11
472/11 482/23
483/18 484/6 484/8
484/19 484/23
called [10]   379/2
379/3 379/4 379/6
382/11 391/4 391/5
438/19 473/23
482/25
calling [4]   383/10
383/14 393/13 423/1
calls [5]   426/18
430/10 461/23

462/16 471/18
came [5]   400/17
401/10 424/14
463/13 481/11
camera [3]   422/18
423/15 464/8
camouflage [3]
440/10 444/14
446/12
can [94]   381/17
381/22 382/23
383/24 384/20
385/18 388/4 388/12
392/3 392/5 392/7
392/9 392/17 399/12
399/20 400/10 401/8
401/15 403/13
404/21 408/1 408/2
408/8 408/13 408/15
408/17 408/24 409/2
409/3 409/11 409/13
410/6 410/17 411/12
413/11 414/13
418/15 422/12
424/20 425/16 426/3
426/19 435/17
436/20 436/23 438/4
438/8 439/3 440/2
440/22 441/8 442/3
442/19 442/24
443/16 442/23
444/24 445/1 446/18
447/6 447/18 448/6
448/7 449/2 449/11
450/4 450/4 450/9
450/11 451/25 452/1
452/2 456/25 457/12
458/12 458/21 459/4
461/4 463/24 464/23
465/5 466/25 467/6
467/25 469/22
471/21 474/8 479/18
480/1 480/15 482/10
484/12 484/14 485/4
canines [1]   472/16
canister [1]   408/12
cap [3]   399/14
408/13 410/2
capable [1]   479/16
Capital [2]   454/8
472/12
Capitol [95]   378/7
378/12 380/1 380/2
380/5 380/9 380/17
384/5 384/6 384/7
384/9 388/19 409/7
415/18 416/24
417/20 419/9 426/21
428/24 431/1 431/2
434/8 434/10 446/22
446/25 454/10
454/11 454/12
454/15 454/16
454/22 454/25 455/2
455/6 455/8 455/11
457/4 457/7 457/21
457/22 458/3 458/14
459/1 459/7 460/15
460/24 461/7 461/11
461/22 462/6 462/8

**C**

**Capitol... [44]**
462/14 462/17
462/18 462/19
463/17 463/19
463/21 463/22 464/7
464/16 464/19
465/22 466/4 466/8
466/21 466/23 467/9
468/5 468/15 468/17
468/21 469/2 469/12
469/25 470/4 470/9
470/18 472/5 472/14
472/14 472/16
472/17 472/25 473/7
474/9 474/13 474/15
474/21 474/21 475/2
478/21 479/21
479/21 479/25
**care [1]** 438/24
**career [1]** 453/15
**case [11]** 429/4
452/10 456/20
466/19 482/5 482/11
482/11 483/6 483/15
484/9 484/18
**cases [3]** 418/15
429/16 474/14
**cause [6]** 386/10
418/19 418/22 419/2
472/4 472/18
**CDU [9]** 379/8
381/11 381/12 382/1
400/3 400/4 411/22
417/21 448/2
**celebration [1]**
480/19
**center [12]** 383/18
409/23 410/17
411/24 415/9 415/10
435/3 436/1 436/10
436/16 445/18
450/15
**certain [5]** 389/14
417/6 422/5 443/13
483/11
**certainly [3]** 418/9
464/22 469/6
**certification [11]**
460/6 471/2 471/11
471/15 472/19
476/17 476/20
477/22 478/13
478/17 481/13
**certified [1]**
472/22
**certify [2]** 470/22
486/4
**chair [1]** 474/4
**challenges [4]**
477/5 477/8 478/17
478/19
**chamber [7]** 468/9
470/24 471/4 471/13
477/13 477/13 481/1
**chambers [3]** 459/16
461/2 477/9
**change [1]** 437/17
**chanting [2]** 399/22

399/24
**characterize [1]**
386/4
**charge [2]** 479/4
485/5
**charging [1]** 451/7
**Charlotte [4]**
455/15 457/3 458/16
469/7
**chart [1]** 476/6
**chat [1]** 484/9
**chemicals [1]** 451/1
**Chief [1]** 383/14
**CHRISTOPHER [2]**
374/6 374/10
**CIA [1]** 454/8
**circle [11]** 386/17
386/18 388/10
392/11 409/3 409/13
438/8 438/10 439/6
442/21 448/1
**circled [6]** 394/11
394/12 396/10 436/1
444/9 446/8
**circumstances [1]**
479/14
**Civil [1]** 431/11
**clean [1]** 429/13
**clear [6]** 390/20
417/13 424/16 427/3
428/2 428/14
**clearly [2]** 409/7
410/7
**client [1]** 484/13
**clients [1]** 483/17
**climbing [1]** 436/7
**clip [5]** 381/18
466/25 467/3 467/6
467/8
**close [6]** 391/2
395/17 422/17
465/25 479/12
482/10
**closer [10]** 386/16
391/7 391/8 392/22
410/13 412/13
412/13 432/23
438/21 463/10
**closest [2]** 415/20
425/12
**co [1]** 417/18
**co-counsel [1]**
417/18
**collateral [1]**
417/25
**collected [1]** 380/9
**collecting [1]**
403/6
**College [6]** 460/6
471/12 472/20
477/22 478/17
481/13
**colloquy [1]** 484/20
**COLUMBIA [1]** 374/1
**column [3]** 459/11
459/24 459/25
**coming [5]** 394/5
462/17 464/4 466/19
473/19
**command [2]** 393/18

393/21
**commands [14]**
393/16 393/17
396/13 396/15
396/16 396/17
401/22 401/23 414/3
433/17 437/8 437/12
438/18 438/20
**commendations [1]**
430/1
**common [1]** 417/6
**compare [1]** 443/12
**compelled [1]**
390/25
**completely [1]**
385/4
**complex [6]** 384/9
426/22 454/16
468/17 469/25 472/3
**compliance [1]**
397/6
**comply [1]** 433/18
**concern [2]** 471/24
472/4
**concerns [1]** 412/23
**conclusion [3]**
410/3 410/22 414/12
**conduct [1]** 483/15
**conducting [1]**
472/16
**conference [1]**
485/5
**conflict [1]** 484/1
**conflicts [1]**
483/16
**Congress [7]** 378/15
412/13 472/19
476/21 480/23
480/23 481/3
**consider [1]** 417/11
**consistent [2]**
385/18 460/17
**constant [1]** 463/11
**Constitution [1]**
375/24
**constructing [1]**
400/20
**construction [1]**
400/20
**contact [1]** 420/11
**continue [10]**
400/10 401/8 402/2
404/21 406/10 410/6
427/7 437/2 439/1
446/18
**continued [7]**
374/25 375/1 376/4
378/4 396/14 397/11
403/3
**continuing [3]**
399/3 410/20 467/14
**control [1]** 454/16
**convenience [1]**
448/23
**conventional [1]**
472/3
**convey [1]** 382/17
**COOPER [1]** 374/10
**coordinate [1]**
454/8 454/12

**coordinated [2]**
454/11 479/23
**coordinating [1]**
454/7
**copy [2]** 456/7
458/1
**corner [4]** 380/7
426/6 465/3 468/2
**counsel [6]** 417/18
439/20 449/6 456/18
475/11 483/24
**count [1]** 476/24
**counterpart [1]**
462/6
**counterparts [1]**
457/6
**country [1]** 453/22
**couple [10]** 392/6
397/15 397/15
397/20 406/13
421/17 424/5 451/1
456/9 484/2
**course [4]** 454/24
460/9 463/4 465/19
**court [15]** 374/1
375/22 375/23
378/17 417/12
429/12 429/13 464/6
475/25 482/13 483/9
483/12 483/15
483/23 486/3
**Court's [3]** 417/2
452/4 482/16
**courtroom [1]**
452/17
**Courts [1]** 375/23
**cover [3]** 401/4
436/16 456/2
**covered [2]** 429/21
434/16
**covering [1]** 445/22
**cr [1]** 374/4
**create [1]** 478/5
**Criminal [1]** 374/4
**cross [9]** 376/5
376/10 376/14
414/13 417/5 417/15
451/10 473/13
484/14
**cross-examination [7]**
376/5 376/10 376/14
417/5 417/15 451/10
473/13
**crowd [40]** 379/11
380/11 380/12
380/25 381/3 381/4
382/18 383/22
383/23 385/4 385/14
385/20 386/13 391/2
391/6 391/7 395/3
399/22 403/3 405/20
405/25 406/14
406/17 406/22 407/8
408/3 412/20 414/10
420/24 422/5 428/10
428/13 428/20 443/3
446/16 447/21
465/10 480/9 480/15
480/17
**crowds [1]** 463/22

**C**

current [1]   430/25
cut [1]   435/2
cuts [1]   427/11
cutting [1]   435/22

**D**

D-E-S-C-A-M-P [1]
430/24
daily [2]   474/14
474/16
DALKE [4]   374/17
376/13 475/13 482/1
Dallas [1]   482/20
date [2]   465/2
486/10
daughter [2]   455/15
469/7
day [25]   399/13
415/17 416/3 420/5
422/14 422/24 429/6
431/8 435/9 439/24
442/11 445/9 448/19
454/18 459/13
459/20 461/5 462/1
462/7 463/7 466/14
469/2 475/5 476/4
482/8
days [1]   478/9
DC [5]   374/5 374/16
374/21 374/22
375/25
deafening [1]
403/24
deal [1]   452/2
dealing [2]   416/5
421/23
death [2]   418/19
418/22
debates [1]   478/9
decision [4]   465/9
468/15 468/21
469/11
declare [3]   430/14
452/18 479/18
decontaminated [1]
451/17
deem [1]   471/24
defend [1]   415/5
defendant [5]   374/7
375/2 450/6 451/4
483/12
defendant's [1]
444/15
defendants [1]
430/7
defense [1]   484/6
definitely [2]
397/16 444/22
definition [1]
417/12
deflect [1]   441/13
delay [1]   481/9
demonstrate [1]
433/3
demonstrators [7]
425/14 426/16
426/25 432/4 435/1
444/2 448/5

depart [1]   472/25
departed [1]   473/6
Department [1]
374/14
depend [2]   478/12
479/14
depending [1]
421/22
depiction [1]   467/8
deploy [4]   431/22
433/19 433/20
438/21
deployed [4]   431/17
431/20 432/15
435/25
deploying [5]
412/17 412/20
433/14 433/16
433/21
deployment [1]
438/20
deployments [1]
432/8
deputy [2]   383/14
452/17
DESCAMP [38]   376/8
379/14 381/13 384/2
387/11 392/3 392/7
396/3 396/24 398/23
399/19 408/11 409/2
430/10 430/20
430/24 440/8 441/1
441/10 442/5 442/21
443/3 443/19 443/25
445/3 445/17 446/1
446/15 446/21 447/8
447/20 449/13
449/23 450/6 450/11
451/10 451/12
451/13
describe [2]   415/17
435/20
described [3]
394/23 395/6 397/1
describing [1]
378/11
designated [1]
469/2
destination [3]
459/9 459/10 459/11
destinations [2]
459/19 459/21
detail [1]   475/15
Detective [1]   483/2
determine [1]
477/25
determined [2]
476/14 477/21
detour [1]   391/18
deviated [2]   466/13
466/20
deviation [1]
465/16
deviations [1]
465/19
device [1]   438/20
difference [1]
443/13
different [6]   381/1
408/22 416/21

