```
1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2
      - - - - - - - - - - - - - - - x
3     THE UNITED STATES OF AMERICA,
                                          Criminal Action No.
4                 Plaintiff,             1:21-cr-00026-CRC-1
                                          Friday, April 14, 2023
5     vs.                                 9:12 a.m.
                                          *MORNING SESSION*
6     CHRISTOPHER ALBERTS,

7                 Defendant.
      - - - - - - - - - - - - - - - x
8

9     _____

10                    TRANSCRIPT OF JURY TRIAL
          HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                   UNITED STATES DISTRICT JUDGE
      _____
12
      APPEARANCES:

13    For the United States:      JORDAN ANDREW KONIG, ESQ.
                                   U.S. DEPARTMENT OF JUSTICE
14                                 P.O. Box 55
                                   Ben Franklin Station
15                                 Washington, DC 20044
                                   (202) 305-7917
16                                 jordan.a.konig@usdoj.gov

17                                 SAMUEL DALKE, ESQ.
                                   DOJ-USAO
18                                 228 Walnut Street, Suite 220
                                   Harrisburg, PA 17101
19                                 (717) 221-4453
                                   samuel.s.dalke@usdoj.gov

20                                 SHALIN NOHRIA, ESQ.
                                   UNITED STATES ATTORNEY'S OFFICE
21                                 601 D Street NW
                                   Suite Office 6.713
22                                 Washington, DC 20001
                                   (202) 344-5763
23                                 shalin.nohria@usdoj.gov

24

25    (CONTINUED ON NEXT PAGE)
```

```
 1    APPEARANCES (CONTINUED):

 2    For the Defendant:            JOHN M. PIERCE, ESQ.
                                    ROGER ROOTS, ESQ.
 3                                  JOHN PIERCE LAW P.C.
                                    21550 Oxnard Street
 4                                  Suite 3rd Floor OMB #172
                                    Woodland Hills, CA 91367
 5                                  (213) 400-0725
                                    jpierce@johnpiercelaw.com
 6                                  rroots@johnpiercelaw.com

 7
      Court Reporter:              Lisa A. Moreira, RDR, CRR
 8                                 Official Court Reporter
                                   U.S. Courthouse, Room 6718
 9                                 333 Constitution Avenue, NW
                                   Washington, DC  20001
10                                 (202) 354-3187

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          I N D E X

2
     WITNESS                                          PAGE
3
     OFFICER DALLAS BENNETT
4         (By Mr. Nohria)................................508
          (By Mr. Roots).................................524
5         (By Mr. Nohria)................................529

6    SERGEANT PHILIP ROBINSON
          (By Mr. Konig).................................531
7         (By Mr. Roots).................................559
          (By Mr. Konig).................................568
8
     SPECIAL AGENT CHRISTIPHER STREETER
9         (By Mr. Dalke).................................577

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, we're back on
 3      the record for Criminal Case 21-26, United States of America
 4      vs. Christopher Alberts.
 5              THE COURT:  All right.  Good morning, everybody.
 6      Happy Friday.
 7              Will Mr. Dalke be joining us?
 8              MR. KONIG:  He will, Your Honor.
 9              THE COURT:  Okay.
10              MR. KONIG:  He and Special Agent Streeter are
11      finishing their preparations, but they should be back in
12      during proceedings today.
13              THE COURT:  Great.
14              Mr. Pierce, Mr. Roots, this is becoming a second
15      home.
16              MR. PIERCE:  Yes, Your Honor.
17              THE COURT:  When's that case going to end?
18              We're off the record.
19              (Discussion off the record)
20              (Jury enters courtroom)
21              THE COURT:  Good morning, ladies and gentlemen.
22              JURY IN UNISON:  Good morning.
23              THE COURT:  Happy Friday.
24              All right.  Mr. Konig?
25              MR. KONIG:  It will be Mr. Nohria.
```

```
 1                 THE COURT:  Mr. Nohria.  Sorry.

 2                 MR. NOHRIA:  It's okay, Your Honor.

 3                 The government calls Officer Dallas Bennett to the

 4     stand.

 5                 THE COURT:  A lot of faces out there.

 6                 MR. NOHRIA:  Yes.

 7                 THE COURT:  All right.  Step right up, sir.

 8                 Good morning.

 9                 THE WITNESS:  Good morning.

10                 THE COURT:  If you could remain standing and raise

11     your right hand.

12                     OFFICER DALLAS BENNETT, Sworn

13                          DIRECT EXAMINATION

14     BY MR. NOHRIA:

15     Q.  Good morning.  Could you please state and spell your

16     name for the record.

17     A.  I am Dallas Bennett; D-A-L-L-A-S, B-E-N-N-E-T-T.

18     Q.  And what is your current occupation?

19     A.  I'm a police officer with the D.C. Metropolitan Police

20     Department.

21     Q.  And how long have you been with the D.C. police?

22     A.  It will be five years in June.

23     Q.  What is your current assignment?

24     A.  I'm a patrol officer.

25     Q.  And have you always been a patrol officer?
```

1    A.  Yes.

2    Q.  Okay.  And do you have any other collateral duties?

3    A.  Yes.  I'm also CDU certified.

4    Q.  And what does "CDU" stand for?

5    A.  It's our civil disturbance unit.

6    Q.  Now, is MPD part of the same organization as U.S.

7    Capitol Police?

8    A.  No.

9    Q.  Okay.  So is the MPD CDU different than the Capitol

10   Police CDU?

11   A.  Yes.

12   Q.  Okay.  Now, could you give a basic description of the

13   CDU and what the purpose is.

14   A.  Our purpose is generally for First Amendment assemblies

15   or any time there's a large amount of people in D.C.

16   Q.  And do you receive any special training as being a part

17   of the CDU?

18   A.  Yes.

19   Q.  And could you just briefly describe that training.

20   A.  Just dealing with large crowds, protests, riots.

21   Q.  Do you receive any special gear as being part of a CDU?

22   A.  I do.

23   Q.  And could you please briefly describe what that special

24   gear might be.

25   A.  Yes.  We receive a helmet with a plastic visor that

1   attaches to it, a gas mask, an expandable baton, and some

2   other PPE for chemical attacks.

3   Q.  And when you say "PPE," what does that mean?

4   A.  Rubber boots, the Tyvek suits, goggles.

5   Q.  And are you also equipped with a body-worn camera?

6   A.  Yes.

7   Q.  Now, apart from being a member of MPD, are you part of

8   any other government agency, or were you on January 6th --

9   A.  Yes.

10  Q.  -- of 2021?

11  A.  I was in the D.C. Air National Guard.

12  Q.  And what do you do as part of being in the D.C. Air

13  National Guard?

14  A.  I was a weather forecaster.

15  Q.  Would that be like D.C. weather, or what exactly did you

16  do as part of that?

17  A.  I would brief pilots, specifically F-16 pilots, on

18  weather.  There's a mission that D.C. Air National Guard has

19  where it protects the air space over D.C. and the general

20  area.

21  Q.  I'd like to bring you to January 6th of 2021.  Now, were

22  you on duty that day?

23  A.  Yes.

24  Q.  And when did your shift start?

25  A.  7:30 in the morning.

1    Q.   And where were you initially assigned at 7:30?

2    A.   We were assigned to Trump Hotel.

3    Q.   And what was your purpose or mission, I guess, at that

4    location?

5    A.   We were to be highly visible.  There were a lot of

6    people out.  So they wanted us outside of our cars so that

7    people could see that we were there.

8    Q.   When you say "we," who do you mean?

9    A.   Police officers.

10   Q.   Okay.  And were these members of the MPD civil

11   disturbance unit?

12   A.   Yes, CDU 71.

13   Q.   Okay.  And 71 is just your unit designation?

14   A.   Yes.

15   Q.   Now, did you end up staying at that location for the

16   entire day?

17   A.   No.

18   Q.   And why did you shift locations?

19   A.   We had heard on the radio a supervisor used a radio code

20   10-33, which means that an officer needs help.

21   Q.   And what did you do in response to that 10-33, that

22   request for assistance?

23   A.   We got back in our cars, and we responded to the Capitol

24   building.

25   Q.   Okay.  Now, once you arrived at the Capitol building,

1    are you aware of what area you arrived at?

2    A.  We arrived on the lower east side.

3    Q.  Okay.  And that's the east side of the Capitol building?

4    A.  Yes.

5    Q.  And then did you stay on the east side of the Capitol

6    building?

7    A.  No.  We moved around to the lower west side of the

8    Capitol building.

9    Q.  Okay.  Now, once you arrived at the lower west side of

10   the Capitol building, what did you find?

11   A.  We saw officers -- I saw officers that appeared to have

12   been -- someone used chemical irritant on them.  Their eyes

13   were red.  They were wiping their eyes.  And I also saw a

14   large amount of protesters.

15   Q.  And, Officer, if you could just make sure to keep your

16   voice up.

17   A.  Sorry.

18   Q.  After you saw the officers rubbing their eyes from the

19   chemical irritant, what did you do?

20   A.  We put on our gas masks, and we formed a police line.

21   Q.  Could you just briefly describe what the purpose of the

22   police line is.

23   A.  It's to create a visible line of law enforcement to

24   indicate to civilians that you can't go past that point.

25   Q.  Now, once you formed this police line, what, if any,

1    actions did you guys take?

2    A.  We would move forward.  I saw people entering the

3    building, so we moved forward to cut off access to some

4    stairs that led to a door where people, protesters, were

5    going in and out of.

6    Q.  Okay.  And you mentioned a door, and you mentioned a

7    building.  Is this the U.S. Capitol building?

8    A.  Yes.

9    Q.  And when you say "a door," do you mean the entranceway

10   to the U.S. Capitol building?

11   A.  Yes.

12   Q.  And when you say "people," who are you referring to?

13   Law enforcement?

14   A.  No, protesters.

15   Q.  Okay.  Now, how would you -- how did the number of

16   protesters compare to the number of law enforcement on

17   scene?

18   A.  There were very -- there were a lot more protesters than

19   there were law enforcement.

20            (Interruption)

21            THE COURT:  (To the jury) Just keeping you on your

22   toes, ladies and gentlemen.

23   Q.  I'm sorry, could you repeat that?

24   A.  Yes.  There were a lot more protesters than there were

25   police officers.

1    Q.  And how were the protesters -- what was their behavior

2    and demeanor?

3    A.  There was a lot of yelling; someone was spraying a fire

4    extinguisher; and there was a group of protesters building a

5    make-shift wall out of bike racks for the scaffolding they

6    were using for the inauguration seating.

7    Q.  And what was the purpose of that wall, as far as you

8    could tell?

9    A.  It was so that we couldn't -- it was to keep us from

10   going towards them.

11   Q.  And was this when you were trying to establish that

12   police line in front of the Capitol building entranceway?

13   A.  Could you say that one more time?

14   Q.  Sure.  Was this -- were they building the wall while you

15   were trying to establish the police line in front of the

16   Capitol building entranceway?

17   A.  Yes.

18   Q.  Now, were these your official duties for the day?

19   A.  Yes.

20   Q.  And were you assisting Capitol Police in the performance

21   of their official duties?

22   A.  Yes.

23             MR. NOHRIA:  Can we bring up Government's Exhibit

24   112 for the witness.  And that's a photo.  And, if possible,

25   Ms. Kozaczuk, can we zoom in on the top.

```
 1                 Perfect.  Thank you.

 2   Q.  Do you recognize this?

 3   A.  Yes.

 4   Q.  Is this a still shot from a body-worn camera?

 5   A.  Yes.

 6   Q.  Have you had a prior opportunity to review this exhibit?

 7   A.  Yes.

 8   Q.  And is this a fair and accurate representation of the

 9   events on that day?

10   A.  Yes.

11             MR. NOHRIA:  Your Honor, at this time the

12   government would move Exhibit 112 into evidence.

13             MR. ROOTS:  No objection.

14             THE COURT:  So moved.

15   Q.  Now, Officer Bennett, do you know what time this still

16   shot is taken?

17   A.  3:44 in the afternoon.

18   Q.  Sorry, could you -- was that a.m. or p.m.?

19   A.  P.M.

20   Q.  And how do you know that?

21   A.  There's a time stamp in the top-right corner.

22   Q.  And do you recognize the individual I've just circled

23   here?

24   A.  Yes.

25   Q.  And how do you recognize that individual?
```

1    A.   I saw that person on Capitol grounds that day.

2    Q.   And do you recognize that individual in the courtroom

3    here today?

4    A.   Yes.

5    Q.   And could you please identify them by referencing an

6    article of clothing and by pointing to their location?

7    A.   The gentleman sitting over there with the blue shirt,

8    dark blue tie, and a black suit.

9              MR. NOHRIA:  Your Honor, may the record reflect

10   the witness has identified the defendant?

11             THE COURT:  It may.

12   Q.   Now, what sort of outfit was the defendant wearing on

13   that day and time?

14   A.   It appeared to be some sort of body armor vest, a

15   backpack, and a gas mask bag.

16   Q.   Okay.  And what color was the defendant's clothing?

17   A.   He was wearing a dark-colored hoodie and -- I can't

18   recall what color his pants were, but I'm sure it will be in

19   my video.

20   Q.   Thank you.

21             MR. NOHRIA:  And can we take that down, please.

22             And can we bring up Government's Exhibit 323 for

23   the witness.  And can we bring the video for the witness to

24   two minutes and 52 seconds or 53 seconds.

25             Perfect.  Thank you.

```
1    Q.  Officer Bennett, do you recognize this?

2    A.  Yes.

3    Q.  And is the left-hand-side video a still shot or, I

4    guess, a paused portion of your body-worn camera?

5    A.  Yes.

6    Q.  And is the right-hand portion a video of an open source

7    video?

8    A.  Yes.

9    Q.  And have you had a prior opportunity to review both of

10   these exhibits?

11   A.  Yes.

12   Q.  And apart from having been combined to be side by side,

13   are they a fair and accurate representation of the events on

14   that day?

15   A.  Yes.

16   Q.  And by "that day," I mean January 6th of 2021.

17   A.  Yes.

18           MR. NOHRIA:  Your Honor, at this time the

19   government would move Exhibit 323 into evidence.  And I'll

20   just say, the government would also like to move the

21   underlying exhibits of 104 and 314 into evidence at this

22   time.

23           MR. ROOTS:  We have no objections at the moment

24   given this presentation.

25           THE COURT:  So moved.
```

1    Q.  And, Officer Bennett --

2              MR. NOHRIA:  And I actually want to confirm, the

3    jury can see this video, correct?

4              JURY:  (Nodding).

5              MR. NOHRIA:  Okay.

6    Q.  Officer Bennett, can you circle the defendant in this

7    video?

8    A.  (Witness complies)  Yes.

9    Q.  Great.  And was he dressed in the same way that you saw

10   earlier?

11   A.  Yes.

12   Q.  And are you able to say when this video was occurring?

13   A.  If I could zoom in.

14             MR. NOHRIA:  Can we zoom in on the time stamp on

15   the left-hand portion of the screen.

16             Okay.  Never mind.

17             Can we actually rewind the video to, let's say,

18   two minutes.

19   Q.  And, Officer, now are you able to see the -- are you now

20   able to see the time stamp from the video?

21   A.  Yes.  It's 3:53.

22   Q.  And that's 3:53 p.m.?

23   A.  Yes.

24   Q.  Okay.  Great.

25             MR. NOHRIA:  Can we bring the video back to two

```
 1    minutes and 52 seconds, please.  Thank you.
 2                And could we play the video from two minutes and
 3    52 seconds to three minutes, please.
 4                (Video playing)
 5    Q.  Now, Officer, I've now paused the video at three
 6    minutes.
 7                Do you recognize yourself in this video?
 8    A.  I do.
 9    Q.  And could you please circle yourself in this video.
10    A.  (Witness complies)
11    Q.  Perfect.  Thank you.
12                MR. NOHRIA:  And could we resume playing this
13    video from three minutes to four minutes and five seconds.
14                (Video playing)
15                MR. NOHRIA:  And, I'm sorry, could we actually
16    pause the video.
17    Q.  And, Officer Bennett, could you circle the defendant on
18    both screens just to make sure it's clear for the jury.
19    A.  (Witness complies)
20    Q.  Perfect.  Thank you.
21                MR. NOHRIA:  And can we resume playing this video.
22                (Video playing)
23    Q.  Now, Officer Bennett, did the defendant make any
24    statements with regards to you and the other officers in
25    that scene?
```

1    A.   Yes.

2    Q.   And what, if any, statements did the defendant make?

3    A.   He was saying that he hopes -- he hopes that our oath --

4    that if our oath that we took contained anything about the

5    Constitution, that that would be disappointing.

6    Q.   And did the defendant call you treasonous in that scene?

7    A.   Yes.

8    Q.   Did he call you a communist in that scene?

9    A.   Yes.

10   Q.   And did he call you a motherfucker in that scene?

11   A.   Yes.

12              MR. NOHRIA:   Can we resume --

13   Q.   And, I'm sorry, did he also call you a domestic

14   terrorist in that scene?

15   A.   Yes.

16              MR. NOHRIA:   Could we resume playing the video and

17   play from four minutes and five seconds to five minutes and

18   25 seconds.

19              (Video playing)

20   Q.   Officer Bennett, did the defendant make any statements

21   with respect to his intentions towards the government in

22   that scene?

23   A.   Yes.

24   Q.   And what were those?

25   A.   That it is his duty to overthrow the government.

```
1              MR. NOHRIA:  Can we replay -- or, I'm sorry, not
2     replay.  Can we play the video from five minutes and 25
3     seconds to six minutes and 37 seconds.
4              (Video playing)
5              MR. ROOTS:  Your Honor, could I just lodge an
6     objection that we don't want the government punishing
7     Mr. Alberts for free speech.  He was clearly --
8              THE COURT:  Go to the phones.
9              (The following is a bench conference
10              held outside the hearing of the jury)
11             MR. ROOTS:  Yes, it's very clear that --
12             THE COURT:  Wait for Mr. Nohria.
13             Okay.
14             MR. ROOTS:  Yes, it's very clear that
15    Mr. Alberts -- basically his speech is becoming on trial,
16    not his actions.  This is borderline just prosecuting
17    someone for the content of his speech.
18             THE COURT:  Okay.
19             MR. NOHRIA:  Your Honor, that's --
20             THE COURT:  Overruled.  It goes to his intent.
21             (This is the end of the bench conference)
22             MR. NOHRIA:  And can we take the video back to
23    five minutes and 40 seconds and then restart to play.
24             (Video playing)
25    Q.  Now, Officer Bennett, did the defendant make any
```

1    statements with respect to his and the other rioters' plans

2    that day, or what they would do if you stepped aside and the

3    other officers stepped aside?

4    A.   Yes.

5    Q.   And what were those statements?

6    A.   That if we would just step aside, him and the patriots

7    would wipe out groups like Antifa like Desert Storm.  Like

8    it would happen quickly, two to three days, if we would just

9    step aside.

10   Q.   And did you take "Desert Storm" to be a military

11   reference to the military operation?

12   A.   Yes.

13   Q.   Now, how did the defendant end that monologue, I guess?

14   Did he ask you to take any action?

15   A.   He asked us to step aside.

16            MR. NOHRIA:  And can we replay the last ten

17   seconds starting at 6:25.  Or that's fine, right there.

18            So we're restarting the video at six minutes and

19   22 seconds.

20            (Video playing)

21   Q.   What were the defendant's final words to you in that

22   series?

23   A.   "It's time to choose a side."

24   Q.   Now, throughout that entire time when you were observing

25   the defendant, did he appear to be understanding what other

1   individuals were saying to him?

2   A.  Yes.

3   Q.  Did you see any indication that he was unable to hear

4   what other people were saying to him?

5   A.  No.

6   Q.  And why do you say no?  Why do you think that he was

7   able to hear what other rioters were saying to him?

8   A.  There was some back-and-forth between him and another

9   rioter.  He clearly understood what they were saying to him,

10  and he would respond back.

11  Q.  Now --

12          MR. NOHRIA:  And we can take down Government's

13  Exhibit 323.

14  Q.  Now, after the events in that video, what happened next

15  with you and your -- with you personally and your CDU unit?

16  A.  Eventually another group of officers got in front of us

17  that had a little bit better gear.  Some of them had the

18  plastic shields and the shoulder padding, which we didn't

19  have.

20          And we eventually pushed forward asking people to

21  move back.  But some rioters had grabbed some shields and

22  started taking them from the officers in front of me, and

23  there was -- there were several people doing that.

24          And eventually I found myself in the front of that

25  line where someone told me to "get the fuck back," and they

 1    grabbed my arm and pulled me to the ground where I was

 2    stepped on, on my leg and on my back.

 3              MR. ROOTS:  Your Honor, we just object that this

 4    might be misleading or a suggestion that Mr. Alberts had

 5    something to do with this.

 6              THE COURT:  Overruled.  You can explore that on

 7    cross.

 8    Q.  Now, Officer, after the rioters had stepped on your leg

 9    and back, did you require medical attention?

10    A.  Yes.

11    Q.  And how did that medical attention take place?

12    A.  I was assisted up off the ground.  I went towards where

13    we had originally got to, the lower west side of the

14    Capitol, where a fellow officer of mine walked me to an

15    ambulance.

16    Q.  Okay.  And to be clear, was Mr. Alberts, the defendant,

17    the individual who had stomped on you?

18    A.  No.

19    Q.  Okay.

20              MR. NOHRIA:  Actually, one moment, Your Honor.

21              (Pause)

22              MR. NOHRIA:  No further questions at this time.

23                        CROSS-EXAMINATION

24    BY MR. ROOTS:

25    Q.  Thank you, Officer Bennett.

1          You started out saying that you were assigned to

2     the Trump Hotel to be highly visible.  Do you recall that?

3     A.  Yes.

4     Q.  About how many officers were there at the Trump Hotel?

5     A.  I can't remember the exact amount, but it was more than

6     15.

7     Q.  Have you seen how many were -- how many officers were

8     stationed at the Capitol early in the morning?

9     A.  No.

10     Q.  In your assessment, would you say the Capitol was

11     understaffed compared to the Trump Hotel?

12          MR. NOHRIA:  Objection; lack of foundation.

13          THE COURT:  How about a time frame?

14     Q.  Would you say that, given your knowledge of events of

15     January 6th, that the Capitol could have benefited from some

16     more police staff?

17     A.  It's hard to say because I'm not a Capitol Police

18     officer, but it appeared that they needed our help.  So yes,

19     they needed more police officers.

20     Q.  The Capitol needed more police officers than the Trump

21     Hotel, it turns out?

22          MR. NOHRIA:  Objection, Your Honor; argumentative.

23          THE COURT:  Overruled.

24     Q.  Did the Capitol need more police officers, and maybe the

25     Trump Hotel fewer?

1   A.  Well, yes.

2   Q.  Most of the protesters at the Capitol on January 6th

3   were pro Trump, correct?

4   A.  Most of them, yes.

5   Q.  It wasn't likely they would attack the Trump Hotel, was

6   it?

7           MR. NOHRIA:  Objection, Your Honor; speculation.

8           THE COURT:  Overruled.

9   A.  It was not likely that they would attack Trump Hotel.

10          MR. ROOTS:  I would like to pull up just the

11  beginning of Government's 323, which was shown, just maybe

12  the beginning frame at two minutes and 50 seconds.

13          We could play it from either side.  Government's

14  323.

15          (To the jury) Sorry, I think both of us have to be

16  plugged into the system to get our -- but we're both showing

17  the same content mostly.

18          THE COURTROOM DEPUTY:  So who's showing it?  Thank

19  you.

20  Q.  Okay.  If you could just look at this picture.  Does

21  this look like a riot to you in this picture?

22  A.  Not at this moment.

23  Q.  Not at this moment.

24          Obviously there were some moments of violence on

25  January 6th?

1    A.  Yes.

2    Q.  But in this picture, at least, would you call this a

3    riot?

4    A.  No.

5    Q.  The protesters appear to be mostly standing?

6    A.  Yes.

7    Q.  Standing in one place.

8             Mostly trying to have their voices heard --

9    A.  Yes.

10   Q.  -- correct?

11            Holding banners and -- some of them appear to be

12   holding banners?

13   A.  Yes.

14   Q.  The statements that Mr. Alberts was making that "the

15   officers were stopping us from doing what's right."

16            Do you recall that?

17   A.  Yes.

18   Q.  That indicates an innocent intent on behalf of

19   Mr. Alberts, correct?

20            MR. NOHRIA:  Objection.

21            THE COURT:  Sustained.

22   Q.  At least what he was saying was that he was on the side

23   of what's right, and he was pursuing what's right.  Is that

24   what he said?

25   A.  Could you say that last part?

1   Q.  At least from his own perspective, he appeared to be --

2   in his own mind appeared to be doing what he thought was

3   right?

4   A.  Yes.

5   Q.  Now, he called you many names:  communist, terrorist,

6   motherfucker.  Did that hurt your feelings?

7   A.  No.

8   Q.  Are you used to that as a police officer?

9   A.  Yes.

10  Q.  Would you say that everything that Mr. Alberts was

11  saying right there was in the realm of protected speech?

12          MR. NOHRIA:  Objection.

13          THE COURT:  Sustained.

14  Q.  In some ways, he was advocating for you?

15          MR. NOHRIA:  Objection.

16          THE COURT:  I'll overrule that.

17  Q.  He was trying to persuade you with his content of his

18  statements to do things?

19  A.  Yes.

20  Q.  He wasn't forcing anything on you at that point,

21  correct?

22  A.  Correct.

23  Q.  He was trying to get -- change your mind about what you

24  were doing?

25  A.  Yes.

1    Q.  And isn't that protected advocacy?

2              MR. NOHRIA:  Objection.

3              THE COURT:  Sustained.

4              MR. ROOTS:  Thank you so much, Officer.  No

5    further questions.

6                        REDIRECT EXAMINATION

7    BY MR. NOHRIA:

8    Q.  Officer Bennett, you were asked on cross-examination

9    about sort of the ebbs and flows of the riot.

10             Is it typical in your understanding that an event

11   like a riot maintains a certain level of disturbance, or

12   does it sort of change depending on the time?

13   A.  It changes.

14   Q.  Now, immediately prior to interacting with the defendant

15   were you encountering rioters engaging in disruptive

16   conduct?

17   A.  Yes.

18   Q.  Were they piling on those bike racks and scaffolding to

19   create a wall?

20   A.  Yes.

21   Q.  And immediately after that, were you encountering

22   rioters who were acting violently towards you and other law

23   enforcement?

24   A.  Yes.

25   Q.  You were also asked on cross-examination about the

1   defendant trying to encourage you to take actions, correct?

2   A.  Yes.

3   Q.  Now, were those actions he was trying to encourage you

4   to do, were they to step aside so he could wipe out

5   individuals?

6   A.  Yes.

7   Q.  And was he going to attempt -- him and others were

8   saying they could wipe them out over the course of two to

9   three days?

10  A.  Yes.

11              MR. ROOTS:  Objection, Your Honor; protected

12  hyperbole.

13              THE COURT:  Overruled.

14  Q.  And was he saying that they could wipe out these

15  individuals in two to three days in some sort of military

16  operation akin to Desert Storm?

17  A.  Yes.

18  Q.  And at that time did he appear to be wearing body armor?

19  A.  Yes.

20  Q.  At that time did he appear to have a gas mask or a gas

21  mask bag?

22  A.  Yes.

23  Q.  Now, you were asked on cross-examination about what you

24  were used to as a police officer.  You're used to people

25  saying those kinds of things.

1              Were you used to having -- being called to -- were

2      you used to being called to the U.S. Capitol in that all-

3      hands-on-deck call?

4      A.  No.

5      Q.  How many times had that happened before?

6      A.  Never.

7              MR. NOHRIA:  No further questions.

8              THE COURT:  Okay.  Officer Bennett, thank you very

9      much for your testimony.  You're excused.  Don't discuss

10     your testimony in this case until the case is over.

11             THE WITNESS:  Yes, sir.

12             THE COURT:  Thanks.

13             MR. KONIG:  Your Honor, the government calls

14     Sergeant Philip Robinson.

15             THE COURT:  All right.  Sergeant Robinson, please

16     step up.

17             Good morning, sir.

18             THE WITNESS:  Good morning.

19             THE COURT:  Remain standing, and raise your right

20     hand to be sworn.

21                 SERGEANT PHILIP ROBINSON, Sworn

22                        DIRECT EXAMINATION

23     BY MR. KONIG:

24     Q.  Good morning, Sergeant Robinson.  Could you please

25     introduce yourself to the members of the jury.

1    A.   Good morning.  I'm Sergeant Philip Robinson.

2    Phonetically it's P-H-I-L-I-P; last name Robinson, R-O-B-I-

3    N-S-O-N.

4    Q.   And, Sergeant Robinson, where do you work?

5    A.   I work with the Metropolitan Police Department.

6    Q.   And what is your rank?

7    A.   I am a sergeant.

8    Q.   And how long have you been with the MPD?

9    A.   I've been -- I'm going on 11 years.

10   Q.   And are you with a particular unit or group of the MPD?

11   A.   Correct, yes.

12   Q.   And what's that?

13   A.   I work for the Second District patrol services, the

14   Georgetown area.

15   Q.   Okay.  And on January 6th of 2021, were you with the

16   Second District?

17   A.   Correct, yes.

18   Q.   Okay.  And do you have any secondary job assignments,

19   collateral job assignments?

20   A.   No.

21   Q.   January 6, 2021, were you at work that day?

22   A.   Yes.

23   Q.   Do you remember that day?

24   A.   Yes.

25   Q.   And were you called to the Capitol in connection with

1    your work that day?

2    A.  Yes.

3    Q.  About when did you arrive?

4    A.  We arrived, I want to say, around like 2:00-ish, between

5    1:00 and 2:00.

6    Q.  Did you actually go inside the Capitol?

7    A.  Yes.

8    Q.  And did you encounter rioters inside the Capitol?

9    A.  Yes.  Yes, we did.

10   Q.  Based on your perceptions while you were inside the

11   Capitol, did those individuals -- did they want to leave the

12   Capitol?

13   A.  No, they did not.

14   Q.  Okay.  And did they willingly leave?

15   A.  Willing -- it took a while, but we --

16               MR. ROOTS:  Your Honor, two objections.

17               One is Mr. Alberts is not --

18               THE COURT:  Go to the phones.  No speaking

19   objections, sir.

20               (The following is a bench conference

21                held outside the hearing of the jury)

22               THE COURT:  Okay.  Go ahead.

23               MR. ROOTS:  Mr. Alberts -- again, we object.  It's

24   irrelevant.  Mr. Alberts was not accused of being in the

25   Capitol.

1          And secondly, this witness is testifying about the

2     entire -- I guess all the protesters, what was their -- you

3     know, did they leave there willingly?  I think there's a lot

4     of proof across these January 6th cases many of them wanted

5     to get out.  Many of them did leave willingly.

6          THE COURT:  Mr. Konig, I assume this is general

7     background, and you're going to focus him on something about

8     Mr. Alberts?

9          MR. KONIG:  It is.  It is.  That was the last

10    question about inside the Capitol.

11         THE COURT:  All right.

12         And you can certainly make that point on cross-

13    examination, Mr. Roots.  Okay?

14         (This is the end of the bench conference).

15    BY MR. KONIG:

16    Q.  And did you then go outside the Capitol building?

17    A.  Yes.

18    Q.  And what was -- just quickly, what was your impression

19    of what you encountered once you got outside the Capitol?

20    A.  When I got inside --

21    Q.  Outside.

22    A.  Outside the Capitol?  There was a lot of protesters.

23    Q.  And have you responded to other protests before?

24    A.  Yes.

25    Q.  Was this the same as those protests, or different?

1    A.  This one was different.

2    Q.  How was it different?

3    A.  They were throwing things at us, throwing poles, hitting

4    us with OC spray.  There was a lot going on.

5    Q.  Were you wearing any type of protective gear that day?

6    A.  I was only wearing my vest and my helmet and a gas mask.

7    Q.  And did you have a shield with you that day?

8    A.  No, no shield.

9              MR. KONIG:  I'm going to ask to publish what's

10   been previously admitted as Government's 211.

11   Q.  Did you report to this location during the afternoon of

12   January 6, 2021?

13   A.  Yes.

14   Q.  And turning your attention to the individuals kind of in

15   the foreground of this picture, do you recognize who those

16   individuals might be?

17   A.  Yes.  Those are MPD officers.

18   Q.  Okay.  And can you tell what building is on the right

19   side of this picture?

20   A.  The Capitol.

21   Q.  And what time is this picture taken?

22   A.  It says 4:27 and 11 seconds p.m.

23   Q.  So at around this time would you have been at the same

24   location?

25   A.  Yes.

1    Q.  Okay.  What did you do at this location at that time?

2    A.  So we were just trying to move back the large crowd of

3    protesters and trying to hold our ground.

4    Q.  And were you eventually successful at moving them back

5    off that area?

6    A.  Eventually, yes.

7    Q.  Okay.  And then did you sort of, I guess, follow the

8    rioters away?

9    A.  Yes.

10   Q.  Okay.  Where did you go after you kind of cleared that

11   area of the Capitol grounds?

12   A.  So from there we went to the grassy area of the Capitol.

13   Then from the grassy area of the Capitol, we went towards

14   the parking lot.

15   Q.  Okay.  So when you were going towards the grassy area of

16   the Capitol --

17         MR. KONIG:  Let me publish what's been previously

18   admitted as Exhibit 432.

19   Q.  Did you and your fellow officers report to this area?

20   A.  Correct, yes.

21   Q.  Okay.  And was that after you were on the level that was

22   shown in the last exhibit?

