1        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2


3

   UNITED STATES OF AMERICA,
4                                        Criminal Action
             Plaintiff,                  No. 1:21-cr-0026
5
        vs.                              Washington, DC
6                                        April 14, 2023
   CHRISTOPHER ALBERTS,
7                                        1:44 p.m.

             Defendant.
8    _____/        *AFTERNOON SESSION*

9


10               TRANSCRIPT OF JURY TRIAL
          BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11               UNITED STATES DISTRICT JUDGE

12


13   APPEARANCES:

14   For the Government:     JORDAN KONIG
                             U.S. Department of Justice
15                           P.O. Box 55
                             Ben Franklin Station
16                           Washington, DC 20044

17

                             SAMUEL DALKE
18                           DOJ-USAO
                             228 Walnut Street, Suite 220
19                           Harrisburg, PA 17101

20

                             SHALIN NOHRIA
21                           USAO-DC
                             601 D Street, NW
22                           Washington, DC 20001

23


24


25   (Continued)

1     **APPEARANCES CONTINUED**:

2     **For the Defendant:**     **JOHN PIERCE**
                                 **ROGER ROOTS**

3                                    John Pierce Law P.C.
                                    21550 Oxnard Street

4                                    Suite 3rd Floor OMB #172
                                    Woodland Hills, CA 91367

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23     **Court Reporter:**     **JEFF HOOK**
                                    Official Court Reporter

24                                    U.S. District & Bankruptcy Courts
                                    333 Constitution Avenue, NW

25                                    Room 4700-C
                                    Washington, DC 20001

1                              **I N D E X**

2      <u>WITNESS</u>                                              <u>PAGE</u>

3      CHRISTIPHER STREETER

4         Continued Direct Examination by Mr. Dalke          651

5         Cross-Examination by Mr. Roots                     663

6         Redirect Examination by Mr. Dalke                  685

7

8

9

10                           **E X H I B I T S**

11     <u>EXHIBIT</u>                                              <u>PAGE</u>

12     Government 408        ...Admitted into evidence...     652

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P R O C E E D I N G S**

2        (Jury not present)

3        **DEPUTY CLERK:**  Your Honor, we're back on the record in

4   criminal case 21-26, United States of America v. Christopher

5   Alberts.

6        **THE COURT:**  Counsel, do we have our defense witnesses?

7        **MR. ROOTS:**  I think so.  We e-mailed them over the lunch,

8   and we were asking if we could wait to have this discussion

9   until the government's case closes so that we can --

10       **THE COURT:**  No, we're going to have this discussion now.

11  I want to -- I've been asking for it.  I'm sorry, go ahead,

12  finish your thought.

13       **MR. ROOTS:**  Yeah, the reason is our Rule 29 motion.  So

14  we're going to allege that the government has failed to prove

15  its case.  We have no burden to put on a defense, and we want

16  to wait to see if they either do finish putting on -- there are

17  several elements they haven't met.  When they close their case,

18  we don't want to lay out our hand in advance so they have

19  advance warning and they know to put on more evidence.  They

20  haven't proven their case on several of the elements, so we

21  would just ask for that discussion to --

22       **THE COURT:**  If there are one or two witnesses that you

23  want to hold back for strategic reasons, we can talk about it

24  ex parte.  But I'd like really --

25       **MR. ROOTS:**  I think they're going to be -- it would be

1   great to have the Rule 29 motion orally, and then we can

2   discuss what each witness -- what gaps they will fill in.

3        **THE COURT:**  And for the Rule 29, I don't need chapter and

4   verse, you'll just make your record and I will likely reserve

5   on it until the jury comes back.  Just give me a minute to

6   review this.

7        (Brief interruption)

8        **THE COURT:**  We can take it up after the government rests.

9   Ms. Jenkins, is the jury ready?

10       **DEPUTY CLERK:**  Give me one second.

11       (Jury present)

12       **THE COURT:**  Mr. Dalke.

13       **CONTINUED DIRECT EXAMINATION OF CHRISTOPHER STREETER**

14  BY MR. DALKE:

15       **Q.**  Good afternoon, Special Agent Streeter.  Could we

16  bring up Exhibit 408.  What are we looking at here, what is

17  this a photograph of?

18       **A.**  This is the same northwest staircase that we've been

19  talking about.  We see rioters are on that staircase, and you

20  see some of the scaffolding is torn.

21       **Q.**  Does it line up with Capitol Police surveillance video

22  we've reviewed today in court, with portions of it?

23       **A.**  Yes.

24       **Q.**  Do you see some of the same people, such as the

25  individual in the blue jacket?

1      **A.**  Yes.

2      **Q.**  And I think you already mentioned the tarp being cut

3  up.  Do you see some of the same officers at the top?

4      **A.**  Yes.

5      **Q.**  When approximately -- based on what's occurring in

6  this photo, when approximately would it have been taken?

7      **A.**  So this would have been sometime, like I said, after

8  2:00, sometime like that.

9      **MR. DALKE:**  Your Honor, we'd move for the admission of

10  Exhibit 408.

11      **MR. ROOTS:**  No objection.

12      **THE COURT:**  So moved.

13      (Government Exhibit 408 admitted into evidence)

14  **BY MR. DALKE:**

15      **Q.**  So now that this is in front of the jury, you said

16  around 2:00 o'clock or slightly thereafter?

17      **A.**  Yes.

18      **Q.**  Based on the video footage that we just watched, and

19  based on what you can tell with the tarp and the individual in

20  blue, where would the defendant have been at this time?

21      **A.**  He would be somewhere in the crowd somewhere.  At one

22  point, he was near the man in the blue jacket who's towards the

23  left here.  This man in the blue jacket, he was somewhere

24  towards him at one point.  At some point he was kind of inside

25  the tarp area.

1    **Q.**  And after the man in the blue jacket that you just

2    circled on the left hand side on the banister, after he was

3    sidelined, did the defendant move past him?

4    **A.**  Yes.

5    **Q.**  Would this have been the view that -- if you were kind

6    of down in that trench area, if you were down there and looking

7    up, is this the view that you would have had?

8    **A.**  Yes.

9    **Q.**  So you'd look up at these police, these steps and then

10   above the steps the United States Capitol?

11   **A.**  Yes.

12   **Q.**  Can we bring up Exhibit 423.  So what are we looking

13   at here?  Where is this located on the Capitol grounds?

14   **A.**  So once you get to the top of that staircase, the

15   terrace that we talked about, this is where that would be.

16   These are some of the doors that lead into the Capitol

17   building.

18   **Q.**  So this is the Upper West Terrace above the steps that

19   we've exhausted extensively talking about?

20   **A.**  Yes.

21   **Q.**  Given the time and placement of the other rioters and

22   what the defendant is wearing, would this have been in close

23   proximity to heading up those steps?

24   **A.**  Yes.

25   **Q.**  Exhibit 424, if we could.  Is this a similar time and

1  location as to the last exhibit we just looked at?

2       A.   Yes.

3       Q.   And that would have been at the top of the northwest

4  steps?

5       A.   Yes.

6       Q.   Can you tell what the defendant's doing at this point?

7       A.   So you can see he still has his camo backpack on, it

8  looks like his gas mask is off and he's rubbing his eyes, kind

9  of rubbing his face.

10      Q.   Can we bring up Exhibit 425.  Is this a similar time

11  and place and location as the prior two exhibits?

12      A.   Yes.

13      Q.   Can you tell what type of expression -- or what are we

14  looking at here from the defendant?

15      A.   Similar to the last photos, backpack's still on, gas

16  mask is in his hand, he's got his eyes closed and he's got his

17  vest still on as well.

18      Q.   It seems like the upper portion of his body, kind of

19  from his -- those kind of like tags on his chest going up, does

20  it seem to be wet?

21      A.   Yes.

22      Q.   Have you previously watched videos and seen

23  photographs of this Upper West Terrace for the next couple of

24  hours?

25      A.   Yes.

1      Q.   And is the defendant located in this Upper West

2   Terrace for that duration?

3      A.   Yes.

4      Q.   What's he doing during that time?  So from shortly

5   after 2:00 p.m., you know, going on 3:00 p.m., 4:00 p.m.,

6   what's he doing in this area?

7      A.   So he's still in that Upper West Terrace.  He's still

8   engaging with the police that are up there.  He's still

9   gesturing to the crowd, and basically not leaving the Capitol

10   terrace area.

11      Q.   And following this kind of initial breach up the

12   stairs, and then ultimately for some rioters into the building

13   there, what Captain Baboulis has described as the Senate wing

14   doors, and then as well the Parliamentarian doors, did the

15   Capitol Police call in any reinforcement?

16      A.   Yes.

17      Q.   Were they able to close the doors ultimately?

18      A.   Yes, at one point they were able to close the doors.

19      Q.   Did a large police presence kind of mass up in the

20   Upper West Terrace?

21      A.   Yes.

22      Q.   What type of additional police or reinforcements

23   arrived?

24      A.   So kind of after this point, once the doors were kind

25   of forced open and there was some windows broken, there were I

1    would say tens of officers that were responding to that area to

2    get those doors back closed, and to basically stop additional

3    rioters from going through the windows.

4        **Q.**   And I think the jurors have seen the body-worn footage

5    from Officer Bennett who testified earlier today.  Kind of in

6    relation to that, did a number of other kind of officers kind

7    of come into this Upper West Terrace area?

8        **A.**   Yes.

9        **Q.**   And what did those officers start to do with that

10   crowd on this Upper West Terrace while the Capitol was also

11   being cleared?

12       **A.**   Right, so in addition to the officers that were inside

13   trying to get those windows closed and plug those holes from

14   the basically openings since the windows were torn out, there

15   were officers on the terrace on the outside basically also

16   trying to push the rioters off of the terrace back down towards

17   the lawn area.

18       **Q.**   And can we pull up Exhibit 211.  Is this still kind of

19   in that Upper West Terrace area?

20       **A.**   Yes.

21       **Q.**   And do you see the police, including the Metropolitan

22   Police -- which would include Officer Bennett's division or

23   unit, do you see them faced off with the rioters here?

24       **A.**   Yes.

25       **Q.**   Do you see who I circled there?

1      **A.**   Yes.

2      **Q.**   Who's that?

3      **A.**   That's Chris Alberts.

4      **Q.**   And what time are we at?

5      **A.**   This is 4:27 p.m.

6      **Q.**   What does it appear the defendant's doing here now a

7      couple hours after that breach up the stairs?

8      **A.**   So you can see him here within the circle.  Basically

9      he's still kind of yelling at the officers.  He's making

10     gestures.  He still has, like I said, the same thing that we've

11     seen in other videos with the hat, vest and the camo backpack.

12     **Q.**   Can we bring up Exhibit 205.  Can we go ahead and fast

13     forward it to about 32 seconds in.  Again, this is around the

14     same time, 4:26 p.m.?

15     **A.**   Yes.

16     **Q.**   Go ahead and play.

17     (Video played)

18     **Q.**   Just can you describe what the scene up here in the

19     Upper West Terrace continues to be?

20     **A.**   So you have officers towards the right-hand of the

21     screen are engaging some rioters who are trying to assault the

22     officers.  So they have a group of officers that are trying to

23     handle that.  You have some officers in the middle who are

24     basically trying to find work.  You basically see at various

25     points, there are various groups who are spraying things and

1    throwing things at the officers while the officers are

2    basically trying to create a line and push the rioters down.

3    You can see Chris Alberts enter into the middle as he's yelling

4    at the officers.

5         Q.   We can stop this video and take it down.  Are they

6    pushing them -- now, if you're at the Capitol, the Upper West

7    Terrace, pushing them around the corner and towards the east

8    side?

9         A.   Right.  So that terrace wraps around the side of the

10   building, so that's what they were trying to get them to go

11   around to that side and then back down to the lawn area.

12        Q.   Based on your investigation and following the

13   defendant, after he's still at the front lines here but after

14   he's pushed off by these officers, where does he go next after

15   being pushed off to the east side of the Capitol?

16        A.   So after he is part of that group that's pushed down

17   towards the lawn, he doesn't stay -- like he doesn't continue

18   out toward the exits.  At that point, he basically circles back

19   around to the northwest staircase area where the scaffolding

20   and the speakers were.

21        Q.   Can we pull up Exhibit 811.  So if I understood your

22   testimony correct, this is the Upper West Terrace.  He's pushed

23   out along with the others while resisting on the Upper West

24   Terrace to the east side.

25            And then where does he next reemerge, as far as law

1    enforcement can tell from the review of the available footage

2    or evidence?

3        A.   So the next footage in the timeline, basically you see

4    him back in this area like right along this staircase kind of

5    scaffolding.

6        Q.   So after he gets pushed out on the east side, he comes

7    back and reinserts himself back on the West Front?

8        A.   Yes.

9        Q.   Back where the officers still are?

10       A.   Yes.

11       Q.   Can we just bring up Exhibit 432.  Again, is this now

12   back on the west side back where that scaffolding is?

13       A.   Yes.

14       Q.   And you can see the scaffolding torn up showing it's

15   later in the day?

16       A.   Yes.

17       Q.   And we won't play the video because the jurors have

18   already seen it, but this is after he's been pushed out and he

19   comes back?

20       A.   Yes.

21       Q.   Are there other photos or videos from the Lower West

22   Terrace area around or even after the 5:00 o'clock hour after

23   Mr. Alberts circles back and comes back to the West Front?

24       A.   Yes.

25       Q.   Can you recall anything else of what he's doing there

1    when he kind of reinserts himself back?

2        A.  At that point, after we see him throw the bottle at

3    the officers, he continues to keep speaking loudly and kind of

4    gets the crowd amped as well.  He's yelling at the officers.

5        Q.  As it's turning dark, does he take out his flashlight?

6        A.  So there's a police line, and he shines a flashlight

7    at the police officers.

8        Q.  And is that right there where the scaffolding is?

9        A.  Yes, in that same area.

10       Q.  Can we bring up Exhibit 206.  So we have advanced

11   about 20-30 minutes from where we were just discussing.  Do you

12   see the time stamp on this video?

13       A.  Yes, it says 5:28 p.m.

14       Q.  Has the crowd thinned out from what we saw on the West

15   Front, say, three hours -- three, four hours prior?

16       A.  Yes.

17       Q.  And just play it for 10 seconds.

18       (Video played)

19       Q.  What are the police continuing to do with the crowd

20   here?

21       A.  So you can see police are kind of in this area here;

22   that they're trying to push the rioters down this walkway where

23   the kind of blue arrow is.

24       Q.  Are you familiar with body-worn camera footage from

25   around this same time, around 5:30 p.m. on January 6th, 2021 on

1    the West Front of the Capitol?

2        **A.**   Yes.

3        **Q.**   Have you watched it?

4        **A.**   Yes.

5        **Q.**   Is Christopher Alberts, the defendant, in that

6    body-worn camera?

7        **A.**   Yes.

8        **Q.**   And what's he's doing?

9        **A.**   So he's basically still resisting, and he's basically

10   not going back on his own accord.  He's basically still

11   engaging with officers and kind of slowly being pushed back at

12   the officer's -- as the line kind of slowly develops.

13       **Q.**   Similar conduct as we've seen before in the other

14   videos and interactions?

15       **A.**   Yes.

16       **Q.**   Ultimately, just looking at this map -- and maybe with

17   an arrow, could you point to the direction in where

18   Mr. Alberts, based on your review of the evidence and all the

19   videos and stuff, was ultimately pushed or directed to?

20       **A.**   Where he was ultimately pushed to?

21       **Q.**   Yeah, where was he -- can you -- on this map, can you

22   show where he was kind of pushed out of the restricted

23   perimeter area?

24       **A.**   Yes, everybody's kind of being funneled kind of --

25   like I said, kind of this direction.

1    **Q.**   And back there above where I drew the little box in

2    the upper right-hand corner, is that where that Peace Monument

3    is?

4    **A.**   Yes.

5    **Q.**   And was that the location of the kind of initial push

6    into these grounds at slightly before 1:00 p.m., so four and a

7    half hours before?

8    **A.**   Yes.

9    **Q.**   I don't want to belabor things by playing any more

10   video, but could you just describe to the jury what you recall

11   about the defendant's movements from this point, from roughly

12   5:30 when he's still on the restricted grounds up until about

13   7:22 at the time of his arrest?

14   **A.**   So as other folks have talked about, the Peace

15   Monument, Peace Circle is kind of up towards the upper right.

16   You have that roadway that becomes Pennsylvania Avenue.

17   There's not too much space between here and there.  So

18   basically Mr. Alberts kind of continues to stay in that area,

19   in that kind of parking lot lawn area, for another two hours

20   before ultimately he was arrested.  So still, at this point,

21   he's got a bullhorn, and he's still kind of -- he's still

22   yelling at the police line, still trying to get the crowd kind

23   of worked up for another two hours after this.

24   **Q.**   And I apologize if I wasn't -- didn't hear everything.

25   In the video that you reviewed, did you see him with a

1   bullhorn?

2       **A.**  Yes, yes.  I mentioned that after this, for the

3   next -- so this is now 5:28.  The curfew starts at 6:00 p.m.

4   Within the next two hours, while he's still on the Capitol

5   grounds, like he gets a bullhorn and he starts using it to yell

6   at the officers who were forming that line and slowing doing

7   the pushback towards the exit of Capitol grounds.

8       **MR. DALKE:**  Thank you, Agent Streeter, I appreciate it.

9   That's all the questions I have.

10      **THE COURT:**  Mr. Roots.

11      <u>**CROSS-EXAMINATION OF CHRISTOPHER STREETER**</u>

12  **BY MR. ROOTS:**

13      **Q.**  Thank you, Agent Streeter.  I think I'll start with

14  some of that video on the stairs.  Do you recall Exhibit 201,

15  the video of Mr. Alberts on that stairway area?  Here we are.

16  We'll start it at about five minutes.  Do you see this?  Let me

17  just say the time stamp at five minutes into this video is --

18  it looks like -- well, it's 1:53 p.m.  Do you see that?

19      **A.**  Yes.

20      **Q.**  And if we could just roll the video a little bit.

21      (Video played)

22      **Q.**  We can stop right here.  Do you see the -- do you see

23  Mr. Alberts in this image?

24      **A.**  Not in this frame, no.

25      **Q.**  Where is Mr. Alberts in this video?

1      **A.**  So he would have been somewhere along this staircase.

2  You know, he could have been in that kind of trench area

3  somewhere in here or he could just kind of be behind this bush.

4      **Q.**  Okay.  Do you see the individual who seems to be on

5  the outside of the stairs there with the Trump flag?

6      **A.**  Yes.

7      **Q.**  Let's play it.

8      (Video played)

9      **Q.**  Do you know what ultimately happened to that

10  individual?

11     **MR. DALKE:**  Objection, Your Honor.

12     **THE COURT:**  Overruled.

13  **BY MR. ROOTS:**

14     **Q.**  Do you know what ultimately happened to that

15  individual?

16     **A.**  In terms of what?

17     **Q.**  Do you know what happened to him in this segment?

18     **A.**  No.

19     **Q.**  Can we go to the last 10 seconds of this clip which

20  was shown.  So that individual -- do you see Mr. Alberts here?

21     **A.**  Yes.

22     **Q.**  And that individual with the Trump flag on the outside

23  had gone back down into the bushes around here, correct?

24     **A.**  The one that's waving the Trump flag?

25     **Q.**  I don't believe that's the same individual.  The

1    clip -- this clip, which was Government's 201, stopped at the

2    time of around 1:58:30 p.m., 1:58 p.m.  Do you see that?

3        A.  Yes.

4        Q.  That's where this clip stopped.  And then the

5    government went immediately to another clip which was 202.  Can

6    we get on 202 right at the beginning.  So that was at 1:58 p.m.

7    Let's see where -- is this 202?  This is Exhibit 202, and it

8    begins at 2:02 p.m.  Do you see that?

9        A.  Yes.

10       Q.  So that was about a four or five minute gap between

11   those two clips, you'd agree?

12       A.  Yes.

13       Q.  And why was that -- why did the -- why did you present

14   it in that way?

15       MR. DALKE:  Objection, calls for speculation.

16       THE COURT:  Sustained.

17   BY MR. ROOTS:

18       Q.  Okay.  We'd like to pull up Alberts Exhibit 260.  And

19   just to introduce this a little bit -- well, let me stop.  Does

20   this look like a fair and accurate depiction of a segment of

21   the same situation that day?

