```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
         - - - - - - - - - - - - - - - - x
 3       THE UNITED STATES OF AMERICA,
                                          Criminal Action No.
 4                    Plaintiff,          1:21-cr-00026-CRC-1
                                          Monday, April 17, 2023
 5       vs.                              9:09 a.m.
                                          *MORNING SESSION*
 6       CHRISTOPHER ALBERTS,
 7                    Defendant.
         - - - - - - - - - - - - - - - - x
 8
 9       _____
10                    TRANSCRIPT OF JURY TRIAL
             HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                    UNITED STATES DISTRICT JUDGE
         _____
12
         APPEARANCES:
13       For the United States:      JORDAN ANDREW KONIG, ESQ.
                                     U.S. DEPARTMENT OF JUSTICE
14                                   P.O. Box 55
                                     Ben Franklin Station
15                                   Washington, DC 20044
                                     (202) 305-7917
16                                   jordan.a.konig@usdoj.gov
17                                   SAMUEL DALKE, ESQ.
                                     DOJ-USAO
18                                   228 Walnut Street, Suite 220
                                     Harrisburg, PA 17101
19                                   (717) 221-4453
                                     samuel.s.dalke@usdoj.gov
20                                   SHALIN NOHRIA, ESQ.
                                     UNITED STATES ATTORNEY'S OFFICE
21                                   601 D Street NW
                                     Suite Office 6.713
22                                   Washington, DC 20001
                                     (202) 344-5763
23                                   shalin.nohria@usdoj.gov
24
25       (CONTINUED ON NEXT PAGE)
```

```
 1      APPEARANCES (CONTINUED):

 2      For the Defendant:          JOHN M. PIERCE, ESQ.
                                    ROGER ROOTS, ESQ.
 3                                  JOHN PIERCE LAW P.C.
                                    21550 Oxnard Street
 4                                  Suite 3rd Floor OMB #172
                                    Woodland Hills, CA 91367
 5                                  (213) 400-0725
                                    jpierce@johnpiercelaw.com
 6                                  rroots@johnpiercelaw.com

 7
        Court Reporter:             Lisa A. Moreira, RDR, CRR
 8                                  Official Court Reporter
                                    U.S. Courthouse, Room 6718
 9                                  333 Constitution Avenue, NW
                                    Washington, DC  20001
10                                  (202) 354-3187

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2
WITNESS                                                    PAGE

3

MELISSA MILLER
4       (By Mr. Pierce).....................................744
        (By Mr. Dalke)......................................750
5       (By Mr. Pierce).....................................754

6   VANESSA TORRES
        (By Mr. Roots)......................................756
7       (By Mr. Dalke)......................................761

8   CHRISTOPHER ALBERTS
        (By Mr. Pierce).....................................763
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      P R O C E E D I N G S
 2             THE COURTROOM DEPUTY:  Your Honor, we're on the
 3   record for Criminal Case 21-26, United States of America vs.
 4   Christopher Alberts.
 5             THE COURT:  All right.  Good morning, everybody.
 6   Happy Monday.  Hope you had a good weekend.  I think we have
 7   one or two straggler jurors, but I understand there are a
 8   couple of preliminary matters.
 9             MR. DALKE:  Good morning, Your Honor.
10             THE COURT:  Good morning.
11             MR. DALKE:  I think only one.
12             THE COURT:  How did the listing go?
13             MR. DALKE:  I think pretty well, Your Honor.
14             THE COURT:  Good.  Congratulations.
15             MR. DALKE:  I appreciate it.
16             One preliminary matter related to character
17   witnesses.  It's the government's understanding the first
18   two witnesses are going to be character witnesses.  Based on
19   some preliminary discussions with counsel this morning, I
20   don't know where we're going to go, but I think there's
21   going to be a number of objections as to the scope and maybe
22   differing understandings between the parties as to the rules
23   that are in place regarding character witnesses.
24             I know the Court addressed this on Friday, and the
25   Court said, you know, character testimony is very limited.
```

1    It's reputation and opinion only, and it would in this case

2    go to veracity, law abidingness, and peaceableness, and

3    that's it.  So we're not talking about specific acts.  We're

4    not talking about what like defendant proffered last time,

5    self-sacrifice.  We're not going to be showing photographs

6    through the character witnesses.  These aren't long

7    witnesses in my experience, having done dozens of these over

8    the course of my career.

9            I believe there's a difference of opinion as to

10   how far they can go.  Certainly on cross the government can

11   bring in specific instances of law abidingness, if they are

12   putting the character in question; but as far as the direct,

13   when they're bringing it out, we're trying to put an

14   objection in here now before the -- my understanding is it's

15   going to go a little wild.

16           THE COURT:  All right.  Mr. Roots.

17           I thought I was pretty clear.  Is my

18   interpretation of the rules incorrect --

19           MR. ROOTS:  Well, let's put it this way.  We just

20   had a --

21           THE COURT:  -- or do you plan on doing any of the

22   things the government just anticipated?

23           MR. ROOTS:  We just had a conversation.  I believe

24   the government said they would object even to pictures of

25   character witnesses with the defendant, which, of course, is

1    needed to establish that they know the defendant, they're

2    family friends, et cetera.  They will object even to

3    photographs.

4            I mean, this is outrageous, that they said they're

5    going to do that.  And it's -- I mean, we're talking common

6    law rules of evidence going back hundreds of years that you

7    can introduce -- you can introduce a witness, and you can

8    introduce how they formed --

9            THE COURT:  What photograph are you going to try

10    to introduce?

11            MR. ROOTS:  A picture of the character witness

12    with Mr. Alberts and his fiancee.  I mean, this -- I mean, I

13    can't even imagine that in the United States of America --

14            THE COURT:   Identification is not at issue, right?

15            MR. ROOTS:  You're ruling that we cannot show a

16    picture --

17            THE COURT:  I haven't ruled anything yet.  I'm

18    hearing your argument.  Okay?

19            MR. ROOTS:  The other things -- I mean, by the

20    way, self-sacrifice is part of peaceableness and law

21    abidingness.  I mean, these are parts of civic goodness.

22    Law abidingness is civic goodness about someone who is a

23    volunteer firefighter, someone who is a volunteer, an EMT, a

24    paramedic, someone who cares for members of the community.

25    This is part of law abidingness and peaceableness.

1              THE COURT:  No.  Law abidingness is:  Have you

2      ever known the defendant to break the law?  What is your --

3      what is his reputation in the community for following the

4      law?  That's law abidingness.

5              MR. ROOTS:  So it's one sentence or two sentences,

6      just that?

7              THE COURT:  I'll give you a little leeway, all

8      right, but --

9              MR. ROOTS:  I believe the government --

10             THE COURT:  -- I'm going to enforce the rules --

11             MR. ROOTS:  I believe they told me before you came

12     in that we could ask three sentences, and that's it.

13             MR. DALKE:  That's a blatant mischaracterization.

14     I said here's where the character evidence rules are, and I

15     listed them for you.  Here's the two types you can have.

16             And you can ask as many questions as you want as

17     long as it stays within the rules and boundaries.  There's

18     no time limit.  There's no question limit.

19             You just can't ignore the rules of evidence, is

20     the government's concern.

21             THE COURT:  All right.  And notwithstanding the

22     fact that a photograph of the defendant and his wife?

23     Girlfriend?  Is this who else is in the picture?

24             MR. ROOTS:  I think the best way is to maybe just

25     show the picture.

```
1              THE COURT:  Sure, show --

2              MR. ROOTS:  If you can bring up -- I think it's

3     Page 1.  I don't remember.  It's one page.  The group

4     picture.

5              THE COURTROOM DEPUTY:  And Mr. Albert --

6     Mr. Roots, the exhibit number.

7              MS. STEVENS:  Exhibit 1.

8              THE COURT:  I see it.  I see it.  I see it.

9              MR. ROOTS:  And I'd also like to point out --

10             THE COURT:  And what does this show about any of

11    the traits that are at issue, Mr. Roots?

12             MR. ROOTS:  Well, as you can see, this shows how

13    well this witness, who is on the far right of the picture,

14    knows Mr. Alberts.  They've known each other for -- it

15    goes -- they're young in this picture, as you can see.

16    Mr. Alberts is seven or eight years younger.  So that

17    establishes her basis for her knowledge of these traits.

18             And the government was allowed to introduce their

19    witnesses and say:  Well, how long have you worked for, you

20    know, whatever agency?

21             MR. DALKE:  Your Honor, this is the first --

22             THE COURT:  Look, I mean, the question is

23    notwithstanding the fact that it may not be according to

24    Hoyle, why does it matter that he can't show the photograph?

25             MR. DALKE:  Just looking at this exhibit now --
```

```
 1    the first time I'm seeing it -- it's essentially playing to
 2    sympathies.  You're putting children -- it's not that far
 3    off from the day in the life that we talked about before,
 4    which, I think, is another one of their exhibits.
 5              If they want to talk at length about how they know
 6    the defendant, how many years, what types of relationship,
 7    were they co-workers, you know, were they lovers, whatever
 8    it is, they can testify to it.
 9              Playing up sympathies is what this photograph
10    does --
11         THE COURT:  Okay.  I'm going to disallow the
12    photo, Mr. Roots.  I don't see that it's that inflammatory
13    or prejudicial, but it's just not according to the rules.
14    It doesn't go to anything.
15              You can ask her what her relationship is with him,
16    how long she's known him, in what capacity, whether they
17    socialized together, whether they go eat pizza together, but
18    I'm not going to let you show the photograph.  Okay?
19         MR. ROOTS:  Okay.  I believe every single
20    government witness was allowed to make some statements about
21    their background and how they know the situation and
22    whatnot.
23         THE COURT:  Sure.  You're able to do that as well,
24    but they didn't show any photographs of their witnesses in
25    social settings.  Okay?
```

1          MR. PIERCE:  I have a quick question along those

2    lines --

3          THE COURT:  Quick question on...?

4          MR. PIERCE:  Along those lines because I don't

5    want to invoke the ire of the Court.

6          So when we asked about, you know, for example,

7    opinion or -- well, we ask about opinion, for example,

8    directly of the witness about these traits we just talked

9    about, I think you said, you know, we can ask to some extent

10   like what's that based on, but, you know, we can't go into

11   specific acts.  And I just wanted to sort of try to flesh

12   out, you know, what -- because if I ask "What's that based

13   on?" and the witness blurts out a specific act, I don't want

14   the Court to think I'm trying to --

15         THE COURT:  Which trait are we talking about?

16         MR. PIERCE:  So, you know, law abidingness and

17   peaceableness.

18         THE COURT:  Yes.  So he's accused in this case of

19   engaging in forcible conduct, violence, physical force

20   against law enforcement officers, right?  Is he the kind of

21   guy that in his community is known for engaging in violence?

22   Have you ever known him to engage in violence?  Have you

23   ever seen him engage in violence?  Have you ever heard that

24   he has raised a hand against anybody?

25         MR. PIERCE:  Okay.

1          THE COURT:  Make a proffer.  What are you trying

2     to say --

3          MR. PIERCE:  It sounds like, to Mr. Roots's point,

4     that we will -- your ruling that we will not be able to go

5     into what we consider sort of the inverse of that but speaks

6     to it, which is, you know, sacrificing for people, helping

7     save people's lives, you know, was trying to help people.

8          THE COURT:  If he testifies, he's going to testify

9     that he's an EMT; that he is, you know -- that he served in

10    Afghanistan or Iraq.  You know, that's going to come in

11    through him, that he is -- you know, without going into

12    specific incidents, that he has engaged in avocations or

13    occupations that involve self-sacrifice and service, and I

14    think the jury's going to hear that.

15         But on direct, the defense cannot bring in

16    specific acts of character in conformance with those traits.

17         Unless I'm mistaken, Mr. Dalke.

18         MR. DALKE:  Your Honor, I think you're right.

19    It's under Federal of Evidence 404(a)(2)(A).  It's limited

20    to reputation and opinion only.

21         And I think the foundation -- I think both of

22    these would be personal opinion witnesses, would be most

23    likely, and so essentially the foundation is have you had a

24    long enough time and sufficient contacts to form a

25    reasonably reliable opinion as to this person's character

1    traits.

2              THE COURT:  Right.  You know, so sometimes I've

3    had character witnesses who have worked with a defendant in,

4    you know, a law enforcement office.  Right?  And so, you

5    know, it sort of comes in that way.

6              MR. PIERCE:  Okay.

7              THE COURT:  Or, you know, has observed him in an

8    occupational capacity or, you know, some other capacity that

9    would put before the jury what it is they were doing

10   together.  Right?  Like I worked at a homeless shelter with

11   the defendant, and in that capacity I got to know him very

12   well, and, you know, I knew him to be a truthful and law

13   abiding guy.  Right?

14             So if you can work it in that way, I think that's

15   permissible.

16             MR. PIERCE:  Okay.  So can we -- and, again, kind

17   of going -- kind of going to the sort of inverse or, you

18   know, affiliated with peaceableness, law abidingness, can we

19   ask, you know, has he had instances in which he's saved

20   people's lives, things like that?

21             THE COURT:  You can't do that.  That's a specific

22   act.  You just can't.

23             MR. PIERCE:  Okay.   Thank you, Your Honor.

24             THE COURT:  Okay?

25             MR. PIERCE:  So then I had another preliminary

1    matter with respect to Mr. Alberts that I wanted to raise

2    first, again, not to, you know, get on your rocks.

3              So you had that issue with respect to Mr. Vargas.

4    I think his name was Mr. Vargas; the gentleman who was sort

5    of pushed off the steps.  So I wanted to try to get that in

6    with him by laying the foundation that, you know, he saw

7    this occur on the steps and that, you know, it affected his

8    state of mind when he then got up to the upper terrace in

9    terms of how upset he was and the things that he said that

10   were very, very visceral, you know, that the government

11   focused on.

12             So I would certainly lay the foundation for that

13   first, but then we were going to, you know, try to introduce

14   that portion of the video that showed that.  So I didn't

15   want to do that without, you know, fronting it with Your

16   Honor at least with respect to the foundation of it.

17             THE COURT:  Mr. Konig.

18             MR. KONIG:  Your Honor, the Court has been really

19   incredibly clear about this issue, and I just -- I do want

20   to alert the Court that if the defense tries to get into

21   those, I am going to make a speaking objection that the

22   Court should instruct the jury to disregard something that

23   is very clearly beyond the bounds of what the Court has

24   ruled that the defense keeps on trying to get in despite the

25   Court's clear ruling on the matter.

1          THE COURT:  Okay.  Based on the conversation with

2    Mr. Roots on Friday, the Court did not see a logical -- a

3    theory of logical relevance that would permit the admission

4    of the video.  I watched the video.  I didn't think it was

5    all that inflammatory or prejudicial frankly, you know,

6    given everything else that the jury has been exposed to.

7          This theory is a little different than the one

8    that Mr. Roots articulated on Friday.

9          So if the theory, Mr. Konig, is that Mr. Alberts

10   saw this happen and, therefore, you know, was angry about

11   it, and that it influenced his, you know, statements that

12   the government has introduced to the jury in its case or --

13   Mr. Pierce did not articulate this but, perhaps -- you know,

14   he's been charged with entering and remaining.  Maybe it

15   affected, you know, how long he stayed, why he didn't just

16   go home right afterwards and stayed until 7:00.  I don't

17   know how relevant that is, but at least it connects to

18   something in the government's case.

19         Why shouldn't the Court, at least in an abundance

20   of caution, allow the jury to see what Mr. Pierce wants them

21   to see?

22         MR. KONIG:  Well, I'll first note, as the Court, I

23   think, was sort of getting at, the Court didn't --

24         THE COURT:  You know, I'm not trying to do their

25   work for them, but I don't want to exclude anything that is

1      even marginally relevant given the Court's conclusion that,

2      you know, I don't think it's a huge deal.

3                  MR. KONIG:  Of course.  You know, just to be clear

4      on the record, the Court didn't disallow it on Rule 403

5      grounds.  It disallowed it on relevance grounds.

6                  THE COURT:  Absolutely, yes.

7                  MR. KONIG:  Because at least as of last week the

8      defense was unable to make any case that this was in any way

9      relevant to what the defendant is charged with.

10                  Now, should -- you know, I can -- I certainly can

11      find -- you know, I can understand it may become relevant or

12      may be relevant to his testimony.  Certainly extrinsic

13      evidence of that would not be relevant.  The video of what

14      he allegedly saw would not be in any way --

15                  THE COURT:  Why not?

16                  MR. KONIG:  I think in that case the relevance is

17      according -- let's say they proffer that he did see it and

18      it caused him, I guess, to further engage in the crimes that

19      we've alleged.  I don't know, by the way, that -- sort of

20      you didn't stop committing the crime that you were

21      committing because you see something that made you angry or

22      sad or something like that, I don't know that that's a valid

23      defense, but I don't know that sort of extrinsic evidence of

24      what you say you saw is sort of admissible.

25                  THE COURT:  All right.  I'm going to allow it on

1    the grounds that, you know, the government has introduced

2    statements the defendant made after that incident that the

3    government believes goes to his intent to, you know,

4    obstruct an official function in some way and that, at least

5    in theory, his mental state in making those statements might

6    have been such that he was exaggerating or engaging in

7    hyperbole, and that those statements did not reflect his

8    true intent.

9           And so, you know, this is -- I think it's

10   marginally relevant, Mr. Roots and Mr. Pierce, but I'll let

11   you -- if he says he saw it, and, of course, he's subject

12   to cross-examination as to whether he actually saw it and

13   what -- you know, what he saw, but I'll allow it.

14          MR. KONIG:  And I would ask -- I would alert the

15   Court that I will be objecting to anything that goes beyond

16   that.

17          THE COURT:  Yes.

18          MR. KONIG:  How far he fell, what that would do --

19   you know, if he knows what happened, you know, if -- what he

20   believes as to the intent of the officers, things like that.

21          THE COURT:  Yes.  Got it.

22          Are they here?

23          THE COURTROOM DEPUTY:  Uh-huh.

24          (Jury enters courtroom)

25          THE COURT:  All right.  Please be seated.  Good

1    morning, ladies and gentlemen.

2              JURY IN UNISON:  Good morning.

3              THE COURT:  You came back?  Hope you had a chance

4    to enjoy the lovely weekend we had.  Is everybody ready to

5    go?

6              All right.  Mr. Pierce or Mr. Roots?

7              Mr. Pierce.

8              So we will now begin the defense's case.

9              MR. PIERCE:  Thank you very much, Your Honor.  The

10   defense would call Ms. Melissa Miller.

11             THE COURT:  Good morning, ma'am.

12             THE WITNESS:  Good morning.

13             THE COURT:  If you can please remain standing and

14   raise your right hand.

15             (Witness sworn)

16             THE COURTROOM DEPUTY:  And if you could spell your

17   name for the record.

18             THE WITNESS:  Melissa Miller; M-E-L-I-S-S-A,

19   Miller, M-I-L-L-E-R.

20             THE COURTROOM DEPUTY:  Thank you.

21                    MELISSA MILLER, Sworn

22                      DIRECT EXAMINATION

23   BY MR. PIERCE:

24   Q.  Good morning, Ms. Miller.

25   A.  Good morning.

1    Q.  We'll be relatively brief.

2              Where are you from?

3    A.  I'm from all over.  So I was born in Sacramento,

4    California.  I moved to New Jersey around the age of 10.  I

5    went to school in Philadelphia, and I currently live in

6    Maryland.

7    Q.  And are you currently employed?

8    A.  Yes.

9    Q.  And what do you do?

10   A.  I'm a full-time corporate recruiter for a wholesale

11   grocery distribution company.  I serve on my church team,

12   and I look after the kids for the day care.  I do part-time

13   pet sitting, and I'm a full-time paralegal student.

14   Q.  And do you know the defendant in this case,

15   Mr. Christopher Alberts?

16   A.  Yes, I do.

17   Q.  And how do you know him?

18   A.  Chris Alberts is my fiancee.  We've been together for

19   about eight and a half years.  It will be nine years in

20   August.

21   Q.  And could you tell the jury just briefly how you met.

22   A.  Chris and I met online.  I didn't have much faith in

23   online dating.

24              And we were just kind of inseparable ever since.

25   We met one night and talked until about 3:00 in the morning,

1    and it just stuck.

2    Q.   And what were you doing at the time that you met him?

3    A.   At the time I met Chris I was working full time as an

4    assistant store manager for Bed, Bath & Beyond, and I was

5    pursuing a career in law enforcement after my grandfather

6    died.  He was a police officer for years, and it inspired me

7    to try to go down that path and follow in his footsteps.

8    Q.   And what was Chris doing at that time in his life when

9    you met him?

10   A.   I feel like when we first met Chris was just trying to

11   figure out what it was like to transition from military life

12   to getting into kind of like a groove where he felt like --

13   something that he could be confident, he could apply

14   himself, and he would feel, you know, like I guess a good

15   contributing citizen.  He was working as a landscaper at the

16   time.

17          And he's tried a couple of different jobs.  I'd

18   say he's kind of a jack-of-all-trades.  He's pretty handy to

19   have around.

20   Q.   Okay.  Now I'm going to transition to asking you a

21   couple of questions about Chris's truthfulness either

22   whether he's truthful or whether he's not truthful.  Okay?

23   So I'm just going to ask you a couple of questions about

24   that.

25   A.   Okay.

1   Q.  Do you feel like you know him well enough to have an

2   opinion, a personal opinion, about his truthfulness?  Again,

3   whether he's truthful or not truthful.

4          Do you feel like you have a sufficient basis in

5   knowing him to have an opinion on that?

6   A.  Yes.

7   Q.  And what is your opinion on that?

8   A.  My opinion of his truthfulness?  I mean, he probably --

9   if anything, he's probably too open, too honest, too forward

10  at times.  But I think, you know, that's because of his

11  persistence and kind of his confidence.

12         But I would say he's very truthful and honest.

13  Q.  Okay.  And now I'm going to go to another

14  characteristic.

15  A.  Sure.

16  Q.  I'm going to ask you about his law abidingness; again,

17  either propensity to obey the law or maybe not obey the law.

18         And let me back up.  Sorry.  Strike that.

19         Do you have sufficient basis to feel like you have

20  knowledge about any reputation that Chris has regarding

21  being truthful or not being truthful?

22  A.  I would say just his character in terms of like family,

23  friends -- I mean, he's kind of a loner so he doesn't have a

24  solid group of friends himself, but just, you know, the

25  people that we have in our lives look to him to be, you

1  know, an honest person, truthful person, compassionate

2  person.

3  Q.  Okay.  Thank you.

4          Do you feel like you have a sufficient

5  relationship with him in terms of time spent with him in

6  number of years to have an opinion regarding his propensity

7  to either obey the law and not obey the law, generally

8  speaking?

9  A.  Absolutely.

10  Q.  And what is your opinion regarding that?

11  A.  It's kind of a funny story I think.

12          One day we were driving.  He waved at a cop, and

13  he wound up getting pulled over for waving at a cop, and

14  from there forward I never wanted him to wave at the police

15  anymore.

16          But, I mean, overall, he's never really been in

17  trouble before the events that happened that day.

18  Q.  Okay.  And do you have -- is there -- do you have

19  knowledge about whether he has a reputation -- that you're

20  aware of -- a reputation regarding law abidingness or not

21  law abidingness?

22  A.  As far as I know, his track record since we've been

23  together, he's always been a law abiding citizen.

24  Q.  Okay.  And then finally, do you have -- do you feel that

25  you have a sufficient basis of relationship with him to have

1    a personal opinion regarding I'll say his peaceability or

2    nonpeaceability?  In other words, his, you know, sort of

3    propensity for being a peaceful person or being a

4    nonpeaceful person?

5    A.  I would say, you know, we balance each other pretty well

6    in our relationship, and he's definitely the more calm and

7    copacetic one, and he's usually the one that helps diffuse

8    situations or calm me down.  He's kind of like my grown-up

9    security blanket.

10   Q.  Okay.  And then sort of the same follow-up question.  Do

11   you have a basis to speak regarding any reputation he has

12   about, you know, peaceableness or nonpeaceableness?

13   A.  I believe his reputation is pretty solid to be a pretty

14   peaceful guy, and he's usually the one to jump in and stand

15   in the gap if there are any issues arising, whether it's --

16   like publicly when we've been out over the years, he's

17   usually the one to kind of stand in the gap if he's ever

18   seen anything rather to be the one provoking or instigating

19   any kind of conflict.

20   Q.  Okay.  Thank you very much.

21            MR. PIERCE:  No further questions.

22            THE WITNESS:  Thank you.

23            THE COURT:  Mr. Dalke.

24            No, not quite yet.

25            THE WITNESS:  Not quite yet?  First-timer here.

1          THE COURT:  That's all right.

2                    CROSS-EXAMINATION

3    BY MR. DALKE:

4    Q.  Good morning, Ms. Miller.

5    A.  Good morning.

6    Q.  So you've mentioned you've known the defendant for about

7    eight and a half years.

8    A.  Yes, sir.

9    Q.  And you guys are engaged?

10   A.  Yes.

11   Q.  He's the love of your life?

12   A.  Yes.

13   Q.  He's important to you?

14   A.  Yes.

15   Q.  You live with him?

16   A.  Yes.

17   Q.  You sat through this whole trial, right?

18   A.  Yes, sir.

19   Q.  You spoke with the defendant prior to your testimony

20   here today?

21   A.  Yes, sir.

22   Q.  And spoke with his attorneys as well, correct?

23   A.  Yes, sir.

24   Q.  Now, you previously wrote about the defendant's case,

25   correct?

1    A.  Like writing -- could you re -- like writing in a

2    certain place.  I've wrote about it, correct.

3    Q.  Yes.  And you've written that you believe the defendant,

4    quote, went to the Capitol to fight for this country,

5    correct?

6    A.  I'm sure I've said something along those lines, yeah.

7    Q.  And you wrote that you believe that the, quote, brave J6

8    patriots that stood for us that day, that they need your

9    support, correct?

10    A.  Correct.

11    Q.  And you wrote that you believe that the defendant's,

12    quote, case, much like the rest, should be dropped.

13    Correct?

14    A.  Correct.

15    Q.  And you believe the defendant's a hero for his actions

16    at the Capitol on January 6th, correct?

17    A.  I believe the intent that they all had that day is very

18    heroic, yes.

19    Q.  That he was a hero.

20    A.  Yes.

21    Q.  For what he did at the Capitol?

22    A.  Yes.

23    Q.  And you believe that no one from January 6th should be

24    charged or found guilty, correct?

25    A.  Correct.

1    Q.  You believe that everyone involved in the events at the

2    Capitol on January 6th, including the defendant, are

3    innocent regardless of what they did?

4    A.  I wouldn't say all.  I would say that there were some

5    people that pushed the line.

6             I wouldn't say all.  I wouldn't make a blanket

7    statement that they were all innocent.

8    Q.  So someone who pushed the line should be found guilty?

9    A.  Yeah, I would say so.

10   Q.  You mentioned law abidingness and your opinion, I think

11   both personal and then maybe a little in community, as to

12   his opinion for law abidingness.  Do you recall that?

13   A.  Yes.

14   Q.  Would you agree that a person who pees on the U.S.

15   Capitol while yelling "Fuck you, D.C. Metro" is not a law

16   abiding person?

17   A.  I don't know that there were proper bathroom facilities

18   available that day.

19   Q.  Yes.  But is that a law abiding person, someone who pees

20   on the Capitol and yells "Fuck you, D.C. Metro"?

21            THE COURT:  Counsel, move on.  I'm going to strike

22   that question.

23            I'm sorry, in the Metro or at the Capitol?

24            MR. DALKE:  Maybe a phone, Your Honor?  I don't

25   want to talk...

1           (The following is a bench conference

2            held outside the hearing of the jury)

3           MR. DALKE:  I can explain, Your Honor.

4           THE COURT:  Okay, explain.

5           MR. DALKE:  So the next exhibit that I have that I

6     was going to show her relating to law abidingness -- and

7     she's opened the door -- is Chris Alberts, who is -- on

8     January 6th.  So he's peeing on the U.S. Capitol, and while

9     he does it, he yells, "Fuck you, D.C. Metro," like the Metro

10    Police.  So the Metropolitan Police Department, who he's

11    just been dealing with, he's yelling, "Fuck you, D.C.

12    Metro," while he's at the grounds and peeing at the Capitol.

13          THE COURT:  Okay.  I understand, but I -- it's

14    always been my rule to not allow on cross-examination of a

15    character witness a question, you know, "Would your opinion

16    change if you knew that he had committed the offense?"

17    That's not quite this question, but it's close.

18          MR. DALKE:  No, this is more cross-examination of

19    her opinion that he's a law abiding person, and we have a

20    specific instance where he's clearly not.

21          So I wasn't going to ask "Does your personal

22    opinion change after this?"  I'm just saying, do you agree

23    that a person who pees on the U.S. Capitol and yells these

24    words is not a law abiding person?  It directly confronts

25    what she just said.

```
 1              THE COURT:  Yeah, I'm going to disallow it in an
 2     abundance of caution, so move on.
 3              MR. DALKE:  Understood.  Thank you.
 4              (This is the end of the bench conference)
 5              MR. DALKE:  Thank you for your time, Ms. Miller.
 6     I appreciate it.
 7              THE WITNESS:  No problem.  Thank you.
 8              MR. PIERCE:  Just a quick follow-up, Ms. Miller.
 9                       REDIRECT EXAMINATION
10     BY MR. PIERCE:
11     Q.  Mr. Dalke went through a few things that it sounds like
12     you wrote regarding Chris and January 6th.  One of the
13     things is that you believe he was a hero.  Do you recall
14     that?
15     A.  Yes.
16     Q.  And why do you believe that?
17     A.  I think -- I mean, if I think back on before I met
18     Chris, I was single.  I didn't think --
19              MR. DALKE:  Objection, Your Honor; outside the
20     scope.
21              THE COURT:  Sustained.
22     Q.  And I'm asking you with respect to January 6th
23     specifically.  Do you remember --
24     A.  Okay.  Yes, sorry.  I believe that he went there for all
25     people, not just a certain group of people.  But I feel like
```

1    he went there not because he favors one political side over

2    the other, but considers himself, you know, more of a

3    constitutionalist; and he felt that he had the same rights

4    as everybody else who protests in our country, and that's

5    why I feel like he went.

6            Does that answer your question?

7    Q.  It does.  Thank you very much.

8            THE COURT:  Okay.  Thank you, ma'am.  You can step

9    down.

10           THE WITNESS:  Thank you, sir.

11           THE COURT:  So, ladies and gentlemen, I probably

12   should have explained before the last witness took the

13   stand.  There are basically three types of witnesses in a

14   criminal case.

15           There are what we call fact witnesses; folks who

16   have some information about the facts of the case.

17           There are expert witnesses, who are called to give

18   their, you know, expert opinions about certain matters in

19   the case.  We have not had expert opinions offered in this

20   case.

21           And third, there are character witnesses; people

22   called to testify as to the defendant's -- their opinion

23   about the defendant's character or the defendant's

24   reputation in the community for certain character traits

25   that are relevant to the case.

```
 1                    The last witness was a character witness.  Okay?
 2              Mr. Roots.
 3              MR. ROOTS:  Thank you, Your Honor.  Mr. Alberts
 4    would like to call Vanessa Torres.
 5              THE COURT:  Good morning, ma'am.  How are you?
 6              THE WITNESS:  I'm all right.
 7              THE COURT:  Please step up, remain standing, and
 8    raise your right hand to be sworn in.
 9              (Witness sworn)
10              THE COURTROOM DEPUTY:  And, ma'am, if you can
11    spell your name for the record.
12              THE WITNESS:  Vanessa, V-A-N-E-S-S-A, Torres, T-O-
13    R-R-E-S.
14              THE COURTROOM DEPUTY:  Thank you.
15                       VANESSA TORRES, Sworn
16                         DIRECT EXAMINATION
17    BY MR. ROOTS:
18    Q.  Good morning, Ms. Torres.
19    A.  Good morning.
20    Q.  Where do you currently live?
21    A.  In Spotswood, New Jersey.
22    Q.  And are you currently employed?
23    A.  Yes.
24    Q.  What kind of job do you have?
25    A.  I'm an academic advisor at a college.
```

1    Q.  Do you know someone named Christopher Alberts?

2    A.  Yes, I do.

3    Q.  How long have you known him?

4    A.  Eight and a half years.

5    Q.  And could you just tell the jury how you came to first

6    know Mr. Alberts?

7    A.  He's my best friend's fiancee.

8    Q.  Your best friend, what is her name?

9    A.  Melissa Miller.

10   Q.  And how long have you known Ms. Miller?

11   A.  12 years.

12   Q.  If you could, tell the jury just a little bit about how

13   you first met Mr. Alberts.

14   A.  It was the day after Melissa met him, and, you know, she

15   was really excited about their date.  And we were supposed

16   to have a girls' day the next day going tubing, and she

17   asked if we can invite him, and I was like, "Of course."  I

18   have to, you know, confirm for my best friend.

19            And, I mean, we spent the whole day together, and,

20   I mean, we both fell in love.  He was amazing that whole

21   day.  Funny, charming.

22   Q.  And did Ms. Miller want your opinion about Mr. Alberts?

23   A.  Yes, of course.  Yes.

24   Q.  And what was your opinion?

25            MR. DALKE:  Objection; outside the scope.

1          THE COURT:  Sustained.

2   Q.  So in the eight and a half years that followed that, how

3   well have you come to know Mr. Alberts?

4   A.  Very well.  We hang out all the time.  He comes to my

5   house; I go to his.  We go on vacations.  I love him like a

6   brother.  So, I mean, you know, as much as I can get with my

7   best friend, I'm with him as well.

8   Q.  Have you taken vacations with him?

9   A.  Yes.

10  Q.  Have you stayed in his house?

11  A.  Yes.

12  Q.  Has he stayed in your house?

13  A.  Absolutely, yeah.

14  Q.  Has he helped you at your house at all?

15  A.  Oh, yes.  I just got a new house, and he came and helped

16  me purchase a swimming pool.  He put it up, and he put up my

17  hammock.  I mean, like a big brother would, you know.

18  Q.  I want to just ask you a little bit about Mr. Alberts's

19  peaceableness.

20  A.  Uh-huh.

21  Q.  Would you say Mr. Alberts generally promotes conflicts

22  or avoids conflicts?

23  A.  Avoids them.

24  Q.  Would you say he tries to diffuse conflicts?

25  A.  Yes, he would.  He's very confident in like himself.

```
1              MR. DALKE:  Objection; outside the scope.

2              THE COURT:  Sustained.

3              THE WITNESS:  Sorry.

4   Q.  Would you say Mr. Alberts tries to protect people from

5   conflicts?

6              MR. DALKE:  Objection; outside the scope.  We've

7   covered this.

8              THE COURT:  Sustained, Mr. Roots.

9              MR. ROOTS:  It just goes to his peaceableness.

10             THE COURT:  Her opinion.

11  Q.  Your opinion about Mr. Alberts's peaceableness, what is

12  that based on?

13  A.  I always feel so confident around his nature.  He's just

14  a very giving individual, very thoughtful.

15             MR. DALKE:  Objection; outside the scope.

16             THE COURT:  Sustained.

17             MR. DALKE:  Not responsive.

18  Q.  Well, have you seen Mr. Alberts around conflicts, people

19  in conflicts?

20  A.  I mean, yes.  After eight years there's always going to

21  be something, but he's always been super -- I don't know how

22  to -- calm.

23             He's very passionate as well.  So he's always, you

24  know, like let's have a great time, let's do things in a

25  positive way so that we can have fun and enjoy our time
```

```
 1    together.
 2    Q.  Have you ever attended weddings or funerals with
 3    Mr. Alberts?
 4    A.  Yes.
 5            MR. DALKE:  Objection; outside the scope.
 6    A.  His grandmother's funeral.
 7            THE COURT:  Sustained.
 8    Q.  In terms of his peaceableness, have you -- does he try
 9    to help people?
10            MR. DALKE:  Objection; outside the scope.
11            THE COURT:  Sustained.
12    Q.  Can I just ask, do you agree with Mr. Alberts's
13    political views?
14            MR. DALKE:  Objection; outside the scope.
15            THE COURT:  Sustained.
16            MR. ROOTS:  It goes to peaceableness.
17            THE COURT:  Sustained, Counsel.  Move on.
18    Q.  You're aware that Mr. Alberts is facing charges in this
19    trial?
20    A.  Yes.
21    Q.  What are your general assessments of him regarding that?
22            MR. DALKE:  Objection.
23    A.  Unfair.
24            MR. DALKE:  Outside the scope.
25            THE COURT:  I'll allow it subject to cross.
```

```
1    A.  I think it's unfair.  I think he's such a decent human

2    being, and I think he's paid his price.  He doesn't deserve

3    this.  He really doesn't, I'm sorry.

4              MR. DALKE:  Your Honor, move to strike.

5              THE COURT:  The Court will strike the witness's

6    last statement.

7              MR. ROOTS:  I will pass the witness.  Thank you so

8    much.

9              THE WITNESS:  Thank you.

10                       CROSS-EXAMINATION

11   BY MR. DALKE:

12   Q.  Good morning, Ms. Torres.

13   A.  Good morning.

14   Q.  I saw when you came in, you chatted with the woman in

15   the back of the room.  That's your best friend of 12 years?

16   A.  Correct.

17   Q.  Ms. Miller?

18   A.  Yes.

19   Q.  Okay.  And it sounded like the two of you and the

20   defendant do everything together.  Right?

21   A.  I mean, as much as we can.

22   Q.  Vacation?

23   A.  Yeah.

24   Q.  Household things?

25              You love the defendant?
```

1    A.  Yes.

2    Q.  You love Ms. Miller?

3    A.  Yes.

4    Q.  They're important to you?

5    A.  Yes.

6    Q.  You spoke with the defendant about your testimony before

7    coming in here?

8    A.  Yes.

9    Q.  And you spoke to Ms. Miller about it as well, correct?

10   A.  Yes.

11   Q.  And you spoke to the defendant's attorneys as well,

12   correct?

13   A.  Yes.

14            MR. DALKE:  No further questions.  Thank you.

15            THE WITNESS:  Thank you.

16            THE COURT:  Anything, Mr. Roots?

17            MR. ROOTS:  Nothing further.  Thank you so much.

18            THE COURT:  Ms. Torres, thank you very much for

19   your testimony.

20            THE WITNESS:  Thank you very much.

21            THE COURT:  You can step down.

22            MR. ROOTS:  I would ask if Ms. Vanessa -- if

23   anybody would object to her sitting and watching the rest of

24   the trial?  Thank you.

25            MR. PIERCE:  Defense would call Mr. Christopher

```
 1    Alberts.
 2              THE COURT:  All right.  Mr. Alberts, step right
 3    up.
 4              THE DEFENDANT:  Can I bring the water, Your Honor?
 5              THE COURT:  Of course.
 6              THE DEFENDANT:  Thank you.
 7              THE COURT:  All right.  Sir, you know the drill.
 8              THE DEFENDANT:  Yes, Your Honor.
 9                   CHRISTOPHER ALBERTS, Sworn
10                      DIRECT EXAMINATION
11    BY MR. PIERCE:
12    Q.  Good morning, Mr. Alberts.
13    A.  Good morning, Mr. Roots [sic].
14    Q.  Can you please state and spell your name, for the
15    record.
16    A.  Christopher Alberts, C-H-R-I-S-T-O-P-H-E-R; Alberts, A-
17    L-B-E-R-T-S.
18    Q.  And where are you from, Mr. Alberts?
19    A.  I'm originally from New Kent County, Virginia.  I lived
20    all over the state.  I lived in New Jersey, Pennsylvania.  I
21    currently reside in Maryland with my fiancee, Melissa
22    Miller.
23    Q.  And could you just kind of briefly summarize your
24    educational background.
25    A.  I graduated high school from Craig County, Virginia,
```

1    Craig County High School, in 2006.  I went to auto diesel

2    school after coming back from -- shortly -- a couple of

3    years after my deployment -- volunteer firefighter, EMT.  I

4    took -- in my senior year before leaving for basic training.

5              Like my fiancee said, kind of a jack-of-all-

6    trades.  I've done everything from concrete, asphalt,

7    construction, electrical, labor, mechanic.  I mean, I'm a

8    handyman, I guess you can say.  Jack-of-all-trades, master

9    of none is a good slogan, I guess.

10   Q.  At a certain point in your life you joined the military?

11   A.  Yes, sir.  I enlisted July 25, 2005.

12             And I served six years on the Virginia Army

13   National Guard, at some points spending time on what they

14   would call active duty guard reserve, which is active duty

15   jobs.  I worked on a couple of bases in Virginia.  I trained

16   for multiple stateside deployments and missions around the

17   country.

18   Q.  And just for the sake of the court reporter, just try to

19   maybe slow down just a tad.

20   A.  Yes.

21             THE DEFENDANT:  You're typing away over.

22   A.  I apologize, sir.

23   Q.  With respect to the military -- and, again, just kind of

24   walk us through.  Maybe you said some of this.  I'm sorry.

25             Were there certain certifications you received

1    when you were in the military?

2    A.   Yes.   I mean, everybody goes through basic training and

3    receives your basic, you know, combat training, what your

4    job is.   You go to your job school.

5         I received, prior to my deployment, a combat

6    lifesaver course, which kind of is -- in the civilian world

7    is kind of a cross between a paramedic and EMT.   We're

8    allowed to give IVs, perform tractions, splints.

9         You do things that a typical medic would not be

10   able to do because it's more of a combat situation.   You

11   have to be able to triage and treat somebody and get them

12   out of there as fast as humanly possible so that soldiers

13   can live longer.

14   Q.   And after the basic course, was there a -- did you have

15   a permanent station, so to speak, in the U.S.?

16   A.   I was stationed -- so my unit was actually in the --

17   Virginia National Guard, so my unit was stationed in

18   Richmond, Virginia.

19        I did -- again, some of my active duty component I

20   did at Fort Pickett, Virginia, as well as I trained for,

21   again, multiple stateside missions on multiple different

22   kinds of teams and tasks, would be the way the military

23   would put it.

24   Q.   And what was your, as they say, MOS?   Which I believe,

25   if I recall correctly, is military occupational specialty?

1    A.  Yes, sir, it is.  My MOS originally when enlisting was

2    13 Bravo, which is artillery crew member, canon crew member.

3    Considered the king of battle, I guess you can say.  It's

4    the -- infantry is your boots on the ground.  Artillery is

5    their back-up fire support, so we're the big main component

6    of the military.

7    Q.  And at a certain point -- and I'm just going to let you

8    kind of walk through this so I'm not interrupting you with

9    too many questions, but, again, please just kind of take

10   your time step by step.

11        Was there a time at which you were deployed

12   overseas?

13   A.  Yes, sir.  I -- after completing my job school, basic

14   training and job school, which the military at the time

15   called OSEC, basically I did it all in one big push instead

16   of splitting it up.  And I did it all at Fort Sill,

17   Oklahoma, so it's kind of the same drill sergeants for the

18   length of your time.

19        After my -- sorry, I got -- lost my train of

20   thought there.  Could you repeat the question.  I want to

21   make sure I answer it.

22   Q.  No problem.  I just wanted you to kind of just briefly,

23   in a summary fashion, just walk the jury through your time

24   overseas and what you did and what you were there for.

25   A.  So after my job school is when I came home.  I received

1    my orders to go to Iraq in 2007 for the big troop push that

2    they had there.  Literally within like an hour of getting

3    inside my door from my airplane ride my phone rang that

4    said, "You're activated.  Be here in Portsmouth, Virginia at

5    so and so date."

6              From there we went to Camp Shelby, Mississippi,

7    where I was indirectly struck by lightning causing the

8    hearing issues I have.

9              After that I passed through medical and deployed

10   with the Second 183 Cavalry division.

11             THE COURT REPORTER:  Sorry, what did you say?

12             THE DEENDANT:  Second 183 Cavalry.

13   A.  And I was attached to -- there was three different --

14   "troop" is what they consider a cavalry element.  An

15   artillery element would be a battery.  The cavalry troop --

16   the cavalry units were broke down in troops.  I was assigned

17   to Charlie troop in the Second 183 Cavalry.

18   Q.  And so during your time in Iraq, were you engaged in

19   combat operations?

20   A.  So, again, we were a three-troop element.  Alpha troop

21   was in charge of base security in Kuwait at Camp Buehring,

22   Kuwait, the main in-processing base for the country.

23             Bravo troop was in charge of border patrol

24   basically.  There's a fence that runs along the Kuwaiti/

25   Iraqi border, and there's one entry point from Kuwait into

1    Iraq for supplies for troops in the north, and their job was

2    to secure that border crossing.

3              My job in Charlie troop was to secure the road,

4    the supply road, as well as a -- what they call a QRF

5    element, a quick reaction force.  We would be on a one-week

6    standby, basically, mission 24/7.  We could have been called

7    for any kind of escalation of forces incidents on our road

8    as well as when I was a door gunner, our driver, we were

9    tasked with clearing the one and only supply road into Iraq.

10   Q.  And how long were you deployed in those operations?

11   A.  It was a little -- the total deployment in Iraq was a

12   little under a year between coming home, getting ready to

13   leave, and everything.

14             The demobilization/mobilization was right around

15   15 months total.

16   Q.  And in your course of service in the military, did you

17   receive any awards?

18   A.  Yes, sir.  I received multiple accommodations for my

19   service.

20             MR. PIERCE:  And I'd like to bring up, for

21   identification purposes, Alberts Exhibit 1.  I think it's 1,

22   Page 1.

23   Q.  And is that picture, the contents of that picture,

24   familiar to you, Mr. Alberts?

25   A.  Yes, sir.  There's one medal missing that I don't have

1    there, but yes, sir.

2    Q.  What are those?

3    A.  Those are most of my medals, yes, sir.

4              MR. PIERCE:  Permission to -- move to admit

5    Exhibit 1.

6              MR. KONIG:  The government does object.  The Court

7    has repeatedly ruled on this being inadmissible.

8              THE COURT:  In a somewhat different context.  The

9    Court will overrule the objection.

10             Feel free to show.

11             MR. PIERCE:  Thank you, Your Honor.

12   Q.  And for those of us unfamiliar with the particular

13   awards, can you just kind of walk through what those medals

14   are?

15   A.  Yes, sir.  So from left to right I'll try to take my

16   time here and explain them as best as I can.

17             THE COURT:  Briefly, Mr. Alberts.

18             THE WITNESS:  Yes, sir.  I just don't want to tie

19   up her typing there.

20   A.  The left one on the far left is what they call an Army

21   accommodation medal.  It's given -- it's almost one of the

22   highest medals that you can receive without it being awarded

23   by the president.

24             In the military -- in the army --

25             THE COURT REPORTER:  I thought you just said you

1    were going to slow down?

2              THE DEFENDANT:  I know, and I'm talking too fast.

3    Sorry.

4    A.  It is given to soldiers who go and do above and beyond

5    their typical job.  Outside of the scope of their job

6    excelling in anything and every task that is presented to

7    them basically.  I received that for my operations as a

8    gunner finding over 80 pieces of unexploded ordnance on my

9    route in my time in Iraq.

10             The second one is the War on Terrorism Service

11   Medal.  You receive that for fighting in the global war on

12   terror.

13             The one in the middle is the Iraqi Campaign Medal.

14   You have to serve physically in Iraq to receive that medal.

15             The fourth one is the Armed Forces Reserve Medal.

16   That medal is given to armed forces, National Guard and

17   Reserve components, who deploy in defense of their country.

18             And the far right one is the Virginia National

19   Guard Commonwealth, and it's given to you by the Virginia

20   governor when you return home from deployment.  Only

21   actively deployed Virginia National Guard soldiers are given

22   that award.

23   Q.  Okay.  And did you say there was one that was missing

24   from here?

25   A.  Yes.  It would have been -- if I can remember correctly.

1    I don't want to mistake it and ruin my character.

2            I can't remember the exact name of it, but there's

3    one missing.

4            MR. PIERCE:  Okay.  You can take that down.  Thank

5    you, Caitlin.

6    Q.  Okay.  And then upon returning from overseas, what did

7    you do then?

8    A.  That's where I got into the AGR position helping with

9    recruiting, working on Fort Pickett.

10           I also --

11           THE COURT:  Sorry, could you explain to the jury

12   what AGR is.

13           THE WITNESS:  That's the Active Guard Reserve.

14           THE COURT:  Okay.

15           THE WITNESS:  It's -- again, you're still a

16   National Guard soldier, but you're considered active so you

17   do active jobs, and you still have to report to your

18   one-weekend-two-weeks-a-year drill with your unit, so you

19   kind of have to be very flexible in your job role.

20           As well as my unit got tasked shortly after

21   returning home with what was to be known as -- the first

22   ever attempt at making this -- was a nuclear biological

23   chemical decontamination team to where we trained to be on

24   standby for President Obama's inauguration.

25   Q.  And could you just give a little bit more detail with

1    respect to what you did in connection with President Obama's

2    inauguration.

3    A.  So there was --

4              MR. KONIG:  Objection to relevance.

5              THE COURT:  I'll sustain it.

6              MR. PIERCE:  Okay.

7    Q.  Were you honorably or dishonorably discharged from the

8    military?

9    A.  Honorably discharged, sir.

10   Q.  Do you have any long-term medical issues as a result of

11   your military service?

12   A.  Yes, sir.  Because of the lightning strike that I

13   suffered in Mississippi, I do have the constant hearing

14   issues called tinnitus as well as they've classified it as a

15   permanent traumatic brain injury.

16             Unfortunately there's not a lot of studies to find

17   out what causes -- what the long-term effects are on

18   surviving indirect lightning strikes, so the VA does lots of

19   tests to monitor, let's say -- I don't want to say progress.

20   I would call it more of the slowly degrading degenerating

21   health issues that I have causes me to -- again, the hearing

22   is -- was -- is a really big issue.  And there's things that

23   have slowly come into play that the VA is now aware of that

24   my health is not what it should be for a 35-year-old.

25   Q.  You mentioned I think a couple of times -- and, again,

1    you are going a little bit quick.  So let's just flesh out

2    one or two -- you did mention a lightning strike.  Could you

3    please just kind of explain to the jury what -- you know,

4    what happened -- where it happened and what happened?

5    A.  It was in Camp Shelby, Mississippi, during my

6    predeployment.  Sunday afternoon.  We didn't have any

7    training scheduled, so it was kind of a relaxed day.

8            I got back from chow -- you know, food -- and

9    decided to watch a movie on my laptop.

10           My laptop was plugged into my surge protector.

11   The surge protector was plugged into the wall.  A lightning

12   bolt hit the building.  I had my headphones on, and it hit

13   me in the ear.  Basically I was part of the circuit.

14           Knocked out.  Woke up in the hospital.

15           You know, my bunkmate thought I was dead.  He was

16   our medic.  He said he did what they call a sternum rub.  I

17   was completely unresponsive.  He said he didn't see me

18   breathing.

19           I mean, I didn't know what -- I was so -- it

20   was -- one minute I was watching a movie, and the next

21   minute I'm waking up to a bright white light in the

22   hospital.  It was that fast.

23   Q.  And just to clarify -- and then we're going to take a

24   look at a document -- what was the fundamental thing that

25   you then suffered as a result of the lightning strike in

1    terms of symptoms?

2    A.  It's called tinnitus or "tenitis," however you like to

3    pronounce it.  It's a constant, persistent, 24/7, the second

4    I wake up to the minute I go to bed ringing, very piercing

5    ringing, in my ears.  It is always constant.  Sometimes it's

6    more, but it is always there.  It is never -- it never goes

7    away.

8    Q.  And does that affect your ability to hear?

9    A.  It affects my ability to hear and understand speech in

10   loud environments.

11           COVID really brought it to my eyes a little bit

12   more when people started wearing masks, and I didn't realize

13   for the last ten years I had been lip reading, and -- I had

14   no idea.  My body's natural adaption to the ringing in my

15   ears was to learn how to lip read.  Everybody started

16   wearing masks, and I started asking people to repeat

17   themselves over and over and over because I could not see

18   their lips.

19           MR. PIERCE:  Okay.  I'm going to ask to bring up,

20   for identification purposes, Alberts's Exhibit 435, Page 10.

21           And if you could just, yes, blow that up a little

22   bit.

23   Q.  And what is this document?  Do you recognize this

24   document, Mr. Alberts?

25   A.  I do, sir.

1   Q.  And what is this document?

2   A.  It is the most recent audiology exam that I had at the

3   VA.

4   Q.  And that is with respect to your medical conditions in

5   connection with this lightning strike?

6   A.  Yes, sir.

7           MR. PIERCE:  Move for admission of this exhibit,

8   Your Honor.

9           MR. KONIG:  Objection to foundation and relevance

10  and hearsay.

11          THE COURT:  I'll sustain it on hearsay grounds.

12          MR. PIERCE:  Can I go to the phone real quick?

13          (The following is a bench conference

14           held outside the hearing of the jury)

15          THE COURT:  All right.  Mr. Konig.

16          MR. KONIG:  Yes, Your Honor.  I mean, it's kind of

17  a collateral issue.  There's no foundation for it.  It is

18  hearsay.  It's essentially him bolstering testimony he's

19  just given.

20          He's testified.  I think that sufficiently gets

21  the facts in front of the jury without introducing a

22  document to kind of bolster that he's telling the truth

23  about his hearing issues.

24          MR. PIERCE:  Well, Your Honor, it's just -- it's a

25  VA medical record that we would think would come in as, you

1    know, a business record.

2           THE COURT:  There's no business record foundation

3    for it, and I think, just reading quickly the one paragraph

4    that you highlighted, it does bolster what he's already

5    said.  I'm not sure there's any dispute as to the fact that

6    he got hit by lightning.

7           Mr. Konig; is that fair?

8           MR. KONIG:  That is, Your Honor.

9           THE COURT:  And that he has, you know, been

10   diagnosed with tinnitus.  So move on.  Okay?

11          (This is the end of the bench conference)

12   BY MR. PIERCE:

13   Q.  So you just testified that one of the symptoms is this

14   ringing in your ear?

15   A.  Yes, sir.

16   Q.  And how many tones are there that you hear in terms of

17   ringing?  Are there different levels?

18   A.  Yes.  So the way that tinnitus works is basically when

19   your ear loses a frequency, which is measured in hertz, your

20   ear creates this ringing to try to balance out the loss of

21   that tone.

22          But it's really more of an annoyance.  It's -- as

23   the -- as my hearing gets worse, I lose more frequency of

24   hearing.  And the ringing can go from an intensity that is,

25   as I described to the audiology, as a -- it feels like

1    somebody is stabbing you in your inner ear for a very long

2    period of time.

3    Q.  And are there audio files that you're aware of that

4    would give the jury a sense of what this sounds like to you?

5    A.  Yes, sir.  There are two audio files that I have found

6    that would very well demonstrate the hearing that I hear all

7    day.

8    Q.  And those are -- are those fair and accurate sounds that

9    you actually hear?

10   A.  Yes, sir.  The second that sound is heard, the ringing

11   in my ears basically balances out to the tone that is

12   played.  So that is how I know that is the hertz range that

13   I hear -- that I'm hearing the ringing in.

14            MR. PIERCE:  So, Your Honor, we have two very

15   short audio clips that simply have the tone of what

16   Mr. Alberts hears that he just described.  I'd just like to

17   play them.

18            MR. KONIG:  And the government objects to

19   bolstering, Your Honor.

20            THE COURT:  This is a new one for me, but I'll let

21   you play them.

22            MR. PIERCE:  Okay.

23            So, Caitlin, can you play Alberts Demonstrative

24   Exhibit 438, please.

25            (Audio playing)

1          MR. PIERCE:  Okay.  That's fine.

2     Q.  And what is that we just heard, Mr. Alberts?

3     A.  That, if I remember correctly, should be about the 4500

4     hertz tone.  That is the higher end of the piercing screech.

5     Q.  And how often do you hear that?

6     A.  From the minute I wake up to the minute I go to sleep.

7     It's always there.

8     Q.  Okay.  And there is another tone that at times that you

9     hear; is that correct?

10    A.  Again, it can intensify, detensify, but I guess the

11    basis about this is to show that this is what I hear at all

12    times.  It can in itself change in intensity, but the sound

13    itself is what I hear.

14         MR. PIERCE:  So, Caitlin, can you briefly play

15    439.

16         (Audio playing)

17         MR. PIERCE:  Okay.  Thank you.

18    Q.  And that is a sound that you also hear at times?

19    A.  Yes, sir.

20    Q.  Okay.

21    A.  All the time.

22    Q.  And do you wear hearing aids?

23    A.  Yes, sir.  I'm currently wearing the left one, and I

24    took -- I have to take the right one out to wear this

25    headset.

1    Q.  How often do you wear hearing aids?

2    A.  Since they've been given to me by the VA, every day.

3    Q.  And when were you given them by the VA?

4    A.  Just recently after this.  Due to a partially my fault/

5    partially VA fault, documents of this lightning strike were

6    lost, so to the VA I was crazy, and I didn't need hearing

7    aids, and I was making it all up.

8            Now that I had finally found the proof in the

9    government documents saying that I had been struck by

10   lightning, they instantly approved it, fitted me, performed

11   the test, calibrated the hearing aids to my frequency range,

12   and I now wear them 24/7 -- or, when I'm awake, I wear them

13   all day until I go to bed.

14   Q.  And these hearing issues that you're describing, were

15   these present for you on January 6, 2021?

16   A.  Yes.  They'd been present since shortly after July of

17   2007.

18   Q.  Okay.  And then you recounted for the jury various

19   occupations that you've had or that you have.  Do you work

20   with -- are there any of those jobs in which you work with

21   law enforcement routinely in those jobs?

22   A.  Yes.  Prior to my current position, I worked as a tow

23   truck driver where I would be called out for DUI calls,

24   police calls, you know, vehicle accidents.  I had weekly

25   multiple interactions with my local sheriff, local state

1    police, and local, like, county police officers.

2    Q.   Okay.  Now I just want to ask you a few questions

3    regarding politics and your interest in or activity in

4    politics.

5              Are you interested in politics?

6    A.   Yes.

7    Q.   Have you run for office?

8    A.   No.

9    Q.   How active would you describe yourself as?  What kind

10   of...?

11   A.   As active as I am in politics?  I mean, I follow them.

12   I try to get a fair and as unbiased as you can anymore

13   depiction of what's going on.  I try to look at it from the

14   outside as a normal person should and try to take things for

15   how I interpret them, not how I'm being told to interpret

16   things.

17   Q.   Do you have any bumper stickers on your car?

18   A.   I have a Thin Blue Line flag, but that's really -- I'm

19   not a Trump stickers all over the back of my car, no.

20   Q.   How many -- do you consistently vote in elections?

21   A.   I've voted for every presidential election and the

22   majority of local elections since I was old enough to vote.

23   Q.   And in 2020, who did you vote for?

24   A.   Donald Trump.

25   Q.   On election night, did you have thoughts about the

1    election?

2    A.  I mean, I was working as a tow truck driver that night.

3    You know, I was following what was going on because it

4    wasn't a very busy night for us.

5             I felt like things were going smooth at the

6    beginning of the night.  It looked like it was going to be a

7    normal -- like what I remember growing up, a normal election

8    night.  You know, ballots are casted, and they were being --

9    everything was going smooth for the most part.

10   Q.  Are there things that you -- are there things that you

11   saw or heard about that night that led you to reach

12   conclusions about -- any conclusions about the election?

13   A.  I mean, again, following outside media reports, there

14   were -- I was at a local Republican -- like a store where

15   they were live-streaming the election results coming in.

16   Like anybody else, I would get around people and watch the

17   election, family, whatever.

18            And then around 10:30 or so at night we started

19   getting the reports that the voting was being stopped until

20   the next morning, or there was a pipe burst in Georgia, and

21   it was just -- everybody started to get a little worried,

22   and I was -- I couldn't focus on it too much.  I had to

23   continue to work throughout the night.

24            But, yeah, there were articles, news reports,

25   coming in of possible actions that were occurring at the

1    time.

2                MR. PIERCE:  Can we bring up, for identification

3    purposes, Alberts Exhibit 434, please.

4    Q.  And do you recognize this exhibit, Mr. Alberts?

5    A.  Yes, sir, I do.

6    Q.  And without reading it, just tell us what is that.

7    A.  At the time, like I said, I was a tow truck driver, and

8    we had a work-issued tablet that alerts that were needed for

9    you to see pretty much instantaneously would come out.  And

10   this is one of those alerts.

11   Q.  And did you see it at the time?

12   A.  Oh, yes.  I'm pretty sure this was actually sent

13   multiple times throughout the night.

14               MR. PIERCE:  Move to admit Exhibit 434, Your

15   Honor.

16               MR. KONIG:  No objection.

17               THE COURT:  So moved.

18   Q.  And, Mr. Alberts, if you can just --

19               THE COURT:  And just to be clear, you said

20   "throughout the night," you mean election night?

21               THE WITNESS:  Sir, this message was from the

22   election night of that year.

23               THE COURT:  Okay.

24   Q.  And just so we're on the same sheet music, can you just

25   read those first three short paragraphs there.

1    A.  Yes, so:  "New Content Added.

2              "If you find yourself in an area of civil unrest

3    keep your doors locked and windows up.  Attempt to leave the

4    area in your vehicle.  If this isn't possible call 911,

5    Notify Dispatch and stay in your vehicle as long as

6    possible.

7              "See the MobiControl Content Library for more best

8    practices for safe driving during civil unrest.

9              "Thank you for all you do to keep AAA Members

10   Safe.

11             "This content library can be found under

12   MobiControl on the tablet desktop" --

13             THE COURT:  I think that's fine.

14             THE WITNESS:  Yes, sir.

15   Q.  Did that notification give you any cause for concern?

16   A.  It got my heart rate going a little bit being that I

17   worked in Baltimore or Philadelphia, I could -- prior to

18   January 6th I was called into D.C. multiple times.

19             Yes, it was cause for concern when you're by

20   yourself in a tow truck and you're watching -- I mean, what

21   has happened prior to that election and you get this kind of

22   a notification, yes, it's cause for concern.

23   Q.  Were there any times at which -- and, again, without

24   going into details of the communications, but were there any

25   times at which, you know, in the, you know, immediate

1    aftermath or sort of next couple of weeks after the election

2    that you communicated your thoughts about the election to

3    anybody else?

4    A.   Yes.   I talked with plenty of people.

5             MR. KONIG:   Objection to hearsay.

6             THE COURT:   Sustained.

7             Just answer yes or no to this question.

8             THE WITNESS:   Yes, sir.

9    Q.   Yes?

10   A.   Yes.

11   Q.   Okay.   And did you have strong feelings about the

12   election when you were communicating these things?

13   A.   Yes.

14   Q.   Okay.   Was it your understanding that the election was

15   stolen from Donald Trump?

16   A.   I feel like it was a fraudulent election, and there were

17   questions that needed to be raised, yes.

18   Q.   And what did you think was the proper course or avenue

19   to, you know, address those kind of concerns?

20   A.   The proper course of avenue to address these things is

21   to look at the Constitution and how it has been laid out

22   that has worked for the last 200-plus years.   It is for

23   January 6th to occur.   The elected officials, the

24   representative republic that we have, to go into the

25   chambers like they did and debate the contested votes.

1          It happened in 2000.  It's happened in 2016.  It's

2     happened in 1948.  It's happened multiple times in our

3     history where there has been contested votes.

4          The proper way for it was for January 6th to

5     actually not have occurred the way it did.  It should have

6     never been stopped.  It should have been properly done in

7     accordance with the Twelfth Amendment.

8     Q.  You feel like there should have been investigations?

9     A.  Yes.  That's where I was, I guess, leading to is, yes,

10    the investigation is for our elected representatives to

11    debate and come to a common ground and say, okay, we can

12    agree or disagree and vote on it.  I mean, that's -- the

13    heart of our country is the ability to be able to debate

14    these things.

15         I mean, we all have our own opinions.  We all have

16    our own feelings.  We all have our own views, and that is

17    what makes -- it's what makes us great.  I mean, that's what

18    makes us the melting pot we are.  The both Democrat and

19    Republicans saying, "No, I don't agree," or however you want

20    to look at it.  But they come together and they eventually

21    come to an agreement and pass down the votes that they feel

22    should have been certified.

23    Q.  Thank you.

24         Okay.  Let's move to -- and start talking about

25    January 6, 2021.

1    A.   Yes, sir.

2    Q.   Was there a certain point at which you learned there was

3    going to be something going on in D.C. on January 6th?

4    A.   Yes.   Through YouTube posts, you know, people talking

5    about it online, I found out that there was going to be

6    multiple protests on January 6th in D.C., and I decided that

7    I would attend.

8    Q.   And why did you decide that you were going to attend?

9    A.   For multiple reasons.

10        One, to make my voice heard.   Again, I feel no

11   matter what you believe in, we all have that right.

12        And two, I started seeing the sheer number of

13   people that were saying they were coming, and it -- in my

14   own mind, I could only estimate that there was going to be,

15   you know, close to a couple hundred thousand.   I wasn't

16   expecting the size crowd that I saw, but in my mind -- you

17   know, we have been told as Trump supporters that we're not

18   welcome.   Our opinions don't matter.

19        I felt that our right to peacefully make our voice

20   heard was starting to be threatened.   And not from so much,

21   say, the opposite side of the spectrum, but more so the

22   opposite side of the political spectrum was basically

23   telling the world that we don't have a voice, and it doesn't

24   matter.

25        So I felt like I needed to come here and make my

1    voice heard.

2    Q.  At the time you decided to come to D.C. on January 6th,

3    as you just described, did you think January 6th was going

4    to be, you know, some radical event, riot, revolution,

5    anything like that?

6    A.  No.  I mean, I had been to a Trump rally in

7    Pennsylvania.  There was no violence.  There was no

8    attacking of the cops.  There was no -- any of this that I

9    had ever seen from any Trump protest or rally that I'd ever

10   been to.

11          It's just -- I did not expect to see what I saw

12   that day.

13   Q.  Did you do anything to prepare to go to D.C. on January

14   6th?

15   A.  Yes, I -- I mean, my backpack that has been brought out

16   for evidence is what I call a three-day bag.  It pretty much

17   stayed packed in my truck.  The only thing I added to it was

18   the medical kit.

19          The reason behind bringing the MREs is there were

20   reports online that Mayor Bowser had told everybody to avoid

21   downtown, so I figured there weren't going to be any

22   restaurants.  If I got hungry during the day, I had a meal

23   ready to eat.  I could much down on that real quick and be

24   good to go.

25          Again, knowing how we're perceived as these big

1    bad people, I didn't feel safe coming to a city where you

2    can't predict its own citizens, let alone an influx of that

3    many more people.  And this is why I brought the body armor,

4    gas mask, and my side arm.

5    Q.  You've mentioned a three-day bag.  Could you just kind

6    of explain what that is, what that means.

7    A.  So a three-day bag in the military is literally what it

8    is.  It's your three-day bag.  If you're going out on a

9    short mission, you take that three-day bag with you, and the

10   military basically says you're supposed to have enough

11   supplies in there to last three days, food, water, ammo,

12   change of clothes, socks.  It should all be able to fit

13   inside of that three-day bag.

14   Q.  And I think you mentioned, but correct me if I'm wrong,

15   that you -- that that is something that you typically had

16   with you with respect to in your truck with work?

17   A.  Yes.  So the medical kit that I packed that day was the

18   medical kit that stayed inside of my tow truck at all times.

19   Q.  Okay.  And just to, you know, briefly just walk through

20   the items that were in there.

21        Okay.  So you said you had a medical kit.

22   A.  Yes, sir.  It's a simple med kit.  Nothing crazy to it.

23   It's not like a trauma kit.  I don't want to make it sound

24   like I was a full, you know, prepared medic that day, but it

25   has gauze.  It has gloves, alcohol wipes, bandages, wraps,

 1   tape.  It has a CPR face shield in it, a thermal blanket to

 2   keep somebody warm, if they are suffering a traumatic

 3   injury.  Just Band-Aids, Q-tips; your basic first aid.

 4   Q.  And why did you bring that?

 5   A.  My past training.  I've always been there.  I'm always

 6   in the right place at the wrong time, I guess you could say,

 7   where somebody gets hurt, and I've always been able to help.

 8   As well as, again, the influx and the crowd, the strain on

 9   the police, fire, and EMS.

10        To be a first responder and be able to render aid

11   before medics show up is a big, big picture.  So I wanted to

12   be able to help anybody that needed helping that day.

13   Q.  And I think you touched on this, but from my own

14   benefit, if not anyone else's, you said you brought an MRE.

15   Why did you bring an MRE?

16   A.  Again, there was reports that Mayor Bowser was going to

17   be shutting down the downtown area telling people to avoid

18   the area because of First Amendment protesters, so I wanted

19   to be prepared, like I had been trained to, and make sure

20   that if I was there from the 10:00 mark when I arrived to

21   when I left I didn't go hungry.

22   Q.  And I believe you brought a gas mask with you?

23   A.  Yes, sir.  It was attached to my hip.

24   Q.  And was that in your backpack at some point, or was it

25   always on your hip?

1    A.  It was part of the three-day bag.  It just stayed packed

2    in there.

3              But when I arrived in D.C., I attached it to my

4    left leg where it was at all day long.

5    Q.  And why did you bring a gas mask?

6    A.  The night prior, January 5th, I had -- was watching a

7    live stream, and some counter protesters showed up and

8    pepper-sprayed a bunch of Trump supporters.  I just wanted

9    to be prepared in case I met counter protesters who were out

10   to harm me.

11   Q.  And did you bring some kind of radio set, communication

12   gear?

13   A.  Yes, sir.  That was the radio exhibit that's already

14   been introduced to the jury.  That was a two-way radio

15   communication with a throat mic and earpiece so I could hear

16   what was being said.

17   Q.  And why did you bring that?

18   A.  It was just to listen to what was going on.  There --

19   multiple people have those radios.  They're not illegal.

20   You can buy them off line.

21             The only thing with those radios is you cannot

22   transmit on them without having a federally issued license

23   to transmit.  I don't remember the exact terminology that

24   they call it.

25             So it was more to listen, to hear what was going

1    on in the crowd that day.

2    Q.  And did you also -- we're going to come back to it in a

3    second, but just quick, did you also bring a firearm with

4    you?

5    A.  Yes, sir.  I brought my Taurus G2C nine-millimeter with

6    the magazine in the pistol as well as the spare magazine.

7    Q.  Okay.  And we'll come back to some questions on that in

8    a little bit.

9           What time did you get started heading to D.C.?

10   A.  I don't remember the exact time.  It was pretty early in

11   the morning.  There was a -- kind of like a small local

12   rally in my county that was meeting up at a bus stop and

13   heading down to D.C. on the buses, so I figured I'd meet up

14   with them, kind of hang out, you know, get in the mood to go

15   protest and make our voices heard.

16          I didn't have the $50 to pay for the bus ticket,

17   so I figured it would be cheaper if I just drove my car down

18   and came back home the next -- you know, that night.  And I

19   followed the buses for a little while on 95.

20          I got to D.C. somewhere around the 10:00 mark, I

21   don't -- 9:45, 10:00.

22   Q.  So you drove in your own vehicle?

23   A.  Yes, I drove my Jeep Wrangler down.

24   Q.  Did you go with anyone else?

25   A.  No.  I came by myself.

1   Q.  How was the traffic heading to D.C.?

2   A.  It was fine until I got a little outside the city,

3   and then I realized how, you know, packed the day was.  It

4   was -- that -- on a weekday, there shouldn't be that much

5   traffic at the time when I was getting into the city, and it

6   was pretty bottlenecked.

7   Q.  So at a certain point you get to D.C.

8   A.  Yes, sir.  I found a parking deck.  You know, probably

9   the first one I drove down.

10           I saw a parking sign.  I pulled in there and

11  parked my vehicle.

12  Q.  And then what did you do?

13  A.  I got out of my vehicle, grabbed the gas mask, draped it

14  on my leg.  Saw a few other people parking.  Said, "Hey, you

15  know, where are you guys from?"  One was from Montana.  The

16  other was from Wyoming.

17           I said, "Where are you guys heading to?"

18           And they're like, "We're going to the Ellipse."

19           And I was like -- "Do you know where it is?"

20           And I'm like, "I have no idea."

21           They said, "Well, follow us.  You can walk with

22  us."

23           And I walked with it was five or six other people

24  from the parking garage to the Ellipse.

25  Q.  And how long did it take you to walk from the parking

1   garage to the Ellipse approximately?

2   A.  About 30, 40 minutes.  It was a -- we were 20, 30 blocks

3   at least between, you know, stopping and waiting for the

4   crosswalk and everything.  It took a little while.

5   Q.  And what were you wearing when you walked to the

6   Ellipse?

7   A.  I was wearing the hat that is pictured in multiple

8   exhibits, the body armor, my backpack, my side arm, the

9   spare magazine, and the gas mask.

10  Q.  Did you know Trump was going to be speaking?

11  A.  Originally I had no idea that he was actually listed as

12  a speaker there.  I just heard there was a lot of protests

13  going on.

14          I had no idea that he was an intended speaker, no.

15  Q.  Did you have any Trump gear on?

16  A.  No, sir.

17  Q.  Okay.  And you mentioned body armor.  Why did you have

18  body armor?

19  A.  I've always had body armor since getting out of the

20  military.  One, in my daily activities as a tow truck

21  driver.

22          The older style of body armor that I have is very

23  cumbersome and not very flexible, so I saved up some money

24  and found this -- the particular body armor that you all saw

25  online because it is a -- as Dallan Haynes introduced to you

1    guys, the flexible armor.  It's more mobile.

2             So on a daily basis I would wear that without the

3    plates.  Being a tow truck driver -- again, that way I can

4    still have my mobility but be protected without it

5    interfering with my daily job.

6    Q.  So if I heard you correctly, you would wear the body

7    armor without the plates as part of your daily outfit when

8    you're stuck being a tow truck driver?

9    A.  Yes, sir.

10   Q.  And why would you do that?

11   A.  Again, the threat of being by myself in a truck in the

12   middle of the night in some very dangerous parts of the

13   city, cities.  You know, I could have -- I don't live in

14   Baltimore.  I don't live in Philly.  I don't live in D.C.

15   So I don't know where I'm going when I get there.  I don't

16   know if it's a good area, a bad area, what I could be

17   walking into.  I just -- you just -- it's unknown, so you

18   don't know these things.

19   Q.  But you did include the plates whenever you went on

20   January 6th?

21   A.  Yes, sir.  It was just an extra level of protection.

22   It's -- body armor, in its nature, is defensive.  There's

23   nothing offensive about body armor.

24   Q.  And just explain to the jury, you know, why you added

25   the plates.  You know, what purpose to add the plates on

1    that day?

2    A.  So the body armor that Dallan Haynes went into -- I know

3    he had a little bit harder time describing it, but that soft

4    body armor can withstand a lot.  The plates just add to that

5    protection layer.  It can stop bigger-caliber rifle rounds,

6    but it also can handle a lot more impact than just the soft

7    armor.

8              It really wasn't to have any kind of an advantage.

9    It was just more to protect me more in case something

10   happened.

11   Q.  Are you the -- with respect to wearing a body armor on

12   your tow truck job, are you the only tow truck driver that

13   you're aware of to wear body armor?

14   A.  No, I am not.  And I know now more and more who do

15   because of various reasons, but...

16   Q.  And do you understand body armor to be offensive or

17   defensive apparatus?

18             MR. KONIG:  Objection; asked and answered.

19             THE COURT:  You can answer.

20   A.  Again, body armor, in it's nature, is 100 percent

21   defensive.  There is nothing offensive about body armor.

22   Q.  Okay.  And you also -- you also had a gun that day.

23   A.  Yes, sir.

24   Q.  How often do you carry that gun?

25             Well, let me back up.  Strike that.

1           You know, again, speaking at that time, roughly

2     speaking, you know, how often would you have that gun on

3     you?

4     A.  If I was working at a tow truck -- when I was working as

5     a tow truck driver, I would keep it with me at all times.

6           I have been a concealed weapons holder in

7     Virginia.  I grew up around firearms.  As long as I was

8     within my constitutional right, I've carried a firearm.

9     Q.  Would you say that you wear or you carry that firearm as

10    a daily matter?

11    A.  Yes, sir.

12    Q.  Have there ever been times -- again, you know, let's set

13    aside January 6th, all right?  I'm talking about as a tow

14    truck driver and moving around in regular life.

15          Have there ever been times when you have been

16    happy that you have had that firearm?

17          MR. KONIG:  Objection; calls for specific acts.

18          THE COURT:  Sustained.

19    Q.  Okay.

20          MR. PIERCE:  I'd like to bring up, for

21    identification purposes, Alberts Exhibit 440.

22    Q.  Do you recognize that document, Mr. Alberts?

23    A.  Yes, sir.  It is my permit at the time.

24    Q.  What kind of permit was it?

25    A.  Permit to carry a concealed handgun issued by the state

1    of Virginia.

2              MR. PIERCE:  Move for admission of Exhibit 440,

3    Your Honor.

4              MR. KONIG:  No objection.

5              THE COURT:  So moved.

6              MR. KONIG:  Your Honor, may I inquire?  What

7    exhibit number is that again?

8              MR. PIERCE:  Oh, I'm sorry, 440.

9              MR. KONIG:  Thank you.

10             MR. PIERCE:  Yes, sure.

11   Q.  What kind of a process did you have to go through to get

12   that?

13   A.  So at the time -- even though it is expired, at the

14   time, when I went through this process, it was shortly after

15   my deployment in Virginia because I am at the -- in the eyes

16   of the Virginia government I'm proficient in weapons

17   training.  I did not have to do any courses that a --

18             MR. KONIG:  Objection.  This is getting into legal

19   conclusions, and it's irrelevant.

20             THE COURT:  I'll sustain on relevance grounds.

21   Q.  So this -- is this the -- I'm not sure if these things

22   are specific or not, but is this specific to the firearm

23   that you had on January 6th?

24             MR. KONIG:  Objection to relevance.

25             MR. PIERCE:  I'll move on.

1    Q.  So you brought a firearm January 6th.  We talked about

2    that.

3                Why did you bring that firearm?

4    A.  For personal protection.

5    Q.  Did you have safety concerns for yourself heading to

6    January 6th?

7    A.  By myself in a city that I don't know?  Yeah.

8    Q.  Did you believe it was illegal for you to bring that

9    firearm to D.C.?

10               MR. KONIG:  Objection.

11               THE COURT:  Sustained.

12   Q.  Now, at a certain point you arrive at the Ellipse; is

13   that right?

14   A.  Yes, Your Honor.  Or sorry, yes, Mr. Pierce.

15   Q.  Not quite yet.

16               And did you meet up with anybody at the Ellipse?

17   A.  There was other people walking around I guess you could

18   say dressed the same way I was -- you know, vest, backpacks,

19   dressed not in Trump gear -- watching over the crowd, yes.

20   Q.  Did you actually hear Trump speak?

21   A.  I was at the Ellipse while Trump was speaking, but I was

22   not focused on his speech at all.  I was focused on far more

23   pressing concerns.

24   Q.  Was there anything notable that you recall that happened

25   when you were around the Ellipse?

1    A.  Yes.  There was a backpack in the tree that was not

2    being -- it was all by itself.  It was very suspicious that

3    it was sitting there.

4    Q.  Did you do anything?

5    A.  Yes.  We attempted to notify Metro PD about the

6    suspicious bag, and nothing came of it, so me and a few

7    other people took it out of the tree, walked it as far away

8    from the Ellipse and Trump's speaking area as we could

9    towards the World War II Memorial I think, or monument, and

10   we put our own lives at risk and opened the backpack.

11   Q.  Why did you feel the need to take these steps?

12            MR. KONIG:  Objection to relevance.

13            THE COURT:  Go to the phone, Counsel.

14            Or I'll tell you what.  Just move to another

15   topic.  We'll deal with it at the break.  Okay?

16            MR. PIERCE:  Okay.

17   Q.  And then, at a certain point, did you move away from the

18   Ellipse?

19   A.  Yes.  After -- shortly after that I noticed the mass of

20   the crowd walking towards the Capitol, and I followed suit.

21   I, again, just kind of went along with where the crowd was

22   going.

23   Q.  And so were you in the midst of a lot of people?  How

24   many people?

25   A.  I would estimate there was probably a good couple of

1    thousand people in front of me.  You know, there was a

2    very -- you know, pretty straight road to the Capitol.  You

3    can see pretty far.  I was, again, on the far side of the

4    Ellipse when I noticed people walking, so by the time I

5    crossed the Ellipse lawn -- and as the government showed you

6    the video of me walking up the street, that was shortly

7    right after my walk -- starting to walk towards the Capitol.

8    Q.  And why did you start walking towards the Capitol?

9    A.  Again, I just saw the crowd.  I had asked somebody what

10   was going on, and they said, "Trump said we're going to the

11   Capitol to peacefully and patriotically make our voices

12   heard."

13          I was like okay, I guess we're going to the

14   Capitol.

15          Again, it wasn't -- I wasn't planned to go to the

16   Capitol that day.  I just knew there were protests in D.C.

17   and wanted to be part of them.

18   Q.  So just to clarify.  You mentioned something that I

19   think Trump said during the speech.  Did you actually hear

20   that at that time, or no?

21   A.  No.  That was -- again, that's just what somebody said.

22   I -- it could have -- that could have been what he said.

23   That could have not been.  At that point, I just assumed the

24   person was telling me what Trump said.

25          I, again, was not focused on his speech at all.

1    Q.  And approximately what time was this --

2    A.  The --

3    Q.  -- when you were walking toward -- from the Ellipse to

4    the Capitol?

5    A.  The walk -- I would say, not looking at my phone or my,

6    you know, watch that day while I started walking everywhere

7    I went, but roughly 10:20ish [sic], 10:30.  I'm pretty sure

8    the time stamp on that video the government played you was I

9    think 12:38, so that would put me right around the 12:20,

10   12:30 mark where I started walking.

11   Q.  And how did the crowd seem?  What was the atmosphere

12   like as you were walking to the Capitol?

13           THE COURT:  Mr. Pierce, is this maybe a good time

14   for our morning break?

15           MR. PIERCE:  Yes, Your Honor.

16           THE COURT:  All right.  Ladies and gentlemen,

17   let's take our 15-minute morning break.  It is 10:45.  Let's

18   see you back here at 11:00.

19           (Jury exits courtroom)

20           THE COURT:  All right.  Mr. Alberts, you can step

21   down.  Don't discuss your testimony over the break.

22           THE WITNESS:  Yes, sir.

23           THE COURT:  All right.  Mr. Pierce, the backpack

24   on the Ellipse?

25           MR. PIERCE:  Yes, Your Honor.  I mean, it's

1    really -- you know, I mean, the government has, you know,

2    tried to paint this whole tapestry as Mr. Alberts being

3    there in D.C. on January 6th to, you know, essentially

4    overthrow the government and take over the Capitol.  I mean,

5    we're just -- it's part of the context and the story of what

6    he was there for to do that day, you know, contrary to what

7    they paint.  I think they've opened the door to that.

8               MR. KONIG:  Your Honor, I think we've --

9               THE COURT:  And, I'm sorry, should we do the --

10   I'm sorry.

11              MR. KONIG:  The Court's given defense some leeway

12   in this, but what the defendant did with regard to a

13   backpack a couple of hours before he's alleged to have

14   committed crimes at the Capitol isn't relevant.  It's just

15   specific acts evidence.  It's well beyond what's admissible

16   in a case like this.

17              THE COURT:  All right.  So the jury knows that he

18   took the backpack.  I think the question pending was why he

19   did it?

20              MR. KONIG:  Yes.  I think it's just sort of

21   bolstering him.  It's trying to sort of -- it's -- I'm not

22   sure it's related to any particular element of any

23   particular crime that's being charged.

24              THE COURT:  Okay.  I'll sustain that.  Just move

25   on.

1          All right.  See you in 15 minutes.

2          (Recess taken)

3          THE COURT:  Mr. Konig.

4          MR. KONIG:  I just had a brief follow-up to the

5    area of questions that we were discussing before the recess.

6          It's my understanding -- and I'd just ask

7    Mr. Pierce to proffer what the contents of that backpack

8    was.  My understanding is the backpack was empty, and so

9    right now I think, based on the testimony, it sounds like I

10   believe the defendant's testimony was he put himself at

11   great risk by opening that backpack.  It's kind of out there

12   hanging.  But I'm not sure, and I want -- so, you know, I

13   want a proffer as to what the contents were.

14          THE COURT:  Mr. Pierce.

15          MR. PIERCE:  Yes.  So there was -- so it turned

16   out there was nothing dangerous in it.  I'm not 100 percent

17   certain, without talking to Mr. Alberts, which I'm not going

18   to do because he's on the stand, whether there was anything

19   in it or not, but it turned out there was nothing dangerous

20   in it.

21          I don't know if there was actually anything in it

22   that was like nondangerous, but there was nothing dangerous.

23          MR. KONIG:  I can just ask about it on cross or --

24          THE COURT:  You can explore on cross.  I think

25   that's the way to deal with it.

1            Mr. Alberts, you can come back up.

2            THE DEFENDANT:  Yes, Your Honor.  I was waiting

3    for the word.  Sorry.

4            (Discussion off the record).

5            (Jury enters courtroom)

6            THE COURT:  All right.  Please be seated.

7            Mr. Pierce.

8            MR. PIERCE:  Thank you very much, Your Honor.

9    BY MR. PIERCE:

10   Q.  So, Mr. Alberts, I think we were talking about when you

11   started -- you know, you were walking towards the Capitol, I

12   believe, is where we left off.  And so I'm not sure which

13   question I ended on.

14           So how did the crowd seem?  What was the

15   atmosphere like as you're walking towards the Capitol?

16   A.  Like any other, you know, protest would be.  People were

17   chanting, cheering.  There was no outright calls for, you

18   know, violence or anything.  We walked past multiple federal

19   buildings, federal officers standing outside of the doors,

20   people waving to them.

21           You know, we weren't torch carrying.  We weren't

22   burning -- you know, there wasn't trash cans being flipped

23   or, you know, signs being destroyed or anything like that.

24   There was just everybody walking down Pennsylvania and

25   Constitution Avenue to the Capitol.  Very peaceful.

1    Q.  Were you walking down the middle of the street, or were

2    you walking down the sidewalk?

3    A.  Mainly I walked down the middle of the street.  I

4    don't -- I do not ever remember touching sidewalk at any

5    point in time in my trek down Constitution Ave.

6    Q.  Any particular reason you were walking on the street

7    versus the sidewalk?

8    A.  It was where everybody was walking.  The road was closed

9    as D.C. puts up those big dump trucks blocking off the road

10   for First Amendment rallies.  There were no cars.

11           Everybody else was in the road.  I followed suit

12   and just walked down the street.

13   Q.  Were there any other, you know, protesters, people

14   walking towards the Capitol that were dressed similar to

15   you?

16   A.  Yes.  It was -- the crowd was mixed; women, children,

17   old folks, some people being pushed in wheelchairs.  People

18   like me dressed like me; people not dressed like me.  People

19   wearing Trump stuff; people wearing, you know, gay pride

20   stuff, Asians for Trump.

21           You know, it was a -- there were people dressed in

22   all sorts of different get-up and shirts and hats.  It was

23   just a big melting pot of people.

24   Q.  So you saw some other people, for example, that had

25   tactical vests or body armor, things like that?

1    A.  Yes.  Throughout the day I passed and seen multiple

2    people wearing what I was wearing in different fashion, but

3    similar in its nature.

4    Q.  Did you develop any impression about why people would be

5    dressed in that kind of gear?

6              MR. KONIG:  Objection to relevance.

7              THE COURT:  Overruled.

8    A.  I would say -- I mean, not speaking to their state of

9    mind because I don't know who they were, but I would assume

10   they probably felt the same way I did, coming to a city that

11   probably most of them had never been to from clear across

12   the country, and they felt like they had the right to

13   protect their life.

14             I mean, if need be.

15   Q.  Did you consider yourself to be representing Donald

16   Trump that day?

17   A.  No, no.

18   Q.  Okay.  Now, let's -- now at a certain point you get

19   close to the Capitol.

20   A.  Yes, sir.  Eventually my walk down the street led us to

21   where is the Capitol building, yes.

22   Q.  All right.  And as you start approaching the Capitol,

23   what do you observe?

24   A.  The crowd was just -- it was a lot more people.  Like I

25   said, a couple of thousand had gone in front of me.  I mean,

1    I didn't see the thousands of people.  I only saw the couple

2    hundred around me.

3           But when we got to the Capitol, you could clearly

4    see a massive crowd already on the grounds of the Capitol.

5    The Peace Monument had a bunch of people congregating around

6    it.  And I just walked right onto the Capitol grounds.

7    Never met a police officer or a fence or any kind of warning

8    that, you know, the areas was so-called restricted.

9           I thought Capitol grounds was always public

10   property in my understanding of it being the people's house.

11   It's where we go as Americans to make our voices heard.

12          At no point in time did I know the building was

13   restricted.

14   Q.  So to zoom in a little bit on that, did you see any

15   signs indicating that any areas were restricted?

16   A.  No, not to my knowledge, no.

17   Q.  And at that time, when you were approaching the Capitol,

18   do you see any police, any cops at that point?

19   A.  At the time that I had -- when I walked over from the

20   Peace Monument up the steps and, you know, down onto the

21   sidewalk, no.

22          There were police officers at this time already I

23   guess what's now to be known as the center stage where I

24   guess the inauguration stage was set up.  There -- you could

25   see officers up there.  But I did not personally see anybody

1    around me when I got on the grounds, no.

2    Q.  And had you ever been to the U.S. Capitol?

3    A.  No.  This was the very first time I'd ever been to the

4    Capitol to see it up that close.

5    Q.  Had you ever been to any state capitols before?

6    A.  Virginia state capitol.  I lived right outside of

7    Richmond.  I mean, New Jersey, went to a protest at the

8    state capitol.  Maryland.

9         Yes, I've been to plenty of other state capitols.

10   I've traveled the whole country and seen almost every 50

11   states as a young kid.  It was something my grandmother

12   wanted me to do.

13        So I've been to multiple state capitols, yes.

14   Q.  And briefly, what was your experience at those other

15   state capitols in terms of access?

16   A.  Walk right in, go through a security checkpoint, and

17   it's a public forum.  It's where you go to see your

18   legislative representatives work.

19   Q.  Okay.  Now, is there a certain point that you start

20   working your way towards some -- like the steps that we're

21   talking about a lot of.  I forget exactly what they call

22   them.  Maybe northwest steps, if I'm not mistaken.

23        But is there a certain point at which you start

24   moving in that direction that we've all seen where you're

25   ultimately at the bottom of those steps?

1    A.  Yes.  So that was -- at the base of that northwest

2    staircase I guess where the inauguration stage was set up,

3    the scaffolding, as it's being referred to, it's -- if you

4    go there now, you can walk to that -- I can't remember the

5    exact term that the Capitol Police captain -- that wall that

6    is around the Capitol.  I walked over the sidewalk and right

7    up the sidewalk to the base of the northwest staircase,

8    which is the far left of the center stage.

9    Q.  Is there any particular reason that you were making your

10   way in that direction?

11   A.  At the time it just happened to be in the general

12   direction I was heading to.

13          Once I got closer to the steps, I noticed an

14   encirclement of police officers trying to keep everybody

15   back, and it kind of got my attention, so I kind of wandered

16   over there to make sure everything was okay.

17   Q.  You walked over to a group of police officers to see if

18   things were okay, you said?

19   A.  Yes.  They were -- again, they were kind of in -- they

20   weren't in a line.  They were in a circle.  And normally

21   when cops are doing that, they're keeping the crowd away

22   from that specific area.  And where this was was, again,

23   right at the base of the west steps on the sidewalk, so it

24   was just kind of weird to see a circle of cop -- literally

25   all the protesters are staying away from that little spot so

 1    I'm like what's going on over there.

 2            And I kind of just walked a little closer and

 3    noticed what I saw.

 4    Q.  And why -- you know, seeing a group of police officers

 5    standing in a circle, why did you decide to go over to a

 6    group of police officers standing in a circle?

 7    A.  Who I am.  I can easily render aid and help in pretty

 8    much almost any situation that I'm put in.

 9    Q.  So you get to that area where the police are in a

10    circle?

11    A.  Yes, sir.

12    Q.  And what did you see?

13    A.  A protester laying on the ground on his back

14    unresponsive and receiving chest compressions.

15    Q.  And did you ultimately learn the identity of that

16    individual?

17    A.  Yes.  Through independent research and documentary

18    filmmaking --

19            MR. KONIG:  Objection to relevance and hearsay.

20            THE COURT:  Sustained.

21    Q.  What did you do?

22    A.  I offered to give my CPR face shield -- the person that

23    I saw was receiving chest compressions, which is a portion

24    of CPR.  The other portion of CPR is what they call rescue

25    breathing.  It's a two-pronged approach.  You can't really

1    do chest compressions without rescue breathing.

2              So I offered -- in my CPR bag I have a CPR face

3    shield that allows you to give rescue breathing without

4    receiving a virus back to you or a real infection or

5    having -- say if the patient throws up in their mouth, it

6    doesn't come your way.  There's a one-way check valve.  It

7    only allows air to pass through and not come back out.

8              I was told -- you know, I was basically --

9              MR. KONIG:  Objection to hearsay and also

10   relevance.

11             THE COURT:  Sustained.

12   Q.  And I think you testified earlier, you do have some --

13   you do have experience with CPR?

14   A.  Yes.  I received -- I was always around the volunteer

15   fire department growing up.  I took my very first CPR class

16   when I was eight years old, and since then I have always

17   been somebody who has offered help when needed.

18             MR. PIERCE:  Can we bring up, for identification

19   purposes only, Alberts Exhibit 1-14, please.

20   Q.  And do you recognize this document?

21   A.  Yes, sir, I do.

22   Q.  And what is this document?

23   A.  This is what the military refers to as a DD-214.  That's

24   D, D, 2, 1, 4.  It's your accommodations and awards --

25             MR. KONIG:  Objection to hearsay, relevance,

1    bolstering.

2              THE COURT:  Can we go to the phones.

3              And can we blow it up?  I can't see it.

4              (The following is a bench conference

5               held outside the hearing of the jury)

6              THE COURT:  All right.  Mr. Konig --

7              MR. KONIG:  Your Honor --

8              THE COURT:  -- what is it and --

9              MR. KONIG:  -- it just appears to be a way to

10   confirm his earlier testimony about his, I guess,

11   certification as an EMT or something.  I mean, it's not

12   clear how this is admissible as -- for a number of reasons.

13             It certainly does confuse the issues in this case

14   when we're getting into extrinsic evidence about his

15   training and his discharge --

16             THE COURT:  All right.  I'll allow it.  He says

17   that he's -- he knows CPR, and he was an EMT.  I don't think

18   we need this.

19             Okay, Mr. Pierce?  Move on.

20             (This is the end of the bench conference)

21   BY MR. PIERCE:

22   Q.  Okay.  So I think you testified you offered some sort of

23   assistance with respect to what was going on with that

24   individual?

25   A.  Yes.

1   Q.  You offered assistance to the police.  Is that right?

2          MR. KONIG:  Objection to leading.

3          THE COURT:  Overruled.

4   A.  I was offering my assistance, and my opinion would be

5   for the person who was on the ground.  I was offering to

6   help the cops aid in the gentleman on the ground.

7   Q.  And did the police officer -- how did the police

8   officers respond to your offer?

9   A.  Not in an angry manner or anything.  They just politely

10  requested if I wanted to help, help with crowd control.

11  Q.  And so what did you do?  What did you do next?

12  A.  They said they were trying to bring a rescue squad in on

13  the drive -- the little sidewalk.  It literally runs right

14  in front of the west side stairs.  So they asked if I could

15  help keep everybody off of that sidewalk so that they could

16  bring in the medics to get him out of there and get him to

17  the hospital.

18  Q.  And do you know the -- how many police officers did you

19  interact with in that little setting there?

20          MR. KONIG:  Objection to relevance.

21          THE COURT:  I'll overrule it.

22  A.  In that general area, like face-to-face interaction,

23  personal words exchanges?  Two officers.

24  Q.  And do you know the names of those officers?

25  A.  One of the officers is an R. or N. Martino.  It's very

1    hard to make out from the name, but the last name is very

2    legible.

3              And the other one is C. Atkinson.

4    Q.  And what did you -- when they asked you to -- if you

5    wanted to help, that you could help with crowd control, what

6    did you do?

7    A.  I did just that.  I turned my back and noticed another

8    protester kind of becoming confrontational with Officer

9    Martino, and I put myself in between that protester and

10   Martino and removed the protester from his immediate area.

11   Q.  Were those officers attempting to keep that area clear?

12   A.  They were asking everybody to stay back, but, again,

13   there was very few officers, and they were more focused on

14   trying to help keep Benjamin -- I'm sorry, trying to keep

15   the protester from -- I guess keep the area clear on the

16   protester.  They needed to focus on the gentleman on the

17   ground more than they could the road.

18   Q.  And what was -- how was the crowd right there in that

19   immediate vicinity acting?

20   A.  That crowd, from what I could see, was completely

21   peaceful, but there was already riot control devices going

22   off at the time.  Tear gas, CS gas, explosions.

23   Q.  Did you have -- did you have conversations,

24   interactions, with those two officers you named just a

25   minute ago?

1    A.  C. Atkinson was my main point of contact at that point

2    on the ground.

3              MR. PIERCE:  Okay.  I'd like to bring up Alberts

4    Exhibit 259, which is in evidence, without audio at this

5    point just for identification at this point.

6              Could you bring up Alberts 259.  Just go ahead and

7    play it for -- how long is it?  It's a pretty short clip.

8              Just play it for the witness right now for

9    identification purposes.

10             (Video playing)

11             MR. KONIG:  Your Honor, this is already before the

12   jury.  We don't object --

13             THE COURT:  This is in evidence without audio.

14             MR. PIERCE:  Okay.  I'm sorry about that.

15             We'll go ahead -- I'm going to ask to admit it

16   here and ask to play the audio version.  I was just having

17   the witness kind of lay some foundation.

18             But we can play it.  The jury can watch --

19             THE COURT:  Any objection to the audio version?

20             MR. KONIG:  Your Honor, we do not object.

21             THE COURT:  Okay.  Why don't we just move to admit

22   this version --

23             MR. PIERCE:  Thank you, move to admit.

24             THE COURT:  -- and move this along, okay?

25             MR. PIERCE:  Thank you.

1          So go ahead and play the audio.

2          THE COURT:  We will play it with audio, and you

3    can publish it to the jury.

4          (Video playing)

5          MR. PIERCE:  Okay.  Thank you.

6    Q.  And so is that a clip of what you were just describing

7    in your testimony a minute ago?

8    A.  Yes.  That's the altercation, the verbal exchange, with

9    Officer C. Atkinson.

10   Q.  Okay.  And at least for me, it was a little bit

11   difficult with all the voices.  Do you recall what

12   Mr. Atkinson said to you and what you said to him?

13   A.  Yes.  If you notice, in this freeze frame right now he

14   was speaking into my left ear.  That was the opposite ear

15   that the earpiece was in, so that is the one ear that I

16   could clearly tell what he was saying.

17   Q.  And what was said between the two of you?

18   A.  He said, "Use your voice.  Keep the road clear.  That's

19   all we're asking."

20          This was after the initial time that they both

21   asked me to help keep that road clear.

22          MR. PIERCE:  You can take it down.  Thanks.

23   Q.  And at this time did you see any sort of rioting

24   happening?

25   A.  No.  The crowd around us was, you know, completely

1    complying with my orders.  I was the only one keeping that

2    road clear from prior government exhibits where they circle

3    me down the road by that piece of excavating equipment.

4    That whole section of probably 50 foot of road I kept clear

5    for the rescue squad.

6            The crowd was being completely compliant with my

7    and the police officers' orders, but at the same time we

8    still were being gassed, and rounds were still being thrown

9    at us.

10   Q.  Up to this point in time had you seen any violence by

11   any protesters at all?

12   A.  What we've just witnessed, that gentleman there was

13   at -- the most violent action I had seen prior to any other.

14   That was it.  That was the most angry I'd seen anybody in

15   that crowd around my area.

16   Q.  By that point in time had you heard any announcements

17   that a riot's being declared or that people should disperse?

18   A.  No.  And at this time there was maybe, again, a couple

19   of thousand patriots on the lawn.  It would have been very

20   easy to -- for them to announce a riot and clear the lawn.

21           MR. PIERCE:  Okay.  Caitlin, can you bring in

22   Government Exhibit 403.  I believe it's in evidence.

23           THE COURTROOM DEPUTY:  Yes.

24           MR. PIERCE:  403.

25           MR. KONIG:  Your Honor, I believe 403 is not in

1    evidence.

2              MR. PIERCE:  Oh, I'm sorry.

3              Could you bring up Exhibit 403 for identification

4    purposes.  Yes, thanks.

5    Q.  And do you recognize this picture, Mr. Alberts?

6    A.  Yes.  That's me.

7    Q.  Is that a fair and accurate depiction of you near the

8    Capitol on January 6th?

9    A.  Yes.

10             MR. PIERCE:  I move to admit, Your Honor.

11             MR. KONIG:  No objection.

12             THE COURT:  So moved.

13   Q.  And what time frame is this picture taken, if you

14   recall?

15   A.  This is shortly after that video that we just saw.  If

16   you noticed the gentleman standing behind me there, he was

17   in that same video standing generally in that same location.

18             This is -- as you see in the bottom left-hand

19   corner, that is that sidewalk I was talking about that leads

20   from -- I don't know the technical name of it.  There's a

21   little circle off to the left side of that -- the north side

22   of the Capitol there.  This driveway kind of loops around

23   and leads right there.  And this also -- this direction

24   comes right towards the front steps of the Capitol.

25             So, again, this is the sidewalk that Officer

1     Atkinson asked me to keep clear, and I did.

2     Q.  Okay.  And so what are you doing here?  What's going on?

3     A.  Just -- I'm kind of monitoring as much of the line of

4     people as I can trying to keep from -- again, the

5     government's exhibits where I was eventually at -- near

6     that -- there's another piece of equipment across the

7     sidewalk from that yellow piece of equipment there.

8              From where the altercation -- the verbal exchange

9     with Atkinson and that other altercation was pretty much

10    right at the base of the steps.  This is farther down that

11    sidewalk.

12    Q.  Okay.  And is there a certain point in which you

13    observed something else occurring with respect to the

14    individual who had been getting aid?

15    A.  Yes.  Shortly after maintaining this sidewalk, that

16    individual is carried out on what is to be known now as the

17    bike racks receiving CPR from one of the other people in the

18    crowd while being carried out by other -- probably about ten

19    protesters carrying the bike rack.

20              MR. PIERCE:  And can we bring up, for

21    identification purposes, Alberts Exhibit 441, please.  And

22    without the sound, could you just play that for the witness.

23              (Video playing)

24    Q.  And do you recognize this video, Mr. Alberts?

25    A.  Yes, sir.

1    Q.  And are you -- do you see yourself in this video?

2    A.  Yes, sir.

3    Q.  And --

4             MR. PIERCE:  Move to admit this exhibit, Your

5    Honor.

6             MR. KONIG:  We object as irrelevant and under Rule

7    403.

8             THE COURT:  Overruled.

9             MR. PIERCE:  Okay.  So can you go ahead and play

10   that with the sound, Caitlin.  Yes, please.

11            (Video playing)

12            MR. PIERCE:  Okay.  And you can turn off the sound

13   and maybe just back it up a couple of seconds so we can

14   clarify a line of sight here.

15            Okay.  That's good.  We're going to test my

16   technological capability today.

17   Q.  So, Mr. Alberts, what's going on in this video?  What do

18   you recall occurring here?

19   A.  So as you can see -- if I have permission to circle

20   myself?

21            As you can see, I'm standing right here.  The

22   protester is being carried out by this group right here, and

23   as you can see, this lady right here is on top of that

24   protester performing, again, what is to be known as chest

25   compressions.

1    Q.  And what's going through your mind at this point

2    watching this?

3    A.  The guy's been on the ground too long, and he's dead.

4              MR. PIERCE:  Okay.  You can take that down.

5    Thanks.

6    Q.  Now, at a certain point did you become -- did the crowd

7    start reacting to you kind of right in this time frame in

8    any particular fashion that you remember?

9    A.  No.  The crowd was -- at this point was -- again, I was

10   focused on Benjamin.  The crowd was complying with my orders

11   to stay off the sidewalk when we got him out.

12             Other than that, the crowd wasn't really paying me

13   any mind, no.  They were reacting to the fact that they just

14   saw what they saw.

15   Q.  Okay.

16             MR. PIERCE:  And I'd like to bring up, for

17   identification purposes, Alberts Exhibit 291, please.

18             And I'm just going to have you play for the

19   witness without sound from approximately 10:38 to 10:55.

20             (Video playing)

21   Q.  And do you recognize this video, Mr. Alberts?

22   A.  Yes, sir.

23   Q.  And is this from January 6th?

24   A.  It is, Your Honor.  Or Mr. Pierce, sorry.

25   Q.  And did you see yourself in that video?

1    A.  Yes, sir.

2    Q.  And this is a fair and accurate depiction of events that

3    occurred that day?

4    A.  Yes, sir.

5            MR. PIERCE:  Move to admit this, Your Honor.

6            MR. KONIG:  No objection.

7            THE COURT:  So moved.

8            MR. PIERCE:  Okay.  Go ahead and play just that

9    clip with sound.

10           (Video playing)

11   Q.  And so can you just tell the jury what you recall going

12   on in this video here.

13   A.  I can only assume that some of the protesters had

14   mistaken who I was and started getting a little bit agitated

15   with me.  This is after the moment that I pulled that

16   gentleman off of Atkinson.  And I can only take it that

17   gentleman did not like the fact that I broke up his

18   altercation with him.  He started to question who I was and

19   getting a little bit violent with me.

20           This is why I walked down the sidewalk again; to

21   help keep that sidewalk clear but to remove myself from that

22   altercation with him.

23   Q.  Now, at a certain point did you put your gas mask on?

24   A.  Yes.  After the gentleman was carried out, again, the

25   whole time explosions are going on.  To the off right of

1   screen, gas is being used.  The CDU unit gets brought in,

2   and I donned my gas mask.

3   Q.  And so why did you don your gas mask?

4   A.  At the time I was able to breathe -- you know, you could

5   smell the tear gas and CS gas.  It wasn't bothering me that

6   bad, but I knew that if I was going to be effective at

7   helping people, I needed to be able to see -- you know, kids

8   and women were coming out of the crowd coughing and blind

9   and had no idea where they were going.  And for me to be

10  able to help them, I have to be efficient.  I have to be

11  able to operate, see, breathe, and know what's going on to

12  be able to render aid.

13  Q.  Do you have some prior experience in your life with CS

14  gas?

15  A.  Yes, from the military.

16  Q.  And what is that experience?

17  A.  It's -- technically CS gas is different than OC spray.

18  It's an actual chemical made in a lab.

19          OC spray is made by capsaicin; you know, your

20  peppers.  Tear gas or CS gas is made in a lab, so it affects

21  you differently.

22          But as a requirement in the military, you have to

23  go to the gas chambers, what it's referred to, once a year

24  to get your gas mask certification to be approved to have

25  and use that gas mask.

1           MR. PIERCE:  And so I'd like to bring up, for

2     identification purposes, Government Exhibit 407, please.

3     Q.  Do you see that picture, Mr. Alberts?

4     A.  Yes, sir.

5     Q.  Is that -- do you see yourself in that picture?

6     A.  Yes, sir.

7     Q.  Is that from January 6, 2021?

8     A.  Yes, sir.

9     Q.  Is that a fair and accurate representation of

10    something -- of a picture that occurred that day?

11    A.  Yes, sir.

12           MR. PIERCE:  Move for admission, Your Honor.

13           MR. KONIG:  No objection.

14           THE COURT:  So moved.

15    Q.  And so what's happening here in this picture,

16    Mr. Alberts?

17    A.  So this is, again, after the protester was carried out.

18    Shortly after he had made the turn to go towards that rescue

19    squad, the CDU unit that you see in this picture decided

20    that this little portion of the grass, I guess, needed to be

21    protected.  No violence from anybody standing around him.

22    Nobody is -- you know, any confrontations with him.

23           Once Benjamin -- or once the protester went past

24    me and before the riot cops, the CDU unit, came in, I had

25    walked onto the grass.  That is why I'm now -- as you can

1    see the sidewalk is in front of us.  I am on the opposite

2    side of that sidewalk.

3    Q.  And how did -- so do you see somebody in front of you?

4    A.  Yes.  That's one of the I guess known to be civil

5    disturbance unit officers.

6    Q.  And if you recall, how did the two of you sort of come

7    into this proximity with each other in this picture here?

8    A.  I was wandering around this area just kind of -- just

9    walking around, and I turned around and noticed this

10   gentleman standing in front of me.  Kind of brought a little

11   cause to concern in my mind.

12   Q.  Did you notice something about him or the way he was

13   standing that brought some concern to your mind?

14   A.  His hand was on his firearm, and he's staring directly

15   at me.

16   Q.  What did you think at that moment?

17   A.  I asked him, "Why do you have your hand on your

18   firearm?"

19               And he just didn't -- he didn't respond.

20               "Are you ready to shoot me for just standing

21   here?"

22               And he just stared at me with this stare and just

23   gaze that -- I don't know what was going through his mind at

24   the time.  Why -- I didn't know -- no other officers on that

25   line had their hand on their firearm, but he did.

1    Q.  And aside from what you just testified to that you said

2    to him or you asked him, did you react to this in any way?

3    A.  No.  I just feared that I was about to be shot.

4    Q.  Okay.

5              MR. PIERCE:  You can take that down.

6    Q.  Did you at some point get to the bottom of these -- I

7    guess we're calling them the northwest steps that we've

8    been, you know, looking at a lot last week.  At some point

9    did you get to the base of those steps?

10   A.  Yes.  Eventually I made my way to I guess what is now

11   being referred to as the lower landing at the bottom of the

12   scaffolding and steps.

13   Q.  And about what time was this?

14   A.  When I started to make my way up the steps, it was

15   probably right around the 1:50ish mark.  Shortly thereafter

16   or before.

17   Q.  And if you can recall, how long after the picture that

18   we just looked at, that interaction, and when you got to the

19   base of those steps?

20   A.  Probably about 30, 40 minutes where I was on the grass

21   just walking around before I took my place on the lower

22   terrace there.

23   Q.  And is there a particular reason that you moved in that

24   direction towards the base of those steps?

25   A.  The people at the lower portion of the steps were

1    getting pelted with what is to be called less lethal

2    munitions without warning.

3    Q.  Did you observe anything else that was going on with

4    respect to actions of the police?

5    A.  It was just a lot of munitions being used.  They were,

6    you know, not shooting at who should have been being shot

7    at.  They were just kind of freely firing into the crowd

8    without any warning.  And I noticed the gentleman on the --

9    in the blue jacket take his place on the banister, the

10   railing of that steps.

11   Q.  Did you make any observations at this point in time, or

12   not, about where people were being -- where on their body

13   people were being shot?

14   A.  Most of the shots and impacts that I saw were in the

15   head area.  There were no center mass shots.

16          Again, they were just kind of shooting into the

17   crowd, and people were getting hit all over.

18   Q.  And what did you think whenever you observed there were

19   people getting targeted in the head?

20   A.  Somebody had to put a stop to it, that it was wrong, and

21   people shouldn't be just shot in the head for being there.

22   Q.  Was there tear gas going off?

23   A.  Constantly.  There was a never-ending barrage of

24   explosives and tear gas canisters being thrown into the

25   crowd.

1   Q.  Did you observe other people, other protesters, having

2   physical symptoms with respect to the tear gas?

3   A.  Yes.  Like I said, once they figured -- once the police

4   figured out which direction the wind was blowing -- it was

5   blowing north to south -- they started to launch the

6   canisters farther to the right of the scaffolding where I

7   was so that the clouds would basically encompass the whole

8   crowd.  And anybody who was not prepared with some type of

9   protective mask was choking, couldn't see.

10          You know, tear gas, again, being designed in a

11   lab, it's a crystal, and it embeds its way into your eyes.

12   It makes your skin burn, your nose -- you know, you'll have

13   snot down to your feet.

14          There were a lot of people that could clearly not

15   tell where the rounds were coming from, what was going on,

16   let alone a clear path of exit because there was nowhere to

17   go.  I mean, there was gas being thrown from every

18   direction.

19   Q.  Okay.  And then I think you mentioned a moment ago at a

20   certain point you observed an individual in blue.  Is that

21   what you just said?

22   A.  Yes, sir, the gentleman on the steps.

23   Q.  And what did you observe with respect to a gentleman in

24   blue?

25   A.  I saw him standing on the railing, you know, trying --

1    chanting on this little mini megaphone that he had.  I

2    couldn't hear what he was saying, but I could see him kind

3    of, you know, pointing at the cops; cops pointing at him.

4            I was on top of the steps when he got sprayed,

5    and, I mean, he was just in the crowd at the base of the

6    stairs there.  And when he got sprayed, he kind of slipped.

7    So that's where I made my final move forward to try to

8    clearly grab him and pull him off of the stairs so that he

9    didn't fall.

10   Q.  Did you feel that that individual in blue was presenting

11   any danger or threat to anyone?

12   A.  No.  He didn't -- he wasn't pointing, you know, a

13   firearm at anybody.  He wasn't, you know, making a massive

14   forward advance.  He was just standing in the same couple of

15   foot area on the railing, and, again, he -- making his voice

16   heard.

17           He was shouting.  He wasn't yelling any

18   obscenities that I could hear.

19   Q.  Did you know this individual?

20   A.  No, I did not.  Just he was another protester.

21   Q.  When's the first time you ever talked to this

22   individual?

23   A.  On the steps that day was the very first conversation I

24   ever had with him.

25   Q.  And at some point did you observe that he was in some

1   form of distress?

2   A.  Yes.  After he -- again, after he got sprayed with what

3   is now to be known as the Sabre Red or the I guess standard

4   issue OC spray, he, again, almost slipped and had to sit

5   down to where you guys saw him sitting on the wall kind of

6   rubbing his face.

7   Q.  Okay.

8          MR. PIERCE:  So I'd like to bring up -- and I

9   believe this is in evidence -- Government's Exhibit 304 and

10  play it from about 1:03 to 1:18 with the sound.

11          (Video playing)

12  Q.  Okay.  And what -- could you please just describe what

13  occurred there, Mr. Alberts.

14  A.  So that's shortly after he got sprayed.  I made my way

15  in front of everybody else, and it was kind of like looking

16  at the cops and saying, "Why?  What is going on?"

17          But I was trying to grab him.  Like "Dude, you're

18  sprayed.  Let's get you out of there."

19          And he kept yelling "forward" and, pardon my

20  language, but I yelled -- I said, you know, "Fuck forward.

21  You're sprayed.  You need to get off of the landing before

22  you fall."

23          And he -- I kept trying to grab him and kept

24  trying to yank him.  But, you know, he was a big guy.  He

25  was, you know, my size guy.  He wasn't moving.  He was dead

1    set on sitting right there on that railing for his remainder

2    of time.

3    Q.  Okay.  And did you notice in that video that you had

4    turned around and waved like that?

5    A.  Yes, sir.

6    Q.  And why did you do that?

7    A.  It was more so to see if I can get more people to come

8    help me get him down or, you know, stand in front of us so

9    that we can help him out.  It wasn't -- was not for any kind

10   of a charging motion or gesture.  It was I needed help to

11   get him down.

12               MR. PIERCE:  Okay.  And can we put up Government

13   Exhibit 409, please.  I'm not sure if this is in evidence or

14   not.

15               It is?  Yes, it's in evidence.  Put up 409.

16   Q.  And can you just describe what's going on here in this

17   picture, Mr. Alberts.

18   A.  Yes.  That's a still shot from about the same time frame

19   when I took up my place next to that gentleman.  You can

20   clearly see my left hand is on his hand -- or on his leg,

21   and I am pointing at the officers in that general direction

22   basically, you know, saying, you know, What is going on?

23   You know, why are we shooting people?  Why are we doing

24   this?

25               You can see his hand is still pointing forward.

1    The gentleman next to him has his arm around him.

2           Me and this other gentleman, again, our first main

3    concern once he got sprayed was to get him -- try to protect

4    him and get him down.

5    Q.  Was your intention to replace the gentleman in blue in

6    the front of a line of battle?

7    A.  No, not at all.

8           Again, I was more concerned with just getting him

9    down and away from that 20-foot ledge that he was sitting

10   on.

11   Q.  Okay.

12          MR. PIERCE:  And could you just zoom out just a

13   little bit there?

14          Okay.  That's good.

15          Just zoom in a little bit more, but not quite as

16   much as before so you see the individual -- there we go.

17   Q.  Okay.  So do you see in that picture that there is an

18   individual standing behind you?

19   A.  Yes, in the picture I can see the individual standing

20   behind me.

21   Q.  Do you see a wooden pallet of some sort?

22   A.  Yes.  That is the pallet that was referred to as a

23   battering ram.  I clearly walked right past that individual

24   not paying any mind to him and his pallet board.  My focus

25   was on the gentleman on the stairs.

1    Q.  Up to that moment and during that moment have you

2    ever -- did you ever notice that pallet before?

3    A.  No, to the point where I was so focused on that

4    gentleman and kind of where my footing was that I walked

5    right past him without really paying any mind to that pallet

6    board.

7    Q.  Did you know that individual?

8    A.  No.  I have no idea who that individual is.

9    Q.  Had you talked to that individual up until that point?

10   A.  I did not discuss with that individual anything at any

11   point.

12   Q.  Did you have any idea that that pallet was behind you?

13   A.  Again, my main focus was on the gentleman on the stairs

14   and not getting shot myself with less lethal rounds.

15   Q.  Were you, in fact, in this time frame getting shot with

16   anything?

17   A.  I was engaged with what you can see, the canister, and

18   I'm assuming that's Officer -- that testified.  I cannot

19   recall his last name.  I don't want to mess it up for the

20   court order, but I know it started with a B.  I can't

21   remember how to pronounce it.

22             But I was engaged with less lethal and CS and OC

23   spray, yes.

24   Q.  Can you just -- sorry.

25             Can you give the jury some sense of how many

1    rounds you think you were hit with during this time frame?

2    A.  As far as the canisters of CS and OC spray?  I would say

3    it was a fair assumption that I was covered from waist up.

4           As far as the less lethal impacts, I had received

5    more than five shots to the groin and leg area.

6    Q.  Was your gas mask helping you at this point in any way?

7    A.  The beard made it a little difficult.  You don't get a

8    full seal with a beard.  That's why military service members

9    aren't allowed to have beards.

10          So I did have -- I was exposed to some of the

11   irritants, but not any more than my years of training in the

12   military have built my body to resist.

13   Q.  I apologize if you answered this or said it already, but

14   do you recall where in the body you recall being hit with

15   munitions?

16   A.  My arms got quite a few shots.  I'm sure at one point

17   they aimed for my chest area, but, again, having the --

18   plates or no plates, having that body armor on, I wouldn't

19   have felt it.

20          The PepperBalls that they hit you with -- if

21   you've ever been shot with a paintball, it doesn't hurt

22   any -- or feel anything close to that.  The FN303s feel

23   similar to a paintball sting.  In the heat of the moment you

24   don't really feel it.

25   Q.  At some point was there a sensitive area of your body

835

1    that you were hit in?

2    A.  Yes.  The groin area definitely rings your bell a little

3    bit, when you get hit there.

4    Q.  Okay.  So at this point why didn't you move backwards?

5    A.  There's a sea of people behind me.  Moving backwards is

6    not something that I've ever been trained or accustomed to

7    doing.  I've always been known to stand and, you know,

8    defend myself as well as, you know -- I couldn't morally

9    leave him on the railing without knowing he was either

10   coming to shortly slowly regain his vision or to get down

11   off of there so he doesn't fall.

12   Q.  And during this immediate time frame over here, what is

13   going through your mind?

14   A.  Just -- I want to get him out of there.  I wonder why

15   everybody is being gassed.  You know, there's no warning of

16   the crowd control devices.

17            I'm wondering why we can't be there to speak.  We

18   were being silenced right here.  This was an immediate

19   attack on a crowd to be silenced.

20   Q.  Do you yourself recall hearing any warnings of any sort

21   from any of the officers or otherwise?

22   A.  There was hand gestures, but verbal warnings were

23   inaudible.  There -- I mean, the one between the distance

24   that I have between these officers and the noise of the

25   crowd at this point, there was no way to verbally understand

1    what was being said to you.

2    Q.  Now, at some point do you encounter this board that we

3    were talking about and we talked about last week?

4    A.  Yes, sir.  At some point it is placed in front of my

5    feet.

6    Q.  And what -- how long -- how long after this picture

7    would you estimate?

8    A.  The whole step interaction that the jury's already privy

9    to, five minutes tops.

10   Q.  And -- so at some point the board's in front of your

11   feet.  Do you know how the board got in front of your feet?

12   A.  I could only assume, maybe by this picture, that the

13   gentleman holding it now placed it in front of me feet.

14           But at one point in time it wasn't there.  The

15   next second it was placed right on my feet and right in

16   front of my legs.

17   Q.  And what do you do at that moment?  What are you

18   thinking?

19   A.  Where the heck did this board just come from really.  I

20   mean, it wasn't -- not mine.  Where did this board come

21   from?  It's on my feet kind of hindering my movements and my

22   ability to stay, you know, standing, so I went to go remove

23   it, and I was going to dispose of it.

24   Q.  So you intended -- you said you were going to dispose of

25   it?

1    A.   Yes.  If you see right where Mr. -- the gentleman on the

2    stairs is, on the railing, there's a tree right there.

3    There was not really anybody congregating in that area under

4    that bush.  It seemed like a pretty good place to drop it

5    and get rid of it.

6    Q.   So your first inclination was to do what?

7    A.   Was to dispose of the board and get it out of my way.

8    It was hindering my ability to help the gentleman on the

9    stairs.

10   Q.   By throwing it over the side?

11   A.   That was my intention, yes.

12   Q.   Okay.  And did you actually throw it over the side?

13   A.   No.  The second I touched it, I got engaged again with

14   less lethal.

15   Q.   And so why or -- in light of the fact that you were then

16   engaged with less lethal, why did you not throw the board

17   over the side?

18   A.   At that point instinct took over and it became a shield

19   to protect the gentleman and the people behind me from being

20   shot with the less lethal and OC -- and gases.

21   Q.   And at that point -- and we'll look at the video here in

22   a second.  At that point did you stay in one place?  Move

23   backward or move forward?

24   A.   I wanted to put as much distance between the police and

25   the protesters behind me, so I slowly advanced up the steps.

1     Q.  Okay.

2               MR. PIERCE:  Can we bring up Government's Exhibit

3     201 and play it from 6:28 to seven minutes, please, with the

4     sound.

5               (Video playing)

6               MR. PIERCE:  Hold on one second.

7               Sorry.

8               (Pause)

9               MR. PIERCE:  I guess there's no sound.  So go

10    ahead and play that from 6:28 to seven minutes.

11              (Video playing)

12              MR. PIERCE:  Okay.  And that's the clip that we

13    looked at, you know, last week, and we're talking about now.

14              I'd like to just play this from one other angle

15    for you.  So can we play, for identification purposes,

16    Alberts Exhibit 436, please, without the sound.

17    Q.  Okay.  While she's doing that, can you just describe why

18    you took the actions that you took that we just saw in that

19    video.

20    A.  I felt that there was lives at risk behind me, that the

21    police in front of me were not going to stop at any point in

22    time, and that somebody had to build a wall -- I mean, I

23    don't know how else to say it -- to protect them; I mean,

24    had to put theirselves in the way to stop all of these

25    people at the bottom of the steps from being shot or engaged

1    without really doing -- I mean, standing on the steps I

2    don't think is worth being shot in the face with a rubber

3    bullet.

4    Q.  Was your intent to hurt anybody in those actions?

5    A.  No.

6    Q.  Was your intent to breach that police line in those

7    actions?

8    A.  No.  My intent was to, again, put something between

9    those police and the protesters.

10   Q.  Okay.

11            MR. PIERCE:  So if we have it now, can you just

12   without the sound play Exhibit 436.  Without the sound.

13            (Video playing)

14            MR. PIERCE:  Okay.  You can pause it there.

15   Q.  Is that -- do you see yourself in that video?

16   A.  Yes.

17   Q.  Is that from January 6, 2021?

18   A.  Yes, sir.

19   Q.  Is that the same motion up the steps of you from the

20   other video, simply from a different angle?

21   A.  Yes, sir.

22            MR. PIERCE:  Move to admit this, Your Honor.

23            MR. KONIG:  Your Honor, I believe it's identical

24   to Government's 308; so if that's right, we have no

25   objection.

1          THE COURT:  All right.  So moved.  They'll both

2    come in just in an abundance of caution.

3          MR. PIERCE:  Thank you, Your Honor.

4          So just go ahead and play that with the sound.  If

5    it doesn't have sound, then we don't need sound.

6          (Video playing)

7          MR. PIERCE:  Okay.  Thanks.

8    Q.  Did you watch that, Mr. Alberts?

9    A.  Yes, sir.

10   Q.  And there is a certain point at which you get to the top

11   of the steps momentarily.  Do you see that?

12   A.  Yes, sir.

13   Q.  What happens there when you get to the top of the steps?

14   A.  I placed my feet -- you know, took my step on my place

15   on that landing and turned about a 90-degree angle to the

16   right to kind of, again, put a barrier between those

17   officers and the people below me.

18   Q.  And at a certain point do you move back in the other

19   direction?

20   A.  Yes.  The board gets ripped out of my hands, had --

21   that's when I clearly in the video see the officers in front

22   of me all overhand swinging with their sticks.

23          The guy, I had no idea he was behind me with that

24   shield.  I turned back to go back down the steps and was met

25   with those other people, and I'm like, you know, get out of

1    my way.  I'm trying to retreat as fast as humanly possible

2    so I don't get beat anymore.

3    Q.  So during that exchange when you're at the top of the

4    steps, is there contact being made physically between you

5    and officers in any fashion?

6    A.  I'm being hit in the legs with night -- I guess batons

7    or billy clubs, whatever you want to call them.  But I'm

8    being beaten in the leg, yes.

9    Q.  Do you recall attempting to take offensive measures with

10   respect to police during that exchange?

11   A.  No.  It wasn't offensive.  It was, again, defensive.  It

12   was more to stop the onslaught on the people on the steps.

13              MR. PIERCE:  Could we bring up Government's

14   Exhibit 411, which is in evidence already, I believe.

15              THE COURT:  Is it in, Ms. Jenkins?

16              THE COURTROOM DEPUTY:  Yes, Your Honor,

17   Exhibit 411 is in.

18              THE COURT:  411 is in.

19              MR. PIERCE:  Thank you.

20              Can you zoom in there, Caitlin, on Mr. Alberts.

21   Q.  And do you see this picture, Mr. Alberts?

22   A.  Yes, sir.

23   Q.  Where in that time frame, or what we've been shown in

24   terms of you going up and then you ending up back down, did

25   this occur?

1    A.  This is shortly before I begin that advance.  This is

2    right after I had made, I would say, a few steps forward.

3    In that video -- I know it's kind of quick, but you can kind

4    of see I have the board up and then kind of move it down.

5            It wasn't offensive.  It was, again, to build a

6    barrier between the cops.

7    Q.  Okay.  To your knowledge, were any police injured by

8    your direct actions right there on those steps?

9            MR. KONIG:  Objection, Your Honor; calls for

10   speculation.

11           THE COURT:  To the extent you know.

12   A.  No, not that I am aware of.  None of my actions caused

13   any injuries to officers on top of the steps.

14   Q.  Okay.  So also, did you have any -- did you have any

15   interactions with officers one way or another, from the

16   officers to you or you to the officers, during this little

17   episode here that were hand gestures that you would consider

18   concerning?

19   A.  As like the officers' hand gestures?  At this point

20   right here in this clip, I can't see any hand gestures.  I'm

21   being pushed backwards down the stairs.  My head is clearly

22   down.  My vision is not -- I'm looking at steps.

23           So if there was any motion to get back or anything

24   at this moment, I have not seen it, no.

25   Q.  I'm not talking about the video now or the pictures that

1    we're looking at.  But during this entire exchange when

2    you're going up the steps and coming back down the steps,

3    were there any hand gestures back and forth that you recall?

4    A.  Not that I can recall, no.

5    Q.  Now, was there anything else that occurred -- were there

6    any other individuals during this time frame that were on or

7    near these steps, any other protesters or, you know,

8    whatever you want to call them, that were -- that you became

9    concerned about?

10   A.  Yes.  There was the gentleman on the outside of the

11   railing.

12   Q.  And what did you -- what are you -- what are you

13   referring to?  What did you observe?

14   A.  He had climbed up the steps probably right about where I

15   am now, if not a little bit farther up, and had retreated.

16   And shortly after my incident, he took his place on the

17   outside of the steps and made his way back up the railing

18   again.

19            MR. PIERCE:  I'd like to go ahead and bring up

20   Alberts Exhibit 260, please, and go ahead and just play that

21   for the witness without sound right now.

22            (Video playing)

23   Q.  Okay.  Is that the individual that you're referring to

24   just now?

25   A.  That would be the individual that was on the outside of

1    the steps, yes.

2              MR. PIERCE:  Move to admit this, Your Honor.

3              THE COURT:  Subject to the defense's -- excuse me,

4    the government's earlier --

5              MR. KONIG:  We actually would object under Rule

6    106 because it doesn't show a whole lot.  And also, I think

7    it's not clear if this is the same as the CCTV video or a

8    different exhibit that was prepared by defense.

9              If Mr. Pierce would just proffer that this is

10   the exact same as the CCTV video and it hasn't been sped up

11   or slowed down in any way, that would take care of that

12   exhibit -- or that objection.

13             MR. PIERCE:  To my knowledge, it has not been

14   altered or sped up or slowed down at all.

15             THE COURT:  The Court will admit it.  If there's a

16   completeness issue, you can deal with that on cross.

17             MR. PIERCE:  Okay.  Could you go ahead and play

18   that, if there's sound.  Maybe not.

19             (Video playing)

20   Q.  And so did you see this when you were there on the

21   steps?

22   A.  I saw the gentleman going up the steps, and I saw the

23   officers having a little bit of commotion up there.  And

24   next minute he was no longer on the stairs.

25   Q.  And what went through your mind when you saw that?

1    A.  Where was he?  What happened?

2          Again, one minute you're there; one minute you're

3    not.  He doesn't come back down.  People around me started

4    shouting, you know, "They pushed him.  They pushed him."

5          I'm just like, "Who?"

6          And it's all happening so fast.  I didn't know how

7    to really process it at the time.  I mean, I didn't know if

8    he was alive, if he was dead, where he was, how far.

9          I could only estimate, prior to being next to the

10   other gentleman on the steps, that that fall is equal to

11   about 30 feet and knowing from my past training to be

12   considered a deadly fall.

13   Q.  And at the time that you saw it, did it -- did it upset

14   you?  Did it affect you?

15   A.  It was hard to process.  It was going through my mind in

16   multiple, you know, hand gesture altercations with officers.

17   You know, that's me right there five, six feet down from

18   them officers.  I could clearly see to the top of this

19   landing right here.

20          And, again, I just -- I was trying to process what

21   just occurred.  The fact that, again, he climbed the steps

22   prior.  If he wanted to come down, he would have came down.

23   But he never came back down.

24          MR. PIERCE:  Okay.  You can take that down.

25   Q.  Did you receive any injuries with respect to this

846

```
 1    interaction on the steps here?

 2    A.  The board interaction?  Yes, sir.

 3    Q.  And what were those injuries?

 4    A.  Multiple bruises; hands, forearms, arms, legs.  Anywhere

 5    that I was not protected by my body armor, I was covered in

 6    bruises.

 7              MR. PIERCE:  Can we bring up Alberts Exhibit 3,

 8    please, for identification purposes.

 9    Q.  I'm just going to have you look at these.  I think

10    there's five pictures here.

11              Mr. Alberts, just go ahead and take a look at

12    those.

13              (Pause)

14    Q.  And do you recognize those pictures?

15    A.  Yes, sir.

16    Q.  And without describing them in detail, what are they?

17    A.  They're the photos that my fiancee took of me after I

18    returned home on the 7th.

19    Q.  They were -- who took them?

20    A.  My fiancee, Melissa Miller.

21    Q.  When were they taken?

22    A.  On January 7th.  I would say roughly, by the time I got

23    released, shortly -- midnight, maybe a little bit after.  So

24    it may have been the early wee hours of January 8th.

25              But I did return home somewhere around the
```

1    midnight time mark.

2    Q.  And are those fair and accurate depictions of the state

3    that your body was in in those pictures?

4    A.  Yes, sir.

5              MR. PIERCE:  Move to admit these, Your Honor.

6              MR. KONIG:  No objection.

7              THE COURT:  So moved.

8              MR. PIERCE:  And so, Caitlin, just kind of just,

9    you know, scroll through those.

10   Q.  And, Mr. Alberts, as she goes one by one --

11             MR. PIERCE:  Hold on, Caitlin.

12   Q.  Take them one by one and briefly just describe what

13   we're seeing here in each of the five pictures.

14   A.  These are the impacts from what is to be known the

15   FN303, your rubber bullets.  This was my right arm when I

16   attempted to lift the pallet to dispose of it and got lit up

17   pretty well.

18             The bruise on my lower arm is from -- as you can

19   clearly see the difference from the impact munition around

20   there and the bruise and cut on my elbow.  That is from one

21   of the baton strikes when I got to the top of the stairs.

22             MR. PIERCE:  Okay.  Go ahead and scroll up to the

23   next one.

24   Q.  And what do we see there?

25   A.  This is one of the bruises from the baton strikes to my

1    calf muscle.

2    Q.  Okay.  Next one?

3    A.  Or thigh muscle, sorry.

4    Q.  And what's that?

5    A.  That's one of the other bruises to my thigh.

6    Q.  Okay.  And then the fourth one?  What have you got

7    there?

8    A.  That's my right arm.  The inside of my arm had gotten

9    shot and beaten as well when I was kind of raising my arm to

10   try to stop the strikes from the batons.

11        MR. PIERCE:  And then the final one.

12   Q.  And what do you see there?

13   A.  Just a different angle of that same bruise from the

14   strike.

15   Q.  Okay.

16        MR. PIERCE:  Okay.  You can take those down.

17   Thank you.

18   Q.  Now, when you were on the steps, there was a tarp right

19   next to you that we've seen in all these pictures and

20   videos.  Do you recall that from that day, there being a

21   tarp there?

22   A.  Yes.  So when I first took the steps, the tarp was

23   draped over the scaffolding at the time.

24        When I got up to the steps, people started cutting

25   into it with their knives.  At one point somebody behind me

1    had kind of like draped it over top of us because, again,

2    they were -- they were gassing us trying to get the

3    gentleman off the steps; so somebody earlier -- this is

4    prior to the board incident -- had draped it over top of us

5    to cover us and keep us from being shot.

6            And you can still hear the impacts, you know,

7    hitting the tarp and the spray.  It was -- it was a very

8    surreal moment.

9    Q.  Did you have some -- at the time, did you have some

10   sensory impression or some knowledge from your senses as to

11   what was going on on the other side of that tarp?

12   A.  Yes.  So eventually enough people cut away at that tarp

13   to where the bottom, basically, layer was that exposed.

14   That inside of the scaffolding was where the majority of the

15   noise, the audible tone of yelling and screaming and

16   chanting, was coming from.

17           As, you know, many people as possible were trying

18   to cram their way into that scaffolding to the point where

19   people were even climbing up the inside of that scaffolding

20   to kind of just get off the ground because there was nowhere

21   to move.  People were ducking under it to come on the steps

22   side, ducking back under it to go on the scaffolding side.

23           Like I said, it was a real congregation of people

24   in that small area.

25   Q.  Was it the same level, if you're looking over on the

1    right side of the tarp versus the left side of the tarp in

2    terms of the landings and the steps and whatnot?

3    A.  So looking at pictures without the inauguration stairs

4    being there, that is, I guess, what is the -- that one big

5    staircase that goes up, that scaffolding was kind of on that

6    staircase so people were -- I'm on a stair level.  I could

7    see the stairs, you know, where they're all standing.

8            But yes, it's on the same general level that I am

9    on of the steps.

10           MR. PIERCE:  Okay.  Can we bring up 202.  Is that

11   Alberts 202 or Government 202?

12           MS. STEVENS:  Government.

13           MR. PIERCE:  Okay.  Can we bring up Government 202

14   and play that from 7:05.

15   Q.  Okay.  Do you see what's going on here, Mr. Alberts?

16   A.  Yes.  This is shortly after the mass of the crowd was

17   starting to make their way up the steps.

18   Q.  And where did those -- those people that you see that

19   were kind of, you know -- let me back up.

20           At a certain point did the police that you had

21   been encountering at the top of those steps move away from

22   there?

23   A.  Yes.  So after the board incident, after the retreat

24   and, you know, being shoved down and regaining my position

25   on the steps, the cops -- I made no further advance for a

1    good few minutes so the cops, I guess, assumed that I was no

2    threat.

3              They had -- mainly were focusing on the

4    scaffolding side where that -- there's -- like I said,

5    there's a little doorway right around that area that they

6    came through.  The only cop that was still standing in front

7    of me was the gentleman in a prior exhibit in a blue jacket

8    that was staying around that urn.  He was really the only

9    individual on my side of the staircase.  All of the other

10   officers were on the far right.

11   Q.  And do you see how there were some people in that video

12   that were -- kind of appeared and they were moving along

13   that flat area there?

14   A.  Yes.

15   Q.  And where did those people come from?

16   A.  They came from that inner door well underneath the

17   scaffolding.

18   Q.  From the other side of the tarp?

19   A.  Yes, sir, from the inside portion where you can see, you

20   know -- there again, right there to the left over here is

21   that doorway.  There are way more people inside of the

22   scaffolding than there were on my side of the steps.

23   Q.  And where are you in relation to this group of people

24   here at this point?  Can you tell?

25   A.  Right now, I'm actually right next to the urn.

1          This is the officer in blue that was standing in

2     front of me for the majority of the day after the board

3     incident.

4     Q.  Okay.

5          MR. PIERCE:  Now, let's bring up, for

6     identification purposes, Alberts Exhibit 231, and start

7     playing that without sound for the witness to identify.

8          (Video playing)

9          MR. PIERCE:  Okay.  Go ahead and stop there for a

10    second.

11    Q.  Do you recognize this video, Mr. Alberts?

12    A.  It would be from inside the scaffolding.  I don't know

13    who took it, but yes, this would be what the inside of the

14    scaffolding looked like.

15    Q.  That you were right next to that we've been talking

16    about?

17    A.  Yes.  This is a very clear view of what the scaffolding

18    looked like inside.

19    Q.  Is this a fair and accurate representation, so far as

20    you can tell, as to what was actually going on in there?

21    A.  Yes.

22         MR. PIERCE:  Move to admit this, Your Honor.

23         MR. KONIG:  To the extent that it's at the same

24    speed as it normally would be, no objection.

25         MR. PIERCE:  Yes, I can confirm that.  Thank you

1    so much.

2                    THE COURT:  So moved.

3                    MR. PIERCE:  Okay.  So what I'm going to ask you

4    to do here initially, Caitlin, is we're going to look at two

5    short sections of this video for a minute or two.  We're

6    going to look at it from the beginning to the 45th second

7    initially.

8                    It's about a ten-minute video.  We're just going

9    to look at a couple of short clips.

10                   So let's play from zero to 45 seconds.

11                   (Video playing)

12                   MR. PIERCE:  Okay.  That's good.

13                   Okay.  You can stop.

14   Q.  Okay.  And is that consistent -- is what you're seeing

15   there consistent with what you were just testifying to and

16   what you recall from that day?

17   A.  Again, I could hear the commotion; see, you know, a lot

18   of people inside the scaffolding.  The commotion from the

19   officers at the top all focused on that doorway.

20                   As far as, you know, the beatings, no.  I -- you

21   know, there's a million people around me.  But you could

22   hear the roar, the yelling and screaming.

23                   And, again, all the officers on the top of that

24   landing, as you can see, were pulling the bike racks from

25   the side and pushing them in that general direction.  I was

```
1    just standing at the steps, a couple of steps down, just

2    wondering what was going on over there.

3              Again, you can hear the people just screaming very

4    loudly.

5    Q.  Okay.

6              MR. PIERCE:  And then let's just watch like the

7    last, let's say, 45 seconds of that clip.

8              (Video playing)

9    Q.  And could you see yourself in that portion of the clip

10   there?

11   A.  I did shortly before the flag blocked my back.

12   Q.  Okay.

13             MR. PIERCE:  If you could just back it up to the

14   point where Mr. Alberts can see himself there so he can

15   circle himself.

16   Q.  And just speak out whenever you see yourself there,

17   Mr. Alberts, so she can pause it.  Okay?

18   A.  Yes, sir.

19             (Video playing)

20   A.  If you go ahead and pause it.

21             It's okay.

22             (Video playing)

23   A.  It's very hard to tell.  If you can go -- there we go.

24   Q.  Do you see yourself in that video or --

25   A.  Knowing where I was.  There we go.
```

1          Again, it's very blurry.  This is where the

2    government shows me waving my hand.  I am somewhere right

3    around in this area.

4          The video's, again, blurry, but I know where I was

5    on the steps, so that would be right around where I was with

6    the massive crowd in front of me.

7    Q.  And were there -- were there people in front of you?

8    A.  Yes.  There was police and protesters all going up the

9    steps at the same time.

10   Q.  So were you the tip of the spear heading up these

11   stairs?

12   A.  No, sir.

13   Q.  And did you consider yourself a leader of some sort of

14   these people in front of you going up the stairs?

15   A.  No, sir.

16          MR. KONIG:  Objection to relevance.

17          THE COURT:  Overruled.

18   Q.  And did you consider yourself the leader of some sort of

19   the people behind you going up the stairs?

20   A.  No, sir.  I cannot be responsible for anybody else's

21   actions.  I went up the steps.  If they followed me, they

22   followed me.

23   Q.  Okay.  And -- all right.

24          Now, there's a certain point you get up to the top

25   of these stairs.  What's the area called when you get up to

1    the top?

2    A.   At the time I didn't know, but it is now to be called

3    the West Terrace is where the majority of the rest of the

4    day I spent my time.

5    Q.   Okay.

6              MR. PIERCE:   And let's take a look at Government

7    Exhibit 423.

8              Is that already in?   Is that published?

9              THE COURTROOM DEPUTY:   It's in.

10             MR. PIERCE:   Okay.   So can you zoom in there,

11   Caitlin.

12   Q.   And do you see yourself in that picture, Mr. Alberts?

13   A.   Yes.   I'm the gentleman standing in this yellow box.

14   Q.   Is this when you're up there on this Upper West Terrace,

15   I guess we call it?

16   A.   Yes, this is shortly after making it onto the top of the

17   terrace.   I turn my back to the Capitol and just kind of --

18   in shock and awe and the fact that I finally made it to

19   where I could make my voice heard.

20   Q.   So elaborate on that a little bit.   You wanted to

21   what?

22   A.   I wanted to make my voice heard.   I wanted to make as

23   much noise outside of the Capitol without causing an actual

24   delay in any process.

25             Again, I wanted the elected representatives to

1    know that the people were outside the Capitol and outside of

2    the building, and that we had an opinion, and that we wanted

3    to be heard.

4    Q.  Did you have any intent that day to go inside the

5    Capitol?

6    A.  No.  This picture clearly shows that if I wanted to be

7    the tip of the spear, I could have easily been within the

8    first ten people in that building.

9    Q.  Did you, in fact, ever go in the Capitol that day, in

10   the building?

11   A.  No, sir.  I did not step foot anywhere near the front

12   doors or any doors or windows or anything for that matter.

13   Q.  Did you have any idea that people intended to go inside

14   the Capitol that day?

15   A.  You had heard people talking about it, people saying

16   they were going in the Capitol.

17        I mean, there's protests nationwide at state

18   capitols that people take over the capitol building and make

19   as much noise in the rotundas as they can, and it makes

20   national headlines.  If that's what people felt they were

21   called to do, then in a peaceful manner, make your voice

22   heard inside or outside of the Capitol.

23        I had no right -- or I had no reason to go inside

24   the Capitol.  I thought I was well within my rights --

25             MR. KONIG:  Objection.

```
 1                  THE COURT:  Overruled.
 2    A.  I thought I was well within my rights to be on the steps
 3    exercising our guaranteed rights as American citizens.
 4                  MR. KONIG:  Objection.
 5                  THE COURT:  I'll sustain that.
 6    Q.  At a certain point did you take off your gas mask?
 7    A.  Yes.  Shortly after this photo is when I took off my gas
 8    mask and exposed myself.
 9                  MR. PIERCE:  Okay.  Could you bring up Government
10    Exhibit 424, then 425.
11                  Yes, just stick with this one right now.
12                  Okay.  Go ahead and bring up the other one, I
13    guess, if you can do it side by side.
14    Q.  Okay.  So taking a look at Exhibit 424 here, do you see
15    yourself there, Mr. Alberts?
16    A.  Yes, sir.  I'm center frame.
17    Q.  And this is shortly after the picture that we just
18    looked at previously?
19    A.  Yes.  I would say within minutes.
20    Q.  Okay.  And what are you doing here in 4 -- what's going
21    on in 424?
22    A.  So I had taken the water bottle I had and poured it
23    on my head to try to wash off some of the OC spray.  It
24    didn't -- it was not a good idea taking off my mask.  I was
25    covered, again, in the substances they sprayed on me,
```

1   basically rendering myself now useless for the next 30 to 40

2   minutes while I gained my vision and my composure back.

3   Q.  And how about 425?

4   A.  That's shortly after me rubbing my eyeballs.  That's me

5   trying to not touch my face.

6          The worst thing you can do after being sprayed or

7   covered in tear gas is actually rub the area.  It

8   reactivates everything all over again.

9          So if you happen to get it out of your eyes,

10   and you close your eyes and rub them, you can get it

11   right back in there, and you're right back to being covered

12   again.

13   Q.  And if you look on 424, your groin area, do you see what

14   appears to be some sort of whitish substance?  Is that any

15   indication to you of anything?

16   A.  Yes.  Those are the PepperBall -- that's -- when they

17   shoot you, they leave a white residue behind.

18          You can actually see I was shot there and down by

19   my leg as well is other white spots.  That is the same

20   substance that comes out of those PepperBalls.

21   Q.  Were you suffering from battle fatigue?

22   A.  No, sir.  I was suffering from side effects of tear gas

23   and OC spray.  It was not battle fatigue.

24   Q.  Have you heard of the phrase "battle fatigue" before?

25   A.  I've suffered from battle fatigue overseas.  This was

1    not battle fatigue.

2          Battle fatigue is sleep deprivation, lack of

3    nutrients.  You see things.  You do things that are

4    irrelevant to what you're supposed to be doing.

5          This was not battle fatigue.

6          MR. PIERCE:  Okay.  You can take those down.

7    Thank you.

8    Q.  Now, going back just briefly to your testimony about

9    your lack of intent to want to go in the Capitol building.

10   A.  Yes, sir.

11   Q.  Did the fact that you were wearing a firearm come into

12   that -- play into that at all?

13   A.  I -- yes.  I thought, again, I was well within my rights

14   to stay outside --

15          MR. KONIG:  Objection, Your Honor.

16          THE COURT:  Sustained.

17          MR. PIERCE:  Can I try to rephrase it once, Your

18   Honor?

19          THE COURT:  Sure.

20   Q.  In your mind, was there a distinction as to having a

21   firearm and being inside the Capitol versus outside the

22   Capitol?

23          MR. KONIG:  Objection, Your Honor; calls for a

24   legal conclusion.  Rule 403, his knowledge of what the law

25   requires is irrelevant.

1          THE COURT:  I'll overrule it to the extent that it

2     goes to his intent on the -- I'll overrule it.

3          Go ahead.  You can answer.

4     A.  Can you just rewrite the -- resay the question, sir.

5     Q.  In your mind with respect to your intent, did you think

6     there was anything different about having a firearm and

7     being inside the Capitol building versus having a firearm

8     and being outside the Capitol building?

9     A.  One is considered a protected sensitive place --

10         MR. KONIG:  Objection, Your Honor.  Testifying as

11    to a legal conclusion.

12         THE COURT:  I'll sustain that.  Move on.

13         MR. PIERCE:  Okay.

14    Q.  Now, what happened after that point in time in which we

15    saw those last two photos when you were on the Upper West

16    Terrace?

17    A.  I spent the next 30 minutes or so after those photos

18    regaining my vision knowing how to decontaminate the certain

19    chemicals.

20         CS and -- CS spray, again, being capsaicin -- or

21    OC spray being capsaicin-based, you have to wash it off.

22         CS gas, being made in a lab, there's nothing to

23    actually remove it.  You kind of just have to stand in the

24    wind, take some good, deep breaths, and hope that there's a

25    nice breeze blowing all of the particulates off your body.

1    That is the only way.

2            So I spent the next half hour or so just trying to

3    regain my vision back.

4            MR. PIERCE:  That would be a natural pausing

5    place, if you want, Your Honor.  Or I could continue?

6            THE COURT:  Why don't we break for lunch, ladies

7    and gentlemen.  We're going to take our lunch break.  It's

8    12:30 now.  We'll reconvene at 1:45.

9            No discussions about the case.  No research about

10   the case.

11           (Jury exits courtroom)

12           THE COURT:  All right.  Step down.

13           THE WITNESS:  Thank you, sir.

14           THE COURT:  Don't discuss your testimony over the

15   break.

16           THE WITNESS:  Yes, Your Honor.

17           THE COURT:  Mr. Pierce, how much longer do you

18   think you have?

19           Please be seated, everybody.

20           MR. PIERCE:  I would say probably another two --

21   probably two hours, something like that.

22           THE COURT:  Okay.  Are we going to move to the

23   arrest next, or have you got stuff --

24           MR. PIERCE:  There's a little bit -- there's a

25   couple of videos that the government's shown that we want to

1    get into between that, but it moves quick so --

2              THE COURT:  Okay.  See you at 1:45.

3              (Lunch recess taken at 12:32 p.m.)

4

5         **CERTIFICATE OF OFFICIAL COURT REPORTER**

6

7              I, LISA A. MOREIRA, RDR, CRR, do hereby

8    certify that the above and foregoing constitutes a true and

9    accurate transcript of my stenographic notes and is a full,

10   true and complete transcript of the proceedings to the best

11   of my ability.

12       Dated this 17th day of April, 2023.

13

14

15                          /s/Lisa A. Moreira, RDR, CRR
                            Official Court Reporter
16                          United States Courthouse
                            Room 6718
17                          333 Constitution Avenue, NW
                            Washington, DC 20001

18

19

20

21

22

23

24

25

# #

**#172** [1] - 729:4

# $

**$50** [1] - 791:16

# /

**/s/Lisa** [1] - 863:14

# 1

**1** [7] - 735:3, 735:7,
768:21, 768:22,
769:5, 811:24
**1-14** [1] - 811:19
**10** [2] - 745:4, 774:20
**100** [2] - 795:20,
803:16
**106** [1] - 844:6
**10:00** [3] - 789:20,
791:20, 791:21
**10:20ish** [1] - 801:7
**10:30** [2] - 781:18,
801:7
**10:38** [1] - 821:19
**10:45** [1] - 801:17
**10:55** [1] - 821:19
**11:00** [1] - 801:18
**12** [2] - 757:11, 761:15
**12:20** [1] - 801:9
**12:30** [2] - 801:10,
862:8
**12:32** [1] - 863:3
**12:38** [1] - 801:9
**13** [1] - 766:2
**15** [2] - 768:15, 803:1
**15-minute** [1] - 801:17
**17** [1] - 728:4
**17101** [1] - 728:18
**17th** [1] - 863:12
**183** [3] - 767:10,
767:12, 767:17
**1948** [1] - 785:2
**1:03** [1] - 830:10
**1:18** [1] - 830:10
**1:21-cr-00026-CRC-1**
[1] - 728:4
**1:45** [2] - 862:8, 863:2
**1:50ish** [1] - 826:15

# 2

**2** [1] - 811:24
**20** [1] - 793:2
**20-foot** [1] - 832:9
**200-plus** [1] - 784:22
**2000** [1] - 785:1
**20001** [3] - 728:22,

729:9, 863:17
**20044** [1] - 728:14
**2005** [1] - 764:11
**2006** [1] - 764:1
**2007** [2] - 767:1,
779:17
**201** [1] - 838:3
**2016** [1] - 785:1
**202** [7] - 728:15,
728:22, 729:10,
850:10, 850:11,
850:13
**2020** [1] - 780:23
**2021** [4] - 779:15,
785:25, 824:7,
839:17
**2023** [2] - 728:4,
863:12
**21-26** [1] - 731:3
**213** [1] - 729:5
**21550** [1] - 729:3
**220** [1] - 728:17
**221-4453** [1] - 728:18
**228** [1] - 728:17
**231** [1] - 852:6
**24/7** [3] - 768:6, 774:3,
779:12
**25** [1] - 764:11
**259** [2] - 815:4, 815:6
**260** [1] - 843:20
**291** [1] - 821:17

# 3

**3** [1] - 846:7
**30** [6] - 793:2, 826:20,
845:11, 859:1,
861:17
**304** [1] - 830:9
**305-7917** [1] - 728:15
**308** [1] - 839:24
**333** [2] - 729:9, 863:16
**344-5763** [1] - 728:22
**35-year-old** [1] -
772:24
**354-3187** [1] - 729:10
**3:00** [1] - 745:25
**3rd** [1] - 729:4

# 4

**4** [2] - 811:24, 858:20
**40** [3] - 793:2, 826:20,
859:1
**400-0725** [1] - 729:5
**403** [7] - 742:4,
817:22, 817:24,
817:25, 818:3,
820:7, 860:24
**404(a)(2)(A)** [1] -

738:19
**407** [1] - 824:2
**409** [2] - 831:13,
831:15
**411** [3] - 841:14,
841:17, 841:18
**423** [1] - 856:7
**424** [4] - 858:10,
858:14, 858:21,
859:13
**425** [2] - 858:10, 859:3
**434** [2] - 782:3, 782:14
**435** [1] - 774:20
**436** [2] - 838:16,
839:12
**438** [1] - 777:24
**439** [1] - 778:15
**440** [3] - 796:21,
797:2, 797:8
**441** [1] - 819:21
**45** [2] - 853:10, 854:7
**4500** [1] - 778:3
**45th** [1] - 853:6

# 5

**50** [2] - 808:10, 817:4
**55** [1] - 728:13
**5th** [1] - 790:6

# 6

**6** [4] - 779:15, 785:25,
824:7, 839:17
**6.713** [1] - 728:21
**601** [1] - 728:21
**6718** [2] - 729:8,
863:16
**6:28** [2] - 838:3,
838:10
**6th** [22] - 751:16,
751:23, 752:2,
753:8, 754:12,
754:22, 783:18,
784:23, 785:4,
786:3, 786:6, 787:2,
787:3, 787:14,
794:20, 796:13,
797:23, 798:1,
798:6, 802:3, 818:8,
821:23

# 7

**717** [1] - 728:18
**7:00** [1] - 741:16
**7:05** [1] - 850:14
**7th** [2] - 846:18,
846:22

# 8

**80** [1] - 770:8
**8th** [1] - 846:24

# 9

**90-degree** [1] - 840:15
**911** [1] - 783:4
**91367** [1] - 729:4
**95** [1] - 791:19
**9:09** [1] - 728:5
**9:45** [1] - 791:21

# A

**a.m** [1] - 728:5
**AAA** [1] - 783:9
**abiding** [6] - 739:13,
748:23, 752:16,
752:19, 753:19,
753:24
**abidingness** [15] -
732:2, 732:11,
733:21, 733:22,
733:25, 734:1,
734:4, 737:16,
739:18, 747:16,
748:20, 748:21,
752:10, 752:12,
753:6
**ability** [6] - 774:8,
774:9, 785:13,
836:22, 837:8,
863:11
**able** [14] - 736:23,
738:4, 765:10,
765:11, 785:13,
788:12, 789:7,
789:10, 789:12,
823:4, 823:7,
823:10, 823:11,
823:12
**absolutely** [3] - 742:6,
748:9, 758:13
**abundance** [2] -
741:19, 754:2, 840:2
**academic** [1] - 756:25
**access** [1] - 808:15
**accidents** [1] - 779:24
**accommodation** [1] -
769:21
**accommodations** [2] -
768:18, 811:24
**accordance** [1] -
785:7
**according** [3] -
735:23, 736:13,
742:17
**accurate** [7] - 777:8,
818:7, 822:2, 824:9,

847:2, 852:19, 863:9
**accused** [1] - 737:18
**accustomed** [1] -
835:6
**act** [2] - 737:13,
739:22
**acting** [1] - 814:19
**action** [1] - 817:13
**Action** [1] - 728:3
**actions** [9] - 751:15,
781:25, 827:4,
838:18, 839:4,
839:7, 842:8,
842:12, 855:21
**activated** [1] - 767:4
**active** [7] - 764:14,
765:19, 771:16,
771:17, 780:9,
780:11
**Active** [1] - 771:13
**actively** [1] - 770:21
**activities** [1] - 793:20
**activity** [1] - 780:3
**acts** [5] - 732:3,
737:11, 738:16,
796:17, 802:15
**actual** [2] - 823:18,
856:23
**adaption** [1] - 774:14
**add** [2] - 794:25, 795:4
**Added** [1] - 783:1
**added** [2] - 787:17,
794:24
**address** [2] - 784:19,
784:20
**addressed** [1] -
731:24
**admissible** [3] -
742:24, 802:15,
812:12
**admission** [4] - 741:3,
775:7, 797:2, 824:12
**admit** [13] - 769:4,
782:14, 815:15,
815:21, 815:23,
818:10, 820:4,
822:5, 839:22,
844:2, 844:15,
847:5, 852:22
**advance** [3] - 829:14,
842:1, 850:25
**advanced** [1] - 837:25
**advantage** [1] - 795:8
**advisor** [1] - 756:25
**affect** [2] - 774:8,
845:14
**affected** [2] - 740:7,
741:15
**affects** [2] - 774:9,
823:20

**affiliated** [1] - 739:18
**Afghanistan** [1] - 738:10
**aftermath** [1] - 784:1
**afternoon** [1] - 773:6
**afterwards** [1] - 741:16
**age** [1] - 745:4
**agency** [1] - 735:20
**agitated** [1] - 822:14
**ago** [3] - 814:25, 816:7, 828:19
**AGR** [2] - 771:8, 771:12
**agree** [5] - 752:14, 753:22, 760:12, 785:12, 785:19
**agreement** [1] - 785:21
**ahead** [16] - 815:6, 815:15, 816:1, 820:9, 822:8, 838:10, 840:4, 843:19, 843:20, 844:17, 846:11, 847:22, 852:9, 854:20, 858:12, 861:3
**aid** [6] - 789:3, 789:10, 810:7, 813:6, 819:14, 823:12
**aids** [4] - 778:22, 779:1, 779:7, 779:11
**Aids** [1] - 789:3
**aimed** [1] - 834:17
**air** [1] - 811:7
**airplane** [1] - 767:3
**Albert** [1] - 735:5
**ALBERTS** [3] - 728:6, 730:8, 763:9
**Alberts** [72] - 731:4, 733:12, 735:14, 735:16, 740:1, 741:9, 745:15, 745:18, 753:7, 756:3, 757:1, 757:6, 757:13, 757:22, 758:3, 758:21, 759:4, 759:18, 760:3, 760:18, 763:1, 763:2, 763:12, 763:16, 763:18, 768:21, 768:24, 769:17, 774:24, 777:16, 777:23, 778:2, 782:3, 782:4, 782:18, 796:21, 796:22, 801:20, 802:2, 803:17,

804:1, 804:10, 811:19, 815:3, 815:6, 818:5, 819:21, 819:24, 820:17, 821:17, 821:21, 824:3, 824:16, 830:13, 831:17, 838:16, 840:8, 841:20, 841:21, 843:20, 846:7, 846:11, 847:10, 850:11, 850:15, 852:6, 852:11, 854:14, 854:17, 856:12, 858:15
**Alberts's** [4] - 758:18, 759:11, 760:12, 774:20
**alcohol** [1] - 788:25
**alert** [2] - 740:20, 743:14
**alerts** [2] - 782:8, 782:10
**alive** [1] - 845:8
**alleged** [2] - 742:19, 802:13
**allegedly** [1] - 742:14
**allow** [6] - 741:20, 742:25, 743:13, 753:14, 760:25, 812:16
**allowed** [4] - 735:18, 736:20, 765:8, 834:9
**allows** [2] - 811:3, 811:7
**almost** [4] - 769:21, 808:10, 810:8, 830:4
**alone** [2] - 788:2, 828:16
**alpha** [1] - 767:20
**altercation** [5] - 816:8, 819:8, 819:9, 822:18, 822:22
**altercations** [1] - 845:16
**altered** [1] - 844:14
**amazing** [1] - 757:20
**Amendment** [3] - 785:7, 789:18, 805:10
**America** [2] - 731:3, 733:13
**AMERICA** [1] - 728:3
**American** [1] - 858:3
**Americans** [1] - 807:11
**ammo** [1] - 788:11
**ANDREW** [1] - 728:12
**angle** [4] - 838:14,

839:20, 840:15, 848:13
**angry** [4] - 741:10, 742:21, 813:9, 817:14
**announce** [1] - 817:20
**announcements** [1] - 817:16
**annoyance** [1] - 776:22
**answer** [5] - 755:6, 766:21, 784:7, 795:19, 861:3
**answered** [2] - 795:18, 834:13
**anticipated** [1] - 732:22
**apologize** [2] - 764:22, 834:13
**apparatus** [1] - 795:17
**APPEARANCES** [2] - 728:11, 729:1
**appeared** [1] - 851:12
**apply** [1] - 746:13
**appreciate** [2] - 731:15, 754:6
**approach** [1] - 810:25
**approaching** [2] - 806:22, 807:17
**approved** [2] - 779:10, 823:24
**April** [2] - 728:4, 863:12
**area** [30] - 783:2, 783:4, 789:17, 789:18, 794:16, 799:8, 803:5, 809:22, 810:9, 813:22, 814:10, 814:11, 814:15, 817:15, 825:8, 827:15, 829:15, 834:5, 834:17, 834:25, 835:2, 837:3, 849:24, 851:5, 851:13, 855:3, 855:25, 859:7, 859:13
**areas** [2] - 807:8, 807:15
**argument** [1] - 733:18
**arising** [1] - 749:15
**arm** [8] - 788:4, 793:8, 832:1, 847:15, 847:18, 848:8, 848:9
**Armed** [1] - 770:15
**armed** [1] - 770:16
**armor** [22] - 788:3, 793:8, 793:17, 793:18, 793:19,

793:22, 793:24, 794:1, 794:7, 794:22, 794:23, 795:2, 795:4, 795:7, 795:11, 795:13, 795:16, 795:20, 795:21, 805:25, 834:18, 846:5
**arms** [2] - 834:16, 846:4
**Army** [2] - 764:12, 769:20
**army** [1] - 769:24
**arrest** [1] - 862:23
**arrive** [1] - 798:12
**arrived** [2] - 789:20, 790:3
**articles** [1] - 781:24
**articulate** [1] - 741:13
**articulated** [1] - 741:8
**artillery** [3] - 766:2, 766:4, 767:15
**Asians** [1] - 805:20
**aside** [2] - 796:13, 826:1
**asphalt** [1] - 764:6
**assessments** [1] - 760:21
**assigned** [1] - 767:16
**assistance** [3] - 812:23, 813:1, 813:4
**assistant** [1] - 746:4
**assume** [3] - 806:9, 822:13, 836:12
**assumed** [2] - 800:23, 851:1
**assuming** [1] - 833:18
**assumption** [1] - 834:3
**Atkinson** [7] - 814:3, 815:1, 816:9, 816:12, 819:1, 819:9, 822:16
**atmosphere** [2] - 801:11, 804:15
**attached** [3] - 767:13, 789:23, 790:3
**attack** [1] - 835:19
**attacking** [1] - 787:8
**attempt** [2] - 771:22, 783:3
**attempted** [2] - 799:5, 847:16
**attempting** [2] - 814:11, 841:9
**attend** [2] - 786:7, 786:8
**attended** [1] - 760:2
**attention** [1] - 809:15
**ATTORNEY'S** [1] -

728:20
**attorneys** [2] - 750:22, 762:11
**audible** [1] - 849:15
**Audio** [1] - 778:16
**audio** [10] - 777:3, 777:5, 777:15, 777:25, 815:4, 815:13, 815:16, 815:19, 816:1, 816:2
**audiology** [2] - 775:2, 776:25
**August** [1] - 745:20
**auto** [1] - 764:1
**available** [1] - 752:18
**Ave** [1] - 805:5
**Avenue** [3] - 729:9, 804:25, 863:16
**avenue** [2] - 784:18, 784:20
**avocations** [1] - 738:12
**avoid** [2] - 787:20, 789:17
**avoids** [2] - 758:22, 758:23
**awake** [1] - 779:12
**award** [1] - 770:22
**awarded** [1] - 769:22
**awards** [3] - 768:17, 769:13, 811:24
**aware** [6] - 748:20, 760:18, 772:23, 777:3, 795:13, 842:12
**awe** [1] - 856:18

**B**

**back-up** [1] - 766:5
**background** [2] - 736:21, 763:24
**backpack** [7] - 787:15, 789:24, 793:8, 799:1, 799:10, 801:23, 802:13, 802:18, 803:7, 803:8, 803:11
**backpacks** [1] - 798:18
**backward** [1] - 837:23
**backwards** [3] - 835:4, 835:5, 842:21
**bad** [3] - 788:1, 794:16, 823:6
**bag** [9] - 787:16, 788:5, 788:7, 788:8, 788:9, 788:13, 790:1, 799:6, 811:2
**balance** [2] - 749:5,

776:20
**balances** [1] - 777:11
**ballots** [1] - 781:8
**Baltimore** [2] - 783:17, 794:14
**Band** [1] - 789:3
**Band-Aids** [1] - 789:3
**bandages** [1] - 788:25
**banister** [1] - 827:9
**barrage** [1] - 827:23
**barrier** [2] - 840:16, 842:6
**base** [10] - 767:21, 767:22, 809:1, 809:7, 809:23, 819:10, 826:9, 826:19, 826:24, 829:5
**based** [7] - 731:18, 737:10, 737:12, 741:1, 759:12, 803:9, 861:21
**bases** [1] - 764:15
**basic** [6] - 764:4, 765:2, 765:3, 765:14, 766:13, 789:3
**basis** [7] - 735:17, 747:4, 747:19, 748:25, 749:11, 778:11, 794:2
**Bath** [1] - 746:4
**bathroom** [1] - 752:17
**baton** [2] - 847:21, 847:25
**batons** [2] - 841:6, 848:10
**battering** [1] - 832:23
**battery** [1] - 767:15
**battle** [9] - 766:3, 832:6, 859:21, 859:23, 859:24, 859:25, 860:1, 860:2, 860:5
**beard** [2] - 834:7, 834:8
**beards** [1] - 834:9
**beat** [1] - 841:2
**beaten** [2] - 841:8, 848:9
**beatings** [1] - 853:20
**became** [2] - 837:18, 843:8
**become** [2] - 742:11, 821:6
**becoming** [1] - 814:8
**bed** [2] - 774:4, 779:13
**Bed** [1] - 746:4
**BEFORE** [1] - 728:10
**begin** [2] - 744:8,

842:1
**beginning** [2] - 781:6, 853:6
**behind** [13] - 787:19, 818:16, 832:18, 832:20, 833:12, 835:5, 837:19, 837:25, 838:20, 840:23, 848:25, 855:19, 859:17
**believes** [2] - 743:3, 743:20
**bell** [1] - 835:2
**below** [1] - 840:17
**Ben** [1] - 728:14
**bench** [6] - 753:1, 754:4, 775:13, 776:11, 812:4, 812:20
**benefit** [1] - 789:14
**Benjamin** [3] - 814:14, 821:10, 824:23
**best** [9] - 734:24, 757:7, 757:8, 757:18, 758:7, 761:15, 769:16, 783:7, 863:10
**between** [14] - 731:22, 765:7, 768:12, 793:3, 814:9, 816:17, 835:23, 835:24, 837:24, 839:8, 840:16, 841:4, 842:6, 863:1
**beyond** [4] - 740:23, 743:15, 770:4, 802:15
**Beyond** [1] - 746:4
**big** [12] - 758:17, 766:5, 766:15, 767:1, 772:22, 787:25, 789:11, 805:9, 805:23, 830:24, 850:4
**bigger** [1] - 795:5
**bigger-caliber** [1] - 795:5
**bike** [3] - 819:17, 819:19, 853:24
**billy** [1] - 841:7
**biological** [1] - 771:22
**bit** [21] - 757:12, 758:18, 771:25, 773:1, 774:11, 774:22, 783:16, 791:8, 795:3, 807:14, 816:10, 822:14, 822:19, 832:13, 832:15, 835:3, 843:15,

844:23, 846:23, 856:20, 862:24
**blanket** [2] - 749:9, 752:6, 789:1
**blatant** [1] - 734:13
**blind** [1] - 823:8
**blocked** [1] - 854:11
**blocking** [1] - 805:9
**blocks** [1] - 793:2
**blow** [2] - 774:21, 812:3
**blowing** [3] - 828:4, 828:5, 861:25
**Blue** [1] - 780:18
**blue** [7] - 827:9, 828:20, 828:24, 829:10, 832:5, 851:7, 852:1
**blurry** [2] - 855:1, 855:4
**blurts** [1] - 737:13
**board** [14] - 832:24, 833:6, 836:2, 836:11, 836:19, 836:20, 837:7, 837:16, 840:20, 842:4, 846:2, 849:4, 850:23, 852:2
**board's** [1] - 836:10
**body** [26] - 788:3, 793:8, 793:17, 793:18, 793:19, 793:22, 793:24, 794:6, 794:22, 794:23, 795:2, 795:4, 795:11, 795:13, 795:16, 795:20, 795:21, 805:25, 827:12, 834:12, 834:14, 834:18, 834:25, 846:5, 847:3, 861:25
**body's** [1] - 774:14
**bolster** [2] - 775:22, 776:4
**bolstering** [4] - 775:18, 777:19, 802:21, 812:1
**bolt** [1] - 773:12
**boots** [1] - 766:4
**border** [3] - 767:23, 767:25, 768:2
**born** [1] - 745:3
**bothering** [1] - 823:5
**bottle** [1] - 858:22
**bottlenecked** [1] - 792:6
**bottom** [6] - 808:25, 818:18, 826:6, 826:11, 838:25,

849:13
**boundaries** [1] - 734:17
**bounds** [1] - 740:23
**Bowser** [2] - 787:20, 789:16
**Box** [1] - 728:13
**box** [1] - 856:13
**brain** [1] - 772:15
**brave** [1] - 751:7
**Bravo** [1] - 766:2
**bravo** [1] - 767:23
**breach** [1] - 839:6
**break** [8] - 734:2, 799:15, 801:14, 801:17, 801:21, 862:6, 862:7, 862:15
**breathe** [2] - 823:4, 823:11
**breathing** [4] - 773:18, 810:25, 811:1, 811:3
**breaths** [1] - 861:24
**breeze** [1] - 861:25
**brief** [2] - 745:1, 803:4
**briefly** [9] - 745:21, 763:23, 766:22, 769:17, 778:14, 788:19, 808:14, 847:12, 860:8
**bright** [1] - 773:21
**bring** [36] - 732:11, 735:2, 738:15, 763:4, 768:20, 774:19, 782:2, 789:4, 789:15, 790:5, 790:11, 790:17, 791:3, 796:20, 798:3, 798:8, 811:18, 813:12, 813:16, 815:3, 815:6, 817:21, 818:3, 819:20, 821:16, 824:1, 830:8, 838:2, 841:13, 843:19, 846:7, 850:10, 850:13, 852:5, 858:9, 858:12
**bringing** [2] - 732:13, 787:19
**broke** [1] - 767:16, 822:17
**brother** [2] - 758:6, 758:17
**brought** [10] - 774:11, 787:15, 788:3, 789:14, 789:22, 791:5, 798:1, 823:1, 825:10, 825:13
**bruise** [3] - 847:18,

847:20, 848:13
**bruises** [4] - 846:4, 846:6, 847:25, 848:5
**Buehring** [1] - 767:21
**build** [2] - 838:22, 842:5
**building** [10] - 773:12, 806:21, 807:12, 857:2, 857:8, 857:10, 857:18, 860:9, 861:7, 861:8
**buildings** [1] - 804:19
**built** [1] - 834:12
**bullet** [1] - 839:3
**bullets** [1] - 847:15
**bumper** [1] - 780:17
**bunch** [2] - 790:8, 807:5
**bunkmate** [1] - 773:15
**burn** [1] - 828:12
**burning** [1] - 804:22
**burst** [1] - 781:20
**bus** [2] - 791:12, 791:16
**buses** [2] - 791:13, 791:19
**bush** [1] - 837:4
**business** [2] - 776:1, 776:2
**busy** [1] - 781:4
**but..** [1] - 795:15
**buy** [1] - 790:20
**BY** [9] - 744:23, 750:3, 754:10, 756:17, 761:11, 763:11, 776:12, 804:9, 812:21

---

**C**

---

**CA** [1] - 729:4
**Caitlin** [10] - 771:5, 777:23, 778:14, 817:21, 820:10, 841:20, 847:8, 847:11, 853:4, 856:11
**calf** [1] - 848:1
**caliber** [1] - 795:5
**calibrated** [1] - 779:11
**California** [1] - 745:4
**calm** [3] - 749:6, 749:8, 759:22
**Camp** [3] - 767:6, 767:21, 773:5
**Campaign** [1] - 770:13
**canister** [1] - 833:17
**canisters** [3] - 827:24, 828:6, 834:2
**cannot** [5] - 733:15,

738:15, 790:21,
833:18, 855:20
**canon** [1] - 766:2
**cans** [1] - 804:22
**capability** [1] - 820:16
**capacity** [4] - 736:16,
739:8, 739:11
**Capitol** [54] - 751:4,
751:16, 751:21,
752:2, 752:15,
752:20, 752:23,
753:8, 753:12,
753:23, 799:20,
800:2, 800:7, 800:8,
800:11, 800:14,
800:16, 801:4,
801:12, 802:4,
802:14, 804:11,
804:15, 804:25,
805:14, 806:19,
806:21, 806:22,
807:3, 807:4, 807:6,
807:9, 807:17,
808:2, 808:4, 809:5,
809:6, 818:8,
818:22, 818:24,
856:17, 856:23,
857:1, 857:5, 857:9,
857:14, 857:16,
857:22, 857:24,
860:9, 860:21,
860:22, 861:7, 861:8
**capitol** [1] - 808:6,
808:8, 857:18
**capitols** [5] - 808:5,
808:9, 808:13,
808:15, 857:18
**capsaicin** [3] - 823:19,
861:20, 861:21
**capsaicin-based** [1] -
861:21
**captain** [1] - 809:5
**car** [3] - 780:17,
780:19, 791:17
**care** [2] - 745:12,
844:11
**career** [2] - 732:8,
746:5
**cares** [1] - 733:24
**carried** [6] - 796:8,
819:16, 819:18,
820:22, 822:24,
824:17
**carry** [3] - 795:24,
796:9, 796:25
**carrying** [2] - 804:21,
819:19
**cars** [1] - 805:10
**Case** [1] - 731:3
**case** [21] - 732:1,

737:18, 741:12,
741:18, 742:8,
742:16, 744:8,
745:14, 750:24,
751:12, 755:14,
755:16, 755:19,
755:20, 755:25,
790:9, 795:9,
802:16, 812:13,
862:9, 862:10
**casted** [1] - 781:8
**caused** [2] - 742:18,
842:12
**causes** [2] - 772:17,
772:21
**causing** [2] - 767:7,
856:23
**caution** [3] - 741:20,
754:2, 840:2
**Cavalry** [3] - 767:10,
767:12, 767:17
**cavalry** [3] - 767:14,
767:15, 767:16
**CCTV** [2] - 844:7,
844:10
**CDU** [3] - 823:1,
824:19, 824:24
**center** [4] - 807:23,
809:8, 827:15,
858:16
**certain** [25] - 751:2,
754:25, 755:18,
755:24, 764:10,
764:25, 766:7,
786:2, 792:7,
798:12, 799:17,
803:17, 806:18,
808:19, 808:23,
819:12, 821:6,
822:23, 828:20,
840:10, 840:18,
850:20, 855:24,
858:6, 861:18
**certainly** [5] - 732:10,
740:12, 742:10,
742:12, 812:13
**CERTIFICATE** [1] -
863:5
**certification** [2] -
812:11, 823:24
**certifications** [1] -
764:25
**certified** [1] - 785:22
**certify** [1] - 863:8
**cetera** [1] - 733:2
**chambers** [2] -
784:25, 823:23
**chance** [1] - 744:3
**change** [4] - 753:16,
753:22, 778:12,

788:12
**chanting** [3] - 804:17,
829:1, 849:16
**character** [19] -
731:16, 731:18,
731:23, 731:25,
732:6, 732:12,
732:25, 733:11,
734:14, 738:16,
738:25, 739:3,
747:22, 753:15,
755:21, 755:23,
755:24, 756:1, 771:1
**characteristic** [1] -
747:14
**charge** [2] - 767:21,
767:23
**charged** [3] - 741:14,
742:9, 751:24,
802:23
**charges** [1] - 760:18
**charging** [1] - 831:10
**Charlie** [2] - 767:17,
768:3
**charming** [1] - 757:21
**chatted** [1] - 761:14
**cheaper** [1] - 791:17
**check** [1] - 811:6
**checkpoint** [1] -
808:16
**cheering** [1] - 804:17
**chemical** [2] - 771:23,
823:18
**chemicals** [1] - 861:19
**chest** [5] - 810:14,
810:23, 811:1,
820:24, 834:17
**children** [2] - 736:2,
805:16
**choking** [1] - 828:9
**chow** [1] - 773:8
**Chris** [9] - 745:18,
745:22, 746:3,
746:8, 746:10,
747:20, 753:7,
754:12, 754:18
**Chris's** [1] - 746:21
**Christopher** [5] -
731:4, 745:15,
757:1, 762:25,
763:16
**CHRISTOPHER** [5] -
728:6, 728:10,
730:8, 763:9, 763:16
**church** [1] - 745:11
**circle** [9] - 809:20,
809:24, 810:5,
810:6, 810:10,
817:2, 818:21,
820:19, 854:15

**circuit** [1] - 773:13
**cities** [1] - 794:13
**citizen** [2] - 746:15,
748:23
**citizens** [2] - 788:2,
858:3
**city** [6] - 788:1, 792:2,
792:5, 794:13,
798:7, 806:10
**civic** [2] - 733:21,
733:22
**civil** [3] - 783:2, 783:8,
825:4
**civilian** [1] - 765:6
**clarify** [3] - 773:23,
800:18, 820:14
**class** [1] - 811:15
**classified** [1] - 772:14
**clear** [19] - 732:17,
740:19, 740:25,
742:3, 782:19,
806:11, 812:12,
814:11, 814:15,
816:18, 816:21,
817:2, 817:4,
817:20, 819:1,
822:21, 828:16,
844:7, 852:17
**clearing** [1] - 768:9
**clearly** [13] - 740:23,
753:20, 807:3,
816:16, 828:14,
829:8, 831:20,
832:23, 840:21,
842:21, 845:18,
847:19, 857:6
**climbed** [2] - 843:14,
845:21
**climbing** [1] - 849:19
**clip** [7] - 815:7, 816:6,
822:9, 838:12,
842:20, 854:7, 854:9
**clips** [2] - 777:15,
853:9
**close** [6] - 753:17,
786:15, 806:19,
808:4, 834:22,
859:10
**closed** [1] - 805:8
**closer** [2] - 809:13,
810:2
**clothes** [1] - 788:12
**clouds** [1] - 828:7
**clubs** [1] - 841:7
**co** [1] - 736:7
**co-workers** [1] - 736:7
**collateral** [1] - 775:17
**college** [1] - 756:25
**COLUMBIA** [1] - 728:1
**combat** [4] - 765:3,

765:5, 765:10,
767:19
**coming** [13] - 762:7,
764:2, 768:12,
781:15, 781:25,
786:13, 788:1,
806:10, 823:8,
828:15, 835:10,
843:2, 849:16
**committed** [2] -
753:16, 802:14
**committing** [2] -
742:20, 742:21
**common** [2] - 733:5,
785:11
**Commonwealth** [1] -
770:19
**commotion** [3] -
844:23, 853:17,
853:18
**communicated** [1] -
784:2
**communicating** [1] -
784:12
**communication** [2] -
790:11, 790:15
**communications** [1] -
783:24
**community** [5] -
733:24, 734:3,
737:21, 752:11,
755:24
**company** [1] - 745:11
**compassionate** [1] -
748:1
**complete** [1] - 863:10
**completely** [4] -
773:17, 814:20,
816:25, 817:6
**completeness** [1] -
844:16
**completing** [1] -
766:13
**compliant** [1] - 817:6
**complying** [2] - 817:1,
821:10
**component** [2] -
765:19, 766:5
**components** [1] -
770:17
**composure** [1] - 859:2
**compressions** [4] -
810:14, 810:23,
811:1, 820:25
**concealed** [2] - 796:6,
796:25
**concern** [7] - 734:20,
783:15, 783:19,
783:22, 825:11,
825:13, 832:3

**concerned** [2] - 832:8, 843:9
**concerning** [1] - 842:18
**concerns** [3] - 784:19, 798:5, 798:23
**conclusion** [3] - 742:1, 860:24, 861:11
**conclusions** [3] - 781:12, 797:19
**concrete** [1] - 764:6
**conditions** [1] - 775:4
**conduct** [1] - 737:19
**conference** [6] - 753:1, 754:4, 775:13, 776:11, 812:4, 812:20
**confidence** [1] - 747:11
**confident** [3] - 746:13, 758:25, 759:13
**confirm** [3] - 757:18, 812:10, 852:25
**conflict** [1] - 749:19
**conflicts** [6] - 758:21, 758:22, 758:24, 759:5, 759:18, 759:19
**conformance** [1] - 738:16
**confrontational** [1] - 814:8
**confrontations** [1] - 824:22
**confronts** [1] - 753:24
**confuse** [1] - 812:13
**congratulations** [1] - 731:14
**congregating** [2] - 807:5, 837:3
**congregation** [1] - 849:23
**connection** [2] - 772:1, 775:5
**connects** [1] - 741:17
**consider** [6] - 738:5, 767:14, 806:15, 842:17, 855:13, 855:18
**considered** [4] - 766:3, 771:16, 845:12, 861:9
**considers** [1] - 755:2
**consistent** [2] - 853:14, 853:15
**consistently** [1] - 780:20
**constant** [3] - 772:13, 774:3, 774:5

**constantly** [1] - 827:23
**constitutes** [1] - 863:8
**Constitution** [5] - 729:9, 784:21, 804:25, 805:5, 863:16
**constitutional** [1] - 796:8
**constitutionalist** [1] - 755:3
**construction** [1] - 764:7
**contact** [2] - 815:1, 841:4
**contacts** [1] - 738:24
**Content** [2] - 783:1, 783:7
**content** [1] - 783:11
**contents** [3] - 768:23, 803:7, 803:13
**contested** [2] - 784:25, 785:3
**context** [2] - 769:8, 802:5
**continue** [2] - 781:23, 862:5
**CONTINUED** [2] - 728:25, 729:1
**contrary** [1] - 802:6
**contributing** [1] - 746:15
**control** [4] - 813:10, 814:5, 814:21, 835:16
**conversation** [3] - 732:23, 741:1, 829:23
**conversations** [1] - 814:23
**COOPER** [1] - 728:10
**cop** [4] - 748:12, 748:13, 809:24, 851:6
**copacetic** [1] - 749:7
**cops** [11] - 787:8, 807:18, 809:21, 813:6, 824:24, 829:3, 830:16, 842:6, 850:25, 851:1
**corner** [1] - 818:19
**corporate** [1] - 745:10
**correct** [16] - 750:22, 750:25, 751:2, 751:5, 751:9, 751:10, 751:13, 751:14, 751:16, 751:24, 751:25, 761:16, 762:9, 762:12, 778:9,

788:14
**correctly** [4] - 765:25, 770:25, 778:3, 794:6
**coughing** [1] - 823:8
**Counsel** [2] - 760:17, 799:13
**counsel** [2] - 731:19, 752:21
**counter** [2] - 790:7, 790:9
**country** [8] - 751:4, 755:4, 764:17, 767:22, 770:17, 785:13, 806:12, 808:10
**county** [2] - 780:1, 791:12
**County** [3] - 763:19, 763:25, 764:1
**couple** [19] - 731:8, 746:17, 746:21, 746:23, 764:2, 764:15, 772:25, 784:1, 786:15, 799:25, 802:13, 806:25, 807:1, 817:18, 820:13, 829:14, 853:9, 854:1, 862:25
**course** [12] - 732:8, 732:25, 742:3, 743:11, 757:17, 757:23, 763:5, 765:6, 765:14, 768:16, 784:18, 784:20
**courses** [1] - 797:17
**court** [2] - 764:18, 833:20
**Court** [21] - 729:7, 729:8, 731:24, 731:25, 737:5, 737:14, 740:18, 740:20, 740:22, 740:23, 741:2, 741:19, 741:22, 741:23, 742:4, 743:15, 761:5, 769:6, 769:9, 844:15, 863:15
**COURT** [143] - 728:1, 731:5, 731:10, 731:12, 731:14, 732:16, 732:21, 733:9, 733:14, 733:17, 734:1, 734:7, 734:10, 734:21, 735:1, 735:8, 735:10, 735:22, 736:11,

736:23, 737:3, 737:15, 737:18, 738:1, 738:8, 739:2, 739:7, 739:21, 739:24, 740:17, 741:1, 741:24, 742:6, 742:15, 742:25, 743:17, 743:21, 743:25, 744:3, 744:11, 744:13, 749:23, 750:1, 752:21, 753:4, 753:13, 754:1, 754:21, 755:8, 755:11, 756:5, 756:7, 758:1, 759:2, 759:8, 759:10, 759:16, 760:7, 760:11, 760:15, 760:17, 760:25, 761:5, 762:16, 762:18, 762:21, 763:2, 763:5, 763:7, 767:11, 769:8, 769:17, 769:25, 771:11, 771:14, 772:5, 775:11, 775:15, 776:2, 776:9, 777:20, 782:17, 782:19, 782:23, 783:13, 784:6, 795:19, 796:18, 797:5, 797:20, 798:11, 799:13, 801:13, 801:16, 801:20, 801:23, 802:9, 802:17, 802:24, 803:3, 803:14, 803:24, 804:6, 806:7, 810:20, 811:11, 812:2, 812:6, 812:8, 812:16, 813:3, 813:21, 815:13, 815:19, 815:21, 815:24, 816:2, 818:12, 820:8, 822:7, 824:14, 840:1, 841:15, 841:18, 842:11, 844:3, 844:15, 847:7, 853:2, 855:17, 858:1, 858:5, 860:16, 860:19, 861:1, 861:12, 862:6, 862:12, 862:14, 862:17, 862:22, 863:2, 863:5

**Court's** [3] - 740:25, 742:1, 802:11
**Courthouse** [2] - 729:8, 863:15
**courtroom** [4] - 743:24, 801:19, 804:5, 862:11
**COURTROOM** [10] - 731:2, 735:5, 743:23, 744:16, 744:20, 756:10, 756:14, 817:23, 841:16, 856:9
**cover** [1] - 849:5
**covered** [6] - 759:7, 834:3, 846:5, 858:25, 859:7, 859:11
**COVID** [1] - 774:11
**CPR** [10] - 789:1, 810:22, 810:24, 811:2, 811:13, 811:15, 812:17, 819:17
**Craig** [2] - 763:25, 764:1
**cram** [1] - 849:18
**crazy** [2] - 779:6, 788:22
**creates** [1] - 776:20
**crew** [2] - 766:2
**crime** [2] - 742:20, 802:23
**crimes** [2] - 742:18, 802:14
**Criminal** [2] - 728:3, 731:3
**criminal** [1] - 755:14
**CROSS** [2] - 750:2, 761:10
**cross** [9] - 732:10, 743:12, 753:14, 753:18, 760:25, 765:7, 803:23, 803:24, 844:16
**cross-examination** [3] - 743:12, 753:14, 753:18
**CROSS-EXAMINATION** [2] - 750:2, 761:10
**crossed** [1] - 800:5
**crossing** [1] - 768:2
**crosswalk** [1] - 793:4
**crowd** [36] - 786:16, 789:8, 791:1, 798:19, 799:20, 799:21, 800:9, 801:11, 804:14, 805:16, 806:24,

807:4, 809:21,
813:10, 814:5,
814:18, 814:20,
816:25, 817:6,
817:15, 819:18,
821:6, 821:9,
821:10, 821:12,
823:8, 827:7,
827:17, 827:25,
828:8, 829:5,
835:16, 835:19,
835:25, 850:16,
855:6
**CRR** [3] - 729:7, 863:7,
863:14
**crystal** [1] - 828:11
**CS** [10] - 814:22,
823:5, 823:13,
823:17, 823:20,
833:22, 834:2,
861:20, 861:22
**cumbersome** [1] -
793:23
**current** [1] - 779:22
**cut** [2] - 847:20,
849:12
**cutting** [1] - 848:24

# D

**D.C** [20] - 752:15,
752:20, 753:9,
753:11, 783:18,
786:3, 786:6, 787:2,
787:13, 790:3,
791:9, 791:13,
791:20, 792:1,
792:7, 794:14,
798:9, 800:16,
802:3, 805:9
**daily** [5] - 793:20,
794:2, 794:5, 794:7,
796:10
**DALKE** [30] - 728:16,
731:9, 731:11,
731:13, 731:15,
734:13, 735:21,
735:25, 738:18,
750:3, 752:24,
753:3, 753:5,
753:18, 754:3,
754:5, 754:19,
757:25, 759:1,
759:6, 759:15,
759:17, 760:5,
760:10, 760:14,
760:22, 760:24,
761:4, 761:11,
762:14
**Dalke** [3] - 738:17,
749:23, 754:11

Dalke)......................
............**750** [1] -
730:4
Dalke)......................
............**761** [1] -
730:7
**Dallan** [2] - 793:25,
795:2
**danger** [1] - 829:11
**dangerous** [4] -
794:12, 803:16,
803:19, 803:22
**date** [2] - 757:15,
767:5
**Dated** [1] - 863:12
**dating** [1] - 745:23
**days** [1] - 788:11
**DC** [4] - 728:14,
728:22, 729:9,
863:17
**DD-214** [1] - 811:23
**dead** [4] - 773:15,
821:3, 830:25, 845:8
**deadly** [1] - 845:12
**deal** [4] - 742:2,
799:15, 803:25,
844:16
**dealing** [1] - 753:11
**debate** [3] - 784:25,
785:11, 785:13
**decent** [1] - 761:1
**decide** [2] - 786:8,
810:5
**decided** [4] - 773:9,
786:6, 787:2, 824:19
**deck** [1] - 792:8
**declared** [1] - 817:17
**decontaminate** [1] -
861:18
**decontamination** [1] -
771:23
**DEENDANT** [1] -
767:12
**deep** [1] - 861:24
**defend** [1] - 835:8
**DEFENDANT** [6] -
763:4, 763:6, 763:8,
764:21, 770:2, 804:2
**defendant** [19] - 732:4,
732:25, 733:1,
734:2, 734:22,
736:6, 739:3,
739:11, 742:9,
743:2, 745:14,
750:6, 750:19,
751:3, 752:2,
761:20, 761:25,
762:6, 802:12
**Defendant** [2] - 728:7,
729:2

**defendant's** [8] -
750:24, 751:11,
751:15, 755:22,
755:23, 762:11,
803:10
**defense** [10] - 738:15,
740:20, 740:24,
742:8, 742:23,
744:10, 762:25,
770:17, 802:11,
844:8
**defense's** [2] - 744:8,
844:3
**defensive** [4] - 794:22,
795:17, 795:21,
841:11
**definitely** [2] - 749:6,
835:2
**degenerating** [1] -
772:20
**degrading** [1] - 772:20
**delay** [1] - 856:24
**demobilization/**
**mobilization** [1] -
768:14
**Democrat** [1] - 785:18
**demonstrate** [1] -
777:6
**Demonstrative** [1] -
777:23
**Department** [1] -
753:10
**department** [1] -
811:15
**DEPARTMENT** [1] -
728:13
**depiction** [3] - 780:13,
818:7, 822:2
**depictions** [1] - 847:2
**deploy** [1] - 770:17
**deployed** [4] - 766:11,
767:9, 768:10,
770:21
**deployment** [5] -
764:3, 765:5,
768:11, 770:20,
797:15
**deployments** [1] -
764:16
**deprivation** [1] - 860:2
**DEPUTY** [10] - 731:2,
735:5, 743:23,
744:16, 744:20,
756:10, 756:14,
817:23, 841:16,
856:9
**describe** [5] - 780:9,
830:12, 831:16,
838:17, 847:12
**described** [3] -

776:25, 777:16,
787:3
**describing** [4] -
779:14, 795:3,
816:6, 846:16
**deserve** [1] - 761:2
**designed** [1] - 828:10
**desktop** [1] - 783:12
**despite** [1] - 740:24
**destroyed** [1] - 804:23
**detail** [2] - 771:25,
846:16
**details** [1] - 783:24
**detensify** [1] - 778:10
**develop** [1] - 806:4
**devices** [2] - 814:21,
835:16
**diagnosed** [1] -
776:10
**died** [1] - 746:6
**diesel** [1] - 764:1
**difference** [2] - 732:9,
847:19
**different** [13] - 741:7,
746:17, 765:21,
767:13, 769:8,
776:17, 805:22,
806:2, 823:17,
839:20, 844:8,
848:13, 861:6
**differently** [1] - 823:21
**differing** [1] - 731:22
**difficult** [2] - 816:11,
834:7
**diffuse** [2] - 749:7,
758:24
**DIRECT** [3] - 744:22,
756:16, 763:10
**direct** [3] - 732:12,
738:15, 842:8
**direction** [10] - 808:24,
809:10, 809:12,
818:23, 826:24,
828:4, 828:18,
831:21, 840:19,
853:25
**directly** [3] - 737:8,
753:24, 825:14
**disagree** [1] - 785:12
**disallow** [3] - 736:11,
742:4, 754:1
**disallowed** [1] - 742:5
**discharge** [1] - 812:15
**discharged** [2] -
772:7, 772:9
**discuss** [3] - 801:21,
833:10, 862:14
**discussing** [1] - 803:5
**Discussion** [1] - 804:4
**discussions** [2] -

731:19, 862:9
**dishonorably** [1] -
772:7
**Dispatch** [1] - 783:5
**disperse** [1] - 817:17
**dispose** [4] - 836:23,
836:24, 837:7,
847:16
**dispute** [1] - 776:5
**disregard** [1] - 740:22
**distance** [2] - 835:23,
837:24
**distinction** [1] -
860:20
**distress** [1] - 830:1
**distribution** [1] -
745:11
**DISTRICT** [3] - 728:1,
728:1, 728:10
**disturbance** [1] -
825:5
**division** [1] - 767:10
**document** [8] -
773:24, 774:23,
774:24, 775:1,
775:22, 796:22,
811:20, 811:22
**documentary** [1] -
810:17
**documents** [2] -
779:5, 779:9
**DOJ** [1] - 728:17
**DOJ-USAO** [1] -
728:17
**don** [1] - 823:3
**Donald** [3] - 780:24,
784:15, 806:15
**done** [2] - 732:7,
764:6, 785:6
**donned** [1] - 823:2
**door** [5] - 753:7,
767:3, 768:8, 802:7,
851:16
**doors** [4] - 783:3,
804:19, 857:12
**doorway** [3] - 851:5,
851:21, 853:19
**down** [57] - 746:7,
749:8, 755:9,
762:21, 764:19,
767:16, 770:1,
771:4, 785:21,
787:23, 789:17,
791:13, 791:17,
791:23, 792:9,
801:21, 804:24,
805:1, 805:2, 805:3,
805:5, 805:12,
806:20, 807:20,
816:22, 817:3,

819:10, 821:4,
822:20, 826:5,
828:13, 830:5,
831:8, 831:11,
832:4, 832:9,
835:10, 840:24,
841:24, 842:4,
842:21, 842:22,
843:2, 844:11,
844:14, 845:3,
845:17, 845:22,
845:23, 845:24,
848:16, 850:24,
854:1, 859:18,
860:6, 862:12
**downtown** [2] -
787:21, 789:17
**dozens** [1] - 732:7
**draped** [4] - 792:13,
848:23, 849:1, 849:4
**dressed** [7] - 798:18,
798:19, 805:14,
805:18, 805:21,
806:5
**drill** [2] - 763:7,
766:17, 771:18
**drive** [1] - 813:13
**driver** [10] - 768:8,
779:23, 781:2,
782:7, 793:21,
794:3, 794:8,
795:12, 796:5,
796:14
**driveway** [1] - 818:22
**driving** [2] - 748:12,
783:8
**drop** [1] - 837:4
**dropped** [1] - 751:12
**drove** [4] - 791:17,
791:22, 791:23,
792:9
**ducking** [2] - 849:21,
849:22
**Dude** [1] - 830:17
**due** [1] - 779:4
**DUI** [1] - 779:23
**dump** [1] - 805:9
**during** [13] - 767:18,
773:5, 783:8,
787:22, 800:19,
833:1, 834:1,
835:12, 841:3,
841:10, 842:16,
843:1, 843:6
**duty** [3] - 764:14,
765:19

### E

**ear** [8] - 773:13,

---

776:14, 776:19,
776:20, 777:1,
816:14, 816:15
**early** [2] - 791:10,
846:24
**earpiece** [2] - 790:15,
816:15
**ears** [3] - 774:5,
774:15, 777:11
**easily** [2] - 810:7,
857:7
**easy** [1] - 817:20
**eat** [2] - 736:17,
787:23
**educational** [1] -
763:24
**effective** [1] - 823:6
**effects** [2] - 772:17,
859:22
**efficient** [1] - 823:10
**eight** [7] - 735:16,
745:19, 750:7,
757:4, 758:2,
759:20, 811:16
**either** [4] - 746:21,
747:17, 748:7, 835:9
**elaborate** [1] - 856:20
**elbow** [1] - 847:20
**elected** [3] - 784:23,
785:10, 856:25
**election** [5] - 780:21,
780:25, 781:1,
781:7, 781:12,
781:15, 781:17,
782:20, 782:22,
783:21, 784:1,
784:2, 784:12,
784:14, 784:16
**elections** [2] - 780:20,
780:22
**electrical** [1] - 764:7
**element** [5] - 767:14,
767:15, 767:20,
768:5, 802:22
**Ellipse** [14] - 792:18,
792:24, 793:1,
793:6, 798:12,
798:16, 798:21,
798:25, 799:8,
799:18, 800:4,
800:5, 801:3, 801:24
**embeds** [1] - 828:11
**employed** [2] - 745:7,
756:22
**empty** [1] - 803:8
**EMS** [1] - 789:9
**EMT** [6] - 733:23,
738:9, 764:3, 765:7,
812:11, 812:17
**encirclement** [1] -

---

809:14
**encompass** [1] - 828:7
**encounter** [1] - 836:2
**encountering** [1] -
850:21
**end** [4] - 754:4,
776:11, 778:4,
812:20
**ended** [1] - 804:13
**ending** [2] - 827:23,
841:24
**enforce** [1] - 734:10
**enforcement** [4] -
737:20, 739:4,
746:5, 779:21
**engage** [3] - 737:22,
737:23, 742:18
**engaged** [8] - 738:12,
750:9, 767:18,
833:17, 833:22,
837:13, 837:16,
838:25
**engaging** [3] - 737:19,
737:21, 743:6
**enjoy** [2] - 744:4,
759:25
**enlisted** [1] - 764:11
**enlisting** [1] - 766:1
**entering** [1] - 741:14
**enters** [2] - 743:24,
804:5
**entire** [1] - 843:1
**entry** [1] - 767:25
**environments** [1] -
774:10
**episode** [1] - 842:17
**equal** [1] - 845:10
**equipment** [2] - 817:3,
819:6, 819:7
**escalation** [1] - 768:7
**ESQ** [5] - 728:12,
728:16, 728:20,
729:2, 729:2
**essentially** [4] - 736:1,
738:23, 775:18,
802:3
**establish** [1] - 733:1
**establishes** [1] -
735:17
**estimate** [4] - 786:14,
799:25, 836:7, 845:9
**et** [1] - 733:2
**event** [1] - 787:4
**events** [3] - 748:17,
752:1, 822:2
**eventually** [5] -
785:20, 806:20,
819:5, 826:10,
849:12
**everywhere** [1] - 801:6

---

**Evidence** [1] - 738:19
**evidence** [16] - 733:6,
734:14, 734:19,
742:13, 742:23,
787:16, 802:15,
812:14, 815:4,
815:13, 817:22,
818:1, 830:9,
831:13, 831:15,
841:14
**exact** [5] - 771:2,
790:23, 791:10,
809:5, 844:10
**exactly** [1] - 808:21
**exaggerating** [1] -
743:6
**exam** [1] - 775:2
**examination** [3] -
743:12, 753:14,
753:18
**EXAMINATION** [6] -
744:22, 750:2,
754:9, 756:16,
761:10, 763:10
**example** [3] - 737:6,
737:7, 805:24
**excavating** [1] - 817:3
**excelling** [1] - 770:6
**exchange** [5] - 816:8,
819:8, 841:3,
841:10, 843:1
**exchanges** [1] -
813:23
**excited** [1] - 757:15
**exclude** [1] - 741:25
**excuse** [1] - 844:3
**exercising** [1] - 858:3
**exhibit** [11] - 735:6,
735:25, 753:5,
775:7, 782:4,
790:13, 797:7,
820:4, 844:8,
844:12, 851:7
**Exhibit** [29] - 735:7,
768:21, 769:5,
774:20, 777:24,
782:3, 782:14,
796:21, 797:2,
811:19, 815:4,
817:22, 818:3,
819:21, 821:17,
824:2, 830:9,
831:13, 838:2,
838:16, 839:12,
841:14, 841:17,
843:20, 846:7,
852:6, 856:7,
858:10, 858:14
**exhibits** [4] - 736:4,
793:8, 817:2, 819:5

---

**exit** [1] - 828:16
**exits** [2] - 801:19,
862:11
**expect** [1] - 787:11
**expecting** [1] - 786:16
**experience** [5] - 732:7,
808:14, 811:13,
823:13, 823:16
**expert** [3] - 755:17,
755:18, 755:19
**expired** [1] - 797:13
**explain** [7] - 753:3,
753:4, 769:16,
771:11, 773:3,
788:6, 794:24
**explained** [1] - 755:12
**explore** [1] - 803:24
**explosions** [2] -
814:22, 822:25
**explosives** [1] -
827:24
**exposed** [4] - 741:6,
834:10, 849:13,
858:8
**extent** [4] - 737:9,
842:11, 852:23,
861:1
**extra** [1] - 794:21
**extrinsic** [3] - 742:12,
742:23, 812:14
**eyeballs** [1] - 859:4
**eyes** [5] - 774:11,
797:15, 828:11,
859:9, 859:10

### F

**face** [8] - 789:1,
810:22, 811:2,
813:22, 830:6,
839:2, 859:5
**face-to-face** [1] -
813:22
**facilities** [1] - 752:17
**facing** [1] - 760:18
**fact** [12] - 734:22,
735:23, 755:15,
776:5, 821:13,
822:17, 833:15,
837:15, 845:21,
856:18, 857:9,
860:11
**facts** [2] - 755:16,
775:21
**fair** [9] - 776:7, 777:8,
780:12, 818:7,
822:2, 824:9, 834:3,
847:2, 852:19
**faith** [1] - 745:22
**fall** [5] - 829:9, 830:22,

835:11, 845:10, 845:12

**familiar** [1] - 768:24

**family** [3] - 733:2, 747:22, 781:17

**far** [19] - 732:10, 732:12, 735:13, 736:2, 743:18, 748:22, 769:20, 770:18, 798:22, 799:7, 800:3, 809:8, 834:2, 834:4, 845:8, 851:10, 852:19, 853:20

**fashion** [4] - 766:23, 806:2, 821:8, 841:5

**fast** [5] - 765:12, 770:2, 773:22, 841:1, 845:6

**fatigue** [7] - 859:21, 859:23, 859:24, 859:25, 860:1, 860:2, 860:5

**fault** [2] - 779:4, 779:5

**favors** [1] - 755:1

**feared** [1] - 826:3

**Federal** [1] - 738:19

**federal** [2] - 804:18, 804:19

**federally** [1] - 790:22

**feelings** [2] - 784:11, 785:16

**feet** [10] - 828:13, 836:5, 836:11, 836:13, 836:15, 836:21, 840:14, 845:11, 845:17

**fell** [2] - 743:18, 757:20

**felt** [10] - 746:12, 755:3, 781:5, 786:19, 786:25, 806:10, 806:12, 834:19, 838:20, 857:20

**fence** [2] - 767:24, 807:7

**few** [8] - 754:11, 780:2, 792:14, 799:6, 814:13, 834:16, 842:2, 851:1

**fiancee** [7] - 733:12, 745:18, 757:7, 763:21, 764:5, 846:17, 846:20

**fight** [1] - 751:4

**fighting** [1] - 770:11

**figure** [1] - 746:11

**figured** [5] - 787:21, 791:13, 791:17,

---

828:3, 828:4

**files** [2] - 777:3, 777:5

**filmmaking** [1] - 810:18

**final** [2] - 829:7, 848:11

**finally** [3] - 748:24, 779:8, 856:18

**fine** [3] - 778:1, 783:13, 792:2

**fire** [3] - 766:5, 789:9, 811:15

**firearm** [16] - 791:3, 796:8, 796:9, 796:16, 797:22, 798:1, 798:3, 798:9, 825:14, 825:18, 825:25, 829:13, 860:11, 860:21, 861:6, 861:7

**firearms** [1] - 796:7

**firefighter** [2] - 733:23, 764:3

**firing** [1] - 827:7

**first** [23] - 731:17, 735:21, 736:1, 740:2, 740:13, 741:22, 746:10, 749:25, 757:5, 757:13, 771:21, 782:25, 789:3, 789:10, 792:9, 808:3, 811:15, 829:21, 829:23, 832:2, 837:6, 848:22, 857:8

**First** [2] - 789:18, 805:10

**first-timer** [1] - 749:25

**fit** [1] - 788:12

**fitted** [1] - 779:10

**five** [6] - 792:23, 834:5, 836:9, 845:17, 846:10, 847:13

**flag** [2] - 780:18, 854:11

**flat** [1] - 851:13

**flesh** [2] - 737:11, 773:1

**flexible** [3] - 771:19, 793:23, 794:1

**flipped** [1] - 804:22

**Floor** [1] - 729:4

**FN303** [1] - 847:15

**FN303s** [1] - 834:22

**focus** [4] - 781:22, 814:16, 832:24, 833:13

**focused** [8] - 740:11,

---

798:22, 800:25, 814:13, 821:10, 833:3, 853:19

**focusing** [1] - 851:3

**folks** [2] - 755:15, 805:17

**follow** [6] - 746:7, 749:10, 754:8, 780:11, 792:21, 803:4

**follow-up** [3] - 749:10, 754:8, 803:4

**followed** [6] - 758:2, 791:19, 799:20, 805:11, 855:21, 855:22

**following** [6] - 734:3, 753:1, 775:13, 781:3, 781:13, 812:4

**food** [2] - 773:8, 788:11

**foot** [3] - 817:4, 829:15, 857:17

**footing** [1] - 833:4

**footsteps** [1] - 746:7

**FOR** [1] - 728:1

**force** [2] - 737:19, 768:5

**forces** [2] - 768:7, 770:16

**Forces** [1] - 770:15

**forcible** [1] - 737:19

**forearms** [1] - 846:4

**foregoing** [1] - 863:8

**forget** [1] - 808:21

**form** [2] - 738:24, 830:1

**formed** [1] - 733:8

**Fort** [3] - 765:20, 766:16, 771:9

**forth** [1] - 843:3

**forum** [1] - 808:17

**forward** [9] - 747:9, 748:14, 829:7, 829:14, 830:19, 830:20, 831:25, 837:23, 842:2

**foundation** [9] - 738:21, 738:23, 740:6, 740:12, 740:16, 775:9, 775:17, 776:2, 815:17

**fourth** [1] - 770:15, 848:6

**frame** [10] - 816:13, 818:13, 821:7, 831:18, 833:15, 834:1, 835:12, 841:23, 843:6,

---

858:16

**Franklin** [1] - 728:14

**frankly** [1] - 741:5

**fraudulent** [1] - 784:16

**free** [1] - 769:10

**freely** [1] - 827:7

**freeze** [1] - 816:13

**frequency** [3] - 776:19, 776:23, 779:11

**Friday** [3] - 731:24, 741:2, 741:8

**friend** [4] - 757:8, 757:18, 758:7, 761:15

**friend's** [1] - 757:7

**friends** [3] - 733:2, 747:23, 747:24

**front** [24] - 775:21, 800:1, 806:25, 813:14, 818:24, 825:1, 825:3, 825:10, 830:15, 831:8, 832:6, 836:4, 836:10, 836:11, 836:13, 836:16, 838:21, 840:21, 851:6, 852:2, 855:6, 855:7, 855:14, 857:11

**fronting** [1] - 740:15

**Fuck** [5] - 752:15, 752:20, 753:9, 753:11, 830:20

**full** [6] - 745:10, 745:13, 746:3, 788:24, 834:8, 863:9

**full-time** [2] - 745:10, 745:13

**fun** [1] - 759:25

**function** [1] - 743:4

**fundamental** [1] - 773:24

**funeral** [1] - 760:6

**funerals** [1] - 760:2

**funny** [2] - 748:11, 757:21

---

## G

**G2C** [1] - 791:5

**gained** [1] - 859:2

**gap** [2] - 749:15, 749:17

**garage** [2] - 792:24, 793:1

**gas** [31] - 788:4, 789:22, 790:5, 792:13, 793:9, 814:22, 822:23,

---

823:1, 823:2, 823:3, 823:5, 823:14, 823:17, 823:20, 823:23, 823:24, 823:25, 827:22, 827:24, 828:2, 828:10, 828:17, 834:6, 858:6, 858:7, 859:7, 859:22, 861:22

**gases** [1] - 837:20

**gassed** [2] - 817:8, 835:15

**gassing** [1] - 849:2

**gauze** [1] - 788:25

**gay** [1] - 805:19

**gaze** [1] - 825:23

**gear** [4] - 790:12, 793:15, 798:19, 806:5

**general** [6] - 760:21, 809:11, 813:22, 831:21, 850:8, 853:25

**generally** [3] - 748:7, 758:21, 818:17

**gentleman** [29] - 740:4, 813:6, 814:16, 817:12, 818:16, 822:16, 822:17, 822:24, 825:10, 827:8, 828:22, 828:23, 831:19, 832:1, 832:2, 832:5, 832:25, 833:4, 833:13, 836:13, 837:1, 837:8, 837:19, 843:10, 844:22, 845:10, 849:3, 851:7, 856:13

**gentlemen** [4] - 744:1, 755:11, 801:16, 862:7

**Georgia** [1] - 781:20

**gesture** [2] - 831:10, 845:16

**gestures** [5] - 835:22, 842:17, 842:19, 842:20, 843:3

**get-up** [1] - 805:22

**girlfriend** [1] - 734:23

**girls'** [1] - 757:16

**given** [11] - 741:6, 742:1, 769:21, 770:4, 770:16, 770:19, 770:21, 775:19, 779:2, 779:3, 802:11

**global** [1] - 770:11

**gloves** [1] - 788:25
**goodness** [2] - 733:21, 733:22
**Government** [7] - 817:22, 824:2, 831:12, 850:11, 850:13, 856:6, 858:9
**government** [21] - 732:10, 732:22, 732:24, 734:9, 735:18, 736:20, 740:10, 741:12, 743:1, 743:3, 769:6, 777:18, 779:9, 797:16, 800:5, 801:8, 802:1, 802:4, 817:2, 850:12, 855:2
**Government's** [4] - 830:9, 838:2, 839:24, 841:13
**government's** [6] - 731:17, 734:20, 741:18, 819:5, 844:4, 862:25
**governor** [1] - 770:20
**grab** [3] - 829:8, 830:17, 830:23
**grabbed** [1] - 792:13
**graduated** [1] - 763:25
**grandfather** [1] - 746:5
**grandmother** [1] - 808:11
**grandmother's** [1] - 760:6
**grass** [3] - 824:20, 824:25, 826:20
**great** [3] - 759:24, 785:17, 803:11
**grew** [1] - 796:7
**grocery** [1] - 745:11
**groin** [3] - 834:5, 835:2, 859:13
**groove** [1] - 746:12
**ground** [9] - 766:4, 785:11, 810:13, 813:5, 813:6, 814:17, 815:2, 821:3, 849:20
**grounds** [10] - 742:5, 743:1, 753:12, 775:11, 797:20, 807:4, 807:6, 807:9, 808:1
**group** [8] - 735:3, 747:24, 754:25, 809:17, 810:4, 810:6, 820:22, 851:23
**growing** [2] - 781:7,

811:15
**grown** [1] - 749:8
**grown-up** [1] - 749:8
**guaranteed** [1] - 858:3
**Guard** [7] - 764:13, 765:17, 770:16, 770:19, 770:21, 771:13, 771:16
**guard** [1] - 764:14
**guess** [26] - 742:18, 746:14, 764:8, 764:9, 766:3, 778:10, 785:9, 789:6, 798:17, 800:13, 807:23, 807:24, 809:2, 812:10, 814:15, 824:20, 825:4, 826:7, 826:10, 830:3, 838:9, 841:6, 850:4, 851:1, 856:15, 858:13
**guilty** [2] - 751:24, 752:8
**gun** [3] - 795:22, 795:24, 796:2
**gunner** [2] - 768:8, 770:8
**guy** [6] - 737:21, 739:13, 749:14, 830:24, 830:25, 840:23
**guys** [5] - 750:9, 792:15, 792:17, 794:1, 830:5

## H

**half** [5] - 745:19, 750:7, 757:4, 758:2, 862:2
**hammock** [1] - 758:17
**hand** [17] - 737:24, 744:14, 756:8, 818:18, 825:14, 825:17, 825:25, 831:20, 831:25, 835:22, 842:17, 842:19, 842:20, 843:3, 845:16, 855:2
**handgun** [1] - 796:25
**handle** [1] - 795:6
**hands** [2] - 840:20, 846:4
**handy** [1] - 746:18
**handyman** [1] - 764:8
**hang** [2] - 758:4, 791:14
**hanging** [1] - 803:12
**happy** [2] - 731:6,

796:16
**hard** [3] - 814:1, 845:15, 854:23
**harder** [1] - 795:3
**harm** [1] - 790:10
**Harrisburg** [1] - 728:18
**hat** [1] - 793:7
**hats** [1] - 805:22
**Haynes** [2] - 793:25, 795:2
**head** [5] - 827:15, 827:19, 827:21, 842:21, 858:23
**heading** [7] - 791:9, 791:13, 792:1, 792:17, 798:5, 809:12, 855:10
**headlines** [1] - 857:20
**headphones** [1] - 773:12
**headset** [1] - 778:25
**health** [2] - 772:21, 772:24
**hear** [22] - 738:14, 774:8, 774:9, 776:16, 777:6, 777:9, 777:13, 778:5, 778:9, 778:11, 778:13, 778:18, 790:15, 790:25, 798:20, 800:19, 829:2, 829:18, 849:6, 853:17, 853:22, 854:3
**heard** [20] - 737:23, 777:10, 778:2, 781:11, 786:10, 786:20, 787:1, 791:15, 793:12, 794:6, 800:12, 807:11, 817:16, 829:16, 856:19, 856:22, 857:3, 857:15, 857:22, 859:24
**hearing** [18] - 733:18, 753:2, 767:8, 772:13, 772:21, 775:14, 775:23, 776:23, 776:24, 777:6, 777:13, 778:22, 779:1, 779:6, 779:11, 779:14, 812:5, 835:20
**hears** [1] - 777:16
**hearsay** [2] - 775:10, 775:11, 775:18,

784:5, 810:19, 811:9, 811:25
**heart** [2] - 783:16, 785:13
**heat** [1] - 834:23
**heck** [1] - 836:19
**held** [2] - 753:2, 775:14, 812:5
**HELD** [1] - 728:10
**help** [20] - 738:7, 760:9, 789:7, 789:12, 810:7, 811:17, 813:6, 813:10, 813:15, 814:5, 814:14, 816:21, 822:21, 823:10, 831:8, 831:9, 831:10, 837:8
**helped** [2] - 758:14, 758:15
**helping** [5] - 738:6, 771:8, 789:12, 823:7, 834:6
**helps** [1] - 749:7
**hereby** [1] - 863:7
**hero** [3] - 751:15, 751:19, 754:13
**heroic** [1] - 751:18
**hertz** [3] - 776:19, 777:12, 778:4
**high** [1] - 763:25
**High** [1] - 764:1
**higher** [1] - 778:4
**highest** [1] - 769:22
**highlighted** [1] - 776:4
**Hills** [1] - 729:4
**himself** [7] - 746:14, 747:24, 755:2, 758:25, 803:10, 854:14, 854:15
**hindering** [2] - 836:21, 837:8
**hip** [2] - 789:23, 789:25
**history** [1] - 785:3
**hit** [10] - 773:12, 776:6, 827:17, 834:1, 834:14, 834:20, 835:1, 835:3, 841:6
**hitting** [1] - 849:7
**hold** [2] - 838:6, 847:11
**holder** [1] - 796:6
**holding** [1] - 836:13
**home** [8] - 741:16, 766:25, 768:12, 770:20, 771:21, 791:18, 846:18, 846:25

**homeless** [1] - 739:10
**honest** [3] - 747:9, 747:12, 748:1
**Honor** [55] - 731:2, 731:9, 731:13, 735:21, 738:18, 739:23, 740:16, 740:18, 744:9, 752:24, 753:3, 754:19, 756:3, 761:4, 763:4, 763:8, 769:11, 775:8, 775:16, 775:24, 776:8, 777:14, 777:19, 782:15, 797:3, 797:6, 798:14, 801:15, 801:25, 802:8, 804:2, 804:8, 812:7, 815:11, 815:20, 817:25, 818:10, 820:5, 821:24, 822:5, 824:12, 839:22, 839:23, 840:3, 841:16, 842:9, 844:2, 847:5, 852:22, 860:15, 860:18, 860:23, 861:10, 862:5, 862:16
**HONORABLE** [1] - 728:10
**honorably** [2] - 772:7, 772:9
**hope** [3] - 731:6, 744:3, 861:24
**hospital** [3] - 773:14, 773:22, 813:17
**hour** [2] - 767:2, 862:2
**hours** [3] - 802:13, 846:24, 862:21
**house** [6] - 758:5, 758:10, 758:12, 758:14, 758:15, 807:10
**household** [1] - 761:24
**Hoyle** [1] - 735:24
**huge** [1] - 742:2
**human** [1] - 761:1
**humanly** [2] - 765:12, 841:1
**hundred** [2] - 786:15, 807:2
**hundreds** [1] - 733:6
**hungry** [2] - 787:22, 789:21
**hurt** [3] - 789:7, 834:21, 839:4
**hyperbole** [1] - 743:7

## I

**idea** [10] - 774:14, 792:20, 793:11, 793:14, 823:9, 833:8, 833:12, 840:23, 857:13, 858:24
**identical** [1] - 839:23
**identification** [15] - 733:14, 768:21, 774:20, 782:2, 796:21, 811:18, 815:5, 815:9, 818:3, 819:21, 821:17, 824:2, 838:15, 846:8, 852:6
**identify** [1] - 852:7
**identity** [1] - 810:15
**ignore** [1] - 734:19
**II** [1] - 799:9
**illegal** [2] - 790:19, 798:8
**imagine** [1] - 733:13
**immediate** [5] - 783:25, 814:10, 814:19, 835:12, 835:18
**impact** [2] - 795:6, 847:19
**impacts** [4] - 827:14, 834:4, 847:14, 849:6
**important** [2] - 750:13, 762:4
**impression** [2] - 806:4, 849:10
**IN** [2] - 728:1, 744:2
**in-processing** [1] - 767:22
**inadmissible** [1] - 769:7
**inaudible** [1] - 835:23
**inauguration** [5] - 771:24, 772:2, 807:24, 809:2, 850:3
**incident** [5] - 743:2, 843:16, 849:4, 850:23, 852:3
**incidents** [2] - 738:12, 768:7
**inclination** [1] - 837:6
**include** [1] - 794:19
**including** [1] - 752:2
**incorrect** [1] - 732:18
**incredibly** [1] - 740:19
**independent** [1] - 810:17
**indicating** [1] - 807:15
**indication** [1] - 859:15
**indirect** [1] - 772:18

**indirectly** [1] - 767:7
**individual** [20] - 759:14, 810:16, 812:24, 819:14, 819:16, 828:20, 829:10, 829:19, 829:22, 832:16, 832:18, 832:19, 832:23, 833:7, 833:8, 833:9, 833:10, 843:23, 843:25, 851:9
**individuals** [1] - 843:6
**infantry** [1] - 766:4
**infection** [1] - 811:4
**inflammatory** [2] - 736:12, 741:5
**influenced** [1] - 741:11
**influx** [2] - 788:2, 789:8
**information** [1] - 755:16
**initial** [1] - 816:20
**injured** [1] - 842:7
**injuries** [3] - 842:13, 845:25, 846:3
**injury** [2] - 772:15, 789:3
**inner** [2] - 777:1, 851:16
**innocent** [2] - 752:3, 752:7
**inquire** [1] - 797:6
**inseparable** [1] - 745:24
**inside** [18] - 767:3, 788:13, 788:18, 848:8, 849:14, 849:19, 851:19, 851:21, 852:12, 852:13, 852:18, 853:18, 857:4, 857:13, 857:22, 857:23, 860:21, 861:7
**inspired** [1] - 746:6
**instance** [1] - 753:20
**instances** [2] - 732:11, 739:19
**instantaneously** [1] - 782:9
**instantly** [1] - 779:10
**instead** [1] - 766:15
**instigating** [1] - 749:18
**instinct** [1] - 837:18
**instruct** [1] - 740:22
**intended** [2] - 793:14, 836:24, 857:13

**intensify** [1] - 778:10
**intensity** [2] - 776:24, 778:12
**intent** [11] - 743:3, 743:8, 743:20, 751:17, 839:4, 839:6, 839:8, 857:4, 860:9, 861:2, 861:5
**intention** [2] - 832:5, 837:11
**interact** [1] - 813:19
**interaction** [5] - 813:22, 826:18, 836:8, 846:1, 846:2
**interactions** [3] - 779:25, 814:24, 842:15
**interest** [1] - 780:3
**interested** [1] - 780:5
**interfering** [1] - 794:5
**interpret** [1] - 780:15
**interpretation** [1] - 732:18
**interrupting** [1] - 766:8
**introduce** [6] - 733:7, 733:8, 733:10, 735:18, 740:13
**introduced** [4] - 741:12, 743:1, 790:14, 793:25
**introducing** [1] - 775:21
**inverse** [2] - 738:5, 739:17
**investigation** [1] - 785:10
**investigations** [1] - 785:8
**invite** [1] - 757:17
**invoke** [1] - 737:5
**involve** [1] - 738:13
**involved** [1] - 752:1
**Iraq** [8] - 738:10, 767:1, 767:18, 768:1, 768:9, 768:11, 770:9, 770:14
**Iraqi** [2] - 767:25, 770:13
**ire** [1] - 737:5
**irrelevant** [4] - 797:19, 820:6, 860:4, 860:25
**irritants** [1] - 834:11
**issue** [8] - 733:14, 735:11, 740:3, 740:19, 772:22, 775:17, 830:4, 844:16
**issued** [3] - 782:8,

790:22, 796:25
**issues** [8] - 749:15, 767:8, 772:10, 772:14, 772:21, 775:23, 779:14, 812:13
**items** [1] - 788:20
**itself** [3] - 778:12, 778:13, 799:2
**IVs** [1] - 765:8

## J

**J6** [1] - 751:7
**jack** [3] - 746:18, 764:5, 764:8
**jack-of-all** [1] - 764:5
**jack-of-all-trades** [2] - 746:18, 764:8
**jacket** [2] - 827:9, 851:7
**January** [29] - 751:16, 751:23, 752:2, 753:8, 754:12, 754:22, 779:15, 783:18, 784:23, 785:4, 785:25, 786:3, 786:6, 787:2, 787:3, 787:13, 790:6, 794:20, 796:13, 797:23, 798:1, 798:6, 802:3, 818:8, 821:23, 824:7, 839:17, 846:22, 846:24
**Jeep** [1] - 791:23
**Jenkins** [1] - 841:15
**Jersey** [4] - 745:4, 756:21, 763:20, 808:7
**job** [13] - 756:24, 765:4, 766:13, 766:14, 766:25, 768:1, 768:3, 770:5, 771:19, 794:5, 795:12
**jobs** [5] - 746:17, 764:15, 771:17, 779:20, 779:21
**JOHN** [2] - 729:2, 729:3
**joined** [1] - 764:10
**JORDAN** [1] - 728:12
**jordan.a.konig@ usdoj.gov** [1] - 728:15
**jpierce@ johnpiercelaw.com** [1] - 729:5
**JUDGE** [1] - 728:10

**July** [2] - 764:11, 779:16
**jump** [1] - 749:14
**jurors** [1] - 731:7
**jury** [29] - 739:9, 740:22, 741:6, 741:12, 741:20, 743:24, 745:21, 753:2, 757:5, 757:12, 766:23, 771:11, 773:3, 775:14, 775:21, 777:4, 779:18, 790:14, 794:24, 801:19, 802:17, 804:5, 812:5, 815:12, 815:18, 816:3, 822:11, 833:25, 862:11
**JURY** [2] - 728:9, 744:2
**jury's** [2] - 738:14, 836:8
**JUSTICE** [1] - 728:13

## K

**keep** [16] - 783:3, 783:9, 789:2, 796:5, 809:14, 813:15, 814:11, 814:14, 814:15, 816:18, 816:21, 819:1, 819:4, 822:21, 849:5
**keeping** [2] - 809:21, 817:1
**keeps** [1] - 740:24
**Kent** [1] - 763:19
**kept** [4] - 817:4, 830:19, 830:23
**kid** [1] - 808:11
**kids** [2] - 745:12, 823:7
**kind** [77] - 737:20, 739:16, 739:17, 745:24, 746:12, 746:18, 747:11, 747:23, 748:11, 749:8, 749:17, 749:19, 756:24, 763:23, 764:5, 764:23, 765:6, 765:7, 766:8, 766:9, 766:17, 766:22, 768:7, 769:13, 771:19, 773:3, 773:7, 775:16, 775:22, 780:9, 783:21, 784:19, 788:5, 790:11, 791:11, 791:14,

795:8, 796:24,
797:11, 799:21,
803:11, 806:5,
807:7, 809:15,
809:19, 809:24,
810:2, 814:8,
815:17, 818:22,
819:3, 821:7, 825:8,
825:10, 827:7,
827:16, 829:2,
829:6, 830:5,
830:15, 831:9,
833:4, 836:21,
840:16, 842:3,
842:4, 847:8, 848:9,
849:1, 849:20,
850:5, 850:19,
851:12, 856:17,
861:23
**kinds** [1] - 765:22
**king** [1] - 766:3
**kit** [6] - 787:18,
788:17, 788:18,
788:21, 788:22,
788:23
**knives** [1] - 848:25
**knocked** [1] - 773:14
**Knowing** [1] - 854:25
**knowing** [5] - 747:5,
787:25, 835:9,
845:11, 861:18
**knowledge** [8] -
735:17, 747:20,
748:19, 807:16,
842:7, 844:13,
849:10, 860:24
**known** [16] - 734:2,
735:14, 736:16,
737:21, 737:22,
750:6, 757:3,
757:10, 771:21,
807:23, 819:16,
820:24, 825:4,
830:3, 835:7, 847:14
**knows** [4] - 735:14,
743:19, 802:17,
812:17
**Konig** [6] - 740:17,
741:9, 775:15,
776:7, 803:3, 812:6
**KONIG** [56] - 728:12,
740:18, 741:22,
742:3, 742:7,
742:16, 743:14,
743:18, 769:6,
772:4, 775:9,
775:16, 776:8,
777:18, 782:16,
784:5, 795:18,
796:17, 797:4,

797:6, 797:9,
797:18, 797:24,
798:10, 799:12,
802:8, 802:11,
802:20, 803:4,
803:23, 806:6,
810:19, 811:9,
811:25, 812:7,
812:9, 813:2,
813:20, 815:11,
815:20, 817:25,
818:11, 820:6,
822:6, 824:13,
839:23, 842:9,
844:5, 847:6,
852:23, 855:16,
857:25, 858:4,
860:15, 860:23,
861:10
**Kuwait** [3] - 767:21,
767:22, 767:25
**Kuwaiti** [1] - 767:24

## L

**L-B-E-R-T-S** [1] -
763:17
**lab** [4] - 823:18,
823:20, 828:11,
861:22
**labor** [1] - 764:7
**lack** [2] - 860:2, 860:9
**ladies** [4] - 744:1,
755:11, 801:16,
862:6
**lady** [1] - 820:23
**laid** [1] - 784:21
**landing** [5] - 826:11,
830:21, 840:15,
845:19, 853:24
**landings** [1] - 850:2
**landscaper** [1] -
746:15
**language** [1] - 830:20
**laptop** [2] - 773:9,
773:10
**last** [15] - 732:4, 742:7,
755:12, 756:1,
761:6, 774:13,
784:22, 788:11,
814:1, 826:8,
833:19, 836:3,
838:13, 854:7,
861:15
**launch** [1] - 828:5
**LAW** [1] - 729:3
**law** [33] - 732:2,
732:11, 733:6,
733:20, 733:22,
733:25, 734:1,

734:2, 734:4,
737:16, 737:20,
739:4, 739:12,
739:18, 746:5,
747:16, 747:17,
748:7, 748:20,
748:21, 748:23,
752:10, 752:12,
752:15, 752:19,
753:6, 753:19,
753:24, 779:21,
860:24
**lawn** [3] - 800:5,
817:19, 817:20
**lay** [2] - 740:12,
815:17
**layer** [2] - 795:5,
849:13
**laying** [2] - 740:6,
810:13
**leader** [2] - 855:13,
855:18
**leading** [2] - 785:9,
813:2
**leads** [2] - 818:19,
818:23
**learn** [2] - 774:15,
810:15
**learned** [1] - 786:2
**least** [7] - 740:16,
741:17, 741:19,
742:7, 743:4, 793:3,
816:10
**leave** [4] - 768:13,
783:3, 835:9, 859:17
**leaving** [1] - 764:4
**led** [2] - 781:11,
806:20
**ledge** [1] - 832:9
**leeway** [2] - 734:7,
802:11
**left** [14] - 769:15,
769:20, 778:23,
789:21, 790:4,
804:12, 809:8,
816:14, 818:18,
818:21, 831:20,
850:1, 851:20
**left-hand** [1] - 818:18
**leg** [6] - 790:4, 792:14,
831:20, 834:5,
841:8, 859:19
**legal** [3] - 797:18,
860:24, 861:11
**legible** [1] - 814:2
**legislative** [1] - 808:18
**legs** [3] - 836:16,
841:6, 846:4
**length** [2] - 736:5,
766:18

**less** [7] - 827:1,
833:14, 833:22,
834:4, 837:14,
837:16, 837:20
**lethal** [7] - 827:1,
833:14, 833:22,
834:4, 837:14,
837:16, 837:20
**level** [4] - 794:21,
849:25, 850:6, 850:8
**levels** [1] - 776:17
**Library** [1] - 783:7
**library** [1] - 783:11
**license** [1] - 790:22
**life** [8] - 736:3, 746:8,
746:11, 750:11,
764:10, 796:14,
806:13, 823:13
**lifesaver** [1] - 765:6
**lift** [1] - 847:16
**light** [2] - 773:21,
837:15
**lightning** [10] - 767:7,
772:12, 772:18,
773:2, 773:11,
773:25, 775:5,
776:6, 779:5, 779:10
**likely** [1] - 738:23
**limit** [2] - 734:18
**limited** [2] - 731:25,
738:19
**line** [9] - 752:5, 752:8,
790:20, 809:20,
819:3, 820:14,
825:25, 832:6, 839:6
**Line** [1] - 780:18
**lines** [3] - 737:2,
737:4, 751:6
**lip** [2] - 774:13, 774:15
**lips** [1] - 774:18
**LISA** [1] - 863:7
**Lisa** [1] - 729:7
**listed** [2] - 734:15,
793:11
**listen** [2] - 790:18,
790:25
**listing** [1] - 731:12
**lit** [1] - 847:16
**literally** [4] - 767:2,
788:7, 809:24,
813:13
**live** [9] - 745:5,
750:15, 756:20,
765:13, 781:15,
790:7, 794:13,
794:14
**live-streaming** [1] -
781:15
**lived** [3] - 763:19,
763:20, 808:6

**lives** [5] - 738:7,
739:20, 747:25,
799:10, 838:20
**local** [6] - 779:25,
780:1, 780:22,
781:14, 791:11
**location** [1] - 818:17
**locked** [1] - 783:3
**logical** [2] - 741:2,
741:3
**loner** [1] - 747:23
**long-term** [2] - 772:10,
772:17
**look** [16] - 735:22,
745:12, 747:25,
773:24, 780:13,
784:21, 785:20,
837:21, 846:9,
846:11, 853:4,
853:6, 853:9, 856:6,
858:14, 859:13
**looked** [6] - 781:6,
826:18, 838:13,
852:14, 852:18,
858:18
**looking** [8] - 735:25,
801:5, 826:8,
830:15, 842:22,
843:1, 849:25, 850:3
**loops** [1] - 818:22
**lose** [1] - 776:23
**loses** [1] - 776:19
**loss** [1] - 776:20
**lost** [2] - 766:19, 779:6
**loud** [1] - 774:10
**loudly** [1] - 854:4
**love** [5] - 750:11,
757:20, 758:5,
761:25, 762:2
**lovely** [1] - 744:4
**lovers** [1] - 736:7
**lower** [4] - 826:11,
826:21, 826:25,
847:18
**lunch** [2] - 862:6,
862:7
**Lunch** [1] - 863:3

## M

**M-I-L-L-E-R** [1] -
744:19
**ma'am** [4] - 744:11,
755:8, 756:5, 756:10
**magazine** [2] - 791:6,
793:9
**main** [5] - 766:5,
767:22, 815:1,
832:2, 833:13
**maintaining** [1] -

875

819:15
**majority** [4] - 780:22, 849:14, 852:2, 856:3
**manager** [1] - 746:4
**manner** [2] - 813:9, 857:21
**marginally** [2] - 742:1, 743:10
**mark** [5] - 789:20, 791:20, 801:10, 826:15, 847:1
**Martino** [3] - 813:25, 814:9, 814:10
**Maryland** [3] - 745:6, 763:21, 808:8
**mask** [5] - 788:4, 789:22, 790:5, 792:13, 793:9, 822:23, 823:2, 823:3, 823:24, 823:25, 828:9, 834:6, 858:6, 858:8, 858:24
**masks** [2] - 774:12, 774:16
**mass** [3] - 799:19, 827:15, 850:16
**massive** [3] - 807:4, 829:13, 855:6
**master** [1] - 764:8
**matter** [9] - 731:16, 735:24, 740:1, 740:25, 786:11, 786:18, 786:24, 796:10, 857:12
**matters** [2] - 731:8, 755:18
**Mayor** [2] - 787:20, 789:16
**meal** [1] - 787:22
**mean** [48] - 733:4, 733:5, 733:12, 733:19, 733:21, 735:22, 747:8, 747:23, 748:16, 754:17, 757:19, 757:20, 758:6, 758:17, 759:20, 761:21, 764:7, 765:2, 773:19, 775:16, 780:11, 781:2, 781:13, 782:20, 783:20, 785:12, 785:15, 785:17, 787:6, 787:15, 801:25, 802:1, 802:4, 806:8, 806:14, 806:25, 808:7, 812:11, 828:17, 829:5,

835:23, 836:20, 838:22, 838:23, 839:1, 845:7, 857:17
**means** [1] - 788:6
**measured** [1] - 776:19
**measures** [1] - 841:9
**mechanic** [1] - 764:7
**med** [1] - 788:22
**medal** [4] - 768:25, 769:21, 770:14, 770:16
**Medal** [3] - 770:11, 770:13, 770:15
**medals** [3] - 769:3, 769:13, 769:22
**media** [1] - 781:13
**medic** [3] - 765:9, 773:16, 788:24
**medical** [8] - 767:9, 772:10, 775:4, 775:25, 787:18, 788:17, 788:18, 788:21
**medics** [2] - 789:11, 813:16
**meet** [2] - 791:13, 798:16
**meeting** [1] - 791:12
**megaphone** [1] - 829:1
**Melissa** [6] - 744:10, 744:18, 757:9, 757:14, 763:21, 846:20
**MELISSA** [3] - 730:3, 744:18, 744:21
**melting** [2] - 785:18, 805:23
**member** [2] - 766:2
**Members** [1] - 783:9
**members** [2] - 733:24, 834:8
**Memorial** [1] - 799:9
**mental** [1] - 743:5
**mention** [1] - 773:2
**mentioned** [8] - 750:6, 752:10, 772:25, 788:5, 788:14, 793:17, 800:18, 828:19
**mess** [1] - 833:19
**message** [1] - 782:21
**met** [13] - 745:21, 745:22, 745:25, 746:2, 746:3, 746:9, 746:10, 754:17, 757:13, 757:14, 790:9, 807:7, 840:24
**Metro** [7] - 752:15, 752:20, 752:23,

753:9, 753:12, 799:5
**Metropolitan** [1] - 753:10
**mic** [1] - 790:15
**middle** [4] - 770:13, 794:12, 805:1, 805:3
**midnight** [2] - 846:23, 847:1
**midst** [1] - 799:23
**might** [1] - 743:5
**military** [20] - 746:11, 764:10, 764:23, 765:1, 765:22, 765:25, 766:6, 766:14, 768:16, 769:24, 772:8, 772:11, 788:7, 788:10, 793:20, 811:23, 823:15, 823:22, 834:8, 834:12
**MILLER** [2] - 730:3, 744:21
**Miller** [15] - 744:10, 744:18, 744:19, 744:24, 750:4, 754:5, 754:8, 757:9, 757:10, 757:22, 761:17, 762:2, 762:9, 763:22, 846:20
**millimeter** [1] - 791:5
**million** [1] - 853:21
**mind** [16] - 740:8, 786:14, 786:16, 806:9, 821:1, 821:13, 825:11, 825:13, 825:23, 832:24, 833:5, 835:13, 844:25, 845:15, 860:20, 861:5
**mine** [1] - 836:20
**mini** [1] - 829:1
**minute** [12] - 773:20, 773:21, 774:4, 778:6, 814:25, 816:7, 844:24, 845:2, 853:5, 853:8
**minutes** [10] - 793:2, 803:1, 826:20, 836:9, 838:3, 838:10, 851:1, 858:19, 859:2, 861:17
**mischaracterization** [1] - 734:13
**missing** [3] - 768:25, 770:23, 771:3
**mission** [2] - 768:6,

788:9
**missions** [2] - 764:16, 765:21
**Mississippi** [3] - 767:6, 772:13, 773:5
**mistake** [1] - 771:1
**mistaken** [3] - 738:17, 808:22, 822:14
**mixed** [1] - 805:16
**MobiControl** [2] - 783:7, 783:12
**mobile** [1] - 794:1
**mobility** [1] - 794:4
**moment** [9] - 822:15, 825:16, 828:19, 833:1, 834:23, 836:17, 842:24, 849:8
**momentarily** [1] - 840:11
**Monday** [2] - 728:4, 731:6
**money** [1] - 793:23
**monitor** [1] - 772:19
**monitoring** [1] - 819:3
**Montana** [1] - 792:15
**months** [1] - 768:15
**monument** [1] - 799:9
**Monument** [2] - 807:5, 807:20
**mood** [1] - 791:14
**morally** [1] - 835:8
**Moreira** [2] - 729:7, 863:14
**MOREIRA** [1] - 863:7
**morning** [24] - 731:5, 731:9, 731:10, 731:19, 744:1, 744:2, 744:11, 744:12, 744:24, 744:25, 745:25, 750:4, 750:5, 756:5, 756:18, 756:19, 761:12, 761:13, 763:12, 763:13, 781:20, 791:11, 801:14, 801:17
**MORNING** [1] - 728:5
**MOS** [2] - 765:24, 766:1
**most** [8] - 738:22, 769:3, 775:2, 781:9, 806:11, 817:13, 817:14, 827:14
**motion** [3] - 831:10, 839:19, 842:23
**mouth** [1] - 811:5
**move** [36] - 752:21, 754:2, 760:17, 761:4, 769:4, 775:7,

776:10, 782:14, 785:24, 797:2, 797:25, 799:14, 799:17, 802:24, 812:19, 815:21, 815:23, 815:24, 818:10, 820:4, 822:5, 824:12, 829:7, 835:4, 837:22, 837:23, 839:22, 840:18, 842:4, 844:2, 847:5, 849:21, 850:21, 852:22, 861:12, 862:22
**moved** [10] - 745:4, 782:17, 797:5, 818:12, 822:7, 824:14, 826:23, 840:1, 847:7, 853:2
**movements** [1] - 836:21
**moves** [1] - 863:1
**movie** [2] - 773:9, 773:20
**moving** [5] - 796:14, 808:24, 830:25, 835:5, 851:12
**MR** [216] - 731:9, 731:11, 731:13, 731:15, 732:19, 732:23, 733:11, 733:15, 733:19, 734:5, 734:9, 734:11, 734:13, 734:24, 735:2, 735:9, 735:12, 735:21, 735:25, 736:19, 737:1, 737:4, 737:16, 737:25, 738:3, 738:18, 739:6, 739:16, 739:23, 739:25, 740:18, 741:22, 742:3, 742:7, 742:16, 743:14, 743:18, 744:9, 744:23, 749:21, 750:3, 752:24, 753:3, 753:5, 753:18, 754:3, 754:5, 754:8, 754:10, 754:19, 756:3, 756:17, 757:25, 759:1, 759:6, 759:9, 759:15, 759:17, 760:5, 760:10, 760:14, 760:16, 760:22, 760:24,

761:4, 761:7, 761:11, 762:14, 762:17, 762:22, 762:25, 763:11, 768:20, 769:4, 769:6, 769:11, 771:4, 772:4, 772:6, 774:19, 775:7, 775:9, 775:12, 775:16, 775:24, 776:8, 776:12, 777:14, 777:18, 777:22, 778:1, 778:14, 778:17, 782:2, 782:14, 782:16, 784:5, 795:18, 796:17, 796:20, 797:2, 797:4, 797:6, 797:8, 797:9, 797:10, 797:18, 797:24, 797:25, 798:10, 799:12, 799:16, 801:15, 801:25, 802:8, 802:11, 802:20, 803:4, 803:15, 803:23, 804:8, 804:9, 806:6, 810:19, 811:9, 811:18, 811:25, 812:7, 812:9, 812:21, 813:2, 813:20, 815:3, 815:11, 815:14, 815:20, 815:23, 815:25, 816:5, 816:22, 817:21, 817:24, 817:25, 818:2, 818:10, 818:11, 819:20, 820:4, 820:6, 820:9, 820:12, 821:4, 821:16, 822:5, 822:6, 822:8, 824:1, 824:12, 824:13, 826:5, 830:8, 831:12, 832:12, 838:2, 838:6, 838:9, 838:12, 839:11, 839:14, 839:22, 839:23, 840:3, 840:7, 841:13, 841:19, 842:9, 843:19, 844:2, 844:5, 844:13, 844:17, 845:24, 846:7, 847:5, 847:6, 847:8, 847:11, 847:22, 848:11, 848:16, 850:10, 850:13, 852:5,

852:9, 852:22, 852:23, 852:25, 853:3, 853:12, 854:6, 854:13, 855:16, 856:6, 856:10, 857:25, 858:4, 858:9, 860:6, 860:15, 860:17, 860:23, 861:10, 861:13, 862:4, 862:20, 862:24
**MRE** [2] - 789:14, 789:15
**MREs** [1] - 787:19
**MS** [2] - 735:7, 850:12
**multiple** [17] - 764:16, 765:21, 768:18, 779:25, 782:13, 783:18, 785:2, 786:6, 786:9, 790:19, 793:7, 804:18, 806:1, 808:13, 845:16, 846:4
**munition** [1] - 847:19
**munitions** [3] - 827:2, 827:5, 834:15
**muscle** [2] - 848:1, 848:3
**music** [1] - 782:24

## N

**name** [10] - 740:4, 744:17, 756:11, 757:8, 763:14, 771:2, 814:1, 818:20, 833:19
**named** [2] - 757:1, 814:24
**names** [1] - 813:24
**National** [6] - 764:13, 765:17, 770:16, 770:18, 770:21, 771:16
**national** [1] - 857:20
**nationwide** [1] - 857:17
**natural** [2] - 774:14, 862:4
**nature** [4] - 759:13, 794:22, 795:20, 806:3
**near** [4] - 818:7, 819:5, 843:7, 857:11
**need** [7] - 751:8, 779:6, 799:11, 806:14, 812:18, 830:21, 840:5
**needed** [10] - 733:1,

782:8, 784:17, 786:25, 789:12, 811:17, 814:16, 823:7, 824:20, 831:10
**never** [9] - 748:14, 748:16, 774:6, 785:6, 806:11, 807:7, 827:23, 845:23
**never-ending** [1] - 827:23
**New** [6] - 745:4, 756:21, 763:19, 763:20, 783:1, 808:7
**new** [2] - 758:15, 777:20
**news** [1] - 781:24
**NEXT** [1] - 728:25
**next** [21] - 753:5, 757:16, 773:20, 781:20, 784:1, 791:18, 813:11, 831:19, 832:1, 836:15, 844:24, 845:9, 847:23, 848:2, 848:19, 851:25, 852:15, 859:1, 861:17, 862:2, 862:23
**nice** [1] - 861:25
**night** [17] - 745:25, 780:25, 781:2, 781:4, 781:6, 781:8, 781:11, 781:18, 781:23, 782:13, 782:20, 782:22, 790:6, 791:18, 794:12, 841:6
**nine** [2] - 745:19, 791:5
**nine-millimeter** [1] - 791:5
**nobody** [1] - 824:22
**NOHRIA** [1] - 728:20
**noise** [4] - 835:24, 849:15, 856:23, 857:19
**nondangerous** [1] - 803:22
**none** [2] - 764:9, 842:12
**nonpeaceability** [1] - 749:2
**nonpeaceableness** [1] - 749:12
**nonpeaceful** [1] - 749:4
**normal** [3] - 780:14, 781:7

**normally** [2] - 809:20, 852:24
**north** [3] - 768:1, 818:21, 828:5
**northwest** [4] - 808:22, 809:1, 809:7, 826:7
**nose** [1] - 828:12
**notable** [1] - 798:24
**note** [1] - 741:22
**notes** [1] - 863:9
**nothing** [9] - 762:17, 788:22, 794:23, 795:21, 799:6, 803:16, 803:19, 803:22, 861:22
**notice** [4] - 816:13, 825:12, 831:3, 833:2
**noticed** [8] - 799:19, 800:4, 809:13, 810:3, 814:7, 818:16, 825:9, 827:8
**notification** [2] - 783:15, 783:22
**notify** [1] - 799:5
**Notify** [1] - 783:5
**notwithstanding** [2] - 734:21, 735:23
**nowhere** [2] - 828:16, 849:20
**nuclear** [1] - 771:22
**number** [6] - 731:21, 735:6, 748:6, 786:12, 797:7, 812:12
**nutrients** [1] - 860:3
**NW** [3] - 728:21, 729:9, 863:16

## O

**Obama's** [2] - 771:24, 772:1
**obey** [4] - 747:17, 748:7
**object** [8] - 732:24, 733:2, 762:23, 769:6, 815:12, 815:20, 820:6, 844:5
**objecting** [1] - 743:15
**objection** [44] - 732:14, 740:21, 754:19, 757:25, 759:1, 759:6, 759:15, 760:5, 760:10, 760:14, 760:22, 769:9, 772:4, 775:9, 782:16, 784:5, 795:18, 796:17,

797:4, 797:18, 797:24, 798:10, 799:12, 806:6, 810:19, 811:9, 811:25, 813:2, 813:20, 815:19, 818:11, 822:6, 824:13, 839:25, 842:9, 844:12, 847:6, 852:24, 855:16, 857:25, 858:4, 860:15, 860:23, 861:10
**objections** [1] - 731:21
**objects** [1] - 777:18
**obscenities** [1] - 829:18
**observations** [1] - 827:11
**observe** [6] - 806:23, 827:3, 828:1, 828:23, 829:25, 843:13
**observed** [4] - 739:7, 819:13, 827:18, 828:20
**obstruct** [1] - 743:4
**OC** [9] - 823:17, 823:19, 830:4, 833:22, 834:2, 837:20, 858:23, 859:23, 861:10
**occupational** [2] - 739:8, 765:25
**occupations** [2] - 738:13, 779:19
**occur** [2] - 740:7, 784:23, 841:25
**occurred** [6] - 785:5, 822:3, 824:10, 830:13, 843:5, 845:21
**occurring** [3] - 781:25, 819:13, 820:18
**OF** [5] - 728:1, 728:3, 728:9, 728:13, 863:5
**of..** [1] - 780:10
**offense** [1] - 753:16
**offensive** [6] - 794:23, 795:16, 795:21, 841:9, 841:11, 842:5
**offer** [1] - 813:8
**offered** [6] - 755:19, 810:22, 811:2, 811:17, 812:22, 813:1
**offering** [2] - 813:4, 813:5
**OFFICE** [1] - 728:20

**office** [2] - 739:4, 780:7
**Office** [1] - 728:21
**officer** [2] - 746:6, 807:7, 813:7, 852:1
**Officer** [4] - 814:8, 816:9, 818:25, 833:18
**officers** [36] - 737:20, 743:20, 780:1, 804:19, 807:22, 807:25, 809:14, 809:17, 810:4, 810:6, 813:8, 813:18, 813:23, 813:24, 813:25, 814:11, 814:13, 814:24, 825:5, 825:24, 831:21, 835:21, 835:24, 840:17, 840:21, 841:5, 842:13, 842:15, 842:16, 844:23, 845:16, 845:18, 851:10, 853:19, 853:23
**officers'** [2] - 817:7, 842:19
**Official** [1] - 729:8
**OFFICIAL** [1] - 863:5
**official** [2] - 743:4, 863:15
**officials** [1] - 784:23
**often** [4] - 778:5, 779:1, 795:24, 796:2
**Oklahoma** [1] - 766:17
**old** [3] - 780:22, 805:17, 811:16
**older** [1] - 793:22
**OMB** [1] - 729:4
**ON** [1] - 728:25
**on..** [1] - 737:3
**once** [8] - 809:13, 823:23, 824:23, 828:3, 832:3, 860:17
**one** [75] - 731:7, 731:11, 731:16, 734:5, 735:3, 736:4, 741:7, 745:25, 748:12, 749:7, 749:14, 749:17, 749:18, 751:23, 754:12, 755:1, 766:15, 767:25, 768:5, 768:9, 768:25, 769:20, 769:21, 770:10, 770:13, 770:15, 770:18, 770:23, 771:3, 771:18,

773:2, 773:20, 776:3, 776:13, 777:20, 778:23, 778:24, 782:10, 786:10, 792:9, 792:15, 793:20, 811:6, 813:25, 814:3, 816:15, 817:1, 819:17, 825:4, 834:16, 835:23, 836:14, 837:22, 838:6, 838:14, 842:15, 845:2, 847:10, 847:12, 847:20, 847:23, 847:25, 848:2, 848:5, 848:6, 848:11, 848:25, 850:4, 858:11, 858:12, 861:9
**one-way** [1] - 811:6
**one-week** [1] - 768:5
**one-weekend-two-weeks-a-year** [1] - 771:18
**online** [5] - 745:22, 745:23, 786:5, 787:20, 793:25
**onslaught** [1] - 841:12
**open** [1] - 747:9
**opened** [3] - 753:7, 799:10, 802:7
**opening** [1] - 803:11
**operate** [1] - 823:11
**operations** [3] - 767:19, 768:10, 770:7
**opinion** [27] - 732:1, 732:9, 737:7, 738:20, 738:22, 738:25, 747:2, 747:5, 747:7, 747:8, 748:6, 748:10, 749:1, 752:10, 752:12, 753:15, 753:19, 753:22, 755:22, 757:22, 757:24, 759:10, 759:11, 813:4, 857:2
**opinions** [4] - 755:18, 755:19, 785:15, 786:18
**opposite** [4] - 786:21, 786:22, 816:14, 825:1
**order** [1] - 833:20
**orders** [4] - 767:1, 817:1, 817:7, 821:10
**ordnance** [1] - 770:8
**originally** [3] - 763:19,

766:1, 793:11
**OSEC** [1] - 766:15
**otherwise** [1] - 835:21
**outfit** [1] - 794:7
**outrageous** [1] - 733:4
**outright** [1] - 804:17
**outside** [28] - 753:2, 754:19, 757:25, 759:1, 759:6, 759:15, 760:5, 760:10, 760:14, 760:24, 770:5, 775:14, 780:14, 781:13, 792:2, 804:19, 808:6, 812:5, 843:10, 843:17, 843:25, 856:23, 857:1, 857:22, 860:14, 860:21, 861:8
**overall** [1] - 748:16
**overhand** [1] - 840:22
**overrule** [4] - 769:9, 813:21, 861:1, 861:2
**overruled** [5] - 806:7, 813:3, 820:8, 855:17, 858:1
**overseas** [4] - 766:12, 766:24, 771:6, 859:25
**overthrow** [1] - 802:4
**own** [8] - 785:15, 785:16, 786:14, 788:2, 789:13, 791:22, 799:10
**Oxnard** [1] - 729:3

## P

**P.C** [1] - 729:3
**p.m** [1] - 863:3
**P.O** [1] - 728:13
**PA** [1] - 728:18
**packed** [4] - 787:17, 788:17, 790:1, 792:3
**Page** [3] - 735:3, 768:22, 774:20
**PAGE** [2] - 728:25, 730:2
**page** [1] - 735:3
**paid** [1] - 761:2
**paint** [2] - 802:2, 802:7
**paintball** [2] - 834:21, 834:23
**pallet** [7] - 832:21, 832:22, 832:24, 833:2, 833:5, 833:12, 847:16
**paragraph** [1] - 776:3
**paragraphs** [1] -

782:25
**paralegal** [1] - 745:13
**paramedic** [2] - 733:24, 765:7
**pardon** [1] - 830:19
**parked** [1] - 792:11
**parking** [5] - 792:8, 792:10, 792:14, 792:24, 792:25
**part** [9] - 733:20, 733:25, 745:12, 773:13, 781:9, 790:1, 794:7, 800:17, 802:5
**part-time** [1] - 745:12
**partially** [2] - 779:4, 779:5
**particular** [8] - 769:12, 793:24, 802:22, 802:23, 805:6, 809:9, 821:8, 826:23
**particulates** [1] - 861:25
**parties** [1] - 731:22
**parts** [2] - 733:21, 794:12
**pass** [3] - 761:7, 785:21, 811:7
**passed** [2] - 767:9, 806:1
**passionate** [1] - 759:23
**past** [6] - 789:5, 804:18, 824:23, 832:23, 833:5, 845:11
**path** [2] - 746:7, 828:16
**patient** [1] - 811:5
**patriotically** [1] - 800:11
**patriots** [2] - 751:8, 817:19
**patrol** [1] - 767:23
**pause** [3] - 839:14, 854:17, 854:20
**Pause** [2] - 838:8, 846:13
**pausing** [1] - 862:4
**pay** [1] - 791:16
**paying** [3] - 821:12, 832:24, 833:5
**PD** [1] - 799:5
**Peace** [2] - 807:5, 807:20
**peaceability** [1] - 749:1
**peaceableness** [11] - 732:2, 733:20, 733:25, 737:17,

739:18, 749:12, 758:19, 759:9, 759:11, 760:8, 760:16
**peaceful** [5] - 749:3, 749:14, 804:25, 814:21, 857:21
**peacefully** [2] - 786:19, 800:11
**peeing** [2] - 753:8, 753:12
**pees** [3] - 752:14, 752:19, 753:23
**pelted** [1] - 827:1
**pending** [1] - 802:18
**Pennsylvania** [3] - 763:20, 787:7, 804:24
**people** [90] - 738:6, 738:7, 747:25, 752:5, 754:25, 755:21, 759:4, 759:18, 760:9, 774:12, 774:16, 781:16, 784:4, 786:4, 786:13, 788:1, 788:3, 789:17, 790:19, 792:14, 792:23, 798:17, 799:7, 799:23, 799:24, 800:1, 800:4, 804:16, 804:20, 805:13, 805:17, 805:18, 805:19, 805:21, 805:23, 805:24, 806:2, 806:4, 806:24, 807:1, 807:5, 817:17, 819:4, 819:17, 823:7, 826:25, 827:12, 827:13, 827:17, 827:19, 827:21, 828:1, 828:14, 831:7, 831:23, 835:5, 837:19, 838:25, 840:17, 840:25, 841:12, 845:3, 848:24, 849:12, 849:17, 849:19, 849:21, 849:23, 850:6, 850:18, 851:11, 851:15, 851:21, 851:23, 853:18, 853:21, 854:3, 855:7, 855:14, 855:19, 857:1, 857:8, 857:13,

857:15, 857:18, 857:20
**people's** [3] - 738:7, 739:20, 807:10
**pepper** [1] - 790:8
**pepper-sprayed** [1] - 790:8
**PepperBall** [1] - 859:16
**PepperBalls** [2] - 834:20, 859:20
**peppers** [1] - 823:20
**perceived** [1] - 787:25
**percent** [2] - 795:20, 803:16
**perform** [1] - 765:8
**performed** [1] - 779:10
**performing** [1] - 820:24
**perhaps** [1] - 741:13
**period** [1] - 777:2
**permanent** [2] - 765:15, 772:15
**permissible** [1] - 739:15
**permission** [2] - 769:4, 820:19
**permit** [4] - 741:3, 796:23, 796:24, 796:25
**persistence** [1] - 747:11
**persistent** [1] - 774:3
**person** [15] - 748:1, 748:2, 749:3, 749:4, 752:14, 752:16, 752:19, 753:19, 753:23, 753:24, 780:14, 800:24, 810:22, 813:5
**person's** [1] - 738:25
**personal** [7] - 738:22, 747:2, 749:1, 752:11, 753:21, 798:4, 813:23
**personally** [1] - 807:25
**pet** [1] - 745:13
**Philadelphia** [2] - 745:5, 783:17
**Philly** [1] - 794:14
**phone** [5] - 752:24, 767:3, 775:12, 799:13, 801:5
**phones** [1] - 812:2
**photo** [2] - 736:12, 858:7
**photograph** [5] - 733:9, 734:22, 735:24, 736:9,

736:18
**photographs** [3] - 732:5, 733:3, 736:24
**photos** [3] - 846:17, 861:15, 861:17
**phrase** [1] - 859:24
**physical** [2] - 737:19, 828:2
**physically** [2] - 770:14, 841:4
**Pickett** [2] - 765:20, 771:9
**picture** [28] - 733:11, 733:16, 734:23, 734:25, 735:4, 735:13, 735:15, 768:23, 789:11, 818:5, 818:13, 824:3, 824:5, 824:10, 824:15, 824:19, 825:7, 826:17, 831:17, 832:17, 832:19, 836:6, 836:12, 841:21, 856:12, 857:6, 858:17
**pictured** [1] - 793:7
**pictures** [8] - 732:24, 842:25, 846:10, 846:14, 847:3, 847:13, 848:19, 850:3
**piece** [3] - 817:3, 819:6, 819:7
**pieces** [1] - 770:8
**pierce** [13] - 741:13, 741:20, 743:10, 744:6, 744:7, 801:13, 801:23, 803:7, 803:14, 812:19, 821:24, 844:9, 862:17
**Pierce** [2] - 798:14, 804:7
**Pierce).....................
.............744** [1] - 730:4
**Pierce).....................
.............754** [1] - 730:5
**Pierce).....................
.............763** [1] - 730:8
**piercing** [2] - 774:4, 778:4
**pipe** [1] - 781:20
**pistol** [1] - 791:6
**pizza** [1] - 736:17
**place** [12] - 731:23, 751:2, 789:6, 826:21, 827:9, 831:19, 837:4, 837:22, 840:14,

797:2, 797:8, 797:10, 797:25, 799:16, 801:15, 801:25, 803:15, 804:8, 804:9, 811:18, 812:21, 815:3, 815:14, 815:23, 815:25, 816:5, 816:22, 817:21, 817:24, 818:2, 818:10, 819:20, 820:4, 820:9, 820:12, 821:4, 821:16, 822:5, 822:8, 824:1, 824:12, 826:5, 830:8, 831:12, 832:12, 838:2, 838:6, 838:9, 838:12, 839:11, 839:14, 839:22, 840:3, 840:7, 841:13, 841:19, 843:19, 844:2, 844:13, 844:17, 845:24, 846:7, 847:5, 847:8, 847:11, 847:22, 848:11, 848:16, 850:10, 850:13, 852:5, 852:9, 852:22, 852:25, 853:3, 853:12, 854:6, 854:13, 856:6, 856:10, 858:9, 860:6, 860:17, 861:13, 862:4, 862:20, 862:24
**Pierce** [2] - 798:14, 804:7
**Pierce).....................
.............744** [1] - 730:4
**Pierce).....................
.............754** [1] - 730:5
**Pierce).....................
.............763** [1] - 730:8
**piercing** [2] - 774:4, 778:4
**pipe** [1] - 781:20
**pistol** [1] - 791:6
**pizza** [1] - 736:17
**place** [12] - 731:23, 751:2, 789:6, 826:21, 827:9, 831:19, 837:4, 837:22, 840:14,

843:16, 861:9, 862:5
**placed** [4] - 836:4, 836:13, 836:15, 840:14
**Plaintiff** [1] - 728:4
**plan** [1] - 732:21
**planned** [1] - 800:15
**plates** [8] - 794:3, 794:7, 794:19, 794:25, 795:4, 834:18
**play** [27] - 772:23, 777:17, 777:21, 777:23, 778:14, 815:7, 815:8, 815:16, 815:18, 816:1, 816:2, 819:22, 820:9, 821:18, 822:8, 830:10, 838:3, 838:10, 838:14, 838:15, 839:12, 840:4, 843:20, 844:17, 850:14, 853:10, 860:12
**played** [2] - 777:12, 801:8
**playing** [23] - 736:1, 736:9, 777:25, 778:16, 815:10, 816:4, 819:23, 820:11, 821:20, 822:10, 830:11, 838:5, 838:11, 839:13, 840:6, 843:22, 844:19, 852:7, 852:8, 853:11, 854:8, 854:19, 854:22
**plenty** [2] - 784:4, 808:9
**plugged** [2] - 773:10, 773:11
**point** [60] - 735:9, 738:3, 764:10, 766:7, 767:25, 786:2, 789:24, 792:7, 798:12, 799:17, 800:23, 805:5, 806:18, 807:12, 807:18, 808:19, 808:23, 815:1, 815:5, 817:10, 817:16, 819:12, 821:1, 821:6, 821:9, 822:23, 826:6, 826:8, 827:11, 828:20, 829:25, 833:3, 833:9,

833:11, 834:6, 834:16, 834:25, 835:4, 835:25, 836:2, 836:4, 836:10, 836:14, 837:18, 837:21, 837:22, 838:21, 840:10, 840:18, 842:19, 848:25, 849:18, 850:20, 851:24, 854:14, 855:24, 858:6, 861:14
**pointing** [5] - 829:3, 829:12, 831:21, 831:25
**points** [1] - 764:13
**Police** [3] - 753:10, 809:5
**police** [29] - 746:6, 748:14, 779:24, 780:1, 789:9, 807:7, 807:18, 807:22, 809:14, 809:17, 810:4, 810:6, 810:9, 813:1, 813:7, 813:18, 817:7, 827:4, 828:3, 837:24, 838:21, 839:6, 839:9, 841:10, 842:7, 850:20, 855:8
**politely** [1] - 813:9
**political** [3] - 755:1, 760:13, 786:22
**politics** [4] - 780:3, 780:4, 780:5, 780:11
**pool** [1] - 758:16
**portion** [7] - 740:14, 810:23, 810:24, 824:20, 826:25, 851:19, 854:9
**Portsmouth** [1] - 767:4
**position** [3] - 771:8, 779:22, 850:24
**positive** [1] - 759:25
**possible** [6] - 765:12, 781:25, 783:4, 783:6, 841:1, 849:17
**posts** [1] - 786:4
**pot** [2] - 785:18, 805:23
**poured** [1] - 858:22
**practices** [1] - 783:8
**predeployment** [1] - 773:6
**predict** [1] - 788:2
**prejudicial** [2] - 736:13, 741:5

**preliminary** [4] - 731:8, 731:16, 731:19, 739:25
**prepare** [1] - 787:13
**prepared** [5] - 788:24, 789:19, 790:9, 828:8, 844:8
**present** [2] - 779:15, 779:16
**presented** [1] - 770:6
**presenting** [1] - 829:10
**president** [1] - 769:23
**President** [2] - 771:24, 772:1
**presidential** [1] - 780:21
**pressing** [1] - 798:23
**pretty** [19] - 731:13, 732:17, 746:18, 749:5, 749:13, 782:9, 782:12, 787:16, 791:10, 792:6, 800:2, 800:3, 801:7, 810:7, 815:7, 819:9, 837:4, 847:17
**previously** [2] - 750:24, 858:18
**price** [1] - 761:2
**pride** [1] - 805:19
**privy** [1] - 836:8
**problem** [2] - 754:7, 766:22
**proceedings** [1] - 863:10
**process** [6] - 797:11, 797:14, 845:7, 845:15, 845:20, 856:24
**processing** [1] - 767:22
**proffer** [5] - 738:1, 742:17, 803:7, 803:13, 844:9
**proffered** [1] - 732:4
**proficient** [1] - 797:16
**progress** [1] - 772:19
**promotes** [1] - 758:21
**pronged** [1] - 810:25
**pronounce** [2] - 774:3, 833:21
**proof** [1] - 779:8
**propensity** [3] - 747:17, 748:6, 749:3
**proper** [4] - 752:17, 784:18, 784:20, 785:4
**properly** [1] - 785:6
**property** [1] - 807:10
**protect** [6] - 759:4,

795:9, 806:13, 832:3, 837:19, 838:23
**protected** [4] - 794:4, 824:21, 846:5, 861:9
**protection** [1] - 794:21, 795:5, 798:4
**protective** [1] - 828:9
**protector** [2] - 773:10, 773:11
**protest** [4] - 787:9, 791:15, 804:16, 808:7
**protester** [11] - 810:13, 814:8, 814:9, 814:10, 814:15, 814:16, 820:22, 820:24, 824:17, 824:23, 829:20
**protesters** [13] - 789:18, 790:7, 790:9, 805:13, 809:25, 817:11, 819:19, 822:13, 828:1, 837:25, 839:9, 843:7, 855:8
**protests** [5] - 755:4, 786:6, 793:12, 800:16, 857:17
**provoking** [1] - 749:18
**proximity** [1] - 825:7
**public** [2] - 807:9, 808:17
**publicly** [1] - 749:16
**publish** [1] - 816:3
**published** [1] - 856:8
**pull** [1] - 829:8
**pulled** [3] - 748:13, 792:10, 822:15
**pulling** [1] - 853:24
**purchase** [1] - 758:16
**purpose** [1] - 794:25
**purposes** [13] - 768:21, 774:20, 782:3, 796:21, 811:19, 815:9, 818:4, 819:21, 821:17, 824:2, 838:15, 846:8, 852:6
**pursuing** [1] - 746:5
**push** [2] - 766:15, 767:1
**pushed** [7] - 740:5, 752:5, 752:8, 805:17, 842:21, 845:4
**pushing** [1] - 853:25
**put** [19] - 732:13, 732:19, 739:9,

758:16, 765:23, 799:10, 801:9, 803:10, 810:8, 814:9, 822:23, 827:20, 831:12, 831:15, 837:24, 838:24, 839:8, 840:16
**puts** [1] - 805:9
**putting** [2] - 732:12, 736:2

**Q**

**Q-tips** [1] - 789:3
**QRF** [1] - 768:4
**questions** [10] - 734:16, 746:21, 746:23, 749:21, 762:14, 766:9, 780:2, 784:17, 791:7, 803:5
**quick** [10] - 737:1, 737:3, 754:8, 768:5, 773:1, 775:12, 787:23, 791:3, 842:3, 863:1
**quickly** [1] - 776:3
**quite** [6] - 749:24, 749:25, 753:17, 798:15, 832:15, 834:16
**quote** [3] - 751:4, 751:7, 751:12

**R**

**R-R-E-S** [1] - 756:13
**rack** [1] - 819:19
**racks** [2] - 819:17, 853:24
**radical** [1] - 787:4
**radio** [3] - 790:11, 790:13, 790:14
**radios** [2] - 790:19, 790:21
**railing** [8] - 827:10, 828:25, 829:15, 831:1, 835:9, 837:2, 843:11, 843:17
**raise** [3] - 740:1, 744:14, 756:8
**raised** [2] - 737:24, 784:17
**raising** [1] - 848:9
**rallies** [1] - 805:10
**rally** [3] - 787:6, 787:9, 791:12
**ram** [1] - 832:23
**rang** [1] - 767:3
**range** [2] - 777:12,

779:11
**rate** [1] - 783:16
**rather** [1] - 749:18
**RDR** [3] - 729:7, 863:7, 863:14
**re** [1] - 751:1
**reach** [1] - 781:11
**react** [1] - 826:2
**reacting** [2] - 821:7, 821:13
**reaction** [1] - 768:5
**reactivates** [1] - 859:8
**read** [2] - 774:15, 782:25
**reading** [3] - 774:13, 776:3, 782:6
**ready** [4] - 744:4, 768:12, 787:23, 825:20
**real** [4] - 775:12, 787:23, 811:4, 849:23
**realize** [1] - 774:12
**realized** [1] - 792:3
**really** [19] - 740:18, 748:16, 757:15, 761:3, 772:22, 774:11, 776:22, 780:18, 795:8, 802:1, 810:25, 821:12, 833:5, 834:24, 836:19, 837:3, 839:1, 845:7, 851:8
**reason** [5] - 787:19, 805:6, 809:9, 826:23, 857:23
**reasonably** [1] - 738:25
**reasons** [3] - 786:9, 795:15, 812:12
**receive** [5] - 768:17, 769:22, 770:11, 770:14, 845:25
**received** [7] - 764:25, 765:5, 766:25, 768:18, 770:7, 811:14, 834:4
**receives** [1] - 765:3
**receiving** [4] - 810:14, 810:23, 811:4, 819:17
**recent** [1] - 775:2
**recently** [1] - 779:4
**Recess** [1] - 803:2
**recess** [2] - 803:5, 863:3
**recognize** [5] - 774:23, 782:4, 796:22, 811:20, 818:5,

819:24, 821:21, 846:14, 852:11
**reconvene** [1] - 862:8
**record** [9] - 731:3, 742:4, 744:17, 748:22, 756:11, 763:15, 775:25, 776:1, 776:2
**record)** [1] - 804:4
**recounted** [1] - 779:18
**recruiter** [1] - 745:10
**recruiting** [1] - 771:9
**Red** [1] - 830:3
**REDIRECT** [1] - 754:9
**referred** [4] - 809:3, 823:23, 826:11, 832:22
**referring** [2] - 843:13, 843:23
**refers** [1] - 811:23
**reflect** [1] - 743:7
**regain** [2] - 835:10, 862:3
**regaining** [2] - 850:24, 861:18
**regard** [1] - 802:12
**regarding** [10] - 731:23, 747:20, 748:6, 748:10, 748:20, 749:1, 749:11, 754:12, 760:21, 780:3
**regardless** [1] - 752:3
**regular** [1] - 796:14
**related** [2] - 731:16, 802:22
**relating** [1] - 753:6
**relation** [1] - 851:23
**relationship** [5] - 736:6, 736:15, 748:5, 748:25, 749:6
**relatively** [1] - 745:1
**relaxed** [1] - 773:7
**released** [1] - 846:23
**relevance** [14] - 741:3, 742:5, 742:16, 772:4, 775:9, 797:20, 797:24, 799:12, 806:6, 810:19, 811:10, 811:25, 813:20, 855:16
**relevant** [9] - 741:17, 742:1, 742:9, 742:11, 742:12, 742:13, 743:10, 755:25, 802:14
**reliable** [1] - 738:25
**remain** [2] - 744:13, 756:7

880

**remainder** [1] - 831:1
**remaining** [1] - 741:14
**remember** [12] - 735:3, 754:23, 770:25, 771:2, 778:3, 781:7, 790:23, 791:10, 805:4, 809:4, 821:8, 833:21
**remove** [3] - 822:21, 836:22, 861:23
**removed** [1] - 814:10
**render** [3] - 789:10, 810:7, 823:12
**rendering** [1] - 859:1
**repeat** [2] - 766:20, 774:16
**repeatedly** [1] - 769:7
**rephrase** [1] - 860:17
**replace** [1] - 832:5
**report** [1] - 771:17
**reporter** [1] - 764:18
**Reporter** [3] - 729:7, 729:8, 863:15
**REPORTER** [3] - 767:11, 769:25, 863:5
**reports** [5] - 781:13, 781:19, 781:24, 787:20, 789:16
**representation** [2] - 824:9, 852:19
**representative** [1] - 784:24
**representatives** [3] - 785:10, 808:18, 856:25
**representing** [1] - 806:15
**republic** [1] - 784:24
**Republican** [1] - 781:14
**Republicans** [1] - 785:19
**reputation** [9] - 732:1, 734:3, 738:20, 747:20, 748:19, 748:20, 749:11, 749:13, 755:24
**requested** [1] - 813:10
**requirement** [1] - 823:22
**requires** [1] - 860:25
**resay** [1] - 861:4
**rescue** [6] - 810:24, 811:1, 811:3, 813:12, 817:5, 824:18
**research** [2] - 810:17, 862:9
**Reserve** [3] - 770:15,

770:17, 771:13
**reserve** [1] - 764:14
**reside** [1] - 763:21
**residue** [1] - 859:17
**resist** [1] - 834:12
**respect** [17] - 740:1, 740:3, 740:16, 754:22, 764:23, 772:1, 775:4, 788:16, 795:11, 812:23, 819:13, 827:4, 828:2, 828:23, 841:10, 845:25, 861:5
**respond** [2] - 813:8, 825:19
**responder** [1] - 789:10
**responsible** [1] - 855:20
**responsive** [1] - 759:17
**rest** [3] - 751:12, 762:23, 856:3
**restaurants** [1] - 787:22
**restricted** [3] - 807:8, 807:13, 807:15
**result** [2] - 772:10, 773:25
**results** [1] - 781:15
**retreat** [2] - 841:1, 850:23
**retreated** [1] - 843:15
**return** [2] - 770:20, 846:25
**returned** [1] - 846:18
**returning** [2] - 771:6, 771:21
**revolution** [1] - 787:4
**rewrite** [1] - 861:4
**Richmond** [2] - 765:18, 808:7
**rid** [1] - 837:5
**ride** [1] - 767:3
**rifle** [1] - 795:5
**rights** [5] - 755:3, 857:24, 858:2, 858:3, 860:13
**ringing** [9] - 774:4, 774:5, 774:14, 776:14, 776:17, 776:20, 776:24, 777:10, 777:13
**rings** [1] - 835:2
**riot** [4] - 787:4, 814:21, 817:20, 824:24
**riot's** [1] - 817:17
**rioting** [1] - 816:23
**ripped** [1] - 840:20
**risk** [3] - 799:10,

803:11, 838:20
**road** [14] - 768:3, 768:4, 768:7, 768:9, 800:2, 805:8, 805:9, 805:11, 814:17, 816:18, 816:21, 817:2, 817:3, 817:4
**roar** [1] - 853:22
**rocks** [1] - 740:2
**ROGER** [1] - 729:2
**role** [1] - 771:19
**room** [1] - 761:15
**Room** [2] - 729:8, 863:16
**Roots** [12] - 732:16, 735:6, 735:11, 736:12, 741:2, 741:8, 743:10, 744:6, 756:2, 759:8, 762:16, 763:13
**ROOTS** [21] - 729:2, 732:19, 732:23, 733:11, 733:15, 733:19, 734:5, 734:9, 734:11, 734:24, 735:2, 735:9, 735:12, 736:19, 756:3, 756:17, 759:9, 760:16, 761:7, 762:17, 762:22
**Roots's** [1] - 738:3
**Roots)........................
.............756** [1] -
730:6
**rotundas** [1] - 857:19
**roughly** [3] - 796:1, 801:7, 846:22
**rounds** [5] - 795:5, 817:8, 828:15, 833:14, 834:1
**route** [1] - 770:9
**routinely** [1] - 779:21
**rroots@
johnpiercelaw.com**
[1] - 729:6
**rub** [3] - 773:16, 859:7, 859:10
**rubber** [2] - 839:2, 847:15
**rubbing** [2] - 830:6, 859:4
**ruin** [1] - 771:1
**Rule** [4] - 742:4, 820:6, 844:5, 860:24
**rule** [1] - 753:14
**ruled** [3] - 733:17, 740:24, 769:7
**rules** [8] - 731:22, 732:18, 733:6,

734:10, 734:14, 734:17, 734:19, 736:13
**ruling** [3] - 733:15, 738:4, 740:25
**run** [1] - 780:7
**runs** [2] - 767:24, 813:13

**S**

**Sabre** [1] - 830:3
**Sacramento** [1] -
745:3
**sacrifice** [3] - 732:5, 733:20, 738:13
**sacrificing** [1] - 738:6
**sad** [1] - 742:22
**safe** [2] - 783:8, 788:1
**Safe** [1] - 783:10
**safety** [1] - 798:5
**sake** [1] - 764:18
**SAMUEL** [1] - 728:16
**samuel.s.dalke@
usdoj.gov** [1] -
728:19
**sat** [1] - 750:17
**save** [1] - 738:7
**saved** [2] - 739:19, 793:23
**saw** [31] - 740:6, 741:10, 742:14, 742:24, 743:11, 743:12, 743:13, 761:14, 781:11, 786:16, 787:11, 792:10, 792:14, 793:24, 800:9, 805:24, 807:1, 810:3, 810:23, 818:15, 821:14, 827:14, 828:25, 830:5, 838:18, 844:22, 844:25, 845:13, 861:15
**scaffolding** [16] -
809:3, 826:12, 828:6, 848:23, 849:14, 849:18, 849:19, 849:22, 850:5, 851:4, 851:17, 851:22, 852:12, 852:14, 852:17, 853:18
**scheduled** [1] - 773:7
**school** [7] - 745:5, 763:25, 764:2, 765:4, 766:13, 766:14, 766:25
**School** [1] - 764:1

**scope** [11] - 731:21, 754:20, 757:25, 759:1, 759:6, 759:15, 760:5, 760:10, 760:14, 760:24, 770:5
**screaming** [3] -
849:15, 853:22, 854:3
**screech** [1] - 778:4
**screen** [1] - 823:1
**scroll** [2] - 847:9, 847:22
**sea** [1] - 835:5
**seal** [1] - 834:8
**seated** [3] - 743:25, 804:6, 862:19
**Second** [3] - 767:10, 767:12, 767:17
**second** [10] - 770:10, 774:7, 777:10, 791:3, 836:15, 837:13, 837:22, 838:6, 852:10, 853:6
**seconds** [3] - 820:13, 853:10, 854:7
**section** [1] - 817:4
**sections** [1] - 853:5
**secure** [2] - 768:2, 768:3
**security** [3] - 749:9, 767:21, 808:16
**see** [86] - 735:8, 735:12, 735:15, 736:12, 741:2, 741:20, 741:21, 742:17, 742:21, 773:17, 774:17, 782:9, 782:11, 783:7, 787:11, 800:3, 801:18, 803:1, 807:1, 807:4, 807:14, 807:18, 807:25, 808:4, 808:17, 809:17, 809:24, 810:12, 812:3, 814:20, 816:23, 818:18, 820:1, 820:19, 820:21, 820:23, 821:25, 823:7, 823:11, 824:3, 824:5, 824:19, 825:1, 825:3, 828:9, 829:2, 831:7, 831:20, 831:25, 832:16, 832:17, 832:19, 832:21, 833:17, 837:1, 839:15, 840:11,

840:21, 841:21,
842:4, 842:20,
844:20, 845:18,
847:19, 847:24,
848:12, 850:7,
850:15, 850:18,
851:11, 851:19,
853:17, 853:24,
854:9, 854:14,
854:16, 854:24,
856:12, 858:14,
859:13, 859:18,
860:3, 863:2
**seeing** [5] - 736:1,
786:12, 810:4,
847:13, 853:14
**seem** [2] - 801:11,
804:14
**self** [3] - 732:5,
733:20, 738:13
**self-sacrifice** [3] -
732:5, 733:20,
738:13
**senior** [1] - 764:4
**sense** [2] - 777:4,
833:25
**senses** [1] - 849:10
**sensitive** [2] - 834:25,
861:9
**sensory** [1] - 849:10
**sent** [1] - 782:12
**sentence** [1] - 734:5
**sentences** [2] - 734:5,
734:12
**sergeants** [1] - 766:17
**serve** [2] - 745:11,
770:14
**served** [2] - 738:9,
764:12
**Service** [1] - 770:10
**service** [5] - 738:13,
768:16, 768:19,
772:11, 834:8
**SESSION** [1] - 728:5
**set** [5] - 790:11,
796:12, 807:24,
809:2, 831:1
**setting** [1] - 813:19
**settings** [1] - 736:25
**seven** [3] - 735:16,
838:3, 838:10
**SHALIN** [1] - 728:20
**shalin.nohria@usdoj**
**.gov** [1] - 728:23
**sheer** [1] - 786:12
**sheet** [1] - 782:24
**Shelby** [2] - 767:6,
773:5
**shelter** [1] - 739:10
**sheriff** [1] - 779:25

**shield** [5] - 789:1,
810:22, 811:3,
837:18, 840:24
**shirts** [1] - 805:22
**shock** [1] - 856:18
**shoot** [2] - 825:20,
859:17
**shooting** [3] - 827:6,
827:16, 831:23
**short** [6] - 777:15,
782:25, 788:9,
815:7, 853:5, 853:9
**shortly** [21] - 764:2,
771:20, 779:16,
797:14, 799:19,
800:6, 818:15,
819:15, 824:18,
826:15, 830:14,
835:10, 842:1,
843:16, 846:23,
850:16, 854:11,
856:16, 858:7,
858:17, 859:4
**shot** [14] - 826:3,
827:6, 827:13,
827:21, 831:18,
833:14, 833:15,
834:21, 837:20,
838:25, 839:2,
848:9, 849:5, 859:18
**shots** [4] - 827:14,
827:15, 834:5,
834:16
**shouting** [2] - 829:17,
845:4
**shoved** [1] - 850:24
**show** [12] - 733:15,
734:25, 735:1,
735:10, 735:24,
736:18, 736:24,
753:6, 769:10,
778:11, 789:11,
844:6
**showed** [3] - 740:14,
790:7, 800:5
**showing** [1] - 732:5
**shown** [2] - 841:23,
862:25
**shows** [3] - 735:12,
855:2, 857:6
**shutting** [1] - 789:17
**sic** [1] - 801:7
**sic]** [1] - 763:13
**side** [26] - 755:1,
786:21, 786:22,
788:4, 793:8, 800:3,
813:14, 818:21,
825:2, 837:10,
837:12, 837:17,
849:11, 849:22,

850:1, 851:4, 851:9,
851:18, 851:22,
853:25, 858:13,
859:22
**sidewalk** [19] - 805:2,
805:4, 805:7,
807:21, 809:6,
809:7, 809:23,
813:13, 813:15,
818:19, 818:25,
819:7, 819:11,
819:15, 821:11,
822:20, 822:21,
825:1, 825:2
**sight** [1] - 820:14
**sign** [1] - 792:10
**signs** [2] - 804:23,
807:15
**silenced** [2] - 835:18,
835:19
**Sill** [1] - 766:16
**similar** [3] - 805:14,
806:3, 834:23
**simple** [1] - 788:22
**simply** [2] - 777:15,
839:20
**single** [2] - 736:19,
754:18
**sit** [1] - 830:4
**sitting** [6] - 745:13,
762:23, 799:3,
830:5, 831:1, 832:9
**situation** [3] - 736:21,
765:10, 810:8
**situations** [1] - 749:8
**six** [3] - 764:12,
792:23, 845:17
**size** [2] - 786:16,
830:25
**skin** [1] - 828:12
**sleep** [2] - 778:6,
860:2
**slipped** [2] - 829:6,
830:4
**slogan** [1] - 764:9
**slow** [2] - 764:19,
770:1
**slowed** [2] - 844:11,
844:14
**slowly** [4] - 772:20,
772:23, 835:10,
837:25
**small** [2] - 791:11,
849:24
**smell** [1] - 823:5
**smooth** [2] - 781:5,
781:9
**snot** [1] - 828:13
**so-called** [1] - 807:8
**social** [1] - 736:25

**socialized** [1] - 736:17
**socks** [1] - 788:12
**soft** [2] - 795:3, 795:6
**soldier** [1] - 771:16
**soldiers** [3] - 765:12,
770:4, 770:21
**solid** [2] - 747:24,
749:13
**someone** [6] - 733:22,
733:23, 733:24,
752:8, 752:19, 757:1
**sometimes** [2] - 739:2,
774:5
**somewhat** [1] - 769:8
**somewhere** [3] -
791:20, 846:25,
855:2
**sorry** [20] - 747:18,
752:23, 754:24,
759:3, 761:3,
764:24, 766:19,
771:11, 797:8,
798:14, 802:9,
802:10, 804:3,
814:14, 815:14,
818:2, 821:24,
833:24, 838:7, 848:3
**Sorry** [2] - 767:11,
770:3
**sort** [22] - 737:11,
738:5, 739:5,
739:17, 740:4,
741:23, 742:19,
742:23, 742:24,
749:2, 749:10,
784:1, 802:20,
802:21, 812:22,
816:23, 825:6,
832:21, 835:20,
855:13, 855:18,
859:14
**sorts** [1] - 805:22
**sound** [21] - 777:10,
778:12, 778:18,
788:23, 819:22,
820:10, 820:12,
821:19, 822:9,
830:10, 838:4,
838:9, 838:16,
839:12, 840:4,
840:5, 843:21,
844:18, 852:7
**sounded** [1] - 761:19
**sounds** [5] - 738:3,
754:11, 777:4,
777:8, 803:9
**south** [1] - 828:5
**spare** [2] - 791:6,
793:9
**speaker** [2] - 793:12,

793:14
**speaking** [9] - 740:21,
748:8, 793:10,
796:1, 796:2,
798:21, 799:8,
806:8, 816:14
**speaks** [1] - 738:5
**spear** [2] - 855:10,
857:7
**specialty** [1] - 765:25
**specific** [13] - 732:3,
732:11, 737:11,
737:13, 738:12,
738:16, 739:21,
753:20, 796:17,
797:22, 802:15,
809:22
**specifically** [1] -
754:23
**spectrum** [2] - 786:21,
786:22
**speculation** [1] -
842:10
**sped** [2] - 844:10,
844:14
**speech** [4] - 774:9,
798:22, 800:19,
800:25
**speed** [1] - 852:24
**spell** [3] - 744:16,
756:11, 763:14
**spending** [1] - 764:13
**spent** [5] - 748:5,
757:19, 856:4,
861:17, 862:2
**splints** [1] - 765:8
**splitting** [1] - 766:16
**spot** [1] - 809:25
**spots** [1] - 859:19
**Spotswood** [1] -
756:21
**spray** [10] - 823:17,
823:19, 830:4,
833:23, 834:2,
849:7, 858:23,
859:23, 861:20,
861:21
**sprayed** [10] - 790:8,
829:4, 829:6, 830:2,
830:14, 830:18,
830:21, 832:3,
858:25, 859:6
**squad** [3] - 813:12,
817:5, 824:19
**stabbing** [1] - 777:1
**stage** [4] - 807:23,
807:24, 809:2, 809:8
**stair** [1] - 850:6
**staircase** [3] - 809:2,
809:7, 850:5, 850:6,

882

851:9
**stairs** [16] - 813:14, 829:6, 829:8, 832:25, 833:13, 837:2, 837:9, 842:21, 844:24, 847:21, 850:3, 850:7, 855:11, 855:14, 855:19, 855:25
**stamp** [1] - 801:8
**stand** [7] - 749:14, 749:17, 755:13, 803:18, 831:8, 835:7, 861:23
**standard** [1] - 830:3
**standby** [2] - 768:6, 771:24
**standing** [23] - 744:13, 756:7, 804:19, 810:5, 810:6, 818:16, 818:17, 820:21, 824:21, 825:10, 825:13, 825:20, 828:25, 829:14, 832:18, 832:19, 836:22, 839:1, 850:7, 851:6, 852:1, 854:1, 856:13
**stare** [1] - 825:22
**stared** [1] - 825:22
**staring** [1] - 825:14
**start** [7] - 785:24, 800:8, 806:22, 808:19, 808:23, 821:7, 852:6
**started** [17] - 774:12, 774:15, 774:16, 781:18, 781:21, 786:12, 791:9, 801:6, 801:10, 804:11, 822:14, 822:18, 826:14, 828:5, 833:20, 845:3, 848:24
**starting** [3] - 786:20, 800:7, 850:17
**state** [15] - 740:8, 743:5, 763:14, 763:20, 779:25, 796:25, 806:8, 808:5, 808:6, 808:8, 808:9, 808:13, 808:15, 847:2, 857:17
**statement** [2] - 752:7, 761:6
**statements** [5] - 736:20, 741:11, 743:2, 743:5, 743:7

**STATES** [4] - 728:1, 728:3, 728:10, 728:20
**states** [1] - 808:11
**States** [4] - 728:12, 731:3, 733:13, 863:15
**stateside** [2] - 764:16, 765:21
**station** [1] - 765:15
**Station** [1] - 728:14
**stationed** [2] - 765:16, 765:17
**stay** [6] - 783:5, 814:12, 821:11, 836:22, 837:22, 860:14
**stayed** [7] - 741:15, 741:16, 758:10, 758:12, 787:17, 788:18, 790:1
**staying** [2] - 809:25, 851:8
**stays** [1] - 734:17
**stenographic** [1] - 863:9
**step** [11] - 755:8, 756:7, 762:21, 763:2, 766:10, 801:20, 836:8, 840:14, 857:11, 862:12
**steps** [63] - 740:5, 740:7, 799:11, 807:20, 808:20, 808:22, 808:25, 809:13, 809:23, 818:24, 819:10, 826:7, 826:9, 826:12, 826:14, 826:19, 826:24, 826:25, 827:10, 828:22, 829:4, 829:23, 837:25, 838:25, 839:1, 839:19, 840:11, 840:13, 840:24, 841:4, 841:12, 842:2, 842:8, 842:13, 842:22, 843:2, 843:7, 843:14, 843:17, 844:1, 844:21, 844:22, 845:10, 845:21, 846:1, 848:18, 848:22, 848:24, 849:3, 849:21, 850:2, 850:9, 850:17, 850:21, 850:25,

851:22, 854:1, 855:5, 855:9, 855:21, 858:2
**sternum** [1] - 773:16
**STEVENS** [2] - 735:7, 850:12
**stick** [1] - 858:11
**stickers** [2] - 780:17, 780:19
**sticks** [1] - 840:22
**still** [9] - 771:15, 771:17, 794:4, 817:8, 831:18, 831:25, 849:6, 851:6
**sting** [1] - 834:23
**stolen** [1] - 784:15
**stood** [1] - 751:8
**stop** [10] - 742:20, 791:12, 795:5, 827:20, 838:21, 838:24, 841:12, 848:10, 852:9, 853:13
**stopped** [2] - 781:19, 785:6
**stopping** [1] - 793:3
**store** [2] - 746:4, 781:14
**story** [2] - 748:11, 802:5
**straggler** [1] - 731:7
**straight** [1] - 800:2
**strain** [1] - 789:8
**stream** [1] - 790:7
**streaming** [1] - 781:15
**Street** [3] - 728:17, 728:21, 729:3
**street** [6] - 800:6, 805:1, 805:3, 805:6, 805:12, 806:20
**strike** [11] - 747:18, 752:21, 761:4, 761:5, 772:12, 773:2, 773:25, 775:5, 779:5, 795:25, 848:14
**strikes** [4] - 772:18, 847:21, 847:25, 848:10
**strong** [1] - 784:11
**struck** [2] - 767:7, 779:9
**stuck** [2] - 746:1, 794:8
**student** [1] - 745:13
**studies** [1] - 772:16
**stuff** [3] - 805:19, 805:20, 862:23
**style** [1] - 793:22
**subject** [3] - 743:11,

760:25, 844:3
**substance** [2] - 859:14, 859:20
**substances** [1] - 858:25
**suffered** [3] - 772:13, 773:25, 859:25
**suffering** [2] - 789:2, 859:21, 859:22
**sufficient** [5] - 738:24, 747:4, 747:19, 748:4, 748:25
**sufficiently** [1] - 775:20
**suit** [2] - 799:20, 805:11
**Suite** [3] - 728:17, 728:21, 729:4
**summarize** [1] - 763:23
**summary** [1] - 766:23
**Sunday** [1] - 773:6
**super** [1] - 759:21
**supplies** [2] - 768:1, 788:11
**supply** [2] - 768:4, 768:9
**support** [2] - 751:9, 766:5
**supporters** [2] - 786:17, 790:8
**supposed** [3] - 757:15, 788:10, 860:4
**surge** [2] - 773:10, 773:11
**surreal** [1] - 849:8
**surviving** [1] - 772:18
**suspicious** [2] - 799:2, 799:6
**sustain** [6] - 772:5, 775:11, 797:20, 802:24, 858:5, 861:12
**sustained** [14] - 754:21, 758:1, 759:2, 759:8, 759:16, 760:11, 760:15, 760:17, 784:6, 796:18, 798:11, 810:20, 811:11, 860:16
**Sustained** [1] - 760:7
**swimming** [1] - 758:16
**swinging** [1] - 840:22
**sworn** [3] - 744:15, 756:8, 756:9
**Sworn** [2] - 744:21, 756:15, 763:9
**sympathies** [2] -

736:2, 736:9
**symptoms** [3] - 774:1, 776:13, 828:2

## T

**tablet** [2] - 782:8, 783:12
**tactical** [1] - 805:25
**tad** [1] - 764:19
**talk..** [1] - 752:25
**tape** [1] - 789:1
**tapestry** [1] - 802:2
**targeted** [1] - 827:19
**tarp** [9] - 848:18, 848:21, 848:22, 849:7, 849:11, 849:12, 850:1, 851:18
**task** [1] - 770:6
**tasked** [2] - 768:9, 771:20
**tasks** [1] - 765:22
**Taurus** [1] - 791:5
**team** [2] - 745:11, 771:23
**teams** [1] - 765:22
**tear** [9] - 814:22, 823:5, 823:20, 827:22, 827:24, 828:2, 828:10, 859:7, 859:22
**technical** [1] - 818:20
**technically** [1] - 823:17
**technological** [1] - 820:16
**ten** [4] - 774:13, 819:18, 853:8, 857:8
**ten-minute** [1] - 853:8
**tenitis** [1] - 774:2
**term** [3] - 772:10, 772:17, 809:5
**terminology** [1] - 790:23
**terms** [9] - 740:9, 747:22, 748:5, 760:8, 774:1, 776:16, 808:15, 841:24, 850:2
**Terrace** [3] - 856:3, 856:14, 861:16
**terrace** [3] - 740:8, 826:22, 856:17
**terror** [1] - 770:12
**Terrorism** [1] - 770:10
**test** [2] - 779:11, 820:15
**testified** [6] - 775:20, 776:13, 811:12,

812:22, 826:1, 833:18

**testifies** [1] - 738:8
**testify** [3] - 736:8, 738:8, 755:22
**testifying** [2] - 853:15, 861:10
**testimony** [13] - 731:25, 742:12, 750:19, 762:6, 762:19, 775:18, 801:21, 803:9, 803:10, 812:10, 816:7, 860:8, 862:14
**tests** [1] - 772:19
**THE** [182] - 728:1, 728:1, 728:10, 731:2, 731:5, 731:10, 731:12, 731:14, 732:16, 732:21, 733:9, 733:14, 733:17, 734:1, 734:7, 734:10, 734:21, 735:1, 735:5, 735:8, 735:10, 735:22, 736:11, 736:23, 737:3, 737:15, 737:18, 738:1, 738:8, 739:2, 739:7, 739:21, 739:24, 740:17, 741:1, 741:24, 742:6, 742:15, 742:25, 743:17, 743:21, 743:23, 743:25, 744:3, 744:11, 744:12, 744:13, 744:16, 744:18, 744:20, 749:22, 749:23, 749:25, 750:1, 752:21, 753:4, 753:13, 754:1, 754:7, 754:21, 755:8, 755:10, 755:11, 756:5, 756:6, 756:7, 756:10, 756:12, 756:14, 758:1, 759:2, 759:3, 759:8, 759:10, 759:16, 760:7, 760:11, 760:15, 760:17, 760:25, 761:5, 761:9, 762:15, 762:16, 762:18, 762:20, 762:21, 763:2, 763:4, 763:5, 763:6, 763:7, 763:8, 764:21, 767:11,

767:12, 769:8, 769:17, 769:18, 769:25, 770:2, 771:11, 771:13, 771:14, 771:15, 772:5, 775:11, 775:15, 776:2, 776:9, 777:20, 782:17, 782:19, 782:21, 782:23, 783:13, 783:14, 784:6, 784:8, 795:19, 796:18, 797:5, 797:20, 798:11, 799:13, 801:13, 801:16, 801:20, 801:22, 801:23, 802:9, 802:17, 802:24, 803:3, 803:14, 803:24, 804:2, 804:6, 806:7, 810:20, 811:11, 812:2, 812:6, 812:8, 812:16, 813:3, 813:21, 815:13, 815:19, 815:21, 815:24, 816:2, 817:23, 818:12, 820:8, 822:7, 824:14, 840:1, 841:15, 841:16, 841:18, 842:11, 844:3, 844:15, 847:7, 853:2, 855:17, 856:9, 858:1, 858:5, 860:16, 860:19, 861:1, 861:12, 862:6, 862:12, 862:13, 862:14, 862:16, 862:17, 862:22, 863:2
**theirselves** [1] - 838:24
**themselves** [1] - 774:17
**theory** [4] - 741:3, 741:7, 741:9, 743:5
**thereafter** [1] - 826:15
**therefore** [1] - 741:10
**thermal** [1] - 789:1
**they've** [4] - 735:14, 772:14, 779:2, 802:7
**thigh** [2] - 848:3, 848:5
**Thin** [1] - 780:18
**thinking** [1] - 836:18
**third** [1] - 755:21
**thoughtful** [1] - 759:14
**thoughts** [2] - 780:25,

784:2
**thousand** [4] - 786:15, 800:1, 806:25, 817:19
**thousands** [1] - 807:1
**threat** [3] - 794:11, 829:11, 851:2
**threatened** [1] - 786:20
**three** [13] - 734:12, 755:13, 767:13, 767:20, 782:25, 787:16, 788:5, 788:7, 788:8, 788:9, 788:11, 788:13, 790:1
**three-day** [7] - 787:16, 788:5, 788:7, 788:8, 788:9, 788:13, 790:1
**three-troop** [1] - 767:20
**throat** [1] - 790:15
**throughout** [4] - 781:23, 782:13, 782:20, 806:1
**throw** [2] - 837:12, 837:16
**throwing** [1] - 837:10
**thrown** [3] - 817:8, 827:24, 828:17
**throws** [1] - 811:5
**ticket** [1] - 791:16
**tie** [1] - 769:18
**timer** [1] - 749:25
**tinnitus** [4] - 772:14, 774:2, 776:10, 776:18
**tip** [2] - 855:10, 857:7
**tips** [1] - 789:3
**TO** [1] - 756:12
**today** [2] - 750:20, 820:16
**together** [9] - 736:17, 739:10, 745:18, 748:23, 757:19, 760:1, 761:20, 785:20
**tone** [6] - 776:21, 777:11, 777:15, 778:4, 778:8, 849:15
**tones** [1] - 776:16
**took** [19] - 755:12, 764:4, 778:24, 793:4, 799:7, 802:18, 811:15, 826:21, 831:19, 837:18, 838:18, 840:14, 843:16, 846:17, 846:19, 848:22, 852:13,

858:7
**top** [16] - 820:23, 829:4, 840:10, 840:13, 841:3, 842:13, 845:18, 847:21, 849:1, 849:4, 850:21, 853:19, 853:23, 855:24, 856:1, 856:16
**topic** [1] - 799:15
**tops** [1] - 836:9
**torch** [1] - 804:21
**TORRES** [2] - 730:6, 756:15
**Torres** [5] - 756:4, 756:12, 756:18, 761:12, 762:18
**total** [2] - 768:11, 768:15
**touch** [1] - 859:5
**touched** [2] - 789:13, 837:13
**touching** [1] - 805:4
**tow** [13] - 779:22, 781:2, 782:7, 783:20, 788:18, 793:20, 794:3, 794:8, 795:12, 796:4, 796:5, 796:13
**toward** [1] - 801:3
**towards** [11] - 799:9, 799:20, 800:7, 800:8, 804:11, 804:15, 805:14, 808:20, 818:24, 824:18, 826:24
**track** [1] - 748:22
**tractions** [1] - 765:8
**trades** [3] - 746:18, 764:6, 764:8
**traffic** [2] - 792:1, 792:5
**train** [1] - 766:19
**trained** [5] - 764:15, 765:20, 771:23, 789:19, 835:6
**training** [10] - 764:4, 765:2, 765:3, 766:14, 773:7, 789:5, 797:17, 812:15, 834:11, 845:11
**trait** [1] - 737:15
**traits** [6] - 735:11, 735:17, 737:8, 738:16, 739:1, 755:24
**transcript** [2] - 863:9, 863:10

**TRANSCRIPT** [1] - 728:9
**transition** [2] - 746:11, 746:20
**transmit** [2] - 790:22, 790:23
**trash** [1] - 804:22
**trauma** [1] - 788:23
**traumatic** [2] - 772:15, 789:2
**traveled** [1] - 808:10
**treat** [1] - 765:11
**tree** [3] - 799:1, 799:7, 837:2
**trek** [1] - 805:5
**triage** [1] - 765:11
**TRIAL** [1] - 728:9
**trial** [3] - 750:17, 760:19, 762:24
**tried** [2] - 746:17, 802:2
**tries** [3] - 740:20, 758:24, 759:4
**troop** [8] - 767:1, 767:14, 767:15, 767:17, 767:20, 767:23, 768:3
**troops** [2] - 767:16, 768:1
**trouble** [1] - 748:17
**truck** [16] - 779:23, 781:2, 782:7, 783:20, 787:17, 788:16, 788:18, 793:20, 794:3, 794:8, 794:11, 795:12, 796:4, 796:5, 796:14
**trucks** [1] - 805:9
**true** [3] - 743:8, 863:8, 863:10
**Trump** [18] - 780:19, 780:24, 784:15, 786:17, 787:6, 787:9, 790:8, 793:10, 793:15, 798:19, 798:20, 798:21, 800:10, 800:19, 800:24, 805:19, 805:20, 806:16
**Trump's** [1] - 799:8
**truth** [1] - 775:22
**truthful** [10] - 739:12, 746:22, 747:3, 747:12, 747:21, 748:1
**truthfulness** [3] - 746:21, 747:2, 747:8
**try** [17] - 733:9,

737:11, 740:5,
740:13, 746:7,
760:8, 764:18,
769:15, 776:20,
780:12, 780:13,
780:14, 829:7,
832:3, 848:10,
858:23, 860:17
**trying** [23] - 732:13,
737:14, 738:1,
738:7, 740:24,
741:24, 746:10,
802:21, 809:14,
813:12, 814:14,
819:4, 828:25,
830:17, 830:23,
830:24, 841:1,
845:20, 849:2,
849:17, 859:5, 862:2
**tubing** [1] - 757:16
**turn** [2] - 820:12,
824:18, 856:17
**turned** [7] - 803:15,
803:19, 814:7,
825:9, 831:4,
840:15, 840:24
**Twelfth** [1] - 785:7
**two** [21] - 731:7,
731:18, 734:5,
734:15, 761:19,
771:18, 773:2,
777:5, 777:14,
786:12, 790:14,
810:25, 813:23,
814:24, 816:17,
825:6, 853:4, 853:5,
861:15, 862:20,
862:21
**two-pronged** [1] -
810:25
**two-way** [1] - 790:14
**type** [1] - 828:8
**types** [3] - 734:15,
736:6, 755:13
**typical** [2] - 765:9,
770:5
**typically** [1] - 788:15
**typing** [2] - 764:21,
769:19

## U

**U.S** [7] - 728:13,
729:8, 752:14,
753:8, 753:23,
765:15, 808:2
**ultimately** [2] - 808:25,
810:15
**unable** [1] - 742:8
**unbiased** [1] - 780:12

**under** [8] - 738:19,
768:12, 783:11,
820:6, 837:3, 844:5,
849:21, 849:22
**underneath** [1] -
851:16
**understandings** [1] -
731:22
**understood** [1] - 754:3
**unexploded** [1] -
770:8
**unfair** [2] - 760:23,
761:1
**unfamiliar** [1] - 769:12
**unfortunately** [1] -
772:16
**UNISON** [1] - 744:2
**unit** [8] - 765:16,
765:17, 771:18,
771:20, 823:1,
824:19, 824:24,
825:5
**UNITED** [4] - 728:1,
728:3, 728:10,
728:20
**United** [4] - 728:12,
731:3, 733:13,
863:15
**units** [1] - 767:16
**unknown** [1] - 794:17
**unless** [1] - 738:17
**unresponsive** [2] -
773:17, 810:14
**unrest** [2] - 783:2,
783:8
**up** [106] - 735:2, 736:9,
740:8, 747:18,
748:13, 749:8,
749:10, 754:8,
756:7, 758:16,
763:3, 766:5,
766:16, 768:20,
769:19, 773:14,
773:21, 774:4,
774:19, 774:21,
778:6, 779:7, 781:7,
782:2, 783:3,
789:11, 790:7,
791:12, 791:13,
793:23, 795:25,
796:7, 796:20,
798:16, 800:6,
803:4, 804:1, 805:9,
805:22, 807:20,
807:24, 807:25,
808:4, 809:2, 809:7,
811:5, 811:15,
811:18, 812:3,
815:3, 815:6,
817:10, 818:3,

819:20, 820:13,
821:16, 822:17,
824:1, 826:14,
830:8, 831:12,
831:15, 831:19,
833:1, 833:9,
833:19, 834:3,
837:25, 838:2,
839:19, 841:13,
841:24, 842:4,
843:2, 843:14,
843:15, 843:17,
843:19, 844:10,
844:14, 844:22,
844:23, 846:7,
847:16, 847:22,
848:24, 849:19,
850:5, 850:10,
850:13, 850:17,
850:19, 852:5,
854:13, 855:8,
855:10, 855:14,
855:19, 855:21,
855:24, 855:25,
856:14, 858:9,
858:12
**Upper** [2] - 856:14,
861:15
**upper** [1] - 740:8
**upset** [2] - 740:9,
845:13
**urn** [2] - 851:8, 851:25
**USAO** [1] - 728:17
**useless** [1] - 859:1

## V

**VA** [8] - 772:18,
772:23, 775:3,
775:25, 779:2,
779:3, 779:5, 779:6
**vacation** [1] - 761:22
**vacations** [2] - 758:5,
758:8
**valid** [1] - 742:22
**valve** [1] - 811:6
**VANESSA** [3] - 730:6,
756:12, 756:15
**Vanessa** [3] - 756:4,
756:12, 762:22
**Vargas** [2] - 740:3,
740:4
**various** [2] - 779:18,
795:15
**vehicle** [6] - 779:24,
783:4, 783:5,
791:22, 792:11,
792:13
**veracity** [1] - 732:2
**verbal** [3] - 816:8,

819:8, 835:22
**verbally** [1] - 835:25
**version** [3] - 815:16,
815:19, 815:22
**versus** [4] - 805:7,
850:1, 860:21, 861:7
**vest** [1] - 798:18
**vests** [1] - 805:25
**vicinity** [1] - 814:19
**video** [29] - 740:14,
741:4, 742:13,
800:6, 801:8,
818:15, 818:17,
819:24, 820:1,
820:17, 821:21,
821:25, 822:12,
831:3, 837:21,
838:19, 839:15,
839:20, 840:21,
842:3, 842:25,
844:7, 844:10,
851:11, 852:11,
853:5, 853:8, 854:24
**Video** [18] - 815:10,
816:4, 819:23,
820:11, 821:20,
822:10, 830:11,
838:5, 838:11,
839:13, 840:6,
843:22, 844:19,
852:8, 853:11,
854:8, 854:19,
854:22
**video's** [1] - 855:4
**videos** [2] - 848:20,
862:25
**view** [1] - 852:17
**views** [2] - 760:13,
785:16
**violence** [8] - 737:19,
737:21, 737:22,
737:23, 787:7,
804:18, 817:10,
824:21
**violent** [2] - 817:13,
822:19
**Virginia** [16] - 763:19,
763:25, 764:12,
764:15, 765:17,
765:18, 765:20,
767:4, 770:18,
770:19, 770:21,
796:7, 797:11,
797:15, 797:16,
808:6
**virus** [1] - 811:4
**visceral** [1] - 740:10
**vision** [5] - 835:10,
842:22, 859:2,
861:18, 862:3

**voice** [9] - 786:10,
786:19, 786:23,
787:1, 816:18,
829:15, 856:19,
856:22, 857:21
**voices** [4] - 791:15,
800:11, 807:11,
816:11
**volunteer** [4] - 733:23,
764:3, 811:14
**vote** [4] - 780:20,
780:22, 780:23,
785:12
**voted** [1] - 780:21
**votes** [3] - 784:25,
785:3, 785:21
**voting** [1] - 781:19
**vs** [2] - 728:5, 731:3

## W

**waist** [1] - 834:3
**waiting** [2] - 793:3,
804:2
**wake** [2] - 774:4, 778:6
**waking** [1] - 773:21
**walk** [13] - 764:24,
766:8, 766:23,
769:13, 788:19,
792:21, 792:25,
800:7, 801:5,
806:20, 808:16,
809:4
**walked** [15] - 792:23,
793:5, 799:7,
804:18, 805:3,
805:12, 807:6,
807:19, 809:6,
809:17, 810:2,
822:20, 824:25,
832:23, 833:4
**walking** [20] - 794:17,
798:17, 799:20,
800:4, 800:6, 800:8,
801:3, 801:6,
801:10, 801:12,
804:11, 804:15,
804:24, 805:1,
805:2, 805:6, 805:8,
805:14, 825:9,
826:21
**wall** [4] - 773:11,
809:5, 830:5, 838:22
**Walnut** [1] - 728:17
**wandered** [1] - 809:15
**wandering** [1] - 825:8
**wants** [1] - 741:20
**war** [1] - 770:11
**War** [2] - 770:10, 799:9
**warm** [1] - 789:2

**warning** [4] - 807:7, 827:2, 827:8, 835:15
**warnings** [2] - 835:20, 835:22
**wash** [2] - 858:23, 861:21
**Washington** [4] - 728:14, 728:22, 729:9, 863:17
**watch** [6] - 773:9, 781:16, 801:6, 815:18, 840:8, 854:6
**watched** [1] - 741:4
**watching** [6] - 762:23, 773:20, 783:20, 790:6, 798:19, 821:2
**water** [3] - 763:4, 788:11, 858:22
**wave** [1] - 748:14
**waved** [2] - 748:12, 831:4
**waving** [3] - 748:13, 804:20, 855:2
**weapons** [2] - 796:6, 797:16
**wear** [9] - 778:22, 778:24, 779:1, 779:12, 794:2, 794:6, 795:13, 796:9
**wearing** [11] - 774:12, 774:16, 778:23, 793:5, 793:7, 795:11, 805:19, 806:2, 860:11
**weddings** [1] - 760:2
**wee** [1] - 846:24
**week** [5] - 742:7, 768:5, 826:8, 836:3, 838:13
**weekday** [1] - 792:4
**weekend** [3] - 731:6, 744:4, 771:18
**weekly** [1] - 779:24
**weeks** [2] - 771:18, 784:1
**weird** [1] - 809:24
**welcome** [1] - 786:18
**West** [3] - 856:3, 856:14, 861:15
**west** [2] - 809:23, 813:14
**whatnot** [2] - 736:22, 850:2
**wheelchairs** [1] - 805:17
**white** [3] - 773:21, 859:17, 859:19
**whitish** [1] - 859:14
**whole** [10] - 750:17, 757:19, 757:20,

802:2, 808:10, 817:4, 822:25, 828:7, 836:8, 844:6
**wholesale** [1] - 745:10
**wife** [1] - 734:22
**wild** [1] - 732:15
**wind** [2] - 828:4, 861:24
**windows** [2] - 783:3, 857:12
**wipes** [1] - 788:25
**withstand** [1] - 795:4
**WITNESS** [22] - 730:2, 744:12, 744:18, 749:22, 749:25, 754:7, 755:10, 756:6, 756:12, 759:3, 761:9, 762:15, 762:20, 769:18, 771:13, 771:15, 782:21, 783:14, 784:8, 801:22, 862:13, 862:16
**witness** [19] - 733:7, 733:11, 735:13, 736:20, 737:8, 737:13, 744:15, 753:15, 755:12, 756:1, 756:9, 761:7, 815:8, 815:17, 819:22, 821:19, 843:21, 852:7
**witness's** [1] - 761:5
**witnessed** [1] - 817:12
**witnesses** [15] - 731:17, 731:18, 731:23, 732:6, 732:7, 732:25, 735:19, 736:24, 738:22, 739:3, 755:13, 755:15, 755:17, 755:21
**woke** [1] - 773:14
**woman** [1] - 761:14
**women** [2] - 805:16, 823:8
**wonder** [1] - 835:14
**wondering** [2] - 835:17, 854:2
**wooden** [1] - 832:21
**Woodland** [1] - 729:4
**word** [1] - 804:3
**words** [3] - 749:2, 753:24, 813:23
**work-issued** [1] - 782:8
**workers** [1] - 736:7
**works** [1] - 776:18
**World** [1] - 799:9

**world** [2] - 765:6, 786:23
**worried** [1] - 781:21
**worse** [1] - 776:23
**worst** [1] - 859:6
**worth** [1] - 839:2
**wound** [1] - 748:13
**Wrangler** [1] - 791:23
**wraps** [1] - 788:25
**writing** [2] - 751:1
**written** [1] - 751:3
**wrote** [5] - 750:24, 751:2, 751:7, 751:11, 754:12
**Wyoming** [1] - 792:16

## Y

**yank** [1] - 830:24
**year** [5] - 764:4, 768:12, 771:18, 782:22, 823:23
**years** [20] - 733:6, 735:16, 736:6, 745:19, 746:6, 748:6, 749:16, 750:7, 757:4, 757:11, 758:2, 759:20, 761:15, 764:3, 764:12, 774:13, 784:22, 811:16, 834:11
**yelled** [1] - 830:20
**yelling** [6] - 752:15, 753:11, 829:17, 830:19, 849:15, 853:22
**yellow** [2] - 819:7, 856:13
**yells** [3] - 752:20, 753:9, 753:23
**young** [2] - 735:15, 808:11
**younger** [1] - 735:16
**yourself** [17] - 780:9, 783:2, 783:20, 798:5, 806:15, 820:1, 821:25, 824:5, 835:20, 839:15, 854:9, 854:16, 854:24, 855:13, 855:18, 856:12, 858:15
**YouTube** [1] - 786:4

## Z

**zero** [1] - 853:10
**zoom** [5] - 807:14, 832:12, 832:15, 841:20, 856:10