1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2


3
        UNITED STATES OF AMERICA,
4                                          Criminal Action
                     Plaintiff,            No. 1:21-cr-0026
5
            vs.                            Washington, DC
6                                          April 17, 2023
        CHRISTOPHER ALBERTS,
7                                          1:52 p.m.
                     Defendant.
8        _____/      *AFTERNOON SESSION*

9

10                   TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                  UNITED STATES DISTRICT JUDGE

12

13      APPEARANCES:

14      For the Government:    JORDAN KONIG
                               U.S. Department of Justice
15                             P.O. Box 55
                               Ben Franklin Station
16                             Washington, DC 20044

17
                               SAMUEL DALKE
18                             DOJ-USAO
                               228 Walnut Street, Suite 220
19                             Harrisburg, PA 17101

20
                               SHALIN NOHRIA
21                             USAO-DC
                               601 D Street, NW
22                             Washington, DC 20001

23

24

25      (Continued)

1    <u>APPEARANCES CONTINUED</u>:

2    For the Defendant:      JOHN PIERCE
                             ROGER ROOTS
3                               John Pierce Law P.C.
                                21550 Oxnard Street
4                               Suite 3rd Floor OMB #172
                                Woodland Hills, CA 91367
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Court Reporter:         JEFF HOOK
                                Official Court Reporter
                                U.S. District & Bankruptcy Courts
24                              333 Constitution Avenue, NW
                                Room 4700-C
25                              Washington, DC 20001

1                              **I N D E X**

2   **WITNESS**                                                      **PAGE**

3   CHRISTOPHER ALBERTS

4      Continued Direct Examination by Mr. Pierce              889

5      Cross-Examination by Mr. Konig                          907

6      Redirect Examination by Mr. Pierce                      965

7

8

9

10

11                          **E X H I B I T S**

12

13                    (No exhibits were marked)

14

15

16

17

18

19

20

21

22

23

24

25

1                          **P R O C E E D I N G S**

2           (Jury present)

3           **THE COURT:**  Mr. Pierce.

4           **CONTINUED DIRECT EXAMINATION OF CHRISTOPHER ALBERTS**

5    BY MR. PIERCE:

6           **Q.**  Thank you very much, Your Honor.

7           So Mr. Alberts, when we took a lunch break, we were still

8    up on -- you were still up on the Upper West Terrace area?

9           **A.**  Yes, sir.  We had just gotten up to that moment, yes,

10   sir.

11          **Q.**  And then I'm going to show you an exhibit that's in

12   evidence, Government's Exhibit 323.  If we could play that

13   starting around 2:30, and then play it for a little while, then

14   I'm just going to tell you when to stop.

15          (Video played)

16          **Q.**  So Mr. Alberts, you saw yourself speaking there for a

17   minute or two?

18          **A.**  Yes, sir.

19          **Q.**  You had some choice words, didn't you?

20          **A.**  I was very heated and passionate in the moment, yes,

21   sir.

22          **Q.**  And why was that?

23          **A.**  What I had previously witnessed below the steps, at

24   the base of the steps, the -- and we're now at the

25   3:56:52 mark, so we're almost at 4:00 o'clock.  I mean, it's

1    just my tensions, my opinion, I wanted to be heard, and I was

2    upset that protesters had showed up to make their voices heard

3    and died on the steps and grounds of the Capitol.

4        Q.  And one of the things that you mentioned was the

5    concept of not needing to obey lawful orders.  Did you see

6    yourself say that here?

7        A.  Yes, sir.

8        Q.  Where did that concept come from in your mind?

9        A.  Prior military service.  There's a Uniform Code of

10   Military Justice article that allows soldiers to turn down all

11   unlawful, all unconstitutional orders, even if that order is

12   coming from a higher power or authority.

13       Q.  And you also made reference to the police were

14   stopping you from being able to do what's right or something to

15   that effect.  Do you recall that?

16       A.  Yes, sir.

17       Q.  What did you mean by that?

18       A.  Mostly in making our voice heard.  I said, you know,

19   you're not allowing us to do that was in the Constitution.  If

20   they're not for the people, we have the right to overthrow that

21   government and reinstate a new one.  That's a quote from Thomas

22   Jefferson.  It was, again, hyperbolic speech.  I was angry, I

23   was upset.  My tensions, my nerves were real activated.  It was

24   a very intense moment.  As you can still see, everybody's still

25   maintaining distance from the police line.  Nobody's violently

1    engaging.  Police are used to hearing political speech aimed at

2    them, and I just felt like I was within my right to be able to

3    say how I felt.

4        Q.  Okay, you can take that down.  So at a certain point,

5    did you come off of -- get to the point where you were off of

6    the Upper West Terrace?

7        A.  Yes, shortly after this video, around the 4:30 mark,

8    was when other outside agencies, Virginia State Police and a

9    few other -- Maryland State Police agents showed up to

10   basically come in front of that D.C. Metro line and push

11   everybody off of the west side terrace.

12       Q.  So can we play Government's Exhibit 205, starting at

13   around the 54 second mark.  I think we're going to take it to

14   around 1:22.

15       (Video played)

16       Q.  So you see yourself in that video clip?

17       A.  Yes, sir.

18       Q.  And you appear to be limping.  Were you limping there?

19       A.  Yes, sir, I was limping prior to this from the beating

20   on my legs that I took at the top of the staircase.  This

21   intensified -- this incident intensified that limp due to what

22   I was hit with.

23       Q.  And you appear to be -- even though there was no sound

24   there, you appeared to be gesticulating and saying something at

25   somebody.  Do you recall generally what you were saying, who

1    you were directing it at?

2        **A.**   Yeah, I was mad the explosive devices blew up on my

3    foot and impacted me, and I verbally made that known.

4        **Q.**   And can we bring up Government's Exhibit 427, please.

5    Now, is this --

6        **DEPUTY CLERK:**   It's not in.

7    **BY MR. PIERCE:**

8        **Q.**   Oh, I'm sorry.  For identification purposes here only,

9    go ahead and bring it up.  Do you see yourself in this picture?

10       **A.**   Yes, sir.

11       **Q.**   And where is this at?  Is this still on the Upper West

12   Terrace?

13       **A.**   No, this is now on the north front of the Capitol.

14   This is after the police line has pushed us around the corner.

15       **Q.**   Okay.  So let's -- leave the picture up.  So how did

16   you end up off of the Upper West Terrace, what occurred?

17       **A.**   So this is the opposite view of that police line that

18   you just saw, the backside view.  They basically did the

19   90-degree push around the west to the north side.  This is

20   after 30, 40 feet of being -- basically as they were clearing

21   out the Capitol through the visitors center entrance, they had

22   cleared off the west terrace.  And we had all been joined on

23   the north side of the terrace.

24       **Q.**   Were the Capitol Police -- I think you might have

25   mentioned this, but were they joined by other law enforcement

1    agencies at that point?

2        A.   Yes, I remember at one point seeing a Virginia State

3    Police like patch on one of the officer's uniforms.  It's a big

4    mix of D.C. Metro, I'm assuming some Capitol Police.  For the

5    majority of the time up there was -- the gentlemen in the

6    yellow vests were the ones that you saw in that video.  All

7    D.C. Metro standing in front of me.  But, again, they got

8    reinforced by outside agencies right around the 4:00 o'clock

9    mark.

10       Q.   Despite your gesticulation and the words we've been

11   seeing you using, were you complying with the instructions of

12   law enforcement so far as you recall during this timeframe?

13       A.   The second the move back orders came through, the

14   majority of the crowd took their steps back.  Every time you

15   heard move back, move back, move back, we would -- we were

16   moving as fast as humanly possible.  There was a lot of people

17   up there, and a lot of people I guess inside the building that

18   were all being bottlenecked to this one portion of the north

19   terrace.

20       Q.   And were the law enforcement officers, were they

21   continuing to use force during this timeframe?

22       A.   Yes.  As we saw in the other video, the -- some people

23   that did slowly comply got sprayed.  There was the explosive

24   device that I got hit with.  People were still getting shot in

25   the face and in the head.  Shortly after this picture I'm

1  assuming was taken was when another push became relevant, and I

2  saw a protester get shot in the face to the point where his

3  upper lip had been fully removed.

4      Q.  And do you know -- do you have any sense of what he

5  was shot in the lip with that would have done that?

6      MR. KONIG:  Objection, relevance.

7      THE COURT:  Sustained.

8      MR. PIERCE:  Now I'm going to show you -- let's take a

9  look at Government's Exhibit 315 -- I think that's in evidence.

10      DEPUTY CLERK:  Yes.

11  BY MR. PIERCE:

12      Q.  Yeah, okay.  Let's go ahead and play that.

13      (Video played)

14      Q.  Did you see yourself in that video, Mr. Alberts?

15      A.  I did, yes, sir.

16      Q.  And what occurred there?

17      A.  I threw a bottle at the -- water bottle at the

18  officers' feet.

19      Q.  And why did you do that?

20      A.  I was angry.  It was wrong, I should have never done

21  it.  Again, tensions were high.  I just -- now after witnessing

22  what I witnessed on the west front prior to my -- the steps

23  incident, I witnessed more people being hit and gassed.  And

24  again, my own personal experience with that explosion, I had to

25  literally like bail off of the west side -- of the north side

1    steps to get down to the grass.  I was mad, no other

2    explanation to it.

3         Q.   And where did you aim with that water bottle?

4         A.   At their feet.

5         Q.   Could you just sort of play that again so the jury can

6    see that.

7         (Video played)

8         Q.   Could you see on that video with the closeup where the

9    bottle kind of entered past that piping?

10        A.   Yeah, it went straight through the scaffolding right

11   there, landed right at the officers' feet and kind of bounced

12   off the step and behind the rest of the officers.

13        Q.   Why did you aim at their feet?

14        A.   Again, I was angry, it was just the wrong expression

15   of anger at the time.  It was completely out of character of me

16   to throw things at people like that, that is not me.

17        Q.   Are you somebody that from that proximity, if you

18   wanted to try to hit somebody let's say in the head, you'd have

19   a better chance of doing it than you did there?

20        A.   I very easily could have aimed for their head, yes,

21   sir.

22        Q.   And were there still explosions and things like that

23   going off during this timeframe?

24        A.   Yeah, the explosions don't stop at all on this day

25   until we get back towards -- like Peace Monument is when the

1    National Guard was called in and riot control devices had

2    ceased to be used.

3        Q.  So ultimately you ended up out in -- I'm not sure if

4    you described it as a parking lot or a sidewalk, but this

5    Pennsylvania Avenue where the arrest occurred.  Do you know

6    what area I'm talking about?

7        A.  Yes, sir, it's -- from other government exhibits, I

8    guess it is a parking lot.  I mean, it was a road I guess at

9    one point in time that's now turned into a Senators' parking

10   lot or staff parking or -- I don't remember the exact word.

11   But yeah, there were lines on the road for parking spots, so

12   that's where I ended up.

13       Q.  By the way, did you notice or see any signs there in

14   that area about being in a restricted area or off limits or

15   anything?

16       A.  No, sir.

17       Q.  How long was it between let's say the water bottle

18   incident and when you ended up out there in that Pennsylvania

19   Avenue parking lot area?

20       A.  The arresting video is right around the 7:22:40 mark.

21   I probably -- the push from the steps, probably right around

22   5:00 o'clock is when I got back around and threw the bottle

23   incident, so another two and a half hours before I got

24   arrested.

25       Q.  And just sort of generally speaking, what were you

1    doing during that interim?

2       A.   Standing around yelling and screaming and wondering

3    why we were still getting shot.  I mean, we had been pushed off

4    the steps, okay, we're back on the lawn.  Why are we still

5    being advanced on, why are we still being gassed when at this

6    point the majority of the crowd had dispersed.  The crowd size

7    was maybe half of what it was throughout the day.  People,

8    again, were just standing.  There was no violence towards the

9    police line at that time.  That video we watched was pretty

10   much the last outburst from that area of crowd.

11      Q.  And was it -- as you ended up moving from the place

12   where the water bottle incident occurred to where the arrest

13   occurred, was that something where gradually the police were

14   going to move you out in that direction or were you heading in

15   that direction just on your own or what was going on?

16      A.   No, the crowd was walking that way.  Same thing as

17   prior on the north side terrace, the police gave a command move

18   back in a set of threes.  So they would take three paces

19   forward, they would stop their line.  We'd hang out for a few

20   minutes.  Nobody was fighting the line, everybody was keeping

21   their distance from the police line.  Every order of move back

22   we would move back, we'd move back, and we just -- they

23   eventually, like I said, pushed us to that wall where they got

24   reinforced.  Once they were all squared away, they continued

25   the move back charge until the parking lot incident.

1    Q.   At a certain point, you ended up with a megaphone

2    based on what we've seen last week.  Do you recall that?

3    A.   Yes, sir.

4    Q.   How did you end up with that megaphone?

5    A.   I was saying some valid points I guess somebody liked,

6    and they handed me the megaphone saying:  Here use this, make

7    your voice louder.

8    Q.   Somebody you didn't know just handed it to you?

9    A.   Yes, if I remember correctly, it was a woman with

10   three kids.  She was walking with her kids, and she handed it

11   to me and said:  Here, use this.

12   Q.   And without going over every single thing that she

13   said, you continued to have some choice words throughout the

14   evening; is that fair?

15   A.   Again, tensions are high, passions are high, I said

16   some things that I felt like saying at the time.

17   Q.   Now we're going to start moving toward the time when

18   you were arrested, and I want to clear up just one or two quick

19   things here.

20        As you were walking, did you receive any notifications on

21   your phone that you're aware of?

22   A.   No, sir.

23   Q.   Do you have a Twitter account?

24   A.   No, sir.

25   Q.   So would you have been able to receive any

1    notifications on Twitter?

2        A.  No, sir.

3        Q.  Could we just bring up Exhibits 1006 and 1007, I think

4    it's Government's Exhibit 1006 and 1007.

5        DEPUTY CLERK:  1006 is not in.

6        MR. PIERCE:  Okay.  So just keep up 7 right now, take down

7    1006.  So this is the one that's in?

8        DEPUTY CLERK:  Yes.

9    BY MR. PIERCE:

10       Q.  Okay.  Is this something that you recall receiving?

11       A.  No, I've never seen this prior to having the

12   government exhibits.

13       Q.  And can we just bring up 1006 for just the witness,

14   please.  Same question, is this something you remember seeing

15   or receiving?

16       A.  No, sir.

17       Q.  And then can we bring up 515 and 516, please, I think

18   Government's.

19       DEPUTY CLERK:  They're not in.

20   BY MR. PIERCE:

21       Q.  Okay, then just for the witness here.  And are

22   these -- are either of these pictures something that you

23   received?

24       A.  They are, those are messages that I received from my

25   fiancee.

1    Q.  Okay.  You don't recall receiving them onto your phone

2    from Twitter?

3    A.  No, they were -- that's a clear screenshot of a phone

4    versus actually pulling it from the app.

5    Q.  Do you recall a point, as you're moving toward and

6    you're in that Pennsylvania Avenue parking lot area, anyone

7    declaring that there was a curfew?

8    A.  No, sir.

9    Q.  And now we're going to go ahead and take a look at --

10   go ahead and take a look at your arrest video, so could you

11   please bring up Alberts Exhibit 427 for identification

12   purposes.  Play it from 6:28 to 7:00 minutes.

13        MR. KONIG:  Your Honor, I think this might have been

14   admitted during Officer Haynes' testimony.

15        MR. PIERCE:  Thank you very much.  So go ahead and play

16   that with sound, 6:28 to 7:00 minutes.

17        DEPUTY CLERK:  I'm sorry, can you give me the number for

18   the government?

19        MR. PIERCE:  It's just our numbered version of it.

20        MR. KONIG:  I believe it is Defense 427, which was

21   admitted as Defense 427.

22   BY MR. PIERCE:

23   Q.  Government 108, thank you, it's in.

24        (Video played)

25   Q.  Do you recall that episode?

1      A.   Yes, sir.

2      Q.   To the best of your recollection, were you -- at the

3 time that this occurred, were you complying with law

4 enforcement at that point?

5      A.   Orders that I was given and verbally heard, yes, I was

6 being very compliant.

7      Q.   And what is the first thing that you remember about

8 what happened here in terms of the arrest?

9      A.   I was doing an interview with that gentleman that was

10 in front of me with the camera that walked out prior to me.  At

11 that time, I wasn't really paying any mind to anybody else.  We

12 started to walk away because the police line had moved forward.

13 They stopped.  I said:  Okay, I guess we're good here, boss.  I

14 stopped and talked to him.  One of these officers, I don't know

15 who, came up and said:  You guys have to go, go.  I'm like

16 okay.  I went the wrong direction I guess, because I started

17 walking that way and they're like:  No, that way.  And that's

18 why, you know, megaphone in my right hand and hand up in the

19 left to show I've got you, wrong direction.  I turned my back,

20 that's how I ended up being basically the last person leaving

21 from this area.  The first thing I remember from the actual

22 arrest itself was feeling somebody grabbing my bag.  I had no

23 idea who it was, I just felt somebody grab my bag.  So that's

24 why I turned around the way I did.

25      Q.   So you felt somebody grab your backpack?

1      A.   Yes, sir.

2      Q.   And what precisely did you do in terms of motion at

3  that time?

4      A.   I took a 90-degree left turn to be able to expose and

5  see who was behind me.

6      Q.   Did you attempt to flee when you felt that motion?

7      A.   No, sir, there was no forward momentum to my

8  movements, it was simply to turn around and see who was

9  grabbing my bag.

10     Q.   So could we just replay the -- that few seconds there.

11     (Video played)

12     Q.   And is that -- is what you just saw consistent with

13  what you just described in terms of turning to try to figure

14  out what was going on?

15     A.   Yes, sir.

16     Q.   Did you also feel anything occur at that timeframe in

17  terms of any other contact from an officer?

18     A.   No, there was the grab on my bag, a lift of my bag and

19  then I was bludgeoned in the back of my head.

20     Q.   You said you were -- say it again?

21     A.   I was bludgeoned, I was beaten in the back of my head.

22     Q.   With what?

23     A.   What is -- a baton, a billy club, whatever the police

24  department defines it as.  A hard aircraft aluminum stick.

25     Q.   So just -- can you just play those few seconds again

1    where the backpack is touched.

2        (Video played)

3        **Q.**  Is there any doubt in your mind, based on what you

4    recall happening, what you felt, that this was an intentional

5    strike to your head with the baton?

6        **A.**  Yes, the lump on my head was about the size of a

7    baseball.

8        **Q.**  I'm just going to rephrase that because I used a

9    double negative on you.  Do you believe, based on what you felt

10   and what you recall occurring, that you were intentionally

11   struck on the head with a baton?

12       **MR. KONIG:**  Objection, asked and answered.

13       **THE COURT:**  Overruled.

14       **THE WITNESS:**  Yes, I was.

15   **BY MR. PIERCE:**

16       **Q.**  And what was the, you know, just kind of physical

17   result of that incident, of being struck on the head with a

18   baton?

19       **MR. KONIG:**  Objection, asked and answered.

20       **THE COURT:**  Sustained.

21   **BY MR. PIERCE:**

22       **Q.**  Now let's take a look at Alberts Exhibit 429.

23       So just to clarify, that Defendant's Exhibit 427 is

24   actually Government's Exhibit 110, not Government's

25   Exhibit 108, sorry.

1        Now could we play Alberts Exhibit 429, which I believe is

2   the Robinson body cam footage, starting at 6:50.  This is

3   already in evidence I believe?

4        **DEPUTY CLERK:**  It is.

5   **BY MR. PIERCE:**

6        **Q.**  Okay.

7        (Video played)

8        **Q.**  We've seen the arrest a couple of times in court,

9   right?

10       **A.**  Yes, sir.

11       **Q.**  Did you attempt to comply with the police officers

12  once you realized you were under arrest and had been taken

13  down?

14       **MR. KONIG:**  Asked and answered.

15       **THE COURT:**  Overruled.

16       **THE WITNESS:**  The second I hit the ground, I instantly put

17  my arms out, starfished my left leg that you can see there.

18  The only reason my right leg stayed bent was because I'm laying

19  on my backpack, so I was trying to keep my body like angled to

20  where I wasn't inverted in the wrong direction basically.  It

21  was impossible for me to lay on my backpack and yet be

22  compliant with them trying to remove my backpack.  So I was

23  trying to help them get all of my gear off in the fastest and

24  safest manner for everybody.

25  **BY MR. PIERCE:**

1    Q.   And then I just want to play one more small snippet of

2    this.   Play at 19:26:15, I guess the 10:30 mark on your time.

3    Strike that, I'm sorry.   I've just got two small clips.   Play

4    it at 8:47, which is 19:24:28.

5        (Video played)

6    Q.   If you could tell, what did you say right there,

7    Mr. Alberts?

8    A.   I couldn't -- I was kind of focused on what I was

9    doing, I wasn't really listening to the audio, I apologize.

10   Q.   That's all right, just try it one more time.   If you

11   can pick it up, that's great.   If not, it's no problem.

12       (Video played)

13   Q.   What did you say there?

14   A.   I said, "Was the back of the head necessary, boss?"

15   Q.   And then could we just show 19:26:15, which I guess is

16   10:30 on your timer.

17       (Video played)

18   Q.   I'm sorry, back it up just a few seconds before that,

19   please.

20       (Video played)

21   Q.   Could you pick up what that exchange was right there,

22   Mr. Alberts?

23   A.   He just asked me if I was out there with anybody else

24   that I needed to notify.   I told him no, I'm here by myself.

25   Q.   How far was this from the Capitol approximately, if

1    you know?

2         A.   About a football field, football field and a half.

3    We're past the Peace Monument at this point, we're in the

4    parking lot.  You can actually see the building we're in now

5    I'm pretty sure is behind us.

6         Q.   In this timeframe in the course of the arrest, did you

7    see any other individuals, any other persons that were in

8    distress?

9         A.   Yes, shortly after --

10        MR. KONIG:  Objection to relevance.

11        THE COURT:  Sustained.

12   BY MR. PIERCE:

13        Q.   Were there other arrests going on in this area that

14   you're aware of?

15        A.   Not at the time when I was arrested.  Shortly after

16   the police had completed their encirclement I guess is what

17   they called it, they had brought in two buses and started

18   loading up protesters as they searched them and put them on the

19   bus to take to processing.

20        Q.   Did you later learn anyone else was arrested for gun

21   charges?

22        MR. KONIG:  Objection, calls for hearsay.

23        THE COURT:  Sustained.

24   BY MR. PIERCE:

25        Q.   We'll just wrap this up, Mr. Alberts.  In the course

1    of everything you did on January 6th, did you have -- did you

2    intend to interfere with what Congress was doing that day?

3        A.   No, I wanted them to do what they are legally allowed

4    to do and question the authenticity of the votes from the

5    states.  So I did not intentionally go there to stop them from

6    doing that job at all.

7        MR. PIERCE:   Okay.  Thank you very much, Mr. Alberts.  I

8    pass the witness, Your Honor.

9        THE WITNESS:   Thank you, sir.

10       THE COURT:   Mr. Konig.

11       <u>CROSS-EXAMINATION OF CHRISTOPHER ALBERTS</u>

12   BY MR. KONIG:

13       Q.   Good afternoon, Mr. Alberts.

14       A.   Good morning -- or good afternoon, Mr. Konig.

15       Q.   So we're going to talk about a lot of things we agree

16   on today.  So first, we agree that you were at the United

17   States Capitol on January 6th, 2021?

18       A.   Yes, sir.

19       Q.   And we also agree that from about 1:04 p.m. at the

20   latest to about 7:22 p.m. when you were arrested, you were in

21   or around the Capitol?

22       A.   I did not go in the Capitol.  I was on the Capitol

23   grounds in the west side, north side terrace at times, but yes.

24       Q.   Very well.  I was trying to avoid saying in and around

25   the Capitol grounds, because I know we might have a difference

1    of opinion on what that means.  But you didn't go back to your

2    car?

3        A.  No, sir.

4        Q.  And you didn't leave -- once you made it past the

5    Peace Circle, you didn't go back out until around the time of

6    your arrest, sometime around 7:00 on January 6th, 2021?

7        A.  Yes, sir.

8        Q.  And you went to all of the places that are in the

9    pictures that were admitted as exhibits?

10       A.  Yes, sir.

11       Q.  And that was you in all the videos that were admitted

12   as exhibits?

13       A.  Yes, sir.

14       Q.  And let me pull up the side-by-side of Government's

15   Exhibits 301 and 406 that both have been admitted.  And sir,

16   you agree that this was your hat that you wore on January 6th,

17   2021?

18       A.  The left photo, yes, sir.

19       Q.  And it had your name on the back?

20       A.  Yes, sir.

21       Q.  And it had a message on the front that said "come and

22   take it"?

23       A.  Yes, sir.

24       Q.  And a -- was it a bayonet or a cannon on the -- under

25   the "come and take it"?

1      **A.**   No, sir, it was -- it's an AR-15.

2      **Q.**   Okay.  So an AR-15 on the front under the words "come

3   and take it" or over the words "come and take it"?

4      **A.**   I'm pretty sure it's in the middle of the picture, if

5   I remember correctly.  I haven't seen the patch in two years,

6   so it would be a little hard to recall exactly where the AR is

7   on it.  But it's a star, an AR and the words "come and take

8   it."  It was originally a cannon, people have changed it over

9   the years to have an AR on it.

10      **Q.**   And you also were wearing an earwig or an earpiece?

11      **A.**   Yes, sir.

12      **Q.**   And that was I think you called it a throat mic?

13      **A.**   Yes, sir.

14      **Q.**   And that was for communications?

15      **A.**   I solely had it for listening.  The earpiece attaches

16   to the throat mic, so you can't use the earpiece without having

17   the full setup attached.

18      **Q.**   Well, let's briefly talk about that.  You actually

19   communicated with people through that mic and that earpiece on

20   January 6th of 2021, didn't you?

21      **A.**   I attempted to after receiving -- after this short

22   timeframe.  But what had occurred was a --

23      **Q.**   You were on a podcast by someone --

24      **MR. PIERCE:**  Objection, Your Honor, he was in the middle

25   of an answer.