424/19 439/12 451/1
difficulties [1]
421/14
direct [9]   376/4
376/9 376/13 378/4
382/25 419/19
429/18 430/20 453/2
direction [1]
438/14
Directly [2]   395/20
395/21
disabled [1]   421/11
disagree [1]   423/5
disaster [1]   466/18
discuss [3]   429/3
452/9 482/4
discussing [1]
446/5
discussion [3]
424/10 424/10
475/12
discussions [2]
478/12 482/11
dispatcher [1]
383/13
dispatching [1]
383/12
disperse [1]   382/25
DISTRICT [4]   374/1
374/1 374/11 375/23
Disturbance [1]
431/12
division [5]   411/21
454/2 454/3 454/4
454/6
document [6]   455/23
456/9 457/13 457/24
458/17 462/21
DOJ [1]   374/18
DOJ-USAO [1]   374/18
domestic [2]   415/19
415/22
door [4]   434/3
436/15 467/23 468/1
doors [2]   447/2
447/4
doorway [6]   389/14
390/6 450/14 450/17
450/19 450/20
doorways [1]   390/5
dot [1]   459/4
down [33]   379/24
389/21 393/18
396/13 397/7 401/24
406/18 414/24
422/21 423/24 424/2
428/9 432/22 432/22
433/5 436/24 437/13
437/23 438/21 441/2
443/16 444/8 448/6
448/25 450/4 450/11
461/4 463/24 464/25
469/8 469/10 470/5
482/4
downward [1]   383/23
drastic [1]   443/13
draw [2]   438/14
439/11
during [6]   386/24
387/4 401/20 414/23

460/9 474/25
duties [2]   463/4
474/1
duty [2]   431/8
431/10

**E**

e-mail [7]   456/1
456/3 456/5 456/17
456/25 457/6 457/10
e-mail's [1]   456/16
earlier [24]   382/22
385/6 388/9 390/18
395/6 395/9 397/2
401/2 403/22 405/14
406/4 406/6 406/21
407/11 407/14
412/19 415/11 439/8
442/22 446/5 457/17
469/14 473/5 483/11
early [4]   472/23
472/24 473/3 485/7
east [12]   378/11
378/14 378/14 379/2
379/20 384/5 431/21
463/22 464/16
464/17 464/19 480/5
effect [12]   394/2
414/22 429/15
432/17 434/19 436/9
436/24 437/5 437/7
437/14 437/21 462/1
effective [7]
396/21 396/22
397/12 397/13 406/9
432/16 438/25
effort [1]   479/23
efforts [1]   472/5
eight [1]   431/6
either [5]   456/21
466/3 473/1 474/17
484/6
elated [1]   443/6
elect [2]   455/16
475/1
election [1]   472/22
Electoral [6]   460/6
471/12 472/20
477/22 478/17
481/13
element [1]   417/8
elements [1]   475/18
elevated [2]   383/20
383/21
else [8]   379/3
386/10 397/9 401/16
428/2 435/25 468/6
474/18
emboss [1]   467/24
emergency [3]
466/15 466/17
466/17
employed [1]   453/6
enact [1]   466/14
encounter [1]   466/2
encountered [1]
468/18
encouraging [2]
400/4 400/7
encroach [2]   386/14

**E**

encroach... [1]
  387/17
encroaching [2]
  385/7 404/25
end [14]  402/8
  405/10 405/17
  413/25 417/9 417/12
  452/10 477/22
  477/23 478/6 482/5
  482/7 484/8 485/7
ends [1]  402/24
enforcement [2]
  431/5 472/12
engaged [1]  437/13
engaging [1]  441/12
enough [1]  404/19
ensure [2]  465/13
  472/17
ensuring [1]  469/13
enter [1]  472/3
entered [1]  428/23
entering [2]  462/19
  463/20
entire [5]  416/12
  453/15 470/10
  470/18 473/8
entirely [1]  406/8
entitled [1]  486/5
entrance [1]  450/13
entrances [1]  434/8
escalation [1]
  396/4
escort [2]  461/1
  471/3
especially [1]
  415/19
essentially [5]
  383/22 436/19
  436/20 445/19
  445/22
establish [1]
  479/23
established [5]
  462/11 465/12
  479/25 480/1 480/3
Eugene [1]  442/2
evacuate [2]  469/16
  469/17
evacuated [1]  470/2
even [6]  386/2
  410/11 410/13
  424/10 451/1 466/3
evening [2]  477/12
  482/10
event [4]  431/23
  466/17 475/23
  480/20
events [14]  398/10
  413/9 416/18 435/9
  439/23 442/11 445/9
  448/19 454/15 461/6
  461/11 461/12
  461/13 467/9
eventually [7]
  406/7 414/7 432/10
  438/11 447/3 450/21
  471/11
everyone [1]  378/3

everywhere [1]
  426/21
evidence [40]
  376/19 376/20
  376/21 376/22
  376/23 376/24
  376/25 377/2 377/3
  377/4 377/5 377/6
  377/7 377/8 377/9
  377/10 377/11
  377/12 377/13
  389/17 398/17
  407/23 413/21 417/9
  417/13 423/22 425/4
  435/12 435/15 440/2
  440/6 442/14 442/17
  445/12 445/15 449/4
  456/14 458/9 464/14
  467/17
evolved [1]  463/7
exact [2]  477/25
  480/25
exactly [4]  387/5
  422/12 450/24
  478/11
examination [15]
  376/4 376/5 376/6
  376/9 376/10 376/13
  376/14 378/4 417/5
  417/15 427/21
  430/20 451/10 453/2
  473/13
example [5]  417/7
  418/18 418/21
  456/19 476/6
exceptions [1]
  429/14
exchange [1]  424/18
excited [1]  429/16
excused [2]  429/3
  452/9
exhibit [87]  376/18
  377/1 378/22 384/12
  384/14 386/17
  388/16 388/23
  389/12 389/17
  391/19 397/18
  398/14 398/17
  398/20 403/13
  403/14 404/8 405/22
  407/2 407/3 407/3
  407/3 407/4 407/4
  407/25 408/15
  409/10 410/16
  411/12 411/24
  412/15 413/5 413/16
  413/17 413/21 419/5
  428/15 434/24 435/6
  435/11 435/15
  436/24 438/3 439/3
  440/1 440/6 440/22
  440/23 442/3 442/8
  442/13 442/17
  443/17 445/1 445/6
  445/11 445/15 448/7
  448/21 449/7 450/5
  455/21 455/22
  456/11 456/14
  456/19 456/22
  457/12 458/6 458/9

458/22 461/5 462/20
  463/24 464/4 464/11
  464/14 465/3 465/5
  466/25 467/13
  467/17 467/19
  468/10 476/2 480/4
Exhibit 1101 [1]
  378/22
Exhibit 1102 [1]
  404/8
Exhibit 1103 [1]
  405/22
Exhibit 1104 [1]
  412/15
Exhibit 201 [2]
  388/16 391/19
Exhibit 203 [1]
  443/17
Exhibit 213 [2]
  384/14 386/17
Exhibit 214 [2]
  403/13 403/14
Exhibit 3 [1]
  384/12
Exhibit 304 [3]
  397/18 398/14
  428/15
Exhibit 306 [3]
  442/3 442/8 442/13
Exhibit 308 [4]
  413/5 413/17 440/22
  440/23
Exhibit 311 [3]
  445/1 445/6 445/11
Exhibit 312 [1]
  448/7
Exhibit 409 [3]
  407/2 407/25 438/3
Exhibit 410 [2]
  407/3 408/15
Exhibit 411 [2]
  407/3 409/10
Exhibit 412 [3]
  407/3 410/16 411/12
Exhibit 413 [2]
  407/4 411/24
Exhibit 414 [1]
  407/4
Exhibit 415 [2]
  439/3 440/1
Exhibit 420 [3]
  434/24 435/6 435/11
Exhibit 422 [2]
  448/21 450/5
Exhibit 425 [1]
  419/5
Exhibit 804 [1]
  462/20
Exhibit 812 [2]
  388/23 389/12
Exhibit 901 [2]
  455/21 456/11
Exhibit 902 [3]
  457/12 458/6 476/2
Exhibit 903 [3]
  464/11 465/5 480/4
Exhibit 904 [2]
  466/25 467/13
Exhibits [3]  407/19
  407/22 449/4

Exhibits 409 [1]
  407/19
expectation [2]
  478/13 478/16
expected [5]  459/21
  459/22 460/12 476/7
  476/11
experience [3]
  422/1 431/5 481/3
experiencing [1]
  379/8
explain [1]  468/11
explore [1]  414/13
extensive [2]
  478/17 478/20
extent [2]  423/20
  481/6
exterior [1]  464/25
extremely [1]
  380/19
eyeball [1]  418/18
eyes [1]  399/8

**F**

faces [1]  380/3
facilitate [2]
  454/14 455/3
fact [5]  460/14
  467/20 468/17
  478/25 478/25
failed [2]  437/8
  437/9
failing [1]  432/15
fair [7]  435/8
  439/23 442/10 445/8
  448/18 458/1 467/8
fairly [3]  389/7
  398/9 413/8
falling [3]  420/16
  420/17 420/17
familiar [5]  455/23
  457/12 462/21
  463/25 467/3
families [1]  453/21
family [10]  455/17
  459/1 459/6 460/14
  463/5 465/21 466/10
  468/16 469/17
  470/17
far [5]  380/16
  389/21 411/8 426/6
  440/19
faster [1]  418/12
FBI [2]  454/8
  472/13
fear [3]  380/14
  380/15 465/10
fearing [1]  386/15
features [1]  389/14
federal [2]  454/7
  454/9
feel [1]  452/13
feeling [1]  412/8
feet [7]  389/25
  389/25 440/20 479/1
  479/7 479/9 479/12
fellow [2]  400/8
  448/25
fences [1]  462/8
fencing [3]  462/10

**F**

fencing... [2]
462/10 465/11
few [3]   382/15
442/2 474/25
figure [1]   419/11
file [1]   412/14
fill [2]   438/11
457/23
filming [1]   422/17
finally [1]   472/25
financial [1]
453/22
find [1]   432/3
fingers [1]   427/11
finished [1]   378/10
fired [2]   393/19
393/21
firing [5]   382/19
382/20 382/21
382/23 383/1
first [15]   379/22
380/7 387/9 424/23
425/9 425/9 426/12
426/25 431/23
437/19 440/8 440/14
458/12 461/18
467/19
first-time [1]
431/23
fit [1]   390/1
five [9]   384/8
384/8 384/22 385/24
446/19 470/6 470/7
470/8 470/22
five-hour [1]
470/22
flash [2]   380/22
380/22
flat [3]   391/16
391/17 391/17
Flood [8]   397/25
398/2 398/3 399/16
399/17 408/12
408/14 437/19
floor [2]   375/4
476/11
FN [9]   396/25 397/1
397/12 398/25
418/10 432/17
433/11 433/14
433/16
follow [5]   396/16
432/15 449/20
449/25 450/2
followed [1]   396/17
foot [2]   434/22
434/22
For the Defendant [1]
375/2
force [4]   412/22
412/24 416/13
418/14
foregoing [1]   486/4
foreground [2]
419/11 419/20
forget [2]   417/21
460/20
form [1]   456/4

former [1]   453/21
forth [1]   460/10
forward [20]   384/13
384/21 387/25 395/4
397/20 400/9 400/24
403/11 410/10
410/20 412/2 441/15
441/16 441/19 443/7
480/9 480/12 480/16
480/17 480/20
forwards [3]   410/9
411/2 411/3
foundation [5]
425/3 475/20 479/2
481/5 481/17
four [6]   384/22
387/25 395/12
427/23 453/16 478/4
foyer [1]   468/7
frame [3]   388/2
403/14 409/12
Franklin [1]   374/15
free [1]   452/13
freeze [1]   388/2
Friedman [1]   484/9
Friedrich [1]
483/13
Friedrich's [1]
483/23
front [18]   378/11
378/14 379/2 379/5
379/6 379/8 379/12
379/15 379/20
379/21 408/11
431/21 431/25 432/5
444/20 444/22
447/21 483/13
full [1]   424/1
function [4]   454/5
459/25 460/2 460/5
further [10]   404/25
405/25 408/18
410/13 427/19 451/9
452/5 473/10 481/25
483/14