23   A.  Correct, yes.

24   Q.  Okay.  And what can you generally see in this

25   Exhibit 432?

1   A.  So I see the scaffolding on the left-hand side.  I

2   see --

3   Q.  Let me interrupt you.  What is the state of the

4   scaffolding?

5   A.  I'm sorry, say what?

6   Q.  What is the state of the scaffolding?  Is it covered

7   with anything?

8   A.  Correct.  It's covered, I believe, with some sort of

9   white tarp.

10  Q.  Is it fully covered, or is the tarp -- does it appear to

11  be partially torn?

12  A.  Partially torn.

13  Q.  And can you see individuals sort of underneath that

14  scaffolding?

15  A.  Yes.

16  Q.  Who are they?

17  A.  Those are, I believe, either -- outside agencies in

18  black.

19  Q.  So are those law enforcement officers?

20  A.  Correct, yes.

21  Q.  And what were you and the other officers doing that's

22  depicted in this photograph?

23  A.  So we were trying to get the people that was on top of

24  the scaffolding down, to include those -- their stairwells.

25  Q.  And the people in this picture and in the general area,

1    were they being compliant?

2    A.  No.

3    Q.  What were they doing?

4    A.  Once again, they were throwing poles, bottles, and they

5    were -- I don't want to say aggressive, but they were

6    somewhat aggressive.

7              MR. KONIG:  And I'm going to ask Ms. Kozaczuk to

8    play what's been previously admitted as Exhibit 315.

9              (Video playing)

10             MR. ROOTS:  Your Honor, we just object.  Unfairly

11   prejudicial.  Mr. Alberts is not accused of doing any of

12   this.

13             THE COURT:  Overruled.

14             (Video playing)

15             THE COURT:  I'm sorry, Counsel, can we go to the

16   phones.

17             (The following is a bench conference

18              held outside the hearing of the jury)

19             THE COURT:  All right.  What's the relevance to

20   Mr. Alberts or any of the charges here?

21             MR. KONIG:  Your Honor, this has been admitted;

22   and also, I just paused it where Mr. Alberts has thrown a

23   bottle at the officers.

24             THE COURT:  Okay.  He's in this?

25             MR. KONIG:  Yes.

 1                    THE COURT:  Okay.  All right.  Proceed.

 2                    (This is the end of the bench conference)

 3                    MR. KONIG:  I'm going to ask Ms. Kozaczuk to go

 4       back about a second.

 5       Q.  And do you recognize the individual that I'm circling

 6       right there?

 7       A.  Yes.

 8       Q.  And how do you recognize him?  Have you seen him before?

 9       A.  He was wearing the same clothing from a stop that we did

10       after, after this.

11       Q.  And do you see him in the courtroom here today?

12       A.  Yes.

13       Q.  And could you identify him using an article of clothing

14       he's wearing?

15       A.  He's wearing a black suit with a blue shirt.

16       Q.  And in this photo and when you saw him, what was he

17       wearing?

18       A.  He was wearing a black hoodie or a black coat with a

19       camo bookbag.

20       Q.  And was he also wearing a hat?

21       A.  In this video footage, yes.

22                    MR. KONIG:  And let me clear this, and let me ask

23       Ms. Kozaczuk to go back about a second and a half, two

24       seconds.

25                    THE COURT:  Did you want the Court to acknowledge

1    an identification?

2              MR. KONIG:  This is Government's 315.  It was

3    paused at 16 seconds.  We're now --

4              THE COURT:  I meant an in-court identification.

5              MR. KONIG:  Oh, yes, Your Honor, thank you.  May

6    the record reflect that the defendant has been identified in

7    open court?

8              THE COURT:  It may.

9              (Video playing)

10   Q.  The individual that I circled, the individual that

11   you've identified as Mr. Alberts, what was he doing in that

12   film clip?

13   A.  He was throwing a water bottle.

14   Q.  And who was he throwing that water bottle at?

15   A.  At the officers.

16   Q.  Were they in uniform?

17   A.  Correct, yes.

18   Q.  You stated earlier that you were involved in an arrest

19   of the defendant that night.  Let me take you back just a

20   little earlier.

21              What were you involved in just before you

22   participated in that arrest?

23   A.  We were involved in pushing the protesters to the street

24   side.

25   Q.  Did you become aware that there was a curfew enacted by

1    the mayor?

2    A.  Correct, yes.  Multiple times.

3    Q.  Okay.  And how did you become aware personally that a

4    curfew was in effect?

5    A.  Well, the first time you can hear Mayor Bowser's voice

6    clear as day.  I don't know where those speakers was coming

7    from, but you can hear her saying, "Curfew is in effect.

8    Please vacate.  Go towards your place of residence at 6:00

9    p.m."

10   Q.  And even before that, did you receive a personal notice

11   about a curfew being enacted?

12   A.  Yes, on my cell phone.  It was like an AMBER Alert, an

13   emergency alert, in which I don't know how, but I was able

14   to get an emergency alert that said the same thing through

15   text.

16   Q.  And was that on your personal cell phone?

17   A.  My personal cell phone, yes.

18   Q.  And you were carrying that on January 6, 2021?

19   A.  Yes.

20          MR. KONIG:  Let me ask Ms. Kozaczuk to put up

21   what's been marked for identification as Government's

22   Exhibit 1007.

23   Q.  Looking at the middle to the bottom of the screen, do

24   you recognize what that is?

25   A.  Yes.

1    Q.  What is it?

2    A.  The emergency alert.

3    Q.  And is that the alert that you received?

4    A.  Yes.

5           MR. KONIG:  The government moves for admission of

6    Government's 1007.

7           MR. ROOTS:  We have no objection with regard to

8    what this witness saw.

9           THE COURT:  So moved.

10          MR. KONIG:  And if Ms. Kozaczuk could blow up the

11   alert portion of that.

12          THE COURT:  So moved.  It's in.

13          THE COURTROOM DEPUTY:  Okay.

14   Q.  And could you read that to the members of the jury?

15   A.  All right.  It says, subject line, "Emergency Alert.

16   Mayor Bowser issues a city-wide curfew for D.C. for

17   Wednesday, January 6, starting at 6 p.m., until Thursday,

18   January 7 at 6 a.m.  Essential workers, including healthcare

19   personnel and media, are exempt."

20          MR. KONIG:  And you can take that down.

21   Q.  Was there another way that you became aware that

22   individuals were informed that they were supposed to leave

23   the Capitol grounds and actually go home that night?

24   A.  So when we were pushing the protesters back towards the

25   parking lot, there was an MPD officer, lieutenant or

1    possibly even a captain or MPD personnel.  He had a blow

2    horn, and he was also advising them of the curfew.

3    Q.  And was that something that you could hear?

4    A.  Yes.

5    Q.  Was it loud?

6    A.  Yeah.  Yes, it was loud.

7    Q.  And have you previously watched your body-worn camera

8    footage from that day?

9    A.  Yes.

10   Q.  Okay.  And I'm going to -- and does -- is that alert

11   picked up on the body-worn camera?

12   A.  Yes.

13           MR. KONIG:  I'm going to ask Ms. Kozaczuk to play

14   from 24 seconds to 55 seconds of what's marked for

15   identification as Government's 108, but what has been

16   admitted as Alberts 429.

17           (Video playing)

18   Q.  Did that alert -- did that -- was it done just one time,

19   or did it repeat?

20   A.  I believe it repeated a couple of times.

21   Q.  Okay.  And then how often -- when did it start playing,

22   to your knowledge?  If you know.

23   A.  I believe -- are you talking about the blow horn?

24   Q.  Yes.

25   A.  I believe this may have been the first time.

1    Q.   Okay.

2              MR. KONIG:   And then I'm going to ask Ms. Kozaczuk

3    to play starting at one minute and 39 seconds of the same

4    exhibit.

5              (Video playing)

6    Q.   And is that the same message?

7    A.   Correct; yes, same message.

8    Q.   And although it's a little muffled on your body-worn

9    camera, was it clear what the message was at the time when

10   you were there?

11   A.   Yes.

12   Q.   And was the message that there was a curfew?

13   A.   Yes.

14   Q.   And that individuals were then subject to immediate

15   arrest if they did not disperse?

16   A.   Correct, yes.

17   Q.   Just to be clear, you said you were involved in an

18   arrest of the defendant that night.  Was he arrested for

19   violating the curfew?

20   A.   Yes.

21   Q.   Was he arrested for something else as the primary

22   reason?

23   A.   Yes.

24   Q.   Okay.  What was the primary reason he was arrested that

25   night?

 1    A.   The primary reason was for carrying a pistol.

 2    Q.   Okay.

 3              MR. KONIG:   I'm going to ask Ms. Kozaczuk to --

 4    oh, let me ask one last question.

 5    Q.   Were individual officers also giving verbal warnings

 6    about the curfew?

 7    A.   Yes.

 8    Q.   And were you one of those?  Did you give verbal warnings

 9    about the curfew?

10    A.   I believe I did, but I let the officers more so do that.

11    Q.   Okay.  Did you hear the other officers giving curfew

12    warnings?

13    A.   Yes.

14    Q.   And were those done in a quiet voice?

15    A.   A quiet voice?  Just regular tone.

16    Q.   Okay.

17              MR. KONIG:   I'm going to ask Ms. Kozaczuk to show

18    to the witness what's been marked for identification as

19    Government's 322.

20    Q.   I think you said earlier in your testimony that you

21    reported to a parking lot at some time that evening.

22    A.   Correct, yes.

23    Q.   And what you see in this exhibit, is this the same

24    parking lot to which you were referring?

25    A.   Yes.

1    Q.  And this still image of a freeze frame of a video, does

2    it fairly and accurately represent what that parking lot

3    looked like, what sounds were going on on January 6th of

4    2021 at around sometime after 7:00 p.m.?

5    A.  Yes.

6    Q.  Let me go back.

7            At some time after the sun went down after you got

8    there?

9    A.  Yes.

10   Q.  Okay.

11           MR. KONIG:  And the government moves for admission

12   of Government's 322.

13           MR. ROOTS:  No objection.

14           THE COURT:  So moved.

15   Q.  And I've just circled an individual at zero of this

16   Exhibit 322.  Do you recognize who that is?

17   A.  Yes.

18   Q.  Who is that?

19   A.  That's Mr. Alberts.

20           MR. KONIG:  And I'm going to ask Ms. Kozaczuk to

21   play Government's Exhibit 322.

22           (Video playing)

23           MR. KONIG:  Can you pause it.

24   Q.  What did the defendant just say there?

25   A.  Can you --

1   Q.  Let me see if I heard it correctly.  Did he say

2   something to the extent of "you should be grabbing your S4s

3   and storming that fucking building"?

4               MR. ROOTS:  Objection; leading.

5               THE COURT:  Sustained.

6   Q.  What did he say?

7   A.  To be honest, I wasn't paying attention.

8   Q.  Okay.

9               MR. KONIG:  Could you replay from about the

10  beginning to about ten seconds.

11              (Video playing)

12  Q.  What was he encouraging those individuals to do?

13  A.  I couldn't hear what he was saying.

14  Q.  Okay.

15  A.  Something about "storming" and "treason."

16  Q.  Okay.  Something about "storming" and "treason"?

17  A.  Yeah.

18  Q.  He was pointing in this direction (indicating).  Do you

19  know what was in that direction?

20  A.  The Capitol.

21  Q.  Okay.  And I'm circling -- actually I'm circling some

22  individuals holding something.  What is that?

23  A.  Those are riot shields.

24  Q.  Okay.  And do you know who those people were?

25  A.  Yes.  They were outside agencies or local jurisdiction

1    police officers.

2    Q.  And did -- if you're aware, did National Guard troops

3    also report that night on January 6, 2021?

4    A.  Correct, yes.

5    Q.  Okay.  And did they also have shields?

6    A.  Yes.  Yes, they did.

7            MR. KONIG:  And I'll ask Ms. Kozaczuk to play.

8            (Video playing)

9    Q.  Could you tell what Mr. Alberts was saying there?

10   A.  Something about "they have the right."

11   Q.  And did you understand what they had a right to do?

12   A.  No.

13   Q.  Okay.

14           MR. KONIG:  Let me ask Ms. Kozaczuk to publish to

15   the -- not publish -- to show to the witness what's been

16   marked for identification as Government's 318.

17   Q.  And do you recognize where this is taken from?

18   A.  Yes.

19   Q.  And where is it taken from?

20   A.  It's taken at the parking lot --

21   Q.  And --

22   A.  -- of the Capitol.

23   Q.  And was this taken on January 6th of 2021?

24   A.  Yes.

25   Q.  About a little later than 7:20 p.m.?

1    A.  Yes.  It's still nighttime.

2    Q.  And does it fairly and accurately represent what you saw

3    and observed at about that time on January 6th of 2021?

4    A.  Yes.

5             MR. KONIG:  The government moves for admission of

6    Exhibit 318.

7             MR. ROOTS:  No objection.

8             THE COURT:  So moved.

9             MR. KONIG:  And I'm going to ask Ms. Kozaczuk to

10   play that exhibit.

11            (Video playing)

12            MR. KONIG:  Could you pause it here.

13   Q.  Was the defendant asked why it was important for him to

14   come out today?

15   A.  Once again, I wasn't paying attention.

16   Q.  Okay.

17   A.  All I heard him say is "I'm from Maryland," and then

18   after that it was kind of muffled.

19            MR. KONIG:  I'm going to ask Ms. Kozaczuk to pause

20   it -- to rewind it to about 25 seconds.

21   Q.  I'm going to ask you to pay attention to a question

22   after the Maryland answer, and the answer by Mr. Alberts.

23            MR. KONIG:  If you can play it starting at 25

24   seconds.

25            (Video playing)

1          MR. KONIG:  Okay.  Pause it there.

2     Q.  Could you hear that question?

3     A.  "Why is it so important for you to come out today," or

4     something like that.

5     Q.  And what did Mr. Alberts answer?

6     A.  I still couldn't hear him.

7     Q.  Did he say "to save America"?

8     A.  Can you replay it one more time?

9          MR. ROOTS:  Objection; leading.

10          THE COURT:  Play it one more time for him.

11          (Video playing)

12     A.  He said "save."  It sounded like "save America."

13     Q.  Okay.

14          MR. KONIG:  And I'll ask Ms. Kozaczuk to play the

15     remainder of this video.

16          (Video playing)

17     Q.  So did you hear the interviewer there say "What's going

18     to be the outcome?"

19     A.  Yes.

20     Q.  And did you hear Mr. Alberts's answer?

21     A.  Yes.

22     Q.  What did he say?

23     A.  "It's going to return back to the old days," or

24     something like that.

25     Q.  Did he also say "Trump wins war, Biden wins war"?

```
1    A.  Yes.

2    Q.  And you stated earlier that you participated in

3    Mr. Alberts's arrest that evening, correct?

4    A.  Yes.

5    Q.  And what caused you to participate in that arrest?

6    A.  So one of the officers said, "Gun, gun, gun."  And then

7    all of a sudden I looked at the officer and Mr. Alberts, I

8    just grabbed his hand, and we placed him to the ground.

9    Q.  And why didn't you just take him aside to speak with

10   him, question him?

11   A.  Oh, my life is on the line.

12   Q.  Why do you say that?

13   A.  I don't have time to, oh, let me just push you to the

14   side.

15           If somebody has a gun, my instinct is to stop,

16   make sure I have both hands.

17           MR. KONIG:  And I'm going to ask Ms. Kozaczuk to

18   show the witness what's been marked for identification as

19   Government's 118.

20   Q.  And do you recognize this screen grab, this still image?

21   A.  Yes.

22   Q.  And does this come from your body-worn camera footage?

23   A.  Possibly, yes.

24   Q.  Okay.  And just for foundation, even though your body-

25   worn camera is already admitted, were you wearing body-worn
```

1    camera that night?

2    A.  Yes.

3    Q.  And was it activated?

4    A.  Yes.

5    Q.  And was your body-worn camera S6039BKDK, the letters and

6    numbers assigned to it?

7    A.  I do not know my serial number.

8    Q.  But to the best of your knowledge, it was?

9    A.  Possibly.

10   Q.  Okay.  And does this fairly and accurately represent --

11   do you recognize what this is a view of?

12   A.  Yes.  It's a view of Mr. Alberts.

13   Q.  And was this your view of Mr. Alberts?

14   A.  From this standpoint, yes.

15           MR. KONIG:  Okay.  Government moves for admission

16   of Exhibit 118.

17           MR. ROOTS:  No objection.

18           THE COURT:  So moved.

19   Q.  And could you just explain to the jury what this shows,

20   what you're seeing here?

21   A.  It just shows myself and other officers pushing -- or

22   not pushing, but moving the crowd outside the fence barrier.

23   Q.  And did you become aware that when Mr. Alberts was

24   stopped, that he was struck in some way with a police baton?

25   A.  No.

1   Q.  Okay.  Were you aware at the time that he was?

2   A.  No.

3   Q.  Did you see it?

4   A.  No.

5   Q.  Did you become aware of it in, you know -- before today?

6   A.  Before today?  Yes.

7   Q.  Okay.  And how did you become aware of it before today?

8   A.  From you.

9   Q.  Okay.  And so turning to his actual arrest, you said

10  somebody yelled out, "Gun, gun."

11          Did he, in fact, have a gun on him?

12  A.  Yes.

13  Q.  And do you remember where it was?

14  A.  Yes.

15  Q.  And in your training and experiences, is having a

16  firearm -- is carrying a firearm permitted without a

17  license?

18  A.  Without a license?

19  Q.  Yes.

20  A.  No.

21          MR. ROOTS:  Objection; legal conclusion.

22          THE COURT:  Overruled.

23  Q.  And even with a license, are there certain places that a

24  firearm is prohibited?

25  A.  Correct.  Yes, there are certain places.

1    Q.  Okay.

2              MR. KONIG:  I'm going to ask Ms. Kozaczuk to bring

3    up what's been marked for identification as Government's

4    Exhibit 815.

5    Q.  Do you recognize this?

6    A.  Yes.

7    Q.  What is this?

8    A.  These are fliers that was posted around certain areas of

9    District of Columbia in reference to First Amendment

10   assemblies.

11   Q.  And I'm going to ask you to look at Government's 816 as

12   well.  Is that the same flier?

13   A.  Correct, yes.

14   Q.  And when did you first -- did you see these fliers on

15   January 6th of 2021?

16   A.  Correct, yes.

17   Q.  And do they fairly and accurately represent the fliers

18   that you did see on January 6th of 2021?

19   A.  Correct, yes.

20             MR. KONIG:  I'll ask to admit Exhibits 815 and

21   816.

22             MR. ROOTS:  We object on foundation as to where

23   these were.

24             THE COURT:  Overruled.

25   Q.  And where did you see these?

1    A.  I seen them on Black Lives Matter Plaza.

2    Q.  And does MPD post these?

3    A.  Yes.

4    Q.  And do they just -- how do they post them in terms of

5    frequency?  Do they just post one or two?

6    A.  Oh, no, they don't post one or two.  They post multiple

7    fliers throughout the block wherever there is either a First

8    Amendment assembly, a parade, or like a large demonstration.

9    Q.  And have you seen them before January 6th as well?

10   A.  Actually, have I?  Yes.  Yes.

11   Q.  Okay.  And after January 6th?

12   A.  Yes.

13   Q.  When Mr. Alberts was arrested, do you remember -- you

14   said that a firearm was recovered.  Do you remember anything

15   else that was recovered from him?

16   A.  Yes.  I believe it was me that recovered the knife in

17   his back pocket.

18   Q.  Do you remember where -- other than the place, but where

19   the gun was recovered from?

20   A.  On the right side.

21   Q.  And do you remember if there was any -- do you remember

22   personally knowing if it was loaded?

23   A.  Yes.  Yes, it was.

24   Q.  Okay.  And do you remember personally knowing if there

25   was additional ammunition other than the gun being loaded?

1    A.  No, I do not know if there was additional ammunition.

2    Q.  Okay.  And do you remember whether he was still wearing

3    that backpack that you described earlier in your testimony

4    when he was arrested?

5    A.  Yes.  Yes, he was.

6    Q.  And do you remember if he still -- if he had some sort

7    of bag on his leg?

8    A.  Correct, yes.  Yes, he did have a bag.

9    Q.  And which leg was that?

10   A.  I don't remember, but I do remember it was a dark-in-

11   color bag.  He was suited up.

12   Q.  And was he -- you said, "He was suited up."  What was he

13   wearing?

14   A.  He was wearing a tac vest, a bookbag, and one of those

15   leg or thigh pouches.

16   Q.  Okay.  And do you remember if he was wearing something

17   on his chest as well?

18   A.  The chest?  No, just that vest.

19   Q.  Okay.

20           MR. KONIG:  I'm going to ask Ms. Kozaczuk to

21   publish to the witness what's been marked for identification

22   as Government's 702.

23   Q.  And do you recognize this document?

24   A.  Yes.

25   Q.  What is it?

```
1    A.  It is the certification of a firearm registration.

2    Q.  Okay.  And who produces this certificate?

3    A.  That will be the arresting officer or the officer that

4    is papering the case.

5    Q.  And is that done by somebody at Metropolitan Police

6    Department?

7    A.  Correct, yes.

8    Q.  Do they have like a records department, or something

9    like that?

10   A.  Correct, yes.

11   Q.  Is this certificate signed by a firearms registration

12   employee?

13   A.  Yes.  Yes.

14   Q.  Okay.

15           MR. KONIG:  And I'll ask Ms. Kozaczuk to blow up

16   the bottom portion for the witness.

17   Q.  Is the certificate dated?

18   A.  Let me see.  Let me see.

19           Yes.

20   Q.  And when is that certificate dated for?

21   A.  It says March 21, 2023.

22           MR. KONIG:  And may I approach the witness?

23           THE COURT:  You may.

24   Q.  Is that a physical copy of what's been marked for

25   identification as Government's 702?  Does that have a seal?
```

```
 1      Is it --

 2      A.  Yes.

 3      Q.  -- embossed, stamped?

 4      A.  Yes.

 5              MR. KONIG:  The government moves Exhibit 702 into

 6      evidence.

 7              MR. ROOTS:  Objection; relevance.

 8              THE COURT:  Overruled.

 9              MR. KONIG:  If I could ask Ms. Kozaczuk to get the

10      title and blow it up with the title and the signature.

11      Q.  All right.  So you said the certificate of record, no

12      record of firearms registration certificate.  Is that right?

13      A.  Sorry, say what?

14      Q.  Is this a no license document?

15      A.  Correct, yes.

16      Q.  And can you see who was searched through the firearms

17      registry?

18      A.  Correct, yes.

19      Q.  And who was that?

20      A.  That will be Christopher Michael Alberts.

21      Q.  And can you tell from this document what firearm was

22      searched for him, whether he had a license for it?

23      A.  Yes, it was a Taurus GTC.  It was a nine caliber.

24      Q.  Is that nine millimeter?

25      A.  Correct, yes.
```

```
1    Q.  And what's the barrel length of this?

2    A.  It's less than 12 inches, which is a pistol.

3    Q.  And what's the serial number reflected?

4    A.  The serial number is AAL085515.

5    Q.  And from what you can see on the certificate, what were

6    the results of the search?  Did Mr. Alberts have a license

7    for that firearm?

8    A.  According to the records of this department, the above-

9    named person did not, on January 6, 2021, have a firearm

10   registration certificate issued or pending for the below

11   described firearm.

12   Q.  And if you remember, was a pistol recovered from

13   Mr. Alberts on --

14   A.  Yes.

15   Q.  -- January 6th of 2021?

16           MR. KONIG:  The Court's indulgence.

17           (Pause)

18           MR. KONIG:  We'll pass the witness.

19           THE COURT:  (To the jury) Are we doing okay,

20   ladies and gentlemen?

21           Mr. Roots.

22                       CROSS-EXAMINATION

23   BY MR. ROOTS:

24   Q.  Good morning, Officer Robinson.

25   A.  Good morning.  Sergeant.
```

1    Q.  I think it's still morning, yes.

2         Okay.  You started talking about a short time when

3    you were -- on January 6th when you were stationed inside

4    the Capitol.  Do you recall that?

5    A.  Correct; yes, inside.

6    Q.  You said the protesters did not want to leave; is that

7    right?

8    A.  Yes.

9    Q.  Were there some that wanted to leave?

10   A.  Yes.

11   Q.  And were there some who just came in to use the

12   bathroom?

13        MR. KONIG:  Objection to speculation.

14        THE COURT:  To the extent you know.

15   A.  Not that I know of.

16   Q.  All right.  There weren't many Porta Johns or bathrooms

17   outside, were there?

18   A.  There were Porta Johns outside the Capitol.

19   Q.  Would you say there were enough for all the people?

20   A.  No.

21   Q.  Now, you saw that video that appeared to show

22   Mr. Alberts tossing a water bottle.  Do you recall that?

23   A.  Yes.

24   Q.  He did not hit any officer, did he?

25   A.  I don't believe so.  It hit the shield.

1    Q.  It looked like it hit the ground, no?

2    A.  No.  I believe it hit the shield.

3    Q.  Okay.  We will revisit that later on.

4            You were wearing heavy gear at the time, correct?

5    A.  I was wearing my vest.

6    Q.  With regard to these text messages that came through,

7    these notifications, you said that you had -- you got a

8    notification of a curfew on your cell phone?

9    A.  Yes.

10   Q.  Isn't it true that a lot of cell phones were not working

11   that day?

12   A.  Could be possible.

13   Q.  That a lot of people reported that there was so much

14   cell phone traffic that messages were jammed?

15   A.  I do not know about that.

16   Q.  Okay.

17   A.  It may have worked for emergency alerts.

18   Q.  Don't a lot of cell phones have notifications turned

19   off?

20           MR. KONIG:  Objection to speculation.

21           THE COURT:  If you know.

22   A.  That I don't know.

23   Q.  Now, you talked about being in a police line pushing

24   protesters back toward the parking lot.  You were in such a

25   line?

 1    A.  Correct, yes.  I was behind the officers, basically not

 2    pushing pushing but trying to veer them off the Capitol

 3    premises.

 4    Q.  And you said it was very loud.  You couldn't hear very

 5    well?

 6    A.  Correct, yes.

 7            MR. ROOTS:  I would like to play Alberts 429.  I

 8    guess that's Government 108.  Alberts 429.  Again, that was

 9    just played.

10            Government's 108 I believe.

11            THE COURTROOM DEPUTY:  Defense 129 is in.

12            MR. ROOTS:  Yes, Alberts 429.

13            (Video playing)

14            MR. ROOTS:  Actually, can we just stop right here

15    to ask one question.

16    Q.  Do you see any signs or postings of any kind in this

17    area?

18    A.  From this area, no.

19            MR. ROOTS:  Okay.  Let's keep rolling.

20            (Video playing)

21    Q.  We're not getting the sound.

22    A.  There's usually a two-minute buffer.

23    Q.  Okay.  So my understanding is that when you press the

24    button, it records the sound, but it's always recording the

25    video?

```
 1    A.   Correct.  It's recording.  Once you press the button,

 2    two minutes before, and then after two minutes -- at the

 3    two-minute mark, that is when the sound happens.

 4                (Video playing)

 5                MR. ROOTS:  Okay.  We can stop.  Let's stop there.

 6    Q.   Did you hear that loudspeaker?

 7    A.   A little bit.  Once again, I really wasn't paying

 8    attention.

 9    Q.   Well, maybe we could play it again.

10                (Video playing)

11    Q.   Did you hear what was being said there very clearly?

12    A.   Very clearly?  From my angle, no.

13    Q.   Okay.  We'll --

14                MR. ROOTS:  Let's just play it some more.

15                (Video playing)

16                MR. ROOTS:  Okay.  We can stop there.

17    Q.   Officer Robinson, would an average person be able to

18    tell what was being said there?

19    A.   "There is a curfew violation.  If you're still here,

20    you're subject to being arrested."

21    Q.   You've actually heard this -- you've watched this video

22    several times, haven't you?

23    A.   That's what I just heard from this one.

24    Q.   Do you see Mr. Alberts here in this video?

25    A.   No.
```

1   Q.  What about someone who has a hearing disability, would

2   they have any trouble hearing that?

3   A.  Yes.  They should.

4   Q.  Okay.

5           MR. ROOTS:  Let's go back to 318, which was

6   played.

7           (Video playing)

8           MR. ROOTS:  Let me stop right there.

9   Q.  Did you hear Mr. Alberts say, "We might be moving here,

10  boss," or something to that effect?

11  A.  Yes.

12  Q.  And it indicated he wanted to jump into the crowd that

13  was moving?

14  A.  Yes.  He is walking towards the exit.

15  Q.  But he was being delayed there by I guess an

16  interviewer?

17  A.  Being delayed?  He can walk and talk.

18  Q.  But the crowd behind him is moving rapidly in one

19  direction.  Would you agree?

20  A.  I wouldn't say "rapidly."

21  Q.  Walking?

22  A.  Correct, yes.

23  Q.  And the interviewer was delaying Mr. Alberts?

24  A.  Once again, the interviewer could have -- you know, walk

25  and talk.

1    Q.   Okay.  But Mr. Alberts -- it doesn't appear the

2    interviewer is walking at the same speed as the crowd

3    behind, correct?

4    A.   The interviewer?  No.

5              MR. ROOTS:  Now let's play that video some more.

6              (Video playing)

7              MR. ROOTS:  Okay.  We can stop right there.

8    Q.   First of all, just as a preliminary question, that clip

9    there we just played was a minute long at least, correct?

10   A.   Yes.

11   Q.   Did you hear any announcement about curfew, "get out or

12   you'll be subject" -- an announcement like that during that

13   time?

14   A.   Did I hear any announcements throughout this one-minute

15   clip?  No.

16   Q.   Yes, during the segment we just saw.

17   A.   No.

18   Q.   So that announcement was not repeated constantly?

19   A.   Not within this clip.

20   Q.   Now, you heard Mr. Alberts calling for an investigation.

21   Did you hear that?

22   A.   Yes.

23   Q.   He didn't say he was there to overturn an election, did

24   he?

25   A.   No, not from this clip.

1    Q.  He indicated he thought that the election had problems,

2    and he wanted an investigation, correct?

3    A.  Repeat the question.

4    Q.  He indicated that in his view, at least, he thought

5    there were problems with the election --

6    A.  Oh.

7    Q.  -- and he wanted an investigation?

8    A.  Oh.  Yes.

9    Q.  Now, you talked about those fliers about -- that you had

10   seen posted --

11              THE COURT:  I'm sorry, Mr. Roots, are you finished

12   with the video?

13              MR. ROOTS:  I'm finished, yes.

14              THE COURT:  Why don't we cut it because of the

15   static.

16              MR. ROOTS:  There's a buzz there.

17              THE COURT:  Thank you.

18   Q.  You talked about those fliers that talked about firearms

19   within a thousand feet.  You saw those fliers?

20   A.  Yes.

21   Q.  You said you saw them at BLM Plaza.  Is that in this

22   area?

23   A.  It is -- no.  No, it's not in that area.

24   Q.  Are you familiar with the right to bear arms?

25   A.  Yes.

```
1                    MR. KONIG:  Objection, Your Honor.

2                    THE COURT:  You're aware of the Court's rulings,

3      so -- I'll overrule the objection, but ask a proper

4      question.

5      Q.  Are you familiar with the Bruen case that came down last

6      year?

7                    MR. KONIG:  Objection, Your Honor.

8                    THE COURT:  Sustained.

9      Q.  Another question.  If a person was walking down the

10     middle of a street in a crowd, would he necessarily be able

11     to see fliers posted on a telephone pole?

12     A.  If they were looking.

13     Q.  You talked about Mr. Alberts wearing certain things, a

14     tactical vest, leg pouches.  Are those things illegal?

15     A.  No, they're not.

16     Q.  You talked about licenses.  Do people need to get a

17     different driver's license every time they come to D.C.?

18     A.  A driver's license?

19     Q.  To drive.

20     A.  No.

21     Q.  Would you say the right to drive is a --

22                    MR. KONIG:  Objection, Your Honor.

23                    THE COURT:  I'll overrule it.

24     Q.  Would you say the right to drive is of a higher status

25     or a lower status than the right to bear arms?
```

```
 1    A.  The right to drive?

 2    Q.  Yes.

 3    A.  A lower status?

 4    Q.  Would you say the right to bear arms is a lower status

 5    than the right to drive?

 6              MR. KONIG:  I'm going to renew my objection and

 7    ask for a sidebar.

 8              THE COURT:  Sustained.

 9              Move on, Counsel.

10              MR. ROOTS:  I have nothing further.  Thank you so

11    much.

12              THE COURT:  Mr. Konig.

13                        REDIRECT EXAMINATION

14    BY MR. KONIG:

15    Q.  Sergeant Robinson, Mr. Roots asked you about the number

16    of Porta Johns that you saw at the Capitol on January 6th,

17    correct?

18    A.  Correct, yes.

19    Q.  Based on your perception, did it appear to be set up for

20    protesters to be on Capitol grounds on January 6th?

21    A.  Yes.

22    Q.  The Capitol grounds that you saw appeared to be set up

23    for people to be on the grounds?

24    A.  Not on the grounds, but like near the Capitol, yes.

25    Q.  Did it appear that Porta Johns were set up for a protest
```

 1   activity, for example, in the parking lot Mr. Alberts was

 2   arrested in?

 3   A.  Yes.

 4   Q.  Okay.  So Mr. Roots asked about the curfew.  Was the

 5   primary reason that Mr. Alberts was arrested on January 6th

 6   because of the curfew violation?