22       A.  Yes.

23       MR. ROOTS:  I'd like to move for admission of this,

24   Exhibit 260.

25       MR. DALKE:  Your Honor, the government object to the

1  exhibit.  If we can go to the phones?

2       **THE COURT:**  Sure.

3       (Sidebar discussion)

4       **THE COURT:**  Mr. Dalke.

5       **MR. DALKE:**  Your Honor, the government has an objection

6  under 401, and more in particular, 403.  I believe what this

7  exhibit will show is the individual who -- I'm not sure if it's

8  the same individual or a different one, but the individual on

9  the banister has contact with police and then falls down.

10      **THE COURT:**  When is this relative to --

11      **MR. DALKE:**  This is about six or seven minutes after the

12 assault that's at issue in this case.  The assault is tied only

13 to 1:54 or 1:55 p.m. or nine minutes afterwards.  So it has no

14 bearing on self-defense, it's purely being used on an improper

15 403 basis to attempt to inflame the jury.  And this was the

16 subject of the government's motion in limine which I believe

17 the Court has already covered or at least partially ruled on.

18 And also here right now currently -- I don't know if it

19 changes, but Mr. Alberts -- the image is of his back through

20 the scene.  I don't know how this would have any relevance or

21 bearing on any of the elements of the claims that are left,

22 because it's after the assault.  If it was before the assault,

23 I think it could have more bearing, but it's not.

24      **THE COURT:**  Mr. Roots.

25      **MR. ROOTS:**  Yeah, so the government has put on its case.

1   This is not just for count two, they've put on a case of

2   Mr. Alberts --

3        THE COURT:  What is it relevant to?  Is it relevant to the

4   assault?  And if the answer is no, what is it relevant to?

5        MR. ROOTS:  It's relevant to count one of resisting

6   officers, which they put on lots of evidence about --

7        THE COURT:  Hold on, hold on.  So count one, and which

8   element of count one?

9        MR. ROOTS:  Resisting, opposing officers.

10       THE COURT:  What does what they did to this gentleman

11  after their basis for the resistance charge against him

12  relevant to what he did to resist, impede, assault, et cetera?

13       MR. ROOTS:  The government has literally put on its case

14  of Mr. Alberts being the tip of the spear, getting to the top

15  of this landing, one of the first 15 people past this point.

16  This goes to the civil disorder accusations; also, count seven,

17  disorderly conduct.

18       THE COURT:  Mr. Roots, you're just spouting things.  Give

19  me a logical theory of relevance and I will admit it.  But if

20  you can't, I'm not.

21       MR. ROOTS:  Well, it's Rule 806, it's misleading without

22  this, because it goes directly to Mr. Alberts' state of mind

23  with regard to count seven and count one.

24       THE COURT:  Mr. Dalke, I haven't seen the clip.  What's

25  the 403 objection?  We've seen a lot of argy-bargy all over the

1    place.  How is this any more prejudicial or inflammatory than

2    any of the other video we've seen?

3         **MR. DALKE:**  So in addition to the lack of relevance, the

4    difference here is defense is trying to set up their

5    argument -- the improper argument that law enforcement they

6    believed pushed this individual, and then argue they used

7    excessive force and attempted to push this individual

8    intentionally off this landing.  I don't think that's a fair

9    and accurate description of it, but that's their interpretation

10   and their theory of what happened.  I don't think it serves any

11   basis at all.  It's extremely misleading.  Again, it does not

12   involve Mr. Alberts who's at least 15 feet, 20 feet away --

13   appears maybe 15 feet away at this point.  And it has no

14   bearing on his actions, and has no bearing on whether he

15   obstructed, impeded or interfered with officers.  It doesn't

16   have a bearing on civil disorder.  It doesn't have a bearing on

17   whether civil disorder affected commerce or a federally

18   protected function.  We also point to count seven.  Again, it's

19   whether Mr. Alberts engaged in disorderly or disruptive

20   conduct.  With Mr. Alberts, we have to prove he had an intent

21   to impede, disrupt or disturb Congress.  It has no bearing as

22   to a trial essentially of another Jan. 6th defendant and the

23   Capitol Police's interaction with him.

24        **THE COURT:**  Okay, I'll sustain that on 401 grounds.

25        (Open court)

1    BY MR. ROOTS:

2        Q.  Did anything happen during that gap that enraged the

3    crowd?

4        MR. DALKE:  Objection.  The same objection we just

5    discussed.

6        THE COURT:  Sustained.

7    BY MR. ROOTS:

8        Q.  Okay, take that down.  Let's go to these Safeway

9    profit accounting figures.  That would be the exhibit -- I

10   believe Government's Exhibit 1004 perhaps.  The one right

11   before that would have been, what, 1003.

12       Do you see -- these are these ledger profit or loss

13   figures with regard to the Safeway chain, correct?

14       A.  Yes.

15       Q.  And on the screen there's three pages.  We have the

16   5th, that's the day before January 6th, correct?

17       A.  Yes.

18       Q.  And it appears to show over on the right column there

19   of all these -- I guess there are 11 branches being discussed

20   here.  For the 5th, the day before January 6th, it looks like

21   there are -- out of the 11, there's six of the Safeway branches

22   that had slightly better than expected -- well, actually one of

23   them, the Alabama Avenue Safeway, had 24 percent above what was

24   expected on the 5th.  Do you see that?

25       A.  Yes.

1       Q.   So six out of the 11 had better than expected profits

2    according to Safeway on the 5th, do you agree?

3       A.   Yes.

4       Q.   And it appears that about five of those on January 5th

5    had worse than expected profits.  In fact, the Corcoran Street

6    was down 15.67 percent from what was expected, correct?

7       A.   Yes.

8       Q.   Those expectations are based on, for example, what had

9    happened in the year previously for that date, the year before?

10      A.   That's the expectation that would be -- I mean, that's

11   up to Safeway what the expectation is.  The comparison of the

12   same store sales is for the previous year.

13      Q.   Okay.  Would those be from the expectations based on

14   the month before?

15      A.   It was the same day the previous year.

16      Q.   Okay.  So it looks like some Safeway branches had

17   better than expected and some had worse than expected, do you

18   agree?

19      A.   Yes.

20      Q.   Then we go to the next page which is the 6th, January

21   6th.  If we could blow that up a little bit.  It looks like the

22   Safeway chains did not do as well on January 6th, is that safe

23   to say?

24      A.   Correct.

25      Q.   So if we look at that column on the far right, we see

1   pretty much all red.  None of them had profits that day -- or

2   at least measured against their expectations, they all had

3   lower than what they expected for January 6th?

4        A.  Correct.

5        Q.  Now, going through that column, you see the first one

6   is 28 percent lower than expected, the second one is 27.9, et

7   cetera, all the way down.  Do you see that?

8        A.  Yes.

9        Q.  Safeway stores in D.C. are generally open from 6:00

10  o'clock in the morning until midnight, would you agree?

11       A.  It's going to depend on the store.

12       Q.  In your experience, shopping at Safeways in the

13  District, 6:00 a.m. to midnight?

14       A.  That's a general time.

15       Q.  You would agree that that's about 18 hours, 18 hours

16  being open each one on average?

17       A.  I agree 6:00 a.m. to midnight is 18 hours.

18       Q.  And you're aware that the Mayor of D.C. issued an

19  order of curfew at 6:00 p.m. on January 6th?

20       A.  Yes.

21       Q.  And you would agree that there are six hours between

22  6:00 p.m. and midnight, correct?

23       A.  Yes.

24       Q.  Six out of that 18 hours would be about one-third,

25  would you agree?

1    **A.**   Six out of 18 is one-third.

2    **Q.**   And one-third would be 33 percent, correct?

3    **A.**   Yes.

4    **Q.**   Now, I did the math -- and we can invite anyone here

5    to do the math.  I added that list on the far right, and I came

6    up to a total of 330.9 for the sum of that list on the right.

7    Would you dispute that?

8    **A.**   You could show us the math if you want.

9    **Q.**   Would you believe me if I said that?

10   **A.**   Sure, if you did the math, yeah, I would trust your

11   math.

12   **Q.**   If you were to divide the number 330.94 by 11 -- there

13   are 11 Safeway stores, you'd get to a figure of 30.085 percent.

14   Would that sound about right?

15   **A.**   Say that part again.

16   **Q.**   If you were to divide the number 330.94 by 11

17   branches, you would get to 30.085 percent average loss.  Would

18   you agree?  330.9 divided by 11.

19       **MR. DALKE:**  Objection, Your Honor, 403.  I'm not sure

20   anyone follows.

21       **THE COURT:**  Overruled.  I'm with him, I follow the

22   calculations.  Go ahead.

23   **BY MR. ROOTS:**

24   **Q.**   You would agree that 330.94 divided by 11 might be

25   30.085 percent?

**A.**   Right.   Like I said, I haven't done the calculations that you're doing, so we'll have to refer to what you're saying.

**Q.**   So if I'm right, that number would be below losses that would be expected if one-third -- one-third is 33 percent, correct?

**A.**   Yes.

**Q.**   And if they only actually lost 30 percent, not 33 percent, then the Safeway stores outperformed expectations under those circumstances, would you not agree?

**A.**   I don't agree with that, no.

**Q.**   If the government ordered Safeway stores closed for one-third of a day, they would be expected to lose one-third of their profits, wouldn't they?

**A.**   The stores -- as we talked about earlier, the stores didn't close at 6:00, the stores were ordered by Safeway to be closed at 4:00.

**Q.**   Okay.   Well, that would be more of a problem, wouldn't it be?   Let's think about that.   Were there any riots at any of the Safeway stores on January 6th?

**A.**   At the actual Safeway locations?

**Q.**   Yeah.

**A.**   Not that I'm aware of.

**Q.**   Was there any civil disorders going on at any of the Safeway stores on January 6th?

1      A.   None that I'm aware of.

2      Q.   The civil disorders, even to such extent that they

3  happened, were mostly confined to the Capitol area and the

4  Mall, would you agree?

5      A.   I would say generally that's where the bulk of the

6  rioting was taking place.

7      Q.   So it wasn't -- I'll just use the word rioters.  It

8  wasn't the rioters that caused these losses, it was the Mayor's

9  decree of curfew, would you agree?

10      A.   The Mayor's curfew was a result of the rioters.

11      Q.   Okay.  How did the food truck industry do around the

12  Mall?

13      A.   We don't -- we haven't discussed any of the food truck

14  data from that date.

15      Q.   They probably did pretty well that day, would you

16  agree?

17      A.   I don't have any information about the food truck

18  data.

19      Q.   How about the hotels, they were packed around that

20  time, would you agree?

21      A.   I don't have information about hotel vacancy.

22      Q.   You're a case agent investigating January 6th cases?

23      A.   I'm investigating this case particularly is what we're

24  talking about, yes.

25      Q.   You're aware that many of the attendees from out of

1   state who came for January 6th reported outrageous hotel prices

2   because they couldn't find a hotel room?

3       A.   I haven't necessarily heard of reports of outrageous

4   hotel prices.

5       Q.   $400 a night, $300 a night to stay at the Marriott or

6   the Holiday Inn?

7       A.   I mean, I know that it's expensive to stay downtown

8   D.C. in a hotel.

9       Q.   Would you agree that hotels were doing better than on

10  normal days during that time?

11      A.   Again, I don't have any specific information about

12  comparisons of hotel profits.

13      Q.   There were something like a million Trump supporters

14  that had come in that day?

15      A.   I don't have a figure about the total number of Trump

16  supporters that came to town.

17      Q.   Let's go to the next page.  This was the next day,

18  this would have been Thursday the 7th.  And you agree that the

19  curfew ended at 6:00 a.m. on the 7th, the morning of the 7th?

20      A.   Correct.

21      Q.   But you would also agree that there was a lot of

22  commotion in the city still?

23      A.   I think that's fair to say.

24      Q.   And you're aware that the National Guard was coming in

25  and they were setting up some -- they were setting up more

1    security?

2         A.   Yes, the National Guard did respond.  And a lot of

3    other local law enforcements across the region also responded

4    to the rioters, yes.

5         Q.   And even with that great security presence, on the 7th

6    that column on the right shows better than expected profits for

7    Safeway at every single store, would you agree?

8         A.   Yes.

9         Q.   And part of that might have been customers who went

10   for groceries on the 7th who might have otherwise gone on the

11   6th, correct?

12        A.   Yes.

13        Q.   Now, you're the case agent in this case.  Are you

14   aware that Mr. Alberts had a Verizon -- he had Verizon phone

15   service, correct?

16        A.   I believe so, yes.

17        Q.   He did not have AT&T?

18        A.   I believe so.

19        Q.   Can we go to Exhibit 515 which was shown.

20        MR. DALKE:   I'm sorry, I don't think this was shown or

21   admitted yet.

22        MR. ROOTS:   I believe this was shown.  I have it written

23   down.

24        THE COURT:   Ms. Jenkins, is 505 in?

25        DEPUTY CLERK:   No, Your Honor, nor was it marked for

1    identification.

2        **THE COURT:**  It has not been marked.

3    **BY MR. ROOTS:**

4        **Q.**  Well, do you recall the discussion that Mr. Dalke put

5    you through about this system of contacting Mr. Alberts and

6    others by cell phone text, do you recall that?

7        **A.**  Yes.

8        **Q.**  About giving him notifications of curfew, do you

9    recall that?

10      **MR. DALKE:**  Your Honor, objection.  We didn't bring any of

11    that evidence in through this witness, that was a different

12    witness, Sergeant Robinson.

13    **BY MR. ROOTS:**

14      **Q.**  I have it written down right here.  I wouldn't have

15    written it down otherwise, so I don't know.  Let's go to

16    something else.

17      You're familiar with a protester who passed away on

18    January 6th named Ben Philips?

19      **MR. DALKE:**  Objection, 401, 403.

20      **THE COURT:**  Go to the phones.

21      (Sidebar discussion)

22      **THE COURT:**  Mr. Dalke.

23      **MR. DALKE:**  Your Honor, objection under 401 and 403.  I

24    think this is the subject of the motion in limine, again, that

25    we previously filed.  I don't know how the passing of any

1  rioters frankly on January 6th or after January 6th has bearing

2  on any of the elements or any of the counts involving

3  Mr. Alberts.  Again, I think it's improper, and we've been

4  through this road multiple times with Your Honor before and

5  he's just bringing it out again; throwing out stuff that has no

6  foundation, no basis, and has been instructed he shouldn't be

7  touching.

8       **THE COURT:**  Mr. Roots, who's this fellow?

9       **MR. ROOTS:**  This directly refutes and rebuts what has been

10 said about Mr. Alberts.  The evidence will show Mr. Alberts

11 provided some crowd control and assistance to law enforcement

12 at the time that the government says he was doing this Hulk

13 gesture.  Right around that time, the Hulk gesture time --

14 which they just put on, Mr. Alberts had just helped law

15 enforcement.

16      **THE COURT:**  You can ask him if he, during his

17 investigation, has observed Mr. Alberts assisting law

18 enforcement.  But you haven't told me what that has to do with

19 some guy dying.

20      **MR. ROOTS:**  Someone had passed away, and Mr. Alberts was

21 helping law enforcement keep an avenue for an ambulance to come

22 in.  Now, ultimately the crowd helped the deceased,

23 Mr. Philips, out on a stretcher.

24      **THE COURT:**  If he knows about Mr. Alberts assisting law

25 enforcement as opposed to impeding law enforcement, you can ask

1    him about that.  I don't know if he knows anything about that,

2    but don't go into the guy dying before you establish that

3    foundation, okay?

4        **MR. ROOTS:**  Okay.

5        (Open court)

6    **BY MR. ROOTS:**

7        **Q.**  You're familiar with the time with Mr. Alberts before

8    he made it over to that stairway area where you said that -- or

9    maybe Mr. Dalke said that Mr. Alberts was in a Hulk gesture.

10   Do you recall that?

11       **A.**  I remember when we talked about that, yes.

12       **Q.**  Was Mr. Alberts around that time helping assist law

13   enforcement?

14       **A.**  I don't recall any scenarios where he was helping law

15   enforcement.  I remember seeing through the videos a lot of

16   times where he was hindering law enforcement's responsibility

17   that day in their role.

18       **Q.**  Well, you're the case agent.  You're aware of the wide

19   variety of things Mr. Alberts did on that day?

20       **A.**  I reviewed a lot of the footage that we have from that

21   day.

22       **Q.**  You're aware that Mr. Alberts helped keep a path for

23   an ambulance to come to take a D.C. protester?

24       **MR. DALKE:**  Objection, lack of foundation.

25       **THE COURT:**  Counsel -- excuse me, sir, having viewed all

1  the videos of Mr. Alberts, are you aware of the incident that

2  Mr. Roots is referring to?

3      **THE WITNESS:**  I remember there was an instance when he was

4  near a pathway where -- yeah, I remember an instance of that.

5  **BY MR. ROOTS:**

6      **Q.**  And did Mr. Alberts actually even protect law

7  enforcement from an angry crowd during that time?

8      **A.**  I would not characterize any of his actions as

9  protecting law enforcement.

10     **Q.**  Can we play Alberts 259.

11     (Video played)

12     **THE COURT:**  Can we stop it.  What's the objection?

13     **MR. DALKE:**  They've already tried to play this with sound,

14 it's not been admitted, it's improper.

15     **DEPUTY CLERK:**  Defense 259 is in.

16     **MR. DALKE:**  Without sound.

17     **THE COURT:**  Without sound.  We dealt with this the other

18 day, so let's play it without the audio or just turn the volume

19 down.

20     **MR. ROOTS:**  Okay.  Can I be heard at the sidebar real

21 quick about the audio?

22     (Sidebar discussion)

23     **MR. ROOTS:**  As I recall, the audio is not -- as the

24 government suggests, the audio is not self-serving hearsay.  It

25 actually shows the impression that the scene had on Mr. Alberts

1    and the other participants.

2        **MR. DALKE:**  Your Honor, it's a hearsay objection.  We've

3    already played this exhibit without sound, they can certainly

4    play it again.  But there's no basis for him to bring in

5    self-serving hearsay.

6        **THE COURT:**  What does it say?  I haven't heard it.

7        **MR. DALKE:**  I haven't watched it recently, Your Honor, but

8    it's --

9        **THE COURT:**  Without hearing what he says, I can't rule on

10   the hearsay objection.

11       **MR. DALKE:**  Well, it's not admitted with the sound.  They

12   haven't laid any foundation for the sound, so there's no basis

13   for that.

14       **THE COURT:**  We would have to do that outside the presence

15   of the jury.  So why don't we play it without sound right now,

16   and then if you want to pursue it we'll just -- we'll dismiss

17   the jury and I'll rule on the hearsay, okay?

18       **MR. DALKE:**  Understood.

19       (Open court)

20   **BY MR. ROOTS:**

21       **Q.**  Can we play that from the beginning without sound.

22       (Video played)

23       **Q.**  Did you see that video?

24       **A.**  Yes.

25       **Q.**  Did it look like Mr. Alberts was stepping in between a

1  law enforcement officer and an angry protester?

2     **A.**  I wouldn't necessarily characterize it that way, no.

3     **Q.**  Did it seem like Mr. Alberts, after that exchange or

4  whatever it was, turned his back and stood in front of the law

5  enforcement officer facing the protesters?

6     **A.**  I see that as he is facing some of the protesters,

7  there are also some kind of towards -- at the right of the

8  screen.

9     **Q.**  And did it seem like law enforcement was appreciative?

10    **A.**  I think the law enforcement was doing their kind of

11  responsibility to keep everyone kind of calm.  And they were

12  also doing that with Mr. Alberts, they were kind of talking to

13  him as they're talking to many of the other rioters.

14    **Q.**  Bark to these alerts and notifications that come on

15  people's phones.  It was displayed that there was a Twitter

16  alert.  Do you recall the Twitter alert?  You have no evidence

17  that Mr. Alberts was on Twitter, do you?

18    **A.**  That he has -- that he was on Twitter that day?

19    **Q.**  Any information that he was a Twitter user?

20    **A.**  I don't believe so.