1          **THE COURT:**  Overruled.

2     **BY MR. KONIG:**

3          **Q.**  You were on a podcast with someone named Kenneth

4     Thomas?

5          **A.**  The name sounds familiar, yes, sir.

6          **Q.**  He goes by Pi Anon?

7          **A.**  That sounds about right, yes, sir.

8          **Q.**  Yeah, and you spoke to him I guess early last month?

9          **A.**  Roughly, yes, sir.

10         **Q.**  And you talked to him about your time on January 6th?

11         **A.**  Yes, sir.

12         **Q.**  And in particular, you told him that you communicated

13    with people through that microphone, you communicated using

14    that radio on January 6th of 2021, didn't you?

15         **A.**  Again, I did not communicate, I received incoming

16    transmissions which is a form of communication.  Receiving

17    communications is still receiving communication.

18         **Q.**  I'm going to ask Ms. Kozaczuk to play an interview --

19    it was about an hour and a half maybe?

20         **A.**  Roughly, yes, sir.

21         **Q.**  That interview at approximately 16:50 to 16:54.

22         **DEPUTY CLERK:**  Exhibit?

23         **MR. KONIG:**  It's not an exhibit, it's not being used for

24    evidentiary purposes.

25         **MR. PIERCE:**  Your Honor, we'll object only to the extent

1    there's statements from other folks on here that might be

2    hearsay, if they're offered for the truth of the matter

3    asserted.

4         **THE COURT:**  You're offering his statements to impeach by

5    prior inconsistent statements?

6         **MR. KONIG:**  I am.

7         **THE COURT:**  Okay, very well.

8    **BY MR. KONIG:**

9         **Q.**  Just to save a little bit of time, I'm going to go

10   back to that in a moment.

11        So you described earlier that you were wearing your plate

12   carrier?

13        **A.**  Yes, sir.

14        **Q.**  And that plate carrier, you agree that it had front

15   and back plates?

16        **A.**  It had plates, but it is not technically a plate

17   carrier, it is its own separate vest with the option to add the

18   plates.

19        **Q.**  But you --

20        **A.**  A plate carrier carries just plates.

21        **Q.**  Okay.  But you've described it sort of colloquially as

22   a plate carrier, right?

23        **A.**  I'm pretty sure I remember referring to it as body

24   armor or Kevlar vest.

25        **Q.**  And also when you were on that podcast with Kenneth

1   Thomas, you called it a plate carrier?

2       **A.**   I may have referred to it as a plate carrier on the

3   podcast, I don't remember the exact words I used.

4       **Q.**   You said typically you wear that.  But you actually

5   made a little bit of an alteration before January 6th, didn't

6   you?

7       **A.**   To the plate carrier?

8       **Q.**   To the front of the vest?

9       **A.**   I added some patches onto it.

10      **Q.**   Yeah, so you added two patches, right?

11      **A.**   One was an American flag, and one is the 29th Infantry

12  Division's unit patch.

13      **Q.**   And those -- I think it came into evidence as a

14  picture from your cell phone, right?  You took a picture, there

15  was a cat in it and --

16      **A.**   Like, from my personal cell phone?

17      **Q.**   Yes.

18      **A.**   I take plenty of pictures of my cats.  I'm not sure

19  which one you're referring to.  I would just need more context,

20  sir.  I'm sure I have a picture of my cat on --

21      **THE COURT:**  Hold on, hold on.

22  **BY MR. KONIG:**

23      **Q.**   So we'll first start with -- it looks like we have

24  audio of you and Mr. Pi Anon.  Can you start playing that at

25  16:50 to 16:54.

1          (Audio played)

2          **Q.**   That was you who was talking right there?

3          **A.**   Yes, sir.

4          (Audio played)

5          **Q.**   So you said you had a radio on you in communication

6     with people in the crowd?

7          **A.**   Again, communication works two ways, you can receive

8     or transmit.  I did not transmit on that radio at all that day.

9          **Q.**   Okay.  So your communication was all passive that day?

10         **A.**   It was receiving communications.

11         **Q.**   You communicated with other people by listening to

12    what they were saying?

13         **A.**   Yes.

14         **Q.**   If you could pull up Exhibit 505, please.

15         **THE COURT:**  Mr. Konig, can you go to the phone quickly.

16         (Sidebar discussion)

17         **THE COURT:**  Is this the plate carrier reference?

18         **MR. KONIG:**  Yes.

19         **THE COURT:**  If I heard him correctly, he didn't dispute

20    having said that on the podcast, so I'm not sure you've

21    established the inconsistency.

22         **MR. KONIG:**  Okay, I'll move on.

23         (Open court)

24    BY MR. KONIG:

25         **Q.**   Thank you, Your Honor.  You testified on direct about

1    your backpack that day, correct?

2        A.   Yes, sir.

3        Q.   You referred to it as a three-day bag?

4        A.   Yes, sir.

5        Q.   Just so the jury knows, a three-day bag is just to

6    have enough for three days?

7        A.   It doesn't necessarily mean you're going to have

8    enough for three days, it's just --

9        Q.   But you were prepared?

10       A.   I was prepared for the day.

11       Q.   Your backpack had binoculars in it?

12       A.   It always had binoculars in it.

13       Q.   And military fatigue trousers?

14       A.   A backup pair of pants.

15       Q.   Heavy socks?

16       A.   A backup pair of socks.

17       Q.   Eight bungee cords?

18       A.   For when I go camping.

19       Q.   You earlier said Meal Ready to Eat kit?

20       A.   In case I got hungry.

21       Q.   A first aid kit?

22       A.   In case I needed to render aid.

23       Q.   And a decontamination kit?

24       A.   Again, part of the --

25       Q.   Yes is sufficient.

1      A.   Yes, sir.

2      Q.   A black ski mask?

3      A.   Part of the bag, yes, sir.

4      Q.   And you had a flashlight, didn't you?

5      A.   Again, part of the bag, sir.

6      Q.   And but on January 6th, you actually used that

7 flashlight, didn't you?

8      A.   I shined it at some officers later on in the night to

9 try to identify who they were, yes.

10      Q.   And that was you used the flashlight, after dark; is

11 that right?

12      A.   That's typically when you use a flashlight, yes, sir.

13      Q.   And you shined it at their faces?

14      A.   Yes, I was trying to identify the cops on top of the

15 center stage landing, and that's why I used the flashlight.

16      Q.   You also had a pocket knife with you -- or you had two

17 pocket knives with you, right?

18      A.   One was in the med kit and one was in my right pocket,

19 yes.

20      Q.   And there's a -- in the picture, you were -- and in

21 the evidence there's I guess like a side knife holder or

22 something like that.  Special Agent Haynes testified about it,

23 it was like small, camouflage?

24      A.   Oh, the pouch on the front of my vest.

25      Q.   The pouch, yes.  Was anything carried in that on

1    January 6th?

2         **A.**   That's where the radio was.

3         **Q.**   Oh, okay.  The radio from the radio kit?

4         **A.**   Yeah, so the radio was in the pouch, the throat mic

5    was attached to the -- the Velcro was attached to the front.

6    And as everybody's already seen what it looks like, I don't

7    think we have to go into that anymore.

8         **Q.**   Thanks for clarifying that.

9         **A.**   No problem, sir.

10        **Q.**   And I think we agree that the mask you brought you put

11   on some time between 1:04, when the first CCTV footage of you

12   on that walkway -- let me try and separate this out.

13        You put it on sometime between when you were on that

14   walkway and then maybe about 1:20, so maybe between 1:00

15   o'clock and 1:20?

16        **A.**   I would say it was shortly after 1:20, because that's

17   when the protester got carried off on that bike rack.  So right

18   around the 1:20, 1:30 mark would be more accurate in my mind.

19        **Q.**   Your testimony was that you took it off then again

20   once you'd made it up those stairs, right?

21        **A.**   Yes, sir, that's where the assault -- the gases were

22   not being used anymore, so I had no need for it.

23        **Q.**   And you've admitted that you had a gun with you on

24   January 6th?

25        **A.**   Yes, sir.

1    Q.   And you actually had a nickname for that gun, right?

2    A.   A nickname?

3    Q.   Do you call that gun pow-pow?

4    A.   No.

5    Q.   There was a picture that came in through a defense

6    exhibit earlier today of the warning you got near the election

7    time, wasn't there?

8    A.   Yes.  And I think I know what you're referring to now,

9    it's pew-pew.

10   Q.   Pew-pew, I'm very sorry.

11   A.   It's not what -- it's not a nickname for the gun, that

12   is just a funny way of referring to a firearm.

13   Q.   Okay.  Pew-pew was your funny way of referring to your

14   firearm?

15   A.   Yes.  Again, I wouldn't call it a nickname, but sure,

16   that was me referring to my firearm.

17   Q.   And while we're on the subject, in that -- when you

18   got that alert, I guess were you texting your girlfriend --

19   your fiancee Ms. Miller, who testified earlier?

20   A.   Yes, I was.

21   Q.   You told her you were glad you had brought pew-pew

22   with you to work that day or where you'd gone that day in

23   November of 2020, right?

24   A.   Yes, sir.

25   Q.   Your gun, it was containing its magazine, right?

1       A.   Naturally, yes, sir.

2       Q.   And you were carrying it on January 6th in an

3   under-the-waistband holster?

4       A.   Yes, sir, it's also referred to as a concealed weapons

5   holster.

6       Q.   What's it called, sir?

7       A.   It's called a concealed holster.

8       Q.   A concealed holster, okay.  And it was concealed on

9   your right side?

10      A.   Yes, sir.

11      Q.   And you're right-handed?

12      A.   I am, yes, sir.

13      Q.   It was fully loaded on January 6th, 2021?

14      A.   Yes, sir.

15      Q.   And there was a bullet in the chamber?

16      A.   Yes, sir.

17      Q.   And there was testimony earlier, it does take an extra

18  step to load a firearm and then to load the additional round in

19  the chamber, correct?

20      A.   Yes, sir.

21      Q.   You agree with me that the gun was not licensed on

22  January 6th, 2021?

23      A.   According to D.C.'s records?

24      Q.   Well, it wasn't licensed anywhere, right?

25      MR. PIERCE:   Objection, calls for a legal conclusion.

1        **THE COURT:**  Overruled.

2    **BY MR. KONIG:**

3        Q.  It was not licensed anywhere on January 6th, 2021?

4        A.  My state has a voluntary registration --

5        Q.  But you weren't in your state, were you?

6        A.  Yes, I am, actually.

7        Q.  And you did not -- it was not registered on January

8    6th, 2021?

9        A.  My state is a voluntary registration state.

10        Q.  Actually, isn't Maryland -- doesn't it have one of the

11    more difficult registration laws in the country?

12        **MR. PIERCE:**  Objection, calls for a legal conclusion.

13        **THE COURT:**  Sustained.

14    **BY MR. KONIG:**

15        Q.  You'd entered earlier a concealed carry permit.  You

16    also didn't have a concealed carry permit, right?

17        A.  Not at the time, no, sir.

18        Q.  And the last time you had a concealed carry permit

19    was -- I think the exhibit was Defendant's 440, it looked like

20    that expired in 2014?

21        A.  Yes, sir.

22        Q.  And that firearm we're talking about, you had it with

23    you the entire time you were in D.C. on January 6th, 2021?

24        A.  Yes, sir.

25        Q.  So you stated on direct that you I guess -- maybe I'll

1    let you characterize it.  But is it fair to say you said you

2    carry it with you all the time?

3         A.  Roughly the majority of the time, 90 percent,

4    95 percent of the time.

5         Q.  Now, you were interviewed by police officers after

6    your arrest on January 6th, 2021, weren't you?

7         A.  I surely remember that interview, yes, sir.

8         Q.  And they read you your rights, and you signed an

9    acknowledgement of your constitutional rights?

10        A.  Yes, sir.

11        Q.  And didn't you tell them that you didn't carry it with

12   you every day in Maryland?

13        A.  I just said that I don't carry it every day.  I said

14   the majority of the time I carry it with me.

15        Q.  Well, you didn't say that, did you?  You told them, "I

16   don't carry it with me every day in Maryland"; isn't that

17   right?

18        A.  I just told you I don't carry it every day in Maryland

19   as well.  I said 90 to 95 percent of the time I would carry it.

20        Q.  So you're telling me, but you didn't tell them on

21   January 6th?

22        A.  The interviewing police officers?

23        Q.  Yes.

24        A.  You just told me that I told them I don't carry it

25   every day.  That's the same thing I'm telling you, and it's the

1    same thing I testified to my attorney earlier.  The majority of

2    the time it was on me or my person.

3        Q.   So we agree that you don't -- at least as of January

4    6th, 2021, that you didn't carry it with you every day in

5    Maryland?

6        A.   Correct.

7        Q.   Okay.  Also, you agree with me that you were carrying

8    an extra magazine?

9        A.   Yes.

10       Q.   And that was in a magazine -- is it holder or holster

11   or is it the same thing?

12       A.   Holster is fine.

13       Q.   Okay.  And where were you carrying that extra

14   magazine?

15       A.   On my right hip.

16       Q.   It was on your right hip?

17       A.   Contrary to sworn testimony by previous witnesses, it

18   was on my right, not my left.

19       Q.   Okay.  But it was also fully loaded?

20       A.   Yes.

21       Q.   And by fully loaded, that was 12 rounds of ammunition

22   in the magazine?

23       A.   Standard magazine, 12 rounds.

24       Q.   And then the standard magazine for the Taurus 9mm that

25   you had on you as well was also 12 rounds, right?

1      A.   Yeah.  90 percent of the firearms are 12-round

2   magazines in the country.

3      Q.   So you're not debating that there were 25 rounds of

4   ammunition in the gun or the holster that you had with you on

5   January 6th?

6      A.   No denying it, sir.

7      Q.   And some of that ammunition -- though not all of it,

8   some of it was hollow point?

9      A.   Yes, sir.

10     Q.   And some of that hollow point ammunition -- though not

11  all of it, was what Special Agent Haynes referred to as +P+?

12     A.   Yes, sir.

13     Q.   So I want to turn your attention to January 6th, 2021,

14  and your time at the -- in the nation's Capitol.  You said that

15  you went to the former President Trump's #StopTheSteal rally?

16     A.   It was the Ellipse.  I know there were multiple

17  rallies that happened that day.

18     Q.   But there was one big rally that you went to?

19     A.   Yeah, that was the #StopTheSteal rally, yes.

20     Q.   And I think you told Mr. Pierce that you went there to

21  make your voice heard?

22     A.   Yes, sir.

23     Q.   And I just want to go back for a point of

24  clarification.  I think you were testifying on direct about a

25  backpack that was found, right?

1        A.   Yes, sir.

2        Q.   Did you actually see what was in that backpack once

3   you kind of recovered it?

4        A.   Yes, sir.

5        Q.   And was there anything I guess dangerous inside the

6   backpack?

7        A.   Unknown until I opened it.  But no, there was nothing

8   dangerous in the backpack.

9        Q.   So once you opened it, you knew there was nothing

10  dangerous in it?

11       A.   Yes, sir.

12       Q.   And you said on direct that you left the rally

13  sometime after it had started?

14       A.   The Trump rally?

15       Q.   The rally at the Ellipse?

16       A.   Yeah, my phone video has me time stamped -- I remember

17  the special agent said it was around 12:38 on my phone.  So

18  shortly prior to that was when I walked out of the Ellipse --

19  or shortly, sorry, prior to 12:38, prior to that phone video is

20  when I leave the Ellipse.

21       Q.   So you left at some point -- I think you said maybe 20

22  minutes before that cell phone video was taken or 30?

23       A.   Again, where I found the backpack at put us on the

24  World War II Memorial side of the Ellipse.  So from walking the

25  Ellipse grounds to getting onto the street to taking the video

924

1     would -- my pace, 15, 20 minutes, yes.

2          Q.  Am I right to understand that after you saw the

3     backpack, you didn't go back to the rally, you kind of

4     continued on your path?

5          A.  Well, that's when I noticed the crowd walking to the

6     general direction of the Capitol.

7          MR. KONIG:  I'm going to ask Ms. Kozaczuk to play

8     Exhibit 508.

9          (Brief interruption)

10         MR. KONIG:  Your Honor, we're having some trouble with our

11    technology.  Can we take an early afternoon break to try and

12    sort that out?

13         THE COURT:  Ladies and gentlemen, we'll take a 15-minute

14    break.  We'll see you back here at about 10 minutes after 3:00.

15         MR. KONIG:  Thank you, Your Honor.

16         (Recess taken at 2:55 p.m.)

17         (Back on the record at 3:13 p.m.)

18         THE COURT:  Mr. Konig.

19    BY MR. KONIG:

20         Q.  Thank you, Your Honor.  Hi again, Mr. Alberts.

21         A.  Say that again, sir, sorry?

22         Q.  I said hi again, Mr. Alberts.

23         A.  How are you, sir.

24         Q.  We just left off, and you said you had left the rally

25    down at the Ellipse about 20 minutes earlier, and we were

1    talking about 12:38 p.m.  I would like Ms. Kozaczuk to play

2    Exhibit 508.

3          (Video played)

4          Q.  And from that point at about 12:38 p.m. on January

5    6th, 2021, how long did it take you to get to Peace Circle?

6          A.  Roughly 20 minutes maybe give or take.

7          Q.  So about 12:58?

8          A.  Safe to say.

9          Q.  I'm going to ask Ms. Kozaczuk to bring up Exhibit 213,

10   and to play from -- to start at two minutes and 38 seconds.

11         And just to reorient the jury, am I correct to say that

12   that's Peace Circle?

13         A.  Yes, sir.

14         Q.  Ms. Kozaczuk, if you could play that to three minutes.

15         (Video played)

16         Q.  So again, reorienting.  Is that about the area where

17   you had those interactions with Officer Atkinson from the

18   Capitol Police that you testified to earlier?

19         A.  Yes, sir.

20         Q.  And just noting for the record that's three minutes,

21   and this is 1:04:43 p.m. on January 6th, 2021.  I'm going to

22   ask Ms. Kozaczuk to play Exhibit 212 starting at 47 seconds --

23   actually, to bring up 47 seconds.

24         (Video played)

25         Q.  So right here at it looks like 51 seconds, which is

1    1:04:51, did I just correctly circle -- is that you there?

2         A.  Yes, sir.

3         Q.  And this is the area that you were talking about in

4    your testimony about the individual in some medical distress?

5         A.  Yes, sir.

6         Q.  And you came from I guess back -- did you come up this

7    pathway or did you come up the pathway you were on here?

8         A.  That pathway, the second one, which would -- I don't

9    remember the name of the monument on that far side.  I think

10   the West Virginia or something monument or whatever it is.  I

11   specifically remember coming from the west side staying in that

12   general area.

13        Q.  Okay.  And then I think -- oh, so --

14        A.  Thank you.

15        Q.  Sorry about that, I always have to remember.  So

16   there's a video that was played of you and Officer Atkinson,

17   and it might have been a little hard to hear, but you were --

18   when you were kind of getting in between the officers and those

19   other people there you told them, "We'll get them soon," right?

20        A.  It's hard to hear, but I'm pretty sure I remember,

21   "We'll get up here soon," or, "We'll get up there soon," I

22   think is what it was.  But again, it was hard hearing it.

23   "We'll get 'em soon."  Again, I can't remember exactly the

24   words I used.

25        Q.  And can you see on this Exhibit 212 at 1:04 where that

1    person who was injured was?

2        A.   When I saw him, he would have been right around in

3    this area, right here laying on the ground in that general

4    vicinity.

5        Q.   Okay.  And then can you see in this -- on this screen,

6    can you see where the officers were?

7        A.   There's this one officer here.  I know -- judging by

8    the timeframe, I'm going to assume this is either shortly

9    before and/or shortly after that altercation.  Again, I didn't

10   time stamp when that altercation happened in my mind.

11       Q.   And I think you said on direct that at that time,

12   there were very few officers who were there in that area?

13       A.   Yes, in that area there was very few, yes.

14       Q.   And then pretty soon after, you said officers started

15   using riot control devices; is that right?

16       A.   Almost instantaneously as this crowd got to the base

17   of the steps, riot control devices were being used.

18       Q.   So close to this time at 1:04?

19       A.   Yes, sir.

20       Q.   Was that what you would refer to as riot cops who were

21   using those riot control devices?

22       A.   You mean the CDU unit that came in at the base of the

23   steps in that other photo?

24       Q.   I'm just asking you if you remember who used the riot

25   control devices around 1:04?

1      **A.**  I couldn't see who was shooting them.  They were

2  coming in from the center direction of those steps all the way

3  to the west side of the terrace, of the scaffolding.

4      **Q.**  And it's fair to say, you agree with me that whoever

5  was shooting those devices was not happy about you being there?

6      **MR. PIERCE:**  Objection, that calls for speculation.

7      **THE COURT:**  Overruled.  To the extent you know or can say.

8      **THE WITNESS:**  I mean, I can't speak of what their thought

9  processes were.  I know that the crowd that I was around had no

10  prior warning that those riot control devices were about to be

11  used on them.

12  **BY MR. KONIG:**

13      **Q.**  So let's stipulate they had no prior warning.  What

14  was the message you were getting from the use of those?  Did

15  those officers want you and your fellow protesters, did they

16  want you here?

17      **MR. PIERCE:**  Objection, calls for speculation.

18      **THE COURT:**  Overruled.

19      **THE WITNESS:**  Can you just repeat the question one time

20  for me, sir -- one more time, please?  I don't want to

21  misanswer.

22  **BY MR. KONIG:**

23      **Q.**  Of course.  No wrong answer.  I'm just trying to

24  understand, you knew that those officers who were using let's

25  say PepperBalls were trying to disperse you and the other

1    people in this crowd, right?

2         A.   I think words work pretty well, but yes, they were

3    throwing them into the crowd to --

4         Q.   To get rid of you, get you out of there?

5         A.   If you look at us like cockroaches, sure.

6         Q.   So the answer is yes, they were trying to make you

7    leave?

8         A.   They were trying to disperse the crowd.

9         Q.   Trying to disperse the crowd, okay.  And you said that

10   riot cops arrived at some point, right?

11        A.   The CDU unit arrived.

12        Q.   And they were wearing I guess hard gear?

13        A.   What they called their turtle suit.

14        Q.   A turtle suit?

15        A.   Yes, sir.

16        Q.   And the message, again, from that, from those riot

17   cops, is they saw it as a riot?

18        A.   I don't know what they saw it as.  To deploy any kind

19   of unit like that on Americans is wrong.

20        Q.   Let's put aside whether it was right or wrong, there

21   were riot cops there?

22        A.   There was plainclothes cops, there was riot cops, yes.

23        Q.   To make you leave?

24        A.   To stop us from making our voices heard.  This is not

25   a riot at this point in time.  Why are riot cops being called

1    in?

2         Q.   Well, to stop you from making your voices heard there,

3    right?

4         A.   Yes, I guess that's exactly what the riot cops were

5    used for, was to get us off the grass so our voice could not be

6    heard.

7         Q.   When the riot cops arrived, people were pretty angry?

8         A.   The majority of the crowd was still pretty peaceful.

9    We were tired of getting sprayed, but yes, at that point

10   tensions were elevating.

11        Q.   And you kind of understood people being angry, right?

12        A.   I mean, yeah.  Again, I was angry.  I just watched

13   somebody die on the Capitol grounds.

14        Q.   You know, I think in your words:  "I get it, you're

15   not supposed to do that, but resisting tyranny is one of our

16   God-given rights"?

17        A.   Yes, sir, down to my core I believe that is our right,

18   to resist government oppression.

19        Q.   And so the people who were resisting that by jostling

20   with the riot cops, they were just expressing their anger?

21        A.   Do you want me to justify people fighting with police

22   officers?  No, people were --

23        Q.   No, I'm asking if you saw it?

24        A.   Saw any altercations with cops?

25        Q.   Uh-huh.

1       **A.**   Firsthand experience, the altercation that we saw on

2   my video and the few cops that I saw beating people behind the

3   scaffolding was the extent until the 4:30 push where --

4       **Q.**   So your testimony is that you didn't see people

5   pushing riot cops when the riot cops arrived at around this

6   time?

7       **A.**   Around --

8       **Q.**   Around 1:04 and 1:20?

9       **A.**   I remember walking up to the line telling the cops

10  that I'm not the one, pointing to my chest, like you guys

11  played.  I didn't see anybody purposefully push the riot cops.

12  I know you guys have introduced video later on in the day --

13      **Q.**   I'm going to ask Ms. Kozaczuk to play -- so let me

14  actually -- you actually gave a podcast interview to someone

15  named David Sumrall, right?

16      **A.**   Yes, sir.

17      **Q.**   And something called Discussion Island?

18      **A.**   Yes, sir.

19      **Q.**   And that's -- is it a video podcast?

20      **A.**   Yes, sir.

21      **Q.**   And you were interviewed on Christmas Eve of 2021?

22      **A.**   Yes, sir.

23      **Q.**   I'm going to ask Ms. Kozaczuk to play starting at 25

24  minutes and 32 seconds, and ending at 26 minutes and eight

25  seconds.

1        (Video played)

2        **MR. PIERCE:**  Objection, I'm not sure there's an

3    inconsistent statement.

4        **THE COURT:**  Overruled.

5    **BY MR. KONIG:**

6        **Q.**  So now I'm going to turn your attention to the time

7    between about 1:48 and about 1:54 on the northwest steps.  So

8    I'm going to ask Ms. Kozaczuk actually to play Exhibit 201 --

9    actually, just bring it up first.

10       So you said that you -- this guy, the reason you went up

11   on to these steps was because you saw this interaction between

12   the man in the blue jacket here on the right and these officers

13   here on the left, right?

14       **A.**  That wasn't my initial intention.  My initial -- what

15   I'm pretty sure I said was I saw people getting shot in the

16   head at the lower base of the steps, and that is why I took my

17   place onto the steps.  Once arriving on the steps, I noticed

18   that man's interaction and how close he was to the railing, and

19   I got closer to him shortly before he got sprayed.

20       **Q.**  So let me ask Ms. Kozaczuk -- oh, let me actually ask

21   you a question.  These folks, they were wearing law enforcement

22   uniforms or outfits?