**G**

gap [2]   434/22
436/13
gas [25]   381/15
381/19 382/1 394/14
401/14 408/7 408/12
408/17 409/15
409/20 411/15
413/14 420/7 436/4
436/18 438/22
438/24 439/9 439/14
439/15 442/22 443/4
444/13 446/11
449/15
gather [2]   477/12
477/14
gathered [1]   478/5
gathering [2]   432/4
463/22
gatherings [1]
477/14
gave [5]   382/18
393/18 393/20
396/13 437/12

gavel [1]   474/17
gear [1]   380/24
general [2]   410/17
469/20
generalities [1]
393/8
generally [11]
393/8 393/11 393/12
397/19 405/24 407/7
415/16 416/22 430/5
461/19 472/9
gentleman [3]
440/10 440/11
446/11
gentlemen [3]
452/13 456/19 482/7
gestures [2]   432/25
433/1
given [5]   383/3
383/4 383/5 477/18
484/5
giving [8]   393/16
393/17 401/22
401/23 414/3 433/17
438/18 438/20
goes [1]   479/4
good [7]   429/6
453/4 453/5 478/2
482/10 485/3 485/7
Goodman [1]   442/2
government [51]
374/14 376/19
376/20 376/21
376/22 376/23
376/24 376/25 377/2
377/3 377/4 377/5
377/6 377/7 377/8
377/9 377/10 377/11
377/12 377/13
389/11 389/17
398/13 398/17
407/18 407/22
413/17 413/21 419/5
429/7 429/18 429/20
430/10 435/11
435/15 440/1 440/6
442/13 442/17
445/11 445/15 449/4
452/14 456/14 458/9
464/14 467/17
473/11 484/6 484/23
485/1
government's [21]
419/4 419/5 422/3
423/12 434/24 438/3
439/3 440/22 440/23
442/3 442/8 443/17
445/1 445/6 448/7
448/21 450/5 452/24
476/2 480/4 484/9
grabbing [2]   410/7
411/1
great [2]   430/2
438/8
grenadiers [1]
379/7
groin [4]   418/25
419/1 419/19 419/21
ground [3]   382/24
382/24 429/20

grounds [7]   429/12
470/4 470/10 470/18
472/6 473/3 473/7
group [6]   425/9
444/20 444/20
444/21 444/22 451/6
growing [1]   385/16
guess [8]   378/14
380/3 383/12 392/19
451/24 478/11
482/14 484/14
gun [5]   393/4 413/3
418/3 418/4 418/6
guy [3]   403/17
420/9 440/20

**H**

half [6]   453/13
455/22 458/12
458/21 458/21
481/22
hallway [1]   468/8
halt [1]   471/1
hand [9]   428/8
428/9 430/13 433/1
433/18 452/17 465/2
468/2 471/2
handful [1]   406/25
hands [7]   410/1
410/25 414/25
414/25 440/15
451/22 474/17
hands-on [1]   440/15
happen [3]   396/9
478/11 482/15
happened [12]
396/12 396/23
398/10 402/25
402/25 416/2 437/15
439/12 450/18
450/24 465/12 471/9
happening [10]
381/5 382/13 387/14
399/5 438/17 444/5
447/16 448/3 465/7
468/12
hard [1]   385/22
harm [1]   472/18
Harris [4]   455/16
475/1 475/9 475/15
Harris' [1]   475/20
Harrisburg [1]
374/19
hat [3]   392/13
409/22 410/14
HAWA [9]   376/12
452/25 453/1 453/2
473/13 473/17
473/18 473/19 482/3
head [10]   409/21
419/1 456/3 457/16
457/18 457/20 458/1
458/22 476/2 479/8
heads [1]   453/21
hear [16]   393/5
393/7 403/24 405/6
406/20 416/9 421/3
421/5 421/12 422/12
422/12 428/1 428/17
463/18 470/16 483/4

**H**

heard [12]   381/8
383/19 402/4 402/12
417/5 422/7 422/14
422/16 422/24
424/11 429/12
431/22
hearing [5]   380/22
406/14 421/11
421/14 421/15
hearings [4]   476/23
476/25 477/8 477/11
hearsay [2]   429/12
429/14
heart [1]   404/3
held [1]   478/12
Hello [4]   417/19
453/1 473/15 473/16
help [2]   455/3
457/23
hide [1]   449/5
highest [1]   453/20
Hills [1]   375/4
himself [1]   441/4
hips [1]   427/14
hit [5]   380/23
399/20 418/18
418/21 419/21
hitting [5]   380/24
382/25 383/1 412/2
418/24
hold [11]   399/25
400/3 400/5 400/8
404/5 404/19 424/7
424/8 424/22 444/3
462/18
holding [4]   398/24
414/16 436/19
450/21
honestly [1]   481/23
Honor [20]   378/6
389/13 423/19 427/6
427/15 429/1 429/7
448/21 452/7 452/12
452/24 456/11 458/5
464/10 467/12
475/14 475/22 482/6
484/16 484/21
HONORABLE [1]
374/10
HOOK [3]   375/22
486/3 486/10
hopefully [1]
484/12
HOS [1]   457/2
hospital [2]   427/10
427/14
hour [7]   463/10
463/14 464/2 470/22
481/9 481/15 484/23
hours [4]   470/6
473/8 478/4 481/22
House [18]   454/13
457/7 459/15 460/3
460/10 460/11 461/2
468/6 468/21 470/24
471/13 476/11
477/12 477/12
477/19 478/1 478/4

481/1
huh [2]   378/18
395/22
hundred [1]   386/6
hundreds [2]   416/4
427/9
hurts [1]   397/5

**I**

idea [3]   476/18
478/2 478/5
identification [3]
388/23 397/18 413/5
identified [2]
384/25 409/7
identify [3]   408/8
467/20 469/5
image [1]   426/11
images [1]   467/15
immediate [1]
382/13
impact [6]   382/24
393/22 397/4 401/6
461/25 466/11
impacted [4]   393/3
396/19 396/24 403/2
impacting [4]   383/2
383/23 393/13 405/1
important [3]
433/24 433/25 475/4
impresses [1]   430/4
impression [1]
429/15
imprint [1]   467/24
inadmissible [1]
456/21
inaugural [8]
384/10 386/7 387/3
390/14 390/17
390/21 450/14
462/12
inauguration [1]
462/13
include [2]   457/10
459/15
including [1]
429/15
independent [1]
483/24
indicate [1]   459/9
indicated [3]   421/2
424/7 485/6
indicates [2]
459/10 459/11
indicators [1]
472/4
indirect [4]   382/19
382/20 382/21
382/23
individual [51]
383/1 383/13 392/5
392/12 392/19
392/24 394/14 396/5
396/9 397/14 398/22
399/1 399/5 399/6
401/10 403/20 406/3
406/10 409/25
410/18 412/1 412/2
412/5 412/17 413/14
419/20 420/4 421/24

436/1 436/2 436/4
437/17 438/1 438/10
438/15 438/22 439/8
439/9 439/15 440/8
440/14 440/17
442/22 443/4 444/9
446/7 447/9 449/13
449/15 449/23 451/3
individual's [2]
444/16 444/19
individuals [24]
386/1 387/17 395/10
395/13 404/25 411/4
411/7 427/24 428/16
434/19 436/7 462/9
462/16 462/19
463/20 466/21
466/22 468/15
468/20 468/20
469/14 472/1 472/15
472/18
indulgence [2]
417/2 452/4
ineffective [2]
383/2 437/11
information [12]
382/17 461/17
461/19 461/20
461/24 462/3 462/5
462/5 463/15 463/17
463/21 477/18
infrastructure [1]
453/23
initial [4]   380/13
385/5 462/3 463/8
initially [3]
387/21 431/21
432/14
injured [5]   416/4
427/9 447/17 451/14
451/14
injuries [2]   416/4
451/25
injury [1]   419/2
inner [1]   385/6
inside [10]   379/24
445/19 466/3 466/3
467/9 467/15 471/16
471/17 481/21
481/24
inspector [6]
452/25 453/10
453/11 473/18
473/19 482/3
instance [1]   454/10
instruct [1]   417/9
instructions [4]
432/16 432/20
432/21 436/25
intention [3]   428/2
428/10 428/13
intentions [1]
472/2
interacted [1]
436/5
interacting [1]
425/12
interaction [2]
397/14 403/17
interject [1]

456/18
interruption [1]
452/15
into [55]   376/19
376/20 376/21
376/22 376/23
376/24 376/25 377/2
377/3 377/4 377/5
377/6 377/7 377/8
377/9 377/10 377/11
377/12 377/13 384/6
389/17 392/8 398/17
399/9 401/10 407/22
413/21 435/2 435/3
435/11 435/15
436/15 437/25 440/1
440/6 442/13 442/17
445/11 445/15
447/22 449/4 450/13
450/16 450/18
456/14 458/9 463/20
464/14 465/7 466/8
466/23 467/17
469/20 471/4 472/23
involved [1]   472/19
irrelevant [1]
456/21
irritant [1]   397/5
irritants [1]   401/7
issue [5]   482/15
482/15 483/10
483/24 485/5
issued [1]   458/2
issues [1]   484/25
items [1]   390/5
itinerary [6]
458/22 460/12
460/18 466/14 476/3
476/10

**J**

jacket [16]   392/24
396/10 397/24 399/6
403/2 403/17 406/4
407/9 408/2 412/6
432/14 436/18
437/14 437/20
437/24 438/11
January [46]   378/7
378/19 384/15 389/9
391/21 398/11
407/16 412/9 413/9
415/16 416/9 416/18
416/25 419/9 431/7
446/25 453/24 454/1
454/17 455/10 456/1
457/1 457/4 458/3
459/1 460/3 460/9
460/13 460/24 461/5
462/1 462/4 462/25
464/2 465/4 465/20
466/2 466/10 467/10
471/4 471/8 472/24
473/1 473/1 475/16
478/6
January 2021 [1]
454/1
January 5th [2]
456/1 457/1
January 7th [2]

**J**

January 7th... **[2]**
 472/24 473/1
**JEFF [3]**   375/22
 486/3 486/10
**job [4]**   417/23
 474/1 474/14 474/16
**JOHN [3]**   375/2
 375/3 417/18
**join [10]**   402/14
 402/16 402/19
 422/11 423/2 423/2
 423/6 423/8 428/16
 450/7
**joint [1]**   470/22
**JORDAN [1]**   374/14
**Joseph [1]**   483/20
**JUDGE [4]**   374/11
 483/13 483/23 484/9
**jury [23]**   374/10
 378/2 388/10 389/20
 392/1 397/2 403/16
 408/1 409/11 419/15
 429/10 429/24 430/4
 430/9 433/3 435/17
 438/5 453/6 453/17
 454/4 464/18 468/11
 482/12
**Justice [1]**   374/14
**justified [1]**
 412/24

**K**

**Keep [1]**   423/15
**Kenneth [1]**   483/20
**kept [2]**   385/16
 403/6
**KERKHOFF [16]**   376/3
 378/4 378/6 407/2
 417/15 417/17
 427/21 427/24
 431/24 432/6 432/13
 433/1 433/7 436/23
 436/24 441/12
**kind [16]**   380/3
 384/5 389/19 403/13
 419/22 421/8 455/6
 460/9 463/9 463/17
 464/24 466/7 466/18
 469/9 470/3 470/4
**kinetic [2]**   397/4
 418/14
**knee [1]**   447/17
**knew [4]**   391/2
 463/1 468/19 478/3
**knowledge [7]**
 406/12 411/7 426/22
 428/23 428/25
 481/18 483/21
**known [1]**   477/21
**KONIG [6]**   374/14
 376/4 376/6 378/3
 415/25 427/20
**Kozaczuk [21]**
 384/21 388/15
 388/22 391/19
 391/24 397/17
 398/19 402/9 403/12
 404/7 405/22 407/1