 7   A.  No.

 8   Q.  And when he was stopped and when he was detained, was

 9   that because he was violating the curfew?

10   A.  No.

11   Q.  And to your knowledge, to your personal knowledge, was

12   he charged in any court with a curfew violation?

13   A.  Not that I know of.

14   Q.  Okay.

15          MR. KONIG:  I'm going to ask Ms. Kozaczuk to bring

16   up Government's 318.

17          I'm just going to ask you to play the first few

18   seconds.  I'll tell you when to stop.

19          (Video playing)

20          MR. KONIG:  Can you stop right there.

21   Q.  Do you see what Mr. Alberts is doing with his left hand?

22   A.  Yes.

23   Q.  What's he doing?

24   A.  It looks like he's using a cell phone.

25   Q.  So it looks like he's got a cell phone in his left hand,

1    and he's looking at it?

2    A.   Yes.

3            MR. KONIG:   Could you play this a little further.

4            (Video playing)

5            MR. KONIG:   Pause it right there.

6    Q.   Could you hear the voice of the individual who was

7    asking the questions there?

8    A.   Yes.

9    Q.   Did he appear to be speaking in a raised voice?

10   A.   In a raised voice?

11   Q.   Yes, loudly; or was it a normal speaking voice?

12   A.   It was just a normal speaking voice to me.

13   Q.   And did Mr. Alberts appear to be able to understand what

14   he was saying?

15   A.   Yes.

16   Q.   And was he responding to the questions he was asked?

17   A.   Yes, he was.

18           MR. KONIG:   And, Ms. Kozaczuk, if you could go to

19   about 2:10 of this video.

20           Actually, start at 2:05 just in case.

21   Q.   On cross-examination Mr. Roots asked about Mr. Alberts

22   indicating that he wanted an investigation.

23           MR. KONIG:   Could you please play that.

24           (Video playing)

25           MR. KONIG:   Actually, let me ask you to start

1    back -- sorry.  Let me ask you to start back at about ten

2    seconds in.

3                Okay.  If you could play it there.

4                (Video playing)

5                MR. KONIG:  Okay.  You can stop it there.

6    Q.  So when asked why it was so important for Mr. Alberts to

7    come out that day, what was his response?

8    A.  "To save America."

9    Q.  Was it to investigate the election?

10   A.  No.

11               MR. KONIG:  No further questions for this witness.

12               THE COURT:  Okay.  Sergeant Robinson, thank you

13   very much for your testimony.  You're excused.  Please don't

14   discuss your testimony in this case until the case is over.

15   All right?

16               THE WITNESS:  All right.  Thank you.

17               THE COURT:  Have a good day.

18               All right.  Ladies and gentlemen, we're going to

19   take our morning break, about 15 minutes.  It's five to

20   11:00.  Let's be back at ten minutes after 11:00.

21               No discussions about the case.  No research about

22   the case.

23               (Jury exits courtroom)

24               (Recess taken)

25               MR. DALKE:  Your Honor, just as a status update,

1    this will be our final witness.  We don't anticipate calling

2    Detective Then as we indicated yesterday.  And I don't want

3    to put undue restraints on the direct of this witness, but I

4    would anticipate he could be done as early as the lunch

5    break, or if not, shortly thereafter.

6              THE COURT:  Okay.

7              MR. DALKE:  I just wanted to confirm, given

8    yesterday's conversations, that -- are we going to proceed

9    with the defense case this afternoon as planned, or is the

10   Court envisioning something else?

11             THE COURT:  I think we should press on.

12             MR. DALKE:  Okay.

13             THE COURT:  I don't want to lose good time.

14             MR. DALKE:  And in that vein, we did receive last

15   night a list of eight witnesses from the defense, as the

16   Court had asked.  I think there is -- we had two requests

17   with it.

18             One is I think for some of them we're uncertain

19   who they were or how they would be relevant or have any

20   bearing.  I only know a little bit from Google History, but

21   individuals like Suzzane Monk, who appears to be an activist

22   who is on Twitter quoting "bring our J6ers home;" a

23   Trumpertarian posting theories such as, "The government

24   planned and executed J6."

25             I think a proffer as to some of these witnesses or

 1    some delving before we start calling these individuals to

 2    the stand might be helpful.

 3              THE COURT:  I'll tell you what, if you could --

 4    one side provide me a copy of the list, and over our lunch

 5    break we'll go through it.

 6              MR. DALKE:  And I'm not asking for it now, just

 7    before we start calling individuals into the courtroom --

 8              THE COURT:  Sure.

 9              MR. DALKE:  -- on that.

10              THE COURT:  Let's try to do it over lunch, if we

11    can.

12              MR. DALKE:  Understood.  Thank you.

13              THE COURT:  Mr. Pierce.

14              MR. DALKE:  I apologize.

15              MR. PIERCE:  Yes, Your Honor.

16              THE COURT:  How are you feeling?

17              MR. PIERCE:  Oh, I'm feeling good actually.  I got

18    a lot of sleep last night.  And thank you very much for

19    asking.  I really appreciate it.

20              So I am a little bit loathe to raise this because

21    I don't want to irritate the Court.  I think we're in a

22    little bit of a jam here this afternoon for a couple of

23    reasons.  I just want to flesh it out a little bit.

24              So -- and as I actually never do, I'm not accusing

25    anybody in this room of anything nefarious.

1          Mr. Konig, I think -- and correct me if I'm

2     wrong -- did indicate yesterday -- I think it was to the

3     Court, but it certainly was to us -- and, again, just in the

4     hallway before Mr. Dalke, you know, sort of jumped in and

5     corrected him, did indicate that they expected to go into

6     the afternoon with their case.

7          If they don't -- and by the way, I think Mr. Roots

8     is going to have a motion that I think he's going to want to

9     argue after the close of the government's case.  But if they

10    don't, and if Mr. Roots, you know, goes through that motion

11    and then we have to put our case on, we do have Ms. Miller,

12    who is, you know, a character witness we talked about

13    earlier who is prepared to testify.  The other witnesses

14    that we were anticipating calling in addition to Mr. Alberts

15    are not here.

16         So if we are -- so we'd -- it's important to

17    the flow of our case, honestly, that we'd like to put

18    Mr. Alberts on at the conclusion of the case from a jury

19    presentation standpoint, and we honestly never anticipated

20    that we might have to put him on today in terms of

21    stretching him out over the weekend, which, again, would

22    keep him on the stand Monday before these other witnesses.

23         Also, candidly, we're not -- I'm putting him on.

24    I can put him on and I can -- you know, if I have to, I can

25    get to 3:45 and, you know, we can go on into next week.

1        I'll certainly do that, if the Court orders it.

2                Obviously, with the significance of this to

3        Mr. Alberts, I'd rather be much better prepared than I am

4        now to have the full examination sort of ready to rock and

5        roll.

6                The other final thing is I have had to prepare for

7        this conflict hearing today, which has taken some time.  I

8        would ask the Court in the most respectful way that if we

9        get done with Ms. Miller, that we adjourn and let us get

10       ready for Mr. Alberts or our other witnesses on Monday.

11               THE COURT:  Let's see who the defense proposes to

12       put on and will be allowed to put on over lunch.  Let's see

13       how far we go.

14               There's obviously the cross-examination of the

15       government's next witness as well.  I don't know how long

16       that will take.

17               But your comments are well taken, Mr. Pierce.

18       Okay?

19               MR. PIERCE:  Thank you.

20               And one final just housekeeping matter.

21               THE COURT:  Sure.

22               MR. PIERCE:  My understanding is that in one of

23       the exhibits that was put up --

24               THE COURT:  I will say, though, that given the

25       time projections that the government went through at the

1    pretrial conference, you shouldn't be surprised that those

2    two witnesses only took 30 minutes and that Agent Streeter

3    would take no more than a couple of hours, which is

4    precisely what the government represented at the beginning.

5    So this should come as no surprise.  Right?

6            And you represented that Mr. Alberts would

7    testify.  So it's no surprise that he would testify.  The

8    fact that he wouldn't be prepared after two years under

9    indictment and knowing that he was planning to testify

10   doesn't strike me as terribly credible.  Okay?

11           MR. PIERCE:  I hear you, Your Honor.  Well taken.

12           And then the other housekeeping note, which is

13   obviously very important to Mr. Alberts, is just from a

14   security standpoint sort of.  I believe that his address was

15   published in one of the exhibits.  I'm not sure the jury

16   would have had a chance to like note it down.  I don't think

17   there's anybody in the gallery.  But we would ask, if

18   possible, that everyone stipulate that when it goes back to

19   the jury, we could redact his home address kind of --

20           MR. DALKE:  I think that may be a reference to

21   702, the lack of a firearm certificate.  And we can try to

22   redact that.  So if it does go back to the jury, it will be

23   in redacted form.  I think we can accomplish that.

24           THE COURT:  That's fine.

25           Okay.  Let's bring our jury back.

1          (Jury enters courtroom)

2          THE COURT:  Mr. Dalke.

3          MR. DALKE:  Good morning, Your Honor.  The

4    government calls FBI Special Agent Christopher Streeter.

5          THE COURT:  Mr. Streeter, step right up.  You know

6    the drill.

7          THE WITNESS:  Yes, I've seen it.

8          SPECIAL AGENT CHRISTOPHER STREETER, Sworn

9                    DIRECT EXAMINATION

10   BY MR. DALKE:

11   Q.  Agent Streeter, could you introduce yourself to the

12   jury.

13   A.  Hi.  My name is Christopher Streeter.  I'm an FBI

14   special agent.

15   Q.  And where are you based out of?

16   A.  I'm at the Washington Field Office here in D.C., a

17   couple of blocks from here.

18   Q.  How would you describe your job to a new friend?

19   A.  Yes.  So we at FBI, as special agents, we investigate

20   any kind of federal crime as well as threats to national

21   security; so a wide range of crimes, you can imagine.  It

22   could be drug offenses, you know, violent crimes, white

23   collar, frauds.  You know, like a wide range of crimes.

24   Q.  And in a particular case crimes related to January 6,

25   2021?

1    A.  Yes.

2    Q.  What's your educational background?

3    A.  So I have a bachelor's degree in business from Carnegie

4    Mellon University, and I have a master's in real estate

5    development from Georgetown University.

6    Q.  Are you familiar with the investigation in this case of

7    the defendant, Christopher Alberts?

8    A.  Yes.

9    Q.  Are you currently the FBI case agent on that matter?

10   A.  Yes.

11          MR. DALKE:  I want to start by pulling up

12   Exhibit 1001.  And maybe just blow up the top half for the

13   witness.

14   Q.  What is this document?

15   A.  So this document is the declaration of the public

16   emergency for the curfew starting on January 6, 2021.

17   Q.  Is this document an official publication?

18   A.  Yes.

19   Q.  Is it issued by a public authority?

20   A.  Yes.

21   Q.  And then going to Page 2 of this document, does it state

22   why the curfew was issued?

23   A.  Yes.  It was in response to the riots on January 6,

24   2021, at the Capitol in Washington, D.C.

25   Q.  And going to Page 4 of the document, does it indicate

```
1    who signed this emergency order?

2    A.  It was signed by the mayor of D.C., Mayor Bowser.

3           MR. DALKE:  Your Honor, the government moves for

4    the admission of Exhibit 1001.

5           MR. ROOTS:  No objection.

6           THE COURT:  So moved.

7           MR. DALKE:  And let's turn to Page 3 of this

8    order.  And can we just blow up the bottom.

9    Q.  And I should note, are there certain paragraphs in this

10   order that are redacted or whited out?

11   A.  Yes.

12   Q.  Okay.  Looking at the bottom of Page 3, what was the

13   effect of the curfew order that was in place in D.C. issued

14   due to the riots at the U.S. Capitol?

15   A.  Yes, it basically started on January 6, 2021, at 6:00

16   p.m. and then went through the following day, January 7th,

17   until 6:00 a.m.

18   Q.  Okay.  And looking at the top of Page 4 --

19          MR. DALKE:  And blow up the top of Page 4, if we

20   could.

21   Q.  This curfew due to the riots, did it effectively close

22   down D.C.?

23   A.  Yes.

24          MR. ROOTS:  Objection; leading.

25          THE COURT:  Why don't you rephrase.
```

1    Q.  What was the practical effect of the mayor's emergency

2    curfew order as a result of the January 6, 2021, riots?

3    A.  So it stated that no one should be on any kind of public

4    space, public transportation, on any kind of street or road

5    within the mayor's -- you know, within D.C. basically.

6    Q.  All right.

7           MR. DALKE:  We can pull this exhibit down.

8    Q.  Working in D.C., are you familiar with Safeway stores?

9    A.  Yes.

10   Q.  What are Safeway stores?

11   A.  So Safeway is a chain of grocery stores, kind of all

12   across the -- all across the U.S., including in D.C.

13   Q.  Are there Safeway -- so you mentioned there's Safeway

14   stores in D.C.?

15   A.  Uh-huh, yes.

16          MR. DALKE:  Could we pull up Exhibit 1002.

17   Q.  And what is this document?

18   A.  This is a document to the store managers of the Safeway

19   stores within D.C. just stating that the curfew for the city

20   will be from 6:00 p.m. to 6:00 a.m., and it kind of goes

21   into more detail about that.

22   Q.  And was there a certificate of authenticity issued by

23   Safeway and its parent company, Albertsons, regarding this

24   document and other records from Safeway stores in D.C. on

25   January 6, 2021?

1    A.  Yes.

2              MR. DALKE:  Your Honor, we move for the admission

3    not only of this exhibit, 1002, but 1003, 1004, and 1005,

4    which is the set of Safeway documents along with the

5    certificate of authenticity.

6              THE COURT:  Any objection?

7              MR. ROOTS:  Still a lack of foundation.  This is

8    an FBI agent testifying about Safeway memos.

9              MR. DALKE:  Your Honor, 803(6), it's a business

10   record, as well as 902(11), 902(13), a certified business

11   record.  It's more than satisfied the foundation.

12             THE COURT:  Overruled.  So moved.

13   Q.  And now that the jury has this document in front of it,

14   let's just start with blowing up the top half of the

15   subject.

16   A.  Okay.  So we -- basically an email from Albertsons.com.

17   A portion of the email has been redacted.  It was sent on

18   January 6, 2021, at 3:43 p.m.  And then following that, the

19   "To," you see a list of the different store managers and the

20   store numbers.

21   Q.  How many Safeway stores in D.C. were sent this notice?

22   A.  All of the stores in D.C. were sent this.

23   Q.  Is that 12 Safeway stores?

24   A.  Yes.

25   Q.  Okay.

 1          MR. DALKE:  Can we blow up the bottom half of this

 2    document.

 3    Q.  What was the impact to those 12 Safeway stores in D.C.

 4    by the issuance of the curfew order related to the January

 5    6, 2021, riots?

 6    A.  I guess, as you see in that kind of second sentence

 7    towards the top of this portion, it says, "All D.C. stores

 8    will close at 4:00 p.m."  So that's January 6, 2021,

 9    following the start of the curfew.  And the stores would

10    open the following day.

11          In addition, it says basically that the night

12    crews for all the Safeway stores would also not be working

13    that day.

14    Q.  So the employees would go home?

15    A.  Yes.

16    Q.  Stores would close?

17    A.  Yes.

18          MR. DALKE:  Can we pull this down and put up

19    Exhibit 1003. It's admitted, so it's already in front of the

20    jury.

21    Q.  In the course of your investigation, have you reviewed

22    and studied these records from Safeway?

23    A.  Yes.

24    Q.  Okay.  Have you learned how to read this chart?

25    A.  Yes.

1    Q.  Okay.

2         MR. DALKE:  And if we can, just blow up the top

3    half of this.

4    Q.  And I want you just to walk the jury through kind of

5    column by column what this chart is.

6         But first, just generally, what does this document

7    show?

8    A.  So it's showing for this day, Tuesday, January 5, 2021,

9    all the sales, excluding gas sales, for each store within

10   D.C.

11   Q.  And do you see the 12 D.C. Safeway stores listed there

12   by number on the left-hand side?

13   A.  Yes.

14   Q.  Okay.  And does this particular chart relate to a

15   particular date?

16   A.  Yes.  So this chart is for Tuesday, January 5, 2021.

17   Q.  Okay.  And then moving over to the first two columns,

18   "Actual Total $" and "Actual ID %," can you tell the jury

19   what those mean?

20   A.  Okay.  So each row is -- you know, corresponds to one

21   particular store.  The first column, "Actual Total $," so

22   that would be the sales, the total sales for that day for

23   each store.

24   Q.  Okay.  And then what's the "Actual ID %"?

25   A.  So the next column, "Actual ID," compares Tuesday,

1    January 5, 2021, to the sales of that same store on January

2    5, 2020.

3    Q.  And the actual numbers, meaning what the stores are

4    bringing in, has that been redacted?

5    A.  Yes.  The dollar amount has been redacted in the first

6    column.

7    Q.  And so it's essentially comparing the sales brought in

8    on this date compared to the sales on the same date last

9    year?

10   A.  Uh-huh, yes.

11   Q.  And some are up, and some are down?

12   A.  Yes.

13   Q.  Okay.  Moving on to the next two columns, the "Projected

14   Total" and the "Projected ID."  What do those mean?

15   A.  So Safeway basically had an expectation of what the

16   sales, you know, should be or could be for that date, so

17   they have a projected total.  So that column is also -- as

18   you see, that column is redacted.

19          And then basically they're comparing this year's

20   expectation to last year's expectation for sales.

21   Q.  So would this account for, say, if the store was being

22   remodeled or something, so they were expecting less sales,

23   so they would expect the numbers would be lower?

24   A.  Uh-huh, yes.

25   Q.  And then the final column, can you explain that?

1    A.  Yes.  So you have the actual dollar amount versus the

2    expectation, which has been redacted.  And then you have

3    that same, you know, calculation expressed as a percentage,

4    which is the final column.

5            So you take the actual identical same store sales

6    in Column 2 and you subtract out the expectation, and that

7    gets you the final column.

8    Q.  So in takeaway, from the day before the riots, some

9    stores up, some stores down?

10   A.  Uh-huh, yes.

11           MR. DALKE:  Can we go to Page 2 and blow up the

12   top half.

13   Q.  And what date does this chart relate to?

14   A.  This relates to January 6, 2021.

15   Q.  And what's happening to the store sales at Safeway

16   across the board, all 12 stores in D.C., on January 6, 2021?

17   A.  As you see in basically all the columns, for each store,

18   for the most part, all the numbers are in the red and are

19   negative.

20   Q.  So all the stores are going net negative?

21   A.  Yes.

22   Q.  And is that net negative anywhere from 18 percent up to

23   as high as close to 50 percent?

24   A.  Yes.

25           MR. DALKE:  Okay.  Let's go to Page 3.  Blow up

1    the top half.

2    Q.  And can you tell the jurors what date this relates to.

3    A.  So this is the day following January 6th, following the

4    riots.  This is Thursday, January 7, 2021.

5            As you can see, most of the stores are back

6    positive and sales have recovered.

7    Q.  Okay.

8            MR. DALKE:  You can take this down.

9    Q.  Is there an explanation as to why the stores had such a

10   poor performance on January 6th?

11   A.  So as a result of the riot, the mayor instituted the

12   curfew that we talked about, and as we saw, all the stores

13   closed at 4:00 p.m., so that was kind of a lost sales day

14   for the stores in D.C.

15           In addition, the night crews were also not

16   working, so that also kind of interrupted the kind of flow

17   of business.

18           MR. DALKE:  Can we bring up Exhibit 1004.

19           So a lot to look at in this one.  Let's just blow

20   up maybe the banner across the top.

21   Q.  So what's the jury looking at here?  What's this chart?

22   I think eight pages.  What's it of?

23   A.  So yes, this chart is the warehouse shipments from

24   January 3, 2021 --

25           MR. DALKE:  Sorry, I think this needs to be

1    published.  These have all been admitted.

2              And I apologize, Your Honor.

3              If the jury didn't see the last exhibit, could you

4    raise your hand?

5              I see no hands raised.  I think it's just as to

6    this one.

7              Can you raise your hand if you see this exhibit

8    now?

9              THE COURTROOM DEPUTY:  Also, you can turn and see

10   that.

11             MR. DALKE:  Perfect.  So I apologize.

12   Q.  Going back to the last question.  We were saying a lot

13   to look at.  We had just brought out the top kind of banner.

14             Could you walk the jury through kind of what this

15   eight-page spreadsheet of numbers is.

16   A.  Uh-huh.  So this is warehouse shipments from January 3

17   through January 9, 2021.  So this is a warehouse from

18   Lancaster, Pennsylvania, shipping goods to the Safeway

19   stores in D.C.

20             And then you can see the second column.  It says

21   "D.C. Store," and it will list the number of the store, the

22   store number.

23   Q.  So the store IDs that are listed there -- 923, 1177, I

24   think it's 1276 -- do they correspond with the same store

25   numbers that we saw in the preceding document?

```
1    A.  Yes.

2    Q.  What does this record show about where the D.C. stores

3    receive their shipments from?

4    A.  That they're getting shipments from Pennsylvania.

5    Q.  And that's from another state?

6    A.  Yes.

7    Q.  In reviewing this chart, and maybe --

8              MR. DALKE:  Could we just blow up the store, say

9    923.

10   Q.  And I should say, this chart, is it for a certain date

11   range?

12   A.  Yes, for January 3, 2021, through January 9, 2021.

13   Q.  So we've got a week or so of shipments?

14   A.  Yes.

15   Q.  Okay.  So in reviewing this, did some stores receive

16   shipments on January 6th and others didn't?

17   A.  Yes.

18   Q.  Did some stores receive full shipments and others

19   received part shipments?

20   A.  Yes.

21   Q.  Okay.  Looking here at Store 923 in particular, how many

22   case shipments did they receive on January 6, 2021?

23   A.  Two.

24   Q.  Okay.  How many approximately did they receive on

25   January 5, 2021?
```

1    A.  Over a thousand.

2    Q.  How about January 7th?

3    A.  Similar, kind of close to a thousand shipments.

4    Q.  Okay.

5          MR. DALKE:  Thanks.  We can take this exhibit

6    down.

7    Q.  If these stores were closed at 4:00 and the employees

8    were sent home, could they receive the shipments of bulk

9    groceries and goods from the supplier in Pennsylvania?

10   A.  No.

11   Q.  I want to turn to a new topic about the defendant's

12   phone.

13         During the course of this investigation, did law

14   enforcement obtain the cellular phone of the defendant?

15   A.  Yes.

16         MR. DALKE:  Okay.  And can we pull up Exhibit 501.

17   Q.  And is this a fair and accurate photograph of the phone

18   that was recovered from the defendant?

19   A.  Yes.

20         MR. DALKE:  Your Honor, I move for the admission

21   of Exhibit 501.

22         MR. ROOTS:  No objection at the moment.

23         THE COURT:  So moved.

24   Q.  Did the Court issue a search warrant permitting law

25   enforcement to review this phone?

1    A.  Yes.

2    Q.  Could you tell the jury, what is a search warrant in

3    general terms?

4    A.  A search warrant is a document issued by a judge that

5    basically like allows us to search a place or, you know, a

6    piece of property.

7    Q.  So you couldn't just go on this phone by yourself; you

8    go to the Court, get permission, and then go on the phone?

9    A.  Correct.

10   Q.  Was the FBI able to get into this phone and see its

11   contents?

12   A.  Yes.  We were able to do what's called a partial

13   extraction of the phone.

14   Q.  Okay.  Did you personally do this, or did you -- did the

15   FBI have a team of more -- I don't want to say more

16   specialized -- a separate team that kind of does this work?

17   A.  We worked with our CART team, which is the Computer

18   Analysis Response Team, who specializes in the digital

19   evidence and extractions of those devices.

20   Q.  And you mentioned a partial extraction.  Partial is not

21   full.  What's a -- for someone who doesn't know what a

22   partial or a full extraction is, what's that mean in

23   practical term?  What did you pull out?

24   A.  Right.  So with a partial extraction, once we received

25   the phone, the phone was locked, so we were not able to get

1    a full -- you know, a full extraction when the phone is

2    locked.  So we were able to retrieve some photos, some

3    videos, and things like that.

4           With the full extraction you would be able to get,

5    you know, text messages, phone records, search history, app

6    usage, things like that.

7    Q.  Have you been able to review the items that were

8    recovered from this phone and provided by the FBI CART

9    examiners related to January 6, 2021?

10   A.  Yes.

11   Q.  Did you find anything relevant relating to this

12   investigation?

13   A.  Yes.

14   Q.  Were there items recovered indicating whose phone this

15   was other than the fact it was taken from the defendant?

16   A.  Yes.  So the only -- the user profile that was on the

17   phone was named Chris Alberts.

18   Q.  I'm sorry, the user name was Chris Alberts?

19   A.  Yes, the user name was Chris Alberts.  And then there

20   were also some images on the phone.

21   Q.  Would that be selfies and videos?

22   A.  Yes.

23   Q.  Would they be of the defendant?

24   A.  Yes.

25   Q.  Did they have a last log-on date?

1    A.  Yes.  The last log-on date was January 6, 2021.

2    Q.  Were some of the other photos in this a driver's

3    license?

4    A.  Yes.

5    Q.  What items specifically, as to this phone, was the FBI

6    able to recover relating to January 6, 2021?

7    A.  So there were -- on the phone there were multiple videos

8    from January 6, 2021.  There are also some photos from

9    January 6th.

10   Q.  What types of items were not -- was CART -- the CART

11   forensic examiners, were they not able to extract out of

12   this phone what are often available or sometimes available

13   if a full extraction is able to be done?

14   A.  So you would also get, you know, like I said, text

15   messages, phone calls, logs, search history, app usage.

16   Q.  Sometimes fuller videos instead of like a --

17   A.  Right.  Like there would be more images and videos.

18   Q.  There would be more of everything?

19   A.  More of everything, yes.

20   Q.  Based on what FBI was able to get out of the phone, do

21   those items have kind of dates and times associated with

22   when they were created?

23   A.  Yes.

24   Q.  So, for example, if you had a video, could you tell when

25   that video was taken or created?

1    A.  Yes.

2    Q.  Have you personally reviewed the items pulled out of

3    this phone?

4    A.  Yes.

5    Q.  Okay.  Exhibits 503, 504, 507, 508, 509, 510, and 512,

6    are they all items recovered from the defendant's phone that

7    you've reviewed prior to coming here to court today?

8    A.  Yes.

9            MR. DALKE:  Your Honor, we'd ask for the admission

10   of the aforementioned exhibits.

11           MR. ROOTS:  No objection at this time.

12           THE COURT:  So moved.

13   Q.  So let's walk through some of these items pulled from

14   the phone.  Let's start with Exhibit 503.

15           What was the date related to this exhibit from the

16   phone extraction from the defendant's phone?

17   A.  It was November 3, 2020.

18   Q.  What happened on November 3, 2020?

19   A.  That was the date of the 2020 U.S. presidential

20   election.

21   Q.  Okay.

22           MR. DALKE:  Go to Exhibit 504.

23   Q.  What was the date from the extraction -- or the data

24   associated with this item that was extracted from the

25   defendant's phone?

1   A.  December 30, 2020.

2   Q.  Sorry, December 30, 2020?

3   A.  Uh-huh, yes.

4   Q.  Okay.  And what do you see in this photograph from the

5   defendant's phone?

6   A.  You see a plate carrier on the right, you know, towards

7   the, you know, upper right.

8          You see some additional body armor, as well as a

9   handgun at the bottom -- in the middle of the bottom.

10  Q.  Could you point or circle with your touch screen the

11  handgun that you mentioned?

12  A.  Uh-huh.  So this is the gun down here.  (Indicating)

13  Q.  And is it possible -- is there anything written on the

14  barrel or could you make out any letters on that, or not?

15  A.  There are a few letters that you can see at the

16  beginning, kind of T-A-U-R, I think you can see.

17  Q.  T-A-U-R, like Taurus firearm?

18  A.  Yes.

19          MR. DALKE:  Okay.  Can we go to Exhibit 507.

20          It's quite short, so just play it and make sure

21  the sound is on.

22          (Video playing)

23  Q.  Having -- we played this.  No video showed up.  Having

24  watched this before and coming off the cell phone, are you

25  familiar with a video that's associated with that, that

1    music and sound that came...?

2    A.  Yes.

3    Q.  Okay.  And we're going to work on getting that pulled

4    up.  But could you just explain to the jury what the scene

5    was and the video was of.

6    A.  Uh-huh.  Yes, so that -- the video is of the National

7    Mall; so you see the Washington Monument kind of in front of

8    you, and it's kind of a scan of the National Mall with

9    people on the mall.

10            So that was approximately 11:45 a.m. on January 6,

11   2021.

12   Q.  All right.  So 11:45 a.m. on the National Mall near the

13   Washington Monument?

14   A.  Yes.

15   Q.  Okay.  Where was that in proximity to the president,

16   President Trump's speech that day?

17   A.  So the speech was in that same area, and it was

18   scheduled to start around noon.

19   Q.  Okay.  And did the Trump -- President Trump's speech

20   start around noon?

21   A.  Yes.

22   Q.  So it would have been about 15 minutes after the video

23   on the defendant's phone?

24   A.  Yes.

25   Q.  Okay.  Do you know approximately when that -- President

1    Trump's speech ended that day, on January 6, 2021?

2    A.   So about 1:10 p.m.

3    Q.   So the president spoke for about 70 minutes?

4    A.   Uh-huh, yes.

5    Q.   Did you recover additional videos from the defendant's

6    phone, kind of as the day progressed?  Well, as his day

7    progressed?

8    A.   Yes.  So there were a couple of other videos from that

9    day as well.  There's one kind of walking from the monument

10   towards the Capitol, and there are a couple of videos that

11   are actually at the Capitol, on the Capitol grounds, which

12   were taken later.

13   Q.   So taking them one by one, the exhibit of the defendant

14   walking from the monument area towards the Capitol, are

15   there any defining features or recognizable features seen in

16   that video?

17   A.   Yes.  So as he's walking past the Washington Monument,

18   you can see the African-American History Museum, as he kind

19   of had just passed it, so he's somewhere kind of halfway

20   between the Washington Monument and the Capitol building.

21   Q.   And what time was that?  So was there a date and a time

22   associated with that second video that we're talking about

23   now?

24   A.   Yes.

25   Q.   So the first one, 11:45.

1          Now we're talking about the second one walking

2     towards the Capitol.  What's the date and time associated

3     with that second video?

4     A.  All right.  So that video of him walking past the

5     African-American History Museum, same day, January 6, 2021,

6     it's about 12:38 p.m. going towards the Capitol with a group

7     of other folks as well.

8     Q.  Okay.  And can you hear the defendant talking or yelling

9     on that video?

10    A.  Yes.

11    Q.  Have you become familiar with the defendant's voice

12    through the investigation of this case and watching other

13    videos?

14    A.  Yes.

15    Q.  Okay.  And whose voice is it on that video?

16    A.  It's the voice of Chris Alberts.

17          MR. DALKE:  Okay.  So we're still working on some

18    tech issues, but I do think we might be able to play the

19    video we just talked about at 12:38.  So can we try to play

20    Exhibit 508?  Can we play 508, and then just pause it a

21    second in so we can orient.

22          And do we have sound?

23          Okay.  Can we just play for a second and pause and

24    see if the sound's working.

25          Pause.

1    Q.   So it just flashed by there, but did you see a monument

2    sticking up and a big rectangular-looking building?

3    A.   Yes.

4    Q.   Okay.  And was that the Washington Monument as well as

5    the African-American History Museum?

6    A.   Yes.

7    Q.   Okay.  And, again, we've discussed it, but now that the

8    jury can see it, is this the video from 12:38 p.m. walking

9    towards Constitution Ave. towards the Capitol?

10   A.   Yes.

11   Q.   And this is the video that we discussed that you can

12   hear the defendant's voice on?

13   A.   Yes.

14             MR. DALKE:  Can we just go to the beginning and

15   play the whole video.

16             (Video playing)

17             MR. ROOTS:  Your Honor, we have an objection.

18             THE COURT:  Stop it.

19             MR. ROOTS:  I've just been told --

20             MR. DALKE:  No speaking objection.  We can take it

21   to the phone.

22             THE COURT:  Let's go to the phones.

23             MR. DALKE:  It's been admitted.

24             (The following is a bench conference

25              held outside the hearing of the jury)

1          MR. ROOTS:  Your Honor, I've just been told that

2    the version of this video that we've been provided in

3    discovery does not have sound, so this is bad faith by the

4    government.

5          THE COURT:  Okay.  Overruled.

6          (This is the end of the bench conference)

7          THE COURT:  I'm sorry, Mr. Dalke, do you want to

8    make a record or --

9          MR. DALKE:  I think that...

10          I don't think it's necessary, Your Honor.

11          So sorry.  Before we were interrupted, can we just

12    roll back and play this from the beginning again.

13          (Video playing)

14    Q.  Did you hear what the defendant said there?

15    A.  Yes.  He said, "Taking over the Capitol, patriots.

16    Let's go."

17    Q.  Moving on in the defendant's cell phone, did you recover

18    additional videos from that cell phone as well?

19    A.  Yes.  There were a couple of videos that were actually

20    at the Capitol that he took that same day.

21    Q.  Okay.  And to avoid prolonging this or any more tech

22    issues with these -- with this exhibit, could you just

23    explain what Exhibit 509 is, meaning is there an exhibit of

24    a video near the Lower West Terrace kind of steps?