21    **Q.**  So you presented Mr. Alberts as sort of the tip of the

22  spear, as sort of the leader of the storming of the Capitol.

23  Is that the way you've presented him?

24    **A.**  We're presenting the videos that show Mr. Alberts and

25  the actions that he did on that day.

1    **Q.**  Didn't the FBI say the same thing about Guy Reffitt,

2    the other guy that was on that staircase?

3        **MR. DALKE:**  Objection, hearsay, relevance.

4        **THE COURT:**  Sustained.

5        **MR. DALKE:**  403.

6    BY MR. ROOTS:

7    **Q.**  Didn't the Justice Department say the same things --

8        **MR. DALKE:**  Objection, Your Honor.

9    BY MR. ROOTS:

10   **Q.**  -- in the Oath Keeper case?

11       **THE COURT:**  Sustained.

12   BY MR. ROOTS:

13   **Q.**  How many leaders could there be of people getting into

14   the Capitol, up to the Capitol?

15   **A.**  How many leaders?

16   **Q.**  Yeah.  You indicated he was maybe the 15th person at

17   one point in time or something, do you recall that?

18   **A.**  Yes.

19   **Q.**  Isn't it true that the 14 before him had not come up

20   the stairs where he was?

21   **A.**  Had not come up the stairs, what do you mean?

22   **Q.**  The route that we're focusing on in this trial, the

23   route up that stair area, you would agree that the 14 that were

24   in front of Mr. Alberts had come from another direction?

25   **A.**  I don't agree with that, no.

1    **Q.**  They had come through the scaffolding area, correct?

2    **A.**  There were -- kind of like we were saying, there's

3    people coming up the stairway, and also there were some that

4    were cutting through the tarp.  But there was mainly the people

5    coming up the staircase.

6    **Q.**  Let's play 211 -- I'm sorry, it might be 205.  Yeah,

7    let's play 205.  And we'll stop at about 35 seconds in.

8    **DEPUTY CLERK:**  Government or Defense?

9    **BY MR. ROOTS:**

10    **Q.**  I think it's Government's 205.  I want to go about to

11    32 seconds in.

12    (Video played)

13    **Q.**  Do you see Mr. Alberts in this video?

14    **A.**  Not necessarily right now, I cannot point to him.

15    **Q.**  Okay, let's keep playing.

16    (Video played)

17    **Q.**  Did you see Mr. Alberts in that segment?  I wanted to

18    get to the point where Mr. Alberts appears to be limping.

19    Let me just ask the witness:  Why was Mr. Alberts limping

20    on January 6th?

21    **A.**  You would have to ask him.

22    **Q.**  What's that?

23    **A.**  You'd have to ask Mr. Alberts why he was limping.

24    **Q.**  You're not aware he was hit with some kind of police

25    munitions, an explosion?

1    **A.**  He was -- you're saying am I aware he was hit with an

2    explosion?

3    **Q.**  Are you aware of that information?

4    **A.**  I don't necessarily know he was hit with any kind of

5    explosion.

6    **MR. ROOTS:**  Thank you so much.  No further questions.

7    **THE COURT:**  Mr. Dalke.

8    **REDIRECT EXAMINATION OF CHRISTOPHER STREETER**

9    BY MR. DALKE:

10   **Q.**  Agent Streeter, why did the Safeway stores close on

11   January 6th, 2021?

12   **A.**  So as a result of the riot that was ongoing at the

13   U.S. Capitol, the Mayor instituted a curfew that began at

14   6:00 p.m. on January 6th.

15   **Q.**  So the riot led to the curfew which led to the closure

16   of the stores?

17   **A.**  Correct, yes.

18   **Q.**  So if the sales at the stores were down 30 or

19   40 percent, was that loss of the 30 or 40 percent of the sales

20   due to the riot?

21   **A.**  Yes.

22   **Q.**  In your view and review of the videos and photos in

23   this case, is the defendant helping law enforcement when he's

24   yelling at them?

25   **A.**  No.

1    **Q.**   How about when he's grabbing them?

2    **A.**   No.

3    **Q.**   How about when he's advancing on them with a pallet?

4    **A.**   No.

5    **Q.**   How about when he's berating them?

6    **A.**   No.

7    **Q.**   How about when he's calling them treasonous?

8    **A.**   No.

9    **Q.**   How about when he's calling them domestic terrorists?

10   **A.**   No.

11   **Q.**   In your estimation and in the events that you reviewed

12   that day, is Mr. Alberts helping the officers at all?

13   **A.**   No, nothing I would call helping.

14   **MR. DALKE:**   Thank you.  No further questions.

15   **THE COURT:**   Agent Streeter, you can step down.

16   **THE WITNESS:**   Thank you.

17   **MR. KONIG:**   Your Honor, ladies and gentlemen of the jury,

18   the government rests its case-in-chief.

19   **THE COURT:**   Okay, ladies and gentlemen, the government has

20   rested its case.  We're going to take a brief recess.  We have

21   a few housekeeping matters to attend to, and we're going to

22   discuss the remaining schedule for the day and figure out

23   whether it makes sense to proceed or either let you folks go

24   home a little early on this Friday.  So why don't you retire

25   back to the jury room, and we will call you back when we're

1    ready.

2        (Jury not present)

3        **THE COURT:**  Mr. Roots, do you want to make your motion?

4    And again, I don't need chapter and verse, but if there are

5    elements that you don't believe the government satisfied,

6    definitely let me know.

7        **MR. ROOTS:**  Thank you, Your Honor.  Under Rule 29, we

8    would move to acquit, and I'll go through some of the counts.

9    I would like to later on supplement this tonight or over the

10   weekend with a written Rule 29 motion.

11       **THE COURT:**  Sure.

12       **MR. ROOTS:**  But just as I stand here, the government has

13   not proven effect on interstate commerce.  And I would say that

14   that statute, when it talks about effect on interstate

15   commerce, I think as a matter of common-sense it means negative

16   effect on interstate commerce.  I'd say they completely,

17   utterly and totally failed to show negative effect on

18   interstate commerce.  What they did show is one corporation

19   within the District, Safeway, that did have numbers that were

20   lower than expected on January 6th.  But again, that was due to

21   a huge intervening factor, and that is the Mayor's decree.  So

22   that was a government order to close for the bulk of the day.

23       And I believe we could have an economist -- put an

24   economist on the stand who would say Safeway stores generally

25   have the bulk of their customers after 4:00 o'clock in the

1    afternoon.  And so they only showed that Safeway stores in the

2    District -- out of 11 stores, I think they were 30 percent

3    below their own stated expectations.  And in fact, that's not

4    even one-third, which is the 6-hour period out of the 18-hour

5    days.  So that's all they showed.

6         **THE COURT:**  I understand your argument.

7         **MR. ROOTS:**  They've failed to meet that element.  So count

8    one has to go away, it has to be dismissed, they've failed to

9    meet that count.  Now, count two is the assault.  I would say

10   they have not really shown harm -- they have not really shown

11   force with obvious intent to harm or injure or commit another

12   felony, so that element is gone.  There's two big blaring

13   problems with the rest of the counts, and I'll just start with

14   the question of what is authorized or unauthorized.  So most of

15   the other counts -- or many of them, involve a question of fact

16   about whether Mr. Alberts was in or not in an authorized or

17   unauthorized place, either the Capitol grounds, the steps, the

18   grass or what have you.

19        And I would say that courts have held that this federal

20   statute is actually a -- it's a variation of the trespassing

21   laws of the common law.  Trespassing laws everywhere require,

22   in order for conviction, proof of the knowledge -- Mr. Alberts'

23   knowledge that he was unauthorized.  And I'd just say as a

24   matter of common-sense, that his knowledge of whether or not he

25   was authorized or not is a central element of so many of these

1    counts.  And I would say every single one of those counts in

2    this indictment, that element has not been met.

3         At the most, they've laid out some maps and some statutes

4    and some public law type things which say well, if you visit

5    it, you can find what they call the Capitol grounds -- which is

6    a legal term that probably does have some weight in terms of

7    who has jurisdiction over mowing the grass, picking up the

8    trash.  There are reasons for that public law about who --

9    about the entirety of the grounds of the Capitol.  But in a

10   trespassing criminal prosecution, that cannot be the standard.

11   So they have failed utterly.

12        And by the way, the most they put -- by the way, I think

13   it belies the government's arguments that they don't need to

14   put on any evidence of knowledge.  It belies their arguments

15   that they have put on some things like pictures of signs here

16   and there, pictures of some notices and some fliers here and

17   there.  So on the one hand, they can't have it both ways.  On

18   the one hand, they say it doesn't matter, it's strict

19   liability.  If someone is in a place, that's all they have to

20   show.  And at the same time they tried -- knowing that that's

21   weak, that that's just not the law, they tried to put on a

22   flyer here or there or a sign here or there without even a

23   single piece of evidence that Mr. Alberts saw any of these

24   things, not even a single piece of evidence.  I think at the

25   very most they provided like a huge video that just -- you

1    know, maybe they circled something and Mr. Alberts was I think

2    hundreds and hundreds of feet away.  So they did not meet that

3    element with regard to any of those counts that involved that

4    question.

5         **THE COURT:**  Okay, I understand.

6         **MR. ROOTS:**  I want to go into the gun counts.  I think the

7    Bruen case fundamentally altered the law.  It's not just a

8    matter of law, it is a question of fact for the jury whether a

9    place is a sensitive place.  The Bruen decision came down last

10   year, and it is a question of fact for the jury as to whether

11   or not a place is a sensitive place.  The government failed

12   utterly, totally and completely to meet that element.  And so

13   all those gun counts, just as a matter of fact -- not just of

14   law, but as a matter of fact, they have not met their burden to

15   show that Mr. Alberts possessed a firearm in a sensitive place.

16        And by the way, the only evidence that they've put on that

17   shows he even possessed a firearm was late in the day far away

18   from all these other activities of the day.  And they showed

19   that he was packing a firearm in a parking lot hundreds of

20   yards from the Capitol.  Even if we assume that the Capitol is

21   a sensitive place, it cannot be assumed that a parking lot

22   that's closer to the Perkins Labor building is a sensitive

23   place.  The Bruen decision makes a that question of fact for

24   the jury, and they have just plainly not put on any evidence to

25   meet their burden.  So I'll leave it at that.

1    This indictment needs to be quashed, and Mr. Alberts needs

2    to be fully acquitted.  This cannot go to the jury.

3       THE COURT:  Very well.  Mr. Konig or Mr. Dalke, do you

4    briefly want to address the four points that Mr. Roots made?

5       MR. DALKE:  Very briefly, Your Honor, one by one.  The

6    first was as to interstate commerce.  For that final element,

7    there's two prongs to prove it:  Either interstate commerce or

8    impact on a federally protected function.  So start with the

9    second, we clearly have impact on a federally protected

10   function.  We have testimony both from the Capitol Police and

11   Secret Service that a federally protected function -- that is,

12   their protection of the Vice President of the United States,

13   their protection of the Capitol building grounds and members,

14   was impacted, so clearly met.  We also believe we've proved

15   interstate commerce through the Safeway evidence provided

16   through the case agent.  There was a significant dip in the

17   Safeway sales that was as a direct result of the riots through

18   the curfew order.  And there was also the impact on the

19   shipping through interstate commerce with the goods coming from

20   Pennsylvania.

21      On the second argument --

22      THE COURT:  Just as a -- out of curiosity, if the facts

23   were that the dip was temporary and was made up the next day,

24   does that still constitute an effect on -- an interference with

25   or an effect on interstate commerce?

1        **MR. DALKE:**  As a purely academic matter, sure.

2        **THE COURT:**  Is there any authority that that would be the

3   case?  And how long does the temporary effect have to be to

4   affect interstate commerce?

5        **MR. DALKE:**  My counsel reminds me to liken or harken this

6   to like a 922(g), right:  As long as the firearm is touching,

7   effecting interstate commerce, even if -- you know, at some

8   point long ago, that's enough to satisfy the element.  If it's

9   enough to satisfy the tens of thousands of 922(g) cases each

10  year, it's certainly enough to satisfy the 231.  As a secondary

11  point, yes, I do think it's an effect on interstate commerce,

12  the fact that it is partially made up -- I don't think it's

13  wholly made up.  And again, we presented this as the Safeway.

14  I certainly think there's more than sufficient evidence in the

15  case regarding the interstate commerce element.  Each store was

16  different.  So even if it was made up in one store, you still

17  have it on another store, the shipping routes and so forth.

18       **THE COURT:**  Just looking at the jury instruction that we

19  gave in the Barnett case on the interstate commerce element:

20  "Third, the civil disorder in any way or degree obstructed,

21  delayed or adversely affected either commerce or the movement

22  of any article or commodity in commerce."  And so under that

23  definition, I'm not sure Mr. Roots' argument would succeed,

24  even if the delay is temporary.  But there is -- there could be

25  some temporal element to it, but in any event, go ahead.

1        **MR. DALKE:**  On the second argument, whether or not -- I

2    think it was two prongs, have we shown force in the assault.

3    Certainly there's force.  He physically grabs the officer, it's

4    on multiple pictures.  He's moving with force up those steps.

5    He makes contact with the pallet.  The officer's on the other

6    side of it.  He moves that pallet and, again, up the steps.

7        And then I think the second prong, as I mentioned, was

8    with intent to commit another felony.  We have the civil

9    disorder, we also have -- I think the 1751s and 52s are

10    felonies in this case because he carried a firearm with him

11    when he was engaging in the disorderly conduct on the

12    restricted grounds.  So again, he's committing the felony of

13    the assault so that he can make it up those stairs so he can

14    continue to commit the other felonies, the civil disorder and

15    the 1751s and 52s.

16        The next was the Capitol grounds and restricted perimeter.

17    First, we dispute -- and we submitted our jury instructions on

18    this.  As to the knowledge element, the knowledge doesn't go to

19    the knowledge of being on the Capitol grounds or on the

20    restricted perimeter.  The knowledge goes to knowingly being

21    disorderly or disruptive, knowingly engaging in physical

22    violence.  It's not knowingly being on the Capitol grounds.

23    And I think that's been litigated before.  But we believe the

24    law and the support of the other January 6th cases that have

25    decided this issue is the defense's reading of the knowledge

1    element is too broad, is inappropriate, has not been applied in

2    other cases, and wouldn't be the basis for a Rule 29 here.   In

3    any event, even though knowledge isn't required, knowledge was

4    also proven.

5        **THE COURT:**  Well, let's go to whether knowledge is

6    required.   I may be misremembering rulings that I have made in

7    previous cases, but the instruction that we gave in Barnett on

8    count three was that the defendant entered or remained in a

9    restricted building or grounds without lawful authority, and

10   the defendant acted knowingly.   I think that was it.   So your

11   position would be that the knowingly modifies --

12       **MR. DALKE:**  I think it's -- so I read it as -- and I

13   forget which count we're on now, but knowingly modifies the

14   violence or the disorderly conduct.   I will say it's a moot and

15   academic point here, and the reason is, Your Honor, he stood

16   next to the Capitol.   Like, it doesn't matter what the

17   restricted grounds or the Capitol grounds or where the parking

18   lot is or where the arrest happened, he was literally reaching

19   out and touching I think -- we didn't put that in evidence yet.

20   But he is there to say that there's not enough evidence in the

21   case that he knowingly was on Capitol grounds.   I don't think

22   that's a credible or viable argument in any means or any

23   interpretation.

24       I will also say in addition to him physically being there,

25   I mean, pushing past the police, going up to the doors of the

1    Capitol, Captain Baboulis said it was impossible for an

2    individual to arrive at the Lower West Terrace around 1:00 or

3    shortly after and having not seen the multiple rounds -- I

4    think she described it as five rounds of different forms of

5    barricades or warning signs or entry points.  So again, it's

6    one thing if the whole day was in the parking lot.  But given

7    his route and where he went, there's certainly more than

8    sufficient evidence.

9        And finally, on the firearm counts -- again, I think the

10   Court touched on this I think it was two or three days ago, the

11   Class decision still controls in this case.  We've also proved

12   through the timeline that there was some evidence -- well, he

13   only -- we only have evidence of the firearm at the parking

14   lot.  Well, there's also evidence that he was on those Capitol

15   grounds for the entire day.  It's not like he disappeared.

16   Part of what Agent Streeter's testimony was he didn't disappear

17   for three hours and then come back and just go to the parking

18   lot, right, he was pushed out from spot to spot to spot to spot

19   to spot.  It's not -- you know, he had the firearm with him all

20   day.  I think there's a reasonable inference from the evidence

21   there.

22       **THE COURT:**  All right.  The Court will defer ruling on

23   your motion until the jury reaches a verdict in the case.  Feel

24   free to supplement the motion before the trial ends, and you'll

25   have an opportunity to renew it after trial if there's a guilty

1    verdict, okay.

2        So I reviewed the list of witnesses.  Mr. Roots, do you

3    want to just -- I mean, you don't have to give me the details

4    of their testimony obviously, but just what areas they are --

5    you anticipate asking them about.  I mean, obviously I've ruled

6    enough on both pretrial motions and objections to certain lines

7    of inquiry.  I think you should have a pretty good idea of

8    what's in bounds and what's out of bounds.

9        So with that, Ms. Miller I understand is simply a

10    character witness.  Mr. Sumrall.

11    **MR. ROOTS:**  Mr. Sumrall is both a witness who was on the

12    ground on January 6th and an overview or percipient witness or

13    witness who has vast knowledge of January 6th.  He was there.

14    He also filmed a lot himself.

15    **THE COURT:**  So what would he testify to relating to where

16    Mr. Alberts was, you know, all the stuff that we've been --

17    that's on trial here?

18    **MR. ROOTS:**  I believe he has -- he will testify about the

19    lack of signage, things like that, you know, restricted area,

20    authorization, those kinds of things.

21    **THE COURT:**  So he was there?

22    **MR. ROOTS:**  He was there on January 6th.

23    **THE COURT:**  Has he been charged?

24    **MR. ROOTS:**  No, he never went inside the building.  He's a

25    journalist.

1      THE COURT:  He's a journalist, okay.

2      MR. ROOTS:  He would also probably be able to testify

3  about Mr. Alberts -- those events where he assisted law

4  enforcement at the bottom before going up those stairs.

5      THE COURT:  Did he see him do that, hear him do that?

6      MR. ROOTS:  I'm not 100 percent sure.

7      THE COURT:  He's got to be a percipient witness.  How

8  about Mr. Varga?

9      MR. ROOTS:  Mr. Varga is the individual who was pushed off

10  the -- at 30 feet, pushed off the staircase.  Now, I know the

11  government is arguing that that's somehow prejudicial to them

12  or something, but it is actually the things Mr. Alberts saw

13  with his own eyes.  So he's an important fact witness.

14      THE COURT:  The Court has ruled.  I don't want you to call

15  him and then the government objects and he has to sit down.  So

16  you can assume that I will adhere to the prior rulings with

17  respect to the video evidence that you tried to go into.

18      MR. ROOTS:  Let me ask, can Mr. Alberts testify what he

19  saw with his own eyes?

20      THE COURT:  I will give Mr. Alberts -- so how is it

21  relevant?  This is the same question.  To be admissible, it's

22  got to be relevant, right?  Evidence 101.

23      MR. ROOTS:  The government painted a picture that he was

24  one of the leaders.

25      THE COURT:  The government didn't mention this fella being

1    pushed from the stairway.

2        **MR. ROOTS:**  Well, they're hiding this fact from the jury

3    for a very specific reason, because they don't want the jury to

4    know Mr. Alberts' perceptions of what he saw as he was going up

5    that staircase.

6        **THE COURT:**  How does that affect Mr. Alberts' intent to

7    engage in the conduct that's the basis for the assault charge

8    10 minutes previously or the gun charge that happened four

9    hours later?

10       **MR. ROOTS:**  Well, I wouldn't say those are the only

11   charges that are interfacing with this moment in time.

12       **THE COURT:**  I'm trying to understand, I'm not just -- I

13   don't want to keep you from calling someone that's relevant

14   obviously, and you're just not convincing me.

15       **MR. ROOTS:**  The government has painted a picture of

16   Mr. Alberts that is refutable by this segment of evidence.

17       **THE COURT:**  Because someone else got pushed off a banister

18   10 minutes after he allegedly assaulted and resisted and

19   engaged in a civil disorder?