23       **A.**  Yes, sir.

24       **Q.**  And you knew they were law enforcement?

25       **A.**  Yes, sir.

1    Q.  And I think you said you couldn't hear what they were

2    saying to him, right?

3    A.  I'm pretty sure they admitted that as well, but yes,

4    sir.

5    Q.  But I think you said that non-verbally you knew what

6    they were doing, right, they were using hand motions?

7    A.  There was a lot of commotion going on up there and a

8    lot of hand motions coming from all sorts of people.  But yes,

9    they were using hand gestures.

10   Q.  Those hand gestures weren't come here, right, they

11   weren't gesturing towards themselves?

12   A.  There were gestures to go this way, gestures to go

13   that way.  There was also I'm going to shoot you on the steps

14   gestures.  There was lots of gestures.

15   Q.  So your testimony is that their gestures were kind of

16   everywhere, that you didn't know what they were trying to do

17   with this guy?

18   A.  I'm not in the picture at this moment, I do not recall

19   the cops giving him any gestures.  I cannot speak to his

20   actions or what he saw.  What I saw when I got on the steps was

21   clearly what we showed you.  I pointed at the cop, the cop

22   pointed at me.  There were multiple hand gestures due to the

23   lack of verbal communication.

24   Q.  Okay.  So it's your testimony that you were confused

25   because they weren't giving you verbal warnings?

1      **A.**  There was no verbal warning 48 minutes prior to this.

2      **Q.**  Well, that wasn't the question.  The question was were

3  you confused once you got up there at what those cops were

4  doing?

5      **A.**  I was not focused -- when I come into this picture,

6  I'm not focused on the police, I'm focused on the gentleman who

7  just got sprayed.

8      **Q.**  Ms. Kozaczuk, if you could just play it for a moment.

9      (Video played)

10     **Q.**  I'm going to turn your attention to what I just

11  circled.  I don't know if you can tell, but is that you?

12     **A.**  Can you clear the circle, sir, because it looks like

13  it's blocking a little bit of --

14     **Q.**  Can you see that guy with a gas mask on?

15     **A.**  Yeah, from what I can tell, yes, that does look like

16  me.

17     **Q.**  So you'll agree with me that you got up to that area

18  near the steps -- or on the steps at about 1:48:11 p.m.?

19     **A.**  Yes, sir.

20     **Q.**  And you climbed a bicycle rack that was leaned up

21  against those steps to get up there?

22     **A.**  Yeah, somebody had placed it there.

23     **Q.**  And you were wearing your backpack?

24     **A.**  Same thing I had on all day long, yes, sir.

25     **Q.**  And your --

1       **A.**  Vest, yes.

2       **Q.**  Vest, yeah.  And just to be clear, you were also -- at

3   this time, as before, you were carrying your firearm?

4       **A.**  Yes, sir.

5       **Q.**  And I'll ask Ms. Kozaczuk to continue to play.

6       (Video played)

7       **Q.**  And I'll just ask Ms. Kozaczuk to pause it at 26

8   seconds.  Right now, this individual in the blue jacket, do you

9   know his name?

10       **A.**  Currently at this time?

11       **Q.**  Yes.

12       **A.**  Now I do.

13       **Q.**  What's his name?

14       **A.**  Guy Reffitt.

15       **Q.**  Would you agree with me that I can just use his name,

16   Guy Reffitt, instead of calling him the guy in the blue jacket?

17       **A.**  You can call him Guy, yes, sir.

18       **Q.**  Did you know him before your interaction here on

19   January 6th, 2021?

20       **A.**  No, sir.

21       **Q.**  And Mr. Reffitt -- you'll agree with me that right now

22   where we are, Mr. Reffitt is down somewhat from the officers?

23       **A.**  I'm Mr. Alberts, but yes.

24       **Q.**  Maybe I should go back to the blue jacket.  Right now

25   he appears to be doing all right?

1     A.   He seems to be communicating on I guess his little

2   megaphone.  It seems like he's not in distress.  Again, my

3   initial reasoning for going on the steps was these people were

4   being shot in the head.  But yes, right now, he seems to be

5   fine.

6     Q.   And those people, did you talk to them?

7     A.   The people at the base of the landing there?

8     Q.   The people who you say were shot in the head, did you

9   talk to them?

10     A.   No, I'm pretty sure the only communication I had with

11   those people was kind of like is everybody all right, let me

12   through.  There wasn't much communication going on.  Again,

13   very loud, the noise is very, very piercing.

14     Q.   Did you help get them to safety?

15     A.   The people?

16     Q.   Yeah.

17     A.   I told them to get back, like, you know, let me

18   through, they're not going to shoot me like they had been

19   shooting them.

20     Q.   They were not going to shoot you because you had your

21   gas mask on?

22     A.   I'm pretty sure I would have still felt the round in

23   the mask.  It was more so of I was going to be willing to put

24   myself in the way of those rounds.

25     Q.   And also you had the plate carrier, the vest?

1      A.  Yes, sir.

2      Q.  The jacket on.  And so once you got up there, am I

3 correct to understand that your goal is to get up to where Guy

4 Reffitt's standing?

5      A.  Not initially.  My goal was to get pretty much right

6 in this area.  In my time of walking through there is when Guy

7 got sprayed.  I saw him, his back foot had slipped, that's

8 where he sets down.

9      Q.  That was a slippery area all throughout this area

10 because they were using pepper spray at some point?

11      A.  I never stepped on the railing.  I mean, again, he got

12 sprayed.  I think it was more of a misstep than it was a

13 slippery area.  He stood here for a good amount of the day, I

14 don't know how slippery it was.

15      Q.  I think your testimony on direct was that it was

16 pretty slippery, and you were scared he was going to fall

17 because of how slippery it was?

18      A.  Because he slipped.  I do not know how slippery -- he

19 made a slip and sat his butt on the railing.  I noticed him

20 slip.

21      Q.  Okay.

22      A.  I don't know that it was slippery.

23      Q.  I don't think we disagree.  The people who were in

24 this area -- you said you've met Guy Reffitt.  Have you met any

25 of those people?

1      **A.**  I know Guy Reffitt from now.  I was completely alone

2   on January 6th, I did not know a single person there by a first

3   name or a last name basis.

4      **Q.**  And since January 6th?

5      **A.**  Since January 6th, have I come to know any of the

6   people at the bottom of the steps, no.  The only gentleman that

7   I've come to know from this area was Guy Reffitt due to his

8   charges and where I was.

9      **Q.**  So that was now, okay.  I'm going to ask Ms. Kozaczuk

10  to move along to a minute 40.  If you could just sort of scroll

11  it along to a minute 40.

12     (Video playing)

13     **Q.**  So what we're looking at, it looks like Mr. Reffitt's

14  still standing there and making some hand gestures.  And then

15  people -- it looks like people are coming up from behind him,

16  right?  If you could pause right there.

17     **A.**  Yeah, there's a massive crowd of people behind him.

18     **Q.**  You can't really see it that well, but you were one of

19  those people coming up behind him?

20     **A.**  I was coming up that backside of the scaffolding

21  working my way up to the backside of that group, yes, sir.

22     **Q.**  And you don't disagree that that area of the steps, it

23  was pretty narrow, right?

24     **A.**  Four, five feet wide maybe at most.

25     **Q.**  And Mr. Reffitt -- though Mr. Reffitt was not actually

1    on those stairs, he was still on that railing?

2        A.   Yeah, I mean, you could see his feet right there, he's

3    on the railing.

4        Q.   And if you can move -- scroll it along to two minutes

5    and 45 seconds.  So it looks like Mr. Reffitt -- if you can

6    pause it there.  Mr. Reffitt is pointing, and then some of the

7    officers are kind of going to the edge of that landing they're

8    on; is that right?

9        A.   At this time, again, I'm behind that crowd.  But

10   according to the video, that's what it looks like, yes, sir.

11       Q.   And it looked like one of the officers was actually

12   spraying him with a liquid, right?

13       A.   Orange in appearance, yes, sir.

14       Q.   And we can agree that being sprayed with an orange in

15   appearance liquid, that that is at least a nonverbal sign that

16   you shouldn't be moving forward?

17       A.   I think it was more to get him off the steps.  But

18   yes, that could be -- again, words work a lot better than

19   spraying people, but yes.

20       Q.   Were words working with him?

21       A.   I wasn't able to hear what he was -- again, it was

22   loud.  I guess when I say words, maybe more of a megaphone

23   loudspeaker to announce that we shouldn't have been there.

24       Q.   Well, you testified on direct that you talked to him,

25   right?

1    **A.**  I did, when he sat down on the steps.

2    **Q.**  And you said, "Let's get you out of here"?

3    **A.**  Yes, sir.

4    **Q.**  And he did not want to go?

5    **A.**  No, he did not.

6    **Q.**  He instead -- instead you said he kept yelling

7    "forward"?

8    **A.**  Yes, sir.

9    **Q.**  And to you, forward meant that way, correct?

10   **A.**  That would generally be forward, yes, sir.

11   **Q.**  So just to summarize, you wanted to get him to safety,

12   he wanted to move forward?

13   **A.**  Yes, sir.

14   **Q.**  I'm going to ask Ms. Kozaczuk to start Government's

15   Exhibit 304, just opening it but not playing it yet.

16   So you'll agree with me that Mr. Reffitt is right there in

17   the blue jacket, and these officers are trying to -- are in

18   fact spraying him with a liquid?

19   **A.**  I think we're about to witness the spraying, but yes.

20   **Q.**  Go back the start and just play this to one minute and

21   eight seconds.

22   (Video played)

23   **Q.**  Did you see Sergeant DesCamp here, did he just appear

24   to be talking toward either you or Mr. Reffitt?

25   **A.**  Yeah, I pointed at him, he pointed at me and

1    verbalized something.  Again, I could not understand what it

2    was.

3        Q.  And am I right that you've moved up somewhat on the

4    staircase and you're now talking to Mr. Reffitt?

5        A.  Yeah, I moved forward from my last position where you

6    outlined me to in front of that gentleman, and then right next

7    to Mr. Reffitt.

8        Q.  Ms. Kozaczuk, if you can just play the rest of the

9    video.

10       (Video played)

11       Q.  Now, after this, you'll agree with me that

12   Mr. Reffitt -- at that point, the pepper spray has had its

13   intended effect?

14       A.  Yes, sir.

15       Q.  And he is not further -- he's not going forward?

16       A.  No, sir.

17       Q.  And you'll also agree with me that the officers, as he

18   was not going forward, were not spraying him anymore, right?

19       A.  Correct.

20       Q.  I'm going to ask Ms. Kozaczuk to bring up Government's

21   409.  I think you said before you were pointing at the officer?

22       A.  Yes, sir.

23       Q.  And he was -- you said he was trying to communicate

24   something to you?

25       A.  Again, there was multiple mouth movements, but no

1    audible tone was able to be heard.

2        Q.   And -- but you knew what he was trying to convey to

3    you, right?

4        A.   He could have been calling me an asshole for all I

5    know, I don't know that.

6        Q.   He could have been, but did you really believe he was?

7        A.   I don't know, I cannot attest to what he was telling

8    me.  I was not making any advances towards him or any kind

9    of -- yeah, I don't know what he was saying to me, no, sir.

10       Q.   And his body language, what was his body language?

11       A.   Very offensive, you know, making himself big like they

12   teach them how to do.

13       Q.   That's interesting.  If you can bring up Exhibit 410.

14   You said he was being offensive, but -- now, you've just moved

15   up farther on the steps, right?

16       A.   Taking it from the photos?

17       Q.   You have moved up on the steps, correct?

18       A.   Actually, no, that's pretty much right where I was

19   before.

20       Q.   Okay.  Sergeant DesCamp, he actually didn't move

21   offensively, but actually moved over into that area back there,

22   right?

23       A.   Yeah, that's where the main element was coming from on

24   the sides of the scaffolding.

25       Q.   I want to clarify your testimony on direct.  I think

1   you said that this wooden pallet was -- kind of found itself at

2   your feet?

3       A.  Yes, it was placed at my feet.

4       Q.  It was placed at your feet.  And when it was placed at

5   your feet, you picked it up?

6       A.  To get rid of it, yes, sir.

7       Q.  But you didn't get rid of it, did you?

8       A.  No, at that time --

9       Q.  You used it, didn't you?

10      MR. PIERCE:  Objection.  Let him just finish his answer,

11  please.

12      THE COURT:  Overruled.

13  BY MR. KONIG:

14      Q.  You used it?

15      A.  As a shield.

16      Q.  You used it as a shield as you were walking up those

17  steps towards those officers?

18      A.  Yes.

19      Q.  And you knew those were officers?

20      A.  Yes.

21      Q.  And it's not in dispute here that you were moving up?

22      A.  Yes, I was moving in a forward motion up the steps.

23      Q.  Okay.  So we'll go to Exhibit 413, Ms. Kozaczuk.  And

24  so now it looks like that's you in the backpack here, right?

25      A.  Yes, sir, with my head facing the ground.

1    **Q.**  Your head facing the ground.  And you're pushing

2    forward?

3    **A.**  No, I'm actually --

4    **Q.**  So you're not pushing forward.  Are you moving back?

5    **A.**  I'm being pushed back.

6    **Q.**  You're being pushed back.  If we can go to Exhibit 414

7    then.  Okay, so maybe these are a little out of order, but

8    you're -- here we go, you are further up, right?

9    **A.**  Now I am further up, yes.

10   **Q.**  You've got that wooden pallet in front of you and you

11   are advancing.  Would you agree with me that you're advancing

12   up?

13   **A.**  Yes, sir.

14   **Q.**  And then Government's 415.  At this point, you've made

15   it to the top of that landing, right?

16   **A.**  Yes, sir.

17   **Q.**  And I guess whatever else that we agree on or disagree

18   on, you were not welcomed up there?

19   **A.**  I wasn't welcomed anywhere on the Capitol grounds

20   obviously.

21   **Q.**  But in particular, once you made it up to that

22   landing, you were especially not welcomed?

23   **A.**  Yes, sir.

24   **Q.**  And I think your testimony on direct was it was at

25   that point, once you'd gotten up there, that suddenly you were

1    trying to retreat as quickly as -- sorry, as fast as humanly

2    possible?

3         **A.**  Yes, after the board was ripped out of my hands, you

4    can clearly see in that video that --

5         **Q.**  And you were retreating?

6         **A.**  Yes, sir.

7         **Q.**  And I want to be clear, once you retreated, I think

8    your testimony was that they kind of left you alone?

9         **A.**  Yes, sir, I stayed --

10        **Q.**  So I'm going to ask Ms. Kozaczuk to play Government's

11   309.

12        **DEPUTY CLERK:**  It's not in, counsel.

13        **MR. KONIG:**  Oh, sorry, Government's 308.  Let me double

14   check.  Government's 308, you're right.  Thank you,

15   Ms. Jenkins.

16        **DEPUTY CLERK:**  You're welcome.

17        **THE COURT:**  I'm sorry, counsel, it's 309 that's up on the

18   screen.

19   **BY MR. KONIG:**

20        **Q.**  So let me -- while we're starting, is this actually --

21   do you agree with me that you were actually by this point up at

22   the top almost at that landing we've been talking about?

23        **A.**  I think this is that last photo you showed all from

24   that one angle.  I'm a few steps up from Reffitt at this point.

25        **Q.**  It looks like other than one guy behind you, everyone

1    else is a couple, five steps below?

2        **A.**   Yeah, the one gentleman's wiping his eyes, everybody's

3    down there on the landing.

4        **Q.**   But you've advanced farther than that?

5        **A.**   Advanced farther past these people?

6        **Q.**   Yes.

7        **A.**   Yes, sir.

8        **Q.**   Ms. Kozaczuk, if you could play to nine seconds.

9        (Video played)

10       **Q.**   So it looks like that was the interaction -- you had

11   actually had hold of that officer, right?

12       **A.**   In that still shot, yeah, that's where you have my

13   hands grabbing him after he shoved me.  It was real quick.

14       **Q.**   Well, I don't have your hands grabbing him, your hands

15   were grabbing him, right?

16       **A.**   You have the still shot.

17       **Q.**   Okay.  And then you weren't pushed back down, but you

18   actually made it further up as he retreated, right?

19       **A.**   I didn't know he was retreating.  I mean, my face was

20   being blocked, but yes, I made it to the stop of the stairs.

21       **Q.**   You didn't know he was retreating, but you continued

22   on.  Sort of as he was retreating, you're continuing after him?

23       **A.**   Not after him, I was going up the steps.

24       **Q.**   And you did go up the steps, right?

25       **A.**   Yes, sir.

947

1      Q.   And if you could play, Ms. Kozaczuk, to 15 seconds.

2   I'm going to ask you to keep watch on that guy with the black

3   hat and the blue jacket and the gaiter.   Ms. Kozaczuk, if you

4   could play just another maybe five seconds.

5      (Video played)

6      Q.   So as you're being pushed back down the steps, that

7   guy is spraying them with something, right?

8      A.   I don't know.   At that point, I was already face first

9   going down the stairs.   I had no idea this occurred.

10     Q.   Well, you didn't know it at the time, but you saw it?

11     A.   Seeing it now, yes, sir.

12     Q.   And that guy, it's fair to say, was not trying to help

13   you -- sorry, not trying to help the police?

14     A.   Again, I can't speak for his actions.   I did not

15   witness this until watching the video.   It seemed like, yes, he

16   was trying to hinder the police.

17     Q.   Well, you can't speak for his actions, but on direct

18   you did say that the officers were the only ones who were

19   pepper spraying the protesters, right?

20     A.   When he took the steps.

21     MR. PIERCE:   Objection, mischaracterized the evidence.

22     THE COURT:   Overruled.

23   BY MR. KONIG:

24     Q.   You said on direct that only the officers were the

25   ones pepper spraying?

1      **A.**   At that time, yes.

2      **Q.**   But at this time, that individual was pepper spraying

3   those officers?

4      **A.**   Unbeknownst to me, yes, he did.

5      **Q.**   And the officers -- the two officers who got most

6   directly pepper sprayed, they were not wearing masks like you,

7   right?

8      **A.**   In the video, no, they were not.

9      **Q.**   And in reality they were not?

10     **A.**   No, sir.

11     **Q.**   You also said on your direct that to your knowledge,

12  those officers weren't injured when you went up those stairs

13  with that pallet towards them, right?

14     **A.**   Injured from me?

15     **Q.**   From you?

16     **A.**   To my knowledge, no, I did not cause any injuries.

17     **Q.**   But then you introduced an exhibit with pictures of

18  yourself, right?

19     **A.**   Yes.

20     **Q.**   And those officers, I mean, wouldn't have known that

21  you were injured in those places in those ways, right?  You had

22  bruising?

23     **A.**   From them swinging their clubs, yes, sir.

24     **Q.**   You had bruising, you had some abrasions.  You don't

25  know if those officers were injured, but they don't know that

1     you were injured, right?

2          A.   If they used that equipment before, they know the

3     injuries sustained from hitting somebody with a metal pole

4     which is typically bruising.

5          Q.   And you said you were wearing your body armor there,

6     right?

7          A.   Yes, sir.

8          Q.   And I think you said that the body armor gives you

9     sort of an extra layer of protection?

10         A.   It's defensive and it's protective, yes, sir.

11         Q.   I think on direct you were talking about when you went

12    up at first, at 1:48 p.m., and you said people without masks

13    couldn't be there, right?

14         A.   On the west lawn earlier, yes, sir.

15         Q.   No, up on that like banister area that you climbed up

16    to, you were going up there because, in your words, people

17    without masks couldn't be there, and you were going up because

18    you could?

19         A.   In my words, I thought I said people were being shot

20    in the head and that's why I went up there.  The crowd was

21    being gassed, and that's why I donned my gas mask.

22         Q.   Well, you donned your gas mask, oh gosh, 35 minutes

23    before this?

24         A.   Yes, sir.

25         Q.   And because you donned your gas mask, it didn't really

1    do much -- the pepper spray did not do much?

2        A.  It was not as effective.  Again, I did not have a

3    100 percent seal on my mask because of my beard.

4        Q.  And Mr. Sumrall, David Sumrall, you gave another

5    videotaped podcast to him on July 30th of 2021?

6        A.  Yes, sir.

7        Q.  And I'm going to ask Ms. Kozaczuk to bring that up at

8    37:11.  While she's bringing that up, you were wearing the gas

9    mask because -- and I quote, "I knew that shit was coming

10   eventually"; is that right?

11       A.  Yes.  You were quoting from the interview, correct?

12       Q.  I'm asking without regard to the interview if that's

13   why you wore the gas mask.  In your words:  "Because I knew

14   that shit was coming eventually."

15       A.  I'm sure I said those words at one point in time, yes.

16       Q.  We'll go back to the question before that, we'll go

17   back to that.  So just to summarize to this point, so you're

18   up, you've gone up to that landing, you're back down again.

19       From that area, you did not go back down to the west plaza

20   level, correct?

21       A.  No, sir.

22       Q.  And you didn't duck through that scaffolding to leave?

23       A.  There was already too many people in there to duck

24   through the scaffolding.

25       Q.  I think -- okay.  And -- well, in fact, you didn't

1    leave for another, what, six hours I think was your testimony?

2        A.  Yes, sir.

3        Q.  Because it wasn't your intention to leave?

4        A.  It was First Amendment protected speech.

5        Q.  It was your intention to get to the top of those steps

6    to exercise that speech?

7        A.  That's where the best place is to exercise it.

8        Q.  The best place, right there next to the Capitol?

9        A.  Where my voice can be heard.

10       Q.  And you knew that -- you obviously knew that was the

11   Capitol, right, that's why you were there?

12       A.  You see the pictures of it, you see it from the

13   distance.  Obviously I associate it, knowing I was going to the

14   Capitol, that that was the Capitol building, yes, sir.

15       Q.  And you knew it was particularly important to be at

16   the Capitol on January 6th because the certification of the

17   2020 election was taking place?

18       A.  Was starting that day, yes, sir.

19       Q.  Was not only starting, but constitutionally required

20   to be that day?

21       MR. PIERCE:  Objection, that misstates the law.

22       MR. KONIG:  It does not misstate the law, Your Honor.

23       THE COURT:  Overruled.

24       THE WITNESS:  The 12th amendment specifically states that

25   that is the starting of the count of electoral votes.

1    BY MR. KONIG:

2        Q.   And your understanding of the Constitution is that

3    there's some sort of part of the Constitution that makes it not

4    mandatory to count the votes on January 6th or that there's

5    some sort of escape clause if you don't like the results of

6    that election?

7        MR. PIERCE:   Objection, misstates the testimony.

8        THE COURT:   Overruled.

9        THE WITNESS:   My understanding of the 12th amendment is

10   January 6th is the date that the elected officials come

11   together to contest and debate on whether the electoral votes

12   shall stand.

13   BY MR. KONIG:

14       Q.   And you wanted to be heard right there next to the

15   Capitol on that day?

16       A.   Yes, sir.

17       Q.   I'm going to ask Ms. Kozaczuk to play Government's

18   Exhibit 308 -- sorry, that's -- you know what, let's -- is 308

19   admitted?

20       DEPUTY CLERK:   It's in.

21   BY MR. KONIG:

22       Q.   Does 308 include 209 to 219?  It does not.  Okay, I'm

23   going to move on.  I'm going to ask Ms. Kozaczuk to go to

24   Government's 311.

25            So you'd agree with me that the video evidence that -- in

1    reality, not just the video, but what happened is you ran up

2    those steps once those officers were no longer blocking them?

3        A.   I ran up the steps once the protesters from the right

4    had breached that line and gone around.

5        Q.   Okay.  Well, we'll -- you know, the evidence will

6    speak for itself.  But you ran up those steps once you could

7    run up those steps?

8        A.   Once I saw the protesters --

9        Q.   There were no officers in your way, right?

10       A.   They were going up the steps with us.

11       Q.   And you didn't just stay there, you went up to be next

12   to the Capitol building.  And you said -- I think the video is

13   you're waving four times, right?

14       A.   I don't remember the exact times, but I waved, yes,

15   sir.

16       Q.   And you waved because you're encouraging the people

17   behind you to come on up too, right?

18       A.   To make our voices heard, yes, sir.

19       Q.   And I'm going to ask Ms. Kozaczuk to play Government's

20   311 from the beginning to 50 seconds.

21       (Video played)

22       Q.   That backpack there, that's yours, right?

23   Ms. Kozaczuk, if you could go back about three seconds.

24       Did you see the person right here?

25       A.   Yes, it's a similar backpack.  I can't tell from the

1    back if that's exactly mine because I can't see the writing,

2    but it is the type of backpack I had on that day.

3        Q.   You don't disagree that you were one of the people who

4    ran up those steps up to that level of the Capitol, right?

5        A.   Yeah, it's probably me, but I can't verify with my

6    face yet.

7        Q.   And you were armed at the time?

8        A.   Yes, sir.

9        Q.   And I think -- did you hear in the video somebody

10   goes:  We're going, we're going, a couple seconds and they

11   follow, right?

12       A.   I did not, I was trying to find myself in the video.

13       Q.   Okay.  I mean earlier on?

14       A.   Oh, when they were -- oh yeah, somebody said:  We're

15   going, we're going, and that's when they panned around to the

16   corner.

17       Q.   Ms. Kozaczuk, if you could play this to 58 seconds.

18       (Video played)

19       Q.   So right here, those are metal bicycle racks, right?

20       A.   Bike racks, yes, sir.

21       Q.   They're bike racks, and there were officers behind

22   those bike racks, right?

23       A.   There were officers all over the place, but yes, sir.

24       Q.   All over the place, but in particular, behind those

25   bike racks?

1      **A.**   Yes, sir.

2      **Q.**   And I'm going to ask you to watch with me the next

3  couple seconds, and we're going to talk about what the people

4  are doing with the bike racks.

5      **A.**   Okay.

6      **Q.**   If you could play this for about 20 more seconds.