**L**

**lack [5]**   425/3
 479/2 481/5 481/17
 481/17
**Ladies [3]**   452/13
 456/18 482/7
**landing [3]**   391/13
 391/15 391/16
**LANELLE [4]**   376/12
 452/25 453/2 473/13
**large [4]**   390/11
 432/4 432/4 434/16
**largest [2]**   478/21
 478/24
**last [4]**   410/12
 415/24 476/17
 476/19
**later [3]**   436/5
 451/17 472/22
**launcher [14]**   393/4
 396/20 397/6 398/25
 401/21 414/4 414/16
 414/19 414/21
 414/24 415/1 418/5
 433/11 437/12
**launchers [1]**
 435/24
**law [3]**   375/3 431/5
 472/11
**lawn [3]**   386/1
 447/22 462/12
**lay [1]**   451/22
**leaders [1]**   453/20
**leading [2]**   396/6
 470/13
**leads [1]**   450/14
**learn [1]**   378/24
**least [3]**   388/4
 483/25 485/5
**leaving [3]**   473/8
 480/16 480/19
**leeway [1]**   477/3
**left [11]**   391/10
 398/22 399/10
 423/16 426/6 434/22
 465/2 468/2 470/24
 472/17 481/1
**leg [1]**   393/3
**legal [6]**   410/3
 410/22 414/12 417/7
 417/10 417/12
**length [1]**   481/23
**lengthy [1]**   482/22
**less [24]**   379/7
 383/4 384/8 385/10
 393/13 395/7 396/19
 398/4 398/25 401/7
 411/18 416/13 418/1
 418/3 418/15 419/25
 431/11 431/22 432/8
 433/12 437/16 443/8
 443/14 447/13
**less-lethal [19]**
 379/7 383/4 385/10
 393/13 395/7 396/19

**M**

409/10 409/23
 410/16 410/17
 411/23 412/14 413/4
 413/16 413/23

**L**

398/4 398/25 401/7
 411/18 416/13 418/1
 418/3 431/11 431/22
 432/8 433/12 437/16
 447/13
**less-than-lethal [2]**
 418/15 419/25
**lethal [24]**   379/7
 383/4 385/10 393/13
 395/7 396/19 398/4
 398/25 401/7 411/18
 412/22 412/24
 416/13 418/1 418/3
 418/15 418/16
 419/25 431/11
 431/22 432/8 433/12
 437/16 447/13
**letting [1]**   462/15
**level [4]**   408/19
 408/22 410/11 411/5
**liaison [4]**   454/3
 454/4 454/6 454/9
**Library [1]**   378/15
**life [1]**   475/5
**likely [2]**   483/25
 484/3
**limited [1]**   434/21
**line [17]**   379/12
 385/5 385/5 385/11
 399/25 400/3 400/5
 400/8 424/8 425/2
 436/19 444/6 462/21
 466/7 469/23 469/24
 479/17
**lines [2]**   416/22
 448/22
**list [3]**   419/5
 451/25 482/23
**listed [6]**   458/13
 458/15 460/2 460/18
 482/24 483/11
**listener [1]**   429/16
**listening [1]**
 433/17
**little [7]**   390/18
 395/1 403/22 423/16
 429/18 437/1 439/12
**lobbying [2]**   423/2
 423/3
**local [1]**   472/13
**locates [1]**   452/14
**location [10]**   464/1
 468/16 469/18
 469/21 469/22
 469/24 470/3 472/7
 479/6 479/19
**locations [1]**
 425/15
**locked [1]**   379/24
**long [18]**   384/4
 386/7 397/14 402/9
 411/10 413/3 415/19
 431/2 453/11 453/14
 470/1 470/2 476/16
 476/18 478/12
 479/22 479/22
 482/25
**long-standing [1]**
 479/22
**longer [2]**   429/18

469/14
**look [5]**   439/11
 458/12 480/11
 480/15 480/18
**looked [1]**   469/8
**looking [12]**   388/19
 434/25 435/20
 445/17 445/21
 446/15 446/16
 447/20 457/5 458/13
 459/24 468/2
**looks [10]**   378/14
 386/21 419/21 420/9
 422/18 426/5 430/2
 449/19 480/9 484/2
**lots [2]**   430/1
 430/1
**loud [10]**   380/19
 383/5 393/7 402/1
 403/24 420/25 421/2
 421/6 421/7 428/19
**lower [3]**   392/20
 434/3 436/14
**lunch [2]**   378/11
 484/23

**M**

**M4 [2]**   413/2 413/3
**M4s [1]**   412/25
**Ma'am [2]**   429/2
 452/16
**mail [7]**   456/1
 456/3 456/5 456/17
 456/25 457/6 457/10
**mail's [1]**   456/16
**main [5]**   460/5
 462/14 463/19
 463/21 466/23
**making [5]**   428/4
 432/25 433/1 466/7
 483/24
**man [10]**   397/24
 403/2 407/8 408/2
 408/17 432/14
 437/13 437/20
 437/24 444/13
**many [10]**   380/8
 385/23 388/12 390/1
 395/11 395/14
 406/23 443/14 479/7
 479/9
**map [2]**   385/6
 479/18
**mark [6]**   381/22
 384/13 384/19
 389/19 391/9 403/16
**marked [6]**   384/14
 388/23 392/5 397/18
 407/2 413/5
**mask [22]**   394/15
 401/14 408/7 408/13
 408/17 409/15
 409/20 411/15
 413/14 420/7 436/4
 436/18 438/24 439/9
 439/14 439/15
 442/22 443/4 444/13
 446/11 449/15
 450/25
**mask's [1]**   438/22

**M**

masks [3]   381/15
 381/19 382/1
matched [1]   423/20
material [1]   456/21
matter [2]   483/9
 486/5
matters [1]   475/18
Matthew [6]   397/25
 398/2 398/3 399/16
 408/12 408/14
max [1]   434/23
may [11]   385/24
 389/13 427/6 430/19
 452/23 456/20
 466/19 482/4 482/14
 482/15 483/10
maybe [12]   384/8
 386/6 386/9 389/25
 390/3 390/23 395/15
 397/16 434/22
 458/11 461/19 480/8
McMahon [2]   442/1
 442/1
mean [16]   381/2
 381/3 381/5 382/10
 382/21 383/20 384/1
 386/5 402/18 404/17
 405/19 412/18 415/2
 416/11 455/18
 478/15
meaning [11]   381/19
 382/8 400/1 406/1
 417/6 417/7 454/8
 454/12 472/16
 474/23 478/1
meanings [1]   417/10
means [3]   382/12
 463/20 472/3
meant [3]   400/2
 402/16 477/21
measures [2]   455/7
 472/10
mechanism [1]
 433/12
medals [2]   430/1
 430/3
medical [1]   466/17
meetings [1]   454/15
megaphone [1]   421/8
member [2]   398/3
 447/12
members [9]   388/10
 389/19 392/1 411/22
 412/13 455/17
 472/19 476/20
 477/12
mentioned [7]
 382/19 382/22 401/2
 406/21 416/10
 434/13 463/24
mentioning [1]
 435/18
met [1]   460/25
mic [1]   383/9
Michael [2]   457/3
 458/15
microphone [1]
 421/9

middle [3]   388/8
 391/10 444/20
might [6]   381/21
 400/17 400/19
 452/12 478/2 483/19
military [1]   431/6
million [2]   479/1
 479/12
mind [1]   465/24
minute [5]   384/13
 422/4 422/4 446/18
 452/12
minutes [15]   384/8
 384/22 386/16 386/18
 388/1 397/15 397/15
 397/16 397/16
 397/16 402/23
 406/13 411/11
 442/24 443/2
mission [2]   453/17
 453/18
misstates [1]   425/4
MK [1]   438/19
MK-60 [1]   438/19
model [4]   389/5
 389/7 390/4 390/6
moment [3]   409/5
 422/3 443/17
Monday [1]   484/7
more [23]   380/16
 381/2 383/24 384/1
 394/4 395/1 397/5
 397/6 402/6 403/6
 403/6 405/6 418/12
 418/14 423/2 423/3
 432/17 434/9 443/8
 443/10 447/21 480/5
 480/13
morning [7]   472/23
 472/24 473/4 473/6
 482/9 482/18 484/7
most [1]   475/4
motions [1]   428/9
motivated [3]   443/8
 443/9 443/10
motorcade [12]
 463/23 463/25 464/1
 464/20 464/23 465/9
 465/15 465/25 480/6
 480/10 480/16
 480/19
motorcades [1]
 465/13
mouth [1]   383/5
move [21]   384/21
 387/25 397/7 397/9
 397/19 409/10
 415/23 419/13 427/5
 433/5 433/5 440/1
 452/1 452/3 456/11
 458/5 464/10 465/9
 467/12 469/12
 475/24
moved [18]   386/24
 387/2 387/3 390/21
 398/16 407/21
 413/20 435/14
 438/15 440/5 442/16
 445/14 449/3 456/13
 458/8 460/10 464/13

467/16
movements [5]   428/9
 454/14 475/15
 475/18 475/20
moves [7]   389/11
 398/13 407/18
 413/17 435/11
 442/13 445/11
moving [12]   392/21
 410/9 410/9 411/2
 433/22 449/19 463/8
 465/15 480/6 480/16
 480/17 480/18
MPD [2]   380/21
 472/13
Mr. [36]   378/3
 415/25 417/4 417/4
 417/14 417/18 420/2
 420/3 420/4 420/11
 420/14 424/1 425/6
 427/20 427/24
 428/15 428/21
 429/11 429/19 430/3
 436/18 444/13
 451/19 473/12
 475/13 482/1 483/7
 483/13 483/17
 483/20 483/25
 483/25 484/10
 484/13 484/17 485/6
Mr. Alberts [13]
 417/18 420/2 420/3
 420/4 420/11 420/14
 425/6 430/3 436/18
 444/13 451/19
 483/25 485/6
Mr. Dalke [2]
 475/13 482/1
Mr. Konig [3]   378/3
 415/25 427/20
Mr. Pierce [4]
 483/7 483/13 483/17
 484/10
Mr. Roots [11]
 417/4 417/4 417/14
 424/1 427/24 428/15
 428/21 429/11
 429/19 473/12
 484/13
Mr. Thomas [3]
 483/20 483/25
 484/17
Mrs. [3]   457/3
 458/16 469/7
Mrs. Pence [3]
 457/3 458/16 469/7
Ms. [22]   384/21
 388/15 388/22
 391/19 391/24
 397/17 398/19 402/9
 403/12 404/7 405/22
 407/1 409/10 409/23
 410/16 410/17
 411/23 412/14 413/4
 413/16 413/23 453/1
Ms. Hawa [1]   453/1
Ms. Kozaczuk [21]
 384/21 388/15
 388/22 391/19
 391/24 397/17

398/19 402/9 403/12
 404/7 405/22 407/1
 409/10 409/23
 410/16 410/17
 411/23 412/14 413/4
 413/16 413/23
much [9]   389/2
 393/7 429/2 430/4
 452/5 452/8 473/19
 475/20 482/3
multiple [5]   382/18
 383/3 426/21 434/8
 472/11
myself [6]   379/14
 409/5 415/5 450/21
 450/23 451/17

**N**

name [7]   417/17
 417/21 430/22 442/2
 458/17 461/20
 483/19
narrative [1]
 475/23
nation's [1]   453/20
National [2]   454/7
 472/12
natural [1]   466/18
nature [2]   406/17
 432/24
Naval [1]   460/15
navy [1]   410/2
necessarily [1]
 428/1
necessary [1]
 474/11
neck [1]   419/1
need [7]   381/21
 404/16 404/17 405/6
 452/12 484/8 484/19
needed [4]   379/9
 431/23 474/9 479/15
needs [2]   382/13
 484/5
next [14]   396/23
 399/15 408/4 427/5
 429/9 437/15 437/16
 452/14 452/24 459/4
 459/24 472/23
 482/22 485/7
next question [1]
 427/5
night [3]   472/22
 485/3 485/7
NOHRIA [2]   374/20
 376/9
noise [3]   380/18
 380/20 381/1
noon [1]   484/23
normal [5]   417/23
 421/18 421/19
 421/20 421/22
normally [1]   390/2
north [7]   379/25
 380/2 380/4 384/6
 386/14 386/14
 434/17
northwest [3]
 386/14 427/25
 450/12