25    A.  Yes.  So the first video at the Capitol, you can see

1    Alberts is -- he's on the staircase, and he's taking a video

2    of that northwest staircase going up.

3            And then the next video is a little bit later.

4    Then it's that Upper West Terrace area at the Capitol.

5    Q.  And in that first one kind of taken near the Lower West

6    Terrace, can you see any officers up above?

7    A.  I would have to see it again, how many officers are --

8    they would be kind of towards the top of the staircase at

9    this point.

10   Q.  And was there a particular officer that's testified here

11   today that appears in that video?

12   A.  Yes.  So you can see Capitol Police Officer Shauni

13   Kerkhoff sort of towards the top in the right of the video,

14   and you can see her ball cap and her sunglasses that she

15   described.

16   Q.  So it was before she put on the gas mask.  It was fairly

17   early.  She had the ball cap on?

18   A.  Yes.

19   Q.  Sunglasses on?

20   A.  Yes.

21   Q.  And does she appear to be doing anything?

22   A.  So she's kind of doing hand motions to the crowd, and

23   you can see that in the video, how she's kind of motioning

24   to the crowd.

25   Q.  Okay.  And then you mentioned a second video.  Where was

1    that -- I guess, now fourth video, but second additional

2    video inside the restricted perimeter, where was that taken?

3    A.  That was taken -- so once you get to the top of that

4    staircase, you get to the terrace, so the next video is

5    taken on that terrace.

6    Q.  That's that Upper West Terrace after those stairs with

7    those planters and urns are overrun?

8    A.  Yes.

9    Q.  Were there also photographs on that phone as well?

10   A.  Yes.

11   Q.  Okay.  Did it -- were there any photographs from or

12   screenshots from news outlets?

13   A.  Yes.

14           MR. DALKE:  Let's bring up Exhibit 512.

15   Q.  Is this one of the items that was on the defendant's

16   phone?

17   A.  Yes.

18   Q.  Can you see the defendant in this item -- this

19   photograph?

20   A.  Yes.

21   Q.  Could you just point him out.

22   A.  (Witness complies)

23           THE COURTROOM DEPUTY:  Counsel, is this in?

24           MR. DALKE:  It's been admitted, yes.  For the

25   record, we've admitted 503, 504, 507, 508, 509, 510, and

1    512 -- I apologize -- and this is Exhibit 512.

2    Q.   In addition to this screenshot or screenshots from news

3    media that were on the defendant's phone, were there also

4    screenshots from Twitter about restricted roads and parking

5    areas?

6    A.   Yes.

7    Q.   Okay.   Were there photographs of a Taurus firearm?

8    A.   Yes.

9            MR. DALKE:   Okay.   We can take this down.

10   Q.   As part of your investigation and preparation for trial

11   here, have you attempted to track the defendant's movements

12   on January 6, 2021, to the best you could cobble things

13   together?

14   A.   Yes.

15   Q.   How were you able to do that?

16   A.   We used -- like we have talked about here, we used the

17   phone images and videos from Mr. Alberts's phone.   We used

18   the body-worn camera footage as well as some open source

19   photos and videos that were taken by different news outlets

20   and different people that were on the grounds that day.

21   Q.   A little bit like Where's Waldo, like --

22   A.   Yes.

23   Q.   Have you been able to piece together a general idea and

24   time frame generally of the defendant's movements on January

25   6th, kind of piecing together these open source or

1    surveillance videos to generally get an idea of where he

2    went?

3    A.  Yes.

4    Q.  Is that comprehensive, meaning you have a video for

5    every single minute of the six hours at the Capitol grounds

6    and on the restricted perimeter?

7    A.  No.  It's kind of a broad idea of what he did that day.

8    It doesn't capture every second, but...

9    Q.  So I want to have you walk the jury through this.  We'll

10   try to do it chronologically.  And we'll do our best to skip

11   over the sections which have already been covered

12   exhaustively, so we'll move that along.

13              What was the earliest kind of photo or video that

14   helped, again, place your initial timing or placement of

15   where the defendant was in relation to the Capitol on

16   January 6, 2021?

17   A.  So the first time that we have would be on his phone, on

18   Chris Alberts's phone, is that video at the National Mall

19   right before Trump's speech, so that's 11:45 a.m.

20   Q.  And then the second video walking towards the Capitol?

21   A.  Right.

22   Q.  And what time was that?

23   A.  That was 12:38 p.m.

24   Q.  And so that's walking to the Capitol at 12:38 p.m.?

25              MR. DALKE:  Can we bring up Exhibit 402.

1    Q.  And to orient the jury back to this photograph, based on

2    what's happening here and certainly the testimony of Captain

3    Baboulis on this, do you have a general sense of when,

4    approximately, this photograph was taken?

5    A.  So this would have been about 1:00 p.m. on that day,

6    January 6th.

7    Q.  And what leads you to believe it's around 1:00 p.m.,

8    give or take?

9    A.  Kind of the -- where the location of the rioters are.

10   The fact that you can see the staircase here has not been

11   overtaken by rioters yet at this point.

12   Q.  And this would have been shortly after the breach of the

13   Peace Circle restricted perimeter?

14   A.  Correct.  Right.

15   Q.  Based on your investigation and what you could figure

16   out, when is the earliest time that, at least that we could

17   find, meaning the government could find, when the defendant

18   made it up near to the scaffolding area?

19   A.  Would be about --

20   Q.  Approximately where I drew that blue line to the middle

21   left of the photograph.

22   A.  Right.  That would be about 1:04 p.m.

23   Q.  So would that have been shortly after the rioters that

24   you see in this photo?

25   A.  Yes.

1   Q.   How do you know he made it up to that area where I have

2   the blue mark about 1:04 p.m.?

3   A.   There's footage of him in that area at that time.

4   Q.   Surveillance footage with the time stamp from the

5   Capitol Police?

6   A.   Yes.

7   Q.   Okay.  Is it possible, conceivable, that he was there

8   earlier?

9   A.   Yes, possible.

10   Q.   But this would be -- the earliest video footage that we

11   have at that location would be 1:04 p.m.?

12   A.   Yes.

13           MR. DALKE:  Can we bring up Exhibit 212.  Just

14   scroll to about 30 seconds in, and just pause it there.

15           Just play it for about two or three seconds.

16           (Video playing)

17           MR. DALKE:  A couple more seconds.  I apologize.

18           (Video playing)

19           MR. DALKE:  Pause.

20           Sorry, I apologize.  We played a little quicker

21   into the video than anticipated.  I just wanted 30 seconds

22   into the video.

23           (Video playing)

24   Q.   The circle in blue on the right-hand side, do you see an

25   individual with a black hat that you're familiar with?

```
 1    A.  Yes.

 2    Q.  And who is that?

 3    A.  That's Chris Alberts.

 4    Q.  And what time is the date stamp on the Capitol Police

 5    surveillance footage?

 6    A.  It says 1:04 p.m.

 7    Q.  Okay.  And, again, to orient the jury, the Capitol steps

 8    and the landing and all the testimony we've heard, would

 9    that be right off to the left side of this?

10    A.  Right.  Yes.  And then behind that you can see the

11    microphones along the scaffolding or the stage, the

12    speakers.

13            MR. DALKE:  All right.  And let's skip ahead to

14    one minute and seven seconds into this video.

15            (Video playing)

16    Q.  Do you see the defendant there?

17    A.  Yes.

18    Q.  And is that in the bottom center, kind of near that

19    lamppost?

20    A.  Yes.

21    Q.  Looking at the top here, this -- now we've moved forward

22    a little bit.  It's 1:05 p.m.

23            Do you still see the line of signs up at that

24    time?

25    A.  Yes.
```

1    Q.  When the defendant had reached essentially the base of

2    these Capitol steps inside the restricted perimeter at 1:04,

3    and now at 1:05 p.m., President Trump's speech, a mile -- a

4    little more than a mile away, was that still going on?

5    A.  Yes.

6    Q.  When did that end again?

7    A.  About 1:10 p.m.

8            MR. DALKE:  Okay.  Can we go ahead and skip in

9    this video to about 13:51.

10           Can you just play for a few seconds there.

11           (Video playing)

12   Q.  So I just want you to watch where I circled kind of in

13   the bottom right-hand corner near the trailer.

14           MR. DALKE:  We'll go ahead and play this until

15   about 14:50.

16           (Video playing)

17   Q.  And are you following the man with the backpack?

18   A.  Yes.

19   Q.  And what was he doing there when he was walking over?

20   A.  So you can see him kind of moving this direction.  He's

21   gesturing to the crowd.  He's trying to -- it looks like

22   he's kind of talking to, you know, the crowd.  He's

23   gesturing.  He's moving kind of back and forth.

24           MR. DALKE:  So we've paused it at 14:22.

25   Q.  Again, just to orient the jury -- I mentioned Where's

1    Waldo -- do you still see the defendant there?

2    A.  Yes.

3    Q.  And, again, I want you to try to watch him and track him

4    the best you can and just narrate his movements, his

5    gestures, whether he's talking, whether he's gesturing.

6    A.  Okay.

7              (Video playing)

8    A.  So now we're about at 1:18 p.m.  It looks like he's

9    talking to some other folks in the crowd.  He's gesturing.

10   Pointing towards the Capitol.  Kind of moving off screen

11   here in this direction.

12   Q.  Do some seem to follow him?

13             MR. DALKE:  We can pause.

14   A.  Yes.

15             MR. DALKE:  Skip to 16:58 into the video.

16   Q.  Okay.  And to reorient ourselves, just looking there

17   right to the left of the trailer, do you see an individual

18   with a camo backpack and black clothing?

19   A.  Yes.

20   Q.  Okay.  And we're going to go ahead and play this, and,

21   again, I just want you to narrate, indicating in particular

22   whether any of the items that he's wearing have changed and

23   what he's doing with his hands and body.

24             (Video playing)

25   A.  So now he has his gas mask on.  It's 1:21 p.m.  You see

1    some police officers here.

2              He's facing some of the police officers.  So you

3    have -- the police line is now kind of squished between

4    rioters on both sides.

5              So like we talked about, the Capitol is this

6    direction (indicating), and the rioters are kind of on both

7    sides of the police.

8    Q.  Do you see him across the bottom of the screen?

9    A.  Yes.  Again, he's gesturing to the crowd again.  He's

10   kind of moving towards that staircase.

11   Q.  Is he doing like a kind of Hulk gesture?

12   A.  Yes.

13   Q.  And can you see him with the gas mask on?

14   A.  Yes.

15             MR. DALKE:  Pausing there at 18:19.

16   Q.  Sorry?

17   A.  I was just going to say he's still towards the center

18   bottom of the video.

19   Q.  Has the crowd grown in size now between that kind of

20   early -- the first people there at shortly after 1:00 and

21   now 15, 20 minutes later?

22   A.  Yes.

23   Q.  Okay.

24             MR. DALKE:  We can take this exhibit down.  And

25   I'd like to bring up Exhibit 405.

1    Q.  Is this a video from approximately the same time frame

2    that we were just watching the CCTV video, the surveillance

3    video?  That would be around 1:20, 1:22, 1:25, that area?

4    A.  Yes.

5    Q.  Okay.  Can you see the kevlar body armor with the plates

6    inserted?

7    A.  Yes.

8    Q.  Can you see the gas mask?

9    A.  Yes.

10   Q.  In his right pocket, can you see a kind of knife clip?

11   A.  Yes.  I can circle it.  Here's the knife.

12   Q.  Can you see the officers, that he's kind of surrounded

13   there?

14   A.  Yes.

15            MR. DALKE:  Bring up Exhibit 406.  And can we just

16   blow up the defendant.

17            Let's not blow up the defendant.  Enlarge the

18   picture of the defendant.

19   Q.  Is this in the same location, the same location that we

20   were watching, the CCTV video, the surveillance video?

21   A.  Yes.

22   Q.  And does it help show the proximity to those steps and

23   that scaffolding?

24   A.  Yes.  So you see the top (indicating), these are the

25   same kind of speakers that we saw in the last video, and the

1    defendant has a gas mask on.

2    Q.  In fact, can you actually even see one rioter who kind

3    of went up to that -- not up the steps, but on that initial

4    kind of landing platform --

5    A.  Yes.

6    Q.  -- behind him?

7              MR. DALKE:  Okay.  Can we bring up Exhibit 302.

8    Just pause.  Just maybe play and then pause immediately to

9    make sure our sound is working.

10             (Video playing)

11   Q.  Do you see the defendant there on the right side of the

12   picture?

13   A.  Yes.

14   Q.  Gas mask on?

15   A.  Yes.

16   Q.  The riot police in front of him?

17   A.  Yes.

18   Q.  What's -- the riot police, what's he doing with his arm?

19   A.  Yes, he's got his arm out basically in the direction of

20   Alberts trying to get him to stop.

21   Q.  Okay.  And then in a minute here we're going to play it

22   just for six seconds.  I believe Alberts, the defendant, may

23   say something.  I just want you to listen to it and see if

24   you can hear it.

25             MR. DALKE:  So can we go ahead and play for the

```
 1    first six seconds.
 2              (Video playing)
 3    Q.  It may be a little hard with our sound system, but could
 4    you make out what the defendant said there?
 5    A.  Yeah, he says, "You have the wrong motherfucker.  You
 6    see that right here?"  And he points towards his chest.  He
 7    has some patches on his chest which I believe he was
 8    pointing to.
 9    Q.  He says twice, "You see that right there?  You see that
10    right there?"
11    A.  Yes.
12    Q.  Based on the CCTV video, the surveillance video,
13    approximately when was this around time-wise?
14    A.  So this would have been, like I said, similar time to
15    the videos that we've seen.  Somewhere between maybe 1:20,
16    1:30, something like that, p.m. that day.
17              MR. DALKE:  Just go ahead and play a little bit
18    more of the video.
19              (Video playing)
20              MR. DALKE:  I'm thinking about timing, Your Honor.
21    I can continue to go, but I also don't want to --
22              THE COURT:  How are we doing, ladies and
23    gentlemen?  Do you want to take a somewhat early lunch break
24    or proceed for another 15, 20 minutes?
25              JURORS:  Proceed.
```

```
 1              THE COURT:  All right.  They're the boss.
 2              MR. DALKE:  Can we pull up Exhibit 201.  Can we go
 3    ahead and play until about ten seconds.
 4    Q.  And to orient ourselves, are we in close proximity to
 5    the videos that we just watched with the defendant facing
 6    off with those riot police?
 7    A.  Yes.
 8    Q.  And would that have been just to the right?
 9    A.  Yes.
10    Q.  Now here at 1:48 p.m., do you see the defendant starting
11    to make his way up those steps?
12    A.  Yes.
13    Q.  Okay.  And I just want you to watch where I've marked
14    the blue arrow right kind of at the edge of the scaffolding,
15    the individual in the big gas mask.
16              And, again, we're going to play until about 44
17    seconds into this video, and just narrate what you can see,
18    at least when he's coming in and out of the frame.
19              (Video playing)
20    A.  About 1:48 p.m., Alberts has the gas mask on.  He's
21    using some of the other protesters to kind of help pull
22    himself up onto the staircase.
23    Q.  Is he moving past them?
24    A.  Yes, he's moving past them.  And at this point in the
25    video he's kind of ducked behind this bush.
```

1    Q.  He's going around them?

2    A.  Yes.  Yes, he's going around the other protesters.

3    Q.  Is this prior to anyone having been sprayed at this

4    location?  You still see the man in the blue jacket

5    standing?

6    A.  Yes, this is prior to anyone being sprayed.

7              MR. DALKE:  Okay.  Let's continue to play until

8    one minute and 29 seconds.

9              (Video playing)

10   Q.  Do you see the defendant's head bobbing in and out of

11   there?

12   A.  Yes.

13   Q.  Still at 1:48.  Now turning to 1:49 p.m.  Was he, what,

14   three or four rows back at that point?

15   A.  Yes.

16   Q.  Do you see the bike racks at the top?

17   A.  Yes.

18   Q.  Do you see the officers at the top?

19   A.  Yes.  It looks like the officers are speaking with this

20   guy in the blue jacket that you referred to, or they're

21   going back and forth with him as he's trying to walk up the

22   banister.

23   Q.  Do you see the defendant now again maybe more clearly at

24   1:49 p.m.?

25   A.  Yes.

1   Q.  The defendant made his way through that crowd towards

2   the front by this time?

3   A.  Yes.

4   Q.  Had anyone been sprayed at this point?

5   A.  No.

6   Q.  Does he have a clear sight line --

7           MR. DALKE:  Play it for two or three more seconds

8   here, or five more seconds.

9           (Video playing)

10  Q.  Does he have a clear sight line to the officers?

11  A.  Yes.

12  Q.  Is he looking forward?

13  A.  Yes.

14          MR. DALKE:  Let's go ahead and just skip to two

15  minutes and 45 seconds into the video.

16          (Video playing)

17  Q.  And we jumped forward just a little bit.  What time are

18  we at now?

19  A.  It's now 1:50 p.m.

20  Q.  Okay.  Can you see the defendant there in the kind of

21  first line behind the man in the blue jacket?

22  A.  Yes.

23          MR. DALKE:  Can we go ahead and play until about

24  three minutes and 37 seconds, again watching the defendant

25  on these steps.

```
 1                    (Video playing)
 2    Q.   Are there more officers at the top of the steps now?
 3    A.   Yes.
 4    Q.   Okay.  Does the defendant still have a clear sight line
 5    right to them?
 6    A.   Yes.  And you can see --
 7    Q.   What's the defendant doing now?  Is he dropping down
 8    into that trench?
 9    A.   Yes.
10    Q.   Is he moving to that front line now?
11    A.   Yes.
12    Q.   That's 1:51.  He's at the very front?
13              MR. ROOTS:  Your Honor, objection; just so many
14    leading questions, one after another.
15              THE COURT:  Overruled.
16              MR. DALKE:  Keep playing.
17                    (Video playing)
18    Q.   Are the officers still giving orders?
19    A.   Yes.
20    Q.   The bike racks still at the top?
21    A.   Yes.
22              MR. ROOTS:  Objection; leading.
23              THE COURT:  Overruled.  It's a case agent witness.
24    Q.   Did he move under the tarp?
25    A.   Yes.  So they're trying to use the tarp to...
```

```
 1   Q.  She moved quickly there, but could you see Shauni

 2   Kerkhoff --

 3             MR. DALKE:  Maybe scroll back two seconds.

 4   A.  Yes.  So this individual here -- yes, you circled it --

 5   with the hat and sunglasses is Shauni Kerkhoff.

 6   Q.  And that was the same individual that was on the

 7   defendant's own phone from below these steps, and she was

 8   waving?

 9   A.  Yes.

10   Q.  And that would have been before he even went up?

11   A.  Right.

12   Q.  Okay.

13             MR. DALKE:  Let's just keep moving this along.

14   Let's skip to 5:48.  Okay?  So we're at 5:48.

15   Q.  What time is it now?

16             MR. DALKE:  And we can just go ahead and play.

17             (Video playing)

18   A.  Now it's 1:53 p.m.

19   Q.  Okay.  And watch the officer at the top there.  Is he

20   giving hand signals?

21   A.  Yes.  Officers are still gesturing to the crowd, giving

22   hand signals, telling them to stop and not come up the

23   stairs.

24             (Video playing)

25   Q.  I want you to watch who emerges from that trench and
```

1      emerges up those steps.

2                      (Video playing)

3      Q.  By the way, is that officer at the top holding a shield?

4      It's a clear shield?

5      A.  Yes.  You can see the shield here.  (Indicating)

6      Q.  Did you see the pallet emerge?

7      A.  Yes.

8      Q.  Someone behind it?

9      A.  Yes.

10     Q.  And someone grabs the shield.  Do you see a camo

11     backpack?

12     A.  Uh-huh, yes.

13                     MR. DALKE:  Pause.

14     Q.  Who emerged from under that shield moving up those

15     steps?

16     A.  So that's the same individual.  It's Chris Alberts with

17     the gas mask, camo backpack, and now has the pallet.

18                     And then the other gentleman behind him, kind of

19     working as a team, grabbed the shield from the officer.

20     Q.  Is he on the front line now?

21     A.  Yes.

22     Q.  Is he further up that banister and those steps than any

23     rioter had been before, that you're aware of?

24     A.  Yes.

25                     MR. DALKE:  Okay.  Continue to play.

```
 1                    (Video playing)

 2    Q.  Does he make that top landing?

 3    A.  He's right kind of on the top landing.  Then you see

 4    some --

 5    Q.  Top step?

 6    A.  Right, the top step.

 7              Then you see some police try to get him back down

 8    the staircase.

 9    Q.  Did you see him grapple with the police there?

10    A.  Yes.  And then you see another individual come up and

11    spray the police.

12    Q.  Okay.  And that was at 1:54.  I think now we're into

13    1:55 p.m.  But the time of the hands-on altercation, 1:54

14    p.m.?

15    A.  Yes.

16    Q.  Okay.

17              MR. DALKE:  Can we skip ahead to 9:27.

18              (Video playing)

19    Q.  Can you see the defendant again in this video?

20    A.  Yes.

21    Q.  Okay.  And where is he remaining now?  I think we've

22    skipped ahead three or four minutes to 1:57.

23    A.  Yes.  So he's still along the staircase, still facing

24    the officers, still trying to push up that staircase.

25    Q.  Still have direct eyesight with those officers?
```

1    A.  Yes.

2              MR. DALKE:  Okay.  We can take this exhibit down

3    and bring up Exhibit 202, which is another video.

4    Q.  So, again, we're jumping forward by increments.  We've

5    now jumped forward to 2:02, so it's another four or five

6    minutes.

7              Do you still see the defendant on those steps?

8    A.  Yes.  He's still in here centered.  You can see that

9    there's more damage to some of the scaffolding here, and

10   some people are starting to fill in that scaffolding.  Some

11   rioters were filling in that scaffolding.

12             The defendant is still making his way up the

13   staircase.

14   Q.  Officers still holding that police line at the top?

15   A.  Yes.

16   Q.  Okay.

17             MR. DALKE:  Just play for about eight seconds.

18             (Video playing)

19   Q.  What's happening to the tarp right now?

20   A.  I see some -- there's -- multiple people are cutting the

21   tarp open.

22   Q.  When they were cutting the tarp, was Alberts talking

23   with that officer?

24   A.  Yes.

25             MR. DALKE:  Go ahead and skip to 6:08 in this

```
 1    video.
 2                    (Video playing)
 3    Q.  So, again, jumping forward about, again, another four
 4    minutes, maybe four and a half.  What time is it now?
 5    A.  It's now 2:08 p.m.  You can see he's up here.
 6    (Indicating)
 7              So a couple steps further up that staircase, still
 8    engaging the officers, and he's still kind of towards the
 9    front.
10              MR. DALKE:  Okay.  And I'm just going to play this
11    video to the end, maybe about a minute.
12    Q.  And, again, just narrate to the jury what you see and
13    what's happening specific as to the defendant here at 2:08,
14    2:09 p.m. into 2:10.
15                    (Video playing)
16    A.  He's towards the top of the staircase.  Still has a gas
17    mask on.
18    Q.  Do you see a flag being thrown up there?
19    A.  Yes, someone from below threw a flag up.
20              You see people are going through the scaffolding
21    and trying to come around.
22    Q.  Do you see the defendant waving?
23    A.  The defendant with the gas mask here, he's gesturing to
24    the crowd below.
25              MR. DALKE:  Sorry.  Can we go back -- I apologize.
```

```
1    We've paused at 6:33.  Go back to 6:20.  Play that again.
2    Q.  Specifically looking at the defendant, what's he looking
3    at and what's he waving at while he's at the top of the
4    landing here?
5                MR. DALKE:  Go ahead and play.
6                (Video playing)
7    A.  So the defendant starts to look down this way
8    (indicating), and he's gesturing up for the people who are
9    below to come up to the staircase.
10   Q.  Are there people below that he's gesturing to?
11   A.  Yes.
12   Q.  Is the tarp even more cut than before?
13   A.  Yes.
14   Q.  Is the defendant still at the front of the line?
15   A.  Yes.
16   Q.  Does it appear that other rioters had kind of come in,
17   are flanked from the other side?
18                I apologize.  Before that, did you see a cone
19   being thrown?
20   A.  Yes.
21   Q.  Did you see the crowd pushing forward?
22   A.  Yes.
23   Q.  Did you see the defendant push forward with that crowd?
24   A.  Yes.
25   Q.  Did you see the crowd -- what happened to the crowd
```

1    after the defendant and those others kind of in that front

2    group pushed forward?  What happened to the crowd behind

3    them?

4    A.  After Alberts was in that first charge of folks going up

5    the staircase, basically the floodgates opened, and

6    everybody from that area is able to go up that staircase.

7              MR. DALKE:  And just scrolling back about ten

8    seconds to about seven minutes into the video.

9    Q.  Have you previously watched this video and other angles

10   of this video?  I think there's another camera kind of a

11   little more vertical that the jury's seen.

12             Have you attempted to count kind of like what

13   position or what number the defendant was in in that kind of

14   leading force that forced through this landing?

15   A.  Yes.

16   Q.  And approximately where was he?

17   A.  He was about the 15th person in that line going up the

18   staircase before kind of all the folks kind of behind him

19   were able to pretty easily go up the staircase towards the

20   Capitol.

21             MR. DALKE:  Okay.  We can just go ahead and play

22   this to the end.

23             (Video playing)

24   Q.  Based on this video and the other videos shown to the

25   jury, after this landing where those planters or urns are,

1   is there another kind of short flight of steps as well?

2   A.  Yes.

3   Q.  Okay.  And when the defendant goes up that other short

4   step of flights, does he turn and do anything?

5   A.  So he's still gesturing to the crowd, and he's still

6   engaging with the police over there.  And that landing is

7   basically fairly close to the doors to the Senate, the

8   Senate Wing.

9   Q.  So in addition to waving when he's below before breaking

10   through, and they break through, and he goes up, how many

11   times does he turn and wave again to the crowd behind him?

12   A.  He waves two more times to the crowd behind him as he's

13   getting up to the top of that staircase.

14   Q.  I think in the first video of this kind of staircase, we

15   saw the defendant there at 1:48 p.m.; is that right?

16   A.  Yes.

17   Q.  And the approximate breaking through time of that

18   landing, what time was that approximately?

19   A.  Of just the defendant?

20   Q.  Yes, of this leading kind of group.

21   A.  I think it was a little bit after 2:00 p.m.

22        MR. DALKE:  Sorry.  If we can just go back to the

23   very end of that video.

24   Q.  What's the time stamp?

25   A.  So this is at 2:09 p.m.

1    Q.  2:09 going into 2:10?

2    A.  Uh-huh, yes.

3    Q.  Okay.  So 1:48 to 2:09, how long was the defendant kind

4    of on that flight of steps?

5    A.  About 22 minutes he was on that staircase kind of

6    leading the charge up the staircase.

7                MR. DALKE:  Can we bring up Exhibit 214.

8    Q.  What's the date stamp on the bottom of this, or the time

9    stamp?

10   A.  It says 1:48 p.m. on January 6, 2021.

11   Q.  And does that correspond with the time the defendant

12   initially kind of started going up those steps?

13   A.  Yes.

14   Q.  I apologize.  My drawing was a little more delicate.

15   But have I drawn the approximate location of where the

16   defendant was located at 1:48 p.m.?

17   A.  Yes.

18   Q.  At that time, at 1:48 p.m., are there any rioters on the

19   Upper West Terrace above that area?

20   A.  No.

21   Q.  Was there anyone at a more kind of forefront or

22   spearhead position of that mob?

23   A.  No.

24   Q.  Other than those steps?

25   A.  No.

1          MR. DALKE:  I'm going to bring up Exhibit 216.

2     Q.   What's the time stamp on this?

3     A.   This is 2:26 p.m.

4     Q.   Approximately how many minutes after that 2:10 p.m.

5     breach is this a still shot of?

6     A.   About 16 minutes after.

7     Q.   So about 16 minutes after the defendant is in that

8     leading force, goes past that landing with urns and

9     platforms up those steps.  And what is the scene like now?

10    A.   Now you can see that there is -- on this area here

11    (indicating) on the upper terrace, there's many protesters

12    up there that weren't there before.  You can see there's

13    still people coming up the staircase here.  You see a lot of

14    people still coming up the staircase here as well.

15    Q.   And you've watched the video of that as well?

16    A.   Yes.

17    Q.   Okay.  Can you see the people --

18    A.   Uh-huh, the staircase is definitely full of rioters.

19    Q.   -- going up those stairs?

20    A.   Uh-huh.  Yes.

21    Q.   You see a couple of people kind of going up the wall on

22    the left side of this photo.  Do you see that?

23    A.   Yes.

24    Q.   Had anyone gone up that wall that you're aware of prior

25    to that leading force going up those stairs and taking the

1   Upper West Terrace?

2   A.  No.

3   Q.  Are you aware of any other influx of rioters to this

4   Upper West Terrace to the Senate Wing of the Capitol other

5   than going up those stairs past that landing up to the Upper

6   West Terrace along with a few of the rioters who joined them

7   by scaling the wall?

8   A.  No.

9        MR. DALKE:  Your Honor, we're at another natural

10  breaking point.

11       THE COURT:  Okay.  Why don't we take our lunch

12  break.

13       Ladies and gentlemen, it's 12:40.  Why don't we

14  reconvene at 1:50, about ten minutes to 2:00.

15       No discussions about the case.  No research about

16  the case.  Have a good lunch.

17       (Jury exits courtroom)

18       THE COURT:  All right.  You can step down.  Don't

19  discuss your testimony over the lunch.

20       MR. DALKE:  And, Your Honor, just briefly for the

21  Court and defense's awareness, I am at least 75 percent, if

22  not further.  I would only expect 15 to 20 minutes.

23       THE COURT:  So 15 to 20 minutes.

24       MR. DALKE:  Give or take, and it could be shorter

25  than that after lunch.  I don't expect much more with this

1     witness as far as scheduling.

2              THE COURT:  Okay.  Do we have a defense order of

3     call?

4              MR. PIERCE:  So, Your Honor, the first person we

5     will call will be Ms. Miller, Melissa Miller.

6              THE COURT:  Let's take an hour.  I'll come back at

7     1:40, and I'd like the defense witness list, who you plan to

8     call, and we're going to go over it and talk about some of

9     the folks that the government pointed out and try to scope

10    out what your case is going to look like.  Okay?

11             MR. PIERCE:  Yes, Your Honor.

12             THE COURT:  And then we'll just roll into the

13    cross, and we'll see how long that takes.

14             MR. DALKE:  And so, Your Honor, what time are the

15    parties to be back?

16             THE COURT:  An hour, 1:40.

17             MR. DALKE:  1:40.

18             THE COURT:  Thank you, Your Honor.

19             (Lunch recess taken at 12:41 p.m.)