20       **MR. ROOTS:**  Remember, even late in the day, the government

21   has put on all this evidence making Alberts look like a bad guy

22   about things that he was saying and calling cops terrorists and

23   call cops this or that.  And they've put on that evidence

24   without, without -- and Mr. Alberts has a right to show the

25   entire context of how he came to be where he was, where he went

1     that day, how he got to the landing, why he said the words that

2     he said and then the words that he said afterward.  The

3     government has made an issue of his state of mind.

4         THE COURT:  You still haven't convinced me.  So unless you

5     tell me something else, presumptively Mr. Varga is not going to

6     testify.

7         Ms. Torres, character witness?

8         MR. ROOTS:  A character witness who has seen Mr. Alberts

9     save people's lives and those kinds of things.

10        THE COURT:  So character testimony, it's very limited,

11    reputation and opinion for -- since he's testifying, veracity,

12    peaceableness and law abidingness, and that's it.  No specific

13    acts.

14        MR. ROOTS:  No, but Mr. Alberts -- she will testify of his

15    character for self-sacrifice.

16        THE COURT:  It's her opinion and his reputation for

17    character traits that are at issue in this case -- all right,

18    by the book, with limited background -- foundational background

19    as to how she knows him, what her relationship is with him, and

20    that's pretty much it.  That's why you don't get a lot of

21    character evidence in federal court.  And it's improper to ask

22    based on his character do you believe that he was capable of

23    committing the offenses that he's charged for.  And by the same

24    token, the government can't ask would your opinion change if

25    you knew that he committed these offenses, right.  Those are

1    the guardrails on character evidence.

2        MR. ROOTS:  Well, she could be here as early as Monday.

3        THE COURT:  Okay.

4        MR. ROOTS:  Now, the other -- okay, Steven Hill of course

5    is that expert, but he's also a great -- this guy has reviewed

6    hundreds of hours of January 6th videos.

7        THE COURT:  As I said before, I'll let you call him as

8    a -- sort of a summary witness to summarize the videos that are

9    at issue in the case, consistent with how the government

10   presented the testimony of its case agent.  But he can't go

11   into irrelevant matters, okay, or matters that the Court has

12   already excluded.

13       MR. ROOTS:  Okay.  Now, Suzanne Monk could be here --

14       THE COURT:  How about Mr. Atkinson?

15       MR. ROOTS:  Mr. Atkinson is the officer that Mr. Alberts

16   helped there in that scene that we just saw.  We've never

17   talked to him.  Honestly, we're e-mailing trying to figure out

18   how to get him here next week.  We don't even know what he'll

19   say, but we believe that he would probably support what we're

20   trying to show.

21       THE COURT:  That sounds fine.

22       MR. ROOTS:  By the way, before I forget, I would like Your

23   Honor to hear that audio, because I don't think it's nearly as

24   inadmissible as the government suggests.  As I recall, there's

25   a lot of cussing, but I don't recall -- I think it's -- it does

1   help out --

2       THE COURT:  First of all, is there any dispute as to what

3   he said on the audio?

4       MR. DALKE:  Your Honor, I've got to go back and look at

5   it, I haven't looked at it.

6       THE COURT:  Take a look at it.

7       MR. DALKE:  But it's hearsay, it's not --

8       THE COURT:  I know, but if Mr. Alberts is going to testify

9   and say what he told the officer, I think it's moot.

10      MR. DALKE:  If he testifies.

11      THE COURT:  Well, he's --

12      MR. DALKE:  But to continue to try to show it -- the way

13  it was being used was improper.

14      THE COURT:  Well, I assume since I've been told -- he

15  still intends to testify?

16      MR. ROOTS:  Mr. Alberts does, yes.

17      THE COURT:  Well, he can tell the jury what he told the

18  officer.

19      MR. ROOTS:  And I assume it can be played with

20  Mr. Atkinson, if we can get Mr. Atkinson.  Again, I've actually

21  forgotten what he said, I'd have to re-listen.

22      THE COURT:  Let's continue to table that one.  Maybe you

23  can play it for me next week.  Ms. Monk?

24      MR. ROOTS:  Ms. Monk is, as the government -- Mr. Konig

25  said, she's an activist, a patriot, and activist who lives in

1    the D.C. area.  What she can testify to is she has a lot of

2    history of permits, all of these protest permits.  I'm not sure

3    about January 6th, I think she was there, but never charged.

4    She never went deep, I don't think got close.  She has applied

5    for permits, had permits.  She's had counter-demonstrators

6    shout at her during her permitted -- and she's done the same at

7    other permitted events.  And her knowledge of the permitting

8    process is much different than the government suggested with

9    all these rigid controls and restrictions.  She will testify

10   that that's not quite the way it really works.

11        **THE COURT:**  Well, the legality of the District's

12   permitting process is not at issue.  The question is whether he

13   had a permit or whether he didn't have a permit.

14        **MR. ROOTS:**  I think there's a little bit of give and take

15   there.  As odd as it is --

16        **THE COURT:**  If that's all she's being offered for, then

17   her testimony is not relevant.

18        **MR. ROOTS:**  Well, she's also a witness to the interstate

19   commerce.  She was a witness in D.C. and can testify that D.C.

20   was hopping, that the hotels were packed; that the restaurants,

21   the food trucks were doing better than average business.  So

22   she has that vast knowledge as well.

23        **THE COURT:**  The Court will exclude Ms. Monk and Mr. Varga.

24   So what should I tell the jury about how long we should expect

25   the defense's case?

1          MR. ROOTS:  I'll let Mr. Pierce.

2          THE COURT:  It sounds like a day and a half?

3          MR. PIERCE:  Oh, I expect it would be more like three

4     days, Your Honor.  I mean, we're going to do an awful lot

5     with -- you know, Mr. Alberts has a lot to testify to.  I'm

6     sure they're going to have a loss of cross with him.  I mean, I

7     could be wrong, but I think at least two days.

8          THE COURT:  Mr. Konig.

9          MR. KONIG:  I just want to address one or two sentences,

10    because I think it might streamline how many witnesses the

11    defense calls.  Certainly Ms. Miller can testify as to the

12    character, as the Court stated.  Mr. Sumrall, as I understood

13    Mr. Roots, he says that Mr. Sumrall was on the grounds and also

14    filmed a lot.  But Mr. Roots did not say that he was on the

15    grounds near Mr. Alberts, saw Mr. Alberts or filmed

16    Mr. Alberts, was in the same places as Mr. Alberts.  He

17    proffers him as an overview witness, but he also proffers

18    Mr. Hill as an overview witness.  I did not understand the

19    Court's directions to be that the defendant could have two

20    summary witnesses in this case.

21         THE COURT:  He said Mr. Sumrall would also testify about

22    the barriers and the signs and the whole -- the issue of --

23    which obviously the government has gone into at some length.

24         MR. KONIG:  That raises an issue as to Mr. Sumrall, and I

25    believe Ms. Monk, and I believe Mr. Varga.  The individuals --

1   I don't know the exact places that these individuals went

2   except Mr. Varga.  But if they were on restricted government

3   grounds, they should be admonished as to their Fifth Amendment

4   rights.  Although the government, to my knowledge, has not

5   charged a lot of individuals who just made it on restricted

6   grounds.  Those still are offenses, and so them admitting to

7   them during their testimony would be problematic.

8        Even ones who claim to believe journalists -- which I know

9   a lot of courts, maybe even this very Court, has dealt with

10   certain people claiming to be journalists and being permitted

11   to be on Capitol grounds or inside the Capitol with some sort

12   of special permission on January 6th.  Mr. Varga, again, the

13   Court has found is presumptively not relevant.  But the

14   testimony we've elicited about Mr. Alberts is things he said

15   and things he did, not that he's a bad person.  And that

16   officers who did not testify allegedly -- someone who was not

17   the defendant is not relevant to any of the crimes he's charged

18   with.

19        I just want note that the Court's instruction as to

20   Ms. Torres, who's a character witness, I just want to be clear,

21   the character trait that Mr. Roots identified that she was

22   going to testify to is his self-sacrifice.  And that is not a

23   pertinent character trait or a relevant character trait for

24   testimony in this criminal case -- at least I don't know if it

25   is in any.  Mr. Hill, again, to the extent he's reviewed

1    hundreds of hours of January 6th, I guess he can describe that.

2    I don't know that he can bring in evidence and information that

3    would be outside of what is before the Court, and I just want

4    to be clear on that.

5        And as to Capitol Police Officer Atkinson, to my

6    knowledge, he's not been subpoenaed.  And this morning was the

7    first time that counsel for the defendant reached out to

8    Capitol Police to seek his testimony.  I think that broadly his

9    testimony would be specific acts evidence.  It would be

10   Mr. Alberts did something good so he shouldn't be convicted for

11   what he's alleged to have done.  Him helping law enforcement at

12   approximately 1:04 is not relevant to any of the charged

13   offenses, it's simply specific acts evidence that's irrelevant,

14   it's confusing to the jury.

15       **THE COURT:**  Well, it may go to the weight.  But if the

16   government's theory is that he was there to overthrow the

17   government, and he interacted with law enforcement in a way

18   that would not further that purported goal, why isn't that

19   relevant?

20       **MR. KONIG:**  Overthrowing the government is not one of the

21   elements of the offenses charged.

22       **THE COURT:**  No, but the government's put in evidence of

23   that as his intent to obstruct the proceedings.

24       **MR. KONIG:**  It's related to intent, Your Honor.  And so

25   that he allegedly helped officers in one instance is not

1   relevant to his intent for -- and again, the intent is related

2   to why he's at the Capitol.  His intent to be at the Capitol I

3   will -- you know, if the defendant proffers that his intent at

4   the Capitol was to help those officers to assist somebody that

5   he wouldn't have known at the time, I mean, it's just not

6   relevant.  It's confusing to the jury.

7       The Court has already excluded Ms. Monk, though I will say

8   effect on interstate commerce isn't a zero sum game.  It isn't

9   the government can only show an effect on interstate commerce

10  if it's a bad effect or if it -- the bad outweighs the good.

11  It is simply that it affected the movement of goods, et cetera,

12  in interstate commerce.  It's just -- and I would ask that the

13  defendant not be permitted to argue inconsistently with that

14  very, very, very clearly established law.  Thank you, Your

15  Honor.

16      **THE COURT:**  All right.  Well, the Court has ruled.  I

17  think the guidelines ought to be clear.  We'll see who

18  materializes on Monday.  Let's bring the jury back, I'm going

19  to go ahead and release them and let's get started fresh with

20  the defense case on Monday.  Mr. Pierce can get to his prior

21  engagement as well.

22      (Jury present)

23      **THE COURT:**  Welcome back, ladies and gentlemen.  Thanks

24  for your patience.  The attorneys and I have chatted, and I

25  believe we are essentially on the schedule that we laid out at

1    the beginning of the week.  So I'm going to give the lawyers as

2    well as you all a well-earned jump on the weekend.  We're going

3    to come back at 9:00 o'clock on Monday and begin the defense's

4    case at that point, all right.

5        So have a great weekend, you've certainly earned it.

6    Thank you for your attention and cooperation throughout the

7    week.  It's been a long but productive week.  We will see you

8    back at 9:00 on Monday.  No discussions about the case, no

9    research about the case.  Have a great weekend.

10       (Jury not present)

11       **THE COURT:**  Just for the record, Mr. Konig, on count

12   one -- and we touched on this at the beginning, which of the

13   officers is the government alleging or will the government

14   argue to the jury Mr. Alberts assaulted, impeded, et cetera?

15       **MR. KONIG:**  I don't think the crime requires a definite

16   identity of the officers, but we do believe that he assaulted

17   Sergeant DesCamp -- sorry, Sergeant DesCamp testified that he

18   had assaulted Officers Sherman, McMahon and Goodman.  Sherman

19   was the individual who he was hands-on with, who he physically

20   touched.  And then the group of officers who were -- who he

21   moved towards with the pallet.

22       **THE COURT:**  Okay.  And so the government will not argue

23   that he assaulted or impeded Officer Kerkhoff?

24       **MR. KONIG:**  I believe we will.  I mean, the language of

25   231, of count one, is obstructed, impeded or interfered with

1   officers.  I think the evidence is very clear that he did so

2   with regard to Officer Kerkhoff as well.  And we list all the

3   names in the -- in our proposed jury instructions as well.

4       THE COURT:  And who is the officer who allegedly pushed

5   Mr. -- the fella off the stairway?

6       MR. KONIG:  It was none of the officers who have

7   testified.  It's none of the officers that we as counsel have

8   met with.  And I can proffer to the Court I have never learned

9   that information.

10      THE COURT:  From the video, was it one of the officers

11  including Kerkhoff, Sherman, McMahon or Goodman who the

12  government alleges was assaulted?

13      MR. KONIG:  I can't make a representation in total.  I

14  know that it wasn't Officer Goodman.  I know that it wasn't --

15  I have a 90 percent belief it wasn't Officer Sherman, because I

16  know what he looks like.  I know it wasn't Officer Kerkhoff.  I

17  know it wasn't Officer DesCamp.  I know it wasn't Inspector

18  Hyman who was also up there.  I don't believe it was Officer

19  Sorrell -- that's probably a 75 percent.

20      THE COURT:  Can we play that portion of the video?

21      MR. KONIG:  I don't know that we have it.

22      THE COURT:  Again, this incident occurred after the

23  alleged assault no matter which of the officers --

24      MR. KONIG:  Minutes, minutes.  And I think the Court will

25  see through the video that Mr. Alberts doesn't appear to be

1   looking at the incident at the time.

2        (Video played)

3        THE COURT:  That was it, go back.

4        MR. KONIG:  This is Mr. Alberts right here.  I believe

5   this is Officer Sherman over here.  The individual in the blue

6   hat --

7        THE COURT:  Is he one of the people that we say was

8   assaulted?

9        MR. DALKE:  No, Your Honor.  There's no blue hat -- when

10  Mr. Alberts goes up with the pallet and goes hands-on, there's

11  no one with a blue hat in that frame at the time of the

12  assault.

13       THE COURT:  Run it back.

14       MR. ROOTS:  I'm being told it's Goodman.

15       THE COURT:  Hold on, hold on.  Run it back.

16       (Video played)

17       THE COURT:  So the guy in the blue hat in the frame as he

18  brings the pallet up to the top landing of the steps.

19       MR. KONIG:  We can play --

20       THE COURT:  Go back to the alleged assault.

21       MR. DALKE:  1:54 p.m., so about seven minutes into the

22  video.

23       (Video played)

24       MR. DALKE:  I guess you see a blue hat individual who

25  comes in at the end that, but he's about four officers deep.

1   THE COURT:  At least.

2   MR. DALKE:  I don't know if that's the same blue hat, but

3   that's the only blue hat in the area that comes on only at the

4   last four or five seconds.  If you'd go back and just play that

5   last 20 seconds again.

6   (Video played)

7   THE COURT:  Okay.  Mr. Roots.

8   MR. ROOTS:  Yeah, I think it's admissible, especially if

9   Mr. Alberts testifies.  I'm not sure it's required that the

10  officer accused of pushing that individual off the wall be the

11  same individual that Mr. Alberts is accused of assaulting.  I

12  don't know quite the -- I don't know whether that's required.

13  THE COURT:  It's not required or not required, it's a

14  matter of relevance in connection to the event.

15  MR. ROOTS:  One point I would like to make -- and this

16  might be an appealable thing down the road in not just this

17  case but others.  But the government has made a practice in all

18  these cases of saying that one individual is the tip of the

19  spear, he's the leader of the storming of the Capitol.  They

20  said that in the Oath Keeper 1 trial, the Oath Keeper 2 trial,

21  the Oath Keeper 3 trial.  They've said it in the Proud Boy

22  trial.  They said Guy Reffitt was the leader of the storming of

23  the Capitol, now they're saying Mr. Alberts is the leader.

24  I think as an appealable issue, the government -- you

25  know, there's a lot of case law that -- they can't repeatedly

1   say that 15 people committed the same murder.  There's a lot of

2   case law on that.  And the government just cannot have a

3   practice -- the U.S. Department of Justice cannot have a

4   practice of trial after trial saying that each defendant is the

5   most important tip of the spear for storming the U.S. Capitol,

6   they cannot do that.

7       THE COURT:  Mr. Konig, final point -- or I'm sorry,

8   Mr. Dalke.

9       MR. DALKE:  First of all, we've never called this

10  individual a tip of the spear at opening -- which I argued and

11  Your Honor was well aware he was the bulldozer clearing the

12  path up those steps at this time, which ended up being a

13  critical point.  He did come on and take over that spot from

14  Mr. Reffitt.  So Mr. Reffitt was there, went down, Mr. Alberts

15  took over at the front.

16      THE COURT:  Was Mr. Reffitt the fellow that got --

17      MR. DALKE:  He was in the blue jacket who got sprayed.

18      THE COURT:  Who got sprayed, okay.

19      MR. DALKE:  And when he went down, Mr. Alberts took his

20  stead.

21      THE COURT:  Okay.

22      MR. KONIG:  Unless the Court wants further argument on

23  that, the last item that I wanted to raise very briefly is I

24  wanted to ask through the Court whether this was the intended

25  order of witnesses?

1    **MR. ROOTS:**  Could we have until tonight to make some phone

2    calls and figure that out?

3    **MR. KONIG:**  I wanted to renew our request that we've made

4    through the Court and informally to defense to provide the

5    legal names and dates of birth of these individuals for a

6    background check, and also -- which is standard at least in the

7    district I'm from and the district Mr. Dalke is from.  And

8    also, again, request reverse Jencks.  A lot of -- at least

9    certain of these people do appear to have pretty active social

10   media about January 6th and about the -- about Mr. Alberts.

11   And so we would request it in sufficient time to actually

12   review it before next week.  I know that Mr. Sumrall -- I think

13   he has a weekly podcast, and so it would be somewhat burdensome

14   to get that reverse Jencks immediately before his testimony.

15   **THE COURT:**  Let's get the reciprocal disclosures to them

16   tonight so that they're not doing this on a Sunday night, okay.

17   **MR. KONIG:**  And that is all.  Have a good weekend, Your

18   Honor.

19   **MR. ROOTS:**  I would say Mr. Sumrall's Jencks -- I mean, it

20   is a vast corpus of writings and things, probably more than we

21   could accumulate.

22   **THE COURT:**  Well, that could be subject to an objection

23   then, so we'll see.  Have a good weekend, folks.

24   (Proceedings adjourned at 3:40 p.m.)