7      (Video played)

8      **Q.**   So the people, they were trying to -- they were

9  pushing at the bike racks, right?

10     **A.**   Yes, sir.

11     **Q.**   And it's like stop following orders, correct?

12     **A.**   That's what was said in the video, yes, sir.

13     **Q.**   And the area behind the bike racks with the officers,

14 those areas were cordoned off from the protesters, right?

15     **A.**   There was this line of bike racks in the video that

16 were at the top of the steps, yes, sir.

17     **Q.**   Okay.  And I'm going to ask Ms. Kozaczuk to play this

18 to one minute and 41 seconds.

19     (Video played)

20     **Q.**   I noticed that there's some water bottles and people

21 picking up some water bottles.  Is that where you got the water

22 that you said you poured over your head?

23     **A.**   I had one with me and one was off the ground there,

24 yes, sir.

25     **Q.**   And I think your testimony on direct was that the

1    pepper spray really hit you about maybe 30 minutes after you

2    were first sprayed -- or when did it hit you, just when you got

3    to the top there?

4        A.   When I took off the gas mask.

5        Q.   And you were -- I think you said you were useless for

6    the next 30 to 45 minutes, right?

7        A.   I was blinded, yes.  I mean, I was walking around by

8    the railing there, but I was blind, yes.

9        Q.   And there was so much pepper spray that you personally

10   had gotten that your backpack still reeked when you were

11   arrested?

12       A.   I think all of my equipment did.

13       Q.   And also I think you suspected it might still reek

14   that much -- or still reek in some way?

15       A.   When Haynes was coughing, I was -- he, like me, had

16   been previously sprayed, so I know he could probably handle a

17   little bit.  My main concern was when he handed it to the jury,

18   I did not want to see them wipe their face or something and end

19   up choking in the same manner.  I was just real concerned.  He

20   says it wasn't, and nobody else choked luckily.

21       Q.   So you'll agree with me that the officers were

22   uniformed; is that right?

23       A.   Yes.

24       Q.   And those officers were at the top of those steps?

25       A.   Yes.

1      Q.   And those officers were doing whatever they could to

2   get you and the people with you from going up those steps?

3      A.   I got sprayed trying to help Guy Reffitt.  I don't

4   know what I was doing to deserve that, but they were doing all

5   they could --

6      Q.   And you were helping him and he was "forward," right?

7      A.   Yes, sir.

8      Q.   So he was trying to get up the steps?

9      A.   Clearly a lot of people were.

10     Q.   And then he was sitting down on the banister?

11     A.   Yes, sir.

12     Q.   And then you went up?

13     A.   Yes, sir.

14     Q.   And then you met resistance by those officers at the

15   top of the steps?

16     A.   Yes, sir.

17     Q.   And then you went back down for, what, about 10, 15

18   minutes?

19     A.   I'd say closer to 10, but yes.

20     Q.   And then you got up to the top of these -- top of that

21   level right next to the Capitol building, right?

22     A.   Yes, sir.

23     Q.   And I'm just going to ask Ms. Kozaczuk to play the

24   rest of this video to about two minutes.

25          (Video played)

1    Q.   So I think -- so you're now at the top level.  We can

2    agree it's about, what, 2:10, 2:12, somewhere around that?

3    A.   Yeah, that sounds about accurate, sir.

4    Q.   And you were on that level for -- at least until, from

5    the videos we saw, about 4:30, correct?

6    A.   Yes, sir.

7    Q.   And you can agree with me that whatever the definition

8    of the word, by the time you were up there, you knew you were

9    on Capitol grounds, right?

10   A.   I was on the Capitol steps at that point, yes, Capitol

11   grounds.

12   Q.   I think your testimony on direct was that you wanted

13   to be close enough to be heard?

14   A.   Yes, sir.

15   Q.   And by that time, you were?

16   A.   Yes, sir.

17   Q.   But you weren't happy?

18   A.   After witnessing what I just did.

19   Q.   Your blood was boiling?

20   A.   Yes, sir.

21   Q.   And you -- Mr. Pierce played it for you, you yelled at

22   the officers that they were domestic terrorists?

23   A.   Yes, sir.  Tensions were high.

24   Q.   And they were stopping you from doing what's right?

25   A.   Yes, sir, I said that in the video.

1      Q.   And this was three -- I think it was in the

2   3:50 timeframe, right?

3      A.   If I can remember correctly from that video, yeah, I

4   think it was like 3:55 or something like that, but yes.

5      Q.   You know, an hour and a half of being up there next to

6   the Capitol building making your voice heard, your blood was

7   boiling because they're stopping you from doing what's right.

8   You said if the officers believed in the Constitution, they

9   wouldn't be there; is that right?

10     A.   Yes, sir.

11     Q.   And so I -- just to be clear, they were doing wrong by

12   blocking the Capitol building?

13     A.   Freedom of assembly, freedom of --

14     Q.   They should have gone?

15     A.   Exercising your freedom of speech, freedom of

16   assembly, freedom to petition your government.

17     Q.   If they took their oath seriously, they wouldn't have

18   been there?

19     A.   They wouldn't have gassed us and beat us.

20     Q.   They wouldn't have been there in your way?

21     A.   They would have been on the grounds --

22     Q.   You didn't say gassed us and beat us to Officer

23   Bennett who testified, you said you're stopping them from doing

24   what's right.  That's the thing that your blood was boiling

25   about?

1  **A.**  No, I said in the other video that you stopped us from

2  coming in to make our voice heard, you --

3  **MR. PIERCE:**  Objection --

4  **THE COURT:**  Let the witness finish, don't talk over him.

5  **THE WITNESS:**  I said multiple things on top of the Capitol

6  steps, and one of the things I said was specifically, "All we

7  did was come here to make our voices heard, but you had to gas

8  us, beat us, shoot us in the face with rubber bullets, arrest

9  us."

10 BY MR. KONIG:

11 **Q.**  Actually, that's interesting.  That isn't the only

12 thing you said to them, right?  You also explained that you

13 would come back, and you would come back with the other

14 patriots and you wouldn't come back unarmed?

15 **A.**  That's not the whole quote.

16 **Q.**  It is the whole quote, but you said --

17 **A.**  If you would like to complete the quote, I will gladly

18 testify to it.

19 **THE COURT:**  Hold on, hold on.  Do we need to go back to

20 the transcript?

21 **MR. KONIG:**  This is a part of the exhibit that hasn't been

22 played.  There is a transcript of that exhibit, and I can play

23 it and have the witness read along.

24 **THE COURT:**  Just ask the question, and if he wants to

25 clarify the answer, I'll let him do that.

1      **THE WITNESS:**  I said we would --

2      **THE COURT:**  Hold on, let me re-ask the question.

3      **MR. KONIG:**  Ms. Kozaczuk, I'm going to ask you to play

4  Government's Exhibit 104 at four minutes and 25 seconds,

5  starting at -- ending at four minutes and 55 seconds.

6      Actually, before we start playing it, may I approach the

7  witness?

8      **THE COURT:**  You may.

9  BY MR. KONIG:

10     **Q.**  I'm showing you what's been marked for identification

11 as Government's Exhibit 105.  I'm going to ask you while we're

12 playing it -- because it's a little quiet and I know you have

13 some hearing difficulties, so I'm going to ask you to read

14 along silently as this plays from Government's 425 to

15 Government's 455 -- sorry, four minutes 25 seconds to four

16 minutes and 55 seconds.

17     (Video played)

18     **Q.**  Did I hear that correctly, is that correct that you

19 said -- you in general said that next time the patriots come

20 it's going to be body armored up?

21     **A.**  I said, "Next time we come here, we're not going to be

22 unarmed, and I can promise you that."

23     **Q.**  Okay.  And also body armored up?

24     **A.**  Yes, sir.

25     **Q.**  And you also said, "Y'all wanted the war, you asked

1    for it, you got it"?

2        **A.**  Yes, sir.

3        **Q.**  You said on direct that you threw those water bottles

4    at the officers' feet over on the -- I guess once you went down

5    that level; is that right?

6        **A.**  Yes, sir.

7        **Q.**  Oh, let me ask you, while you were up there on the

8    Upper West Terrace next to the building, were you armed then?

9        **A.**  Yes, sir.

10       **Q.**  And when you threw the water bottle, you were armed

11   then?

12       **A.**  Yes, sir.

13       **Q.**  The later part of this tape, which your lawyer played

14   for you before, I think you said that it was a little bit

15   hyperbolic, right?

16       **A.**  I would say very.  This is not normal speech for me.

17       **Q.**  But you said, "We're here to do what we are

18   constitutionally allowed to do"?

19       **A.**  Yes.

20       **Q.**  And that's your belief today as it was then?

21       **A.**  Yes.

22       **Q.**  And you said that you and the other protesters there

23   had a right and a duty to overthrow the government and

24   reinstate a new government; is that right?

25       **A.**  If that government is no longer for the people, that

1   is the rest of the beginning of that quote.

2       Q.   And, you know, talking about hyperbole, there's no

3   duty in the Constitution, like we don't all have to go and

4   overthrow the government and reinstate a new government, right?

5       A.   Actually, it is your duty if your government is

6   against the people.

7       Q.   Okay.  And you were fulfilling that duty on January

8   6th?

9       A.   No, sir.

10      Q.   Okay.  So you were there to do what your Constitution

11  allows you to do, but you were not using your right and your

12  duty to overthrow the government and reinstate a new

13  government?

14      A.   Not on January 6th, no, sir.

15      Q.   And later on -- oh, so just briefly, you talked a

16  little bit about your arrest.  You had a gun on you when you

17  were arrested?

18      A.   Yes, sir.

19      Q.   And when then Officer Haynes, now Special Agent

20  Haynes, said, "Gun, gun, right hip," there was actually a gun

21  on your right hip?

22      A.   I did not hear that until after I was arrested.

23      Q.   Whether or not you heard it, there was a gun there?

24      A.   No denying that, yes, sir.

25      Q.   And just summarizing, January 6th of 2021, going to

1      the Capitol, being at the Capitol, is it fair to say that that

2      day you'd had enough, and that you drew your line in the sand

3      and it had gotten stepped on?

4           A.   Can you repeat that one more time just so I can make

5      sure I'm understanding your question correctly?

6           Q.   You going to the Capitol, the Capitol building, on

7      January 6th of 2021, is it fair to say that on that day, what

8      motivated you in part or in full is that you had had enough,

9      you had drawn a line in the sand, and then it had gotten

10     stepped on?

11          A.   Yes, I talked, again, that I had no voice.

12          Q.   And finally that day, you said enough is enough?

13          A.   I'm sure that came out of my mouth at some point.

14          Q.   And that was -- not that it came out of your mouth,

15     but that was also what you believed, you had had enough, enough

16     was enough, crossed the line?

17          A.   I would need for when I said that in context, I

18     don't --

19          Q.   I'm not -- explaining January 6th, explaining why you

20     went to the Capitol on January 6th?

21          A.   I went to the Capitol to make my voice heard because I

22     had enough.

23          Q.   And you'd had enough and you couldn't take it anymore?

24          A.   Yes, our representatives don't listen to the people.

25          Q.   You've got to eventually draw that line in the sand,

1    and you drew yours and it got stepped on, and you drew it again

2    and it got stepped on.  And finally that day, you said enough

3    is enough, and that's why you went down there?

4        A.   To make my voice heard.

5        Q.   That's -- these are your words, right?

6        A.   Enough isn't an action, enough is --

7        Q.   Am I misquoting you?

8        A.   No, you are not, sir.

9        MR. KONIG:  The Court's indulgence.

10       I'll pass the witness, Your Honor.

11       THE COURT:  Mr. Pierce.

12       THE WITNESS:  Do you want your records back, sir?

13       THE COURT:  Just leave them there for now.

14       THE WITNESS:  Yes, sir.

15            REDIRECT EXAMINATION OF CHRISTOPHER ALBERTS

16   BY MR. PIERCE:

17       Q.   Thank you, Your Honor.  Why did you bring bungee cords

18   that day?

19       A.   They were in the bag.

20       Q.   Did you plan to take any hostages?

21       A.   No, you cannot secure people with bungee cords.  They

22   are according to the National Highway Transportation

23   Association, they are nonbinding straps.  You cannot legally

24   tie down anything with a bungee cord because they're bungee

25   cords.

1      Q.   Did you plan to tie up any members of Congress?

2      A.   No.

3      Q.   Did you carry the firearm and the ammo that day in any

4  way different than you usually do?

5      A.   No other way than anybody else would, no.

6      Q.   When you said -- when they showed the video of you

7  walking down from the Ellipse to the Capitol and you said

8  something to the effect of "taking over the Capitol, baby" or

9  something like that, do you recall that?

10      A.   Yes, sir.

11      Q.   Did you mean physically-physically take over the

12  building and occupy it?

13      A.   No, I meant like taking over, like surrounding -- just

14  being there, taking over the Capitol.  There was at this point

15  3 million people.  Surround the Capitol.  I'm sure I said in

16  other places "storm the Capitol."  I did not mean actually go

17  inside.

18      Q.   You said something to the effect of:  Remind them that

19  they work for us, not the other way around?

20      A.   Last time I checked, we are a represented republic.

21  They are representatives, and they are supposed to work for the

22  people.  We the people hold the power, not the other way

23  around.

24      Q.   And you believe that as you sit here today?

25      A.   To my core.

1    Q.   When there was some interaction with respect to

2    Officer Atkinson, there was some indication that you said

3    something to the effect of:  We'll get 'em soon, we'll get up

4    there soon.  Do you recall that?

5    A.   Yes.

6    Q.   What did you mean by that?

7    A.   We'll get up there soon.  Like to not worry, there was

8    no need to rush up to get to the steps.

9    Q.   Now, do you actually know what was in the mind -- in

10   the mind of any officers who were shooting munitions that day

11   at any point?

12   A.   I cannot contest to their mentality or their mental

13   state at that time, no.

14   Q.   And do you recall there being a discussion on

15   cross-examination about the notion -- perhaps you said this,

16   that resisting tyranny is one of our God-given rights.  Do you

17   recall that?

18   A.   Yes.

19   Q.   Is resisting tyranny one of our God-given rights?

20   A.   Last time I checked.

21   Q.   Why were you willing to put yourself in the way of

22   people who were getting shot in the face with these

23   less-than-lethal rounds and PepperBalls?

24   A.   I'm willing to take damage to protect innocent people

25   from being harmed or hurt.

1    Q.   Is that why you moved forward up the steps?

2    A.   Yes, sir.

3    Q.   Now, that individual -- when you were coming back down

4    the steps -- who we saw on the video had been spraying the

5    cops, when's the first time you became aware of that?

6    A.   Watching video evidence of that day.

7    Q.   Did you have any body armor on your arms or legs?

8    A.   No, sir.

9    Q.   How does someone's facial hair, so the jury

10   understands it, affect the seal on a gas mask?

11   A.   The seal on the gas mask is made out of a silicone

12   rubber, the whole outer perimeter is.  When you have hair

13   follicles blocking that seal, air and vapor gases can easily

14   come up through that mask.

15   Q.   And at a certain point you were referring to the

16   officers as domestic terrorists?

17   A.   Yes, sir.

18   Q.   Why did you do that, what did you mean?

19   A.   I had just watched multiple people die.  It was how I

20   felt at the time.  Again, hyperbolic speech.  I was not willing

21   to hurt them because of the actions that day.

22   Q.   And there's been repeated references to you making the

23   statement of stopping you from doing what's right.  Do you

24   recall that?

25   A.   Yes, sir.

1       **Q.**   And what did you mean by that?

2       **A.**   Stopping us from making our voices heard, stopping us

3   from being there that day, stopping us from questioning the

4   election.

5       **Q.**   And I wouldn't bring it up if we want, but it's

6   Exhibit 311 at approximately 1:41.  If you don't recall this,

7   we'll bring it up.  There was a point where you got to the top

8   of the steps, there were some bike racks there.  At a certain

9   point, officers began moving back away from those bike racks.

10      Do you recall seeing that in the video?

11      **A.**   In the video, yes, sir.

12      **Q.**   They didn't exactly looked panic, did they?

13      **A.**   No, the one officer rolled his eyes in the video.  If

14  that video would have been true to me, you would have seen me

15  actually walk to the left where there are no bike racks.

16      **Q.**   And they weren't running away for their lives, were

17  they?

18      **A.**   No, sir.

19      **Q.**   Now, there's been repeated reference -- and I think

20  you actually indicated earlier, it was a quote from Thomas

21  Jefferson that the duty -- that there is a duty on behalf of

22  American citizens?

23      **MR. KONIG:**  Objection to relevance.

24      **MR. PIERCE:**  He opened the door.

25      **THE COURT:**  Overruled.

1    BY MR. PIERCE:

2        **Q.**  There's a duty to overthrow a government that becomes

3    tyrannical, and you said that was a quote from Thomas

4    Jefferson.  Do you recall that?

5        **A.**  Yes, sir.

6        **Q.**  Do you remember what document that quote comes from?

7        **A.**  The Declaration of Independence.

8        **Q.**  Okay.  And do you know what the Second Amendment is?

9        **A.**  Yes, sir.

10       **Q.**  And what is your --

11   **MR. KONIG:**  Objection --

12   **MR. PIERCE:**  He opened --

13   **THE COURT:**  Sustained.  I'll sustain that, we've gone over

14   this.

15   **MR. PIERCE:**  No further questions.

16   **THE COURT:**  Thank you, sir, you can step down.

17   **THE WITNESS:**  Thank you, sir.

18   **THE COURT:**  How are we doing, ladies and gentlemen?  Do

19   you want to go to the phones.

20       (Sidebar discussion)

21   **THE COURT:**  Is there anyone else?

22   **MR. ROOTS:**  We do have another witness, I believe he's

23   outside or downstairs, Dave Sumrall.

24   **THE COURT:**  So we went over this before, we've seen a lot

25   of videos, we've gone over the key videos time after time.

1   We've heard from the defendant.  Is there anything additive to

2   Mr. Sumrall's testimony that's within the bounds of the

3   guidelines the Court laid out?  Should we excuse the jury for

4   five minutes and discuss that?

5       **MR. ROOTS:**  Sure.

6       (Open court)

7       **THE COURT:**  Ladies and gentlemen, we're going to ask you

8   to step back to the jury room momentarily for just a few

9   minutes, we need to discuss an evidentiary issue, and it will

10  be easier to do that in person as opposed to on the phones.

11  Then we'll bring you back and give you the remainder of the

12  schedule, okay.

13      (Jury not present)

14      **THE COURT:**  So what additive does Mr. Sumrall have to say

15  at this point?

16      **MR. ROOTS:**  Your Honor, Dave Sumrall is a -- he was

17  actually a witness -- he was there at January 6th.  If you want

18  to know his orientation generally, as the crowd was moving

19  toward the Capitol, Mr. Sumrall was in a position -- he's a

20  videographer, behind where Mr. Alberts would have been.  We

21  have reviewed a lot of his video, it's hard to see Mr. Alberts

22  in there, but it's a massive crowd.  So Mr. Sumrall has watched

23  thousands of hours.  He's also an overview witness --

24      **THE COURT:**  Okay, let's stop there.  What relevance is

25  there to the crowd behind Mr. Alberts, folks who came in after

1    him?

2         MR. ROOTS:  There's several very important points that

3    Mr. Sumrall can attest to:  The lack of signage, the lack of

4    restrictions, the lack of law enforcement at those breaches, at

5    the bottom telling people -- at least when Mr. Alberts came

6    through --

7         THE COURT:  Did Mr. Sumrall go through Peace Circle, and

8    if so, what time?  How much longer after Mr. Alberts -- we know

9    what time he entered, where he entered, what signs he may or

10   may not have seen.  If Mr. Sumrall came in long after that, how

11   is that relevant?

12        MR. ROOTS:  Well, it wasn't long after.  In fact, his

13   video would show Mr. Alberts in the mass.  So it wouldn't be

14   that much after, I'd say -- I don't remember, a minute,

15   something like that.  So he would have been behind -- again,

16   we've looked at a lot of those videos, Mr. Alberts is no doubt

17   in there.

18        THE COURT:  So to cut to the chase, you're going to ask

19   him what time his videos were and whether he saw signage?

20        MR. ROOTS:  Yeah, whether he saw signage, whether he saw

21   law enforcement, whether the gates were down -- they were down

22   at that time, those kinds of questions.  Mr. Sumrall did go in

23   past the -- I guess the -- just past the street, he did film a

24   lot of video.  Also, he was working with permitted -- one of

25   the permitted groups that had a permitted protest, and so he

1    can attest that there wasn't boundaries -- there wasn't fencing

2    between those permitted protests.

3         And there are a couple things that I think we need him as

4    an overview witness.  That witness -- the captain for the --

5    the captain that was here on the stand representing the Capitol

6    Police said things like there's always a D.C. Capitol police

7    officer in that parking lot by the Pennsylvania Avenue.  She

8    said that there's -- well, Mr. Sumrall will attest there was

9    know such cop there.  She said there's signs there that say

10   that it's Capitol grounds.

11        **THE COURT:**  Was he there, what time was he there?

12        **MR. ROOTS:**  He actually was --

13        **THE COURT:**  Mr. Alberts didn't get to the parking lot

14   until 6:30 at night.

15        **MR. ROOTS:**  I believe Mr. Sumrall was back and forth.  He

16   actually had an employee who was a journalist also taking

17   video.  So he was back and forth between a permitted area which

18   was over by the -- what do they call it, the water area, the

19   fish -- the pond.  And so he would go back and forth.  And he

20   did capture Mr. Alberts on video, but, you know, in a fleeting

21   way.  That witness that was on the stand representing the

22   Capitol Police said that even the truck drivers delivering to

23   the Labor building are told -- are accosted by a D.C. Capitol

24   cop who goes and tells them they're on D.C. Capitol grounds.

25   Sumrall will say that there was no such D.C. Capitol police

1    officer anywhere in sight telling people they're on Capitol

2    grounds.

3         Also, he just had a lot of video.  And he is -- I would

4    call him an overview witness, he's viewed thousands of hours.

5    He was actually going to be working with some of the other

6    legal teams I believe for the attorney -- maybe it was McBride.

7    So he actually was going to be -- he's an expert on January 6th

8    frankly.

9         **THE COURT:**  Mr. Konig.

10        **MR. KONIG:**  Your Honor, I do think he's a percipient

11   witness and a fact witness, at least according to his own

12   statements of times and places the defendant was.  And I think

13   his testimony would be admissible in that area.  I don't know

14   that him bringing in his, as Mr. Roots just said, expertise --

15   he's actually not been noticed as an expert.  He's -- and I

16   don't think he would be a proper rebuttal expert to the Capitol

17   Police overview witness.  I mean, if he can testify to what he

18   saw and what he heard and what he did on January 6th, it's

19   certainly relevant and admissible.

20        I should note, though, Your Honor, that he does have Fifth

21   Amendment problems then.  He's previously admitted to the FBI

22   being 200 yards from the Capitol.  I do believe that the videos

23   that would document his time at the Capitol when he was at or

24   near Mr. Alberts would show something that could be

25   incriminating.  He certainly should be admonished as to his

1    Fifth Amendment rights.

2         THE COURT:  Is he represented, Mr. Roots, does he have

3    counsel?

4         MR. PIERCE:  I don't know.  I mean, I don't know if

5    Mr. Roots does.

6         MR. ROOTS:  Yeah, he told me today, Norm Pattis is

7    representing him.  He's willing -- I believe he's willing to

8    waive that.  His employee is charged -- he has an employee who

9    was there with him, who is currently a defendant, who might

10   have had a little bit more involvement, who might have

11   allegedly gone inside.  I also want to point out the witness

12   for the -- the captain of the Capitol Police testified that no

13   one ever moves the bike racks when they're placed.  Mr. Sumrall

14   can go over radio calls that are in discovery provided by the

15   government --

16        THE COURT:  Is Mr. Pattis in the building, is Mr. Sumrall

17   testifying in another case?

18        MR. ROOTS:  I don't believe so.  Mr. Pattis is one of the

19   lawyers in the Proud Boy trial before Judge Kelly.

20        THE COURT:  I understand.  I'm not -- you've not told me

21   anything about any overview testimony or expert testimony that

22   is relevant to the issues in this case, what a truck driver may

23   or may not have been told or moving of the bike racks.  If he

24   has percipient witness testimony about events that occurred

25   like signage or the presence of officers near the locations

1    where Mr. Alberts was at times near when he was there, I agree

2    with Mr. Konig that that is potentially relevant.  If he's on

3    Capitol grounds, he's got a Fifth Amendment issue.

4        And so if you still want to call him and discuss this with

5    him, I'd like Mr. Pattis here in the morning to assure me that

6    he has advised the witness of his exposure, and that he still

7    would be willing to testify.  And he can testify about relevant

8    and non-cumulative things that he saw or heard or perceived

9    that day that we've talked about at this trial.  But as I said

10   from the beginning, the entirety of January 6th is not on

11   trial.  I don't want an expert on that, okay.

12       **MR. ROOTS:**  Your Honor, if I could just say that the

13   captain of the Capitol Police testified no one ever moves the

14   bike racks, and she was very firm when I asked her that.  The

15   very radio calls that she must have heard that day say:

16   Joggers moved the bike racks, would you go down and move the

17   bike racks back in place.  So this is what that witness heard.

18   It's exposes her as lacking credibility.

19       **MR. KONIG:**  And I'll just say that she could have been

20   cross-examined on those statements.  An individual who, to my

21   knowledge, doesn't live in D.C., doesn't work for the Capitol

22   police certainly isn't appropriate as I guess a rebuttal

23   witness to a woman who's been with the Capitol police I believe

24   she said 27 years, describing what their procedures and

25   policies are.  So his perceptions are certainly admissible,

1    everything else Mr. Roots is talking about just isn't.

2         MR. ROOTS:  That captain was cross-examined, and she lied

3    on the stand.

4         THE COURT:  We're not going to hear from him on that.  He

5    can testify to what he saw with respect to the signage and the

6    presence of officers at or about the relevant times, presuming

7    he's willing to testify notwithstanding his potential criminal

8    exposure.