**N**

notice [2]  380/6
 483/14
noticed [2]  386/21
 399/9
notification [3]
 456/4 457/2 473/6
notifications [3]
 461/12 461/15
 463/16
number [8]  417/9
 429/14 429/16
 434/19 443/11
 443/12 449/7 483/15
NW [2]  374/21
 375/24

**O**

o'clock [6]  463/10
 463/14 464/2 465/16
 480/24 482/9
obey [1]  432/20
object [9]  382/24
 389/15 390/11
 400/12 400/25 405/5
 423/19 427/15 441/6
objected [2]  429/11
 478/2
objection [32]
 396/6 398/15 407/20
 410/22 413/18
 413/19 414/12
 415/23 425/3 425/18
 425/23 426/18
 429/20 435/13 440/3
 440/4 442/15 445/13
 448/24 456/12 458/7
 464/12 467/14
 470/13 471/18 475/6
 475/10 477/2 477/11
 479/2 481/5 481/17
objections [3]
 476/20 476/23 478/3
objects [4]  380/23
 386/21 390/5 444/8
Observatory [1]
 460/15
observe [2]  432/13
 441/10
observed [1]  448/24
obstructions [1]
 434/13
obviously [8]  420/2
 422/18 429/25
 451/19 457/20
 465/12 466/20
 483/23
OC [6]  381/15
 381/19 382/2 398/1
 403/3 406/9
occupation [1]
 430/25
occupied [1]  414/25
occur [1]  454/23
occurred [4]  417/11
 446/2 450/16 450/23
occurring [5]  461/7
 461/11 463/18
 466/21 480/22

odd [1]  419/18
off [9]  420/16
 420/17 420/20
 420/22 435/22
 435/23 449/1 466/16
 479/8
offenses [1]  417/8
officer [34]  378/6
 382/17 383/4 405/1
 407/1 410/1 410/7
 410/14 410/20 411/1
 412/3 417/17 427/23
 431/24 432/6 432/13
 433/1 433/7 436/23
 436/24 440/15 441/2
 441/12 442/1 442/1
 442/1 447/12 451/12
 451/25 452/5 473/17
 482/20 482/21 483/3
officers [54]
 380/17 385/8 385/23
 385/24 386/2 387/6
 387/8 387/9 387/24
 395/10 395/11
 395/12 396/5 405/18
 405/21 406/2 406/23
 407/9 408/8 408/24
 409/1 409/6 409/8
 411/19 412/18
 412/20 413/1 414/11
 416/3 416/4 416/6
 416/23 421/18
 421/20 421/23 426/5
 426/10 426/22 427/9
 427/10 427/13
 427/18 430/6 436/12
 436/16 441/21
 441/22 443/12
 443/14 444/3 444/6
 447/24 450/22
 462/18
officers' [1]
 380/24
offices [2]  477/19
 478/1
Official [2]  375/23
 486/3
often [3]  456/22
 474/4 474/22
OMB [1]  375/4
once [6]  385/3
 432/2 432/12 434/7
 436/15 450/15
one [29]  380/2
 387/9 393/21 394/23
 401/15 402/6 405/6
 412/24 417/8 417/8
 417/10 418/5 421/24
 422/3 422/4 427/17
 443/17 446/18 447/5
 451/1 452/4 452/12
 462/7 474/1 474/12
 478/21 478/24 480/4
 483/11
only [7]  428/8
 434/1 435/23 436/10
 445/2 448/8 481/21
onto [1]  454/16
open [5]  387/18
 435/2 436/11 467/23

475/25
operator [1]  383/12
opportunity [5]
 435/5 442/7 445/5
 448/15 471/25
opposed [1]  382/25
options [1]  418/1
order [4]  468/22
 472/6 484/6 484/22
orient [1]  464/20
orienting [1]
 402/24
original [4]  465/17
 465/20 466/11
 466/16
others [4]  449/20
 450/7 456/20 472/19
ourselves [1]
 468/23
out [7]  380/20
 393/14 395/7 404/5
 429/25 457/23 469/4
outflank [1]  436/20
outnumber [1]
 421/21
outnumbered [2]
 421/17 421/18
outside [8]  379/25
 379/25 445/21 461/7
 461/11 464/25 468/8
 480/21
over [36]  382/3
 382/4 382/5 382/12
 383/22 386/15
 386/25 387/2 387/4
 387/10 387/11
 390/14 390/17
 390/21 390/25 391/4
 391/4 391/5 391/7
 392/3 414/10 415/13
 429/4 431/25 431/25
 437/12 447/22
 454/24 459/24
 463/13 465/19
 471/13 473/21
 474/17 477/13
 482/16
Overruled [10]
 389/16 396/7 410/4
 414/13 427/16
 467/16 470/14
 471/19 477/3 479/5
overseas [1]  415/21
overwhelmed [1]
 448/4
Oxnard [1]  375/3

**P**

P.C [1]  375/3
p.m [27]  374/7
 378/19 378/25
 384/15 384/24 385/1
 388/3 403/15 404/17
 406/3 412/9 413/9
 429/22 429/23 459/8
 460/17 461/16 462/4
 465/4 467/9 468/4
 470/2 470/11 470/25
 471/7 481/14 485/8
P.O [1]  374/15

PA [1]  374/19
PAGE [3]  376/2
 376/18 377/1
pain [3]  397/6
 430/16 452/20
paintball [2]  418/4
 418/6
paintballs [2]
 418/7 418/9
pallet [4]  400/16
 408/18 443/4 449/16
pans [1]  423/15
Park [1]  472/13
part [4]  378/14
 384/9 394/8 453/7
particular [10]
 380/20 382/7 387/14
 400/1 405/5 411/21
 414/18 454/1 474/6
 481/10
partner [5]  379/14
 387/11 396/3 396/24
 431/24
partners [2]  454/7
 472/13
pass [2]  417/2
 429/1
passed [1]  480/20
past [14]  387/23
 387/23 403/3 406/2
 406/13 407/8 408/3
 425/2 425/15 426/16
 427/1 443/7 444/4
 484/12
path [1]  469/15
pause [5]  392/5
 445/24 468/11 480/8
 480/15
paused [2]  443/2
 468/25
pausing [1]  391/19
peaceful [2]  381/4
 416/22
pelted [1]  444/7
penalty [2]  430/17
 452/21
Pence [13]  455/14
 457/3 457/3 457/4
 458/15 458/16
 458/16 465/21 469/6
 469/7 474/23 475/17
 475/21
Pence's [1]  454/22
people [27]  380/8
 380/9 380/10 380/16
 380/22 380/23
 385/15 387/6 388/12
 388/14 390/1 390/3
 394/4 395/17 395/25
 403/5 403/6 403/21
 403/21 404/20
 418/25 428/22
 434/21 444/8 449/25
 450/2 465/14
pepper [8]  398/1
 406/7 412/17 435/24
 437/17 437/19
 437/19 438/19
PepperBall [30]
 382/22 382/23 393/4

| P | | | |
|---|---|---|---|
| **PepperBall...** **[27]** | 426/25 455/7 462/25 | 440/9 450/15 461/4 | 475/9 475/15 475/17 |
| 393/4 393/19 393/21 | 464/1 475/16 477/14 | 461/5 469/4 471/3 | 475/19 475/21 476/7 |
| 393/23 393/25 | 479/22 | 471/12 475/3 480/11 | 476/11 479/13 |
| 393/25 393/25 | **Plaintiff** **[1]**   374/4 | 484/11 | 479/19 481/2 |
| 396/19 397/4 397/6 | **plan** **[8]**   461/13 | **pointed** **[1]**   437/13 | **President's** **[7]** |
| 401/21 401/24 405/1 | 465/17 466/11 | **pointing** **[3]**   412/3 | 458/3 460/3 461/9 |
| 414/3 414/15 414/19 | 466/15 466/15 | 413/14 440/11 | 464/1 464/23 465/15 |
| 418/2 418/3 418/5 | 466/16 466/20 | **points** **[5]**   434/2 | 465/25 |
| 418/8 419/24 432/15 | 484/19 | 434/5 434/5 434/9 | **President-elect** **[2]** |
| 433/7 437/5 437/9 | **planned** **[1]**   466/13 | 447/2 | 455/16 475/1 |
| 441/13 441/14 | **plans** **[1]**   465/20 | **police** **[28]**   379/12 | **presidential** **[1]** |
| **PepperBalls** **[2]** | **planters** **[3]**   386/23 | 380/17 385/5 385/11 | 472/21 |
| 406/7 416/14 | 388/20 389/4 | 409/7 415/18 416/22 | **presidents** **[1]** |
| **per** **[1]**   390/2 | **platform** **[5]**   441/3 | 416/23 416/25 | 453/21 |
| **perimeter** **[18]** | 441/5 441/13 462/12 | 417/20 417/23 | **presides** **[1]**   473/21 |
| 385/7 462/8 462/10 | 462/13 | 421/18 421/20 430/6 | **press** **[2]**   391/24 |
| 462/24 463/1 464/21 | **play** **[31]**   382/15 | 431/1 431/3 431/6 | 434/21 |
| 465/11 466/3 466/7 | 383/24 391/24 394/9 | 454/12 455/2 455/6 | **pretrial** **[1]**   483/22 |
| 466/23 469/23 470/4 | 394/20 395/1 398/20 | 457/7 461/22 462/6 | **pretty** **[3]**   389/2 |
| 471/17 475/16 | 399/20 402/6 402/10 | 462/18 464/8 469/12 | 456/16 483/1 |
| 479/24 479/24 | 404/7 404/21 413/16 | 472/13 472/15 | **prevent** **[1]**   433/22 |
| 479/25 480/2 | 413/23 422/2 424/1 | **portion** **[4]**   409/24 | **previous** **[3]**   442/7 |
| **perimeters** **[1]** | 424/4 440/23 441/8 | 436/16 446/24 | 445/5 448/15 |
| 455/6 | 442/19 442/24 | 458/22 | **previously** **[3]** |
| **perjury** **[2]**   430/17 | 443/23 444/24 | **portions** **[1]**   457/5 | 384/14 424/5 435/5 |
| 452/21 | 445/24 446/13 447/6 | **position** **[8]**   383/22 | **primary** **[1]**   434/1 |
| **permissible** **[1]** | 447/18 449/11 | 386/7 424/22 426/16 | **prior** **[6]**   431/5 |
| 471/14 | 449/21 465/5 468/10 | 444/16 444/19 | 433/14 433/16 |
| **permission** **[1]** | **played** **[48]**   381/7 | 450/21 468/23 | 439/13 464/4 468/18 |
| 483/23 | 381/21 381/24 | **positive** **[1]**   405/11 | **priority** **[3]**   382/7 |
| **permitted** **[3]**   430/6 | 382/16 383/8 383/25 | **possible** **[8]**   381/21 | 382/11 382/14 |
| 430/8 459/19 | 394/10 394/21 395/2 | 426/15 426/20 | **priority's** **[1]** |
| **person** **[8]**   383/11 | 398/21 399/4 399/21 | 428/22 471/14 478/3 | 382/11 |
| 394/22 399/15 | 400/11 401/9 402/3 | 483/16 484/1 | **probably** **[7]**   384/8 |
| 399/17 400/22 | 402/7 402/8 402/11 | **possibly** **[1]**   402/1 | 440/20 443/14 475/4 |
| 422/17 425/11 | 404/1 404/9 404/22 | **powder** **[1]**   419/22 | 483/5 483/6 485/6 |
| 438/11 | 405/9 405/23 412/16 | **pray** **[1]**   398/1 | **problem** **[1]**   415/2 |
| **personal** **[1]**   481/18 | 413/24 422/2 422/4 | **predict** **[3]**   477/18 | **Proceed** **[1]**   415/25 |
| **personally** **[3]** | 422/6 423/14 423/17 | 477/20 477/23 | **proceeding** **[3]** |
| 453/24 460/23 466/2 | 424/4 426/4 428/15 | **predicted** **[1]** | 480/9 480/12 481/10 |
| **personnel** **[1]** | 440/25 441/9 442/20 | 477/17 | **proceedings** **[3]** |
| 461/23 | 443/1 443/24 444/25 | **prediction** **[1]** | 471/16 485/8 486/5 |
| **persuasive** **[1]** | 445/25 446/14 | 476/16 | **process** **[5]**   460/7 |
| 423/3 | 446/20 447/7 447/19 | **prepare** **[1]**   457/23 | 460/9 476/17 476/19 |
| **Philip** **[1]**   482/21 | 449/22 465/6 480/7 | **present** **[8]**   378/2 | 478/14 |
| **phone** **[1]**   461/23 | 480/14 | 429/10 429/15 | **projectiles** **[1]** |
| **phones** **[1]**   475/11 | **playing** **[4]**   391/25 | 429/24 430/9 441/23 | 419/25 |
| **photo** **[5]**   438/8 | 392/18 467/2 468/13 | 479/13 482/12 | **prolonged** **[1]** |
| 439/4 439/12 439/13 | **plays** **[1]**   468/12 | **presenting** **[2]** | 476/24 |
| 450/5 | **plaza** **[3]**   463/23 | 393/2 393/3 | **proper** **[1]**   429/19 |
| **photograph** **[2]** | 465/1 465/10 | **president** **[60]** | **propulsion** **[1]** |
| 410/12 435/21 | **please** **[18]**   429/3 | 453/20 453/20 | 418/13 |
| **photographs** **[1]** | 430/17 430/22 | 454/22 455/14 | **prosecutor** **[1]** |
| 407/5 | 435/17 438/8 438/10 | 455/16 455/17 457/3 | 448/25 |
| **physical** **[2]**   405/5 | 439/6 439/11 441/25 | 457/22 457/22 | **protect** **[3]**   435/23 |
| 420/11 | 442/19 442/21 | 458/15 458/25 459/6 | 436/12 441/3 |
| **physically** **[1]** | 443/17 444/24 448/1 | 459/12 459/19 | **protectee** **[2]** |
| 428/4 | 452/9 452/21 457/2 | 460/10 460/14 | 465/21 475/17 |
| **pick** **[1]**   428/20 | 482/4 | 460/23 461/25 463/5 | **protectee's** **[1]** |
| **picture** **[2]**   423/21 | **plow** **[1]**   429/20 | 465/21 466/9 468/16 | 454/14 |
| 464/19 | **plywood** **[2]**   441/3 | 468/22 468/24 469/6 | **protectees** **[9]** |
| **pieces** **[1]**   435/23 | 441/5 | 469/10 469/12 | 454/11 454/25 455/8 |
| **PIERCE** **[7]**   375/2 | **point** **[30]**   380/21 | 469/16 470/1 470/5 | 455/11 455/18 |
| 375/3 417/18 483/7 | 385/10 385/22 | 470/9 470/16 471/4 | 459/12 469/1 469/5 |
| 483/13 483/17 | 387/16 388/18 | 471/9 471/15 472/6 | 470/17 |
| 484/10 | 388/19 389/2 390/7 | 472/10 472/25 473/7 | **protecting** **[5]** |
| **place** **[10]**   397/10 | 392/25 396/1 400/20 | 473/20 473/23 474/2 | 450/15 453/19 |
| 403/17 415/10 | 403/19 406/1 411/11 | 474/6 474/6 474/7 | 453/22 463/4 469/2 |
| | 430/2 430/5 431/17 | 474/12 474/15 | **protection** **[2]** |
| | 434/1 436/11 436/13 | 474/21 474/23 475/1 | 455/18 466/9 |