20

21

22

23

24

25

# #

**#172** [1] - 505:4

# 1

**10-33** [2] - 511:20, 511:21
**1001** [2] - 578:12, 579:4
**1002** [2] - 580:16, 581:3
**1003** [1] - 581:3, 582:19
**1004** [2] - 581:3, 586:18
**1005** [1] - 581:3
**1007** [2] - 541:22, 542:6
**104** [1] - 517:21
**108** [3] - 543:15, 562:8, 562:10
**11** [2] - 532:9, 535:22
**112** [2] - 514:24, 515:12
**1177** [1] - 587:23
**118** [2] - 551:19, 552:16
**11:00** [2] - 571:20
**11:45** [4] - 595:10, 595:12, 596:25, 603:19
**12** [5] - 559:2, 581:23, 582:3, 583:11, 585:16
**1276** [1] - 587:24
**129** [1] - 562:11
**12:38** [5] - 597:6, 597:19, 598:8, 603:23, 603:24
**12:40** [1] - 627:13
**12:41** [1] - 628:19
**13:51** [1] - 607:9
**14** [1] - 504:4
**14:22** [1] - 607:24
**14:50** [1] - 607:15
**15** [7] - 525:6, 571:19, 595:22, 609:21, 612:24, 627:22, 627:23
**15th** [1] - 623:17
**16** [3] - 540:3, 626:6, 626:7
**16:58** [1] - 608:15
**17101** [1] - 504:18
**18** [1] - 585:22
**18:19** [1] - 609:15
**1:00** [4] - 533:5, 604:5, 604:7, 609:20
**1:04** [5] - 604:22,

605:2, 605:11, 606:6, 607:2
**1:05** [2] - 606:22, 607:3
**1:10** [2] - 596:2, 607:7
**1:18** [1] - 608:8
**1:20** [2] - 610:3, 612:15
**1:21** [1] - 608:25
**1:21-cr-00026-CRC-1** [1] - 504:4
**1:22** [1] - 610:3
**1:25** [1] - 610:3
**1:30** [1] - 612:16
**1:40** [3] - 628:7, 628:16, 628:17
**1:48** [8] - 613:10, 613:20, 614:13, 624:15, 625:3, 625:10, 625:16, 625:18
**1:49** [2] - 614:13, 614:24
**1:50** [2] - 615:19, 627:14
**1:51** [1] - 616:12
**1:53** [1] - 617:18
**1:54** [2] - 619:12, 619:13
**1:55** [1] - 619:13
**1:57** [1] - 619:22

# 2

**2** [3] - 578:21, 585:6, 585:11
**20** [4] - 609:21, 612:24, 627:22, 627:23
**20001** [2] - 504:22, 505:9
**20044** [1] - 504:14
**201** [1] - 613:2
**202** [4] - 504:15, 504:22, 505:10, 620:3
**2020** [6] - 584:2, 593:17, 593:18, 593:19, 594:1, 594:2
**2021** [46] - 510:10, 510:21, 517:16, 532:15, 532:21, 535:12, 541:18, 546:4, 548:3, 548:23, 549:3, 554:15, 554:18, 559:9, 559:15, 577:25, 578:16, 578:24, 579:15, 580:2, 580:25,

581:18, 582:5, 582:8, 583:8, 583:16, 584:1, 585:14, 585:16, 586:4, 586:24, 587:17, 588:12, 588:22, 588:25, 591:9, 592:1, 592:6, 592:8, 595:11, 596:1, 597:5, 602:12, 603:16, 625:10
**2023** [2] - 504:4, 557:21
**21** [1] - 557:21
**21-26** [1] - 507:3
**211** [1] - 535:10
**212** [1] - 605:13
**213** [1] - 505:5
**214** [1] - 625:7
**21550** [1] - 505:3
**216** [1] - 626:1
**22** [1] - 522:19, 625:5
**220** [1] - 504:17
**221-4453** [1] - 504:18
**228** [1] - 504:17
**24** [1] - 543:14
**25** [4] - 520:18, 521:2, 549:20, 549:23
**29** [1] - 614:8
**2:00** [3] - 533:5, 624:21, 627:14
**2:00-ish** [1] - 533:4
**2:02** [1] - 620:5
**2:05** [1] - 570:20
**2:08** [2] - 621:5, 621:13
**2:09** [4] - 621:14, 624:25, 625:1, 625:3
**2:10** [3] - 570:19, 621:14, 625:1, 626:4
**2:26** [1] - 626:3

# 3

**3** [8] - 579:7, 579:12, 585:25, 586:24, 587:16, 588:12, 593:17, 593:18
**30** [5] - 576:2, 594:1, 594:2, 605:14, 605:21
**302** [1] - 611:7
**305-7917** [1] - 504:15
**314** [1] - 517:21
**315** [2] - 538:8, 540:2
**318** [4] - 548:16, 549:6, 564:5, 569:16
**322** [1] - 545:19, 546:12, 546:16,

546:21
**323** [5] - 516:22, 517:19, 523:13, 526:11, 526:14
**333** [1] - 505:9
**344-5763** [1] - 504:22
**354-3187** [1] - 505:10
**37** [2] - 521:3, 615:24
**39** [1] - 544:3
**3:43** [1] - 581:18
**3:44** [1] - 515:17
**3:45** [1] - 574:25
**3:53** [2] - 518:21, 518:22
**3rd** [1] - 505:4

# 4

**4** [3] - 578:25, 579:18, 579:19
**40** [1] - 521:23
**400-0725** [1] - 505:5
**402** [1] - 603:25
**405** [1] - 609:25
**406** [1] - 610:15
**429** [4] - 543:16, 562:7, 562:8, 562:12
**432** [2] - 536:18, 536:25
**44** [1] - 613:16
**45** [1] - 615:15
**4:00** [3] - 582:8, 586:13, 589:7
**4:27** [1] - 535:22

# 5

**5** [5] - 583:8, 583:16, 584:1, 584:2, 588:25
**50** [2] - 526:12, 585:23
**501** [2] - 589:16, 589:21
**503** [3] - 593:5, 593:14, 601:25
**504** [3] - 593:5, 593:22, 601:25
**507** [3] - 593:5, 594:19, 601:25
**508** [4] - 593:5, 597:20, 601:25
**509** [3] - 593:5, 599:23, 601:25
**510** [2] - 593:5, 601:25
**512** [4] - 593:5, 601:14, 602:1
**52** [3] - 516:24, 519:1, 519:3
**53** [1] - 516:24
**55** [2] - 504:13, 543:14
**5:48** [2] - 617:14

# 6

**6** [30] - 532:21, 535:12, 541:18, 542:17, 542:18, 548:3, 559:9, 577:24, 578:16, 578:23, 579:15, 580:2, 580:25, 581:18, 582:5, 582:8, 585:14, 585:16, 588:22, 591:9, 592:1, 592:6, 592:8, 595:10, 596:1, 597:5, 602:12, 603:16, 625:10
**6.713** [1] - 504:21
**601** [1] - 504:21
**6718** [1] - 505:8
**6:00** [5] - 541:8, 579:15, 579:17, 580:20
**6:08** [1] - 620:25
**6:20** [1] - 622:1
**6:25** [1] - 522:17
**6:33** [1] - 622:1
**6th** [26] - 510:8, 510:21, 517:16, 525:15, 526:2, 526:25, 532:15, 534:4, 546:3, 548:23, 549:3, 554:15, 554:18, 555:9, 555:11, 559:15, 560:3, 568:16, 568:20, 569:5, 586:3, 588:16, 592:9, 602:25, 604:6

# 7

**7** [2] - 542:18, 586:4
**70** [1] - 596:3
**702** [4] - 556:22, 557:25, 558:5, 576:21
**71** [2] - 511:12, 511:13
**717** [1] - 504:18
**75** [1] - 627:21
**7:00** [1] - 546:4
**7:20** [1] - 548:25
**7:30** [2] - 510:25, 511:1
**7th** [2] - 579:16, 589:2

# 8

**803(6** [1] - 581:9
**815** [2] - 554:4, 554:20
**816** [2] - 554:11,

554:21

# 9

**9** [2] - 587:17, 588:12
**902(11** [1] - 581:10
**902(13** [1] - 581:10
**91367** [1] - 505:4
**923** [3] - 587:23, 588:9, 588:21
**9:12** [1] - 504:5
**9:27** [1] - 619:17

# A

**a.m** [8] - 504:5, 515:18, 542:18, 579:17, 580:20, 595:10, 595:12, 603:19
**AAL085515** [1] - 559:4
**able** [23] - 518:12, 518:19, 518:20, 523:7, 541:13, 563:17, 567:10, 570:13, 590:10, 590:12, 590:25, 591:2, 591:4, 591:7, 592:6, 592:11, 592:13, 592:20, 597:18, 602:15, 602:23, 623:6, 623:19
**access** [1] - 513:3
**accomplish** [1] - 576:23
**according** [1] - 559:8
**account** [1] - 584:21
**accurate** [3] - 515:8, 517:13, 589:17
**accurately** [4] - 546:2, 549:2, 552:10, 554:17
**accused** [2] - 533:24, 538:11
**accusing** [1] - 573:24
**acknowledge** [1] - 539:25
**acting** [1] - 529:22
**action** [1] - 522:14
**Action** [1] - 504:3
**actions** [4] - 513:1, 521:16, 530:1, 530:3
**activated** [1] - 572:21
**activist** [1] - 572:21
**activity** [1] - 569:1
**Actual** [4] - 583:18, 583:21, 583:25
**actual** [5] - 553:9, 583:24, 584:3, 585:1, 585:5

**addition** [5] - 574:14, 582:11, 586:15, 602:2, 624:9
**additional** [6] - 555:25, 556:1, 594:8, 596:5, 599:18, 601:1
**address** [2] - 576:14, 576:19
**adjourn** [1] - 575:9
**admission** [8] - 542:5, 546:11, 549:5, 552:15, 579:4, 581:2, 589:20, 593:9
**admit** [1] - 554:20
**admitted** [11] - 535:10, 536:18, 538:8, 538:21, 543:16, 551:25, 582:19, 587:1, 598:23, 601:24, 601:25
**advising** [1] - 543:2
**advocacy** [1] - 529:1
**advocating** [1] - 528:14
**aforementioned** [1] - 593:10
**African** [2] - 596:18, 597:5, 598:5
**African-American** [3] - 596:18, 597:5, 598:5
**afternoon** [5] - 515:17, 535:11, 572:9, 573:22, 574:6
**agencies** [2] - 537:17, 547:25
**agency** [1] - 510:8
**agent** [5] - 577:4, 577:14, 578:9, 581:8, 616:23
**AGENT** [2] - 506:8, 577:8
**Agent** [3] - 507:10, 576:2, 577:11
**agents** [1] - 577:19
**aggressive** [2] - 538:5, 538:6
**agree** [1] - 564:19
**ahead** [16] - 533:22, 606:13, 607:8, 607:14, 608:20, 611:25, 612:17, 613:3, 615:14, 615:23, 617:16, 619:17, 619:22, 620:25, 622:5, 623:21
**Air** [2] - 510:11, 510:12
**air** [2] - 510:18, 510:19
**akin** [1] - 530:16

**ALBERTS** [1] - 504:6
**Alberts** [64] - 507:4, 521:7, 521:15, 524:4, 524:16, 527:14, 527:19, 528:10, 533:17, 533:23, 533:24, 534:8, 538:11, 538:20, 538:22, 540:11, 543:16, 546:19, 548:9, 549:22, 550:5, 551:7, 552:12, 552:13, 552:23, 555:13, 558:20, 559:6, 559:13, 560:22, 562:7, 562:8, 562:12, 563:24, 564:9, 564:23, 565:1, 565:20, 567:13, 569:1, 569:5, 569:21, 570:13, 570:21, 571:6, 574:14, 574:18, 575:3, 575:10, 576:6, 576:13, 578:7, 591:17, 591:18, 591:19, 597:16, 600:1, 606:3, 611:20, 611:22, 613:20, 618:16, 620:22, 623:4
**Alberts's** [4] - 550:20, 551:3, 602:17, 603:18
**Albertsons** [1] - 580:23
**Albertsons.com** [1] - 581:16
**Alert** [2] - 541:12, 542:15
**alert** [7] - 541:13, 541:14, 542:2, 542:3, 542:11, 543:10, 543:18
**alerts** [1] - 561:17
**allowed** [1] - 575:12
**allows** [1] - 590:5
**altercation** [1] - 619:13
**AMBER** [1] - 541:12
**ambulance** [1] - 524:15
**Amendment** [3] - 509:14, 554:9, 555:8
**AMERICA** [1] - 504:3
**America** [4] - 507:3, 550:7, 550:12, 571:8

**American** [3] - 596:18, 597:5, 598:5
**ammunition** [2] - 555:25, 556:1
**amount** [5] - 509:15, 512:14, 525:5, 584:5, 585:1
**Analysis** [1] - 590:18
**ANDREW** [1] - 504:12
**angle** [1] - 563:12
**angles** [1] - 623:9
**announcement** [3] - 565:1, 565:12, 565:18
**announcements** [1] - 565:14
**answer** [4] - 549:22, 550:5, 550:20
**anticipate** [2] - 572:1, 572:4
**anticipated** [2] - 574:19, 605:21
**anticipating** [1] - 574:14
**Antifa** [1] - 522:7
**apart** [2] - 510:7, 517:12
**apologize** [9] - 573:14, 587:2, 587:11, 602:1, 605:17, 605:20, 621:25, 622:18, 625:14
**app** [2] - 591:5, 592:15
**appear** [13] - 522:25, 527:5, 527:11, 530:18, 530:20, 537:10, 565:1, 568:19, 568:25, 570:9, 570:13, 600:21, 622:16
**APPEARANCES** [2] - 504:11, 505:1
**appeared** [7] - 512:11, 516:14, 525:18, 528:1, 528:2, 560:21, 568:22
**appreciate** [1] - 573:19
**approach** [1] - 557:22
**approximate** [2] - 624:17, 625:15
**April** [1] - 504:4
**area** [24] - 510:20, 512:1, 532:14, 536:5, 536:11, 536:12, 536:13, 536:15, 536:19, 537:25, 562:17, 562:18, 566:22, 566:23, 595:17,

596:14, 600:4, 604:18, 605:1, 605:3, 610:3, 623:6, 625:19, 626:10
**areas** [2] - 554:8, 602:5
**argue** [1] - 574:9
**argumentative** [1] - 525:22
**arm** [3] - 524:1, 611:18, 611:19
**armor** [1] - 516:14, 530:18, 594:8, 610:5
**arms** [3] - 566:24, 567:25, 568:4
**arrest** [7] - 540:18, 540:22, 544:15, 544:18, 551:3, 551:5, 553:9
**arrested** [8] - 544:18, 544:21, 544:24, 555:13, 556:4, 563:20, 569:2, 569:5
**arresting** [1] - 557:3
**arrive** [1] - 533:3
**arrived** [5] - 511:25, 512:1, 512:2, 512:9, 533:4
**arrow** [1] - 613:14
**article** [2] - 516:6, 539:13
**aside** [7] - 522:2, 522:3, 522:6, 522:9, 522:15, 530:4, 551:9
**assemblies** [2] - 509:14, 554:10
**assembly** [1] - 555:8
**assessment** [1] - 525:10
**assigned** [4] - 511:1, 511:2, 525:1, 552:6
**assignment** [1] - 508:23
**assignments** [2] - 532:18, 532:19
**assistance** [1] - 511:22
**assisted** [1] - 524:12
**assisting** [1] - 514:20
**associated** [5] - 592:21, 593:24, 594:25, 596:22, 597:2
**assume** [1] - 534:6
**attaches** [1] - 510:1
**attack** [2] - 526:5, 526:9
**attacks** [1] - 510:2
**attempt** [1] - 530:7
**attempted** [2] -

602:11, 623:12
**attention** [7] - 524:9,
524:11, 535:14,
547:7, 549:15,
549:21, 563:8
**ATTORNEY'S** [1] -
504:20
**authenticity** [2] -
580:22, 581:5
**authority** [1] - 578:19
**available** [2] - 592:12
**Ave** [1] - 598:9
**Avenue** [1] - 505:9
**average** [1] - 563:17
**avoid** [1] - 599:21
**aware** [13] - 512:1,
540:25, 541:3,
542:21, 548:2,
552:23, 553:1,
553:5, 553:7, 567:2,
618:23, 626:24,
627:3
**awareness** [1] -
627:21

# B

**B-E-N-N-E-T-T** [1] -
508:17
**Baboulis** [1] - 604:3
**bachelor's** [1] - 578:3
**back-and-forth** [1] -
523:8
**background** [2] -
534:7, 578:2
**backpack** [6] - 516:15,
556:3, 607:17,
608:18, 618:11,
618:17
**bad** [1] - 599:3
**bag** [5] - 516:15,
530:21, 556:7,
556:8, 556:11
**ball** [2] - 600:14,
600:17
**banister** [2] - 614:22,
618:22
**banner** [2] - 586:20,
587:13
**banners** [2] - 527:11,
527:12
**barrel** [2] - 559:1,
594:14
**barrier** [1] - 552:22
**base** [1] - 607:1
**based** [8] - 533:10,
568:19, 577:15,
592:20, 604:1,
604:15, 612:12,
623:24

**basic** [1] - 509:12
**bathroom** [1] - 560:12
**bathrooms** [1] -
560:16
**baton** [2] - 510:1,
552:24
**bear** [3] - 566:24,
567:25, 568:4
**bearing** [1] - 572:20
**became** [1] - 542:21
**become** [6] - 540:25,
541:3, 552:23,
553:5, 553:7, 597:11
**becoming** [2] -
507:14, 521:15
**BEFORE** [1] - 504:10
**beginning** [7] -
526:11, 526:12,
547:10, 576:4,
594:16, 598:14,
599:12
**behalf** [1] - 527:18
**behavior** [1] - 514:1
**behind** [13] - 562:1,
564:18, 565:3,
606:10, 611:6,
613:25, 615:21,
618:8, 618:18,
623:2, 623:18,
624:11, 624:12
**below** [7] - 559:10,
617:7, 621:19,
621:24, 622:9,
622:10, 624:9
**Ben** [1] - 504:14
**bench** [8] - 521:9,
521:21, 533:20,
534:14, 538:17,
539:2, 598:24, 599:6
**benefited** [1] - 525:15
**BENNETT** [2] - 506:3,
508:12
**Bennett** [13] - 508:3,
508:17, 515:15,
517:1, 518:1, 518:6,
519:17, 519:23,
520:20, 521:25,
524:25, 529:8, 531:8
**best** [4] - 552:8,
602:12, 603:10,
608:4
**better** [2] - 523:17,
575:3
**between** [6] - 523:8,
533:4, 596:20,
609:3, 609:19,
612:15
**Biden** [1] - 550:25
**big** [2] - 598:2, 613:15
**bike** [4] - 514:5,

529:18, 614:16,
616:20
**bit** [12] - 523:17,
563:7, 572:20,
573:20, 573:22,
573:23, 600:3,
602:21, 606:22,
612:17, 615:17,
624:21
**black** [7] - 516:8,
537:18, 539:15,
539:18, 605:25,
608:18
**Black** [1] - 555:1
**BLM** [1] - 566:21
**block** [1] - 555:7
**blocks** [1] - 577:17
**blow** [16] - 542:10,
543:1, 543:23,
557:15, 558:10,
578:12, 579:8,
579:19, 582:1,
583:2, 585:11,
585:25, 586:19,
588:8, 610:16,
610:17
**blowing** [1] - 581:14
**blue** [7] - 516:7,
516:8, 539:15,
604:20, 605:2,
605:24, 613:14,
614:4, 614:20,
615:21
**board** [1] - 585:16
**bobbing** [1] - 614:10
**body** [16] - 510:5,
515:4, 516:14,
517:4, 530:18,
543:7, 543:11,
544:8, 551:22,
551:24, 551:25,
552:5, 594:8,
602:18, 608:23,
610:5
**body-worn** [10] -
510:5, 515:4, 517:4,
543:7, 543:11,
544:8, 551:22,
551:25, 552:5,
602:18
**bookbag** [2] - 539:19,
556:14
**boots** [1] - 510:4
**borderline** [1] - 521:16
**boss** [2] - 564:10,
613:1
**bottle** [4] - 538:23,
540:13, 540:14,
560:22
**bottles** [1] - 538:4

**bottom** [12] - 541:23,
557:16, 579:8,
579:12, 582:1,
594:9, 606:18,
607:13, 609:8,
609:18, 625:8
**Bowser** [2] - 542:16,
579:2
**Bowser's** [1] - 541:5
**Box** [1] - 504:13
**breach** [2] - 604:12,
626:5
**break** [6] - 571:19,
572:5, 573:5,
612:23, 624:10,
627:12
**breaking** [3] - 624:9,
624:17, 627:10
**brief** [1] - 510:17
**briefly** [4] - 509:19,
509:23, 512:21,
627:20
**bring** [19] - 510:21,
514:23, 516:22,
516:23, 518:25,
554:2, 569:15,
572:22, 576:25,
586:18, 601:14,
603:25, 605:13,
609:25, 610:15,
611:7, 620:3, 625:7,
626:1
**bringing** [1] - 584:4
**broad** [1] - 603:7
**brought** [2] - 584:7,
587:13
**Bruen** [1] - 567:5
**buffer** [1] - 562:22
**building** [19] - 511:24,
511:25, 512:3,
512:6, 512:8,
512:10, 513:3,
513:7, 513:10,
514:4, 514:12,
514:14, 514:16,
534:16, 535:18,
547:3, 596:20, 598:2
**bulk** [1] - 589:8
**bush** [1] - 613:25
**business** [4] - 578:3,
581:9, 581:10,
586:17
**but..** [1] - 603:8
**button** [2] - 562:24,
563:1
**buzz** [1] - 566:16
**BY** [8] - 508:14,
524:24, 529:7,
531:23, 534:15,
559:23, 568:14,

577:10

# C

**CA** [1] - 505:4
**calculation** [1] - 585:3
**caliber** [1] - 558:23
**came..** [1] - 595:1
**camera** [12] - 510:5,
515:4, 517:4, 543:7,
543:11, 544:9,
551:22, 551:25,
552:1, 552:5,
602:18, 623:10
**camo** [4] - 539:19,
608:18, 618:10,
618:17
**candidly** [1] - 574:23
**cap** [2] - 600:14,
600:17
**Capitol** [75] - 509:7,
509:9, 511:23,
511:25, 512:3,
512:5, 512:8,
512:10, 513:7,
513:10, 514:12,
514:16, 514:20,
516:1, 524:14,
525:8, 525:10,
525:15, 525:17,
525:20, 525:24,
526:2, 531:2,
532:25, 533:6,
533:8, 533:11,
533:12, 533:25,
534:10, 534:16,
534:19, 534:22,
535:20, 536:11,
536:12, 536:13,
536:16, 542:23,
547:20, 548:22,
560:4, 560:18,
562:2, 568:16,
568:20, 568:22,
568:24, 578:24,
579:14, 596:10,
596:11, 596:14,
596:20, 597:2,
597:6, 598:9,
599:15, 599:20,
599:25, 600:4,
600:12, 603:5,
603:15, 603:20,
603:24, 605:5,
606:4, 606:7, 607:2,
608:10, 609:5,
623:20, 627:4
**captain** [1] - 543:1
**Captain** [1] - 604:2
**capture** [1] - 603:8
**Carnegie** [1] - 578:3

**carrier** [1] - 594:6
**carrying** [3] - 541:18, 545:1, 553:16
**cars** [2] - 511:6, 511:23
**CART** [4] - 590:17, 591:8, 592:10
**Case** [1] - 507:3
**case** [25] - 507:17, 531:10, 557:4, 567:5, 570:20, 571:14, 571:21, 571:22, 572:9, 574:6, 574:9, 574:11, 574:17, 574:18, 577:24, 578:6, 578:9, 588:22, 597:12, 616:23, 627:15, 627:16, 628:10
**cases** [1] - 534:4
**caused** [1] - 551:5
**CCTV** [3] - 610:2, 610:20, 612:12
**CDU** [9] - 509:3, 509:4, 509:9, 509:10, 509:13, 509:17, 509:21, 511:12, 523:15
**cell** [12] - 541:12, 541:16, 541:17, 561:8, 561:10, 561:14, 561:18, 569:24, 569:25, 594:24, 599:17, 599:18
**cellular** [1] - 589:14
**center** [2] - 606:18, 609:17
**centered** [1] - 620:8
**certain** [9] - 529:11, 553:23, 553:25, 554:8, 567:13, 579:9, 588:10
**certainly** [4] - 534:12, 574:3, 575:1, 604:2
**certificate** [11] - 557:2, 557:11, 557:17, 557:20, 558:11, 558:12, 559:5, 559:10, 576:21, 580:22, 581:5
**certification** [1] - 557:1
**certified** [2] - 509:3, 581:10
**chain** [1] - 580:11
**chance** [1] - 576:16
**change** [2] - 528:23, 529:12

**changed** [1] - 608:22
**changes** [1] - 529:13
**character** [1] - 574:12
**charge** [2] - 623:4, 625:6
**charged** [1] - 569:12
**charges** [1] - 538:20
**chart** [9] - 582:24, 583:5, 583:14, 583:16, 585:13, 586:21, 586:23, 588:7, 588:10
**chemical** [3] - 510:2, 512:12, 512:19
**chest** [4] - 556:17, 556:18, 612:6, 612:7
**choose** [1] - 522:23
**Chris** [7] - 591:17, 591:18, 591:19, 597:16, 603:18, 606:3, 618:16
**CHRISTIPHER** [2] - 506:8, 577:8
**Christipher** [2] - 577:4, 577:13
**CHRISTOPHER** [2] - 504:6, 504:10
**Christopher** [3] - 507:4, 558:20, 578:7
**chronologically** [1] - 603:10
**circle** [6] - 518:6, 519:9, 519:17, 594:10, 605:24, 610:11
**Circle** [1] - 604:13
**circled** [5] - 515:22, 540:10, 546:15, 607:12, 617:4
**circling** [3] - 539:5, 547:21
**city** [2] - 542:16, 580:19
**city-wide** [1] - 542:16
**civil** [2] - 509:5, 511:10
**civilians** [1] - 512:24
**clear** [12] - 519:18, 521:11, 521:14, 524:16, 539:22, 541:6, 544:9, 544:17, 615:6, 615:10, 616:4, 618:4
**cleared** [1] - 536:10
**clearly** [5] - 521:7, 523:9, 563:11, 563:12, 614:23
**clip** [6] - 540:12, 565:8, 565:15, 565:19, 565:25,

610:10
**close** [8] - 574:9, 579:21, 582:8, 582:16, 585:23, 589:3, 613:4, 624:7
**closed** [2] - 586:13, 589:7
**clothing** [5] - 516:6, 516:16, 539:9, 539:13, 608:18
**coat** [1] - 539:18
**cobble** [1] - 602:12
**code** [1] - 511:19
**collar** [1] - 577:23
**collateral** [2] - 509:2, 532:19
**color** [3] - 516:16, 516:18, 556:11
**colored** [1] - 516:17
**Columbia** [1] - 554:9
**COLUMBIA** [1] - 504:1
**column** [11] - 583:5, 583:21, 583:25, 584:6, 584:17, 584:18, 584:25, 585:4, 585:7, 587:20
**Column** [1] - 585:6
**columns** [3] - 583:17, 584:13, 585:17
**combined** [1] - 517:12
**coming** [6] - 541:6, 593:7, 594:24, 613:18, 626:13, 626:14
**comments** [1] - 575:17
**communist** [2] - 520:8, 528:17
**company** [1] - 580:23
**compare** [1] - 513:16
**compared** [2] - 525:11, 584:8
**compares** [1] - 583:25
**comparing** [2] - 584:7, 584:19
**compliant** [1] - 538:1
**complies** [4] - 518:8, 519:10, 519:19, 601:22
**comprehensive** [1] - 603:4
**Computer** [1] - 590:17
**conceivable** [1] - 605:7
**conclusion** [2] - 553:21, 574:18
**conduct** [1] - 529:16
**cone** [1] - 622:18
**conference** [8] - 521:9, 521:21,

533:20, 538:17, 539:2, 576:1, 598:24, 599:6
**conference)** [1] - 534:14
**confirm** [2] - 518:2, 572:7
**conflict** [1] - 575:7
**connection** [1] - 532:25
**constantly** [1] - 565:18
**constitution** [1] - 598:9
**Constitution** [2] - 505:9, 520:5
**contained** [1] - 520:4
**content** [3] - 521:17, 526:17, 528:17
**contents** [1] - 590:11
**continue** [3] - 612:21, 614:7, 618:25
**CONTINUED** [2] - 504:25, 505:1
**conversations** [1] - 572:8
**COOPER** [1] - 504:10
**copy** [2] - 557:24, 573:4
**corner** [2] - 515:21, 607:13
**correct** [44] - 518:3, 526:3, 527:10, 527:19, 528:21, 528:22, 530:1, 532:11, 532:17, 536:20, 536:23, 537:8, 537:20, 540:17, 541:2, 544:7, 544:16, 545:22, 548:4, 551:3, 553:25, 554:13, 554:16, 554:19, 556:8, 557:7, 557:10, 558:15, 558:18, 558:25, 560:5, 561:4, 562:1, 562:6, 563:1, 564:22, 565:3, 565:9, 566:2, 568:17, 568:18, 574:1, 590:9, 604:14
**corrected** [1] - 574:5
**correctly** [1] - 547:1
**correspond** [2] - 587:24, 625:11
**corresponds** [1] - 583:20
**Counsel** [2] - 538:15, 568:9

**counsel** [1] - 601:23
**count** [1] - 623:12
**couple** [10] - 543:20, 573:22, 576:3, 577:17, 596:8, 596:10, 599:19, 605:17, 621:7, 626:21
**course** [3] - 530:8, 582:21, 589:13
**Court** [12] - 505:7, 505:8, 539:25, 572:10, 572:16, 573:21, 574:3, 575:1, 575:8, 589:24, 590:8, 627:21
**court** [4] - 540:4, 540:7, 569:12, 593:7
**COURT** [104] - 504:1, 507:5, 507:9, 507:13, 507:17, 507:21, 507:23, 508:1, 508:5, 508:7, 508:10, 513:21, 515:14, 516:11, 517:25, 521:8, 521:12, 521:18, 521:20, 524:6, 525:13, 525:23, 526:8, 527:21, 528:13, 528:16, 529:3, 530:13, 531:8, 531:12, 531:15, 531:19, 533:18, 533:22, 534:6, 534:11, 538:13, 538:15, 538:19, 538:24, 539:1, 539:25, 540:4, 540:8, 542:9, 542:12, 546:14, 547:5, 549:8, 550:10, 552:18, 553:22, 554:24, 557:23, 558:8, 559:19, 560:14, 561:21, 566:11, 566:14, 566:17, 567:2, 567:8, 567:23, 568:8, 568:12, 571:12, 571:17, 572:6, 572:11, 572:13, 573:3, 573:8, 573:10, 573:13, 573:16, 575:11, 575:21, 575:24, 576:24, 577:2, 577:5, 579:6,

579:25, 581:6,
581:12, 589:23,
593:12, 598:18,
598:22, 599:5,
599:7, 612:22,
613:1, 616:15,
616:23, 627:11,
627:18, 627:23,
628:2, 628:6,
628:12, 628:16,
628:18
**Court's** [2] - 559:16,
567:2
**Courthouse** [1] -
505:8
**COURTROOM** [6] -
507:2, 526:18,
542:13, 562:11,
587:9, 601:23
**courtroom** [7] -
507:20, 516:2,
539:11, 571:23,
573:7, 577:1, 627:17
**covered** [4] - 537:6,
537:8, 537:10,
603:11
**create** [2] - 512:23,
529:19
**created** [2] - 592:22,
592:25
**credible** [1] - 576:10
**crews** [2] - 582:12,
586:15
**crime** [1] - 577:20
**crimes** [4] - 577:21,
577:22, 577:23,
577:24
**Criminal** [2] - 504:3,
507:3
**cross** [8] - 524:7,
529:8, 529:25,
530:23, 534:12,
570:21, 575:14,
628:13
**CROSS** [2] - 524:23,
559:22
**cross-examination** [5]
- 529:8, 529:25,
530:23, 570:21,
575:14
**CROSS-
EXAMINATION** [2] -
524:23, 559:22
**crowd** [24] - 536:2,
552:22, 564:12,
564:18, 565:2,
567:10, 600:22,
600:24, 607:21,
607:22, 608:9,
609:9, 609:19,

615:1, 617:21,
621:24, 622:21,
622:23, 622:25,
623:2, 624:5,
624:11, 624:12
**crowds** [1] - 509:20
**CRR** [1] - 505:7
**curfew** [27] - 540:25,
541:4, 541:7,
541:11, 542:16,
543:2, 544:12,
544:19, 545:6,
545:9, 545:11,
561:8, 563:19,
565:11, 569:4,
569:6, 569:9,
569:12, 578:16,
578:22, 579:13,
579:21, 580:2,
580:19, 582:4,
582:9, 586:12
**current** [2] - 508:18,
508:23
**cut** [3] - 513:3, 566:14,
622:12
**cutting** [2] - 620:20,
620:22

## D

**D.C** [32] - 508:19,
508:21, 509:15,
510:11, 510:12,
510:15, 510:18,
510:19, 542:16,
567:17, 577:16,
578:24, 579:2,
579:13, 579:22,
580:5, 580:8,
580:12, 580:14,
580:19, 580:24,
581:21, 581:22,
582:3, 582:7,
583:10, 583:11,
585:16, 586:14,
587:19, 587:21,
588:2
**DALKE** [89] - 504:16,
571:25, 572:7,
572:12, 572:14,
573:6, 573:9,
573:12, 573:14,
576:20, 577:3,
577:10, 578:11,
579:3, 579:7,
579:19, 580:7,
580:16, 581:2,
581:9, 582:1,
582:18, 583:2,
585:11, 585:25,
586:8, 586:18,

586:25, 587:11,
588:8, 589:5,
589:16, 589:20,
593:9, 593:22,
594:19, 597:17,
598:14, 598:20,
598:23, 599:9,
601:14, 601:24,
602:9, 603:25,
605:13, 605:17,
605:19, 606:13,
607:8, 607:14,
607:24, 608:13,
608:15, 609:15,
609:24, 610:15,
611:7, 611:25,
612:17, 612:20,
613:2, 614:7, 615:7,
615:14, 615:23,
616:16, 617:3,
617:13, 617:16,
618:13, 618:25,
619:17, 620:2,
620:17, 620:25,
621:10, 621:25,
622:5, 623:7,
623:21, 624:22,
625:7, 626:1, 627:9,
627:20, 627:24,
628:14, 628:17
**Dalke** [4] - 507:7,
574:4, 577:2, 599:7
**Dalke)..........................
...............577** [1] -
506:9
**DALLAS** [3] - 506:3,
508:12, 508:17
**Dallas** [2] - 508:3,
508:17
**damage** [1] - 620:9
**dark** [3] - 516:8,
516:17, 556:10
**dark-colored** [1] -
516:17
**dark-in** [1] - 556:10
**data** [1] - 593:23
**date** [16] - 583:15,
584:8, 584:16,
585:13, 586:2,
588:10, 591:25,
592:1, 593:15,
593:19, 593:23,
596:21, 597:2,
606:4, 625:8
**dated** [2] - 557:17,
557:20
**dates** [1] - 592:21
**days** [4] - 522:8,
530:9, 530:15,
550:23

**DC** [3] - 504:14,
504:22, 505:9
**dealing** [1] - 509:20
**December** [2] - 594:1,
594:2
**deck** [1] - 531:3
**declaration** [1] -
578:15
**defendant** [67] -
516:10, 516:12,
518:6, 519:17,
519:23, 520:2,
520:6, 520:20,
521:25, 522:13,
522:25, 524:16,
529:14, 530:1,
540:6, 540:19,
544:18, 546:24,
549:13, 578:7,
589:14, 589:18,
591:15, 591:23,
596:13, 597:8,
599:14, 601:18,
603:15, 604:17,
606:16, 607:1,
608:1, 610:16,
610:17, 610:18,
611:1, 611:11,
611:22, 612:4,
613:5, 613:10,
614:23, 615:1,
615:20, 615:24,
616:4, 616:7,
619:19, 620:7,
620:12, 621:13,
621:22, 621:23,
622:2, 622:7,
622:14, 622:23,
623:1, 623:13,
624:3, 624:15,
624:19, 625:3,
625:11, 625:16,
626:7
**Defendant** [2] - 504:7,
505:2
**defendant's** [18] -
516:16, 522:21,
589:11, 593:6,
593:16, 593:25,
594:5, 595:23,
596:5, 597:11,
598:12, 599:17,
601:15, 602:3,
602:11, 602:24,
614:10, 617:7
**defense** [6] - 562:11,
572:9, 572:15,
575:11, 628:2, 628:7
**defense's** [1] - 627:21
**defining** [1] - 596:15