25

1                    **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9       <u>April 14, 2023</u>                    _____

10            **DATE**                            **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$300 [1]   675/5
$400 [1]   675/5

**.**

...Admitted [1]
 649/12

**0**

0026 [1]   647/4

**1**

10 [4]   660/17
 664/19 698/8 698/18
100 percent [1]
 697/6
1003 [1]   669/11
1004 [1]   669/10
101 [1]   697/22
11 [9]   669/19
 669/21 670/1 672/12
 672/13 672/16
 672/18 672/24 688/2
14 [3]   647/6 683/19
 683/23
15 [3]   667/15
 668/13 711/1
15 feet [1]   668/12
15.67 percent [1]
 670/6
15th [1]   683/16
17101 [1]   647/19
172 [1]   648/4
1751s [2]   693/9
 693/15
18 [5]   671/15
 671/15 671/17
 671/24 672/1
18-hour [1]   688/4
1:00 [1]   695/2
1:00 p.m [1]   662/6
1:04 is [1]   705/12
1:21-cr-0026 [1]
 647/4
1:44 [1]   647/7
1:53 p.m [1]   663/18
1:54 [1]   666/13
1:54 p.m [1]   709/21
1:55 p.m [1]   666/13
1:58 p.m [2]   665/2
 665/6
1:58:30 p.m [1]
 665/2

**2**

20 [2]   668/12 710/5
20-30 [1]   660/11
20001 [2]   647/22
 648/25
20044 [1]   647/16
201 [2]   663/14
 665/1
202 [4]   665/5 665/6
 665/7 665/7
2021 [2]   660/25
 685/11
2023 [1]   647/6
205 [4]   657/12
 684/6 684/7 684/10

206 [1]   660/10
21-26 [1]   650/4
211 [2]   656/18
 684/6
21550 [1]   648/3
220 [1]   647/18
228 [1]   647/18
231 [2]   692/10
 707/25
24 percent [1]
 669/23
259 [2]   680/10
 680/15
26 [1]   650/4
260 [2]   665/18
 665/24
27.9 [1]   671/6
28 percent [1]
 671/6
29 [6]   650/13 651/1
 651/3 687/7 687/10
 694/2
2:00 [2]   652/8
 652/16
2:00 p.m [1]   655/5
2:02 p.m [1]   665/8

**3**

30 [3]   660/11
 685/18 685/19
30 feet [1]   697/10
30 percent [2]
 673/8 688/2
30.085 percent [3]
 672/13 672/17
 672/25
32 [2]   657/13
 684/11
33 percent [3]
 672/2 673/5 673/9
330.9 [2]   672/6
 672/18
330.94 [3]   672/12
 672/16 672/24
333 [1]   648/24
35 [1]   684/7
3:00 p.m [1]   655/5
3:40 p.m [1]   712/24
3rd [1]   648/4

**4**

40 percent [2]
 685/19 685/19
401 [4]   666/6
 668/24 677/19
 677/23
403 [7]   666/6
 666/15 667/25
 672/19 677/19
 677/23 683/5
408 [4]   649/12
 651/16 652/10
423 [1]   653/12
424 [1]   653/25
425 [1]   654/10
432 [1]   659/11
4700-C [1]   648/24
4:00 [2]   673/17
 687/25

4:00 p.m [1]   655/5
4:26 p.m [1]   657/14
4:27 p.m [1]   657/5

**5**

505 [1]   676/24
515 [1]   676/19
52s [2]   693/9
 693/15
55 [1]   647/15
5:00 [1]   659/22
5:28 [1]   663/3
5:28 p.m [1]   660/13
5:30 p.m [1]   660/25
5:30 when [1]
 662/12
5th [5]   669/16
 669/20 669/24 670/2
 670/4

**6**

6-hour [1]   688/4
601 [1]   647/21
651 [1]   649/4
652 [1]   649/12
663 [1]   649/5
685 [1]   649/6
6:00 [2]   671/9
 673/16
6:00 a.m [3]   671/13
 671/17 675/19
6:00 p.m [4]   663/3
 671/19 671/22
 685/14
6th [30]   660/25
 668/22 669/16
 669/20 670/20
 670/21 670/22 671/3
 671/19 673/20
 673/25 674/22 675/1
 676/11 677/18 678/1
 678/1 684/20 685/11
 685/14 687/20
 693/24 696/12
 696/13 696/22 700/6
 702/3 704/12 705/1
 712/10

**7**

75 percent [1]
 708/19
7:22 [1]   662/13
7th [5]   675/18
 675/19 675/19 676/5
 676/10

**8**

806 [1]   667/21
811 [1]   658/21

**9**

90 percent [1]
 708/15
91367 [1]   648/4
922 [2]   692/6 692/9
9:00 [1]   707/3
9:00 on [1]   707/8

**A**

a.m [3]   671/13

671/17 675/19
abidingness [1]
 699/12
able [3]   655/17
 655/18 697/2
above [5]   653/10
 653/18 662/1 669/23
 713/5
above-entitled [1]
 713/5
academic [2]   692/1
 694/15
accord [1]   661/10
according [1]   670/2
accounting [1]
 669/9
accumulate [1]
 712/21
accurate [2]   665/20
 668/9
accusations [1]
 667/16
accused [2]   710/10
 710/11
acquit [1]   687/8
acquitted [1]   691/2
across [1]   676/3
acted [1]   694/10
Action [1]   647/4
actions [3]   668/14
 680/8 682/25
active [1]   712/9
activist [2]   701/25
 701/25
activities [1]
 690/18
acts [3]   699/13
 705/9 705/13
actual [1]   673/21
actually [8]   669/22
 673/8 680/6 680/25
 688/20 697/12
 701/20 712/11
actually a [1]
 688/20
added [1]   672/5
addition [3]   656/12
 668/3 694/24
additional [2]
 655/22 656/2
address [2]   691/4
 703/9
adhere [1]   697/16
adjourned [1]
 712/24
admissible [2]
 697/21 710/8
admission [2]   652/9
 665/23
admit [1]   667/19
admitted [4]   652/13
 676/21 680/14
 681/11
admitting [1]   704/6
admonished [1]
 704/3
advance [2]   650/18
 650/19
advanced [1]   660/10
advancing [1]   686/3

**A**

adversely [1]
  692/21
affect [2]   692/4
  698/6
affected [3]   668/17
  692/21 706/11
afternoon [3]   647/8
  651/15 688/1
afterward [1]   699/2
afterwards [1]
  666/13
again [24]   657/13
  659/11 668/11
  668/18 672/15
  675/11 677/24 678/3
  678/5 681/4 687/4
  687/20 692/13 693/6
  693/12 695/5 695/9
  701/20 704/12
  704/25 706/1 708/22
  710/5 712/8
against [2]   667/11
  671/2
agent [11]   651/15
  663/8 663/13 674/22
  676/13 679/18
  685/10 686/15
  691/16 695/16
  700/10
ago [2]   692/8
  695/10
agree [22]   665/11
  670/2 670/18 671/10
  671/15 671/17
  671/21 671/25
  672/18 672/24
  673/10 673/11 674/4
  674/9 674/16 674/20
  675/9 675/18 675/21
  676/7 683/23 683/25
ahead [6]   650/11
  657/12 657/16
  672/22 692/25
  706/19
Alabama [1]   669/23
ALBERTS [85]
Alberts' [4]   667/22
  688/22 698/4 698/6
alert [2]   682/16
  682/16
alerts [1]   682/14
allege [1]   650/14
alleged [3]   705/11
  708/23 709/20
allegedly [4]
  698/18 704/16
  705/25 708/4
alleges [1]   708/12
alleging [1]   707/13
along [3]   658/23
  659/4 664/1
altered [1]   690/7
Although [1]   704/4
ambulance [2]
  678/21 679/23
Amendment [1]   704/3
AMERICA [2]   647/3
  650/4

amped [1]   660/4
angry [2]   680/7
  682/1
anticipate [1]
  696/5
apologize [1]
  662/24
appealable [2]
  710/16 710/24
appear [3]   657/6
  708/25 712/9
APPEARANCES [2]
  647/13 648/1
appears [4]   668/13
  669/18 670/4 684/18
applied [2]   694/1
  702/4
appreciate [1]
  663/8
appreciative [1]
  682/9
approximately [3]
  652/5 652/6 705/21
April [1]   647/6
area [26]   652/25
  653/6 655/6 655/10
  656/1 656/7 656/17
  656/19 658/11
  658/19 659/4 659/22
  660/9 660/21 661/23
  662/18 662/19
  663/15 664/2 674/3
  679/8 683/23 684/1
  696/19 702/1 710/3
areas [1]   696/4
argue [4]   668/6
  706/13 707/14
  707/22
argued [1]   711/10
arguing [1]   697/11
argument [8]   668/5
  668/5 688/6 691/21
  692/23 693/1 694/22
  711/22
arguments [2]
  689/13 689/14
argy [1]   667/25
argy-bargy [1]
  667/25
around [16]   652/16
  657/13 658/7 658/9
  658/11 658/19
  659/22 660/25
  660/25 664/23 665/2
  674/11 674/19
  678/13 679/12 695/2
arrest [2]   662/13
  694/18
arrested [1]   662/20
arrive [1]   695/2
arrived [1]   655/23
arrow [2]   660/23
  661/17
article [1]   692/22
assault [14]   657/21
  666/12 666/12
  666/22 666/22 667/4
  667/12 688/9 693/2
  693/13 698/7 708/23
  709/12 709/20

assaulted [7]
  698/18 707/14
  707/16 707/18
  707/23 708/12 709/8
assaulting [1]
  710/11
assist [2]   679/12
  706/4
assistance [1]
  678/11
assisted [1]   697/3
assisting [2]
  678/17 678/24
assume [4]   690/20
  697/16 701/14
  701/19
assumed [1]   690/21
Atkinson [5]   700/14
  700/15 701/20
  701/20 705/5
attempt [1]   666/15
attempted [1]   668/7
attend [1]   686/21
attendees [1]
  674/25
attention [1]   707/6
attorneys [1]
  706/24
audio [6]   680/18
  680/21 680/23
  680/24 702/23 701/3
authority [2]   692/2
  694/9
authorization [1]
  696/20
authorized [3]
  688/14 688/16
  688/25
available [1]   659/1
avenue [4]   648/24
  662/16 669/23
  678/21
average [1]   671/16
  672/17 702/21
aware [13]   671/18
  673/23 674/1 674/25
  675/24 676/14
  679/18 679/22 680/1
  684/24 685/1 685/3
  711/11
away [7]   668/12
  668/13 677/17
  678/20 688/8 690/2
  690/17
awful [1]   703/4

**B**

Baboulis [2]   655/13
  695/1
back [36]   650/3
  650/23 651/5 656/2
  656/16 658/11
  658/18 659/4 659/7
  659/7 659/9 659/12
  659/12 659/19
  659/23 659/23 660/1
  661/10 661/11 662/1
  664/23 666/19 682/4
  686/25 686/25
  695/17 701/4 706/18

706/23 707/3 707/8
  709/3 709/13 709/15
  709/20 710/4
background [3]
  699/18 699/18 712/6
backpack [2]   654/7
  657/11
backpack's [1]
  654/15
bad [4]   698/21
  704/15 706/10
  706/10
banister [3]   653/2
  666/9 698/17
Bankruptcy [1]
  648/23
bargy [1]   667/25
Bark [1]   682/14
Barnett [2]   692/19
  694/7
barricades [1]
  695/5
barriers [1]   703/22
based [8]   652/5
  652/18 652/19
  658/12 661/18 670/8
  670/13 699/22
basically [14]
  655/9 656/2 656/14
  656/15 657/8 657/24
  657/24 658/2 658/18
  659/3 661/9 661/9
  661/10 662/18
basis [8]   666/15
  667/11 668/11 678/6
  681/4 681/12 694/2
  698/7
bearing [9]   666/14
  666/21 666/23
  668/14 668/14
  668/16 668/16
  668/21 678/1
becomes [1]   662/16
began [1]   685/13
begin [1]   707/3
beginning [4]   665/6
  681/21 707/1 707/12
begins [1]   665/8
behind [1]   664/3
belabor [1]   662/9
belief [1]   708/15
belies [2]   689/13
  689/14
below [2]   673/4
  688/3
Ben [2]   647/15
  677/18
Bennett [1]   656/5
Bennett's [1]
  656/22
berating [1]   686/5
better [6]   669/22
  670/1 670/17 675/9
  676/6 702/21
big [1]   688/12
birth [1]   712/5
bit [4]   663/20
  665/19 670/21
  702/14
blaring [1]   688/12

**B**

blow [1]   670/21
blue [14]   651/25
652/20 652/22
652/23 653/1 660/23
709/5 709/9 709/11
709/17 709/24 710/2
710/3 711/17
body [4]   654/18
656/4 660/24 661/6
body-worn [3]   656/4
660/24 661/6
book [1]   699/18
both [4]   689/17
691/10 696/6 696/11
bottle [1]   660/2
bottom [1]   697/4
bounds [2]   696/8
696/8
box [2]   647/15
662/1
Boy [1]   710/21
branches [4]   669/19
669/21 670/16
672/17
breach [1]   655/11
657/7
brief [2]   651/7
686/20
briefly [3]   691/4
691/5 711/23
bring [10]   651/16
653/12 654/10
657/12 659/11
660/10 677/10 681/4
705/2 706/18
bringing [1]   678/5
brings [1]   709/18
broad [1]   694/1
broadly [1]   705/8
broken [1]   655/25
Bruen [3]   690/7
690/9 690/23
building [7]   653/17
655/12 658/10
690/22 691/13 694/9
696/24
bulk [3]   674/5
687/22 687/25
bulldozer [1]
711/11
bullhorn [3]   662/21
663/1 663/5
burden [3]   650/15
690/14 690/25
burdensome [1]
712/13
bush [1]   664/3
bushes [1]   664/23
business [1]   702/21

**C**

CA [1]   648/4
calculations [2]
672/22 673/1
call [7]   655/15
686/13 686/25 689/5
697/14 698/23 700/7
called [1]   711/9

calling [4]   686/7
686/9 698/13 698/22
calls [3]   665/15
703/11 712/2
calm [1]   682/11
came [5]   672/5
675/1 675/16 690/9
698/25
camera [2]   660/24
661/6
camo [2]   654/7
657/11
can [59]   650/9
650/23 651/1 651/8
652/19 653/12 654/6
654/7 654/10 654/13
656/18 657/8 657/12
657/12 657/18 658/3
658/5 658/21 659/1
659/11 659/14
659/25 660/10
660/21 661/21
661/21 663/22
664/19 665/5 666/1
672/4 676/19 678/16
678/25 680/10
680/12 680/20 681/3
681/21 686/15 689/5
693/13 693/13
697/16 697/18
701/17 701/19
701/20 701/23 702/1
702/19 703/11 705/1
705/2 706/9 706/20
708/8 708/20 709/19
capable [1]   699/22
Capitol [43]   651/21
653/10 653/13
653/16 655/9 655/15
656/10 658/6 658/15
661/1 663/4 663/7
668/23 674/3 682/22
683/14 683/14
685/13 688/17 689/5
689/9 690/20 690/20
691/10 691/13
693/16 693/19
693/22 694/16
694/17 694/21 695/1
695/14 704/11
704/11 705/5 705/8
706/2 706/2 706/4
710/19 710/23 711/5
Captain [2]   655/13
695/1
carried [1]   693/10
case [40]   650/4
650/9 650/15 650/17
650/20 666/12
666/25 667/1 667/13
674/22 674/23
676/13 676/13
679/18 683/10
685/23 686/18
686/20 690/7 691/16
692/3 692/15 692/19
693/10 694/21
695/11 695/23
699/17 700/9 700/10
702/25 703/20

704/24 706/20 707/4
707/8 707/9 710/17
710/25 711/2
case-in-chief [1]
686/18
cases [6]   674/22
692/9 693/24 694/2
694/7 710/18
caused [1]   674/8
cell [1]   677/6
central [1]   688/25
certain [3]   696/6
704/10 712/9
certainly [7]   681/3
692/10 692/14 693/3
695/7 703/11 707/5
certify [1]   713/4
cetera [4]   667/12
671/7 706/11 707/14
chain [1]   669/13
chains [1]   670/22
change [1]   699/24
changes [1]   666/19
chapter [2]   651/3
687/4
character [14]
696/10 699/7 699/8
699/10 699/15
699/17 699/21
699/22 700/1 703/12
704/20 704/21
704/23 704/23
characterize [2]
680/8 682/2
charge [3]   667/11
698/7 698/8
charged [7]   696/23
699/23 702/3 704/5
704/17 705/12
705/21
charges [1]   698/11
chatted [1]   706/24
check [1]   712/6
chest [1]   654/19
chief [1]   686/18
Chris [2]   657/3
658/3
CHRISTIPHER [4]
649/3 651/13 663/11
685/8
CHRISTOPHER [4]
647/6 647/10 650/4
661/5
circle [2]   657/8
662/15
circled [3]   653/2
656/25 690/1
circles [2]   658/18
659/23
circumstances [1]
673/10
city [1]   675/22
civil [9]   667/16
668/16 668/17
673/24 674/2 692/20
693/8 693/14 698/19
claim [1]   704/8
claiming [1]   704/10
claims [1]   666/21
Class [1]   695/11

clear [4]   704/20
705/4 706/17 708/1
cleared [1]   656/11
clearing [1]   711/11
clearly [3]   691/9
691/14 706/14
clip [6]   664/19
665/1 665/1 665/4
665/5 667/24
clips [1]   665/11
close [8]   650/17
653/22 655/17
655/18 673/16
685/10 687/22 702/4
closed [5]   654/16
656/2 656/13 673/12
673/17
closer [1]   690/22
closes [1]   650/9
closure [1]   685/15
COLUMBIA [1]   647/1
column [4]   669/18
670/25 671/5 676/6
coming [4]   675/24
684/3 684/5 691/19
commerce [21]
668/17 687/13
687/15 687/16
687/18 691/6 691/7
691/15 691/19
691/25 692/4 692/7
692/11 692/15
692/19 692/21
692/22 702/19 706/8
706/9 706/12
commit [3]   688/11
693/8 693/14
committed [2]
699/25 711/1
committing [2]
693/12 699/23
commodity [1]
692/22
common [3]   687/15
688/21 688/24
common-sense [2]
687/15 688/24
commotion [1]
675/22
comparison [1]
670/11
comparisons [1]
675/12
completely [2]
687/16 690/12
conduct [6]   661/13
667/17 668/20
693/11 694/14 698/7
confined [1]   674/3
confusing [2]
705/14 706/6
Congress [1]   668/21
connection [1]
710/14
consistent [1]
700/9
constitute [1]
691/24
Constitution [1]
648/24

**C**

contact [2]   666/9
 693/5
contacting [1]
 677/5
context [1]   698/25
continue [4]   658/17
 693/14 701/12
 701/22
Continued [4]
 647/25 648/1 649/4
 651/13
continues [3]
 657/19 660/3 662/18
continuing [1]
 660/19
control [1]   678/11
controls [2]   695/11
 702/9
convicted [1]
 705/10
conviction [1]
 688/22
convinced [1]   699/4
convincing [1]
 698/14
COOPER [1]   647/10
cooperation [1]
 707/6
cops [2]   698/22
 698/23
Corcoran [1]   670/5
corner [2]   658/7
 662/2
corporation [1]
 687/18
corpus [1]   712/20
counsel [5]   650/6
 679/25 692/5 705/7
 708/7
count [15]   667/1
 667/5 667/7 667/8
 667/16 667/23
 667/23 668/18 688/7
 688/9 688/9 694/8
 694/13 707/11
 707/25
counter [1]   702/5
counter-demonstrators [1]
 702/5
counts [10]   678/2
 687/8 688/13 688/15
 689/1 689/1 690/3
 690/6 690/13 695/9
couple [2]   654/23
 657/7
course [1]   700/4
court [26]   647/1
 648/22 648/23
 651/22 666/17
 668/25 679/5 681/19
 695/10 695/22
 697/14 699/21
 700/11 702/23
 703/12 704/9 704/13
 705/3 706/7 706/16
 708/8 708/24 711/22
 711/24 712/4 713/3
Court's [2]   703/19

704/19
courts [3]   648/23
 688/19 704/9
covered [1]   666/17
cr [1]   647/4
create [1]   658/2
credible [1]   694/22
crime [1]   707/15
crimes [1]   704/17
criminal [4]   647/4
 650/4 689/10 704/24
critical [1]   711/13
cross [3]   649/5
 663/11 703/6
Cross-Examination [2]
 649/5 663/11
crowd [11]   652/21
 655/9 656/10 660/4
 660/14 660/19
 662/22 669/3 678/11
 678/22 680/7
curfew [9]   663/3
 671/19 674/9 674/10
 675/19 677/8 685/13
 685/15 691/18
curiosity [1]
 691/22
currently [1]
 666/18
cussing [1]   700/25
customers [2]   676/9
 687/25
cut [1]   652/2
cutting [1]   684/4

**D**

D.C [7]   671/9
 671/18 675/8 679/23
 702/1 702/19 702/19
DALKE [13]   647/17
 649/4 649/6 651/12
 666/4 667/24 677/4
 677/22 679/9 685/7
 691/3 711/8 712/7
dark [1]   660/5
data [2]   674/14
 674/18
date [3]   670/9
 674/14 713/10
dates [1]   712/5
day [28]   659/15
 665/21 669/16
 669/20 670/15 671/1
 673/13 674/15
 675/14 675/17
 679/17 679/19
 679/21 680/18
 682/18 682/25
 686/12 686/22
 687/22 690/17
 690/18 691/23 695/6
 695/15 695/20
 698/20 699/1 703/2
days [5]   675/10
 688/5 695/10 703/4
 703/7
DC [5]   647/5 647/16
 647/21 647/22
 648/25
dealt [2]   680/17