9         So let's -- anyone after him?

10        MR. ROOTS:  We have Steven Hill also.  He of course is

11   that gentlemen who is the use of force expert, but I believe

12   we've discussed putting him on as an overview witness for

13   videos well.  In particular, in this case, he would be going

14   over the staircase --

15        THE COURT:  We've gone over the staircase numerous times,

16   I think the jury knows what happened on the staircase.  You're

17   going to be able to play those same videos in closing and argue

18   to the jury what they show and what inferences can be drawn

19   from them.  So that would be cumulative at this point.

20        MR. ROOTS:  There's that incident where Mr. Alberts is

21   tossing a water bottle.  Now, Steven Hill has a lot of

22   expertise, experience in analyzing those kinds of protest

23   videos, and he could talk about what is obvious which is that

24   Mr. Alberts could have aimed right at the face or the body of

25   an officer, but that's a common thing for protesters.

1    **THE COURT:** That is within the ken of this jury to

2    determine whether he intended to hit any officers.  I mean, the

3    video speaks for itself.  Mr. Alberts has obviously testified

4    about that, and no officer has testified that he tried to hit

5    him, to my knowledge.  Mr. Konig?

6    **MR. KONIG:** That's correct.

7    **THE COURT:** Okay.  Let's bring the jury back.

8    **MR. KONIG:** Your Honor, may we inquire if there are any

9    other witnesses other than Mr. Hill the defense intends to

10   call?

11   **THE COURT:** Anyone other than Mr. Hill?  It doesn't sound

12   like he's testifying.

13   **MR. ROOTS:** There's the officer, but unfortunately the

14   subpoena has not gone out and they said -- anyway, we're -- it

15   appears the officer might be stricken.

16   **THE COURT:** So you're prepared to rest pending what we

17   decide or what Mr. Sumrall decides tomorrow morning?

18   **MR. ROOTS:** I believe we'll be prepared to rest tomorrow

19   sometime.

20   **THE COURT:** Very well.  And rebuttal case?

21   **MR. DALKE:** We need a moment to discuss.  If there is one,

22   it would be brief, Your Honor.

23   (Jury present)

24   **THE COURT:** We're going to break for the day.  We will see

25   you back here at 9:00 o'clock tomorrow morning.  We may have a

1    few initial legal issues to deal with, so be patient if we do.

2    Let's have everybody shoot for 9:00, and we'll call you when we

3    need you.  I think we're still basically on schedule, so we

4    will start fresh tomorrow morning.  No discussions about the

5    case, no research about the case.  Have a great night.

6         (Jury not present)

7         **THE COURT:**  We started to go over the jury instructions,

8    and I think we have a pretty good idea of where we're coming

9    out on everything.  As I've said before, we're going to use

10   charges that we have used in prior cases.  There's some counts

11   here that are unique, I think the first time that I've had a

12   count -- a charge under some of the counts.  But we will let

13   you know where we've come out, and have our charge conference

14   it sounds like tomorrow morning at some point.  And we'll just

15   have the jury wait for 30 minutes or however long it takes.

16        I think one outstanding issue is whether there's been

17   enough evidence to support a self-defense or defense of other

18   instruction.  I don't think the defense, or the government for

19   that matter, has proposed either of those instructions.  There

20   are Red Book instructions on both of those, but they tend to be

21   sort of long and common law based, and don't necessarily always

22   fit the facts that the jury has heard.

23        So Mr. Konig, do you want to be heard on whether there's

24   grounds for an instruction?  It's important, because if there

25   seems to be a self-defense defense and defense of others and

1    the burden shifts, then the jury needs to know where the burden

2    lies and what the elements are.

3         MR. KONIG:  Your Honor, I'd ask that we be permitted to

4    research it a little overnight and propose language in the case

5    that the Court is inclined to give a self-defense instruction

6    and, then discuss it in the morning.

7         THE COURT:  Okay, that's fair.  Do you want to file

8    something or give me something first thing in the morning?

9         MR. KONIG:  In the morning, Your Honor.

10        THE COURT:  Okay.  And the defense may want to do

11   likewise, because things are going to move pretty quickly

12   tomorrow morning I suspect.  I believe Judge Mehta gave a

13   self-defense instruction in the Webster January 6th case, so

14   you may want to take a look at that.

15        Anything else?

16        MR. PIERCE:  In light of the fact that those things will

17   be occurring tomorrow, Your Honor, then would we anticipate

18   closings on Wednesday presumably?

19        THE COURT:  So I instruct before closing, so if we

20   instruct in the morning, you should be prepared to close in the

21   afternoon.  I don't know if Mr. Sumrall's going to testify, how

22   long he's going to testify.  If he does, I would not suspect it

23   will be very long.  We'll probably need 30, 45 minutes to

24   resolve the instructions issues and to print out final copies.

25   It will take me 45 minutes to read the instructions to the

1  jury.  So that's not a whole bunch of time, so you should be

2  prepared to close probably after lunch, but we'll see how it

3  goes.  See you in the morning.

4          (Proceedings adjourned at 4:43 p.m.)

1                        **C E R T I F I C A T E**

2

3                 I, **Jeff M. Hook, Official Court Reporter,**

4       certify that the foregoing is a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9           April 17, 2023

10              **DATE**                              **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

'em [2]   926/23
967/3

**0**

0026 [1]   886/4

**1**

10 [3]   924/14
957/17 957/19
100 percent [1]
950/3
1006 [5]   899/3
899/4 899/5 899/7
899/13
1007 [2]   899/3
899/4
104 [1]   961/4
105 [1]   961/11
108 [2]   900/23
903/25
10:30 mark [1]
905/2
10:30 on [1]   905/16
110 [1]   903/24
12 [3]   921/21
921/23 921/25
12-round [1]   922/1
12:38 [1]   923/19
12:38 on [1]   923/17
12:38 p.m [2]   925/1
925/4
12:58 [1]   925/7
12th [2]   951/24
952/9
15 [5]   909/1 909/2
924/1 947/1 957/17
15-minute [1]
924/13
16:50 to [2]   910/21
912/25
16:54 [2]   910/21
912/25
17 [1]   886/6
17101 [1]   886/19
172 [1]   887/4
19:24:28 [1]   905/4
19:26:15 [2]   905/2
905/15
1:00 [1]   916/14
1:04 [4]   907/19
916/11 927/18
927/25
1:04 and [1]   931/8
1:04 where [1]
926/25
1:04:43 p.m [1]
925/21
1:04:51 [1]   926/1
1:20 [5]   916/14
916/15 916/16
916/18 931/8
1:21-cr-0026 [1]
886/4
1:22 [1]   891/14
1:30 mark [1]
916/18
1:41 [1]   969/6
1:48 and [1]   932/7

1:48 p.m [1]   949/12
1:48:11 p.m [1]
934/18
1:52 [1]   886/7
1:54 on [1]   932/7

**2**

20 [5]   923/21 924/1
924/25 925/6 955/6
200 yards [1]
974/22
20001 [2]   886/22
887/25
20044 [1]   886/16
201 [1]   932/8
2014 [1]   919/20
2020 [2]   917/23
951/17
2021 [20]   907/17
908/6 908/17 909/20
910/14 918/3
918/22 919/3 919/8
919/23 920/6 921/4
922/13 925/5 925/21
931/21 935/19 950/5
963/25 964/7
2023 [1]   886/6
205 [1]   891/12
209 [1]   952/22
212 [2]   925/22
926/25
213 [1]   925/9
21550 [1]   887/3
219 [1]   952/22
220 [1]   886/18
228 [1]   886/18
25 [4]   922/3 931/23
961/4 961/15
26 [2]   931/24 935/7
27 [1]   976/24
29th [1]   912/11
2:10 [1]   958/2
2:12 [1]   958/2
2:30 [1]   889/13
2:55 p.m [1]   924/16

**3**

3 million [1]
966/15
30 [6]   892/20
923/22 956/1 956/6
979/15 980/23
301 [1]   908/15
304 [1]   940/15
308 [5]   945/13
945/14 952/18
952/18 952/22
309 [2]   945/11
945/17
30th [1]   950/5
311 [3]   952/24
953/20 969/6
315 [1]   894/9
32 [1]   931/24
323 [1]   889/12
333 [1]   887/24
35 [1]   949/22
37:11 [1]   950/8
38 [1]   925/10
3:00 [1]   924/14

3:13 p.m [1]   924/17
3:50 timeframe [1]
959/2
3:55 or [1]   959/4
3:56:52 mark [1]
889/25
3rd [1]   887/4

**4**

40 [2]   938/10
938/11
40 feet [1]   892/20
406 [1]   908/15
409 [1]   941/21
41 [1]   955/18
410 [1]   942/13
413 [1]   943/23
414 [1]   944/6
415 [1]   944/14
425 to [1]   961/14
427 [5]   892/4
900/11 900/20
900/21 903/23
429 [2]   903/22
904/1
440 [1]   919/19
45 [4]   939/5 956/6
980/23 980/25
455 [1]   961/15
47 [2]   925/22
925/23
4700-C [1]   887/24
48 [1]   934/1
4:00 [2]   889/25
893/8
4:30 [1]   958/5
4:30 mark [1]   891/7
4:30 push [1]   931/3
4:43 p.m [1]   981/4

**5**

50 [1]   953/20
505 [1]   913/14
508 [2]   924/8 925/2
51 [1]   925/25
515 [1]   899/17
516 [1]   899/17
54 [1]   891/13
55 [3]   886/15 961/5
961/16
58 [1]   954/17
5:00 [1]   896/22

**6**

601 [1]   886/21
6:28 [1]   900/16
6:28 to [1]   900/12
6:30 at [1]   973/14
6:50 [1]   904/2
6th [42]   907/1
907/17 908/6 908/16
909/20 910/10
910/14 912/5 915/6
916/1 916/24 918/2
918/13 918/22 919/3
919/8 919/23 920/6
920/21 921/4 922/5
922/13 925/5 925/21
935/19 938/2 938/4
938/5 951/16 952/4

952/10 963/8 963/14
963/25 964/7 964/19
964/20 971/17 974/7
974/18 976/10
980/13

**7**

7 right [1]   899/6
7:00 [1]   900/16
7:00 minutes [1]
900/12
7:00 on [1]   908/6
7:22 p.m [1]   907/20
7:22:40 mark [1]
896/20

**8**

889 [1]   888/4
8:47 [1]   905/4

**9**

90 [1]   920/19
90 percent [2]
920/3 922/1
90-degree [1]
892/19 902/4
907 [1]   888/5
91367 [1]   887/4
95 percent [2]
920/4 920/19
965 [1]   888/6
9:00 [1]   979/2
9:00 o'clock [1]
978/25
9mm [1]   921/24

**A**

able [7]   890/14
891/2 898/25 902/4
939/21 942/1 977/17
above [1]   982/5
above-entitled [1]
982/5
abrasions [1]
948/24
according [4]
918/23 939/10
965/22 974/11
accosted [1]   973/23
account [1]   898/23
accurate [2]   916/18
958/3
acknowledgement [1]
920/9
action [2]   886/4
965/6
actions [4]   933/20
947/14 947/17
968/21
activated [1]
890/23
actual [1]   901/21
actually [40]   900/4
903/24 906/4 909/18
912/4 915/6 917/1
919/6 919/10 923/2
925/23 931/14
931/14 938/2 932/9
932/20 938/25
939/11 942/18

**A**

actually... [21]
 942/20 942/21 944/3
 945/20 945/21
 946/11 946/18
 960/11 961/6 963/5
 963/20 966/16 967/9
 969/15 969/20
 971/17 973/12
 973/16 974/5 974/7
 974/15
add [1]  911/17
added [2]  912/9
 912/10
additional [1]
 918/18
additive [2]  971/1
 971/14
adjourned [1]  981/4
admissible [3]
 974/13 974/19
 976/25
admitted [9]  900/14
 900/21 908/9 908/11
 908/15 916/23 933/3
 952/19 974/21
admonished [1]
 974/25
advanced [3]  897/5
 946/4 946/5
advances [1]  942/8
advancing [2]
 944/11 944/11
advised [1]  976/6
affect [1]  968/10
afternoon [5]  886/8
 907/13 907/14
 924/11 980/21
again [41]  890/22
 893/7 894/21 894/24
 895/5 895/14 897/8
 898/15 902/20
 902/25 910/15 913/7
 914/24 915/5 916/19
 917/15 923/23
 924/20 924/21
 924/22 925/16
 926/22 926/23 927/9
 929/16 930/12 936/2
 936/12 937/11 939/9
 939/18 939/21 941/1
 941/25 947/14 950/2
 950/18 964/11 965/1
 968/20 972/15
against [2]  934/21
 963/6
agencies [3]  891/8
 893/1 893/8
agent [4]  915/22
 922/11 923/17
 963/19
agents [1]  891/9
agree [25]  907/15
 907/16 907/19
 908/16 911/14
 916/10 918/21 921/3
 921/7 928/4 934/17
 935/15 935/21
 939/14 940/16

941/11 941/17
944/11 944/17
945/21 952/25
956/21 958/2 958/7
976/1
ahead [5]  892/9
 894/12 900/9 900/10
 900/15
aid [2]  914/21
 914/22
aim [2]  895/3
 895/13
aimed [3]  891/1
 895/20 977/24
air [1]  968/13
aircraft [1]  902/24
ALBERTS [33]  886/6
 888/3 889/4 889/7
 889/16 894/14
 900/11 903/22 904/1
 905/7 905/22 906/25
 907/7 907/11 907/13
 924/20 924/22
 935/23 965/15
 971/20 971/21
 971/23 972/5 972/8
 972/13 972/16
 973/13 973/20
 974/24 976/1 977/20
 977/24 978/3
alert [1]  917/18
allegedly [1]
 975/11
allowed [2]  907/3
 962/18
allowing [1]  890/19
allows [2]  890/10
 963/11
almost [3]  889/25
 927/16 945/22
alone [2]  938/1
 945/8
along [5]  938/10
 938/11 939/4 960/23
 961/14
alteration [1]
 912/5
altercation [3]
 927/9 927/10 931/1
altercations [1]
 930/24
aluminum [1]  902/24
always [4]  914/12
 926/15 973/6 979/21
amendment [7]  951/4
 951/24 952/9 970/8
 974/21 975/1 976/3
AMERICA [1]  886/3
American [2]  912/11
 969/22
Americans [1]
 929/19
ammo [1]  966/3
ammunition [4]
 921/21 922/4 922/7
 922/10
amount [1]  937/13
analyzing [1]
 977/22
and/or [1]  927/9

anger [2]  895/15
 930/20
angle [1]  945/24
angled [1]  904/19
angry [6]  890/22
 894/20 895/14 930/7
 930/11 930/12
announce [1]  939/23
Anon [2]  910/6
 912/24
answered [3]  903/12
 903/19 904/14
anticipate [1]
 980/17
anymore [4]  916/7
 916/22 941/18
 964/23
apologize [1]  905/9
app [1]  900/4
appear [3]  891/18
 891/23 940/23
appearance [2]
 939/13 939/15
APPEARANCES [2]
 886/13 887/1
appeared [1]  891/24
appears [2]  935/25
approach [1]  961/6
appropriate [1]
 976/22
approximately [3]
 905/25 910/21 969/6
April [1]  886/6
AR [5]  909/1 909/2
 909/6 909/7 909/9
AR-15 [2]  909/1
 909/2
area [30]  889/8
 896/6 896/14 896/14
 896/19 897/10 900/6
 901/21 906/13
 925/16 926/3 926/12
 927/3 927/12 927/13
 934/17 937/6 937/9
 937/9 937/13 937/24
 938/7 938/22 942/21
 949/15 950/19
 955/13 973/17
 973/18 974/13
areas [1]  955/14
argue [1]  977/17
armed [3]  954/7
 962/8 962/10
armor [4]  911/24
 949/5 949/8 968/7
armored [2]  961/20
 961/23
arms [1]  904/17
 968/7
around [31]  889/13
 891/7 891/13 891/14
 892/14 892/19 893/8
 896/20 896/21
 896/22 897/2 901/24
 902/8 907/21 907/24
 908/5 908/6 916/18
 923/17 927/2 927/25
 928/9 931/5 931/7
 931/8 953/4 954/15

956/7 958/2 966/19
 966/23
arrest [12]  896/5
 897/12 900/10 901/8
 901/22 904/8 904/12
 906/6 908/6 920/6
 960/8 963/16
arrested [8]  896/24
 898/18 906/15
 906/20 907/20
 956/11 963/17
 963/22
arresting [1]
 896/20
arrests [1]  906/13
arrived [4]  929/10
 929/11 930/7 931/5
arriving [1]  932/17
article [1]  890/10
aside [1]  929/20
assault [1]  916/21
assembly [2]  959/13
 959/16
asserted [1]  911/3
asshole [1]  942/4
associate [1]
 951/13
Association [1]
 965/23
assume [1]  927/8
assuming [2]  893/4
 894/1
assure [1]  976/5
Atkinson [3]  925/17
 926/16 967/2
attached [3]  909/17
 916/5 916/5
attaches [1]  909/15
attempt [2]  902/6
 904/11
attempted [1]
 909/21
attention [3]
 922/13 932/6 934/10
attest [4]  942/7
 972/3 973/1 973/8
attorney [2]  921/1
 974/6
audible [1]  942/1
audio [4]  905/9
 912/24 913/1 913/4
authenticity [1]
 907/4
authority [1]
 890/12
Avenue [5]  887/24
 896/5 896/19 900/6
 973/7
avoid [1]  907/24
aware [3]  898/21
 906/14 968/5
away [4]  897/24
 901/12 969/9 969/16

**B**

baby [1]  966/8
back [60]  893/13
 893/14 893/15
 893/15 893/15
 895/25 896/22 897/4

**B**

back... [52]   897/18
  897/21 897/22
  897/22 897/25
  901/19 902/19
  902/21 905/14
  905/18 908/1 908/5
  908/19 911/10
  911/15 922/23 924/3
  924/14 924/17 926/6
  935/24 936/17 937/7
  940/20 942/21 944/4
  944/5 944/6 946/17
  947/6 950/16 950/17
  950/18 950/19
  953/23 954/1 957/17
  960/13 960/13
  960/14 960/19
  965/12 968/3 969/9
  971/8 971/11 973/15
  973/17 973/19
  976/17 978/7 978/25
backpack [19]
  901/25 903/1 904/19
  904/21 904/22 914/1
  914/11 922/25 923/2
  923/6 923/8 923/23
  924/3 934/23 943/24
  953/22 953/25 954/2
  956/10
backside [3]   892/18
  938/20 938/21
backup [2]   914/14
  914/16
bag [10]   901/22
  901/23 902/9 902/18
  902/18 914/3 914/5
  915/3 915/5 965/19
bail [1]   894/25
banister [2]   949/15
  957/10
Bankruptcy [1]
  887/23
base [5]   889/24
  927/16 927/22
  932/16 936/7
baseball [1]   903/7
based [4]   898/2
  903/3 903/9 979/21
basically [6]
  891/10 892/18
  892/20 901/20
  904/20 979/3
basis [1]   938/3
baton [4]   902/23
  903/5 903/11 903/18
bayonet [1]   908/24
beard [1]   950/3
beat [3]   959/19
  959/22 960/8
beaten [1]   902/21
beating [2]   891/19
  931/2
became [2]   894/1
  968/5
becomes [1]   970/2
began [1]   969/9
beginning [3]
  953/20 963/1 976/10

behalf [1]   969/21
behind [16]   895/12
  902/5 906/5 931/2
  938/15 938/17
  938/19 939/9 945/25
  953/17 954/21
  954/24 955/13
  971/20 971/25
  972/15
belief [1]   962/20
below [2]   889/23
  946/1
Ben [1]   886/15
Bennett [1]   959/23
bent [1]   904/18
best [3]   901/2
  951/7 951/8
better [2]   895/19
  939/18
bicycle [2]   934/20
  954/19
big [3]   893/3
  922/18 942/11
bike [17]   916/17
  954/20 954/21
  954/22 954/25 955/4
  955/9 955/13 955/15
  969/8 969/9 969/15
  975/13 975/23
  976/14 976/16
  976/17
billy [1]   902/23
binoculars [2]
  914/11 914/12
bit [7]   911/9 912/5
  934/13 956/17
  962/14 963/16
  975/10
black [2]   915/2
  947/2
blew [1]   892/2
blind [1]   956/8
blinded [1]   956/7
blocked [1]   946/20
blocking [4]   934/13
  953/2 959/12 968/13
blood [3]   958/19
  959/6 959/24
bludgeoned [2]
  902/19 902/21
blue [6]   932/12
  935/8 935/16 935/24
  940/17 947/3
board [1]   945/3
body [11]   904/2
  904/19 911/23
  942/10 942/10 949/5
  949/8 961/20 961/23
  968/7 977/24
boiling [3]   958/19
  959/7 959/24
Book [1]   979/20
boss [2]   901/13
  905/14
both [2]   908/15
  979/20
bottle [9]   894/17
  894/17 895/3 895/9
  896/17 896/22
  897/12 962/10

977/21
bottlenecked [1]
  893/18
bottles [3]   955/20
  955/21 962/3
bottom [2]   938/6
  972/5
bounced [1]   895/11
boundaries [1]
  973/1
bounds [1]   971/2
Box [1]   886/15
Boy [1]   975/19
breached [1]   953/4
breaches [1]   972/4
break [4]   889/7
  924/11 924/14
  978/24
brief [2]   924/9
  978/22
briefly [2]   909/18
  963/15
bring [17]   892/4
  892/9 899/3 899/13
  899/17 900/11 925/9
  925/23 932/9 941/20
  942/13 950/7 965/17
  969/5 969/7 971/11
  978/7
bringing [2]   950/8
  974/14
brought [2]   906/17
  916/10 917/21
bruising [3]   948/22
  948/24 949/4
building [12]
  893/17 906/4 951/14
  953/2 957/21 959/6
  959/12 962/8 964/6
  966/12 973/23
  975/16
bullet [1]   918/15
bullets [1]   960/8
bunch [1]   981/1
bungee [5]   914/17
  965/17 965/21
  965/24 965/24
burden [2]   980/1
  980/1
bus [1]   906/19
buses [1]   906/17
butt [1]   937/19

**C**

CA [1]   887/4
call [8]   917/3
  917/15 935/17
  973/18 974/4 976/4
  978/10 979/22
called [9]   896/1
  906/17 909/12 912/1
  918/6 918/7 929/13
  929/25 931/17
calling [2]   935/16
  942/4
calls [7]   906/22
  918/25 919/12 928/6
  928/17 975/14
  976/15
cam [1]   904/2

came [11]   893/13
  901/15 912/13 917/5
  926/6 927/22 964/13
  964/14 971/25 972/5
  972/10
camera [1]   901/10
camouflage [1]
  915/23
camping [1]   914/18
can [51]   890/24
  891/4 891/12 892/4
  895/5 899/13 899/17
  900/17 902/25
  904/17 905/11 906/4
  912/24 913/7 913/15
  924/11 926/25 927/5
  927/6 928/7 928/19
  934/11 934/12
  934/14 934/15
  935/15 935/17 939/4
  939/5 939/14 941/8
  942/13 944/6 945/4
  951/9 958/1 958/7
  959/3 960/22 961/22
  964/4 964/4 968/13
  970/16 972/3 973/1
  974/17 975/14 976/7
  977/5 977/18
cannon [2]   908/24
  909/8
Capitol [59]   890/3
  892/13 892/21
  892/24 893/4 905/25
  907/17 907/21
  907/22 907/22
  907/25 922/14 924/6
  925/18 930/13
  944/19 951/8 951/11
  951/14 951/14
  951/16 952/15
  953/12 954/4 957/21
  958/9 958/10 958/10
  959/6 959/12 960/5
  964/1 964/1 964/6
  964/6 964/20 964/21
  966/7 966/8 966/14
  966/15 966/16
  971/19 973/5 973/6
  973/10 973/22
  973/23 973/24
  973/25 974/1 974/16
  974/22 974/23
  975/12 976/3 976/13
  976/21 976/23
captain [5]   973/4
  973/5 975/12 976/13
  977/2
capture [1]   973/20
car [1]   908/2
carried [2]   915/25
  916/17
carrier [10]   911/12
  911/14 911/17
  911/20 911/22 912/1
  912/2 912/7 913/17
  936/25
carries [1]   911/20
carry [13]   919/15
  919/16 919/18 920/2
  920/11 920/13