**P**

protester [1]
  426/11
protesters [9]
  424/11 424/14
  425/14 426/8 426/16
  436/20 468/18
  468/20 481/21
protesters/demonstrators/rioters [1]
  426/16
provide [2]   431/23
  431/25
provided [1]   383/21
providing [1]
  461/20
proximity [1]   461/9
public [3]   421/21
  478/22 478/24
publish [11]   378/22
  381/6 384/12 403/12
  405/22 407/25
  408/15 412/14
  435/17 438/4 440/2
published [3]
  419/15 419/16 438/6
pull [6]   412/21
  419/4 440/22 455/21
  466/25 476/2
purpose [2]   401/5
  433/21
push [7]   385/11
  387/5 408/18 410/20
  441/2 441/14 441/16
pushed [9]   407/8
  420/20 420/22
  450/13 450/16
  450/18 450/20
  450/25 473/5
pushing [7]   410/10
  412/2 438/1 441/17
  441/19 441/20 443/6
put [7]   414/24
  418/9 439/14 459/4
  459/18 462/25
  468/22

**Q**

quality [1]   428/17
questionable [1]
  428/11
queued [1]   452/2
quick [2]   402/9
  482/14
quieted [1]   406/18
quite [1]   474/21

**R**

rack [5]   387/23
  462/11 464/24
  465/11 465/14
racks [1]   387/20
radio [6]   378/20
  382/12 382/13
  424/10 429/12
  463/13
radios [1]   403/25
railing [4]   420/22
  434/23 436/13
  437/23

raise [3]   430/12
  452/16 482/14
raises [1]   485/5
ranks [1]   423/6
rate [2]   404/3
  418/12
rather [1]   423/3
ratio [4]   386/1
  386/2 395/9 395/9
react [1]   443/3
reaction [2]   380/13
  438/23
read [3]   456/16
  456/25 467/25
realize [1]   380/8
reasons [2]   474/12
  483/16
recall [4]   463/12
  463/13 469/9 481/23
receive [3]   378/20
  461/15 463/9
received [5]   378/24
  461/12 462/5 462/5
  473/6
receiving [9]
  461/17 461/18
  461/22 461/24 462/4
  463/11 463/15
  463/17 463/21
recess [3]   429/22
  481/3 481/15
recessed [1]   480/24
recesses [1]   480/23
recognize [19]
  388/16 388/24
  397/19 397/20 407/5
  419/9 420/4 436/2
  441/22 442/5 443/19
  444/9 445/3 446/7
  446/21 447/8 448/9
  448/11 449/13
recommended [1]
  471/22
reconvene [1]   429/9
record [6]   429/11
  429/13 429/17
  429/23 430/23 486/5
records [1]   429/15
recruit [1]   423/10
Recruiting [1]
  423/10
red [7]   385/5 398/1
  462/21 466/7 469/23
  469/24 479/17
redacted [2]   456/20
  456/22
redactions [3]
  456/8 456/9 456/23
redirect [3]   376/6
  427/21 452/6
refer [3]   417/5
  456/3 466/14
reference [1]
  469/23
referenced [3]
  439/8 442/22 457/16
referred [2]   476/25
  477/10
referring [11]

382/1 384/2 386/19
  388/9 388/20 388/21
  389/4 404/20 412/19
  425/17 441/6
reflect [1]   389/14
reflected [2]   390/5
  390/9
refresh [1]   379/1
regard [1]   423/7
Region [2]   454/8
  472/12
reinforcements [4]
  405/4 411/17 411/18
  412/4
related [2]   461/13
  483/16
relationship [1]
  455/2
relatively [1]
  482/17
release [1]   483/22
relevance [4]   475/6
  475/10 475/14 477/2
relevant [2]   475/22
  484/18
relied [1]   463/3
relocate [3]   468/15
  468/22 468/24
relocated [1]   481/2
remain [5]   430/12
  452/16 470/9 470/18
  473/7
remember [4]   380/22
  391/5 391/6 393/6
remind [1]   397/2
removing [1]   472/15
reorient [2]   403/13
  403/16
repeat [5]   381/17
  395/24 397/8 416/7
  450/9
rephrase [1]   410/23
reported [3]   379/10
  379/11 405/16
Reporter [3]   375/22
  375/23 486/3
represent [6]   389/8
  390/12 390/12 398/9
  413/8 417/18
representation [5]
  435/8 439/23 442/10
  445/8 448/18
represented [2]
  483/13 483/17
represents [1]
  390/13
requested [1]
  484/10
requesting [2]
  382/3 483/14
required [3]   393/22
  476/23 477/8
requires [1]   482/15
research [1]   482/11
resemblance [1]
  399/13
respect [3]   443/11
  444/5 446/25
respond [6]   379/15
  379/16 379/23 387/9

392/3 474/8
responded [6]
  384/19 386/15
  416/16 431/25 432/2
  472/14
responding [3]
  381/11 384/3 391/7
response [3]   383/11
  465/16 480/16
rest [1]   484/3
restart [1]   446/18
restricted [8]
  389/3 391/12 455/6
  464/20 466/3 466/6
  470/3 471/17
results [1]   472/22
resume [1]   471/15
retreat [1]   414/9
retreated [3]   414/8
  414/10 415/9
retreating [1]
  397/10
return [5]   471/10
  471/15 472/7 472/10
  472/20
returning [2]
  436/23 436/24
review [4]   435/5
  442/7 445/5 448/15
reviewed [1]   464/4
rides [2]   427/10
  427/13
rifle [1]   413/3
right [29]   378/12
  381/23 391/9 392/20
  394/11 394/20
  405/17 409/5 417/13
  426/5 426/24 428/5
  430/12 430/13 439/7
  441/6 448/2 450/16
  452/16 467/22
  467/23 468/8 477/24
  480/8 480/15 480/24
  481/10 481/11 483/3
rim [1]   408/13
rioter [1]   428/23
rioters [26]   380/16
  400/8 416/6 424/16
  424/17 424/18 425/1
  425/9 425/14 425/21
  426/16 427/3 433/22
  434/20 435/18
  436/25 437/2 437/6
  440/19 443/11
  444/16 446/25
  465/24 466/3 466/6
  471/16
rioting [1]   423/8
riots [2]   416/16
  465/16
risk [1]   465/24
roar [4]   380/25
  381/3 381/4 420/24
Robinson [2]   482/21
  483/4
ROGER [2]   375/2
  417/17
role [1]   453/8
  454/18 460/7
roll [2]   426/3

**R**

roll... **[1]**   480/13
rolling **[1]**   423/15
Room **[1]**   375/24
ROOTS **[16]**   375/2
  376/5 376/10 376/14
  417/4 417/4 417/14
  417/17 424/1 427/24
  428/15 428/21
  429/11 429/19
  473/12 484/13
rough **[2]**   476/18
  478/5
roughly **[3]**   384/23
  395/12 470/10
round **[1]**   382/25
rounds **[1]**   437/14
route **[1]**   468/24
rule **[2]**   418/24
  429/14
running **[1]**   472/16
runs **[1]**   429/12
rush **[1]**   443/4