**definitely** [1] - 626:18
**degree** [1] - 578:3
**delayed** [2] - 564:15,
564:17
**delaying** [1] - 564:23
**delicate** [1] - 625:14
**delving** [1] - 573:1
**demeanor** [1] - 514:2
**demonstration** [1] -
555:8
**DEPARTMENT** [1] -
504:13
**department** [2] -
557:8, 559:8
**Department** [3] -
508:20, 532:5, 557:6
**depicted** [1] - 537:22
**DEPUTY** [6] - 507:2,
526:18, 542:13,
562:11, 587:9,
601:23
**describe** [4] - 509:19,
509:23, 512:21,
577:18
**described** [3] - 556:3,
559:11, 600:15
**description** [1] -
509:12
**Desert** [3] - 522:7,
522:10, 530:16
**designation** [1] -
511:13
**detail** [1] - 580:21
**detained** [1] - 569:8
**detective** [1] - 572:2
**development** [1] -
578:5
**devices** [1] - 590:19
**different** [8] - 509:9,
534:25, 535:1,
535:2, 567:17,
581:19, 602:19,
602:20
**digital** [1] - 590:18
**direct** [2] - 572:3,
619:25
**DIRECT** [3] - 508:13,
531:22, 577:9
**direction** [7] - 547:18,
547:19, 564:19,
607:20, 608:11,
609:6, 611:19
**disability** [1] - 564:1
**disappointing** [1] -
520:5
**discovery** [1] - 599:3
**discuss** [3] - 531:9,
571:14, 627:19
**discussed** [2] - 598:7,
598:11

**Discussion** [1] - 507:19
**discussions** [2] - 571:21, 627:15
**disperse** [1] - 544:15
**disruptive** [1] - 529:15
**DISTRICT** [3] - 504:1, 504:1, 504:10
**District** [3] - 532:13, 532:16, 554:9
**disturbance** [3] - 509:5, 511:11, 529:11
**document** [16] - 556:23, 558:14, 558:21, 578:14, 578:15, 578:17, 578:21, 578:25, 580:17, 580:18, 580:24, 581:13, 582:2, 583:6, 587:25, 590:4
**documents** [1] - 581:4
**DOJ** [1] - 504:17
**DOJ-USAO** [1] - 504:17
**dollar** [2] - 584:5, 585:1
**domestic** [1] - 520:13
**done** [6] - 543:18, 545:14, 557:5, 572:4, 575:9, 592:13
**door** [3] - 513:4, 513:6, 513:9
**doors** [1] - 624:7
**down** [23] - 516:21, 523:12, 537:24, 542:20, 546:7, 567:5, 567:9, 576:16, 579:22, 580:7, 582:18, 584:11, 585:9, 586:8, 589:6, 594:12, 602:9, 609:24, 616:7, 619:7, 620:2, 622:7, 627:18
**drawing** [1] - 625:14
**drawn** [1] - 625:15
**dressed** [1] - 518:9
**drew** [1] - 604:20
**drill** [1] - 577:6
**drive** [5] - 567:19, 567:21, 567:24, 568:1, 568:5
**driver's** [3] - 567:17, 567:18, 592:2
**dropping** [1] - 616:7
**drug** [1] - 577:22
**ducked** [1] - 613:25

**due** [2] - 579:14, 579:21
**during** [5] - 507:12, 535:11, 565:12, 565:16, 589:13
**duties** [3] - 509:2, 514:18, 514:21
**duty** [2] - 510:22, 520:25

## E

**earliest** [3] - 603:13, 604:16, 605:10
**early** [5] - 525:8, 572:4, 600:17, 609:20, 612:23
**easily** [1] - 623:19
**east** [3] - 512:2, 512:3, 512:5
**ebbs** [1] - 529:9
**edge** [1] - 613:14
**educational** [1] - 578:2
**effect** [5] - 541:4, 541:7, 564:10, 579:13, 580:1
**effectively** [1] - 579:21
**eight** [4] - 572:15, 586:22, 587:15, 620:17
**eight-page** [1] - 587:15
**either** [3] - 526:13, 537:17, 555:7
**election** [5] - 565:23, 566:1, 566:5, 571:9, 593:20
**email** [3] - 581:16, 581:17
**embossed** [1] - 558:3
**emerge** [1] - 618:6
**emerged** [1] - 618:14
**emergency** [7] - 541:13, 541:14, 542:2, 561:17, 578:16, 579:1, 580:1
**Emergency** [1] - 542:15
**emerges** [2] - 617:25, 618:1
**employee** [1] - 557:12
**employees** [2] - 582:14, 589:7
**enacted** [2] - 540:25, 541:11
**encounter** [1] - 533:8
**encountered** [1] - 534:19
**encountering** [2] -

529:15, 529:21
**encourage** [2] - 530:1, 530:3
**encouraging** [1] - 547:12
**end** [11] - 507:17, 511:15, 521:21, 522:13, 534:14, 539:2, 599:6, 607:6, 621:11, 623:22, 624:23
**ended** [1] - 596:1
**enforcement** [8] - 512:23, 513:13, 513:16, 513:19, 529:23, 537:19, 589:14, 589:25
**engaging** [3] - 529:15, 621:8, 624:6
**enlarge** [1] - 610:17
**entering** [1] - 513:2
**enters** [2] - 507:20, 577:1
**entire** [3] - 511:16, 522:24, 534:2
**entranceway** [3] - 513:9, 514:12, 514:16
**envisioning** [1] - 572:10
**equipped** [1] - 510:5
**ESQ** [5] - 504:12, 504:16, 504:20, 505:2, 505:2
**essential** [1] - 542:18
**essentially** [2] - 584:7, 607:1
**establish** [2] - 514:11, 514:15
**estate** [1] - 578:4
**evening** [2] - 545:21, 551:3
**event** [1] - 529:10
**events** [4] - 515:9, 517:13, 523:14, 525:14
**eventually** [5] - 523:16, 523:20, 523:24, 536:4, 536:6
**evidence** [5] - 515:12, 517:19, 517:21, 558:6, 590:19
**exact** [1] - 525:5
**exactly** [1] - 510:15
**EXAMINATION** [7] - 508:13, 524:23, 529:6, 531:22, 559:22, 568:13, 577:9
**examination** [7] -

529:8, 529:25, 530:23, 534:13, 570:21, 575:4, 575:14
**examiners** [2] - 591:9, 592:11
**example** [2] - 569:1, 592:24
**excluding** [1] - 583:9
**excused** [2] - 531:9, 571:13
**executed** [1] - 572:24
**exempt** [1] - 542:19
**exhaustively** [1] - 603:12
**Exhibit** [38] - 514:23, 515:12, 516:22, 517:19, 523:13, 536:18, 536:25, 538:8, 541:22, 546:16, 546:21, 549:6, 552:16, 554:4, 558:5, 578:12, 579:4, 580:16, 582:19, 586:18, 589:16, 589:21, 593:14, 593:22, 594:19, 597:20, 599:23, 601:14, 602:1, 603:25, 605:13, 609:25, 610:15, 611:7, 613:2, 620:3, 625:7, 626:1
**exhibit** [16] - 515:6, 536:22, 544:4, 545:23, 549:10, 580:7, 581:3, 587:3, 587:7, 589:5, 593:15, 596:13, 599:22, 599:23, 609:24, 620:2
**Exhibits** [2] - 554:20, 593:5
**exhibits** [5] - 517:10, 517:21, 575:23, 576:15, 593:10
**exit** [1] - 564:14
**exits** [2] - 571:23, 627:17
**expandible** [1] - 510:1
**expect** [3] - 584:23, 627:22, 627:25
**expectation** [5] - 584:15, 584:20, 585:2, 585:6
**expected** [1] - 574:5
**expecting** [1] - 584:22
**experiences** [1] - 553:15

**explain** [4] - 552:19, 584:25, 595:4, 599:23
**explanation** [1] - 586:9
**explore** [1] - 524:6
**expressed** [1] - 585:3
**extent** [2] - 547:2, 560:14
**extinguisher** [1] - 514:4
**extract** [1] - 592:11
**extracted** [1] - 593:24
**extraction** [9] - 590:13, 590:20, 590:22, 590:24, 591:1, 591:4, 592:13, 593:16, 593:23
**extractions** [1] - 590:19
**eyes** [3] - 512:12, 512:13, 512:18
**eyesight** [1] - 619:25

## F

**F-16** [1] - 510:17
**faces** [1] - 508:5
**facing** [3] - 609:2, 613:5, 619:23
**fact** [5] - 553:11, 576:8, 591:15, 604:10, 611:2
**fair** [3] - 515:8, 517:13, 589:17
**fairly** [6] - 546:2, 549:2, 552:10, 554:17, 600:16, 624:7
**faith** [1] - 599:3
**familiar** [7] - 566:24, 567:5, 578:6, 580:8, 594:25, 597:11, 605:25
**far** [3] - 514:7, 575:13, 628:1
**FBI** [10] - 577:4, 577:13, 577:19, 578:9, 581:8, 590:10, 590:15, 591:8, 592:5, 592:20
**features** [2] - 596:15
**federal** [1] - 577:20
**feelings** [1] - 528:6
**feet** [1] - 566:19
**fellow** [2] - 524:14, 536:19
**fence** [1] - 552:22
**few** [4] - 569:17,

594:15, 607:10, 627:6
**fewer** [1] - 525:25
**Field** [1] - 577:16
**figure** [1] - 604:15
**fill** [1] - 620:10
**filling** [1] - 620:11
**film** [1] - 540:12
**final** [7] - 522:21, 572:1, 575:6, 575:20, 584:25, 585:4, 585:7
**fine** [2] - 522:17, 576:24
**finished** [2] - 566:11, 566:13
**finishing** [1] - 507:11
**fire** [1] - 514:3
**firearm** [12] - 553:16, 553:24, 555:14, 557:1, 558:21, 559:7, 559:9, 559:11, 576:21, 594:17, 602:7
**firearms** [4] - 557:11, 558:12, 558:16, 566:18
**First** [3] - 509:14, 554:9, 555:7
**first** [19] - 541:5, 543:25, 554:14, 565:8, 569:17, 583:6, 583:17, 583:21, 584:5, 596:25, 599:25, 600:5, 603:17, 609:20, 612:1, 615:21, 623:4, 624:14, 628:4
**five** [9] - 508:22, 519:13, 520:17, 521:2, 521:23, 571:19, 615:8, 620:5
**flag** [2] - 621:18, 621:19
**flanked** [1] - 622:17
**flashed** [1] - 598:1
**flesh** [1] - 573:23
**flier** [1] - 554:12
**fliers** [8] - 554:8, 554:14, 554:17, 555:7, 566:9, 566:18, 566:19, 567:11
**flight** [2] - 624:1, 625:4
**flights** [1] - 624:4
**floodgates** [1] - 623:5
**Floor** [1] - 505:4
**flow** [2] - 574:17, 586:16

**flows** [1] - 529:9
**focus** [1] - 534:7
**folks** [5] - 597:7, 608:9, 623:4, 623:18, 628:9
**follow** [2] - 536:7, 608:12
**following** [11] - 521:9, 533:20, 538:17, 579:16, 581:18, 582:9, 582:10, 586:3, 598:24, 607:17
**footage** [8] - 539:21, 543:8, 551:22, 602:18, 605:3, 605:4, 605:10, 606:5
**FOR** [1] - 504:1
**force** [3] - 623:14, 626:8, 626:25
**forced** [1] - 623:14
**forcing** [1] - 528:20
**forecaster** [1] - 510:14
**forefront** [1] - 625:21
**foreground** [1] - 535:15
**forensic** [1] - 592:11
**form** [1] - 576:23
**formed** [2] - 512:20, 512:25
**forth** [3] - 523:8, 607:23, 614:21
**forward** [12] - 513:2, 513:3, 523:20, 606:21, 615:12, 615:17, 620:4, 620:5, 621:3, 622:21, 622:23, 623:2
**foundation** [5] - 525:12, 551:24, 554:22, 581:7, 581:11
**four** [7] - 519:13, 520:17, 614:14, 619:22, 620:5, 621:3, 621:4
**fourth** [1] - 601:1
**frame** [6] - 525:13, 526:12, 546:1, 602:24, 610:1, 613:18
**Franklin** [1] - 504:14
**frauds** [1] - 577:23
**free** [1] - 521:7
**freeze** [1] - 546:1
**frequency** [1] - 555:5
**Friday** [3] - 504:4, 507:6, 507:23
**friend** [1] - 577:18

**front** [16] - 514:12, 514:15, 523:16, 523:22, 523:24, 581:13, 582:19, 595:7, 611:16, 615:2, 616:10, 616:12, 618:20, 621:9, 622:14, 623:1
**fuck** [1] - 523:25
**fucking** [1] - 547:3
**full** [9] - 575:4, 588:18, 590:21, 590:22, 591:1, 591:14, 592:13, 626:18
**fuller** [1] - 592:16
**fully** [1] - 537:10

**G**

**gallery** [1] - 576:17
**gas** [18] - 510:1, 512:20, 516:15, 530:20, 535:6, 583:9, 600:16, 608:25, 609:13, 610:8, 611:1, 611:14, 613:15, 613:20, 618:17, 621:16, 621:23
**grab** [1] - 551:20
**grabbed** [4] - 523:21, 524:1, 551:8, 618:19
**grabbing** [1] - 547:2
**grabs** [1] - 618:10
**grapple** [1] - 619:9
**grassy** [3] - 536:12, 536:13, 536:15
**great** [3] - 507:13, 518:9, 518:24
**groceries** [1] - 589:9
**grocery** [1] - 580:11
**ground** [5] - 524:1, 524:12, 536:3, 551:8, 561:1
**grounds** [10] - 516:1, 536:11, 542:23, 568:20, 568:22, 568:23, 568:24, 596:11, 602:20, 603:5
**group** [6] - 514:4, 523:16, 532:10, 597:6, 623:2, 624:20
**groups** [1] - 522:7
**grown** [1] - 609:19
**GTC** [1] - 558:23
**Guard** [4] - 510:11, 510:13, 510:18, 548:2
**guess** [9] - 511:3, 517:4, 522:13, 534:2, 536:7, 562:8,

**government** [22] - 508:3, 510:8, 515:12, 517:19, 517:20, 520:21, 520:25, 521:6, 531:13, 542:5, 546:11, 549:5, 552:15, 558:5, 572:23, 575:25, 576:4, 577:4, 579:3, 599:4, 604:17, 628:9
**Government** [1] - 562:8
**government's** [4] - 526:13, 562:10, 574:9, 575:15
**Government's** [19] - 514:23, 516:22, 523:12, 526:11, 535:10, 540:2, 541:21, 542:6, 543:15, 545:19, 546:12, 546:21, 548:16, 551:19, 554:3, 554:11, 556:22, 557:25, 569:16
**gallery**

**gear** [5] - 509:21, 509:24, 523:17, 535:5, 561:4
**general** [6] - 510:19, 534:6, 537:25, 590:3, 602:23, 604:3
**generally** [5] - 509:14, 536:24, 583:6, 602:24, 603:1
**gentleman** [2] - 516:7, 618:18
**gentlemen** [6] - 507:21, 513:22, 559:20, 571:18, 612:23, 627:13
**Georgetown** [2] - 532:14, 578:5
**gesture** [1] - 609:11
**gestures** [1] - 608:5
**gesturing** [10] - 607:21, 607:23, 608:5, 608:9, 609:9, 617:21, 621:23, 622:8, 622:10, 624:5
**given** [4] - 517:24, 525:14, 572:7, 575:24
**goggles** [1] - 510:4
**goods** [2] - 587:18, 589:9
**Google** [1] - 572:20

**564:15, 582:6, 601:1**
**gun** [10] - 551:6, 551:15, 553:10, 553:11, 555:19, 555:25, 594:12
**guy** [1] - 614:20
**guys** [1] - 531:1

**H**

**half** [8] - 539:23, 578:12, 581:14, 582:1, 583:3, 585:12, 586:1, 621:4
**halfway** [1] - 596:19
**hallway** [1] - 574:4
**hand** [17] - 508:11, 517:3, 517:6, 518:15, 531:20, 537:1, 551:8, 569:21, 569:25, 583:12, 587:4, 587:7, 600:22, 605:24, 607:13, 617:20, 617:22
**handgun** [2] - 594:9, 594:11
**hands** [5] - 531:3, 551:16, 587:5, 608:23, 619:13
**hands-on** [1] - 619:13
**hands-on-deck** [1] - 531:3
**happy** [2] - 507:6, 507:23
**hard** [2] - 525:17, 612:3
**Harrisburg** [1] - 504:18
**hat** [3] - 539:20, 605:25, 617:5
**head** [1] - 614:10
**healthcare** [1] - 542:18
**hear** [24] - 523:3, 523:7, 541:5, 541:7, 543:3, 545:11, 547:13, 550:2, 550:6, 550:17, 550:20, 562:4, 563:6, 563:11, 564:9, 565:11, 565:14, 565:21, 570:6, 576:11, 597:8, 598:12, 599:14, 611:24
**heard** [8] - 511:19, 527:8, 547:1, 549:17, 563:21, 563:23, 565:20,

606:8
**hearing** [7] - 521:10, 533:21, 538:18, 564:1, 564:2, 575:7, 598:25
**heavy** [1] - 561:4
**held** [4] - 521:10, 533:21, 538:18, 598:25
**HELD** [1] - 504:10
**helmet** [2] - 509:25, 535:6
**help** [4] - 511:20, 525:18, 610:22, 613:21
**helped** [1] - 603:14
**helpful** [1] - 573:2
**hi** [1] - 577:13
**high** [1] - 585:23
**higher** [1] - 567:24
**highly** [2] - 511:5, 525:2
**Hills** [1] - 505:4
**himself** [1] - 613:22
**history** [2] - 591:5, 592:15
**History** [4] - 572:20, 596:18, 597:5, 598:5
**hit** [4] - 560:24, 560:25, 561:1, 561:2
**hitting** [1] - 535:3
**hold** [1] - 536:3
**holding** [5] - 527:11, 527:12, 547:22, 618:3, 620:14
**home** [6] - 507:15, 542:23, 572:22, 576:19, 582:14, 589:8
**honest** [1] - 547:7
**honestly** [2] - 574:17, 574:19
**Honor** [43] - 507:2, 507:8, 507:16, 508:2, 515:11, 516:9, 517:18, 521:5, 521:19, 524:3, 524:20, 525:22, 526:7, 530:11, 531:13, 533:16, 538:10, 538:21, 540:5, 567:1, 567:7, 567:22, 571:25, 573:15, 576:11, 577:3, 579:3, 581:2, 581:9, 587:2, 589:20, 593:9, 598:17, 599:1, 599:10, 612:20,

616:13, 627:9, 627:20, 628:4, 628:11, 628:14, 628:18
**HONORABLE** [1] - 504:10
**hoodie** [2] - 516:17, 539:18
**hopes** [2] - 520:3
**horn** [2] - 543:2, 543:23
**Hotel** [8] - 511:2, 525:2, 525:4, 525:11, 525:21, 525:25, 526:5, 526:9
**hour** [2] - 628:6, 628:16
**hours** [2] - 576:3, 603:5
**housekeeping** [2] - 575:20, 576:12
**Hulk** [1] - 609:11
**hurt** [1] - 528:6
**hyperbole** [1] - 530:12

**I**

**ID** [4] - 583:18, 583:24, 583:25, 584:14
**idea** [3] - 602:23, 603:1, 603:7
**identical** [1] - 585:5
**identification** [10] - 540:1, 540:4, 541:21, 543:15, 545:18, 548:16, 551:18, 554:3, 556:21, 557:25
**identified** [3] - 516:10, 540:6, 540:11
**identify** [2] - 516:5, 539:13
**IDs** [1] - 587:23
**illegal** [1] - 567:14
**image** [2] - 546:1, 551:20
**images** [3] - 591:20, 592:17, 602:17
**imagine** [1] - 577:21
**immediate** [1] - 544:14
**immediately** [3] - 529:14, 529:21, 611:8
**impact** [1] - 582:3
**important** [5] - 549:13, 550:3, 571:6, 574:16, 576:13
**impression** [1] - 534:18
**IN** [2] - 504:1, 507:22

**in-court** [1] - 540:4
**inauguration** [1] - 514:6
**inches** [1] - 559:2
**include** [1] - 537:24
**including** [2] - 542:18, 580:12
**increments** [1] - 620:4
**indicate** [4] - 512:24, 574:2, 574:5, 578:25
**indicated** [4] - 564:12, 566:1, 566:4, 572:2
**indicates** [1] - 527:18
**indicating** [10] - 570:22, 591:14, 594:12, 608:21, 609:6, 610:24, 618:5, 621:6, 622:8, 626:11
**indicating)** [1] - 547:18
**indication** [1] - 523:3
**indictment** [1] - 576:9
**individual** [17] - 515:22, 515:25, 516:2, 524:17, 539:5, 540:10, 545:5, 546:15, 570:6, 605:25, 608:17, 613:15, 617:4, 617:6, 618:16, 619:10
**individuals** [14] - 523:1, 530:5, 530:15, 533:11, 535:14, 535:16, 537:13, 542:22, 544:14, 547:12, 547:22, 572:21, 573:1, 573:7
**indulgence** [1] - 559:16
**influx** [1] - 627:3
**informed** [1] - 542:22
**initial** [2] - 603:14, 611:3
**innocent** [1] - 527:18
**inserted** [1] - 610:6
**inside** [9] - 533:6, 533:8, 533:10, 534:10, 534:20, 560:3, 560:5, 601:2, 607:2
**instead** [1] - 592:16
**instinct** [1] - 551:15
**instituted** [1] - 586:11
**intent** [2] - 521:20, 527:18
**intentions** [1] - 520:21
**interacting** [1] -

529:14
**interrupt** [1] - 537:3
**interrupted** [2] - 586:16, 599:11
**Interruption** [1] - 513:20
**interviewer** [6] - 550:17, 564:16, 564:23, 564:24, 565:2, 565:4
**introduce** [2] - 531:25, 577:11
**investigate** [2] - 571:9, 577:19
**investigation** [11] - 565:20, 566:2, 566:7, 570:22, 578:6, 582:21, 589:13, 591:12, 597:12, 602:10, 604:15
**involved** [4] - 540:18, 540:21, 540:23, 544:17
**irrelevant** [1] - 533:24
**irritant** [2] - 512:12, 512:19
**irritate** [1] - 573:21
**issuance** [1] - 582:4
**issue** [1] - 589:24
**issued** [6] - 559:10, 578:19, 578:22, 579:13, 580:22, 590:4
**issues** [3] - 542:16, 597:18, 599:22
**item** [2] - 593:24, 601:18
**items** [10] - 591:7, 591:14, 592:5, 592:10, 592:21, 593:2, 593:6, 593:13, 601:15, 608:22

**J**

**J6** [1] - 572:24
**J6ers** [1] - 572:22
**jacket** [3] - 614:4, 614:20, 615:21
**jam** [1] - 573:22
**jammed** [1] - 561:14
**January** [68] - 510:8, 510:21, 517:16, 525:15, 526:2, 526:25, 532:15, 532:21, 534:4, 535:12, 541:18, 542:17, 542:18,

546:3, 548:3, 548:23, 549:3, 554:15, 554:18, 555:9, 555:11, 559:9, 559:15, 560:3, 568:16, 568:20, 569:5, 577:24, 578:16, 578:23, 579:15, 579:16, 580:2, 580:25, 581:18, 582:4, 582:8, 583:8, 583:16, 584:1, 585:14, 585:16, 586:3, 586:4, 586:10, 586:24, 587:16, 587:17, 588:12, 588:16, 588:22, 588:25, 589:2, 591:9, 592:1, 592:6, 592:8, 592:9, 595:10, 596:1, 597:5, 602:12, 602:24, 603:16, 604:6, 625:10
**job** [3] - 532:18, 532:19, 577:18
**JOHN** [2] - 505:2, 505:3
**Johns** [4] - 560:16, 560:18, 568:16, 568:25
**joined** [1] - 627:6
**joining** [1] - 507:7
**JORDAN** [1] - 504:12
**jordan.a.konig@ usdoj.gov** [1] - 504:15
**jpierce@ johnpiercelaw.com** [1] - 505:5
**JUDGE** [1] - 504:10
**judge** [1] - 590:4
**jump** [1] - 564:12
**jumped** [3] - 574:4, 615:17, 620:5
**jumping** [2] - 620:4, 621:3
**June** [1] - 508:22
**jurisdiction** [1] - 547:25
**JURORS** [1] - 612:25
**jurors** [1] - 586:2
**jury** [38] - 507:20, 513:21, 518:3, 519:18, 521:10, 526:15, 531:25, 533:21, 538:18, 542:14, 552:19, 559:19, 571:23,

574:18, 576:15, 576:19, 576:22, 576:25, 577:1, 577:12, 581:13, 582:20, 583:4, 583:18, 586:21, 587:3, 587:14, 590:2, 595:4, 598:8, 598:25, 603:9, 604:1, 606:7, 607:25, 621:12, 623:25, 627:17
**JURY** [3] - 504:9, 507:22, 518:4
**jury's** [1] - 623:11
**JUSTICE** [1] - 504:13

## K

**keep** [6] - 512:15, 514:9, 562:19, 574:22, 616:16, 617:13
**keeping** [1] - 513:21
**Kerkhoff** [3] - 600:13, 617:2, 617:5
**kevlar** [1] - 610:5
**kind** [74] - 535:14, 536:10, 549:18, 562:16, 576:19, 577:20, 580:3, 580:4, 580:11, 580:20, 582:6, 583:4, 586:13, 586:16, 587:13, 587:14, 589:3, 590:16, 592:21, 594:16, 595:7, 595:8, 596:6, 596:9, 596:18, 596:19, 599:24, 600:5, 600:8, 600:22, 600:23, 602:25, 603:7, 603:13, 604:9, 606:18, 607:12, 607:20, 607:22, 607:23, 608:10, 609:3, 609:6, 609:10, 609:11, 609:19, 610:10, 610:12, 610:25, 611:2, 611:4, 613:14, 613:21, 613:25, 615:20, 618:18, 619:3, 621:8, 622:16, 623:1, 623:10, 623:12, 623:13, 623:18, 624:1, 624:14, 624:20, 625:3,

625:5, 625:12, 625:21, 626:21
**kinds** [1] - 530:25
**knife** [3] - 555:16, 610:10, 610:11
**knowing** [3] - 555:22, 555:24, 576:9
**knowledge** [5] - 525:14, 543:22, 552:8, 569:11
**KONIG** [65] - 504:12, 507:8, 507:10, 507:25, 531:13, 531:23, 534:9, 534:15, 535:9, 536:17, 538:7, 538:21, 538:25, 539:3, 539:22, 540:2, 540:5, 541:20, 542:5, 542:10, 542:20, 543:13, 544:2, 545:3, 545:17, 546:11, 546:20, 546:23, 547:9, 548:7, 548:14, 549:5, 549:9, 549:12, 549:19, 549:23, 550:1, 550:14, 551:17, 552:15, 554:2, 554:20, 556:20, 557:15, 557:22, 558:5, 558:9, 559:16, 559:18, 560:13, 561:20, 567:1, 567:7, 567:22, 568:6, 568:14, 569:15, 569:20, 570:3, 570:5, 570:18, 570:23, 570:25, 571:5, 571:11
**Konig** [4] - 507:24, 534:6, 568:12, 574:1
**Konig).....................
.............531** [1] -
506:6
**Konig).....................
.............568** [1] -
506:7
**Kozaczuk** [23] -
514:25, 538:7, 539:3, 539:23, 541:20, 542:10, 543:13, 544:2, 545:3, 545:17, 546:20, 548:7, 548:14, 549:9, 549:19, 550:14,

551:17, 554:2, 556:20, 557:15, 558:9, 569:15, 570:18
**lack** [3] - 525:12, 576:21, 581:7
**ladies** [6] - 507:21, 513:22, 559:20, 571:18, 612:22, 627:13
**lamppost** [1] - 606:19
**Lancaster** [1] - 587:18
**landing** [11] - 606:8, 611:4, 619:2, 619:3, 622:4, 623:14, 623:25, 624:6, 624:18, 626:8, 627:5
**large** [5] - 509:15, 509:20, 512:14, 536:2, 555:8
**last** [16] - 522:16, 527:25, 532:2, 534:9, 536:22, 545:4, 567:5, 572:14, 573:18, 584:8, 584:20, 587:3, 587:12, 591:25, 592:1, 610:25
**law** [8] - 512:23, 513:13, 513:16, 513:19, 529:22, 537:19, 589:13, 589:24
**LAW** [1] - 505:3
**leading** [10] - 547:4, 550:9, 579:24, 616:14, 616:22, 623:14, 624:20, 625:6, 626:8, 626:25
**leads** [1] - 604:7
**learned** [1] - 582:24
**least** [8] - 527:2, 527:22, 528:1, 565:9, 566:4, 604:16, 613:18, 627:21
**leave** [7] - 533:11, 533:14, 534:3, 534:5, 542:22, 560:6, 560:9
**led** [1] - 513:4
**left** [10] - 517:3, 518:15, 537:1, 569:21, 569:25, 583:12, 604:21, 606:9, 608:17, 626:22

**left-hand** [3] - 518:15, 537:1, 583:12
**left-hand-side** [1] -
517:3
**leg** [6] - 524:2, 524:8, 556:7, 556:9, 556:15, 567:14
**legal** [1] - 553:21
**length** [1] - 559:1
**less** [2] - 559:2, 584:22
**letters** [3] - 552:5, 594:14, 594:15
**level** [2] - 529:11, 536:21
**license** [9] - 553:17, 553:18, 553:23, 558:14, 558:22, 559:6, 567:17, 567:18, 592:3
**licenses** [1] - 567:16
**lieutenant** [1] - 542:25
**life** [1] - 551:11
**likely** [2] - 526:5, 526:9
**line** [23] - 512:20, 512:22, 512:23, 512:25, 514:12, 514:15, 523:25, 542:15, 551:11, 561:23, 561:25, 604:20, 606:23, 609:3, 615:6, 615:10, 615:21, 616:4, 616:10, 618:20, 620:14, 622:14, 623:17
**Lisa** [1] - 505:7
**list** [5] - 572:15, 573:4, 581:19, 587:21, 628:7
**listed** [2] - 583:11, 587:23
**listen** [1] - 611:23
**Lives** [1] - 555:1
**loaded** [2] - 555:22, 555:25
**loathe** [1] - 573:20
**local** [1] - 547:25
**located** [1] - 625:16
**location** [12] - 511:4, 511:15, 516:6, 535:11, 535:24, 536:1, 604:9, 605:11, 610:19, 614:4, 625:15
**locations** [1] - 511:18
**locked** [2] - 590:25, 591:2
**lodge** [1] - 521:5

**left-hand** [3] - 518:15, 537:1, 583:12
**log** [2] - 591:25, 592:1
**log-on** [2] - 591:25, 592:1
**logs** [1] - 592:15
**look** [7] - 526:20, 526:21, 554:11, 586:19, 587:13, 622:7, 628:10
**looked** [3] - 546:3, 551:7, 561:1
**looking** [13] - 541:23, 567:12, 570:1, 579:12, 579:18, 586:21, 588:21, 598:2, 606:21, 608:16, 615:12, 622:2
**looks** [5] - 569:24, 569:25, 607:21, 608:8, 614:19
**lose** [1] - 572:13
**lost** [1] - 586:13
**loud** [3] - 543:5, 543:6, 562:4
**loudly** [1] - 570:11
**loudspeaker** [1] -
563:6
**Lower** [2] - 599:24, 600:5
**lower** [8] - 512:2, 512:7, 512:9, 524:13, 567:25, 568:3, 568:4, 584:23
**lunch** [4] - 572:4, 573:4, 573:10, 575:12, 612:23, 627:11, 627:16, 627:19, 627:25
**Lunch** [1] - 628:19

## M

**maintains** [1] - 529:11
**make-shift** [1] - 514:5
**Mall** [4] - 595:7, 595:8, 595:12, 603:18
**mall** [1] - 595:9
**man** [3] - 607:17, 614:4, 615:21
**managers** [2] -
580:18, 581:19
**March** [1] - 557:21
**mark** [2] - 563:3, 605:2
**marked** [9] - 541:21, 543:14, 545:18, 548:16, 551:18, 554:3, 556:21, 557:24, 613:13
**Maryland** [2] - 549:17, 549:22

**mask** [16] - 510:1, 516:15, 530:20, 530:21, 535:6, 600:16, 608:25, 609:13, 610:8, 611:1, 611:14, 613:15, 613:20, 618:17, 621:17, 621:23