704/9
deceased [1]   678/22
decided [1]   693/25
decision [3]   690/9
 690/23 695/11
decree [2]   674/9
 687/21
deep [2]   702/4
 709/25
defendant [19]
 647/7 648/2 652/20
 653/3 653/22 654/14
 655/1 658/13 661/5
 668/22 685/23 694/8
 694/10 703/19
 704/17 705/7 706/3
 706/13 711/4
defendant's [3]
 654/6 657/6 662/11
defense [9]   650/6
 650/15 666/14 668/4
 680/15 684/8 703/11
 706/20 712/4
defense's [3]
 693/25 702/25 707/3
defer [1]   695/22
definite [1]   707/15
definitely [1]
 687/6
definition [1]
 692/23
degree [1]   692/20
delay [1]   692/24
delayed [1]   692/21
demonstrators [1]
 702/5
Department [3]
 647/14 683/7 711/3
Department say [1]
 683/7
depend [1]   671/11
depiction [1]
 665/20
DesCamp [3]   707/17
 707/17 708/17
describe [3]   657/18
 662/10 705/1
described [2]
 655/13 695/4
description [1]
 668/9
details [1]   696/3
develops [1]   661/12
difference [1]
 668/4
different [5]   666/8
 677/11 692/16 695/4
 702/8
dip [2]   691/16
 691/23
direct [3]   649/4
 651/13 691/17
directed [1]   661/19
direction [3]
 661/17 661/25
 683/24
directions [1]
 703/19
directly [2]   667/22
 678/9

disappear [1]
 695/16
disappeared [1]
 695/15
disclosures [1]
 712/15
discuss [2]   651/2
 686/22
discussed [3]   669/5
 669/19 674/13
discussing [1]
 660/11
discussion [7]
 650/8 650/10 650/21
 666/3 677/4 677/21
 680/22
discussions [1]
 707/8
dismiss [1]   681/16
dismissed [1]   688/8
disorder [7]   667/16
 668/16 668/17
 692/20 693/9 693/14
 698/19
disorderly [5]
 667/17 668/19
 693/11 693/21
 694/14
disorders [2]
 673/24 674/2
displayed [1]
 682/15
dispute [3]   672/7
 693/17 701/2
disrupt [1]   668/21
disruptive [2]
 668/19 693/21
district [9]   647/1
 647/1 647/11 648/23
 671/13 687/19 688/2
 712/7 712/7
District's [1]
 702/11
disturb [1]   668/21
divide [2]   672/12
 672/16
divided [2]   672/18
 672/24
division [1]   656/22
DOJ [1]   647/18
DOJ-USAO [1]   647/18
domestic [1]   686/9
done [3]   673/1
 702/6 705/11
doors [8]   653/16
 655/14 655/14
 655/17 655/18
 655/24 656/2 694/25
down [24]   653/6
 653/6 656/16 658/2
 658/5 658/11 658/16
 660/22 664/23 666/9
 669/8 670/6 671/7
 676/23 677/14
 677/15 680/19
 685/18 686/15 690/9
 697/15 710/16
 711/14 711/19
downtown [1]   675/7
drew [1]   662/1

**D**

due [2]   685/20
  687/20
duration [1]   655/2
during [7]   655/4
  669/2 675/10 678/16
  680/7 702/6 704/7
dying [2]   678/19
  679/2

**E**

e-mailed [1]   650/7
e-mailing [1]
  700/17
earlier [2]   656/5
  673/15
early [2]   686/24
  700/2
earned [2]   707/2
  707/5
east [4]   658/7
  658/15 658/24 659/6
economist [2]
  687/23 687/24
effect [11]   687/13
  687/14 687/16
  687/17 691/24
  691/25 692/3 692/11
  706/8 706/9 706/10
effecting [1]   692/7
either [5]   650/16
  686/23 688/17 691/7
  692/21
element [14]   667/8
  688/7 688/12 688/25
  689/2 690/3 690/12
  691/6 692/8 692/15
  692/19 692/25
  693/18 694/1
elements [6]   650/17
  650/20 666/21 678/2
  687/5 705/21
elicited [1]   704/14
else [4]   659/25
  677/16 698/17 699/5
end [1]   709/25
ended [2]   675/19
  711/12
ends [1]   695/24
enforcement [20]
  659/1 668/5 678/11
  678/15 678/18
  678/21 678/25
  678/25 679/13
  679/15 680/7 680/9
  682/1 682/5 682/9
  682/10 685/23 697/4
  705/11 705/17
enforcement's [1]
  679/16
enforcements [1]
  676/3
engage [1]   698/7
engaged [2]   668/19
  698/19
engagement [1]
  706/21
engaging [5]   655/8
  657/21 661/11

693/11 693/21
enough [5]   692/8
  692/9 692/10 694/20
  696/6
enraged [1]   669/2
enter [1]   658/3
entered [1]   694/8
entire [2]   695/15
  698/25
entirety [1]   689/9
entitled [1]   713/5
entry [1]   695/5
especially [1]
  710/8
essentially [2]
  668/22 706/25
establish [1]   679/2
established [1]
  706/14
estimation [1]
  686/11
et [4]   667/12 671/6
  706/11 707/14
even [17]   659/22
  674/2 676/5 680/6
  688/4 689/22 689/24
  690/17 690/20 692/7
  692/16 692/24 694/3
  698/20 700/18 704/8
  704/9
event [3]   692/25
  694/3 710/14
events [3]   686/11
  697/3 702/7
everybody's [1]
  661/24
everyone [1]   682/11
everywhere [1]
  688/21
evidence [35]
  649/12 650/19
  652/13 659/2 661/18
  667/6 677/11 678/10
  682/16 689/14
  689/23 689/24
  690/16 690/24
  691/15 692/14
  694/19 694/20 695/8
  695/12 695/13
  695/14 695/20
  697/17 697/22
  698/16 698/21
  698/23 699/21 700/1
  705/2 705/9 705/13
  705/22 708/1
ex [1]   650/24
exact [1]   704/1
Examination [6]
  649/4 649/5 649/6
  651/13 663/11 685/8
example [1]   670/8
except [1]   704/2
excessive [1]   668/7
exchange [1]   682/3
exclude [1]   702/23
excluded [2]   700/12
  706/7
excuse [1]   679/25
exhausted [1]
  653/19

exhibit [23]   649/11
  651/16 652/10
  652/13 653/12
  653/25 654/1 654/10
  656/18 657/12
  658/21 659/11
  660/10 663/14 665/7
  665/18 665/24 666/1
  666/7 669/9 669/10
  676/19 681/3
Exhibit 1004 [1]
  669/10
Exhibit 201 [1]
  663/14
Exhibit 202 [1]
  665/7
Exhibit 205 [1]
  657/12
Exhibit 206 [1]
  660/10
Exhibit 211 [1]
  656/18
Exhibit 260 [2]
  665/18 665/24
Exhibit 408 [2]
  651/16 652/10
Exhibit 423 [1]
  653/12
Exhibit 424 [1]
  653/25
Exhibit 425 [1]
  654/10
Exhibit 432 [1]
  659/11
Exhibit 515 [1]
  676/19
Exhibit 811 [1]
  658/21
exhibits [1]   654/11
exit [1]   663/7
exits [1]   658/18
expect [2]   702/24
  703/3
expectation [2]
  670/10 670/11
expectations [5]
  670/8 670/13 671/2
  673/9 688/3
expected [13]
  669/22 669/24 670/1
  670/5 670/6 670/17
  670/17 671/3 671/6
  673/5 673/13 676/6
  687/20
expensive [1]   675/7
experience [1]
  671/12
expert [1]   700/5
explosion [3]
  684/25 685/2 685/5
expression [1]
  654/13
extensively [1]
  653/19
extent [2]   674/2
  704/25
extremely [1]
  668/11
eyes [4]   654/8
  654/16 697/13

697/19

**F**

face [1]   654/9
faced [1]   656/23
facing [2]   682/5
  682/6
fact [11]   670/5
  688/3 688/15 690/8
  690/10 690/13
  690/14 690/23
  692/12 697/13 698/2
factor [1]   687/21
facts [1]   691/22
failed [6]   650/14
  687/17 688/7 688/8
  689/11 690/11
fair [3]   665/20
  668/8 675/23
falls [1]   666/9
familiar [3]   660/24
  677/17 679/7
far [4]   658/25
  670/25 672/5 690/17
fast [1]   657/12
FBI [1]   683/1
federal [2]   688/19
  699/21
federally [4]
  668/17 691/8 691/9
  691/11
Feel [1]   695/23
feet [5]   668/12
  668/12 668/13 690/2
  697/10
fella [2]   697/25
  708/5
fellow [2]   678/8
  711/16
felonies [2]   693/10
  693/14
felony [3]   688/12
  693/8 693/12
few [1]   686/21
Fifth [1]   704/3
figure [5]   672/13
  675/15 686/22
  700/17 712/2
figures [2]   669/9
  669/13
filed [1]   677/25
fill [1]   651/2
filmed [3]   696/14
  703/14 703/15
final [2]   691/6
  711/7
finally [1]   695/9
find [3]   657/24
  675/2 689/5
fine [1]   700/21
finish [2]   650/12
  650/16
firearm [8]   690/15
  690/17 690/19 692/6
  693/10 695/9 695/13
  695/19
first [7]   667/15
  671/5 691/6 693/17
  701/2 705/7 711/9
five [6]   663/16

**F**

five... [5]   663/17
665/10 670/4 695/4
710/4
flag [3]   664/5
664/22 664/24
flashlight [2]
660/5 660/6
fliers [1]   689/16
Floor [1]   648/4
flyer [1]   689/22
focusing [1]   683/22
folks [3]   662/14
686/23 712/23
follow [1]   672/21
following [2]
655/11 658/12
follows [1]   672/20
food [4]   674/11
674/13 674/17
702/21
footage [6]   652/18
656/4 659/1 659/3
660/24 679/20
For the Defendant [1]
648/2
force [5]   668/7
688/11 693/2 693/3
693/4
forced [1]   655/25
foregoing [1]   713/4
forget [2]   694/13
700/22
forgotten [1]
701/21
forming [1]   663/6
forms [1]   695/4
forth [1]   692/17
forward [1]   657/13
found [1]   704/13
foundation [4]
678/6 679/3 679/24
681/12
foundational [1]
699/18
four [7]   660/15
662/6 665/10 691/4
698/8 709/25 710/4
frame [3]   663/24
709/11 709/17
Franklin [1]   647/15
frankly [1]   678/1
free [1]   695/24
fresh [1]   706/19
Friday [1]   686/24
front [9]   652/15
658/13 659/7 659/23
660/15 661/1 682/4
683/24 711/15
fully [1]   691/2
function [4]   668/18
691/8 691/10 691/11
fundamentally [1]
690/7
funneled [1]   661/24
further [4]   685/6
686/14 705/18
711/22

**G**

game [1]   706/8
gap [2]   665/10
669/2
gaps [1]   651/2
gas [2]   654/8
654/15
gave [2]   692/19
694/7
general [1]   671/14
generally [3]   671/9
674/5 687/24
gentleman [1]
667/10
gentlemen [3]
686/17 686/19
706/23
gesture [3]   678/13
678/13 679/9
gestures [1]   657/10
gesturing [1]   655/9
gets [3]   659/6
660/4 663/5
given [2]   653/21
695/6
giving [1]   677/8
goal [1]   705/18
goes [5]   667/16
667/22 693/20
709/10 709/10
good [6]   651/15
696/7 705/10 706/10
712/17 712/23
Goodman [4]   707/18
708/11 708/14
709/14
goods [2]   691/19
706/11
government [45]
647/14 649/12
650/14 651/8 652/13
665/5 665/25 666/5
666/25 667/13
673/12 678/12
680/24 684/8 686/18
686/19 687/5 687/12
687/22 690/11
697/11 697/15
697/23 697/25
698/15 698/20 699/3
699/24 700/9 700/24
701/24 702/8 703/23
704/2 704/4 705/17
705/20 706/9 707/13
707/13 707/22
708/12 710/17
710/24 711/2
government's [8]
650/9 665/1 666/16
669/10 684/10
689/13 705/16
705/22
grabbing [1]   686/1
grabs [1]   693/3
grass [2]   688/18
689/7
great [5]   651/1
676/5 700/5 707/5
707/9

groceries [1]
676/10
ground [1]   696/12
grounds [24]   653/13
662/6 662/12 663/5
663/7 668/24 688/17
689/5 689/9 691/13
693/12 693/16
693/19 693/22 694/9
694/17 694/17
694/21 695/15
703/13 703/15 704/3
704/6 704/11
group [3]   657/22
658/16 707/20
groups [1]   657/25
Guard [2]   675/24
676/2
guardrails [1]
700/1
guess [3]   669/19
705/1 709/24
guidelines [1]
706/17
guilty [1]   695/25
gun [3]   690/6
690/13 698/8
guy [8]   678/19
679/2 683/1 683/2
698/21 700/5 709/17
710/22

**H**

half [2]   662/7
703/2
hand [7]   650/18
653/2 654/16 657/20
662/2 689/17 689/18
handle [1]   657/23
hands [2]   707/19
709/10
hands-on [2]   707/19
709/10
happen [1]   669/2
happened [8]   664/9
664/14 664/17
668/10 670/9 674/3
694/18 698/8
harken [1]   692/5
harm [2]   688/10
688/11
Harrisburg [1]
647/19
hat [8]   657/11
709/6 709/9 709/11
709/17 709/24 710/2
710/3
heading [1]   653/23
hear [3]   662/24
697/5 700/23
heard [3]   675/3
680/20 681/6
hearing [1]   681/9
hearsay [7]   680/24
681/2 681/5 681/10
681/17 683/3 701/7
held [1]   688/19
help [2]   701/1
706/4
helped [5]   678/14

678/22 679/22
700/16 705/25
helping [7]   678/21
679/12 679/14
685/23 686/12
686/13 705/11
hiding [1]   698/2
Hill [3]   700/4
703/18 704/25
Hills [1]   648/4
himself [3]   659/7
660/1 696/14
hindering [1]
679/16
history [1]   702/2
hit [3]   684/24
685/1 685/4
hold [5]   650/23
667/7 667/7 709/15
709/15
holes [1]   656/13
Holiday [1]   675/6
home [1]   686/24
Honestly [1]   700/17
Honor [25]   650/3
652/9 664/11 665/25
666/5 672/19 676/25
677/10 677/23 678/4
681/2 681/7 683/8
686/17 687/7 691/5
694/15 700/23 701/4
703/4 705/24 706/15
709/9 711/11 712/18
HONORABLE [1]
647/10
HOOK [3]   648/22
713/3 713/10
hopping [1]   702/20
hotel [6]   674/21
675/1 675/2 675/4
675/8 675/12
hotels [3]   674/19
675/9 702/20
hour [3]   659/22
688/4 688/4
hours [17]   654/24
657/7 660/15 660/15
662/7 662/19 662/23
663/4 671/15 671/15
671/17 671/21
671/24 695/17 698/9
700/6 705/1
housekeeping [1]
686/21
huge [2]   687/21
689/25
Hulk [3]   678/12
678/13 679/9
hundreds [5]   690/2
690/2 690/19 700/6
705/1
Hyman [1]   708/18

**I**

idea [1]   696/7
identification [1]
677/1
identified [1]
704/21
identity [1]   707/16

**I**

if it [1]   706/10
image [2]   663/23
  666/19
immediately [2]
  665/5 712/14
impact [3]   691/8
  691/9 691/18
impacted [1]   691/14
impede [2]   667/12
  668/21
impeded [4]   668/3
  707/14 707/23
  707/25
impeding [1]   678/25
important [2]
  697/13 711/5
impossible [1]
  695/1
impression [1]
  680/25
improper [6]   666/14
  668/5 678/3 680/14
  699/21 701/13
inadmissible [1]
  700/24
inappropriate [1]
  694/1
incident [3]   680/1
  708/22 709/1
include [1]   656/22
including [2]
  656/21 708/11
inconsistently [1]
  706/13
indicated [1]
  683/16
indictment [2]
  689/2 691/1
individual [22]
  651/25 652/19 664/4
  664/10 664/15
  664/20 664/22
  664/25 666/7 666/8
  666/8 668/6 668/7
  695/2 697/9 707/19
  709/5 709/24 710/10
  710/11 710/18
  711/10
individuals [4]
  703/25 704/1 704/5
  712/5
industry [1]   674/11
inference [1]
  695/20
inflame [1]   666/16
inflammatory [1]
  668/1
informally [1]
  712/4
information [7]
  674/17 674/21
  675/11 682/19 685/3
  705/2 708/9
initial [2]   655/11
  662/5
injure [1]   688/11
Inn [1]   675/6
inquiry [1]   696/7

inside [4]   652/24
  656/12 696/24
  704/11
Inspector [1]
  708/17
instance [3]   680/3
  680/4 705/25
instituted [1]
  685/13
instructed [1]
  678/6
instruction [3]
  692/18 694/7 704/19
instructions [2]
  693/17 708/3
intended [1]   711/24
intends [1]   701/15
intent [10]   668/20
  688/11 693/8 698/6
  705/23 705/24 706/1
  706/1 706/2 706/3
intentionally [1]
  668/8
interacted [1]
  705/17
interaction [1]
  668/23
interactions [1]
  661/14
interfacing [1]
  698/11
interfered [2]
  668/15 707/25
interference [1]
  691/24
interpretation [2]
  668/9 694/23
interruption [1]
  651/7
interstate [18]
  687/13 687/14
  687/16 687/18 691/6
  691/7 691/15 691/19
  691/25 692/4 692/7
  692/11 692/15
  692/19 702/18 706/8
  706/9 706/12
intervening [1]
  687/21
into [16]   649/12
  652/13 653/16
  655/12 656/7 658/3
  662/6 663/17 664/23
  679/2 683/13 690/6
  697/17 700/11
  703/23 709/21
introduce [1]
  665/19
investigating [2]
  674/22 674/23
investigation [2]
  658/12 678/17
invite [1]   672/4
involve [2]   668/12
  688/15
involved [1]   690/3
involving [1]   678/2
irrelevant [2]
  700/11 705/13
issue [9]   666/12

693/25 699/3 699/17
  700/9 702/12 703/22
  703/24 710/24
issued [1]   671/18
item [1]   711/23

**J**

jacket [5]   651/25
  652/22 652/23 653/1
  711/17
Jan [1]   668/22
January [28]   660/25
  669/16 669/20 670/4
  670/20 670/22 671/3
  671/19 673/20
  673/25 674/22 675/1
  677/18 678/1 678/1
  684/20 685/11
  685/14 687/20
  693/24 696/12
  696/13 696/22 700/6
  702/3 704/12 705/1
  712/10
January 5th [1]
  670/4
January 6th [4]
  660/25 669/16 671/3
  673/25
JEFF [3]   648/22
  713/3 713/10
Jencks [3]   712/8
  712/14 712/19
Jenkins [2]   651/9
  676/24
JOHN [2]   648/2
  648/3
JORDAN [1]   647/14
journalist [2]
  696/25 697/1
journalists [2]
  704/8 704/10
JUDGE [1]   647/11
jump [1]   707/2
jurisdiction [1]
  689/7
jurors [2]   656/4
  659/17
jury [31]   647/10
  650/2 651/5 651/9
  651/11 652/15
  662/10 666/15
  681/15 681/17
  686/17 686/25 687/2
  690/8 690/10 690/24
  691/2 692/18 693/17
  695/23 698/2 698/3
  701/17 702/24
  705/14 706/6 706/18
  706/22 707/10
  707/14 708/3
Justice [3]   647/14
  683/7 711/3

**K**

keep [6]   660/3
  678/21 679/22
  682/11 684/15
  698/13
Keeper [4]   683/10
  710/20 710/20