**C**

carry... [7]   920/14
920/16 920/18
920/19 920/24 921/4
966/3
carrying [4]   918/2
921/7 921/13 935/3
case [10]   914/20
914/22 975/17
975/22 977/13
978/20 979/5 979/5
980/4 980/13
cases [1]   979/10
cat [2]   912/15
912/20
cats [1]   912/18
cause [1]   948/16
CCTV [1]   916/11
CDU [2]   927/22
929/11
ceased [1]   896/2
cell [3]   912/14
912/16 923/22
center [3]   892/21
915/15 928/2
certain [4]   891/4
898/1 968/15 969/8
certainly [4]
974/19 974/25
976/22 976/25
certification [1]
951/16
certify [1]   982/4
chamber [2]   918/15
918/19
chance [1]   895/19
changed [1]   909/8
character [1]
895/15
characterize [1]
920/1
charge [3]   897/25
979/12 979/13
charged [1]   975/8
charges [3]   906/21
938/8 979/10
chase [1]   972/18
check [1]   945/14
checked [2]   966/20
967/20
chest [1]   931/10
choice [2]   889/19
898/13
choked [1]   956/20
choking [1]   956/19
Christmas [1]
931/21
CHRISTOPHER [6]
886/6 886/10 888/3
889/4 907/11 965/15
circle [6]   908/5
925/5 925/12 926/1
934/12 972/7
circled [1]   934/11
citizens [1]   969/22
clarification [1]
922/24
clarify [3]   903/23
942/25 960/25

clarifying [1]
916/8
clause [1]   952/5
clear [6]   898/18
900/3 934/12 935/2
945/7 959/11
cleared [1]   892/22
clearing [1]   892/20
clearly [3]   933/21
945/4 957/9
climbed [2]   934/20
949/15
clip [1]   891/16
clips [1]   905/3
close [5]   927/18
932/18 958/13
980/20 981/2
closer [2]   932/19
957/19
closeup [1]   895/8
closing [2]   977/17
980/19
closings [1]   980/18
club [1]   902/23
clubs [1]   948/23
cockroaches [1]
929/5
Code [1]   890/9
colloquially [1]
911/21
COLUMBIA [1]   886/1
coming [13]   890/12
926/11 928/2 933/8
938/15 938/19
938/20 942/23 950/9
950/14 960/2 968/3
979/8
command [1]   897/17
common [2]   977/25
979/21
commotion [1]   933/7
communicate [2]
910/15 941/23
communicated [4]
909/19 910/12
910/13 913/11
communicating [1]
936/1
communication [8]
910/16 910/17 913/5
913/7 913/9 933/23
936/10 936/12
communications [3]
909/14 910/17
913/10
complete [1]   960/17
completed [1]
906/16
completely [2]
895/15 938/1
compliant [2]   901/6
904/22
comply [2]   893/23
904/11
complying [2]
893/11 901/3
concealed [7]   918/4
918/7 918/8 918/8
919/15 919/16
919/18

concept [2]   890/5
890/8
concern [1]   956/17
concerned [1]
956/19
conclusion [2]
918/25 919/12
conference [1]
979/13
confused [2]   933/24
934/3
Congress [2]   907/2
966/1
consistent [1]
902/12
Constitution [7]
887/24 890/19 952/2
952/3 959/8 963/3
963/10
constitutional [1]
920/9
constitutionally [2]
951/19 962/18
contact [1]   902/17
containing [1]
917/25
contest [2]   952/11
967/12
context [2]   912/19
964/17
continue [1]   935/5
continued [8]
886/25 887/1 888/4
889/4 897/24 898/13
924/4 946/21
continuing [2]
893/21 946/22
Contrary [1]   921/17
control [6]   896/1
927/15 927/17
927/21 927/25
928/10
convey [1]   942/2
COOPER [1]   886/10
cop [4]   933/21
933/21 973/9 973/24
copies [1]   980/24
cops [20]   915/14
927/20 929/10
929/17 929/21
929/22 929/22
929/25 930/4 930/7
930/20 930/24 931/2
931/5 931/5 931/9
931/11 933/19 934/3
968/5
cord [1]   965/24
cordoned [1]   955/14
cords [4]   914/17
965/17 965/21
965/25
core [2]   930/17
966/25
corner [2]   892/14
954/16
correctly [7]   898/9
909/5 913/19 926/1
959/3 961/18 964/5
coughing [1]   956/15
counsel [3]   945/12

945/17 975/3
count [3]   951/25
952/4 979/12
country [2]   919/11
922/2
counts [2]   979/10
979/12
couple [5]   904/8
946/1 954/10 955/3
973/3
course [4]   906/6
906/25 928/23
977/10
court [9]   886/1
887/22 887/23 904/8
913/23 971/3 971/6
980/5 982/3
Court's [1]   965/9
Courts [1]   887/23
cr [1]   886/4
credibility [1]
976/18
criminal [2]   886/4
977/7
cross [5]   888/5
907/11 967/15
976/20 977/2
cross-examination [3]
888/5 907/11 967/15
cross-examined [2]
976/20 977/2
crossed [1]   964/16
crowd [20]   893/14
897/6 897/6 897/10
897/16 913/6 924/5
927/16 928/9 929/1
929/3 929/8 929/9
930/8 938/17 939/9
949/20 971/18
971/22 971/25
cumulative [2]
976/8 977/19
curfew [1]   900/7
currently [2]
935/10 975/9
cut [1]   972/18

**D**

D.C [9]   891/10
893/4 893/7 919/23
973/6 973/23 973/24
973/25 976/21
D.C.'s [1]   918/23
DALKE [1]   886/17
damage [2]   967/24
dangerous [3]   923/5
923/8 923/10
dark [1]   915/10
date [2]   952/10
982/10
Dave [2]   970/23
971/16
David [2]   931/15
950/4
day [38]   895/24
897/7 907/2 913/8
913/9 914/1 914/3
914/5 914/10 917/22
917/22 920/12
920/13 920/16

**D**

day... [24]   920/18
920/25 921/4 922/17
931/12 934/24
937/13 951/18
951/20 952/15 954/2
964/2 964/7 964/12
965/2 965/18 966/3
967/10 968/6 968/21
969/3 976/9 976/15
978/24
days [2]   914/6
914/8
DC [5]   886/5 886/16
886/21 886/22
887/25
deal [1]   979/1
debate [1]   952/11
debating [1]   922/3
decide [1]   978/17
decides [1]   978/17
Declaration [1]
970/7
declaring [1]   900/7
decontamination [1]
914/23
defendant [5]   886/7
887/2 971/1 974/12
975/9
Defendant's [2]
903/23 919/19
defense [13]   900/20
900/21 917/5 978/9
979/17 979/17
979/18 979/25
979/25 979/25 980/5
980/10 980/13
defensive [1]
949/10
defines [1]   902/24
definition [1]
958/7
degree [2]   892/19
902/4
delivering [1]
973/22
denying [2]   922/6
963/24
department [2]
886/14 902/24
deploy [1]   929/18
DesCamp [2]   940/23
942/20
described [4]   896/4
902/13 911/11
911/21
describing [1]
976/24
deserve [1]   957/4
Despite [1]   893/10
determine [1]   978/2
device [1]   893/24
devices [8]   892/2
896/1 927/15 927/17
927/21 927/25 928/5
928/10
die [2]   930/13
968/19
died [1]   890/3

**difference [1]**
907/25
different [1]   966/4
difficult [1]
919/11
difficulties [1]
961/13
direct [18]   888/4
889/4 913/25 919/25
922/24 923/12
927/11 937/15
939/24 942/25
944/24 947/17
947/24 948/11
949/11 955/25
958/12 962/3
directing [1]   892/1
direction [7]
897/14 897/15
901/16 901/19
904/20 924/6 928/2
directly [1]   948/6
disagree [4]   937/23
938/22 944/17 954/3
discovery [1]
975/14
discuss [5]   971/4
971/9 976/4 978/21
980/6
discussed [1]
977/12
discussion [4]
913/16 931/17
967/14 970/20
discussions [1]
979/4
disperse [3]   928/25
929/8 929/9
dispersed [1]   897/6
dispute [2]   913/19
943/21
distance [3]   890/25
897/21 951/13
distress [3]   906/8
926/4 936/2
DISTRICT [4]   886/1
886/1 886/11 887/23
Division's [1]
912/12
document [2]   970/6
974/23
DOJ [1]   886/18
DOJ-USAO [1]   886/18
domestic [2]   958/22
968/16
done [2]   894/5
894/20
donned [3]   949/21
949/22 949/25
door [1]   969/24
double [2]   903/9
945/13
doubt [2]   903/3
972/16
down [27]   890/10
891/4 895/1 899/6
904/13 924/25
930/17 935/22 937/8
940/1 946/3 946/17
947/6 947/9 950/18

950/19 957/10
957/17 962/4 965/3
965/24 966/7 968/3
970/16 972/21
972/21 976/16
downstairs [1]
970/23
draw [1]   964/25
drawn [2]   964/9
977/18
drew [3]   964/2
965/1 965/1
driver [1]   975/22
drivers [1]   973/22
duck [2]   950/22
950/23
due [3]   891/21
933/22 938/7
during [5]   893/12
893/21 895/23 897/1
900/14
duty [8]   962/23
963/3 963/5 963/7
963/12 969/21
969/21 970/2

**E**

earlier [12]   911/11
914/19 917/6 917/19
918/17 919/15 921/1
924/25 925/18
949/14 954/13
969/20
early [2]   910/8
924/11
earpiece [4]   909/10
909/15 909/16
909/19
earwig [1]   909/10
easier [1]   971/10
easily [2]   895/20
968/13
Eat [1]   914/19
edge [1]   939/7
effect [5]   890/15
941/13 966/8 966/18
967/3
effective [1]   950/2
eight [3]   914/17
931/24 940/21
either [4]   899/22
927/8 940/24 979/19
elected [1]   952/10
election [4]   917/6
951/17 952/6 969/4
electoral [2]
951/25 952/11
element [1]   942/23
elements [1]   980/2
elevating [1]
930/10
Ellipse [8]   922/16
923/15 923/18
923/20 923/24
923/25 924/25 966/7
else [10]   901/11
905/23 906/20
944/17 946/1 956/20
966/5 970/21 977/1
980/15

**employee [3]**   973/16
975/8 975/8
encirclement [1]
906/16
encouraging [1]
953/16
end [3]   892/16
898/4 956/18
ended [6]   896/3
896/12 896/18
897/11 898/1 901/20
ending [2]   931/24
961/5
enforcement [8]
892/25 893/12
893/20 901/4 932/21
932/24 972/4 972/21
engaging [1]   891/1
enough [17]   914/6
914/8 958/13 964/2
964/8 964/12 964/12
964/15 964/15
964/16 964/22
964/23 965/2 965/3
965/6 965/6 979/17
entered [4]   895/9
919/15 972/9 972/9
entire [1]   919/23
entirety [1]   976/10
entitled [1]   982/5
entrance [1]   892/21
episode [1]   900/25
equipment [2]   949/2
956/12
escape [1]   952/5
especially [1]
944/22
established [1]
913/21
Eve [1]   931/21
even [3]   890/11
891/23 973/22
evening [1]   898/14
events [1]   975/24
eventually [4]
897/23 950/10
950/14 964/25
everybody [5]
891/11 897/20
904/24 936/11 979/2
everybody's [3]
890/24 916/6 946/2
everyone [1]   945/25
everywhere [1]
933/16
evidence [10]
889/12 894/9 904/3
912/13 915/21
947/21 952/25 953/5
968/6 979/17
evidentiary [2]
910/24 971/9
exact [3]   896/10
912/3 953/14
exactly [5]   909/6
926/23 930/4 954/1
969/12
examination [7]
888/4 888/5 888/6
889/4 907/11 965/15

**E**

examination... [1] 967/15
examined [2]   976/20 977/2
exchange [1]   905/21
excuse [1]   971/3
exercise [2]   951/6 951/7
Exercising [1] 959/15
exhibit [34]   889/11 889/12 891/12 892/4 894/9 899/4 900/11 903/22 903/23 903/24 903/25 904/1 910/22 910/23 913/14 917/6 919/19 924/8 925/2 925/9 925/22 926/25 932/8 940/15 942/13 943/23 944/6 948/17 952/18 960/21 960/22 961/4 961/11 969/6
Exhibit 1006 [1] 899/4
Exhibit 104 [1] 961/4
Exhibit 105 [1] 961/11
Exhibit 108 [1] 903/25
Exhibit 110 [1] 903/24
Exhibit 201 [1] 932/8
Exhibit 205 [1] 891/12
Exhibit 212 [2] 925/22 926/25
Exhibit 213 [1] 925/9
Exhibit 304 [1] 940/15
Exhibit 308 [1] 952/18
Exhibit 311 [1] 969/6
Exhibit 315 [1] 894/9
Exhibit 323 [1] 889/12
Exhibit 410 [1] 942/13
Exhibit 413 [1] 943/23
Exhibit 414 [1] 944/6
Exhibit 427 [3] 892/4 900/11 903/23
Exhibit 429 [2] 903/22 904/1
Exhibit 505 [1] 913/14
Exhibit 508 [2] 924/8 925/2
exhibits [7]   888/13 896/7 899/3 899/12

908/9 908/12 908/15
Exhibits 1006 [1] 899/3
Exhibits 301 [1] 908/15
experience [3] 894/24 931/1 977/22
expert [6]   974/7 974/15 974/16 975/21 976/11 977/11
expertise [2] 974/14 977/22
expired [1]   919/20
explained [1] 960/12
explaining [2] 964/19 964/19
explanation [1] 895/2
explosion [1] 894/24
explosions [1] 895/22 895/24
explosive [2]   892/2 893/23
expose [1]   902/4
exposes [1]   976/18
exposure [2]   976/6 977/8
expressing [1] 930/20
expression [1] 895/14
extent [3]   910/25 928/7 931/3
extra [4]   918/17 921/8 921/13 949/9
eyes [2]   946/2 969/13

**F**

face [9]   893/25 894/2 946/19 947/8 954/6 956/18 960/8 967/22 977/24
faces [1]   915/13
facial [1]   968/9
facing [2]   943/25 944/1
fact [5]   940/18 950/25 972/12 974/11 980/16
facts [1]   979/22
fair [7]   898/14 920/1 928/4 947/12 964/1 964/7 980/7
fall [1]   937/16
familiar [1]   910/5
far [3]   893/12 905/25 926/9
farther [3]   942/15 946/4 946/5
fast [2]   893/16 945/1
fastest [1]   904/23
fatigue [1]   914/13
FBI [1]   974/21
feel [1]   902/16
feeling [1]   901/22

feet [12]   892/20 894/18 895/4 895/11 895/13 938/24 939/2 943/2 943/3 943/4 943/5 962/4
fellow [1]   928/15
felt [10]   891/2 891/3 898/16 901/23 901/25 902/6 903/4 903/9 936/22 968/20
fencing [1]   973/1
few [11]   891/9 897/19 902/10 902/5 905/18 927/12 927/13 931/2 945/24 971/8 979/1
fiancee [2]   899/25 917/19
field [2]   906/2 906/2
Fifth [3]   974/20 975/1 976/3
fighting [2]   897/20 930/21
figure [1]   902/13
file [1]   980/7
film [1]   972/23
final [1]   980/24
finally [2]   964/12 965/2
find [1]   954/12
fine [2]   921/12 936/5
finish [2]   943/10 960/4
firearm [7]   917/12 917/14 917/16 918/18 919/22 935/3 966/3
firearms [1]   922/1
firm [1]   976/14
first [15]   901/7 901/21 907/16 912/23 914/21 916/11 932/9 938/2 947/8 949/12 951/4 956/2 968/5 979/11 980/8
Firsthand [1]   931/1
fish [1]   973/19
fit [1]   979/22
five [4]   938/24 946/1 947/4 971/4
flag [1]   912/11
flashlight [5] 915/4 915/7 915/10 915/12 915/15
flee [1]   902/6
fleeting [1]   973/20
Floor [1]   887/4
focused [4]   905/8 934/5 934/6 934/6
folks [3]   911/1 932/21 971/25
follicles [1] 968/13
follow [1]   954/11
following [1] 955/11
foot [2]   892/3

937/7
footage [2]   904/2 916/11
football [2]   906/2 906/2
For the Defendant [1] 887/2
force [1]   893/21 977/11
foregoing [1]   982/4
form [1]   910/16
former [1]   922/15
forth [3]   973/15 973/17 973/19
forward [16]   897/19 901/12 902/7 939/16 940/7 940/9 940/10 940/12 941/5 941/15 941/18 943/22 944/2 944/4 957/6 968/1
found [3]   922/25 923/23 943/1
four [6]   938/24 953/13 961/4 961/5 961/15 961/15
Franklin [1]   886/15
frankly [1]   974/8
freedom [5]   959/13 959/13 959/15 959/15 959/16
fresh [1]   979/4
front [13]   891/10 892/13 893/7 894/22 901/10 908/21 909/2 911/14 912/8 915/24 916/5 941/6 944/10
fulfilling [1] 963/7
full [2]   909/17 964/8
fully [4]   894/3 918/13 921/19 921/21
funny [2]   917/12 917/13
further [5]   941/15 944/8 944/9 946/18 970/15

**G**

gaiter [1]   947/3
gas [11]   934/14 936/21 949/21 949/22 949/25 950/8 950/13 956/4 960/7 968/10 968/11
gases [2]   916/21 968/13
gassed [5]   894/23 897/5 949/21 959/19 959/22
gates [1]   972/21
gave [4]   897/17 931/14 950/4 980/12
gear [2]   904/23 929/12
general [4]   924/6 926/12 927/3 961/19
generally [4] 891/25 896/25

**G**

generally... [2]
940/10 971/18
gentleman [4]   901/9
934/6 938/6 941/6
gentleman's [1]
946/2
gentlemen [5]   893/5
924/13 970/18 971/7
977/11
gesticulating [1]
891/24
gesticulation [1]
893/10
gestures [10]   933/9
933/10 933/12
933/12 933/14
933/14 933/15
933/19 933/22
938/14
gesturing [1]
933/11
girlfriend [1]
917/18
given [4]   901/5
930/16 967/16
967/19
gives [1]   949/8
giving [2]   933/19
933/25
glad [1]   917/21
gladly [1]   960/17
goal [2]   937/3
937/5
God [3]   930/16
967/16 967/19
God-given [3]
930/16 967/16
967/19
goes [4]   910/6
954/10 973/24 981/3
good [6]   901/13
907/13 907/14
907/14 937/13 979/8
gosh [1]   949/22
government [19]
886/14 890/21 896/7
899/12 900/18
900/23 930/18
959/16 962/23
962/24 962/25 963/4
963/4 963/5 963/12
963/13 970/2 975/15
979/18
Government's [22]
889/12 891/12 892/4
894/9 899/4 899/18
903/24 903/24
908/14 940/14
941/20 944/14
945/10 945/13
945/14 952/17
952/24 953/19 961/4
961/11 961/14
961/15
grab [3]   901/23
901/25 902/18
grabbing [5]   901/22
902/9 946/13 946/14

946/15
gradually [1]
897/13
grass [2]   895/1
930/5
great [2]   905/11
979/5
ground [5]   904/16
927/3 943/25 944/1
955/23
grounds [14]   890/3
907/23 907/25
923/25 930/13
944/19 958/9 958/11
959/21 973/10
973/24 974/2 976/3
979/24
group [1]   938/21
groups [1]   972/25
Guard [1]   896/1
guess [23]   893/17
896/8 896/8 898/5
901/13 901/16 905/2
905/15 906/16 910/8
915/21 917/18
919/25 923/5 926/6
929/12 930/4 936/1
939/22 944/17 962/4
972/23 976/22
guidelines [1]
971/3
gun [13]   906/20
916/23 917/1 917/3
917/11 917/25
918/21 922/4 963/16
963/20 963/20
963/20 963/23
guy [17]   932/10
933/17 934/14
935/14 935/16
935/16 935/17 937/3
937/6 937/24 938/1
938/7 945/25 947/2
947/7 947/12 957/3
guys [3]   901/15
931/10 931/12

**H**

hair [2]   968/9
968/12
half [5]   896/23
897/7 906/2 910/19
959/5
hand [8]   901/18
901/18 933/6 933/8
933/9 933/10 933/22
938/14
handed [5]   898/6
898/8 898/10 918/11
956/17
handle [1]   956/16
hands [4]   945/3
946/13 946/14
hang [1]   897/19
happened [5]   901/8
922/17 927/10 953/1
977/16
happening [1]   903/4
happy [2]   928/5

958/17
hard [7]   902/24
909/6 926/17 926/20
926/22 929/12
971/21
harmed [1]   967/25
Harrisburg [1]
886/19
hat [2]   908/16
947/3
Haynes [5]   915/22
922/11 956/15
963/19 963/20
Haynes' [1]   900/14
head [17]   893/25
895/18 895/20
902/19 902/21 903/5
903/6 903/11 903/17
905/14 932/16 936/4
936/8 943/25 944/1
949/20 955/22
heading [1]   897/14
hear [8]   926/17
926/20 933/1 939/21
954/9 961/18 963/22
977/4
heard [29]   890/1
890/2 890/18 893/15
901/5 913/19 922/21
929/24 930/2 930/6
942/1 951/9 952/14
953/18 958/13 959/6
960/2 960/7 963/23
964/21 965/4 969/2
971/1 974/18 976/8
976/15 976/17
979/22 979/23
hearing [3]   891/1
926/22 961/13
hearsay [2]   906/22
911/2
heated [1]   889/20
Heavy [1]   914/15
help [5]   904/23
936/14 947/12
947/13 957/3
helping [1]   957/6
hi [2]   924/20
924/22
high [4]   894/21
898/15 898/15
958/23
higher [1]   890/12
Highway [1]   965/22
Hill [4]   977/10
977/21 978/9 978/11
Hills [1]   887/4
himself [1]   942/11
hinder [1]   947/16
hip [4]   921/15
921/16 963/20
963/21
hit [9]   891/22
893/24 894/23
895/18 904/16 956/1
956/2 978/2 978/4
hitting [1]   949/3
hold [7]   912/21
912/21 946/11
960/19 960/19 961/2

966/22
holder [2]   915/21
921/10
hollow [2]   922/8
922/10
holster [7]   918/3
918/5 918/7 918/8
921/10 921/12 922/4
Honor [21]   889/6
900/13 907/8 909/24
910/25 913/25
924/10 924/15
924/20 951/22
965/10 965/17
971/16 974/10
974/20 976/12 978/8
978/22 980/3 980/9
980/17
HONORABLE [1]
886/10
HOOK [3]   887/22
982/3 982/10
hostages [1]   965/20
hour [2]   910/19
959/5
hours [4]   896/23
951/1 971/23 974/4
huh [1]   930/25
humanly [2]   893/16
945/1
hungry [1]   914/20
hurt [2]   967/25
968/21
hyperbole [1]   963/2
hyperbolic [3]
890/22 962/15
968/20

**I**

idea [3]   901/23
947/9 979/8
identification [3]
892/8 900/11 961/10
identify [2]   915/9
915/14
II [1]   923/24
impacted [1]   892/3
impeach [1]   911/4
important [3]
951/15 972/2 979/24
impossible [1]
904/21
incident [8]   891/21
894/23 896/18
896/23 897/12
897/25 903/17
977/20
inclined [1]   980/5
include [1]   952/22
incoming [1]   910/15
inconsistency [1]
913/21
inconsistent [2]
911/5 932/3
incriminating [1]
974/25
Independence [1]
970/7
indicated [1]
969/20

**I**

indication [1]
967/2
individual [5]
926/4 935/8 948/2
968/3 976/20
individuals [1]
906/7
indulgence [1]
965/9
Infantry [1]   912/11
inferences [1]
977/18
initial [4]   932/14
932/14 936/3 979/1
initially [1]   937/5
injured [6]   927/1
948/12 948/14
948/21 948/25 949/1
injuries [2]   948/16
949/3
innocent [1]   967/24
inquire [1]   978/8
inside [4]   893/17
923/5 966/17 975/11
instantaneously [1]
927/16
instantly [1]
904/16
instead [3]   935/16
940/6 940/6
instruct [2]   980/19
980/20
instruction [4]
979/18 979/24 980/5
980/13
instructions [6]
893/11 979/7 979/19
979/20 980/24
980/25
intend [1]   907/2
intended [2]   941/13
978/2
intends [1]   978/9
intense [1]   890/24
intensified [2]
891/21 891/21
intention [3]
932/14 951/3 951/5
intentional [1]
903/4
intentionally [2]
903/10 907/5
interaction [5]
932/11 932/18
935/18 946/10 967/1
interactions [1]
925/17
interesting [2]
942/13 960/11
interfere [1]   907/2
interim [1]   897/1
interruption [1]
924/9
interview [7]   901/9
910/18 910/21 920/7
931/14 950/11
950/12
interviewed [2]

920/5 931/21
interviewing [1]
920/22
into [6]   896/9
912/13 916/7 929/3
934/5 942/21
introduced [2]
931/12 948/17
inverted [1]   904/20
involvement [1]
975/10
Island [1]   931/17
issue [3]   971/9
976/3 979/16
issues [3]   975/22
979/1 980/24

**J**

jacket [7]   932/12
935/8 935/16 935/24
937/2 940/17 947/3
January [42]   907/1
907/17 908/6 908/16
909/20 910/10
910/14 912/5 915/6
916/1 916/24 918/2
918/13 918/22 919/3
919/7 919/23 920/6
920/21 921/3 922/5
922/13 925/4 925/21
935/19 938/2 938/4
938/5 951/16 952/4
952/10 963/7 963/14
963/25 964/7 964/19
964/20 971/17 974/7
974/18 976/10
980/13
JEFF [3]   887/22
982/3 982/10
Jefferson [3]
890/22 969/21 970/4
Jenkins [1]   945/15
job [1]   907/6
Joggers [1]   976/16
JOHN [2]   887/2
887/3
joined [2]   892/22
892/25
JORDAN [1]   886/14
jostling [1]   930/19
journalist [1]
973/16
JUDGE [3]   886/11
975/19 980/12
judging [1]   927/7
July [1]   950/5
July 30th [1]   950/5
jury [21]   886/10
889/2 895/5 914/5
925/11 956/17 968/9
971/3 971/8 971/13
977/16 977/18 978/1
978/7 978/23 979/6
979/7 979/15 979/22
980/1 981/1
Justice [2]   886/14
890/10
justify [1]   930/21

**K**

keep [3]   899/6
904/19 947/2
keeping [1]   897/20
Kelly [1]   975/19
ken [1]   978/1
Kenneth [2]   910/3
911/25
kept [1]   940/6
Kevlar [1]   911/24
key [1]   970/25
kids [2]   898/10
898/10
kind [15]   895/9
895/11 903/16 905/8
923/3 924/3 926/18
929/18 930/11
933/15 936/11 939/7
942/8 943/1 945/8
kinds [2]   972/22
977/22
kit [5]   914/19
914/21 914/23
915/18 916/3
knew [12]   923/9
928/24 932/24 933/5
942/2 943/19 950/9
950/13 951/10
951/10 951/15 958/8
knife [2]   915/16
915/21
knives [1]   915/17
knowing [1]   951/13
knowledge [4]
948/11 948/16
976/21 978/5
known [2]   892/3
948/20
knows [2]   914/5
977/16
KONIG [10]   886/14
888/5 907/10 907/14
913/15 924/18 974/9
976/2 978/5 979/23
Kozaczuk [31]
910/18 924/7 925/1
925/9 925/14 925/22
931/13 931/23 932/8
932/20 934/8 935/5
935/7 938/9 940/14
941/8 941/20 943/23
945/10 946/8 947/1
947/3 950/7 952/17
952/23 953/19
953/23 954/17
955/17 957/23 961/3