**S**

S-214 **[1]**   476/7
Sabre **[1]**   398/1
safe **[2]**   472/6
  472/7
safely **[1]**   472/20
sake **[1]**   424/17
same **[29]**   385/15
  386/25 387/1 387/5
  394/22 403/5 406/21
  407/10 407/13
  408/19 410/11
  410/17 410/18 411/5
  412/1 412/5 415/10
  416/10 416/18 420/9
  439/8 442/21 443/21
  446/4 446/11 448/13
  448/22 449/15 451/6
SAMUEL **[1]**   374/17
saw **[9]**   385/4
  385/19 391/1 391/2
  391/6 391/21 406/3
  420/4 479/18
saying **[10]**   381/10
  381/25 382/5 393/5
  393/15 395/5 404/14
  404/15 406/20
  432/22
scaffolding **[21]**
  389/3 390/13 390/16
  395/23 395/25 401/1
  409/3 434/14 434/16
  434/23 435/3 435/4
  436/7 436/10 436/17
  436/20 445/18
  445/19 445/22
  450/15 463/8
scale **[1]**   389/4
scenario **[1]**   421/22
scene **[8]**   421/23
  421/23 438/17
  438/18 443/9 444/1
  448/11 449/24
scheduled **[1]**
  455/15

scope **[1]**   479/19
scratch **[1]**   484/21
screen **[12]**   385/18
  392/20 394/4 394/9
  397/21 398/22 399/9
  401/10 458/19
  467/19 467/21
  471/25
scroll **[1]**   451/25
sea **[3]**   380/8
  380/10 403/21
seated **[2]**   430/19
  452/23
second **[7]**   401/15
  401/16 402/9 449/6
  452/4 458/12 458/21
seconds **[31]**   381/23
  382/15 386/18 388/1
  392/6 392/7 397/15
  397/20 405/7 405/8
  440/24 441/8 441/8
  442/4 442/24 442/25
  443/3 443/18 443/23
  443/23 445/24
  446/13 446/13
  446/19 449/12
  449/21 449/21 465/7
  467/1 468/11 468/25
Secret **[30]**   453/7
  453/8 453/12 453/14
  453/18 454/5 454/23
  455/5 455/7 455/10
  455/19 457/18 458/2
  460/14 460/22 461/1
  461/21 461/23 463/1
  465/20 466/9 469/1
  469/16 469/17 471/3
  472/13 472/14
  477/17 479/11
  479/18
section **[1]**   433/21
secure **[7]**   468/16
  469/18 469/21
  469/22 469/24 470/3
  472/5
securing **[1]**   469/13
security **[16]**   455/6
  455/7 461/13 462/7
  462/24 463/1 466/16
  466/20 466/23
  469/23 471/2 471/24
  471/24 472/9 475/15
  475/16
seeing **[2]**   389/3
  403/19
seem **[3]**   423/20
  428/4 438/24
seemed **[1]**   406/9
seems **[3]**   410/13
  423/24 467/24
Senate **[26]**   380/4
  380/6 434/17 454/12
  457/8 459/15 460/3
  460/11 461/1 468/1
  468/6 468/7 468/9
  468/19 469/17 471/4
  471/10 473/21
  473/24 474/4 474/11
  477/13 477/19 478/1
  478/4 481/12

Senators **[1]**   477/13
sense **[1]**   429/15
sent **[2]**   456/1
  457/6
separated **[1]**
  387/12
sergeant **[42]**
  381/13 384/2 387/11
  392/3 392/7 396/3
  396/24 398/3 398/23
  399/16 399/17
  399/19 408/11
  408/12 409/2 430/10
  431/1 437/19 440/8
  441/1 441/10 442/5
  442/21 443/3 443/19
  443/25 445/3 445/17
  446/1 446/15 446/21
  447/8 447/20 449/13
  449/23 450/6 450/11
  454/13 454/13 457/7
  477/19 478/1
serious **[1]**   419/2
serve **[1]**   415/21
served **[1]**   456/2
serves **[1]**   473/20
Service **[28]**   453/7
  453/9 453/12 453/14
  453/18 454/5 454/23
  455/5 455/8 455/10
  455/19 457/18 458/2
  460/14 460/22 461/1
  461/21 461/23 463/1
  469/1 469/16 470/17
  471/3 472/13 472/14
  477/17 479/11
  479/18
Service's **[2]**
  465/20 466/9
session **[4]**   374/8
  470/22 483/9 483/12
set **[6]**   378/23
  386/14 387/20
  434/16 464/24
  476/16
several **[6]**   396/13
  424/20 447/4 462/9
  462/15 472/4
SHALIN **[1]**   374/20
SHAUNI **[4]**   376/3
  378/4 417/15 427/21
sheet **[1]**   456/2
Sherman **[1]**   442/1
shield **[3]**   400/24
  412/3 440/21
shields **[2]**   380/24
  405/15
shift **[1]**   431/13
shoot **[3]**   382/24
  418/7 418/8
shooting **[1]**   418/25
short **[1]**   456/16
shortly **[3]**   387/13
  470/2 470/24
shot **[3]**   447/24
  448/22 450/6
shoulder **[2]**   394/18
  394/19
shouts **[1]**   422/5
show **[17]**   384/16

388/2 388/22 389/1
  391/11 391/12
  397/17 397/23 407/1
  407/7 407/8 407/10
  412/5 413/4 425/16
  450/22 458/25
showed **[1]**   385/6
showing **[4]**   384/14
  388/1 388/16 411/25
shown **[1]**   476/3
shows **[11]**   389/2
  389/3 397/24 397/25
  412/1 412/2 412/3
  414/6 414/7 463/25
  476/10
side **[34]**   379/9
  379/25 380/2 380/4
  380/4 380/6 380/9
  384/5 384/6 386/14
  402/19 434/15
  434/17 434/17
  447/22 460/11
  460/11 460/11 462/8
  462/14 462/17
  463/16 463/22
  464/16 464/17
  464/19 467/23 468/6
  468/6 468/7 468/19
  468/21 480/5 481/12
sidebar **[2]**   427/6
  475/12
sides **[1]**   478/4
signals **[2]**   381/12
  433/18
significance **[1]**
  446/24
signifies **[1]**
  462/21
signs **[1]**   383/10
silver **[1]**   408/11
similar **[1]**   397/3
sit **[1]**   437/23
site **[5]**   400/20
  454/21 460/20
  460/22 475/21
sits **[1]**   462/14
situations **[1]**
  461/6
six **[4]**   392/7
  440/23 441/8 449/21
size **[2]**   380/11
  380/12
skip **[1]**   384/13
slightly **[1]**   467/23
sling **[1]**   414/20
slowed **[2]**   423/24
  424/2
Slowly **[1]**   395/4
small **[1]**   397/5
smoothly **[2]**   478/14
  478/15
snow **[1]**   462/10
solemnly **[2]**   430/14
  452/18
somebody **[4]**   382/25
  387/22 393/22 399/9
someone **[10]**   394/17
  402/4 408/4 418/18
  418/21 421/5 421/11
  421/14 451/6 474/18

## S

**someone's [2]** 423/1
423/6
**sometime [4]** 470/24
471/7 480/24 480/25
**somewhat [1]** 406/8
**somewhere [5]** 379/2
386/10 397/9 468/6
481/14
**soon [1]** 485/4
**sore [1]** 427/14
**Sorrell [1]** 447/12
**sorry [11]** 381/17
384/12 393/20
395/24 441/18
444/18 449/6 450/9
470/16 483/2 483/20
**sort [11]** 380/25
383/12 386/25 389/5
391/9 394/17 402/24
432/20 434/14
444/16 484/20
**sound [3]** 403/23
423/20 428/17
**sounded [1]** 405/11
**sounds [2]** 419/18
481/11
**source [2]** 424/23
426/12
**space [2]** 469/9
479/12
**speak [6]** 403/25
474/19 477/14
480/17 480/21 481/7
**special [2]** 477/8
483/7
**specific [2]** 457/23
461/19
**specifically [2]**
391/5 454/17
**specifics [2]** 393/6
469/20
**speculate [1]**
456/23
**speculation [2]**
426/18 471/18
**speed [2]** 424/2
424/4
**spell [1]** 430/22
**spill [1]** 447/22
**spine [1]** 419/1
**split [1]** 436/15
**spoke [1]** 397/25
**spot [1]** 384/24
**spray [16]** 381/15
381/19 382/2 403/3
405/20 405/21 406/7
406/9 412/17 412/19
412/20 435/24
437/17 437/19
437/21 438/19
**sprayed [2]** 450/25
451/3
**spraying [2]** 405/18
405/20
**squad [1]** 448/2
**square [4]** 479/1
479/7 479/9 479/12
**stage [18]** 383/18

383/21 384/10 386/8
387/3 387/16 390/14
390/17 390/21
400/20 400/21 415/9
415/10 432/9 436/14
450/13 450/14
450/17
**staged [1]** 463/23
**stair [1]** 390/2
**staircase [20]**
386/15 386/19
387/19 388/8 388/20
389/3 389/23 392/21
395/10 395/13
395/15 403/4 403/7
407/10 414/11 420/5
424/6 424/8 426/25
427/25
**stairs [22]** 386/14
390/2 391/8 391/13
392/23 406/1 406/14
408/18 408/23
410/13 411/5 411/8
420/18 420/20
424/22 425/7 427/25
428/18 434/22 441/2
468/19 469/9
**stairway [2]** 391/12
424/14
**stairwell [23]**
431/18 432/10
432/12 433/22
433/25 434/10
434/11 434/20
436/11 436/17 437/3
439/1 440/9 440/14
441/23 443/21 444/3
446/3 446/4 447/14
448/13 450/12 451/7
**stand [2]** 420/3
430/11
**standing [9]** 389/20
389/21 390/2 397/7
401/21 403/8 430/12
452/16 479/22
**start [4]** 383/7
392/17 431/13
461/10
**started [5]** 431/21
461/15 462/3 482/9
485/4
**starting [7]** 386/13
387/17 389/8 407/25
415/14 447/22 467/1
**starts [1]** 429/20
**state [12]** 430/22
441/25 453/21 456/4
457/16 457/18
457/21 458/1 458/23
476/3 477/1 477/5
**states [18]** 374/1
374/3 374/11 409/7
453/7 453/12 453/18
453/23 454/23
454/25 455/5 455/11
460/13 464/7 468/1
470/17 473/20 478/2
**stating [1]** 478/23
**Station [1]** 374/15
**status [1]** 470/21

**stay [6]** 397/9
414/5 432/22 433/5
438/21 470/2
**step [5]** 430/12
432/19 432/19
437/25 482/4
**steps [23]** 387/4
387/7 387/15 387/17
387/22 387/24
390/20 390/21
390/22 390/25 391/3
392/15 409/24
432/23 434/17
437/13 438/2 439/19
441/12 443/5 444/4
449/19 469/10
**still [15]** 397/7
397/9 400/19 403/8
403/14 406/13 416/5
428/20 442/22 450/6
469/22 469/24 470/3
471/16 484/12
**stop [13]** 387/6
393/18 396/13
401/24 408/19
423/18 426/5 428/9
428/14 433/5 433/18
437/22 438/20
**stopped [5]** 384/15
397/10 406/14
437/24 438/12
**stops [2]** 382/12
382/14
**storm [3]** 402/12
422/7 428/16
**storms [1]** 466/19
**story [1]** 475/23
**strange [1]** 481/16
**strap [3]** 394/18
394/19 414/20
**Street [3]** 374/18
374/21 375/3
**Streeter [1]** 483/7
**stressed [1]** 404/4
**stretch [1]** 452/13
**strike [2]** 415/23
415/24
**stronger [1]** 397/4
**stuff [2]** 380/23
406/21
**submitting [1]**
483/14
**successful [2]**
406/8 406/8
**Suite [2]** 374/18
375/4
**summary [1]** 483/7
**sunglasses [3]**
392/12 399/14
409/22
**supervisor [3]**
454/21 460/21
460/22
**support [3]** 379/9
451/18 472/11
**supposed [3]** 390/12
459/1 459/6
**Supreme [1]** 378/17
**sure [25]** 386/20
392/12 396/1 409/4

409/13 418/20
418/23 421/7 421/13
425/13 426/14
427/12 433/5 438/9
442/23 447/2 453/19
457/2 458/20 461/22
464/18 467/22
468/14 483/18
483/24
**surprise [1]** 380/14
**surround [1]** 436/21
**surrounding [2]**
432/9 435/2
**surveillance [1]**
464/8
**sustain [2]** 415/24
475/24
**sustained [5]** 416/4
425/19 425/25 475/7
481/19
**sweeps [1]** 472/16
**sworn [1]** 452/17
**system [8]** 432/17
433/8 433/10 437/5
437/12 437/12
441/13 441/14
**systems [1]** 437/16

## T

**talked [12]** 390/14
402/21 402/22
415/11 418/1 418/2
418/10 418/24
420/24 421/17 424/6
427/9
**talking [8]** 378/7
390/16 399/17
404/24 407/11
407/13 410/18 420/2
**tarp [12]** 390/14
390/15 390/17 401/1
401/3 434/17 435/2
435/18 435/19
435/22 435/22
445/22
**task [3]** 386/25
386/25 416/13
**tasked [3]** 453/19
453/22 454/6
**TBD [1]** 476/13
**team [4]** 398/4
431/11 433/12
447/13
**tearing [1]** 435/22
**technically [1]**
473/23
**telling [1]** 393/14
**temple [1]** 418/21
**temporary [1]**
384/10
**term [4]** 380/25
400/3 425/1 480/2
**terms [6]** 385/19
386/1 417/10 422/16
469/21 483/22
**terrace [15]** 383/18
404/15 424/11
424/18 424/21
424/23 425/10
431/18 432/2 434/2