**masks** [1] - 512:20

**master's** [1] - 578:4

**matter** [2] - 575:20, 578:9

**Matter** [1] - 555:1

**mayor** [3] - 541:1, 579:2, 586:11

**Mayor** [3] - 541:5, 542:16, 579:2

**mayor's** [2] - 580:1, 580:5

**mean** [7] - 510:3, 511:8, 513:9, 517:16, 583:19, 584:14, 590:22

**meaning** [4] - 584:3, 599:23, 603:4, 604:17

**means** [1] - 511:20

**meant** [1] - 540:4

**media** [2] - 542:19, 602:3

**medical** [2] - 524:9, 524:11

**Melissa** [1] - 628:5

**Mellon** [1] - 578:4

**member** [1] - 510:7

**members** [3] - 511:10, 531:25, 542:14

**memos** [1] - 581:8

**mentioned** [7] - 513:6, 580:13, 590:20, 594:11, 600:25, 607:25

**message** [4] - 544:6, 544:7, 544:9, 544:12

**messages** [4] - 561:6, 561:14, 591:5, 592:15

**Metropolitan** [3] - 508:19, 532:5, 557:5

**Michael** [1] - 558:20

**microphones** [1] - 606:11

**middle** [4] - 541:23, 567:10, 594:9, 604:20

**might** [7] - 509:24, 524:4, 535:16, 564:9, 573:2, 574:20, 597:18

**mile** [2] - 607:3, 607:4

**military** [3] - 522:10, 522:11, 530:15

**Miller** [4] - 574:11, 575:9, 628:5

**millimeter** [1] - 558:24

**mind** [3] - 518:16, 528:2, 528:23

**mine** [1] - 524:14

**minute** [10] - 544:3, 562:22, 563:3, 565:9, 565:14, 603:5, 606:14, 611:21, 614:8, 621:11

**minutes** [37] - 516:24, 518:18, 519:1, 519:2, 519:3, 519:6, 519:13, 520:17, 521:2, 521:3, 521:23, 522:18, 526:12, 563:2, 571:19, 571:20, 576:2, 595:22, 596:3, 609:21, 612:24, 615:15, 615:24, 619:22, 620:6, 621:4, 623:8, 625:5, 626:4, 626:6, 626:7, 627:14, 627:22, 627:23

**misleading** [1] - 524:4

**mission** [2] - 510:18, 511:3

**mob** [1] - 625:22

**moment** [5] - 517:23, 524:20, 526:22, 526:23, 589:22

**moments** [1] - 526:24

**Monday** [2] - 574:22, 575:10

**Monk** [1] - 572:21

**monologue** [1] - 522:13

**monument** [3] - 596:9, 596:14, 598:1

**Monument** [5] - 595:7, 595:13, 596:17, 596:20, 598:4

**Moreira** [1] - 505:7

**morning** [17] - 507:5, 507:21, 507:22, 508:8, 508:9, 508:15, 510:25, 525:8, 531:17, 531:18, 531:24, 532:1, 559:24, 559:25, 560:1, 571:19, 577:3

**MORNING** [1] - 504:5

**most** [5] - 526:2, 526:4, 575:8, 585:18, 586:5

**mostly** [3] - 526:17, 527:5, 527:8

**motherfucker** [3] - 520:10, 528:6, 612:5

**motion** [2] - 574:8, 574:10

**motioning** [1] - 600:23

**motions** [1] - 600:22

**move** [11] - 513:2, 515:12, 517:19, 517:20, 523:21, 536:2, 568:9, 581:2, 589:20, 603:12, 616:24

**moved** [15] - 512:7, 513:3, 515:14, 517:25, 542:9, 542:12, 546:14, 549:8, 552:18, 579:6, 581:12, 589:23, 593:12, 606:21, 617:1

**movements** [3] - 602:11, 602:24, 608:4

**moves** [6] - 542:5, 546:11, 549:5, 552:15, 558:5, 579:3

**moving** [17] - 536:4, 552:22, 564:9, 564:13, 564:18, 583:17, 584:13, 599:17, 607:20, 607:23, 608:10, 609:10, 613:23, 613:24, 616:10, 617:13, 618:14

**MPD** [10] - 509:6, 509:9, 510:7, 511:10, 532:8, 532:10, 535:17, 542:25, 543:1, 555:2

**MR** [240] - 507:8, 507:10, 507:16, 507:25, 508:2, 508:6, 508:14, 514:23, 515:11, 515:13, 516:9, 516:21, 517:18, 517:23, 518:2, 518:5, 518:14, 518:25, 519:12, 519:15, 519:21, 520:12, 520:16, 521:1, 521:5, 521:11, 521:14, 521:19, 521:22,

522:16, 523:12, 524:3, 524:20, 524:22, 524:24, 525:12, 525:22, 526:7, 526:10, 527:20, 528:12, 528:15, 529:2, 529:4, 529:7, 530:11, 531:7, 531:13, 531:23, 533:16, 533:23, 534:9, 534:15, 535:9, 536:17, 538:7, 538:10, 538:21, 538:25, 539:3, 539:22, 540:2, 540:5, 541:20, 542:5, 542:7, 542:10, 542:20, 543:13, 544:2, 545:3, 545:17, 546:11, 546:13, 546:20, 546:23, 547:4, 547:9, 548:7, 548:14, 549:5, 549:7, 549:9, 549:12, 549:19, 549:23, 550:1, 550:9, 550:14, 551:17, 552:15, 552:17, 553:21, 554:2, 554:20, 554:22, 556:20, 557:15, 557:22, 558:5, 558:7, 558:9, 559:16, 559:18, 559:23, 560:13, 561:20, 562:7, 562:12, 562:14, 562:19, 563:5, 563:14, 563:16, 564:5, 564:8, 565:5, 565:7, 566:13, 566:16, 567:1, 567:7, 567:22, 568:6, 568:10, 568:14, 569:15, 569:20, 570:3, 570:5, 570:18, 570:23, 570:25, 571:5, 571:11, 571:25, 572:7, 572:12, 572:14, 573:6, 573:9, 573:12, 573:14, 573:15, 573:17, 575:19, 575:22, 576:11, 576:20, 577:3, 577:10, 577:11, 579:3,

579:5, 579:7, 579:19, 579:24, 580:7, 580:16, 581:2, 581:7, 581:9, 582:1, 582:18, 583:2, 585:11, 585:25, 586:8, 586:18, 586:25, 587:11, 588:8, 589:5, 589:16, 589:20, 589:22, 593:9, 593:11, 593:22, 594:19, 597:17, 598:14, 598:17, 598:19, 598:20, 598:23, 599:1, 599:9, 601:14, 601:24, 602:9, 603:25, 605:13, 605:17, 605:19, 606:13, 607:8, 607:14, 607:24, 608:13, 608:15, 609:15, 609:24, 610:15, 611:7, 611:25, 612:17, 612:20, 613:2, 614:7, 615:7, 615:14, 615:23, 616:13, 616:16, 616:22, 617:3, 617:13, 617:16, 618:13, 618:25, 619:17, 620:2, 620:17, 620:25, 621:10, 621:25, 622:5, 623:7, 623:21, 624:22, 625:7, 626:1, 627:9, 627:20, 627:24, 628:4, 628:11, 628:14, 628:17

**muffled** [2] - 544:8, 549:18

**multiple** [4] - 541:2, 555:6, 592:7, 620:20

**Museum** [2] - 596:18, 597:5, 598:5

**music** [1] - 595:1

# N

**N-S-O-N** [1] - 532:3

**name** [5] - 508:16, 532:2, 577:13, 591:18, 591:19

**named** [2] - 559:9, 591:17

**names** [1] - 528:5

**narrate** [4] - 608:4, 608:21, 613:17,

621:12
**national** [1] - 577:20
**National** [8] - 510:11,
  510:13, 510:18,
  548:2, 595:6, 595:8,
  595:12, 603:18
**natural** [1] - 627:9
**near** [7] - 568:24,
  595:12, 599:24,
  600:5, 604:18,
  606:18, 607:13
**necessarily** [1] -
  567:10
**necessary** [1] - 599:10
**need** [2] - 525:24,
  567:16
**needed** [3] - 525:18,
  525:19, 525:20
**needs** [2] - 511:20,
  586:25
**nefarious** [1] - 573:25
**negative** [3] - 585:19,
  585:20, 585:22
**net** [2] - 585:20,
  585:22
**never** [4] - 518:16,
  531:6, 573:24,
  574:19
**new** [2] - 577:18,
  589:11
**news** [3] - 601:12,
  602:2, 602:19
**NEXT** [1] - 504:25
**next** [7] - 523:14,
  574:25, 575:15,
  583:25, 584:13,
  600:3, 601:4
**night** [10] - 540:19,
  542:23, 544:18,
  544:25, 548:3,
  552:1, 572:15,
  573:18, 582:11,
  586:15
**nighttime** [1] - 549:1
**nine** [2] - 558:23,
  558:24
**nodding** [1] - 518:4
**Nohria** [3] - 507:25,
  508:1, 521:12
**NOHRIA** [34] - 504:20,
  508:2, 508:6,
  508:14, 514:23,
  515:11, 516:9,
  516:21, 517:18,
  518:2, 518:5,
  518:14, 518:25,
  519:12, 519:15,
  519:21, 520:12,
  520:16, 521:1,
  521:19, 521:22,

522:16, 523:12,
  524:20, 524:22,
  525:12, 525:22,
  526:7, 527:20,
  528:12, 528:15,
  529:2, 529:7, 531:7
**Nohria).....................
  ..............508** [1] -
  506:4
**nohria).....................
  ..............529** [1] -
  506:5
**noon** [2] - 595:18,
  595:20
**normal** [2] - 570:11,
  570:12
**northwest** [1] - 600:2
**note** [3] - 576:12,
  576:16, 579:9
**nothing** [1] - 568:10
**notice** [2] - 541:10,
  581:21
**notification** [1] - 561:8
**notifications** [2] -
  561:7, 561:18
**November** [2] -
  593:17, 593:18
**number** [10] - 513:15,
  513:16, 552:7,
  559:3, 559:4,
  568:15, 583:12,
  587:21, 587:22,
  623:13
**numbers** [7] - 552:6,
  581:20, 584:3,
  584:23, 585:18,
  587:15, 587:25
**NW** [2] - 504:21, 505:9

---

## O

**oath** [2] - 520:3, 520:4
**object** [4] - 524:3,
  533:23, 538:10,
  554:22
**objection** [34] -
  515:13, 521:6,
  525:12, 525:22,
  526:7, 527:20,
  528:12, 528:15,
  529:2, 530:11,
  542:7, 546:13,
  547:4, 549:7, 550:9,
  552:17, 553:21,
  558:7, 560:13,
  561:20, 567:1,
  567:3, 567:7,
  567:22, 568:6,
  579:5, 579:24,
  581:6, 589:22,

593:11, 598:17,
  598:20, 616:13,
  616:22
**objections** [3] -
  517:23, 533:16,
  533:19
**observed** [1] - 549:3
**observing** [1] - 522:24
**obtain** [1] - 589:14
**obviously** [4] - 526:24,
  575:2, 575:14,
  576:13
**OC** [1] - 535:4
**occupation** [1] -
  508:18
**occurring** [1] - 518:12
**OF** [4] - 504:1, 504:3,
  504:9, 504:13
**offenses** [1] - 577:22
**OFFICE** [1] - 504:20
**Office** [2] - 504:21,
  577:16
**officer** [24] - 508:19,
  508:24, 508:25,
  511:20, 512:15,
  518:19, 519:5,
  524:8, 524:14,
  525:18, 528:8,
  530:24, 542:25,
  551:7, 557:3,
  560:24, 563:17,
  600:10, 600:12,
  617:19, 618:3,
  618:19, 620:23
**OFFICER** [2] - 506:3,
  508:12
**Officer** [14] - 508:3,
  515:15, 517:1,
  518:1, 518:6,
  519:17, 519:23,
  520:20, 521:25,
  524:25, 529:4,
  529:8, 531:8, 559:24
**officers** [43] - 511:9,
  512:11, 512:18,
  513:25, 519:24,
  522:3, 523:16,
  523:22, 525:4,
  525:7, 525:19,
  525:20, 525:24,
  527:15, 535:17,
  536:19, 537:19,
  537:21, 538:23,
  540:15, 545:5,
  545:10, 545:11,
  548:1, 551:6,
  552:21, 562:1,
  600:6, 600:7, 609:1,
  609:2, 610:12,
  614:18, 614:19,

615:10, 616:2,
  616:18, 617:21,
  619:24, 619:25,
  620:14, 621:8
**official** [3] - 514:18,
  514:21, 578:17
**Official** [1] - 505:8
**often** [2] - 543:21,
  592:12
**old** [1] - 550:23
**OMB** [1] - 505:4
**ON** [1] - 504:25
**once** [11] - 511:25,
  512:9, 512:25,
  534:19, 538:4,
  549:15, 563:1,
  563:7, 564:24,
  590:24, 601:3
**one** [39] - 514:13,
  524:20, 527:7,
  533:17, 535:1,
  543:18, 544:3,
  545:4, 545:8, 550:8,
  550:10, 551:6,
  555:5, 555:6,
  556:14, 562:15,
  563:23, 564:18,
  565:14, 572:18,
  573:4, 575:20,
  575:22, 576:15,
  580:3, 583:20,
  586:19, 587:6,
  596:9, 596:13,
  596:25, 597:1,
  600:5, 601:15,
  606:14, 611:2,
  614:8, 616:14
**one-minute** [1] -
  565:14
**open** [6] - 517:6,
  540:7, 582:10,
  602:18, 602:25,
  620:21
**opened** [1] - 623:5
**operation** [2] - 522:11,
  530:16
**opportunity** [2] -
  515:6, 517:9
**order** [7] - 579:1,
  579:8, 579:10,
  579:13, 580:2,
  582:4, 628:2
**orders** [2] - 575:1,
  616:18
**organization** [1] -
  509:6
**orient** [5] - 597:21,
  604:1, 606:7,
  607:25, 613:4
**originally** [1] - 524:13

**ourselves** [2] - 608:16,
  613:4
**outcome** [1] - 550:18
**outfit** [1] - 516:12
**outlets** [2] - 601:12,
  602:19
**outside** [14] - 511:6,
  521:10, 533:21,
  534:16, 534:19,
  534:21, 534:22,
  537:17, 538:18,
  547:25, 552:22,
  560:17, 560:18,
  598:25
**overrule** [3] - 528:16,
  567:3, 567:23
**overruled** [13] -
  521:20, 524:6,
  525:23, 526:8,
  530:13, 538:13,
  553:22, 554:24,
  558:8, 581:12,
  599:5, 616:15,
  616:23
**overrun** [1] - 601:7
**overtaken** [1] - 604:11
**overthrow** [1] - 520:25
**overturn** [1] - 565:23
**own** [3] - 528:1, 528:2,
  617:7
**Oxnard** [1] - 505:3

---

## P

**P.C** [1] - 505:3
**p.m** [48] - 515:13,
  518:22, 535:22,
  541:9, 542:17,
  546:4, 548:25,
  579:16, 580:20,
  581:18, 582:8,
  586:13, 596:2,
  597:6, 598:8,
  603:23, 603:24,
  604:5, 604:7,
  604:22, 605:2,
  605:11, 606:6,
  606:22, 607:3,
  607:7, 608:8,
  608:25, 612:16,
  613:10, 613:20,
  614:13, 614:24,
  615:19, 617:18,
  619:13, 619:14,
  621:5, 621:14,
  624:15, 624:21,
  624:25, 625:10,
  625:16, 625:18,
  626:3, 626:4, 628:19
**P.M** [1] - 515:19
**P.O** [1] - 504:13

**PA** [1] - 504:18
**padding** [1] - 523:18
**page** [1] - 587:15
**Page** [8] - 578:21, 578:25, 579:7, 579:12, 579:18, 579:19, 585:11, 585:25
**PAGE** [2] - 504:25, 506:2
**pages** [1] - 586:22
**pallet** [2] - 618:6, 618:17
**pants** [1] - 516:18
**papering** [1] - 557:4
**parade** [1] - 555:8
**paragraphs** [1] - 579:9
**parent** [1] - 580:23
**parking** [9] - 536:14, 542:25, 545:21, 545:24, 546:2, 548:20, 561:24, 569:1, 602:4
**part** [10] - 509:6, 509:16, 509:21, 510:7, 510:12, 510:16, 527:25, 585:18, 588:19, 602:10
**partial** [5] - 590:12, 590:20, 590:22, 590:24
**partially** [2] - 537:11, 537:12
**participate** [1] - 551:5
**participated** [2] - 540:22, 551:2
**particular** [8] - 532:10, 577:24, 583:14, 583:15, 583:21, 588:21, 600:10, 608:21
**parties** [1] - 628:15
**pass** [1] - 559:18
**passed** [1] - 596:19
**past** [7] - 512:24, 596:17, 597:4, 613:23, 613:24, 626:8, 627:5
**patches** [1] - 612:7
**patriots** [2] - 522:6, 599:15
**patrol** [3] - 508:24, 508:25, 532:13
**Pause** [2] - 524:21, 559:17
**pause** [15] - 519:16, 546:23, 549:12, 549:19, 550:1, 570:5, 597:20,

597:23, 597:25, 605:14, 605:19, 608:13, 611:8, 618:13
**paused** [6] - 517:4, 519:5, 538:22, 540:3, 607:24, 622:1
**pausing** [1] - 609:15
**pay** [1] - 549:21
**paying** [3] - 547:7, 549:15, 563:7
**Peace** [1] - 604:13
**pending** [1] - 559:10
**Pennsylvania** - 587:18, 588:4, 589:9
**people** [29] - 509:15, 511:6, 511:7, 513:2, 513:4, 513:12, 523:4, 523:20, 523:23, 530:24, 537:23, 537:25, 547:24, 560:19, 561:13, 567:16, 568:23, 595:9, 602:20, 609:20, 620:10, 620:20, 621:20, 622:8, 622:10, 626:13, 626:14, 626:17, 626:21
**percent** [3] - 585:22, 585:23, 627:21
**percentage** [1] - 585:3
**perception** [1] - 568:19
**perceptions** [1] - 533:10
**perfect** [5] - 515:1, 516:25, 519:11, 519:20, 587:11
**performance** [2] - 514:20, 586:10
**perimeter** [4] - 601:2, 603:6, 604:13, 607:2
**permission** [1] - 590:8
**permitted** [1] - 553:16
**permitting** [1] - 589:24
**person** [6] - 516:1, 559:9, 563:17, 567:9, 623:17, 628:4
**personal** [4] - 541:10, 541:16, 541:17, 569:11
**personally** [6] - 523:15, 541:3, 555:22, 555:24, 590:14, 593:2
**personnel** [2] - 542:19, 543:1
**perspective** [1] -

528:1
**persuade** [1] - 528:17
**PHILIP** [3] - 506:6, 531:21, 532:2
**Philip** [2] - 531:14, 532:1
**phone** [49] - 541:12, 541:16, 541:17, 561:8, 561:14, 569:24, 569:25, 589:12, 589:14, 589:17, 589:25, 590:7, 590:8, 590:10, 590:13, 590:25, 591:1, 591:5, 591:8, 591:14, 591:17, 591:20, 592:5, 592:7, 592:12, 592:15, 592:20, 593:3, 593:6, 593:14, 593:16, 593:25, 594:5, 594:24, 595:23, 596:6, 598:21, 599:17, 599:18, 601:9, 601:16, 602:3, 602:17, 603:17, 603:18, 617:7
**phones** [6] - 521:8, 533:18, 538:16, 561:10, 561:18, 598:22
**phonetically** [1] - 532:2
**photo** [5] - 514:24, 539:16, 603:13, 604:24, 626:22
**photograph** [7] - 537:22, 589:17, 594:4, 601:19, 604:1, 604:4, 604:21
**photographs** [3] - 601:9, 601:11, 602:7
**photos** [4] - 591:2, 592:2, 592:8, 602:19
**physical** [1] - 557:24
**picked** [1] - 543:11
**picture** [9] - 526:20, 526:21, 527:2, 535:15, 535:19, 535:21, 537:25, 610:18, 611:12
**piece** [2] - 590:6, 602:23
**piecing** [1] - 602:25
**PIERCE** [10] - 505:2, 505:3, 507:16, 573:15, 573:17,

575:19, 575:22, 576:11, 628:4, 628:11
**pierce** [3] - 507:14, 573:13, 575:17
**piling** [1] - 529:18
**pilots** [2] - 510:17
**pistol** [3] - 545:1, 559:2, 559:12
**place** [7] - 524:11, 527:7, 541:8, 555:18, 579:13, 590:5, 603:14
**placed** [1] - 551:8
**placement** [1] - 603:14
**places** [2] - 553:23, 553:25
**Plaintiff** [1] - 504:4
**plan** [1] - 628:7
**planned** [2] - 572:9, 572:24
**planning** [1] - 576:9
**plans** [1] - 522:1
**planters** [2] - 601:7, 623:25
**plastic** [2] - 509:25, 523:18
**plate** [1] - 594:6
**plates** [1] - 610:5
**platform** [1] - 611:4
**platforms** [1] - 626:9
**play** [49] - 519:2, 520:17, 521:2, 521:23, 526:13, 538:8, 543:13, 544:3, 546:21, 548:7, 549:10, 549:23, 550:10, 550:14, 562:7, 563:9, 563:14, 565:5, 569:17, 570:3, 570:23, 571:3, 594:20, 597:18, 597:19, 597:20, 597:23, 598:15, 599:12, 605:15, 607:10, 607:14, 608:20, 611:8, 611:21, 611:25, 612:17, 613:3, 613:16, 614:7, 615:7, 615:23, 617:16, 618:25, 620:17, 621:10, 622:1, 622:5, 623:21
**played** [5] - 562:9, 564:6, 565:9, 594:23, 605:20
**playing** [65] - 519:4,

519:12, 519:14, 519:21, 519:22, 520:16, 520:19, 521:4, 521:24, 522:20, 538:9, 538:14, 540:9, 543:17, 543:21, 544:5, 546:22, 547:11, 548:8, 549:11, 549:25, 550:11, 550:16, 562:13, 562:20, 563:4, 563:10, 563:15, 564:7, 565:6, 569:19, 570:4, 570:24, 571:4, 594:22, 598:16, 599:13, 605:16, 605:18, 605:23, 606:15, 607:11, 607:16, 608:7, 608:24, 611:10, 612:2, 612:19, 613:19, 614:9, 615:9, 615:16, 616:1, 616:16, 616:17, 617:17, 617:24, 618:2, 619:1, 619:18, 620:18, 621:2, 621:15, 622:6, 623:23
**Plaza** [2] - 555:1, 566:21
**plugged** [1] - 526:16
**pocket** [2] - 555:17, 610:10
**point** [11] - 512:24, 528:20, 534:12, 594:10, 600:9, 601:21, 604:11, 613:24, 614:14, 615:4, 627:10
**pointed** [1] - 628:9
**pointing** [4] - 516:6, 547:18, 608:10, 612:8
**points** [1] - 612:6
**pole** [1] - 567:11
**poles** [2] - 535:3, 538:4
**police** [30] - 508:19, 508:21, 511:9, 512:20, 512:22, 512:25, 513:25, 514:12, 514:15, 516:14, 525:19, 525:20, 525:24, 528:8, 530:24, 548:1, 552:24,

**561**:23, **609**:1,
**609**:2, **609**:3, **609**:7,
**611**:16, **611**:18,
**613**:6, **619**:7, **619**:9,
**619**:11, **620**:14,
**624**:6
**Police** [10] - **508**:19,
**509**:7, **509**:10,
**514**:20, **525**:17,
**532**:5, **557**:5,
**600**:12, **605**:5, **606**:4
**poor** [1] - **586**:10
**porta** [1] - **560**:16
**Porta** [3] - **560**:18,
**568**:16, **568**:25
**portion** [7] - **517**:4,
**517**:6, **518**:15,
**542**:11, **557**:16,
**581**:17, **582**:7
**position** [2] - **623**:13,
**625**:22
**positive** [1] - **586**:6
**possible** [6] - **514**:24,
**561**:12, **576**:18,
**594**:13, **605**:7, **605**:9
**possibly** [3] - **543**:1,
**551**:23, **552**:9
**post** [5] - **552**:1, **555**:4,
**555**:5, **555**:6
**posted** [3] - **554**:8,
**566**:10, **567**:11
**posting** [1] - **572**:23
**postings** [1] - **562**:16
**pouches** [2] - **556**:15,
**567**:14
**PPE** [2] - **510**:2, **510**:3
**practical** [2] - **580**:1,
**590**:23
**preceding** [1] - **587**:25
**precisely** [1] - **576**:4
**prejudicial** [1] -
**538**:11
**preliminary** [1] - **565**:8
**premises** [1] - **562**:3
**preparation** [1] -
**602**:10
**preparations** [1] -
**507**:11
**prepare** [1] - **575**:6
**prepared** [3] - **574**:13,
**575**:3, **576**:8
**presentation** [2] -
**517**:24, **574**:19
**president** [2] - **595**:15,
**596**:3
**President** [4] - **595**:16,
**595**:19, **595**:25,
**607**:3
**presidential** [1] -
**593**:19

**press** [3] - **562**:23,
**563**:1, **572**:11
**pretrial** [1] - **576**:1
**pretty** [1] - **623**:19
**previously** [5] -
**535**:10, **536**:17,
**538**:8, **543**:7, **623**:9
**primary** [4] - **544**:21,
**544**:24, **545**:1, **569**:5
**pro** [1] - **526**:3
**problems** [2] - **566**:1,
**566**:5
**proceed** [4] - **539**:1,
**572**:8, **612**:24,
**612**:25
**proceedings** [1] -
**507**:12
**produces** [1] - **557**:2
**proffer** [1] - **572**:25
**profile** [1] - **591**:16
**progressed** [2] -
**596**:6, **596**:7
**prohibited** [1] - **553**:24
**Projected** [2] - **584**:13,
**584**:14
**projected** [1] - **584**:17
**projections** [1] -
**575**:25
**prolonging** [1] -
**599**:21
**proof** [1] - **534**:4
**proper** [1] - **567**:3
**property** [1] - **590**:6
**proposes** [1] - **575**:11
**prosecuting** [1] -
**521**:16
**protected** [3] - **528**:11,
**529**:1, **530**:11
**protective** [1] - **535**:5
**protects** [1] - **510**:19
**protest** [1] - **568**:25
**protesters** [21] -
**512**:14, **513**:4,
**513**:14, **513**:16,
**513**:18, **513**:24,
**514**:1, **514**:4, **526**:2,
**527**:5, **534**:2,
**534**:22, **536**:3,
**540**:23, **542**:24,
**560**:6, **561**:24,
**568**:20, **613**:21,
**614**:2, **626**:11
**protests** [3] - **509**:20,
**534**:23, **534**:25
**provide** [1] - **573**:4
**provided** [2] - **591**:8,
**599**:2
**proximity** [3] - **595**:15,
**610**:22, **613**:4
**public** [4] - **578**:15,

**578**:19, **580**:3, **580**:4
**publication** [1] -
**578**:17
**publish** [5] - **535**:9,
**536**:17, **548**:14,
**548**:15, **556**:21
**published** [2] -
**576**:15, **587**:1
**pull** [8] - **526**:10,
**580**:7, **580**:16,
**582**:18, **589**:16,
**590**:23, **613**:2,
**613**:21
**pulled** [4] - **524**:1,
**593**:2, **593**:13, **595**:3
**pulling** [1] - **578**:11
**punishing** [1] - **521**:6
**purpose** [5] - **509**:13,
**509**:14, **511**:3,
**512**:21, **514**:7
**pursuing** [1] - **527**:23
**push** [1] - **551**:13,
**619**:24, **622**:23
**pushed** [2] - **523**:20,
**623**:2
**pushing** [8] - **540**:23,
**542**:24, **552**:21,
**552**:22, **561**:23,
**562**:2, **622**:21
**put** [12] - **512**:20,
**541**:20, **572**:3,
**574**:11, **574**:17,
**574**:20, **574**:24,
**575**:12, **575**:23,
**582**:18, **600**:16
**putting** [1] - **574**:23

## Q

**questions** [7] -
**524**:22, **529**:5,
**531**:7, **570**:7,
**570**:16, **571**:11,
**616**:14
**quicker** [1] - **605**:20
**quickly** [3] - **522**:8,
**534**:18, **617**:1
**quiet** [2] - **545**:14,
**545**:15
**quite** [1] - **594**:20
**quoting** [1] - **572**:22

## R

**racks** [4] - **514**:5,
**529**:18, **614**:16,
**616**:20
**radio** [2] - **511**:19
**raise** [5] - **508**:10,
**531**:19, **573**:20,
**587**:4, **587**:7

**raised** [3] - **570**:9,
**570**:10, **587**:5
**range** [2] - **577**:21,
**577**:23, **588**:11
**rank** [1] - **532**:6
**rapidly** [2] - **564**:18,
**564**:20
**rather** [1] - **575**:3
**RDR** [1] - **505**:7
**reached** [1] - **607**:1
**read** [2] - **542**:14,
**582**:24
**ready** [2] - **575**:4,
**575**:10
**real** [1] - **578**:4
**really** [2] - **563**:7,
**573**:19
**realm** [1] - **528**:11
**reason** [4] - **544**:22,
**544**:24, **545**:1, **569**:5
**reasons** [1] - **573**:23
**receive** [11] - **509**:16,
**509**:21, **509**:25,
**541**:10, **572**:14,
**588**:3, **588**:15,
**588**:18, **588**:22,
**588**:24, **589**:8
**received** [2] - **542**:3,
**588**:19, **590**:24
**Recess** [1] - **571**:24
**recess** [1] - **628**:19
**recognizable** [1] -
**596**:15
**recognize** [16] - **515**:2,
**515**:22, **515**:25,
**516**:2, **517**:1, **519**:7,
**535**:15, **539**:5,
**539**:8, **541**:24,
**546**:16, **548**:17,
**551**:20, **552**:11,
**554**:5, **556**:23
**reconvene** [1] -
**627**:14
**record** [13] - **507**:3,
**507**:18, **507**:19,
**508**:16, **516**:9,
**540**:6, **558**:11,
**558**:12, **581**:10,
**581**:11, **588**:2,
**599**:8, **601**:25
**recording** [2] - **562**:24,
**563**:1
**records** [6] - **557**:8,
**559**:8, **562**:24,
**580**:24, **582**:22,
**591**:5
**recover** [3] - **592**:6,
**596**:5, **599**:17
**recovered** [10] -
**555**:14, **555**:15,

**555**:16, **555**:19,
**559**:12, **586**:6,
**589**:18, **591**:8,
**591**:14, **593**:6
**rectangular** [1] - **598**:2
**rectangular-looking**
[1] - **598**:2
**red** [2] - **512**:13,
**585**:18
**redact** [2] - **576**:19,
**576**:22
**redacted** [7] - **576**:23,
**579**:10, **581**:17,
**584**:4, **584**:5,
**584**:18, **585**:2
**REDIRECT** [2] - **529**:6,
**568**:13
**reference** [3] - **522**:11,
**554**:9, **576**:20
**referencing** [1] - **516**:5
**referred** [1] - **614**:20
**referring** [2] - **513**:12,
**545**:24
**reflect** [2] - **516**:9,
**540**:6
**reflected** [1] - **559**:3
**regard** [2] - **542**:7,
**561**:6
**regarding** [1] - **580**:23
**regards** [1] - **519**:24
**registration** [4] -
**557**:1, **557**:11,
**558**:12, **559**:10
**registry** [1] - **558**:17
**regular** [1] - **545**:15
**relate** [2] - **583**:14,
**585**:13
**related** [4] - **577**:24,
**582**:4, **591**:9, **593**:15
**relates** [2] - **585**:14,
**586**:2
**relating** [2] - **591**:11,
**592**:6
**relation** [1] - **603**:15
**relevance** [2] - **538**:19,
**558**:7
**relevant** [2] - **572**:19,
**591**:11
**remain** [2] - **508**:10,
**531**:19
**remainder** [1] - **550**:15
**remaining** [1] - **619**:21
**remember** [16] - **525**:5,
**532**:23, **553**:13,
**555**:13, **555**:14,
**555**:18, **555**:21,
**555**:24, **556**:2,
**556**:6, **556**:10,
**556**:16, **559**:12
**remodeled** [1] -

584:22
**renew** [1] - 568:6
**reorient** [1] - 608:16
**repeat** [3] - 513:23, 543:19, 566:3
**repeated** [2] - 543:20, 565:18
**rephrase** [1] - 579:25
**replay** [5] - 521:1, 521:2, 522:16, 547:9, 550:8
**report** [3] - 535:11, 536:19, 548:3
**reported** [2] - 545:21, 561:13
**Reporter** [2] - 505:7, 505:8
**represent** [4] - 546:2, 549:2, 552:10, 554:17
**representation** [2] - 515:8, 517:13
**represented** [2] - 576:4, 576:6
**request** [1] - 511:22
**requests** [1] - 572:16
**require** [1] - 524:9
**research** [2] - 571:21, 627:15
**residence** [1] - 541:8
**respect** [2] - 520:21, 522:1
**respectful** [1] - 575:8
**respond** [1] - 523:10
**responded** [2] - 511:23, 534:23
**responding** [1] - 570:16
**response** [3] - 511:21, 571:7, 578:23
**Response** [1] - 590:18
**restart** [1] - 521:23
**restarting** [1] - 522:18
**restraints** [1] - 572:3
**restricted** [5] - 601:2, 602:4, 603:6, 604:13, 607:2
**result** [2] - 580:2, 586:11
**results** [1] - 559:6
**resume** [4] - 519:12, 519:21, 520:12, 520:16
**retrieve** [1] - 591:2
**return** [1] - 550:23
**review** [4] - 515:6, 517:9, 589:25, 591:7
**reviewed** [3] - 582:21, 593:2, 593:7
**reviewing** [2] - 588:7,