710/21
Kerkhoff [4]   707/23
  708/2 708/11 708/16
kind [40]   652/24
  653/5 654/8 654/18
  654/19 655/11
  655/19 655/24
  655/24 656/5 656/6
  656/6 656/18 657/9
  659/4 660/1 660/3
  660/21 660/23
  661/11 661/12
  661/22 661/24
  661/24 661/25 662/5
  662/15 662/18
  662/19 662/21
  662/22 664/2 664/3
  682/7 682/10 682/11
  682/12 684/2 684/24
  685/4
kinds [2]   696/20
  699/9
knew [1]   699/25
knowing [1]   689/20
knowingly [7]
  693/20 693/21
  693/22 694/10
  694/11 694/13
  694/21
knowledge [17]
  688/22 688/23
  688/24 689/14
  693/18 693/18
  693/19 693/20
  693/25 694/3 694/3
  694/5 696/13 702/7
  702/22 704/4 705/6
known [1]   706/5
knows [3]   678/24
  679/1 699/19
KONIG [6]   647/14
  691/3 701/24 703/8
  707/11 711/7

**L**

Labor [1]   690/22
lack [3]   668/3
  679/24 696/19
ladies [3]   686/17
  686/19 706/23
laid [3]   681/12
  689/3 706/25
landing [4]   667/15
  668/8 699/1 709/18
language [1]   707/24
large [1]   655/19
last [7]   654/1
  654/15 664/19 690/9
  710/4 710/5 711/23
late [2]   690/17
  698/20
later [3]   659/15
  687/9 698/9
law [35]   648/3
  658/25 668/5 676/3
  678/11 678/14
  678/17 678/21
  678/24 678/25
  679/12 679/14
  679/16 680/6 680/9

**L**

law... [20]   682/1
682/4 682/9 682/10
685/23 688/21 689/4
689/8 689/21 690/7
690/8 690/14 693/24
697/3 699/12 705/11
705/17 706/14
710/25 711/2
lawful [1]   694/9
lawn [4]   656/17
658/11 658/17
662/19
laws [2]   688/21
688/21
lawyers [1]   707/1
lay [1]   650/18
lead [1]   653/16
leader [4]   682/22
710/19 710/22
710/23
leaders [3]   683/13
683/15 697/24
learned [1]   708/8
least [8]   666/17
668/12 671/2 703/7
704/24 710/1 712/6
712/8
leave [1]   690/25
leaving [1]   655/9
led [2]   685/15
685/15
ledger [1]   669/12
left [3]   652/23
653/2 666/21
legal [2]   689/6
712/5
legality [1]   702/11
length [1]   703/23
liability [1]
689/19
likely [1]   651/4
liken [1]   692/5
limine [2]   666/16
677/24
limited [2]   699/10
699/18
limping [3]   684/18
684/19 684/23
line [6]   651/21
658/2 660/6 661/12
662/22 663/6
lines [2]   658/13
696/6
list [4]   672/5
672/6 696/2 708/2
listen [1]   701/21
literally [2]
667/13 694/18
litigated [1]
693/23
little [6]   662/1
663/20 665/19
670/21 686/24
702/14
lives [2]   699/9
701/25
local [1]   676/3
located [2]   653/13

655/1
location [3]   654/1
654/11 662/5
locations [1]
673/21
logical [1]   667/19
long [5]   692/3
692/6 692/8 702/24
707/7
look [7]   653/9
665/20 670/25
681/25 698/21 701/4
701/6
looked [2]   654/1
701/5
looking [7]   651/16
653/6 653/12 654/14
661/16 692/18 709/1
looks [6]   654/8
663/18 669/20
670/16 670/21
708/16
lose [1]   673/13
loss [4]   669/12
672/17 685/19 703/6
losses [2]   673/4
674/8
lost [1]   673/8
lot [24]   662/19
667/25 675/21 676/2
679/15 679/20
690/19 690/21
694/18 695/6 695/14
695/18 696/14
699/20 700/25 702/1
703/4 703/5 703/14
704/5 704/9 710/25
711/1 712/8
lots [1]   667/6
loudly [1]   660/3
lower [5]   659/21
671/3 671/6 687/20
695/2
lunch [1]   650/7

**M**

mailed [1]   650/7
mailing [1]   700/17
mainly [1]   684/4
makes [3]   686/23
690/23 693/5
making [2]   657/9
698/21
Mall [2]   674/4
674/12
man [3]   652/22
652/23 653/1
many [7]   674/25
682/13 683/13
683/15 688/15
688/25 703/10
map [2]   661/16
661/21
maps [1]   689/3
marked [2]   676/25
677/2
Marriott [1]   675/5
mask [2]   654/8
654/16
mass [1]   655/19

materializes [1]
706/18
math [5]   672/4
672/5 672/8 672/10
672/11
matter [11]   687/15
688/24 689/18 690/8
690/13 690/14 692/1
694/16 708/23
710/14 713/5
matters [3]   686/21
700/11 700/11
may [2]   694/6
705/15
maybe [7]   661/16
668/13 679/9 683/16
690/1 701/22 704/9
Mayor [2]   671/18
685/13
Mayor's [3]   674/8
674/10 687/21
McMahon [2]   707/18
708/11
mean [11]   670/10
675/7 683/21 694/25
696/3 696/5 703/4
703/6 706/5 707/24
712/19
means [2]   687/15
694/22
measured [1]   671/2
media [1]   712/10
meet [5]   688/7
688/9 690/2 690/12
690/25
members [1]   691/13
mention [1]   697/25
mentioned [3]   652/2
663/2 693/7
met [5]   650/17
689/2 690/14 691/14
708/8
Metropolitan [1]
656/21
middle [2]   657/23
658/3
midnight [4]   671/10
671/13 671/17
671/22
might [6]   672/24
676/9 676/10 684/6
703/10 710/16
Miller [2]   696/9
703/11
million [1]   675/13
mind [2]   667/22
699/3
minute [2]   651/5
665/10
minutes [10]   660/11
663/16 663/17
666/11 666/13 698/8
698/18 708/24
708/24 709/21
misleading [2]
667/21 668/11
misremembering [1]
694/6
modifies [2]   694/11
694/13

moment [1]   698/11
Monday [5]   700/2
706/18 706/20 707/3
707/8
Monk [6]   700/13
701/23 701/24
702/23 703/25 706/7
month [1]   670/14
Monument [2]   662/2
662/15
moot [2]   694/14
701/9
more [11]   650/19
662/9 666/6 666/23
668/1 673/18 675/25
692/14 695/7 703/3
712/20
morning [3]   671/10
675/19 705/6
most [5]   688/14
689/3 689/12 689/25
711/5
mostly [1]   674/3
motion [8]   650/13
651/1 666/16 677/24
687/3 687/10 695/23
695/24
motions [1]   696/6
move [4]   652/9
653/3 665/23 687/8
moved [2]   652/12
707/21
movement [2]   692/21
706/11
movements [1]
662/11
moves [1]   693/6
moving [1]   693/4
mowing [1]   689/7
Mr. [136]
Mr. Alberts [77]
Mr. Alberts' [4]
667/22 688/22 698/4
698/6
Mr. Atkinson [4]
700/14 700/15
701/20 701/20
Mr. Dalke [10]
651/12 666/4 667/24
677/4 677/22 679/9
685/7 691/3 711/8
712/7
Mr. Hill [2]   703/18
704/25
Mr. Konig [5]   691/3
701/24 703/8 707/11
711/7
Mr. Philips [1]
678/23
Mr. Pierce [2]
703/1 706/20
Mr. Reffitt [3]
711/14 711/14
711/16
Mr. Roots [12]
663/10 666/24
667/18 678/8 680/2
687/3 691/4 696/2
703/13 703/14
704/21 710/7

**M**

Mr. Roots' [1]
  692/23
Mr. Sumrall [7]
  696/10 696/11
  703/12 703/13
  703/21 703/24
  712/12
Mr. Sumrall's [1]
  712/19
Mr. Varga [7]   697/8
  697/9 699/5 702/23
  703/25 704/2 704/12
Ms. [10]   651/9
  676/24 696/9 699/7
  701/23 701/24
  702/23 703/25
  704/20 706/7
Ms. Jenkins [2]
  651/9 676/24
Ms. Miller [1]
  696/9
Ms. Monk [5]   701/23
  701/24 702/23
  703/25 706/7
Ms. Torres [2]
  699/7 704/20
much [5]   662/17
  671/1 685/6 699/20
  702/8
multiple [3]   678/4
  693/4 695/3
munitions [1]
  684/25
murder [1]   711/1

**N**

named [1]   677/18
names [2]   708/3
  712/5
National [2]   675/24
  676/2
near [3]   652/22
  680/4 703/15
nearly [1]   700/23
necessarily [4]
  675/3 682/2 684/14
  685/4
need [3]   651/3
  687/4 689/13
needs [2]   691/1
  691/1
negative [2]   687/15
  687/17
next [15]   654/23
  658/14 658/25 659/3
  663/3 663/4 670/20
  675/17 675/17
  691/23 693/16
  694/16 700/18
  701/23 712/12
night [3]   675/5
  675/5 712/16
nine [1]   666/13
NOHRIA [1]   647/20
none [4]   671/1
  674/1 708/6 708/7
nor [1]   676/25
normal [1]   675/10

northwest [3]
  651/18 654/3 658/19
note [1]   704/19
notices [1]   689/16
notifications [2]
  677/8 682/14
number [5]   656/6
  672/12 672/16 673/4
  675/15
numbers [1]   687/19
NW [2]   647/21
  648/24

**O**

o'clock [5]   652/16
  659/22 671/10
  687/25 707/3
Oath [4]   683/10
  710/20 710/20
  710/21
object [1]   665/25
objection [18]
  652/11 664/11
  665/15 666/5 667/25
  669/4 669/4 672/19
  677/10 677/19
  677/23 679/24
  680/12 681/2 681/10
  683/3 683/8 712/22
objections [1]
  696/6
objects [1]   697/15
observed [1]   678/17
obstruct [1]   705/23
obstructed [3]
  668/15 692/20
  707/25
obvious [1]   688/11
obviously [4]   696/4
  696/5 698/14 703/23
occurred [1]   708/22
occurring [1]   652/5
odd [1]   702/15
odd as [1]   702/15
off [11]   654/8
  656/16 656/23
  658/14 658/15 668/8
  697/9 697/10 698/17
  708/5 710/10
offenses [5]   699/23
  699/25 704/6 705/13
  705/21
offered [1]   702/16
officer [19]   656/5
  656/22 682/1 682/5
  693/3 700/15 701/9
  701/18 705/5 707/23
  708/2 708/4 708/14
  708/15 708/16
  708/17 708/18 709/5
  710/10
officer's [2]
  661/12 693/5
officers [38]   652/3
  656/1 656/6 656/9
  656/12 656/15 657/9
  657/20 657/22
  657/22 657/23 658/1
  658/1 658/4 658/14
  659/9 660/3 660/4

660/7 661/11 663/6
  667/6 667/9 668/15
  686/12 704/16
  705/25 706/4 707/13
  707/16 707/18
  707/20 708/1 708/6
  708/7 708/10 708/23
  709/25
Official [2]   648/23
  713/3
OMB [1]   648/4
once [2]   653/14
  655/24
one [47]   650/22
  651/10 652/21
  652/24 655/18
  664/24 666/8 667/5
  667/7 667/8 667/15
  667/23 669/10
  669/22 671/5 671/6
  671/16 671/24 672/1
  672/2 673/5 673/5
  673/13 673/13
  683/17 687/18 688/4
  688/8 689/1 689/17
  689/18 691/5 691/5
  692/16 695/6 697/24
  701/22 703/9 705/20
  705/25 707/12
  707/25 708/10 709/7
  709/11 710/15
  710/18
one-third [8]
  671/24 672/1 672/2
  673/5 673/5 673/13
  673/13 688/4
ones [1]   704/8
ongoing [1]   685/12
only [10]   666/12
  673/8 688/1 690/16
  695/13 695/13
  698/10 706/9 710/3
  710/3
open [6]   655/25
  668/25 671/9 671/16
  679/5 681/19
opening [1]   711/10
openings [1]   656/14
opinion [3]   699/11
  699/16 699/24
opportunity [1]
  695/25
opposed [1]   678/25
opposing [1]   667/9
orally [1]   651/1
order [5]   671/19
  687/22 688/22
  691/18 711/25
ordered [2]   673/12
  673/16
others [3]   658/23
  677/6 710/17
otherwise [2]
  676/10 677/15
ought [1]   706/17
out [30]   650/18
  656/14 658/18
  658/23 659/6 659/17
  660/5 660/14 661/22
  669/21 670/1 671/24

672/1 674/25 678/5
  678/5 678/23 686/22
  688/2 688/4 689/3
  691/22 694/19
  695/18 696/8 700/17
  701/1 705/7 706/25
  712/2
outperformed [1]
  673/9
outrageous [2]
  675/1 675/3
outside [5]   656/15
  664/5 664/22 681/14
  705/3
outweighs [1]
  706/10
over [9]   650/7
  667/25 669/18 679/8
  687/9 689/7 709/5
  711/13 711/15
Overruled [2]
  664/12 672/21
overthrow [1]
  705/16
Overthrowing [1]
  705/20
overview [3]   696/12
  703/17 703/18
own [4]   661/10
  688/3 697/13 697/19
Oxnard [1]   648/3

**P**

P.C [1]   648/3
p.m [21]   647/7
  655/5 655/5 655/5
  657/5 657/14 660/13
  660/25 662/6 663/3
  663/18 665/2 665/2
  665/6 665/8 666/13
  671/19 671/22
  685/14 709/21
  712/24
P.O [1]   647/15
PA [1]   647/19
packed [2]   674/19
  702/20
packing [1]   690/19
page [4]   649/2
  649/11 670/20
  675/17
pages [1]   669/15
painted [2]   697/23
  698/15
pallet [6]   686/3
  693/5 693/6 707/21
  709/10 709/18
parking [7]   662/19
  690/19 690/21
  694/17 695/6 695/13
  695/17
Parliamentarian [1]
  655/14
part [4]   658/16
  672/15 676/9 695/16
parte [1]   650/24
partially [2]
  666/17 692/12
participants [1]
  681/1

**P**

particular [1]
666/6
particularly [1]
674/23
passed [2]   677/17
678/20
passing [1]   677/25
past [3]   653/3
667/15 694/25
path [2]   679/22
711/12
pathway [1]   680/4
patience [1]   706/24
patriot [1]   701/25
Peace [3]   662/2
662/14 662/15
peaceableness [1]
699/12
Pennsylvania [2]
662/16 691/20
people [9]   651/24
667/15 683/13 684/3
684/4 704/10 709/7
711/1 712/9
people's [2]   682/15
699/9
percent [16]   669/23
670/6 671/6 672/2
672/13 672/17
672/25 673/5 673/8
673/9 685/19 685/19
688/2 697/6 708/15
708/19
perceptions [1]
698/4
percipient [2]
696/12 697/7
perhaps [1]   669/10
perimeter [3]
661/23 693/16
693/20
period [1]   688/4
Perkins [1]   690/22
permission [1]
704/12
permit [2]   702/13
702/13
permits [4]   702/2
702/2 702/5 702/5
permitted [4]   702/6
702/7 704/10 706/13
permitting [2]
702/7 702/12
person [2]   683/16
704/15
pertinent [1]
704/23
Philips [2]   677/18
678/23
phone [3]   676/14
677/6 712/1
phones [3]   666/1
677/20 682/15
photo [1]   652/6
photograph [1]
651/17
photographs [1]
654/23

photos [3]   654/15
659/21 685/22
physical [1]   693/21
physically [3]
693/3 694/24 707/19
picking [1]   689/7
picture [2]   697/23
698/15
pictures [3]   689/15
689/16 693/4
piece [2]   689/23
689/24
PIERCE [4]   648/2
648/3 703/1 706/20
place [12]   654/11
668/1 674/6 688/17
689/19 690/9 690/9
690/11 690/11
690/15 690/21
690/23
placement [1]
653/21
places [2]   703/16
704/1
plainly [1]   690/24
Plaintiff [1]   647/4
play [16]   657/16
659/17 660/17 664/7
680/10 680/13
680/18 681/4 681/15
681/21 684/6 684/7
701/23 708/20
709/19 710/4
played [14]   657/17
660/18 663/21 664/8
680/11 681/3 681/22
684/12 684/16
701/19 709/2 709/16
709/23 710/6
playing [2]   662/9
684/15
plug [1]   656/13
podcast [1]   712/13
point [24]   652/22
652/24 652/24 654/6
655/18 655/24
658/18 660/2 661/17
662/11 662/20
667/15 668/13
668/18 683/17
684/14 684/18 692/8
692/11 694/15 707/4
710/15 711/7 711/13
points [3]   657/25
691/4 695/5
police [19]   651/21
653/9 655/8 655/15
655/19 655/22
656/21 656/22 660/6
660/7 660/19 660/21
662/22 666/9 684/24
691/10 694/25 705/5
705/8
Police's [1]   668/23
portion [2]   654/18
708/20
portions [1]   651/22
position [1]   694/11
possessed [2]
690/15 690/17

practice [2]   710/17
711/3 711/4
prejudicial [2]
668/1 697/11
presence [3]   655/19
676/5 681/14
present [6]   650/2
651/11 665/13 687/2
706/22 707/10
presented [4]
682/21 682/23
692/13 700/10
presenting [1]
682/24
President [1]
691/12
presumptively [2]
699/5 704/13
pretrial [1]   696/6
pretty [5]   671/1
674/15 696/7 699/20
712/9
previous [3]   670/12
670/15 694/7
previously [4]
654/22 670/9 677/25
698/8
prices [2]   675/1
675/4
prior [4]   654/11
660/15 697/16
706/20
probably [6]   674/15
689/6 697/2 700/19
708/19 712/20
problem [1]   673/18
problematic [1]
704/7
problems [1]   688/13
proceed [1]   686/23
proceedings [3]
705/23 712/24 713/5
process [2]   702/8
702/12
productive [1]
707/7
proffer [1]   708/8
proffers [3]   703/17
703/17 706/3
profit [2]   669/9
669/12
profits [6]   670/1
670/5 671/1 673/14
675/12 676/6
prong [1]   693/7
prongs [2]   691/7
693/2
proof [1]   688/22
proposed [1]   708/3
prosecution [1]
689/10
protect [1]   680/6
protected [4]
668/18 691/8 691/9
691/11
protecting [1]
680/9
protection [2]
691/12 691/13
protest [1]   702/2

protester [3]
677/17 679/23 682/1
protesters [2]
682/5 682/6
Proud [1]   710/21
prove [3]   650/14
668/20 691/7
proved [2]   691/14
695/11
proven [3]   650/20
687/13 694/4
provide [1]   712/4
provided [3]   678/11
689/25 691/15
proximity [1]
653/23
public [2]   689/4
689/8
pull [3]   656/18
658/21 665/18
purely [2]   666/14
692/1
purported [1]
705/18
pursue [1]   681/16
push [5]   656/16
658/2 660/22 662/5
668/7
pushback [1]   663/7
pushed [17]   658/14
658/15 658/16
658/22 659/6 659/18
661/11 661/19
661/20 661/22 668/6
695/18 697/9 697/10
698/1 698/17 708/4
pushing [4]   658/6
658/7 694/25 710/10
put [19]   650/15
650/19 666/25 667/1
667/6 667/13 677/4
678/14 687/23
689/12 689/14
689/15 689/21
690/16 690/24
694/19 698/21
698/23 705/22
putting [1]   650/16

**Q**

quashed [1]   691/1
quick [1]   680/21
quite [2]   702/10
710/12

**R**

raise [1]   711/23
raises [1]   703/24
re [1]   701/21
re-listen [1]
701/21
reached [1]   705/7
reaches [1]   695/23
reaching [1]   694/18
read [1]   694/12
reading [1]   693/25
ready [2]   651/9
687/1
real [1]   680/20
really [4]   650/24

**R**

really... [3]
688/10 688/10
702/10
reason [3]   650/13
694/15 698/3
reasonable [1]
695/20
reasons [2]   650/23
689/8
rebuts [1]   678/9
recall [13]   659/25
662/10 663/14 677/4
677/6 677/9 679/10
679/14 680/23
682/16 683/17
700/24 700/25
recently [1]   681/7
recess [1]   686/20
reciprocal [1]
712/15
record [4]   650/3
651/4 707/11 713/5
red [1]   671/1
Redirect [2]   649/6
685/8
reemerge [1]   658/25
refer [1]   673/2
referring [1]   680/2
Reffitt [5]   683/1
710/22 711/14
711/14 711/16
refutable [1]
698/16
refutes [1]   678/9
regard [4]   667/23
669/13 690/3 708/2
regarding [1]
692/15
region [1]   676/3
reinforcement [1]
655/15
reinforcements [1]
655/22
reinserts [2]   659/7
660/1
related [2]   705/24
706/1
relating [1]   696/15
relation [1]   656/6
relationship [1]
699/19
relative [1]   666/10
release [1]   706/19
relevance [5]
666/20 667/19 668/3
683/3 710/14
relevant [16]   667/3
667/3 667/4 667/5
667/12 697/21
697/22 698/13
702/17 704/13
704/17 704/23
705/12 705/19 706/1
706/6
remained [1]   694/4
remaining [1]
686/22
remember [5]   679/11