**L**

Labor [1]   973/23
lack [4]   933/23
972/3 972/3 972/4
lacking [1]   976/18
ladies [3]   924/13
970/18 971/7
laid [1]   971/3
landed [1]   895/11
landing [8]   915/15
936/7 939/7 944/15
944/22 945/22 946/3

950/18
language [3]   942/10
942/10 980/4
last [10]   897/10
898/2 901/20 910/8
919/18 938/3 941/5
945/23 966/20
967/20
later [5]   906/20
915/8 931/12 962/13
963/15
latest [1]   907/10
law [12]   887/3
892/25 893/12
893/20 901/3 932/21
932/24 951/21
951/22 972/4 972/21
979/21
lawful [1]   890/5
lawn [2]   897/4
949/14
laws [1]   919/11
lawyer [1]   962/13
lawyers [1]   975/19
lay [1]   904/21
layer [1]   949/9
laying [2]   904/18
927/3
leaned [1]   934/20
learn [1]   906/20
least [5]   921/3
939/15 958/4 972/5
974/11
leave [9]   892/15
908/4 923/20 929/7
929/23 950/22 951/1
951/3 965/13
leaving [1]   901/20
left [12]   901/19
902/4 904/17 908/18
921/18 923/12
923/21 924/24
924/24 932/13 945/8
969/15
leg [2]   904/17
904/18
legal [4]   918/25
919/12 974/6 979/1
legally [2]   907/3
965/23
legs [2]   891/20
968/7
less [1]   967/23
less-than-lethal [1]
967/23
lethal [1]   967/23
level [6]   950/20
954/4 957/21 958/1
958/4 962/5
licensed [3]   918/21
918/24 919/3
lied [1]   977/2
lies [1]   980/2
lift [1]   902/18
light [1]   980/16
liked [1]   898/5
likewise [1]   980/11
limits [1]   896/14
limp [1]   891/21
limping [3]   891/18

# L

limping... [2]
891/18 891/19
line [16]   890/25
891/10 892/14
892/17 897/9 897/19
897/20 897/21
901/12 931/9 953/4
955/15 964/2 964/9
964/16 964/25
lines [1]   896/11
lip [2]   894/3 894/5
liquid [3]   939/12
939/15 940/18
listen [1]   964/24
listening [3]   905/9
909/15 913/11
literally [1]
894/25
little [14]   889/13
909/6 911/9 912/5
926/17 934/13 936/1
944/7 956/17 961/12
962/14 963/16
975/10 980/4
live [1]   976/21
lives [1]   969/16
load [2]   918/18
918/18
loaded [3]   918/13
921/19 921/21
loading [1]   906/18
locations [1]
975/25
long [9]   896/17
925/5 934/24 972/10
972/12 979/15
979/21 980/22
980/23
longer [3]   953/2
962/25 972/8
look [7]   894/9
900/9 900/10 903/22
929/5 934/15 980/14
looked [4]   919/19
939/11 969/12
972/16
looking [1]   938/13
looks [11]   912/23
916/6 925/25 934/12
938/13 938/15 939/5
939/10 943/24
945/25 946/10
lot [22]   893/16
893/17 896/4 896/8
896/10 896/19
897/25 900/6 906/4
907/15 933/7 933/8
939/18 957/9 970/24
971/21 972/16
972/24 973/7 973/13
974/3 977/21
lots [1]   933/14
loud [2]   936/13
939/22
louder [1]   898/7
loudspeaker [1]
939/23
lower [1]   932/16

luckily [1]   956/20
lump [1]   903/6
lunch [2]   889/7
981/2

# M

mad [2]   892/2 895/1
magazine [7]   917/25
921/8 921/10 921/14
921/22 921/23
921/24
magazines [1]   922/2
main [2]   942/23
956/17
maintaining [1]
890/25
majority [7]   893/5
893/14 897/6 920/3
920/14 921/1 930/8
makes [1]   952/3
making [9]   890/18
929/24 930/2 938/14
942/8 942/11 959/6
968/22 969/2
man [1]   932/12
man's [1]   932/18
mandatory [1]   952/4
manner [2]   904/24
956/19
many [1]   950/23
mark [7]   889/25
891/7 891/13 893/9
896/20 905/2 916/18
marked [2]   888/13
961/10
Maryland [6]   891/9
919/10 920/12
920/16 920/18 921/5
mask [15]   915/2
916/10 934/14
936/21 936/23
949/21 949/22
949/25 950/3 950/9
950/13 956/4 968/10
968/11 968/14
masks [3]   948/6
949/12 949/17
mass [1]   972/13
massive [2]   938/17
971/22
matter [3]   911/2
979/19 982/5
may [11]   912/2
961/6 961/8 972/9
972/10 975/22
975/23 978/8 978/25
980/10 980/14
maybe [14]   897/7
910/19 916/14
916/14 919/25
923/21 925/6 935/24
938/24 939/22 944/7
947/4 956/1 974/6
McBride [1]   974/6
Meal [1]   914/19
mean [22]   889/25
890/17 896/8 897/3
914/7 927/22 928/8
930/12 937/11 939/2
946/19 948/20

954/13 956/7 966/11
966/16 967/6 968/18
969/1 974/17 975/4
978/2
means [1]   908/1
meant [2]   940/9
966/13
med [1]   915/18
medical [1]   926/4
megaphone [6]   898/1
898/4 898/6 901/18
936/2 939/22
Mehta [1]   980/12
members [1]   966/1
Memorial [1]   923/24
mental [1]   967/12
mentality [1]
967/12
mentioned [2]   890/4
892/25
message [3]   908/21
928/14 929/16
messages [1]   899/24
met [3]   937/24
937/24 957/14
metal [2]   949/3
954/19
Metro [3]   891/10
893/4 893/7
mic [4]   909/12
909/16 909/19 916/4
microphone [1]
910/13
middle [2]   909/4
909/24
might [9]   892/24
900/13 907/25 911/1
926/17 956/13 975/9
975/10 978/15
military [3]   890/9
890/10 914/13
Miller [1]   917/19
million [1]   966/15
mind [7]   890/8
901/11 903/3 916/18
927/10 967/9 967/10
mine [1]   954/1
minute [7]   889/17
924/13 938/10
938/11 940/20
955/18 972/14
minutes [29]   897/20
900/12 900/16
923/22 924/1 924/14
924/25 925/6 925/10
925/14 925/20
931/24 931/24 934/1
939/4 949/22 956/1
956/6 957/18 957/24
961/4 961/5 961/15
961/16 971/4 971/9
979/15 980/23
980/25
misanswer [1]
928/21
mischaracterized [1]
947/21
misquoting [1]
965/7
misstate [1]   951/22

misstates [2]
951/21 952/7
misstep [1]   937/12
mix [1]   893/4
moment [7]   889/9
889/20 890/24
911/10 933/18 934/8
978/21
momentarily [1]
971/8
momentum [1]   902/7
month [1]   910/8
monument [4]   895/25
906/3 926/9 926/10
more [14]   894/23
905/1 905/10 912/19
916/18 919/11
928/20 936/23
937/12 939/17
939/22 955/6 964/4
975/10
morning [12]   907/14
976/5 978/17 978/25
979/4 979/14 980/6
980/8 980/9 980/12
980/20 981/3
most [2]   938/24
948/5
Mostly [1]   890/18
motion [3]   902/2
902/6 943/22
motions [2]   933/6
933/8
motivated [1]   964/8
mouth [3]   941/25
964/13 964/14
move [18]   893/13
893/15 893/15
893/15 897/14
897/17 897/21
897/22 897/22
897/25 913/22
938/10 939/4 940/12
942/20 952/23
976/16 980/11
moved [8]   901/12
941/3 941/5 942/14
942/17 942/21 968/1
976/16
movements [2]   902/8
941/25
moves [2]   975/13
976/13
moving [11]   893/16
897/11 898/17 900/5
939/16 943/21
943/22 944/4 969/9
971/18 975/23
Mr. [74]   889/3
889/7 889/16 894/14
905/7 905/22 906/25
907/7 907/10 907/13
907/14 912/24
913/15 922/20
924/18 924/20
924/22 935/21
935/22 935/23
938/13 938/25
938/25 939/5 939/6
940/16 940/24 941/4

**M**

Mr.... [46]   941/7
941/12 950/4 958/21
965/11 971/2 971/14
971/19 971/20
971/21 971/22
971/25 972/3 972/5
972/7 972/8 972/10
972/13 972/16
972/22 973/8 973/13
973/15 973/20 974/9
974/14 974/24 975/2
975/5 975/13 975/16
975/16 975/18 976/1
976/2 976/5 977/1
977/20 977/24 978/3
978/5 978/9 978/11
978/17 979/23
980/21
Mr. Alberts [25]
889/7 889/16 894/14
905/7 905/22 906/25
907/7 907/13 924/20
924/22 935/23
971/20 971/21
971/25 972/5 972/8
972/13 972/16
973/13 973/20
974/24 976/1 977/20
977/24 978/3
Mr. Hill [2]   978/9
978/11
Mr. Konig [8]
907/10 907/14
913/15 924/18 974/9
976/2 978/5 979/23
Mr. Pattis [3]
975/16 975/18 976/5
Mr. Pi [1]   912/24
Mr. Pierce [4]
889/3 922/20 958/21
965/11
Mr. Reffitt [11]
935/21 935/22
938/25 938/25 939/5
939/6 940/16 940/24
941/4 941/7 941/12
Mr. Reffitt's [1]
938/13
Mr. Roots [4]
974/14 975/2 975/5
977/1
Mr. Sumrall [13]
950/4 971/14 971/19
971/22 972/3 972/7
972/10 972/22 973/8
973/15 975/13
975/16 978/17
Mr. Sumrall's [2]
971/2 980/21
Ms. [33]   910/18
917/19 924/7 925/1
925/9 925/14 925/22
931/13 931/23 932/8
932/20 934/8 935/5
935/7 938/9 940/14
941/8 941/20 943/23
945/10 945/15 946/8
947/1 947/3 950/7

952/17 952/23
953/19 953/23
954/17 955/17
957/23 961/3
Ms. Jenkins [1]
945/15
Ms. Kozacuk [31]
910/18 924/7 925/1
925/9 925/14 925/22
931/13 931/23 932/8
932/20 934/8 935/5
935/7 938/9 940/14
941/8 941/20 943/23
945/10 946/8 947/1
947/3 950/7 952/17
952/23 953/19
953/23 954/17
955/17 957/23 961/3
Ms. Miller [1]
917/19
much [13]   889/6
897/10 900/15 907/7
936/12 937/5 942/18
950/1 950/1 956/9
956/14 972/8 972/14
multiple [5]   922/16
933/22 941/25 960/5
968/19
munitions [1]
967/10
must [1]   976/15
myself [3]   905/24
936/24 954/12

**N**

name [8]   908/19
910/5 926/9 935/9
935/13 935/15 938/3
938/3
named [2]   910/3
931/15
narrow [1]   938/23
nation's [1]   922/14
National [2]   896/1
965/22
Naturally [1]   918/1
near [5]   917/6
934/18 974/24
975/25 976/1
necessarily [2]
914/7 979/21
necessary [1]
905/14
need [10]   912/19
916/22 960/19
964/17 967/8 971/9
973/3 978/21 979/3
980/23
needed [2]   905/24
914/22
needing [1]   890/5
needs [1]   980/1
negative [1]   903/9
nerves [1]   890/23
new [4]   890/21
962/24 963/4 963/12
next [11]   941/6
951/8 952/14 953/11
955/2 956/6 957/21
959/5 961/19 961/21

962/8
nickname [4]   917/1
917/2 917/11 917/15
night [3]   915/8
973/14 979/5
nine [1]   946/8
nobody [2]   897/20
956/20
Nobody's [1]   890/25
NOHRIA [1]   886/20
noise [1]   936/13
non [2]   933/5 976/8
non-cumulative [1]
976/8
non-verbally [1]
933/5
nonbinding [1]
965/23
nonverbal [1]
939/15
Norm [1]   975/6
normal [1]   962/16
north [7]   892/13
892/19 892/23
893/18 894/25
897/17 907/23
northwest [1]   932/7
note [1]   974/20
notice [1]   896/13
noticed [5]   924/5
932/17 937/19
955/20 974/15
notifications [2]
898/20 899/1
notify [1]   905/24
noting [1]   925/20
notion [1]   967/15
notwithstanding [1]
977/7
November [1]   917/23
number [1]   900/17
numbered [1]   900/19
numerous [1]   977/15
NW [2]   886/21
887/24

**O**

o'clock [5]   889/25
893/8 896/22 916/15
978/25
oath [1]   959/17
obey [1]   890/5
object [1]   910/25
Objection [18]
894/6 903/12 903/19
906/10 906/22
909/24 918/25
919/12 928/6 928/17
932/2 943/10 947/21
951/21 952/7 960/3
969/23 970/11
obvious [1]   977/23
obviously [4]
944/20 951/10
951/13 978/3
occupy [1]   966/12
occur [1]   902/16
occurred [9]   892/16
894/16 896/5 897/12
897/13 901/3 909/22

947/9 975/24
occurring [2]
903/10 980/17
of the [1]   914/24
off [19]   891/5
891/5 891/11 892/16
892/22 894/25
895/12 895/23
896/14 897/3 904/23
916/17 916/19
924/24 930/5 939/17
955/14 955/23 956/4
offensive [2]
942/11 942/14
offensively [1]
942/21
offered [1]   911/2
offering [1]   911/4
officer [17]   900/14
902/17 925/17
926/16 927/7 941/21
946/11 959/22
963/19 967/2 969/13
973/7 974/1 977/25
978/4 978/13 978/15
officer's [1]   893/3
officers [47]
893/20 895/12
901/14 904/11 915/8
920/5 920/22 926/18
927/6 927/12 927/14
928/15 928/24
930/22 932/12
935/22 939/7 939/11
940/17 941/17
943/17 943/19
947/18 947/24 948/3
948/5 948/5 948/12
948/20 948/25 953/2
953/9 954/21 954/23
955/13 956/21
956/24 957/1 957/14
958/22 959/8 967/10
968/16 969/9 975/25
977/6 978/2
officers' [3]
894/18 895/11 962/4
Official [2]   887/23
982/3
officials [1]
952/10
OMB [1]   887/4
once [17]   897/24
904/12 908/4 916/20
923/2 923/9 932/17
934/3 937/2 944/21
944/25 945/7 953/2
953/3 953/6 953/8
962/4
one [46]   890/4
890/21 893/2 893/3
893/18 896/9 898/18
899/7 901/14 905/1
905/10 912/11
912/11 912/19
915/18 915/18
919/10 922/18 926/8
927/7 928/19 928/20
930/15 931/10
938/18 939/11

**O**

one... [20]   940/20
945/24 945/25 946/2
950/15 954/3 955/18
955/23 955/23 960/6
964/4 967/16 967/19
969/13 972/24
975/13 975/18
976/13 978/21
979/16
ones [3]   893/6
947/18 947/25
only [9]   892/8
904/18 910/25
936/10 938/6 947/18
947/24 951/19
960/11
onto [4]   900/1
912/9 923/25 932/17
open [2]   913/23
971/6
opened [4]   923/7
923/9 969/24 970/12
opening [1]   940/15
opinion [2]   890/1
908/1
opposed [1]   971/10
opposite [1]   892/17
oppression [1]
930/18
option [1]   911/17
orange [2]   939/13
939/14
order [3]   890/11
897/21 944/7
orders [5]   890/5
890/11 893/13 901/5
955/11
orientation [1]
971/18
originally [1]
909/8
others [1]   979/25
out [27]   892/21
895/15 896/3 896/18
897/14 897/19
901/10 902/14
904/17 905/23 908/5
916/12 923/18
924/12 929/4 940/2
944/7 945/3 964/13
964/14 968/11 971/3
975/11 978/14 979/9
979/13 980/24
outburst [1]   897/10
outer [1]   968/12
outfits [1]   932/22
outlined [1]   941/6
outside [3]   891/8
893/8 970/23
outstanding [1]
979/16
over [21]   898/12
909/3 909/8 942/21
954/23 954/24
955/22 960/4 962/4
966/8 966/11 966/13
966/14 970/13
970/24 970/25

973/18 975/14
977/14 977/15 979/7
overnight [1]   980/4
Overruled [12]
903/13 904/15 910/1
919/1 928/7 928/18
932/4 943/12 947/22
951/23 952/8 969/25
overthrow [5]
890/20 962/23 963/4
963/12 970/2
overview [6]   971/23
973/4 974/4 974/17
975/21 977/12
own [4]   894/24
897/15 911/17
974/11
Oxnard [1]   887/3

**P**

P.C [1]   887/3
p.m [11]   886/7
907/19 907/20
924/16 924/17 925/1
925/4 925/21 934/18
949/12 981/4
P.O [1]   886/15
PA [1]   886/19
pace [1]   924/1
paces [1]   897/18
PAGE [1]   888/2
pair [2]   914/14
914/16
pallet [3]   943/1
944/10 948/13
panic [1]   969/12
panned [1]   954/15
pants [1]   914/14
parking [11]   896/4
896/8 896/9 896/10
896/11 896/19
897/25 900/6 906/4
973/7 973/13
part [7]   914/24
915/3 915/5 952/3
960/21 962/13 964/8
particular [4]
910/12 944/21
954/24 977/13
particularly [1]
951/15
pass [2]   907/8
965/10
passionate [1]
889/20
passions [1]   898/15
passive [1]   913/9
past [6]   895/9
906/3 908/4 946/5
972/23 972/23
patch [3]   893/3
909/5 912/12
patches [2]   912/9
912/10
path [1]   924/4
pathway [3]   926/7
926/7 926/8
patient [1]   979/1
patriots [2]   960/14
961/19

Pattis [4]   975/6
975/16 975/18 976/5
pause [3]   935/7
938/16 939/6
paying [1]   901/11
Peace [6]   895/25
906/3 908/5 925/5
925/12 972/7
peaceful [1]   930/8
pending [1]   978/16
Pennsylvania [4]
896/5 896/18 900/6
973/7
people [62]   890/20
893/16 893/17
893/22 893/24
894/23 895/16 897/7
909/8 909/19 910/13
913/6 913/11 926/19
929/1 930/7 930/11
930/19 930/21
930/22 931/2 931/4
932/15 933/8 936/3
936/6 936/7 936/8
936/11 936/15
937/23 937/25 938/6
938/15 938/15
938/17 938/19
939/19 946/5 949/12
949/16 949/19
950/23 953/16 954/3
955/3 955/8 955/20
957/2 957/9 962/25
963/6 964/24 965/21
966/15 966/22
966/22 967/22
967/24 968/19 972/5
974/1
pepper [9]   937/10
941/12 947/19
947/25 948/2 948/6
950/1 956/1 956/9
PepperBalls [2]
928/25 967/23
perceived [1]   976/8
percent [5]   920/3
920/4 920/19 922/1
950/3
perceptions [1]
976/25
percipient [2]
974/10 975/24
perhaps [1]   967/15
perimeter [1]
968/12
permit [3]   919/15
919/16 919/18
permitted [6]
972/24 972/25
972/25 973/2 973/17
980/3
person [6]   901/20
921/2 927/1 938/2
953/24 971/10
personal [2]   894/24
912/16
personally [1]
956/9
persons [1]   906/7
petition [1]   959/16

pew [8]   917/9 917/9
917/10 917/10
917/13 917/13
917/21 917/21
pew-pew [4]   917/9
917/10 917/13
917/21
phone [10]   898/21
900/1 900/3 912/14
912/16 913/15
923/16 923/17
923/19 923/22
phones [2]   970/19
971/10
photo [3]   908/18
927/23 945/23
photos [1]   942/16
physical [1]   903/16
physically [2]
966/11 966/11
physically-physically [1]
966/11
Pi [2]   910/6 912/24
pick [2]   905/11
905/21
picked [1]   943/5
picking [1]   955/21
picture [11]   892/9
892/15 893/25 909/4
912/14 912/14
912/20 915/20 917/5
933/18 934/5
pictures [5]   899/22
908/9 912/18 948/17
951/12
PIERCE [8]   887/2
887/3 888/4 888/6
889/3 922/20 958/21
965/11
piercing [1]   936/13
piping [1]   895/9
place [8]   897/11
932/17 951/7 951/8
951/17 954/23
954/24 976/17
placed [5]   934/22
943/3 943/4 943/4
975/13
places [4]   908/8
948/21 966/16
974/12
plainclothes [1]
929/22
Plaintiff [1]   886/4
plan [2]   965/20
966/1
plate [10]   911/11
911/14 911/16
911/20 911/22 912/1
912/2 912/7 913/17
936/25
plates [4]   911/15
911/16 911/18
911/20
play [38]   889/12
889/13 891/12
894/12 895/5 900/12
900/15 902/25 904/1
905/1 905/2 905/3
910/18 924/7 925/1

**P**

play... **[23]**   925/10
925/14 925/22
931/13 931/23 932/8
934/8 935/5 940/20
941/8 945/10 946/8
947/1 947/4 952/17
953/19 954/17 955/6
955/17 957/23
960/22 961/3 977/17
played **[35]**   889/15
891/15 894/13 895/7
900/24 902/11 903/2
904/7 905/5 905/12
905/17 905/20 913/1
913/4 925/3 925/15
925/24 926/16
931/11 932/1 934/9
935/6 940/22 941/10
946/9 947/5 953/21
954/18 955/7 955/19
957/25 958/21
960/22 961/17
962/13
playing **[5]**   912/24
938/12 940/15 961/6
961/12
plays **[1]**   961/14
plaza **[1]**   950/19
please **[8]**   892/4
899/14 899/17
900/11 905/19
913/14 928/20
943/11
plenty **[1]**   912/18
pocket **[3]**   915/16
915/17 915/18
podcast **[8]**   909/23
910/3 911/25 912/3
913/20 931/14
931/19 950/5
point **[39]**   891/4
891/5 893/1 893/2
894/2 896/9 897/6
898/1 900/5 901/4
906/3 922/8 922/10
922/23 923/21 925/4
929/10 929/25 930/9
937/10 941/12
944/14 944/25
945/21 945/24 947/8
950/15 950/17
958/10 964/13
966/14 967/11
968/15 969/7 969/9
971/15 975/11
977/19 979/14
pointed **[4]**   933/21
933/22 940/25
940/25
pointing **[3]**   931/10
939/6 941/21
points **[2]**   898/5
972/2
pole **[1]**   949/3
police **[34]**   890/13
890/25 891/1 891/8
891/9 892/14 892/17
892/24 893/3 893/4

897/9 897/13 897/17
897/21 901/12
902/23 904/11
906/16 920/5 920/22
925/18 930/21 934/6
947/13 947/16 973/6
973/6 973/22 973/25
974/17 975/12
976/13 976/22
976/23
policies **[1]**   976/25
political **[1]**   891/1
pond **[1]**   973/19
portion **[1]**   893/18
position **[2]**   941/5
971/19
possible **[2]**   893/16
945/2
potential **[1]**   977/7
potentially **[1]**
976/2
pouch **[3]**   915/24
915/25 916/4
poured **[1]**   955/22
pow **[2]**   917/3 917/3
pow-pow **[1]**   917/3
power **[2]**   890/12
966/22
precisely **[1]**   902/2
prepared **[6]**   914/9
914/10 978/16
978/18 980/20 981/2
presence **[2]**   975/25
977/6
present **[4]**   889/2
971/13 978/23 979/6
President **[1]**
922/15
presumably **[1]**
980/18
presuming **[1]**   977/6
pretty **[19]**   897/9
906/5 909/4 911/23
926/20 927/14 929/2
930/7 930/8 932/15
933/3 936/10 936/22
937/5 937/16 938/23
942/18 979/8 980/11
previous **[1]**   921/17
previously **[3]**
889/23 956/16
974/21
print **[1]**   980/24
prior **[14]**   890/9
891/19 894/22
897/17 899/11
901/10 911/5 923/18
923/19 923/19
928/10 928/13 934/1
979/10
probably **[6]**   896/21
896/21 954/5 956/16
980/23 981/2
problem **[2]**   905/11
916/9
problems **[1]**   974/21
procedures **[1]**
976/24
proceedings **[2]**
981/4 982/5

processes **[1]**   928/9
processing **[1]**
906/19
promise **[1]**   961/22
proper **[1]**   974/16
propose **[1]**   980/4
proposed **[1]**   979/19
protect **[1]**   967/24
protected **[1]**   951/4
protection **[1]**
949/9
protective **[1]**
949/10
protest **[2]**   972/25
977/22
protester **[2]**   894/2
916/17
protesters **[9]**
890/2 906/18 928/15
947/19 953/3 953/8
955/14 962/22
977/25
protests **[1]**   973/2
Proud **[1]**   975/19
provided **[1]**   975/14
proximity **[1]**
895/17
pull **[2]**   908/14
913/14
pulling **[1]**   900/4
purposefully **[1]**
931/11
purposes **[3]**   892/8
900/12 910/24
push **[6]**   891/10
892/19 894/1 896/21
931/3 931/11
pushed **[7]**   892/14
897/3 897/23 944/5
944/6 946/17 947/6
pushing **[4]**   931/5
944/1 944/4 955/9
put **[8]**   904/16
906/18 916/10
916/13 923/23
929/20 936/23
967/21
putting **[1]**   977/12

**Q**

quick **[2]**   898/18
946/13
quickly **[3]**   913/15
945/1 980/11
quiet **[1]**   961/12
quote **[9]**   890/21
950/9 960/15 960/16
960/17 963/1 969/20
970/3 970/6
quoting **[1]**   950/11

**R**

rack **[2]**   916/17
934/20
racks **[17]**   954/19
954/20 954/21
954/22 954/25 955/4
955/9 955/13 955/15
969/8 969/9 969/15
975/13 975/23