**T**

terrace... [5]
434/3 434/7 436/14
446/23 466/8
Terrified [1]
412/10
terrorist [2]
415/22 466/17
testified [3]   406/6
451/14 463/7
testifies [1]   485/6
testify [1]   430/6
testifying [1]
484/22
testimony [13]
421/20 426/24 427/2
429/2 429/3 430/15
452/8 452/9 452/19
481/15 482/4 482/5
484/18
testimony's [1]
427/3
the caldron [1]
392/4
thigh [1]   437/14
thinking [1]   404/2
Thomas [5]   483/20
483/21 483/25
484/17 484/22
thought [2]   383/19
466/13
thousands [3]   386/5
403/21 404/19
threat [2]   468/14
471/25
threatening [4]
423/4 423/7 423/9
423/10
three [4]   384/13
386/18 396/5 427/23
three-minute [1]
384/13
throughout [4]
453/15 454/7 454/14
472/12
throw [1]   420/14
throwing [2]   380/23
444/8
tie [1]   474/10
timeframe [2]
398/10 470/23
timeline [1]   478/5
times [6]   421/2
421/18 473/24
474/25 478/4 480/1
timing [2]   482/14
484/5
title [1]   453/8
to the [1]   392/19
today [5]   380/3
416/5 464/5 483/8
483/8
together [1]   379/19
told [4]   389/13
430/3 432/16 437/11
tomorrow [8]   482/9
482/17 483/9 484/3
484/6 484/14 484/24
485/4

tons [2]   434/2
434/5
took [2]   429/18
477/14
tools [1]   418/15
top [13]   398/22
399/9 403/4 409/21
409/23 433/25 434/9
439/19 441/11
444/23 455/22
458/12 479/8
topic [1]   452/1
touch [1]   458/19
toward [1]   378/15
378/17 383/23
418/25 419/19
423/16 428/10
428/13
towards [5]   403/3
412/3 440/11 444/22
463/8
traffic [1]   382/14
trained [1]   418/2
traitors [3]   393/14
406/22 416/11
transcript [2]
374/10 486/4
trapped [1]   468/23
treatment [1]
451/16
TRIAL [1]   374/10
tried [3]   383/1
437/8 437/9
trouble [1]   421/15
true [4]   427/10
456/7 478/10 486/4
truly [2]   430/14
452/18
truth [6]   430/15
430/16 430/16
452/19 452/20
452/20
try [5]   379/23
385/10 482/9 484/10
485/3
trying [11]   382/17
384/5 387/4 387/5
387/5 424/22 436/12
443/7 444/3 449/5
462/18
turn [3]   448/25
449/1 449/2
turned [2]   380/7
449/25
Twenty [1]   453/16
Twenty-four [1]
453/16
two [18]   382/23
384/1 386/21 388/14
390/3 412/23 412/25
421/23 437/14
442/24 443/2 449/11
449/21 478/3 481/22
481/22 482/17
483/16
type [3]   381/1
472/9 472/9
types [4]   382/23
416/8 416/8 461/18
typically [1]   430/7

**U**

U.S [12]   374/14
375/23 380/9 431/1
431/2 454/5 454/10
457/4 457/21 473/21
474/4 479/21
Uh [2]   378/18
395/22
ultimately [1]
472/22
unauthorized [10]
462/9 462/16 463/19
466/22 468/20
469/13 472/15
472/18 479/6 479/19
uncommon [1]   481/4
under [4]   429/14
430/16 452/20
455/18
underline [1]
458/19
underneath [2]
436/17 456/23
undesirable [1]
463/20
uniform [1]   430/8
uniformed [2]   430/6
430/7
uniforms [1]   430/7
uninvited [3]
466/22 468/14 472/2
unit [5]   411/22
417/21 417/21
417/21 431/12
UNITED [17]   374/1
374/3 374/11 409/7
453/7 453/11 453/18
453/23 454/23
454/25 455/5 455/11
460/13 464/7 468/1
470/17 473/20
units [5]   379/8
382/1 382/4 382/5
383/14
unknown [2]   462/9
466/21
unlikely [2]   482/23
483/1
unredacted [1]
457/5
up [80]   378/23
385/17 387/19
387/22 387/24 394/5
396/14 397/11
397/24 399/2 405/25
406/11 406/14
406/23 408/18
408/22 408/23 409/6
410/13 411/5 414/23
419/4 420/3 422/22
423/16 423/20
424/11 424/14
424/18 424/23
425/10 426/8 428/18
428/20 430/12
432/23 433/22
434/16 434/20
434/22 434/24
435/25 436/7 436/16

437/2 438/1 438/3
439/1 439/3 440/22
441/11 442/3 443/14
443/16 444/4 444/8
445/1 448/6 448/7
449/2 449/19 450/4
450/22 451/7 451/24
451/25 452/2 455/21
455/22 457/12
458/11 458/11
458/21 462/20
464/24 466/25
467/19 476/2 480/4
485/7
upcoming [1]   462/13
update [2]   482/13
482/16
updated [1]   461/6
updates [5]   461/10
461/19 463/9 463/11
463/12
upon [3]   462/24
479/12 479/24
upper [16]   383/18
424/11 424/18
424/20 424/23
425/10 426/6 428/24
431/17 432/2 434/1
434/7 446/23 465/2
466/7 468/2
USAO [2]   374/18
374/21
USAO-DC [1]   374/21
use [13]   382/23
412/21 414/25
416/14 418/2 425/1
436/20 457/18
457/20 457/21 472/3
478/20 480/2
used [4]   413/1
432/16 460/20 463/3
using [12]   393/2
398/1 400/24 406/6
421/8 428/8 428/8
435/23 441/3 441/13
441/14 458/19
usually [2]   421/23
480/1
utilize [1]   394/1
utilizing [7]   382/2
385/10 395/7 401/4
401/21 408/18 414/3
utterances [1]
429/16

**V**

vaguely [2]   422/12
464/23
vantage [7]   385/22
387/16 388/18
388/19 389/2 390/7
403/19
various [1]   428/9
vehicles [2]   464/22
464/23
verbal [4]   433/17
436/25 437/8 438/18
version [1]   423/24
vice [64]   453/20
454/21 455/14

**V**

vice... [61]   455/16
  455/17 457/3 457/22
  458/3 458/15 458/25
  459/6 459/12 459/19
  460/2 460/10 460/14
  460/23 461/9 461/25
  463/4 464/1 464/22
  465/15 465/21
  465/25 466/9 468/16
  468/22 468/24 469/6
  469/10 469/12
  469/16 470/1 470/5
  470/9 470/16 471/3
  471/9 471/15 472/6
  472/10 472/25 473/7
  473/20 474/2 474/6
  474/6 474/7 474/12
  474/14 474/20
  474/23 475/1 475/9
  475/15 475/17
  475/19 475/21 476/7
  476/10 479/12
  479/19 481/2
vicinity [1]   465/13
victim [1]   450/23
video [77]   391/25
  392/8 392/18 394/10
  394/21 395/2 398/5
  398/7 398/9 398/21
  399/4 399/21 400/11
  400/22 401/9 402/3
  402/7 402/11 404/1
  413/6 413/11 413/13
  413/24 413/25 414/5
  414/23 422/6 422/18
  423/14 423/17
  423/21 426/4 440/25
  441/9 442/4 442/19
  442/20 442/24 443/1
  443/2 443/18 443/23
  443/24 444/24
  444/25 445/24
  445/25 446/13
  446/14 446/18
  446/20 447/6 447/7
  447/18 447/19
  448/16 449/18
  449/22 463/25 464/7
  465/3 465/6 465/8
  466/25 467/2 467/3
  467/6 467/8 468/3
  468/6 468/12 468/13
  468/25 480/5 480/7
  480/11 480/14
videos [1]   420/7
view [2]   390/20
  400/2
viewed [1]   398/5
violation [1]
  483/22
violence [2]   381/5
  387/6
violent [3]   379/12
  385/7 406/22
visible [1]   390/6
visit [8]   453/21
  454/22 455/15 458/3
  458/13 459/19 460/3

465/21
visited [1]   474/25
visiting [6]   455/11
  455/14 457/21
  457/22 460/23
  474/21
visitor [1]   458/13
visitors [1]   458/15
visits [5]   454/11
  454/24 455/19
  459/15 474/21
vocals [1]   428/8
voice [4]   381/8
  422/7 422/10 422/21
volume [3]   383/6
  401/25 448/25
vote [4]   460/6
  477/11 477/22
  478/18
votes [5]   470/22
  471/12 472/20 477/5
  481/14

**W**

Waldo [1]   383/14
walked [1]   399/9
Walnut [1]   374/18
war [1]   415/19
warnings [3]   382/18
  383/3 383/4
Washington [4]
  374/5 374/16 374/22
  375/25
watching [2]   443/3
  443/9
waved [1]   449/25
waving [4]   408/2
  411/17 449/20 450/7
way [15]   379/1
  393/14 395/8 425/6
  430/2 432/10 434/22
  441/11 441/15
  441/16 441/19
  449/19 462/11
  462/12 471/12
ways [2]   382/23
  456/22
weapon [4]   394/1
  414/24 432/17
  437/12
weapons [1]   472/1
wear [1]   430/3
wearing [14]   392/13
  394/14 394/24
  399/13 401/13
  401/16 408/6 409/16
  409/17 411/14
  411/15 413/14 420/7
  436/4
weather [1]   466/18
Wednesday [3]
  391/21 457/4 465/4
week [2]   483/11
  485/7
weekend [1]   482/16
Welcome [1]   378/3
weren't [4]   409/16
  421/8 424/14 437/16
west [25]   379/5
  379/6 379/8 379/12

379/15 379/21
  383/18 404/15
  424/20 431/17
  431/25 432/2 432/5
  434/2 434/3 434/7
  436/14 446/23
  447/21 462/8 462/12
  462/14 463/16
  464/16 466/8
what's [27]   384/14
  388/18 388/22 392/1
  397/18 397/20 399/1
  399/5 399/5 400/25
  401/13 401/18 407/2
  408/6 409/19 409/24
  410/19 413/2 413/5
  438/17 439/12 453/8
  460/2 465/2 468/2
  468/12 483/19
whatsoever [1]
  475/19
white [2]   390/15
  400/25
who's [5]   398/2
  399/10 399/15
  458/13 483/13
whole [2]   430/15
  452/19
wide [1]   389/23
wife [1]   455/14
windows [1]   447/3
wiping [1]   399/8
within [8]   412/12
  433/12 463/19
  468/16 469/22
  469/24 470/9 470/18
without [4]   383/2
  469/20 473/8 483/23
witness [22]   376/2
  388/23 397/17 413/4
  417/3 417/5 419/6
  429/1 429/9 429/25
  434/25 441/1 443/25
  445/2 448/8 452/14
  452/24 475/21 479/3
  482/23 482/25 483/7
witness' [1]   415/24
witnesses [6]
  482/17 482/22
  483/11 483/12 484/7
  484/12
wooden [2]   400/12
  400/16
Woodland [1]   375/4
word [3]   383/5
  460/20 478/20
words [3]   417/6
  417/8 467/25
work [4]   417/24
  462/6 466/12 479/21
workday [1]   430/8
worked [2]   437/22
  437/22
working [6]   382/20
  385/12 431/4 437/16
  453/24 454/1
worksheet [7]
  457/16 457/19
  457/20 457/21 458/2
  458/23 476/3

worried [1]   404/5
write [1]   456/5
wrote [1]   456/25

**Y**

year [3]   431/4
  453/13 454/24
years [2]   431/6
  453/16
yell [1]   393/2
yelled [3]   416/12
  421/7 422/25
yelling [5]   380/23
  395/7 402/5 422/16
  428/16

**Z**

zero [1]   467/1
zone [1]   415/20