588:15
**revisit** [1] - 561:3
**rewind** [2] - 518:17, 549:20
**right-hand** [3] - 517:6, 605:24, 607:13
**riot** [9] - 526:21, 527:3, 529:9, 529:11, 547:23, 586:11, 611:16, 611:18, 613:6
**rioter** [3] - 523:9, 611:2, 618:23
**rioters** [18] - 523:7, 523:21, 524:8, 529:15, 529:22, 533:8, 536:8, 604:9, 604:11, 604:23, 609:4, 609:6, 620:11, 622:16, 625:18, 626:18, 627:3, 627:6
**rioters'** [1] - 522:1
**riots** [8] - 509:20, 578:23, 579:14, 579:21, 580:2, 582:5, 585:8, 586:4
**road** [1] - 580:4
**roads** [1] - 602:4
**ROBI** [1] - 532:2
**ROBINSON** [2] - 506:6, 531:21
**Robinson** [10] - 531:14, 531:15, 531:24, 532:1, 532:2, 532:4, 559:24, 563:17, 568:15, 571:12
**rock** [1] - 575:4
**ROGER** [1] - 505:2
**roll** [3] - 575:5, 599:12, 628:12
**rolling** [1] - 562:19
**Room** [1] - 505:8
**room** [1] - 573:25
**Roots** [9] - 507:14, 534:13, 559:21, 566:11, 568:15, 569:4, 570:21, 574:7, 574:10
**ROOTS** [48] - 505:2, 515:13, 517:23, 521:5, 521:11, 521:14, 524:3, 524:24, 526:10, 529:4, 530:11, 533:16, 533:23, 538:10, 542:7, 546:13, 547:4, 549:7, 550:9,

552:17, 553:21, 554:22, 558:7, 559:23, 562:7, 562:12, 562:14, 562:19, 563:5, 563:14, 563:16, 564:5, 564:8, 565:5, 565:7, 566:13, 566:16, 568:10, 579:5, 579:24, 581:7, 589:22, 593:11, 598:17, 598:19, 599:11, 616:13, 616:22
**Roots)**.......................
.............**524** [1] -
506:4
**Roots)**.......................
.............**559** [1] -
506:7
**row** [1] - 583:20
**rows** [1] - 614:14
**rroots@**
**johnpiercelaw.com**
 [1] - 505:6
**rubber** [1] - 510:4
**rubbing** [1] - 512:18
**rulings** [1] - 567:2

---

### S

**S4s** [1] - 547:2
**S6039BKDK** [1] -
552:5
**Safeway** [19] - 580:8, 580:10, 580:11, 580:13, 580:18, 580:23, 580:24, 581:4, 581:8, 581:21, 581:23, 582:3, 582:12, 582:22, 583:11, 584:15, 585:15, 587:18
**sales** [14] - 583:9, 583:22, 584:1, 584:7, 584:8, 584:16, 584:20, 584:22, 585:5, 585:15, 586:6, 586:13
**SAMUEL** [1] - 504:16
**samuel.s.dalke@**
**usdoj.gov** [1] -
504:19
**satisfied** [1] - 581:11
**save** [4] - 550:7, 550:12, 571:8
**saw** [20] - 512:11, 512:13, 512:18,

513:2, 516:1, 518:9, 539:16, 542:8, 549:2, 560:21, 565:16, 566:19, 566:21, 568:16, 568:22, 586:12, 587:25, 610:25, 624:15
**scaffolding** [15] -
514:5, 529:18, 537:1, 537:4, 537:6, 537:14, 537:24, 604:18, 606:11, 610:23, 613:14, 620:9, 620:10, 620:11, 621:20
**scaling** [1] - 627:7
**scan** [1] - 595:8
**scene** [9] - 513:17, 519:25, 520:6, 520:8, 520:10, 520:14, 520:22, 595:4, 626:9
**scheduled** [1] - 595:18
**scheduling** [1] - 628:1
**scope** [1] - 628:9
**screen** [6] - 518:15, 541:23, 551:20, 594:10, 608:10, 609:8
**screens** [1] - 519:18
**screenshot** [1] - 602:2
**screenshots** [3] -
601:12, 602:2, 602:4
**scroll** [2] - 605:14, 617:3
**scrolling** [1] - 623:7
**seal** [1] - 557:25
**search** [7] - 559:6, 589:24, 590:2, 590:4, 590:5, 591:5, 592:15
**searched** [2] - 558:16, 558:22
**seating** [1] - 514:6
**second** [14] - 507:14, 539:4, 539:23, 582:6, 587:20, 596:22, 597:1, 597:3, 597:21, 597:23, 600:25, 601:1, 603:8, 603:20
**Second** [2] - 532:13, 532:16
**secondary** [1] - 532:18
**secondly** [1] - 534:1
**seconds** [42] - 516:24, 519:1, 519:3, 519:13, 520:17, 520:18, 521:3,

521:23, 522:17, 522:19, 526:12, 535:22, 539:24, 540:3, 543:14, 544:3, 547:10, 549:20, 549:24, 569:18, 571:2, 605:14, 605:15, 605:17, 605:21, 606:14, 607:10, 611:22, 612:1, 613:3, 613:17, 614:8, 615:7, 615:8, 615:15, 615:24, 617:3, 620:17, 623:8
**sections** [1] - 603:11
**security** [2] - 576:14, 577:21
**see** [115] - 511:7, 518:3, 518:19, 518:20, 523:3, 536:24, 537:1, 537:2, 537:13, 539:11, 545:23, 547:1, 553:3, 554:14, 554:18, 554:25, 557:18, 558:16, 559:5, 562:16, 563:24, 567:11, 569:21, 575:11, 575:12, 581:19, 582:6, 583:11, 584:18, 585:17, 586:5, 587:3, 587:5, 587:7, 587:9, 587:20, 590:10, 594:4, 594:6, 594:8, 594:15, 594:16, 595:7, 596:18, 597:24, 598:1, 598:8, 599:25, 600:6, 600:7, 600:12, 600:14, 600:23, 601:18, 604:10, 604:24, 604:24, 606:10, 606:16, 606:23, 607:20, 608:1, 608:17, 608:25, 609:8, 609:13, 610:5, 610:8, 610:10, 610:12, 610:24, 611:2, 611:11, 611:23, 612:6, 612:9, 613:10, 613:17, 614:4, 614:10, 614:16, 614:18, 614:23, 615:20, 616:6, 617:1, 618:5,

643

618:6, 618:10,
619:3, 619:7, 619:9,
619:10, 619:19,
620:7, 620:8,
620:20, 621:5,
621:12, 621:18,
621:20, 621:22,
622:18, 622:21,
622:23, 622:25,
626:10, 626:12,
626:13, 626:17,
626:21, 626:22,
628:13

**seeing** [1] - 552:20
**seem** [1] - 608:12
**segment** [1] - 565:16
**selfies** [1] - 591:21
**Senate** [3] - 624:7,
624:8, 627:4
**sense** [1] - 604:3
**sent** [4] - 581:17,
581:21, 581:22,
589:8
**sentence** [1] - 582:6
**separate** [1] - 590:16
**Sergeant** [6] - 531:14,
531:15, 531:24,
532:4, 568:15,
571:12
**SERGEANT** [2] -
506:6, 531:21
**sergeant** [3] - 532:1,
532:7, 559:25
**serial** [3] - 552:7,
559:3, 559:4
**series** [1] - 522:22
**services** [1] - 532:13
**SESSION** [1] - 504:5
**set** [4] - 568:19,
568:22, 568:25,
581:4
**seven** [2] - 606:14,
623:8
**several** [2] - 523:23,
563:22
**SHALIN** [1] - 504:20
**shalin.nohria@usdoj**
**.gov** [1] - 504:23
**Shauni** [3] - 600:12,
617:1, 617:5
**shield** [10] - 535:7,
535:8, 560:25,
561:2, 618:3, 618:4,
618:5, 618:10,
618:14, 618:19
**shields** [4] - 523:18,
523:21, 547:23,
548:5
**shift** [3] - 510:24,
511:18, 514:5

**shipments** [1] -
586:23, 587:16,
588:3, 588:4,
588:13, 588:16,
588:18, 588:19,
588:22, 589:3, 589:8
**shipping** [1] - 587:18
**shirt** [2] - 516:7,
539:15
**short** [4] - 560:2,
594:20, 624:1, 624:3
**shorter** [1] - 627:24
**shortly** [4] - 572:5,
604:12, 604:23,
609:20
**shot** [4] - 515:4,
515:16, 517:3, 626:5
**shoulder** [1] - 523:18
**show** [7] - 545:17,
548:15, 551:18,
560:21, 583:7,
588:2, 610:22
**showed** [1] - 594:23
**showing** [3] - 526:16,
526:18, 583:8
**shown** [3] - 526:11,
536:22, 623:24
**shows** [2] - 552:19,
552:21
**side** [24] - 512:2,
512:3, 512:5, 512:7,
512:9, 517:3,
517:12, 522:23,
524:13, 526:13,
527:22, 535:19,
537:1, 540:24,
551:14, 555:20,
573:4, 583:12,
605:24, 606:9,
611:11, 622:17,
626:22
**sidebar** [1] - 568:7
**sides** [2] - 609:4,
609:7
**sight** [3] - 615:6,
615:10, 616:4
**signals** [2] - 617:20,
617:22
**signature** [1] - 558:10
**signed** [3] - 557:11,
579:1, 579:2
**significance** [1] -
575:2
**signs** [2] - 562:16,
606:23
**similar** [2] - 589:3,
612:14
**single** [1] - 603:5
**sitting** [1] - 516:7
**six** [5] - 521:3, 522:18,

603:5, 611:22, 612:1
**size** [1] - 609:19
**skip** [8] - 603:10,
606:13, 607:8,
608:15, 615:14,
617:14, 619:17,
620:25
**skipped** [1] - 619:22
**sleep** [1] - 573:18
**someone** [9] - 512:12,
514:3, 521:17,
523:25, 564:1,
590:21, 618:8,
618:10, 621:19
**sometime** [1] - 546:4
**sometimes** [2] -
592:12, 592:16
**somewhat** [2] - 538:6,
612:23
**somewhere** [2] -
596:19, 612:15
**Sorry** [1] - 526:15
**sorry** [21] - 508:1,
512:17, 513:23,
515:18, 519:15,
520:13, 521:1,
537:5, 538:15,
558:13, 566:11,
571:1, 586:25,
591:18, 594:2,
599:7, 599:11,
605:20, 609:16,
621:25, 624:22
**sort** [13] - 516:12,
516:14, 529:9,
529:12, 530:15,
536:7, 537:8,
537:13, 556:6,
574:4, 575:4,
576:14, 600:13
**sound** [9] - 562:21,
562:24, 563:3,
594:21, 595:1,
597:22, 599:3,
611:9, 612:3
**sound's** [1] - 597:24
**sounded** [1] - 550:12
**sounds** [1] - 546:3
**source** [3] - 517:6,
602:18, 602:25
**space** [2] - 510:19,
580:4
**speakers** [3] - 541:6,
606:12, 610:25
**speaking** [6] - 533:18,
570:9, 570:11,
570:12, 598:20,
614:19
**spearhead** [1] -
625:22

**special** [6] - 509:16,
509:21, 509:23,
577:4, 577:14,
577:19
**SPECIAL** [2] - 506:8,
577:8
**Special** [1] - 507:10
**specialized** [1] -
590:16
**specializes** [1] -
590:18
**specific** [1] - 621:13
**specifically** [3] -
510:17, 592:5, 622:2
**speculation** [3] -
526:7, 560:13,
561:20
**speech** [10] - 521:7,
521:15, 521:17,
528:11, 595:16,
595:17, 595:19,
596:1, 603:19, 607:3
**speed** [1] - 565:2
**spell** [1] - 508:15
**spray** [2] - 535:4,
619:11
**sprayed** [3] - 614:3,
614:6, 615:4
**spraying** [1] - 514:3
**spreadsheet** [1] -
587:15
**squished** [1] - 609:3
**staff** [1] - 525:16
**stage** [1] - 606:11
**staircase** [25] - 600:1,
600:2, 600:8, 601:4,
604:10, 609:10,
613:22, 619:8,
619:23, 619:24,
620:13, 621:7,
621:16, 622:9,
623:5, 623:6,
623:18, 623:19,
624:13, 624:14,
625:5, 625:6,
626:13, 626:14,
626:18
**stairs** [6] - 513:4,
601:6, 617:23,
626:19, 626:25,
627:5
**stairwells** [1] - 537:24
**stamp** [5] - 515:21,
518:14, 518:20,
605:4, 606:4,
624:24, 625:8,
625:9, 626:2
**stamped** [1] - 558:3
**stand** [4] - 508:4,
509:4, 573:2, 574:22

**standing** [5] - 508:10,
527:5, 527:7,
531:19, 614:5
**standpoint** [1] -
552:14, 574:19,
576:14
**start** [13] - 510:24,
543:21, 570:20,
570:25, 571:1,
573:1, 573:7,
578:11, 581:14,
582:9, 593:14,
595:18, 595:20
**started** [5] - 523:22,
525:1, 560:2,
579:15, 625:12
**starting** [7] - 522:17,
542:17, 544:3,
549:23, 578:16,
613:10, 620:10
**starts** [1] - 622:7
**state** [5] - 508:15,
537:3, 537:6,
578:21, 588:5
**statements** [7] -
519:24, 520:2,
520:20, 522:1,
522:5, 527:14,
528:18
**STATES** [4] - 504:1,
504:3, 504:10,
504:20
**States** [2] - 504:12,
507:3
**static** [1] - 566:15
**stating** [1] - 580:19
**Station** [1] - 504:14
**stationed** [2] - 525:8,
560:3
**status** [5] - 567:24,
567:25, 568:3,
568:4, 571:25
**stay** [1] - 512:5
**staying** [1] - 511:15
**step** [11] - 508:7,
522:6, 522:9,
522:15, 530:4,
531:16, 577:5,
619:5, 619:6, 624:4,
627:18
**stepped** [4] - 522:2,
522:3, 524:2, 524:8
**steps** [19] - 599:24,
606:7, 607:2,
610:22, 611:3,
613:11, 615:25,
616:2, 617:7, 618:1,
618:15, 618:22,
620:7, 621:7, 624:1,
625:4, 625:12,

644

625:24, 626:9
**sticking** [1] - 598:2
**still** [40] - 515:4,
515:15, 517:3,
546:1, 549:1, 550:6,
551:20, 556:2,
556:6, 560:1,
563:19, 581:7,
597:17, 606:23,
607:4, 608:1,
609:17, 614:4,
614:13, 616:4,
616:18, 616:20,
617:21, 619:23,
619:24, 619:25,
620:7, 620:8,
620:12, 620:14,
621:7, 621:8,
621:16, 622:14,
624:5, 626:5,
626:13, 626:14
**stipulate** [1] - 576:18
**stomped** [1] - 524:17
**stop** [14] - 539:9,
551:15, 562:14,
563:5, 563:16,
564:8, 565:7,
569:18, 569:20,
571:5, 598:18,
611:20, 617:22
**stopped** [2] - 552:24,
569:8
**stopping** [1] - 527:15
**Store** [2] - 587:21,
588:21
**store** [16] - 580:18,
581:19, 581:20,
583:9, 583:21,
583:23, 584:1,
584:21, 585:5,
585:15, 585:17,
587:21, 587:22,
587:23, 587:24,
588:8
**stores** [29] - 580:8,
580:10, 580:11,
580:14, 580:19,
580:24, 581:21,
581:22, 581:23,
582:3, 582:7, 582:9,
582:12, 582:16,
583:11, 584:3,
585:9, 585:16,
585:20, 586:5,
586:9, 586:12,
586:14, 587:19,
588:2, 588:15,
588:18, 589:7
**Storm** [3] - 522:7,
522:10, 530:16

**storming** [3] - 547:3,
547:15, 547:16
**street** [3] - 540:23,
567:10, 580:4
**Street** [3] - 504:17,
504:21, 505:3
**STREETER** [2] -
506:8, 577:8
**Streeter** [6] - 507:10,
576:2, 577:4, 577:5,
577:11, 577:13
**stretching** [1] - 574:21
**strike** [1] - 576:10
**struck** [1] - 552:24
**studied** [1] - 582:22
**subject** [5] - 542:15,
544:14, 563:20,
565:12, 581:15
**subtract** [1] - 585:6
**successful** [1] - 536:4
**sudden** [1] - 551:7
**suggestion** [1] - 524:4
**suit** [2] - 516:8, 539:15
**Suite** [3] - 504:17,
504:21, 505:4
**suited** [2] - 556:11,
556:12
**suits** [1] - 510:4
**sun** [1] - 546:7
**sunglasses** [3] -
600:14, 600:19,
617:5
**supervisor** [1] -
511:19
**supplier** [1] - 589:9
**supposed** [1] - 542:22
**surprise** [2] - 576:5,
576:7
**surprised** [1] - 576:1
**surrounded** [1] -
610:12
**surveillance** [6] -
603:1, 605:4, 606:5,
610:2, 610:20,
612:12
**sustained** [6] - 527:21,
528:13, 529:3,
547:5, 567:8, 568:8
**Suzzane** [1] - 572:21
**sworn** [2] - 531:20,
531:21
**Sworn** [2] - 508:12,
577:8
**system** [2] - 526:16,
612:3

---

## T

**tac** [1] - 556:14
**tactical** [1] - 567:14

**takeaway** [1] - 585:8
**tarp** [8] - 537:9,
537:10, 616:24,
616:25, 620:19,
620:21, 620:22,
622:12
**TAUR** [2] - 594:16,
594:17
**Taurus** [3] - 558:23,
594:17, 602:7
**team** [4] - 590:15,
590:16, 590:17,
618:19
**Team** [1] - 590:18
**tech** [2] - 597:18,
599:21
**telephone** [1] - 567:11
**ten** [7] - 522:16,
547:10, 571:1,
571:20, 613:3,
623:7, 627:14
**term** [1] - 590:23
**terms** [3] - 555:4,
574:20, 590:3
**Terrace** [8] - 599:24,
600:4, 600:6, 601:6,
625:19, 627:1,
627:4, 627:6
**terrace** [3] - 601:4,
601:5, 626:11
**terribly** [1] - 576:10
**terrorist** [2] - 520:14,
528:5
**testified** [1] - 600:10
**testify** [4] - 574:13,
576:7, 576:9
**testifying** [2] - 534:1,
581:8
**testimony** [9] - 531:9,
531:10, 545:20,
556:3, 571:13,
571:14, 604:2,
606:8, 627:19
**text** [4] - 541:15,
561:6, 591:5, 592:14
**that..** [1] - 599:9
**THE** [117] - 504:1,
504:1, 504:10,
507:2, 507:5, 507:9,
507:13, 507:17,
507:21, 507:23,
508:1, 508:5, 508:7,
508:9, 508:10,
513:21, 515:14,
516:11, 517:25,
521:8, 521:12,
521:18, 521:20,
524:6, 525:13,
525:23, 526:8,
526:18, 527:21,

528:13, 528:16,
529:3, 530:13,
531:8, 531:11,
531:12, 531:15,
531:18, 531:19,
533:18, 533:22,
534:6, 534:11,
538:13, 538:15,
538:19, 538:24,
539:1, 539:25,
540:4, 540:8, 542:9,
542:12, 542:13,
543:12, 543:13,
546:14, 547:5,
549:8, 550:10,
552:18, 553:22,
554:24, 557:23,
558:8, 559:19,
560:14, 561:21,
562:11, 566:11,
566:14, 566:17,
567:2, 567:8,
567:23, 568:8,
568:12, 571:12,
571:16, 571:17,
572:6, 572:11,
572:13, 573:3,
573:8, 573:10,
573:13, 573:16,
575:11, 575:21,
575:24, 576:24,
577:2, 577:5, 577:7,
579:6, 579:25,
581:6, 581:12,
587:9, 589:23,
593:12, 598:18,
598:22, 599:5,
599:7, 601:23,
612:22, 613:1,
616:15, 616:23,
627:11, 627:18,
627:23, 628:2,
628:6, 628:12,
628:16, 628:18
**theories** [1] - 572:23
**thereafter** [1] - 572:5
**thigh** [1] - 556:15
**thinking** [1] - 612:20
**thousand** [3] - 566:19,
589:1, 589:3
**threats** [1] - 577:20
**three** [11] - 519:3,
519:5, 519:13,
522:8, 530:9,
530:15, 605:15,
614:14, 615:7,
615:24, 619:22
**threw** [1] - 621:19
**throughout** [3] -
522:24, 555:7,
565:14

**throwing** [5] - 535:3,
538:4, 540:13,
540:14
**thrown** [2] - 538:22,
621:18, 622:19
**Thursday** [2] - 542:17,
586:4
**tie** [1] - 516:8
**time-wise** [1] - 612:13
**timing** [2] - 603:14,
612:20
**title** [2] - 558:10
**to..** [1] - 616:25
**today** [12] - 507:12,
516:3, 539:11,
549:14, 550:3,
553:5, 553:6, 553:7,
574:20, 575:7,
593:7, 600:11
**toes** [1] - 513:22
**together** [3] - 602:13,
602:23, 602:25
**tone** [1] - 545:15
**took** [4] - 520:4,
533:15, 576:2,
599:20
**top** [32] - 514:25,
515:21, 537:23,
578:12, 579:18,
579:19, 581:14,
582:7, 583:2,
585:12, 586:1,
586:20, 587:13,
600:8, 600:13,
601:3, 606:21,
610:24, 614:16,
614:18, 616:2,
616:20, 617:19,
618:3, 619:2, 619:3,
619:5, 619:6,
620:14, 621:16,
622:3, 624:13
**top-right** [1] - 515:21
**topic** [1] - 589:11
**torn** [2] - 537:11,
537:12
**tossing** [1] - 560:22
**Total** [3] - 583:18,
583:21, 584:14
**total** [2] - 583:22,
584:17
**touch** [1] - 594:10
**toward** [1] - 561:24
**towards** [28] - 514:10,
520:21, 524:12,
529:22, 536:13,
536:15, 541:8,
542:24, 564:14,
582:7, 594:6,
596:10, 596:14,

597:2, 597:6, 598:9, 600:8, 600:13, 603:20, 608:10, 609:10, 609:17, 612:6, 615:1, 621:8, 621:16, 623:19
**track** [2] - 602:11, 608:3
**traffic** [1] - 561:14
**trailer** [2] - 607:13, 608:17
**training** [3] - 509:16, 509:19, 553:15
**TRANSCRIPT** [1] - 504:9
**transportation** [1] - 580:4
**treason** [2] - 547:15, 547:16
**treasonous** [1] - 520:6
**trench** [2] - 616:8, 617:25
**TRIAL** [1] - 504:9
**trial** [2] - 521:15, 602:10
**troops** [1] - 548:2
**trouble** [1] - 564:2
**true** [1] - 561:10
**Trump** [11] - 511:2, 525:2, 525:4, 525:11, 525:20, 525:25, 526:3, 526:5, 526:9, 550:25, 595:19
**Trump's** [5] - 595:16, 595:19, 596:1, 603:19, 607:3
**Trumpertarian** [1] - 572:23
**try** [7] - 573:10, 576:21, 597:19, 603:10, 608:3, 619:7, 628:9
**trying** [17] - 514:11, 514:15, 527:8, 528:17, 528:23, 530:1, 530:3, 536:2, 536:3, 537:23, 562:2, 607:21, 611:20, 614:21, 616:25, 619:24, 621:21
**Tuesday** [3] - 583:8, 583:16, 583:25
**turn** [5] - 579:7, 587:9, 589:11, 624:4, 624:11
**turned** [1] - 561:18
**turning** [3] - 535:14, 553:9, 614:13

**turns** [1] - 525:21
**twice** [1] - 612:9
**Twitter** [2] - 572:22, 602:4
**two** [27] - 516:24, 518:18, 518:25, 519:2, 522:8, 526:12, 530:8, 530:15, 533:16, 539:23, 555:5, 555:6, 562:22, 563:2, 563:3, 572:16, 576:2, 576:8, 583:17, 584:13, 588:23, 605:15, 615:7, 615:14, 617:3, 624:12
**two-minute** [2] - 562:22, 563:3
**type** [1] - 535:5
**types** [1] - 592:10
**typical** [1] - 529:10
**Tyvek** [1] - 510:4

## U

**U.S** [9] - 504:13, 505:8, 509:6, 513:7, 513:10, 531:2, 579:14, 580:12, 593:19
**unable** [1] - 523:3
**uncertain** [1] - 572:18
**under** [3] - 576:8, 616:24, 618:14
**underlying** [1] - 517:21
**underneath** [1] - 537:13
**understaffed** [1] - 525:11
**understood** [2] - 523:9, 573:12
**undue** [1] - 572:3
**unfairly** [1] - 538:10
**uniform** [1] - 540:16
**UNISON** [1] - 507:22
**unit** [5] - 509:5, 511:11, 511:13, 523:15, 532:10
**UNITED** [4] - 504:1, 504:3, 504:10, 504:20
**United** [2] - 504:12, 507:3
**University** [2] - 578:4, 578:5
**up** [98] - 508:7, 511:15, 512:16,

514:23, 516:22, 524:12, 526:10, 531:16, 541:20, 542:10, 543:11, 554:3, 556:11, 556:12, 557:15, 558:10, 568:19, 568:22, 568:25, 569:16, 575:23, 577:5, 578:11, 578:12, 579:8, 579:19, 580:16, 581:14, 582:1, 582:18, 583:2, 584:11, 585:9, 585:11, 585:22, 585:25, 586:18, 586:20, 588:8, 589:16, 594:23, 595:4, 598:2, 600:2, 600:6, 601:14, 603:25, 604:18, 605:1, 605:13, 606:23, 609:25, 610:15, 610:16, 610:17, 611:3, 611:7, 613:2, 613:11, 613:22, 614:21, 617:10, 617:22, 618:1, 618:14, 618:22, 619:10, 619:24, 620:3, 620:12, 621:5, 621:7, 621:18, 621:19, 622:8, 622:9, 623:4, 623:6, 623:17, 623:19, 624:3, 624:10, 624:13, 625:6, 625:7, 625:12, 626:1, 626:9, 626:12, 626:13, 626:14, 626:19, 626:21, 626:24, 626:25, 627:5
**update** [1] - 571:25
**upper** [2] - 594:7, 626:11
**Upper** [6] - 600:4, 601:6, 625:19, 627:1, 627:4, 627:5
**urns** [3] - 601:7, 623:25, 626:8
**usage** [2] - 591:6, 592:15
**USAO** [1] - 504:17
**user** [3] - 591:16, 591:18, 591:19

## V

**vacate** [1] - 541:8
**veer** [1] - 562:2
**vein** [1] - 572:14
**verbal** [2] - 545:5, 545:8
**version** [1] - 599:2
**versus** [1] - 585:1
**vertical** [1] - 623:11
**vest** [6] - 516:14, 535:6, 556:14, 556:18, 561:5, 567:14
**video** [96] - 516:19, 516:23, 517:3, 517:6, 517:7, 518:3, 518:7, 518:12, 518:17, 518:20, 518:25, 519:2, 519:5, 519:7, 519:9, 519:13, 519:16, 519:21, 520:16, 521:2, 521:22, 522:18, 523:14, 539:21, 546:1, 550:15, 560:21, 562:25, 563:21, 563:24, 565:5, 566:12, 570:19, 592:24, 592:25, 594:23, 594:25, 595:5, 595:6, 595:22, 596:16, 596:22, 597:3, 597:4, 597:9, 597:15, 597:19, 598:8, 598:11, 598:15, 599:2, 599:24, 599:25, 600:1, 600:3, 600:11, 600:13, 600:23, 600:25, 601:1, 601:2, 601:4, 603:4, 603:13, 603:18, 603:20, 605:10, 605:21, 605:22, 606:14, 607:9, 608:15, 609:18, 610:1, 610:2, 610:3, 610:20, 610:25, 612:12, 612:18, 613:17, 613:25, 615:15, 619:19, 620:3, 621:1, 621:11, 623:8, 623:9, 623:10, 623:24, 624:14, 624:23, 626:15
**Video** [60] - 519:4,

519:14, 519:22, 520:19, 521:4, 521:24, 522:20, 538:9, 538:14, 540:9, 543:17, 544:5, 546:22, 547:11, 548:8, 549:11, 549:25, 550:11, 550:16, 562:13, 562:20, 563:4, 563:10, 563:15, 564:7, 565:6, 569:19, 570:4, 570:24, 571:4, 594:22, 598:16, 599:13, 605:16, 605:18, 605:23, 606:15, 607:11, 607:16, 608:7, 608:24, 611:10, 612:2, 612:19, 613:19, 614:9, 615:9, 615:16, 616:1, 616:17, 617:17, 617:24, 618:2, 619:1, 619:18, 620:18, 621:2, 621:15, 622:6, 623:23
**videos** [17] - 591:3, 591:21, 592:7, 592:16, 592:17, 596:5, 596:8, 596:10, 597:13, 599:18, 599:19, 602:17, 602:19, 603:1, 612:15, 613:5, 623:24
**view** [4] - 552:11, 552:12, 552:13, 566:4
**violating** [2] - 544:19, 569:9
**violation** [3] - 563:19, 569:6, 569:12
**violence** [1] - 526:24
**violent** [1] - 577:22
**violently** [1] - 529:22
**visible** [3] - 511:5, 512:23, 525:2
**visor** [1] - 509:25
**voice** [13] - 512:16, 541:5, 545:14, 545:15, 570:6, 570:9, 570:10, 570:11, 570:12, 597:11, 597:15, 597:16, 598:12
**voices** [1] - 527:8

**vs** [2] - 504:5, 507:4

## W

**wait** [1] - 521:12
**Waldo** [2] - 602:21, 608:1
**walk** [7] - 564:17, 564:24, 583:4, 587:14, 593:13, 603:9, 614:21
**walked** [1] - 524:14
**walking** [13] - 564:14, 564:21, 565:2, 567:9, 596:9, 596:14, 596:17, 597:1, 597:4, 598:8, 603:20, 603:24, 607:19
**wall** [7] - 514:5, 514:7, 514:14, 529:19, 626:21, 626:24, 627:7
**Walnut** [1] - 504:17
**war** [2] - 550:25
**warehouse** [3] - 586:23, 587:16, 587:17
**warnings** [3] - 545:5, 545:8, 545:12
**warrant** [3] - 589:24, 590:2, 590:4
**Washington** [10] - 504:14, 504:22, 505:9, 577:16, 578:24, 595:7, 595:13, 596:17, 596:20, 598:4
**watch** [5] - 607:12, 608:3, 613:13, 617:19, 617:25
**watched** [6] - 543:7, 563:21, 594:24, 613:5, 623:9, 626:15
**watching** [4] - 597:12, 610:2, 610:20, 615:24
**water** [3] - 540:13, 540:14, 560:22
**wave** [1] - 624:11
**waves** [1] - 624:12
**waving** [4] - 617:8, 621:22, 622:3, 624:9
**ways** [1] - 528:14
**wearing** [20] - 516:12, 516:17, 530:18, 535:5, 535:6, 539:9, 539:14, 539:15, 539:17, 539:18, 539:20, 551:25,

556:2, 556:13, 556:14, 556:16, 561:4, 561:5, 567:13, 608:22
**weather** [3] - 510:14, 510:15, 510:18
**Wednesday** [1] - 542:17
**week** [2] - 574:25, 588:13
**weekend** [1] - 574:21
**west** [3] - 512:7, 512:9, 524:13
**West** [8] - 599:24, 600:4, 600:5, 601:6, 625:19, 627:1, 627:4, 627:6
**white** [2] - 537:9, 577:22
**whited** [1] - 579:10
**whole** [1] - 598:15
**wide** [3] - 542:16, 577:21, 577:23
**willing** [1] - 533:15
**willingly** [3] - 533:14, 534:3, 534:5
**Wing** [2] - 624:8, 627:4
**wins** [2] - 550:25
**wipe** [4] - 522:7, 530:4, 530:8, 530:14
**wiping** [1] - 512:13
**wise** [1] - 612:13
**witness** [22] - 514:24, 516:10, 516:23, 534:1, 542:8, 545:18, 548:15, 551:18, 556:21, 557:16, 557:22, 559:18, 571:11, 572:1, 572:3, 574:12, 575:15, 578:13, 616:23, 628:1, 628:7
**Witness** [4] - 518:8, 519:10, 519:19, 601:22
**WITNESS** [6] - 506:2, 508:9, 531:11, 531:18, 571:16, 577:7
**witnesses** [6] - 572:15, 572:25, 574:13, 574:22, 575:10, 576:2
**Woodland** [1] - 505:4
**words** [1] - 522:21
**workers** [1] - 542:18
**worn** [11] - 510:5, 515:4, 517:4, 543:7, 543:11, 544:8,

551:22, 551:25, 552:5, 602:18
**written** [1] - 594:13

## Y

**year** [2] - 567:6, 584:9
**year's** [2] - 584:19, 584:20
**years** [3] - 508:22, 532:9, 576:8
**yelled** [1] - 553:10
**yelling** [2] - 514:3, 597:8
**yesterday** [2] - 572:2, 574:2
**yesterday's** [1] - 572:8
**yourself** [5] - 519:7, 519:9, 531:25, 577:11, 590:7

## Z

**zero** [1] - 546:15
**zoom** [3] - 514:25, 518:13, 518:14