679/15 680/3 680/4
698/20
reminds [1]   692/5
renew [2]   695/25
712/3
repeatedly [1]
710/25
reported [1]   675/1
Reporter [3]   648/22
648/23 713/3
reports [1]   675/3
representation [1]
708/13
reputation [2]
699/11 699/16
request [3]   712/3
712/8 712/11
require [1]   688/21
required [6]   694/3
694/6 710/9 710/12
710/13 710/13
requires [1]   707/15
research [1]   707/9
reserve [1]   651/4
resist [1]   667/12
resistance [1]
667/11
resisted [1]   698/18
resisting [4]
658/23 661/9 667/5
667/9
respect [1]   697/17
respond [1]   676/2
responded [1]   676/3
responding [1]
656/1
responsibility [2]
679/16 682/11
rest [1]   688/13
restaurants [1]
702/20
rested [1]   686/20
restricted [10]
661/22 662/12
693/12 693/16
693/20 694/9 694/17
696/19 704/2 704/5
restrictions [1]
702/9
rests [2]   651/8
686/18
result [3]   674/10
685/12 691/17
retire [1]   686/24
reverse [2]   712/8
712/14
review [5]   651/6
659/1 661/18 685/22
712/12
reviewed [7]   651/22
662/25 679/20
686/11 696/2 700/5
704/25
right [34]   656/12
657/20 658/9 659/4
660/8 662/2 662/15
663/22 665/6 666/18
669/10 669/18
670/25 672/5 672/6
672/14 673/1 673/4

676/6 677/14 678/13
681/15 682/7 684/14
692/6 695/18 695/22
697/22 698/24
699/17 699/25
706/16 707/4 709/4
right-hand [2]
657/20 662/2
rights [1]   704/4
rigid [1]   702/9
riot [3]   685/12
685/15 685/20
rioters [15]   651/19
653/21 655/12 656/3
656/16 656/23
657/21 658/2 660/22
674/7 674/8 674/10
676/4 678/1 682/13
rioting [1]   674/6
riots [2]   673/19
691/17
road [2]   678/4
710/16
roadway [1]   662/16
Robinson [1]   677/12
ROGER [1]   648/2
role [1]   679/17
roll [1]   663/20
room [3]   648/24
675/2 686/25
ROOTS [14]   648/2
649/5 663/10 666/24
667/18 678/8 680/2
687/3 691/4 696/2
703/13 703/14
704/21 710/7
Roots' [1]   692/23
roughly [1]   662/11
rounds [2]   695/3
695/4
route [3]   683/22
683/23 695/7
routes [1]   692/17
rubbing [2]   654/8
654/9
rule [9]   650/13
651/1 651/3 667/21
681/9 681/17 687/7
687/10 694/2
ruled [4]   666/17
696/5 697/14 706/16
ruling [1]   695/22
rulings [2]   694/6
697/16
Run [2]   709/13
709/15

**S**

sacrifice [2]
699/15 704/22
safe [1]   670/22
Safeway [24]   669/8
669/13 669/21
669/23 670/2 670/11
670/16 670/22 671/9
672/13 673/9 673/12
673/16 673/20
673/21 673/25 676/7
685/10 687/19
687/24 688/1 691/15

691/17 692/13
Safeways [1]   671/12
sales [4]   670/12
685/18 685/19
691/17
same [23]   651/18
651/24 652/3 657/10
657/14 660/9 660/25
664/25 665/21 666/8
669/4 670/12 670/15
683/1 683/7 689/20
697/21 699/23 702/6
703/16 710/2 710/11
711/1
SAMUEL [1]   647/17
satisfied [1]   687/5
satisfy [3]   692/8
692/9 692/10
save [1]   699/9
saw [7]   660/14
689/23 697/12
697/19 698/4 700/16
703/15
saying [7]   673/3
684/2 685/1 698/22
710/18 710/23 711/4
scaffolding [7]
651/20 658/19 659/5
659/12 659/14 660/8
684/1
scenarios [1]
679/14
scene [4]   657/18
666/20 680/25
700/16
schedule [2]   686/22
706/25
screen [3]   657/21
669/15 682/8
second [6]   651/10
671/6 691/9 691/21
693/1 693/7
secondary [1]
692/10
seconds [7]   657/13
660/17 664/19 684/7
684/11 710/4 710/5
Secret [1]   691/11
security [2]   676/1
676/5
seeing [1]   679/15
seek [1]   705/8
seem [3]   654/20
682/3 682/9
seems [2]   654/18
664/4
segment [4]   664/17
665/20 684/17
698/16
self [5]   666/14
680/24 681/5 699/15
704/22
self-defense [1]
666/14
self-sacrifice [2]
699/15 704/22
self-serving [1]
680/24
self-serving hearsay [1]
681/5

**S**

Senate [1]   655/13
sense [3]   686/23
  687/15 688/24
sensitive [5]   690/9
  690/11 690/15
  690/21 690/22
sentences [1]   703/9
Sergeant [3]   677/12
  707/17 707/17
serves [1]   668/10
service [2]   676/15
  691/11
serving [2]   680/24
  681/5
SESSION [1]   647/8
set [1]   668/4
setting [2]   675/25
  675/25
seven [5]   666/11
  667/16 667/23
  668/18 709/21
several [2]   650/17
  650/20
SHALIN [1]   647/20
Sherman [5]   707/18
  707/18 708/11
  708/15 709/5
shines [1]   660/6
shipping [2]   691/19
  692/17
shopping [1]   671/12
shortly [2]   655/4
  695/3
shout [1]   702/6
show [14]   661/22
  666/7 669/18 672/8
  678/10 682/24
  687/17 687/18
  689/20 690/15
  698/24 700/20
  701/12 706/9
showed [3]   688/1
  688/5 690/18
showing [1]   659/14
shown [7]   664/20
  676/19 676/20
  676/22 688/10
  688/10 693/2
shows [3]   676/6
  680/25 690/17
side [9]   653/2
  658/8 658/9 658/11
  658/15 658/24 659/6
  659/12 693/6
sidebar [4]   666/3
  677/21 680/20
  680/22
sidelined [1]   653/3
sign [1]   689/22
signage [1]   696/19
significant [1]
  691/16
signs [3]   689/15
  695/5 703/22
similar [4]   653/25
  654/10 654/15
  661/13
simply [3]   696/9

705/13 706/11
single [4]   676/7
  689/1 689/23 689/24
sit [1]   697/15
situation [1]
  665/21
six [6]   666/11
  669/21 670/1 671/21
  671/24 672/1
slightly [3]   652/16
  662/6 669/22
slowing [1]   663/6
slowly [2]   661/11
  661/12
social [1]   712/9
somebody [1]   706/4
somehow [1]   697/11
someone [5]   678/20
  689/19 698/13
  698/17 704/16
sometime [2]   652/7
  652/8
somewhat [1]   712/13
somewhere [5]
  652/21 652/21
  652/23 664/1 664/3
Sorrell [1]   708/19
sorry [5]   650/11
  676/20 684/6 707/17
  711/7
sort [4]   682/21
  682/22 700/8 704/11
sound [9]   672/14
  680/13 680/16
  680/17 681/3 681/11
  681/12 681/15
  681/21
sounds [2]   700/21
  703/2
space [1]   662/17
speakers [1]   658/20
speaking [1]   660/3
spear [5]   667/14
  682/22 710/19 711/5
  711/10
special [2]   651/15
  704/12
specific [5]   675/11
  698/3 699/12 705/9
  705/13
speculation [1]
  665/15
spot [6]   695/18
  695/18 695/18
  695/18 695/19
  711/13
spouting [1]   667/18
sprayed [2]   711/17
  711/18
spraying [1]   657/25
stair [1]   683/23
staircase [10]
  651/18 651/19
  653/14 658/19 659/4
  664/1 683/2 684/5
  697/10 698/5
stairs [8]   655/12
  657/7 663/14 664/5
  683/20 683/21
  693/13 697/4

stairway [5]   663/15
  679/8 684/3 698/1
  708/5
stamp [2]   660/12
  663/17
stand [2]   687/12
  687/24
standard [2]   689/10
  712/6
start [5]   656/9
  663/13 663/16
  688/13 691/8
started [1]   706/19
starts [2]   663/3
  663/5
state [3]   667/22
  675/1 699/3
stated [2]   688/3
  703/12
STATES [6]   647/1
  647/3 647/11 650/4
  653/10 691/12
Station [1]   647/15
statute [2]   687/14
  688/20
statutes [1]   689/3
stay [4]   658/17
  662/18 675/5 675/7
stead [1]   711/20
step [1]   686/15
stepping [1]   681/25
steps [10]   653/9
  653/10 653/18
  653/23 654/4 688/17
  693/4 693/6 709/18
  711/12
Steven [1]   700/4
still [26]   654/7
  654/15 654/17 655/7
  655/7 655/8 656/18
  657/9 657/10 658/13
  659/9 661/9 661/10
  662/12 662/20
  662/21 662/21
  662/22 663/4 675/22
  691/24 692/16
  695/11 699/4 701/15
  704/6
stood [2]   682/4
  694/15
stop [6]   656/2
  658/5 663/22 665/19
  680/12 684/7
stopped [2]   665/1
  665/4
store [6]   670/12
  671/11 676/7 692/15
  692/16 692/17
stores [15]   671/9
  672/13 673/9 673/12
  673/15 673/15
  673/16 673/20
  673/25 685/10
  685/16 685/18
  687/24 688/1 688/2
storming [4]   682/22
  710/19 710/22 711/5
strategic [1]
  650/23
streamline [1]

703/10
Street [4]   647/18
  647/21 648/3 670/5
STREETER [9]   649/3
  651/13 651/15 663/8
  663/11 663/13 685/8
  685/10 686/15
Streeter's [1]
  695/16
stretcher [1]
  678/23
strict [1]   689/18
stuff [3]   661/19
  678/5 696/16
subject [3]   666/16
  677/24 712/22
submitted [1]
  693/17
subpoenaed [1]
  705/6
succeed [1]   692/23
sufficient [3]
  692/14 695/8 712/11
suggested [1]   702/8
suggests [2]   680/24
  700/24
Suite [2]   647/18
  648/4
sum [2]   672/6 706/8
summarize [1]   700/8
summary [2]   700/8
  703/20
Sumrall [7]   696/10
  696/11 703/12
  703/13 703/21
  703/24 712/12
Sumrall's [1]
  712/19
Sunday [1]   712/16
supplement [2]
  687/9 695/24
support [2]   693/24
  700/19
supporters [2]
  675/13 675/16
sure [11]   666/2
  666/7 672/10 672/19
  687/11 692/1 692/23
  697/6 702/2 703/6
  710/9
surveillance [1]
  651/21
sustain [1]   668/24
Sustained [4]
  665/16 669/6 683/4
  683/11
Suzanne [1]   700/13
system [1]   677/5

**T**

table [1]   701/22
tags [1]   654/19
talk [1]   650/23
talked [5]   653/15
  662/14 673/15
  679/11 700/17
talking [5]   651/19
  653/19 674/24
  682/12 682/13
talks [1]   687/14

**T**

tarp [4]   652/2
 652/19 652/25 684/4
temporal [1]   692/25
temporary [3]
 691/23 692/3 692/24
tens [2]   656/1
 692/9
term [1]   689/6
terms [2]   664/16
 689/6
terrace [19]   653/15
 653/18 654/23 655/2
 655/7 655/10 655/20
 656/7 656/10 656/15
 656/16 656/19
 657/19 658/7 658/9
 658/22 658/24
 659/22 695/2
terrorists [2]
 686/9 698/22
testified [3]   656/5
 707/17 708/7
testifies [2]
 701/10 710/9
testify [16]   696/15
 696/18 697/2 697/18
 699/6 699/14 701/8
 701/15 702/1 702/9
 702/19 703/5 703/11
 703/21 704/16
 704/22
testifying [1]
 699/11
testimony [13]
 658/22 691/10
 695/16 696/4 699/10
 700/10 702/17 704/7
 704/14 704/24 705/8
 705/9 712/14
Thanks [1]   706/23
theory [3]   667/19
 668/10 705/16
thereafter [1]
 652/16
thinned [1]   660/14
third [9]   671/24
 672/1 672/2 673/5
 673/5 673/13 673/13
 688/4 692/20
though [2]   694/3
 706/7
thought [1]   650/12
thousands [1]   692/9
three [7]   660/15
 660/15 669/15 694/8
 695/10 695/17 703/3
throughout [1]
 707/6
throw [1]   660/2
throwing [2]   658/1
 678/5
Thursday [1]   675/18
tied [1]   666/12
timeline [2]   659/3
 695/12
times [2]   678/4
 679/16
tip [5]   667/14

682/21 710/18 711/5
 711/10
today [2]   651/22
 656/5
token [1]   699/24
told [5]   678/18
 701/9 701/14 701/17
 709/14
tonight [3]   687/9
 712/1 712/16
took [2]   711/15
 711/19
top [5]   652/3
 653/14 654/3 667/14
 709/18
torn [3]   651/20
 656/14 659/14
Torres [2]   699/7
 704/20
total [3]   672/6
 675/15 708/13
totally [1]   687/17
 690/12
touched [3]   695/10
 707/12 707/20
touching [3]   678/7
 692/6 694/19
toward [1]   658/18
towards [10]   652/22
 652/24 656/16
 657/20 658/7 658/17
 662/15 663/7 682/7
 707/21
town [1]   675/16
trait [3]   704/21
 704/23 704/23
traits [1]   699/17
transcript [2]
 647/10 713/4
trash [1]   689/8
treasonous [1]
 686/7
trench [2]   653/6
 664/2
trespassing [3]
 688/20 688/21
 689/10
trial [12]   647/10
 668/22 683/22
 695/24 695/25
 696/17 710/20
 710/20 710/21
 710/22 711/4 711/4
tried [4]   680/13
 689/20 689/21
 697/17
truck [3]   674/11
 674/13 674/17
trucks [1]   702/21
true [2]   683/19
 713/4
Trump [5]   664/5
 664/22 664/24
 673/13 675/15
trust [1]   672/10
try [1]   701/12
trying [13]   656/13
 656/16 657/21
 657/22 657/24 658/2
 658/10 660/22

662/22 668/4 698/12
 700/17 700/20
turn [1]   680/18
turned [1]   682/4
turning [1]   660/5
Twitter [5]   682/15
 682/16 682/17
 682/18 682/19
two [15]   650/22
 654/11 662/19
 662/23 663/4 665/11
 667/1 688/9 688/12
 691/7 693/2 695/10
 703/7 703/9 703/19
type [3]   654/13
 655/22 689/4

**U**

U.S [5]   647/14
 648/23 685/13 711/3
 711/5
ultimately [9]
 655/12 655/17
 661/16 661/19
 661/20 662/20 664/9
 664/14 678/22
unauthorized [3]
 688/14 688/17
 688/23
under [5]   666/6
 673/10 677/23 687/7
 692/22
understood [3]
 658/21 681/18
 703/12
unit [1]   656/23
UNITED [6]   647/1
 647/3 647/11 650/4
 653/10 691/12
unless [2]   699/4
 711/22
up [53]   651/8
 651/16 651/21 652/3
 653/7 653/9 653/12
 653/23 654/10
 654/19 655/8 655/11
 655/19 656/18 657/7
 657/12 657/18
 658/21 659/11
 659/14 660/10
 662/12 662/15
 662/23 665/18 668/4
 670/11 670/21 672/6
 675/25 675/25
 683/14 683/19
 683/21 683/23 684/3
 684/5 689/7 691/23
 692/12 692/13
 692/16 693/4 693/6
 693/13 694/25 697/4
 698/4 708/18 709/10
 709/18 711/12
 711/12
upper [15]   653/18
 654/18 654/23 655/1
 655/7 655/20 656/7
 656/10 656/19
 657/19 658/6 658/22
 658/23 662/2 662/15
USAO [2]   647/18

647/21
USAO-DC [1]   647/21
use [1]   674/7
used [3]   666/14
 668/6 701/13
user [1]   682/19
using [1]   663/5
utterly [3]   687/17
 689/11 690/12

**V**

vacancy [1]   674/21
Varga [7]   697/8
 697/9 699/5 702/23
 703/25 704/2 704/12
variation [1]
 688/20
variety [1]   679/19
various [2]   657/24
 657/25
vast [3]   696/13
 702/22 712/20
veracity [1]   699/11
verdict [2]   695/23
 696/1
Verizon [2]   676/14
 676/14
verse [2]   651/4
 687/4
vest [2]   654/17
 657/11
viable [1]   694/22
Vice [1]   691/12
video [33]   651/21
 652/18 657/17 658/5
 659/17 660/12
 660/18 662/10
 662/25 663/14
 663/15 663/17
 663/20 663/21
 663/25 664/8 668/2
 680/1 681/22
 681/23 684/12
 684/13 684/16
 689/25 697/17
 708/10 708/20
 708/25 709/2 709/16
 709/22 709/23 710/6
videos [11]   654/22
 657/11 659/21
 661/14 661/19
 679/15 680/1 682/24
 685/22 700/6 700/8
view [3]   653/5
 653/7 685/22
viewed [1]   679/25
violence [2]   693/22
 694/14
visit [1]   689/4
volume [1]   680/18

**W**

wait [2]   650/8
 650/16
walkway [1]   660/22
wall [1]   710/10
Walnut [1]   647/18
wants [1]   711/22
warning [2]   650/19
 695/5

**W**

Washington [4]
647/5 647/16 647/22
648/25
watched [4]  652/18
654/22 661/3 681/7
waving [1]  664/24
way [12]  665/14
671/7 682/2 682/23
689/12 689/12
690/16 692/20
700/22 701/12
702/10 705/17
ways [1]  689/17
weak [1]  689/21
wearing [1]  653/22
week [6]  700/18
701/23 707/1 707/7
707/7 712/12
weekend [6]  687/10
707/2 707/5 707/9
712/17 712/23
weekly [1]  712/13
weight [2]  689/6
705/15
Welcome [1]  706/23
well-earned [1]
707/2
west [19]  653/18
654/23 655/1 655/7
655/20 656/7 656/10
656/19 657/19 658/6
658/22 658/23 659/7
659/12 659/21
659/23 660/14 661/1
695/2
wet [1]  654/20
what's [9]  652/5
655/4 655/6 661/8
667/24 680/12
684/22 696/8 696/8
who's [5]  652/22
657/2 668/12 678/8
704/20
whole [2]  695/6
703/22
wholly [1]  692/13
wide [1]  679/18
windows [4]  655/25
656/3 656/13 656/14
wing [1]  655/13
within [3]  657/8
663/4 687/19
without [12]  667/21
680/16 680/17
680/18 681/3 681/9
681/15 681/21
689/22 694/9 698/24
698/24
witness [19]  649/2
651/2 677/11 677/12
684/19 696/10
696/11 696/12
696/13 697/7 697/13
699/7 699/8 700/8
702/18 702/19
703/17 703/18
704/20
witnesses [6]  650/6

650/22 696/2 703/10
703/20 711/25
Woodland [1]  648/4
word [1]  674/7
words [2]  699/1
699/2
work [1]  657/24
worked [1]  662/23
works [1]  702/10
worn [3]  656/4
660/24 661/6
worse [2]  670/5
670/17
wraps [1]  658/9
writings [1]  712/20
written [4]  676/22
677/14 677/15
687/10
wrong [1]  703/7

**Y**

yards [1]  690/20
year [6]  670/9
670/9 670/12 670/15
690/10 692/10
yell [1]  663/5
yelling [5]  657/9
658/3 660/4 662/22
685/24

**Z**

zero [1]  706/8