976/14 976/16
976/17
radio **[9]**   910/14
913/5 913/8 916/2
916/3 916/3 916/4
975/14 976/15
railing **[6]**   932/18
937/11 937/19 939/1
939/3 956/8
rallies **[1]**   922/17
rally **[8]**   922/15
922/18 922/19
923/12 923/14
923/15 924/3 924/24
ran **[4]**   953/1 953/3
953/6 954/4
re **[1]**   961/2
re-ask **[1]**   961/2
read **[4]**   920/8
960/23 961/13
980/25
Ready **[1]**   914/19
real **[3]**   890/23
946/13 956/19
reality **[2]**   948/9
953/1
realized **[1]**   904/12
really **[6]**   901/11
905/9 938/18 942/6
949/25 956/1
reason **[2]**   904/18
932/10
reasoning **[1]**   936/3
rebuttal **[3]**   974/16
976/22 978/20
recall **[20]**   890/15
891/25 893/12 898/2
899/10 900/1 900/5
900/25 903/4 903/10
909/6 933/18 966/9
967/4 967/14 967/17
968/24 969/6 969/10
970/4
receive **[3]**   898/20
898/25 913/7
received **[3]**   899/23
899/24 910/15
receiving **[7]**
899/10 899/15 900/1
909/21 910/16
910/17 913/10
Recess **[1]**   924/16
recollection **[1]**
901/2
record **[3]**   924/17
925/20 982/5
records **[2]**   918/23
965/12
recovered **[1]**   923/3
Red **[1]**   979/20
Redirect **[2]**   888/6
965/15
reek **[2]**   956/13
956/14
reeked **[1]**   956/10
refer **[1]**   927/20
reference **[3]**
890/13 913/17
969/19
references **[1]**

**R**

references... [1]
968/22
referred [4]   912/2
914/3 918/4 922/11
referring [7]
911/23 912/19 917/8
917/12 917/13
917/16 968/15
Reffitt [18]   935/14
935/16 935/21
935/22 937/24 938/1
938/7 938/25 938/25
939/5 939/6 940/16
940/24 941/4 941/7
941/12 945/24 957/3
Reffitt's [2]   937/4
938/13
regard [1]   950/12
registered [1]
919/7
registration [3]
919/4 919/9 919/11
reinforced [2]
893/8 897/24
reinstate [4]
890/21 962/24 963/4
963/12
relevance [4]   894/6
906/10 969/23
971/24
relevant [7]   894/1
972/11 974/19
975/22 976/2 976/7
977/6
remainder [1]
971/11
remember [22]   893/2
896/10 898/9 899/14
901/7 901/21 909/5
911/23 912/3 920/7
923/16 926/9 926/11
926/15 926/20
926/23 927/24 931/9
953/14 959/3 970/6
972/14
Remind [1]   966/18
remove [1]   904/22
removed [1]   894/3
render [1]   914/22
reorient [1]   925/11
reorienting [1]
925/16
repeat [2]   928/19
964/4
repeated [2]   968/22
969/19
rephrase [1]   903/8
replay [1]   902/10
Reporter [3]   887/22
887/23 982/3
representatives [2]
964/24 966/21
represented [2]
966/20 975/2
representing [3]
973/5 973/21 975/7
republic [1]   966/20
required [1]   951/19

research [2]   979/5
980/4
resist [1]   930/18
resistance [1]
957/14
resisting [4]
930/15 930/19
967/16 967/19
resolve [1]   980/24
respect [2]   967/1
977/5
rest [6]   895/12
941/8 957/24 963/1
978/16 978/18
restricted [1]
896/14
restrictions [1]
972/4
result [1]   903/17
results [1]   952/5
retreat [1]   945/1
retreated [2]   945/7
946/18
retreating [4]
945/5 946/19 946/21
946/22
reviewed [1]   971/21
rid [3]   929/4 943/6
943/7
right [135]
right-handed [1]
918/11
rights [6]   920/8
920/9 930/16 967/16
967/19 975/1
riot [20]   896/1
927/15 927/17
927/20 927/21
927/24 928/10
929/10 929/16
929/17 929/21
929/22 929/25
929/25 930/4 930/7
930/20 931/5 931/5
931/11
ripped [1]   945/3
road [2]   896/8
896/11
Robinson [1]   904/2
ROGER [1]   887/2
rolled [1]   969/13
room [2]   887/24
971/8
ROOTS [5]   887/2
974/14 975/2 975/5
977/1
Roughly [4]   910/9
910/20 920/3 925/6
round [3]   918/18
922/1 936/22
rounds [6]   921/21
921/23 921/25 922/3
936/24 967/23
rubber [2]   960/8
968/12
run [1]   953/7
running [1]   969/16
rush [1]   967/8

**S**

Safe [1]   925/8
safest [1]   904/24
safety [2]   936/14
940/11
same [8]   897/16
899/14 920/25 921/1
921/11 934/24
956/19 977/17
SAMUEL [1]   886/17
sand [3]   964/2
964/9 964/25
sat [2]   937/19
940/1
save [1]   911/9
saw [29]   889/16
892/18 893/6 893/22
894/2 902/12 924/2
927/2 929/17 929/18
930/23 930/24 931/1
931/2 932/11 932/15
933/20 933/20 937/7
947/10 953/8 958/5
968/4 972/19 972/20
972/20 974/18 976/8
977/5
saying [9]   891/24
891/25 898/5 898/6
898/16 907/24
913/12 933/2 942/9
scaffolding [7]
895/10 928/3 931/3
938/20 942/24
950/22 950/24
scared [1]   937/16
schedule [2]   971/12
979/3
screaming [1]   897/2
screen [2]   927/5
945/18
screenshot [1]
900/3
scroll [2]   938/10
939/4
seal [4]   950/3
968/10 968/11
968/13
searched [1]   906/18
second [5]   891/13
893/13 904/16 926/8
970/8
seconds [26]   902/10
902/25 905/18
925/10 925/22
925/23 925/25
931/24 931/25 935/8
939/5 940/21 946/8
947/1 947/4 953/20
953/23 954/10
954/17 955/3 955/6
955/18 961/4 961/5
961/15 961/16
secure [1]   965/21
seeing [5]   893/2
893/11 899/14
947/11 969/10
seemed [1]   947/15
seems [4]   936/1
936/2 936/4 979/25

self [4]   979/17
979/25 980/5 980/13
self-defense [4]
979/17 979/25 980/5
980/13
Senators' [1]   896/9
sense [1]   894/4
separate [2]   911/17
916/12
Sergeant [2]   940/23
942/20
seriously [1]
959/17
service [1]   890/9
SESSION [1]   886/8
set [1]   897/18
sets [1]   937/8
setup [1]   909/17
several [1]   972/2
SHALIN [1]   886/20
shall [1]   952/12
shield [2]   943/15
943/16
shifts [1]   980/1
shined [2]   915/8
915/13
shit [2]   950/9
950/14
shoot [5]   933/13
936/18 936/20 960/8
979/2
shooting [4]   928/1
928/5 936/19 967/10
short [1]   909/21
shortly [10]   891/7
893/25 906/9 906/15
916/16 923/18
923/19 927/8 927/9
932/19
shot [11]   893/24
894/2 894/5 897/3
932/15 936/4 936/8
946/12 946/16
949/19 967/22
shoved [1]   946/13
show [7]   889/11
894/8 901/19 905/15
972/13 974/24
977/18
showed [5]   890/2
891/9 933/21 945/23
966/6
showing [1]   961/10
side [16]   891/11
892/19 892/23
894/25 894/25
897/17 907/23
907/23 908/14
908/14 915/21 918/9
923/24 926/9 926/11
928/3
side-by-side [1]
908/14
Sidebar [2]   913/16
970/20
sides [1]   942/24
sidewalk [1]   896/4
sight [1]   974/1
sign [1]   939/15
signage [5]   972/3

**S**

**signage... [4]**
972/19 972/20
975/25 977/5
**signed [1]**   920/8
**signs [3]**   896/13
972/9 973/9
**silently [1]**   961/14
**silicone [1]**   968/11
**similar [1]**   953/25
**simply [1]**   902/8
**single [2]**   898/12
938/2
**sit [1]**   966/24
**sitting [1]**   957/10
**six [1]**   951/1
**size [2]**   897/6
903/6
**ski [1]**   915/2
**slip [2]**   937/19
937/20
**slipped [2]**   937/7
937/18
**slippery [7]**   937/9
937/13 937/14
937/16 937/17
937/18 937/22
**slowly [1]**   893/23
**small [3]**   905/1
905/3 915/23
**snippet [1]**   905/1
**socks [2]**   914/15
914/16
**soldiers [1]**   890/10
**solely [1]**   909/15
**somebody [13]**
891/25 895/17
895/18 898/5 898/8
901/22 901/23
901/25 930/13
934/22 949/3 954/9
954/14
**someone [3]**   909/23
910/3 931/14
**someone's [1]**   968/9
**sometime [4]**   908/6
916/13 923/13
978/19
**somewhat [2]**   935/22
941/3
**somewhere [1]**   958/2
**soon [8]**   926/19
926/21 926/21
926/23 927/14 967/3
967/4 967/7
**sorry [15]**   892/8
900/17 903/25 905/3
905/18 917/10
923/19 924/21
926/15 945/1 945/13
945/17 947/13
952/18 961/15
**sort [10]**   895/5
896/25 911/21
924/12 938/10
946/22 949/9 952/3
952/5 979/21
**sorts [1]**   933/8
**sound [3]**   891/23

**900/16 978/11
sounds [4]**   910/5
910/7 958/3 979/14
**speak [5]**   928/8
933/19 947/14
947/17 953/6
**speaking [2]**   889/16
896/25
**speaks [1]**   978/3
**special [4]**   915/22
922/11 923/17
963/19
**specifically [3]**
926/11 951/24 960/6
**speculation [2]**
928/6 928/17
**speech [7]**   890/22
891/1 951/4 951/6
959/15 962/16
968/20
**spoke [1]**   910/8
**spots [1]**   896/11
**spray [5]**   937/10
941/12 950/1 956/1
956/9
**sprayed [11]**   893/23
930/9 932/19 934/7
937/7 937/12 939/14
948/6 956/2 956/16
957/3
**spraying [10]**
939/12 939/19
940/18 940/19
941/18 947/7 947/19
947/25 948/2 968/4
**squared [1]**   897/24
**staff [1]**   896/10
**stage [1]**   915/15
**staircase [5]**
891/20 941/4 977/14
977/15 977/16
**stairs [1]**   916/20
939/1 946/20 947/9
948/12
**stamp [1]**   927/10
**stamped [1]**   923/16
**stand [4]**   952/12
973/5 973/21 977/3
**standard [2]**   921/23
921/24
**standing [5]**   893/7
897/2 897/8 937/4
938/14
**star [1]**   909/7
**starfished [1]**
904/17
**start [8]**   898/17
912/23 912/24
925/10 940/14
940/20 961/6 979/4
**started [6]**   901/12
901/16 906/17
923/13 927/14 979/7
**starting [10]**
889/13 891/12 904/2
925/22 931/23
945/20 951/18
951/19 951/25 961/5
**state [8]**   891/8
891/9 893/2 919/4

**919/5 919/9 919/9
967/13
stated [1]**   919/25
**statement [2]**   932/3
968/23
**statements [5]**
911/1 911/4 911/5
974/12 976/20
**states [6]**   886/1
886/3 886/11 907/5
907/17 951/24
**Station [1]**   886/15
**stay [1]**   953/11
**stayed [2]**   904/18
945/9
**staying [1]**   926/11
**step [4]**   895/12
918/18 970/16 971/8
**stepped [5]**   937/11
964/3 964/10 965/1
965/2
**steps [54]**   889/23
889/24 890/3 893/14
894/22 895/1 896/21
897/4 927/17 927/23
928/2 932/7 932/11
932/16 932/17
932/17 933/13
933/20 934/18
934/18 934/21 936/3
938/6 938/22 939/17
940/1 942/15 942/17
943/17 943/22
945/24 946/1 946/23
946/24 947/6 947/20
951/5 953/2 953/3
953/6 953/7 953/10
954/4 955/16 956/24
957/2 957/8 957/15
958/10 960/6 967/8
968/1 968/4 969/8
**Steven [2]**   977/10
977/21
**stick [1]**   902/24
**still [23]**   889/7
889/8 890/24 890/24
892/11 893/24
895/22 897/3 897/4
897/5 910/17 930/8
936/22 938/14 939/1
946/12 946/16
956/10 956/13
956/14 976/4 976/6
979/3
**stipulate [1]**
928/13
**stood [1]**   937/13
**stop [9]**   889/14
895/24 897/19 907/5
929/24 930/2 946/20
955/11 971/24
**stopped [3]**   901/13
901/14 960/1
**stopping [5]**   890/14
958/24 959/7 959/23
968/23 969/2 969/2
969/3
**StopTheSteal [2]**
922/15 922/19
**storm [1]**   966/16

**straight [1]**   895/10
straps [1]**   965/23
**street [5]**   886/18
886/21 887/3 923/25
972/23
**stricken [1]**   978/15
**strike [2]**   903/5
905/3
**struck [2]**   903/11
903/17
**subject [1]**   917/17
**subpoena [1]**   978/14
**suddenly [1]**   944/25
**sufficient [1]**
914/25
**suit [2]**   929/13
929/14
**Suite [2]**   886/18
887/4
**summarize [2]**
940/11 950/17
**summarizing [1]**
963/25
**Sumrall [18]**   931/15
950/4 950/4 970/23
971/14 971/16
971/19 971/22 972/3
972/7 972/10 972/22
973/8 973/15 973/25
975/13 975/16
978/17
**Sumrall's [2]**   971/2
980/21
**support [1]**   979/17
**supposed [2]**   930/15
966/21
**sure [20]**   896/3
906/5 909/4 911/23
912/18 912/20
913/20 917/15
926/20 929/5 932/2
932/15 933/3 936/10
936/22 950/15 964/5
964/13 966/15 971/5
**surely [1]**   920/7
**Surround [1]**   966/15
**surrounding [1]**
966/13
**suspect [2]**   980/12
980/22
**suspected [1]**
956/13
**sustain [1]**   970/13
**sustained [7]**   894/7
903/20 906/11
906/23 919/13 949/3
970/13
**swinging [1]**   948/23
**sworn [1]**   921/17

**T**

**talk [7]**   907/15
909/18 936/6 936/9
955/3 960/4 977/23
**talked [6]**   901/14
910/10 939/24
963/15 964/11 976/9
**talking [11]**   896/6
913/2 919/22 925/1
926/3 940/24 941/4

**T**

**talking... [4]**
945/22 949/11 963/2
977/1
**tape [1]** 962/13
**Taurus [1]** 921/24
**teach [1]** 942/12
**teams [1]** 974/6
**technically [1]**
911/16
**technology [1]**
924/11
**telling [6]** 920/20
920/25 931/9 942/7
972/5 974/1
**tells [1]** 973/24
**tend [1]** 979/20
**tensions [6]** 890/1
890/23 894/21
898/15 930/10
958/23
**terms [4]** 901/8
902/2 902/13 902/17
**terrace [12]** 889/8
891/6 891/11 892/12
892/16 892/22
892/23 893/19
897/17 907/23 928/3
962/8
**terrorists [2]**
958/22 968/16
**testified [11]**
913/25 915/22
917/19 921/1 925/18
939/24 959/23
975/12 976/13 978/3
978/4
**testify [8]** 960/18
974/17 976/7 976/7
977/5 977/7 980/21
980/22
**testifying [3]**
922/24 975/17
978/12
**testimony [21]**
900/14 916/19
918/17 921/17 926/4
931/4 933/15 933/24
937/15 942/25
944/24 945/8 951/1
952/7 955/25 958/12
971/2 974/13 975/21
975/21 975/24
**texting [1]** 917/18
**Thanks [1]** 916/8
**the steps [1]**
953/10
**Thomas [5]** 890/21
910/4 912/1 969/20
970/3
**though [5]** 891/23
922/7 922/10 938/25
974/20
**thought [2]** 928/8
949/19
**thousands [2]**
971/23 974/4
**three [10]** 897/18
898/10 914/3 914/5

914/6 914/8 925/14
925/20 953/23 959/1
**three-day [2]** 914/3
914/5
**threes [1]** 897/18
**threw [4]** 894/17
896/22 962/3 962/10
**throat [3]** 909/12
909/16 916/4
**throughout [3]**
897/7 898/13 937/9
**throw [1]** 895/16
**throwing [1]** 929/3
**tie [2]** 965/24
966/1
**timeframe [8]**
893/12 893/21
895/23 902/16 906/6
909/22 927/8 959/2
**timer [1]** 905/16
**times [8]** 904/8
907/23 953/13
953/14 974/12 976/1
977/6 977/15
**tired [1]** 930/9
**today [5]** 907/16
917/6 962/20 966/24
975/6
**together [1]** 952/11
**told [14]** 905/24
910/12 917/21
920/15 920/18
920/24 920/24
922/20 926/19
936/17 973/23 975/6
975/20 975/23
**tomorrow [7]** 978/17
978/18 978/25 979/4
979/14 980/12
980/17
**tone [1]** 942/1
**took [10]** 889/7
891/20 893/14 902/4
912/14 916/19
932/16 947/20 956/4
959/17
**top [14]** 891/20
915/14 944/15
945/22 951/5 955/16
956/3 956/24 957/15
957/20 957/20 958/1
960/5 969/7
**tossing [1]** 977/21
**touched [1]** 903/1
**toward [4]** 898/17
900/5 940/24 971/19
**towards [6]** 895/25
897/8 933/11 942/8
943/17 948/13
**transcript [4]**
886/10 960/20
960/22 982/4
**transmissions [1]**
910/16
**transmit [2]** 913/8
913/8
**Transportation [1]**
965/22
**trial [4]** 886/10
975/19 976/9 976/11

**tried [1]** 978/4
**trouble [1]** 924/10
**trousers [1]** 914/13
**truck [2]** 973/22
975/22
**true [2]** 969/14
982/4
**Trump [1]** 923/14
**Trump's [1]** 922/15
**truth [1]** 911/2
**try [6]** 895/18
902/13 905/10 915/9
916/12 924/11
**trying [2]** 904/19
904/22 904/23
907/24 915/14
928/23 928/25 929/6
929/8 929/9 933/16
940/17 941/23 942/2
945/1 947/12 947/13
947/16 954/12 955/8
957/3 957/8
**turn [6]** 890/10
902/4 902/8 922/13
932/6 934/10
**turned [3]** 896/9
901/19 901/24
**turning [1]** 902/13
**turtle [2]** 929/13
929/14
**Twitter [3]** 898/23
899/1 900/2
**two [13]** 889/17
896/23 898/18 905/3
906/17 909/5 912/10
913/7 915/16 925/10
939/4 948/5 957/24
**type [1]** 954/2
**typically [3]** 912/4
915/12 949/4
**tyrannical [1]**
970/3
**tyranny [3]** 930/15
967/16 967/19

**U**

**U.S [2]** 886/14
887/23
**Uh [1]** 930/25
**ultimately [1]**
896/3
**unarmed [2]** 960/14
961/22
**Unbeknownst [1]**
948/4
**unconstitutional [1]**
890/11
**under [5]** 904/12
908/24 909/2 918/3
979/12
**under-the-waistband [1]**
918/3
**understands [1]**
968/10
**understood [1]**
930/11
**unfortunately [1]**
978/13
**Uniform [1]** 890/9
**uniformed [1]**

956/22
**uniforms [2]** 893/3
932/22
**unique [1]** 979/11
**unit [4]** 912/12
927/22 929/11
929/19
**UNITED [4]** 886/1
886/3 886/11 907/16
**Unknown [1]** 923/7
**unlawful [1]** 890/11
**up [115]**
**upper [6]** 889/8
891/6 892/11 892/16
894/3 962/8
**upset [2]** 890/2
890/23
**USAO [2]** 886/18
886/21
**USAO-DC [1]** 886/21
**use [9]** 893/21
898/6 898/11 909/16
915/12 928/14
935/15 977/11 979/9
**used [19]** 891/1
896/2 903/8 910/23
912/3 915/6 915/10
915/15 916/22
926/24 927/17
927/24 928/11 930/5
943/9 943/14 943/16
949/2 979/10
**useless [1]** 956/5
**using [9]** 893/11
910/13 927/15
927/21 928/24 933/6
933/9 937/10 963/11
**usually [1]** 966/4

**V**

**valid [1]** 898/5
**vapor [1]** 968/13
**Velcro [1]** 916/5
**verbal [3]** 933/23
933/25 934/1
**verbalized [1]**
941/1
**verbally [3]** 892/3
901/5 933/5
**verify [1]** 954/5
**version [1]** 900/19
**version of [1]**
900/19
**versus [1]** 900/4
**vest [7]** 911/17
911/24 912/8 915/24
935/1 935/2 936/25
**vests [1]** 893/6
**vicinity [1]** 927/4
**video [76]** 889/15
891/7 891/15 891/16
893/6 893/22 894/13
894/14 895/7 895/8
896/20 897/9 900/10
900/24 902/11 903/2
904/7 905/5 905/12
905/17 905/20
923/16 923/19
923/22 923/25 925/3
925/15 925/24

**V**

**video... [48]**
926/16 931/2 931/12
931/19 932/1 934/9
935/6 938/12 939/10
940/22 941/9 941/10
945/4 946/9 947/5
947/15 948/8 952/25
953/1 953/12 953/21
954/9 954/12 954/18
955/7 955/12 955/15
955/19 957/24
957/25 958/25 959/3
960/1 961/17 966/6
968/4 968/6 969/10
969/11 969/13
969/14 971/21
972/13 972/24
973/17 973/20 974/3
978/3
**video that [1]**
945/4
**videographer [1]**
971/20
**videos [10]**  908/11
958/5 970/25 970/25
972/16 972/19
974/22 977/13
977/17 977/23
**videotaped [1]**
950/5
**view [2]**  892/17
892/18
**viewed [1]**  974/4
**violence [1]**  897/8
**violently [1]**
890/25
**Virginia [3]**  891/8
893/2 926/10
**visitors [1]**  892/21
**voice [10]**  890/18
898/7 922/21 930/5
951/9 959/6 960/2
964/11 964/21 965/4
**voices [6]**  890/2
929/24 930/2 953/18
960/7 969/2
**voluntary [2]**  919/4
919/9
**votes [4]**  907/4
951/25 952/4 952/11

**W**

**waistband [1]**  918/3
**wait [1]**  979/15
**waive [1]**  975/8
**walk [2]**  901/12
969/15
**walked [2]**  901/10
923/18
**walked out [1]**
923/18
**walking [11]**  897/16
898/10 898/20
901/17 923/24 924/5
931/9 937/6 943/16
956/7 966/7
**walkway [2]**  916/12
916/14

**wall [1]**  897/23
**Walnut [1]**  886/18
**wants [1]**  960/24
**war [2]**  923/24
961/25
**warning [4]**  917/6
928/10 928/13 934/1
**warnings [1]**  933/25
**Washington [4]**
886/5 886/16 886/22
887/25
**watch [2]**  947/2
955/2
**watched [4]**  897/9
930/12 968/19
971/22
**watching [2]**  947/15
968/6
**water [11]**  894/17
895/3 896/17 897/12
955/20 955/21
955/21 962/3 962/10
973/18 977/21
**waved [2]**  953/14
953/16
**waving [1]**  953/13
**way [22]**  896/13
897/16 901/17
901/17 901/24
917/12 917/13 928/2
933/12 933/13
936/24 938/21 940/9
953/9 956/14 959/20
966/4 966/5 966/19
966/22 967/21
973/21
**ways [2]**  913/7
948/21
**weapons [1]**  918/4
**wear [1]**  912/4
**wearing [8]**  909/10
911/11 929/12
932/21 934/23 948/6
949/5 950/8
**Webster [1]**  980/13
**Wednesday [1]**
980/18
**week [1]**  898/2
**welcome [1]**  945/16
**welcomed [3]**  944/18
944/19 944/22
**weren't [9]**  919/5
920/6 933/10 933/11
933/25 946/17
948/12 958/17
969/16
**west [16]**  889/8
891/6 891/11 892/11
892/16 892/19
892/22 894/22
894/25 907/23
926/10 926/11 928/3
949/14 950/19 962/8
**what is [1]**  902/23
**what's [8]**  890/14
918/6 935/13 958/24
959/7 959/24 961/10
968/23
**when's [1]**  968/5
**who's [1]**  976/23

**whole [4]**  960/15
960/16 968/12 981/1
**wide [1]**  938/24
**willing [8]**  936/23
967/21 967/24
968/20 975/7 975/7
976/7 977/7
**wipe [1]**  956/18
**wiping [1]**  946/2
**within [3]**  891/2
971/2 978/1
**without [5]**  898/12
909/16 949/12
949/17 950/12
**witness [26]**  888/2
899/13 899/21 907/8
940/19 947/15 960/4
960/23 961/7 965/10
970/22 971/17
971/23 973/4 973/4
973/21 974/4 974/11
974/11 974/17
975/11 975/24 976/6
976/17 976/23
977/12
**witnessed [3]**
889/23 894/22
894/23
**witnesses [2]**
921/17 978/9
**witnessing [2]**
894/21 958/18
**woman [2]**  898/9
976/23
**wondering [1]**  897/2
**wooden [2]**  943/1
944/10
**Woodland [1]**  887/4
**word [2]**  896/10
958/8
**words [18]**  889/19
893/10 898/13 909/2
909/3 909/7 912/3
926/24 929/2 930/14
939/18 939/20
939/22 949/16
949/19 950/13
950/15 965/5
**wore [2]**  908/16
950/13
**work [6]**  917/22
929/2 939/18 966/19
966/21 976/21
**working [4]**  938/21
939/20 972/24 974/5
**works [1]**  913/7
**World [1]**  923/24
**worry [1]**  967/7
**wrap [1]**  906/25
**writing [1]**  954/1
**wrong [9]**  894/20
895/14 901/16
901/19 904/20
928/23 929/19
929/20 959/11

**Y**

**Y'all [1]**  961/25
**yards [1]**  974/22
**years [3]**  909/5

909/9 976/24
**yelled [1]**  958/21
**yelling [2]**  897/2
940/6
**yellow [1]**  893/6
**You said [1]**  902/20