<pre>
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2


 3
      UNITED STATES OF AMERICA,
 4                                          Criminal Action
                 Plaintiff,                 No. 1:21-cr-0026
 5
           vs.                              Washington, DC
 6                                          April 18, 2023
      CHRISTOPHER ALBERTS,
 7                                          1:39 p.m.
                 Defendant.
 8      _____/        *AFTERNOON SESSION*

 9

10                    TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                  UNITED STATES DISTRICT JUDGE

12


13    APPEARANCES:

14    For the Government:      JORDAN KONIG
                                U.S. Department of Justice
15                              P.O. Box 55
                                Ben Franklin Station
16                              Washington, DC 20044

17

18                             SAMUEL DALKE
                                DOJ-USAO
19                              228 Walnut Street, Suite 220
                                Harrisburg, PA 17101

20

21                             SHALIN NOHRIA
                                USAO-DC
22                              601 D Street, NW
                                Washington, DC 20001

23

24

25    (Continued)
</pre>

1    **APPEARANCES CONTINUED**:

2    **For the Defendant:**        **JOHN PIERCE**
                                    **ROGER ROOTS**
3                                   John Pierce Law P.C.
                                    21550 Oxnard Street
4                                   Suite 3rd Floor OMB #172
                                    Woodland Hills, CA 91367
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   **Court Reporter:**           **JEFF HOOK**
                                    Official Court Reporter
                                    U.S. District & Bankruptcy Courts
24                                  333 Constitution Avenue, NW
                                    Room 4700-C
25                                  Washington, DC 20001

1       **P R O C E E D I N G S**

2           (Jury not present)

3           **THE COURT:**  Welcome back, folks.  I hope you had a good

4       lunch.  Mr. Roots, with respect to the cross -- I mean with

5       respect to the closing, you're going to do the closing?

6           **MR. ROOTS:**  (Nodding head).

7           **THE COURT:**  There was obviously a lot of testimony by the

8       defendant as to why he came to D.C., he came to make his voice

9       heard.  No issues at all about reminding the jury about that

10      testimony.  I think making your voice heard is synonymous with

11      exercising First Amendment rights.  I think you could phrase it

12      that way.  That would not be improper based on the testimony

13      that the defendant gave.  However, I've ruled on your pretrial

14      motions and on the jury instructions, so any suggestion to the

15      jury that exercising First Amendment rights where he was is a

16      defense and means that he is not guilty is improper, you can't

17      do that.  I've ruled, the rulings are in writing, they're oral,

18      and I would not want to sustain an objection during your

19      closing arguments.

20          On the Second Amendment, I think I have pretty

21      consistently sustained objections to references to the Second

22      Amendment.  It is not a defense to possessing a firearm where

23      the evidence showed that the firearm was possessed.  I don't

24      believe I allowed Mr. Alberts to testify to engaging in Second

25      Amendment activity, because it is not a valid defense and there

1    is no relevant evidence -- or admitted evidence on that point.

2    I'm not going to let you refer to the Second Amendment, okay,

3    is that clear?

4        MR. ROOTS:  Yes.

5        THE COURT:  Great.  Anything else, counsel, before I

6    instruct the jury?

7        MS. NOHRIA:  Your Honor, the government would note that

8    we've provided defense counsel with a copy of our closing

9    PowerPoint slides.  So in the event that there's any objection,

10   we're happy to address that prior to closings.

11       MR. ROOTS:  We have potentially an objection.

12       THE COURT:  The jury's waiting.

13       MR. ROOTS:  Okay, let me just say that the PowerPoint

14   slides we've been given have the words "stairwell breached"

15   typed on page 10 -- I guess it's slide 10.  We object to that

16   on the grounds that they're suggesting that Mr. Alberts was the

17   stairwell breacher, when the evidence shows that in fact there

18   were all those other breachers that preceded Mr. Alberts up to

19   the following staircase.  So it seems misleading 403.  I

20   wouldn't call what Mr. Alberts did a breach.

21       THE COURT:  Okay, you can point that out in your closing.

22   If there's nothing else, Mr. Dalke, just to revisit instruction

23   20 on civil disorder, I do not remember how we came out on that

24   first sentence.  Should I say or attempting or just leave out

25   attempting, since that's not the government's theory?

1          **MR. DALKE:**  Your Honor, I think it's just cleaner to leave

2     it out.  I think the government's fine with that.

3          **THE COURT:**  The Court will do that.  Just follow along.

4     If there are any nits or typos, just note them and we can make

5     those changes before the jury gets a copy of the instructions.

6          Mr. Konig or Mr. Dalke, who's going to be giving the

7     closing?

8          **MS. NOHRIA:**  I'll be giving the closing.

9          **THE COURT:**  Mr. Nohria, oh, great.  It's good to hear from

10    somebody else.

11         (Jury present)

12         **THE COURT:**  Welcome back, ladies and gentlemen.  You have

13    now heard all of the evidence in the case.  Before you begin

14    your deliberations, I'm now going to instruct you on the law.

15    I will start with some general rules of law, and then talk to

16    you about the specific charges that have been alleged in this

17    case, and some of the specific issues that have arisen in this

18    case.  Some of these rules will repeat what I told you in your

19    preliminary instructions, and in some of the instructions that

20    I've given throughout the trial.

21         First of all, I will provide each of you with a copy of my

22    instructions.  During your deliberations, you may, if you wish,

23    refer to these instructions.  While you may refer to any

24    particular portion of the instructions, you are to consider the

25    instructions as a whole, and you may not follow some and ignore

1    others.  If you have any questions about the instructions, you

2    should feel free to send me a note.  Please leave your

3    instructions in the jury room when you conclude your

4    deliberations.

5        As I said at the outset, my function is to conduct this

6    trial in an orderly, fair and efficient manner, to rule on

7    questions of law, and to instruct you on the law that applies

8    to the case.  It is your duty to accept the law as I instruct

9    you.  You should consider all of the instructions as a whole.

10   You may not ignore or refuse to follow any of them.  Your

11   function as the jury is to determine what the facts are in this

12   case.

13       You are the sole judges of the facts.  While it is my

14   responsibility to decide what is admitted as evidence during

15   the trial, you alone decide what weight, if any, to give to

16   that evidence.  You alone decide the credibility or

17   believability of the witnesses.  You should determine the facts

18   without prejudice, fear, sympathy or favoritism.  You should

19   not be improperly influenced by anyone's race, ethnic origin,

20   gender or politics.  Decide the case solely from a fair

21   consideration of the evidence.  You may not take anything that

22   I may have said or done during the trial as indicating how I

23   think you should decide this case.  If you believe that I have

24   expressed or indicated any such opinion, you should disregard

25   it.  The verdict in this case is your responsibility alone.  If

1    any reference by me or the attorneys to the evidence is

2    different from your own memory of the evidence, it is your

3    memory that should control during your deliberations.

4    During your deliberations, you may consider only the

5    evidence properly admitted in the trial.  The evidence in the

6    case consists of the sworn testimony of the witnesses, the

7    exhibits that were admitted into evidence, and the facts and

8    testimony stipulated to by the parties.  When you consider the

9    evidence, are you permitted to draw from the facts that you

10   found have been proven any reasonable inferences that you feel

11   are justified in light of your experience.  You should give any

12   evidence the weight that you think it is fairly entitled to

13   receive.

14   During the trial, I permitted those jurors who wanted to

15   take notes to do so.  You should -- you may take your notebooks

16   with you to the jury room and use them during your

17   deliberations if you wish.  As I said at the beginning of

18   trial, your notes are only to be an aid to your memory.  They

19   are not evidence in the case, and they should not replace your

20   own memory of the evidence.  Those jurors who have not taken

21   notes should rely on their own memory of the evidence.  The

22   notes are intended to be for the notetaker's own personal use.

23   The statements and arguments of the lawyers in the case are not

24   evidence, they are only intended to assist you in understanding

25   the evidence.  Likewise, the questions that the lawyers asked

1    are not evidence.

2         As I explained, the defendant was charged in the case via

3    an indictment.  An indictment is merely the formal way of

4    accusing a person of a crime.  You must not consider the

5    indictment as evidence of any kind.  You may not consider it as

6    evidence of Mr. Alberts' guilt or draw any inference of guilt

7    from it.  Every defendant in a criminal case is presumed to be

8    innocent.  The presumption of innocence remains with the

9    defendant throughout the trial unless and until the government

10   has proven he is guilty beyond a reasonable doubt.  This burden

11   never shifts throughout the trial.  The law does not require

12   Mr. Alberts to prove his innocence or to produce any evidence

13   at all.  If you find that the government has proven beyond a

14   reasonable doubt every element of an offense with Mr. Alberts

15   is charged, it is your duty to find him guilty of that offense.

16   On the other hand, if you find the government has failed to

17   prove any element of an offense beyond a reasonable doubt, you

18   must find Mr. Alberts not guilty of that offense.

19        The government has the burden of proving Mr. Alberts

20   guilty beyond a reasonable doubt.  Some of you may have served

21   as jurors in civil cases where it is only necessary to prove

22   that a fact is more likely true than not true; or in some

23   cases, that its truth is highly probable.  In criminal cases

24   like this one, the government's proof must be more powerful

25   than that, it must be beyond a reasonable doubt.

1    Reasonable doubt, as the name implies, is a doubt based on

2    reason, a doubt for which you have a reason based on the

3    evidence or lack of evidence in the case.  If, after careful,

4    honest and impartial consideration of all of the evidence, you

5    cannot say that you are firmly convinced of the defendant's

6    guilt, then you have a reasonable doubt.  Reasonable doubt is

7    the kind of doubt that would cause a reasonable person, after

8    careful and thoughtful reflection, to hesitate to act in the

9    graver or more important matters in life.  It is not an

10   imaginary doubt, however, nor a doubt based on speculation or

11   guesswork.  It is a doubt based on reason.  The government is

12   not required to prove guilt beyond all doubt or to a

13   mathematical or scientific certainty, its burden is to prove

14   guilt beyond a reasonable doubt.

15   There are two types of evidence from which you may

16   determine what the facts are in this case:  Direct and

17   circumstantial.  When a witness, such as an eyewitness, asserts

18   actual knowledge of a fact, that witness' testimony is direct

19   evidence.  On the other hand, evidence of facts and

20   circumstances from which reasonable inferences may be drawn is

21   circumstantial evidence.  As an example, assume that a person

22   looked out a window and saw that snow was falling.  If he later

23   testified in court about what he had seen, his testimony would

24   be direct evidence that snow was falling at the time he saw it

25   happen.  But assume now that he looked out a window and saw no

1   snow on the ground, and then went to sleep and saw snow on the

2   ground the next morning.  His testimony about what he had seen

3   would be circumstantial evidence that it had snowed overnight.

4   The law says that both direct and circumstantial evidence are

5   acceptable means of proving a fact.  The law does not favor one

6   form over another.  It is for you to decide how much weight to

7   give to any particular evidence, whether direct or

8   circumstantial.  You are permitted to give equal weight to

9   both.  Circumstantial evidence does not require a greater

10  degree of certainty than direct evidence.  And in reaching a

11  verdict in this case, you should consider all of the evidence

12  presented, both direct and circumstantial.

13       One of the questions that I asked when we were selecting

14  this jury was whether the nature of the charges themselves

15  would affect your ability to reach a fair and impartial

16  verdict.  I asked that question, because you must not allow the

17  nature of the charge to affect your verdict.  You must consider

18  only the evidence that has been presented in this case in

19  reaching a fair and impartial verdict.

20       The weight of the evidence is not necessarily determined

21  by the number of witnesses testifying on each side.  Rather,

22  you should consider all the facts and circumstances and

23  evidence to determine which of the witnesses you believe.  You

24  may find that the testimony of a smaller number of witnesses on

25  one side is more believable than the testimony of a greater

1    number of witnesses on the other or you may find the opposite.

2        In determining whether the government has proved the

3    charges against the defendant beyond a reasonable doubt, you

4    must consider the testimony of all the witnesses who have

5    testified.  You are the sole judges of the credibility of the

6    witnesses.  You alone determine whether to believe any witness,

7    and the extent to which a witness should be believed.  Judging

8    a witness' credibility means evaluating whether the witness has

9    testified truthfully, and also whether the witness accurately

10   observed, recalled and described the matters about which he or

11   she testified.  You may consider anything that, in your

12   judgment, affects the credibility of a witness.

13       For example, you may consider the demeanor and behavior of

14   the witness on the witness stand; the witness' manner of

15   testifying; whether the witness impressed you as a truthful

16   person; whether the witness impressed you as having an accurate

17   memory and recollection; whether the witness has any motive for

18   not telling the truth; whether the witness had a full

19   opportunity to observe the matters about which he or she

20   testified; whether the witness has any interest in the outcome

21   of the case or any friendship or hostility toward other people

22   involved in the case.  In evaluating the accuracy of a witness'

23   memory, you may consider the circumstances surrounding the

24   event, including any circumstances that would impair or improve

25   the witness' ability to remember the event, the time that

1   elapsed between the event and any later recollections of the

2   event, and the circumstances under which the witness was asked

3   to recall details of the event.

4       Inconsistencies or disparities in the testimony of a

5   witness or between the testimony of different witnesses may or

6   may not cause you to discredit such testimony.  Two or more

7   persons witnessing an incident or transaction may see it or

8   hear it differently.  An innocent misrecollection, like a

9   failure of recollection, is not an uncommon experience.  In

10  weighing the effects of the inconsistency or discrepancy,

11  always consider whether it pertains to a matter of important or

12  unimportant detail, and whether the inconsistency or

13  discrepancy results from innocent error or intentional

14  falsehood.  You may consider the reasonableness or

15  unreasonableness, the probability or improbability of the

16  testimony of a witness in determining whether to accept it as

17  true and accurate.  You may consider whether the witness has

18  been contradicted or supported by other evidence that you

19  credit.

20      If you believe that any witness has shown himself or

21  herself to be biased or prejudiced for or against either side,

22  you may consider and determine whether such bias or prejudice

23  has colored the testimony of the witness so as to affect the

24  desire and capability of that witness to tell the truth.  You

25  should give the testimony of each witness such weight as, in

1    your judgment, it is fairly entitled to receive.

2         You have heard testimony from officers of the United

3    States Capitol Police, the Metropolitan Police Department, the

4    Federal Bureau of Investigations and the United States Secret

5    Service.  A law enforcement officer's testimony should be

6    evaluated by you just as any other evidence in the case.  In

7    evaluating an officer's credibility, you should use the same

8    guidelines that you apply to the testimony of any witness.  In

9    no event should you give either greater or lesser weight to the

10   testimony of a witness merely because he or she is a law

11   enforcement officer.

12        You have heard evidence that one or more witnesses made a

13   statement on an earlier occasion, and that this statement may

14   be inconsistent with his or her testimony here at trial.  It is

15   for you to decide whether the witness made such a statement,

16   and whether it in fact was inconsistent with the witness'

17   testimony here at trial.  If you find such an inconsistency,

18   you may consider the earlier statement in judging the

19   credibility of the witness.  But you may not consider it as

20   evidence that what was said in the earlier statement was true.

21        The lawyers sometimes objected when the other side asked a

22   question, made an argument or offered evidence that the

23   objecting lawyer believed was not proper.  You must not hold

24   such objections against the lawyer who made them or the party

25   he represents.  It is the lawyer's responsibility to object to

1   evidence that they believe is not admissible.  If, during the

2   course of the trial, I sustained an objection to a lawyer's

3   question, you should ignore the question, and you must not

4   speculate as to what the answer would have been.  If, after a

5   witness answered a question, I ruled that the answer should be

6   stricken, you should ignore both the question and the answer,

7   and they should play no role in your deliberations.

8       Likewise, exhibits as to which I have sustained an

9   objection or that I ordered stricken are not evidence, and you

10  must not consider them in your deliberations.  A defendant has

11  a right to testify on his own behalf.  His testimony should not

12  be disbelieved merely because he is the defendant.   In

13  evaluating the defendant's testimony, however, you may consider

14  the fact that he has an interest in the outcome of the case.

15  As with the testimony of any other witness, you should give the

16  defendant's testimony as much weight as, in your judgment, it

17  deserves.

18      Mr. Alberts has introduced testimony that he has a good

19  reputation in his community for following the law, for

20  peacefulness and for trustworthiness.  Such evidence may

21  indicate to you that it is unlikely that a law abiding,

22  nonviolent person would commit the crimes charged, or it may

23  not.  You may consider this evidence along with other evidence

24  in the case, including evidence that contradicts Mr. Alberts'

25  character evidence, and give it as much weight as you think it

1    deserves.  Notwithstanding the evidence of character, if, after

2    weighing all of the evidence, you are convinced beyond a

3    reasonable doubt that Mr. Alberts is guilty of the crimes

4    charged, it is your duty to find him guilty.  On the other

5    hand, evidence of good character alone may create a reasonable

6    doubt as to a defendant's guilt.  Although without it, the

7    other evidence would be convincing.

8        I'm now going to move to the specific counts that are at

9    issue in the case.  Count one of the indictment charges

10   Mr. Alberts with committing an act to obstruct, impede or

11   interfere with law enforcement officers lawfully carrying out

12   their official duties incident to a civil disorder, which is a

13   violation of federal law.  In order to find the defendant

14   guilty of this offense, you must find the following three

15   elements beyond a reasonable doubt:

16       First, that the defendant knowingly committed an act with

17   the intended purpose of obstructing, impeding or interfering

18   with one or more law enforcement officers.  Second, at the time

19   of the defendant's actual -- at the time of the defendant's

20   act, the law enforcement officer or officers were engaged in

21   the lawful performance of their official duties incident to and

22   during a civil disorder.  And third, that the civil disorder in

23   any way or degree obstructed, delayed or adversely affected

24   either commerce or the movement of any article or commodity in

25   commerce, or the conduct or performance of any federally

1    protected function.

2         I'm now going to give you some definitions that apply to

3    some of those terms.  A person acts knowingly if he realizes

4    what he is doing and is aware of the nature of his conduct, and

5    does not act through ignorance, mistake or accident.  In

6    deciding whether the defendant acted knowingly, you may

7    consider all of the evidence, including what the defendant did

8    or said.  A civil disorder is defined as any public disturbance

9    involving acts of violence by assemblages of three or more

10   persons which causes an immediate danger of, or results in,

11   damage or injury to the property or person of any other

12   individual.  The term commerce means commerce or travel between

13   one state, including the District of Columbia, and any other

14   state, including the District of Columbia.  It also means

15   commerce wholly within the District of Columbia.

16        The term federally protected function means any function,

17   operation or action carried out under the laws of the United

18   States by any department, agency or instrumentality of the

19   United States, or by an officer or employee of the United

20   States.  It does not include Congress' certification of the

21   Electoral College vote.  The term department includes Executive

22   Branch departments.  The Department of Homeland Security, which

23   includes the United States Secret Service, is an Executive

24   department.  The term agency includes any department,

25   independent establishment, commission, administration,

1  authority board or bureau of the United States.  For the United

2  States Capitol Police and the Metropolitan Police Department,

3  the term official duties means policing the United States

4  Capitol grounds and buildings, and enforcing federal law and

5  D.C. law in those areas.  Some of these definitions will be

6  repeated, and we'll refer back to the definition in the earlier

7  count.

8      Count two charges the defendant with forcibly assaulting,

9  resisting, opposing, impeding, intimidating or interfering with

10  an officer or employee of the United States who was then

11  engaged in the performance of his official duties, which is a

12  violation of federal law.  In order to find the defendant

13  guilty of that offense -- let me start over.

14      In order to find the defendant guilty of forcibly

15  assaulting, resisting, opposing, impeding, intimidating or

16  interfering with an officer or an employee of the United States

17  who was then engaged in the performance of his official duties

18  while making physical contact with the person or acting with

19  the intent to commit another felony, you must find the

20  following elements beyond a reasonable doubt -- and there are

21  five, I believe:

22      First, that the defendant assaulted, resisted, opposed,

23  impeded, intimidated or interfered with Officer Shauni

24  Kerkhoff, Sergeant Adam DesCamp, Sergeant Matthew Flood,

25  Officer Eugene Goodman, Officer Stephen Sherman, Officer Brett

1   Sorrell or another member of the United States Capitol Police.

2   Second, that the defendant did such acts forcibly.  Third, that

3   the defendant did such acts voluntarily and intentionally.

4   Fourth, that the person assaulted, resisted, opposed, impeded,

5   intimidated or interfered with was an officer or an employee of

6   the United States who was then engaged in the performance of

7   his official duties, or any person assisting such an officer or

8   employee in the performance of that officer's duties.  And

9   fifth, that the defendant made physical contact with a person

10  who was an officer or employee of the United States who was

11  then engaged in the performance of his official duties, or

12  acted with the intent to commit another felony.  For purposes

13  of this element, another felony refers to the offenses charged

14  in counts one, three and four.

15      Some definitions.  The defendant acted forcibly if he used

16  force, attempted to use force or threatened to use force

17  against an officer.  A threat to use force at some unspecified

18  time in the future is not sufficient to establish that the

19  defendant acted forcibly.  The term assault means any

20  intentional attempt or threat to inflict injury upon someone

21  else when coupled with an apparent present ability to do so.  A

22  finding that one used force, or attempted or threatened to use

23  force, isn't the same as a finding that he attempted or

24  threatened to inflict injury.  In order to find that the

25  defendant committed an assault, you must find beyond a

1   reasonable doubt that the defendant acted forcibly, and that

2   the defendant intended to inflict or intended to threaten

3   injury.  The terms resist, oppose, impede, intimidate and

4   interfere with carry their everyday ordinary meanings.

5       You are instructed that Officer Shauni Kerkhoff, Sergeant

6   Adam DesCamp, Sergeant Matthew Flood, Officer Eugene Goodman,

7   Officer Stephen Sherman and Officer Brett Sorrell are officers

8   of the United States Capitol Police; and that it was a part of

9   their official duty -- and that it is a part of the official

10  duty of such officers to protect the U.S. Capitol complex on

11  January 6th, 2021.  It is not necessary to show that the

12  defendant knew the person being forcibly assaulted, resisted,

13  opposed, impeded, intimidated or interfered with was at the

14  time a federal officer carrying out an official duty so long as

15  it is established beyond a reasonable doubt that the victim was

16  in fact a federal officer acting in the course of his duty, and

17  that the defendant intentionally forcibly assaulted, resisted,

18  opposed, impeded, intimidated or interfered with that officer.

19      Count three of the indictment charges the defendant with

20  entering and remaining in a restricted building or grounds

21  while carrying a dangerous or deadly weapon or a firearm, which

22  is a violation of federal law.  I'm going to instruct you on

23  this charge, and also on the lesser included offense of

24  entering or remaining in a restricted building or grounds.

25  After I give you the elements of these crimes, I will tell you

1   in what order you should consider them.  In order to find the

2   defendant guilty of enter or remaining in a restricted building

3   or grounds while carrying a dangerous or deadly weapon or

4   firearm, you must find that the government proved each of the

5   following elements beyond a reasonable doubt:  First, that the

6   defendant entered or remained in a restricted building or

7   grounds without lawful authority to do so.  Second, that he did

8   so knowingly.  Third, that he carried a deadly or dangerous

9   weapon or a firearm during and in relation to that offense.

10      In order to find the defendant guilty of simply entering

11   or remaining in a restricted building or grounds -- which is

12   the lesser included offense that does not include the deadly or

13   dangerous weapon element, you must find that the government

14   proved each of the following two elements beyond a reasonable

15   doubt:  First, that he entered or remained in a restricted

16   building or grounds without lawful authority to do so.  Second,

17   that he did so knowingly.

18      As to the order, you should consider first whether the

19   defendant is guilty of entering or remaining in a restricted

20   building or grounds while carrying a dangerous or deadly weapon

21   or firearm.  If you find the defendant guilty, do not go on to

22   consider if the defendant is guilty of the lesser included

23   offense of simply entering or remaining in a restricted

24   building or grounds.  If you find the defendant not guilty of

25   entering or remaining in a restricted building or grounds while

1    carrying a dangerous or deadly weapon, go on to consider

2    whether the defendant is guilty of the lesser included offense

3    of simply entering or remaining in a restricted building or

4    grounds.  And if, after making all reasonable efforts to reach

5    a verdict on the charge that includes carrying a deadly or

6    dangerous weapon, you are not able to do so, you are allowed to

7    consider the other entering or remaining charge.  This order

8    will be reflected on a verdict form that I will give you to

9    guide your deliberations.

10        So some more definitions.  The term restricted building or

11   grounds means any posted, cordoned off or otherwise restricted

12   area of a building or grounds where a person protected by the

13   Secret Service is or will be temporarily visiting.  The term

14   person protected by the Secret Service includes the Vice

15   President of the United States and his immediate family.  The

16   term knowingly has the same meaning as that described in count

17   one.  An object may be a deadly or dangerous weapon for one of

18   two reasons.  First, an object is a deadly or dangerous weapon

19   if it is inherently or obviously dangerous or deadly.  Second,

20   an object is a deadly or dangerous weapon if it is capable of

21   causing serious bodily injury or death to another person, and

22   the defendant carries it with the intent that it be used in a

23   manner capable of causing serious bodily injury.  The defendant

24   need not have actually used the object in that manner.

25        A firearm is defined as any weapon, including a starter

1    gun, which will or is designed to or may readily be converted

2    to expel a projectile by the action of an explosive, the frame

3    or receiver of any such weapon, any firearm muffler or firearm

4    silencer or any destructive device.

5        Count four, disorderly or disruptive conduct in a

6    restricted building or grounds with a deadly or dangerous

7    weapon or firearm.  I'm going to instruct you on this charge,

8    and like the last charge, also on the lesser included offense

9    of disorderly or disruptive conduct in a restricted building or

10   grounds.  And then I'll again discuss the order.  In order to

11   find the defendant guilty of disorderly or disruptive conduct

12   in a restricted building or grounds while carrying a dangerous

13   weapon -- a deadly or dangerous weapon or firearm, you must

14   find that the government proved each of the following four

15   elements beyond a reasonable doubt:

16       First, that the defendant engaged in disorderly or

17   disruptive conduct in any restricted building or grounds.

18   Second, that he did so knowingly and with the intent to impede

19   or disrupt the orderly conduct of government business or

20   official functions.  Third, that his conduct in fact impeded or

21   disrupted the orderly conduct of government business or

22   official functions.  And fourth, that he used -- excuse me,

23   that he carried a deadly or dangerous weapon or firearm during

24   and in relation to that offense.

25       In order to find the defendant guilty of disorderly or

disruptive conduct in a restricted building or grounds -- which
is the lesser included offense that does not involve the deadly
or dangerous weapon, you must find that the government proved
each of the following elements beyond a reasonable doubt:

First, that he engaged in disorderly or disruptive conduct
in any restricted building or grounds.  Second, that he did so
knowingly and with the intent to impede or disrupt the conduct
of government business or official functions.  Third, that his
conduct in fact impeded or disrupted the orderly conduct of
government business or official functions.

As to the order, you should consider first whether the
defendant is guilty of disorderly or disruptive conduct in a
restricted building or grounds while carrying a dangerous or
deadly weapon or firearm.  If you find the defendant guilty of
that count, do not go on to consider if he is guilty of the
lesser included offense.  If you find the defendant not guilty,
do go on to consider whether the defendant is guilty of the
lesser included offense of disorderly or disruptive conduct in
a restricted building or grounds.  And if, after making all
reasonable efforts to reach a verdict on the charge that
includes carrying the dangerous or deadly weapon, you are not
able to do so, you are allowed to consider the other lesser
included charge.  And again, the order will be reflected on
your verdict form.

More definitions.  Disorderly conduct occurs when a person

1    is unreasonably loud and disruptive under the circumstances or

2    interferes with another person by jostling against or

3    unnecessarily crowding that person.  Disruptive conduct is a

4    disturbance that interrupts an event, an activity or the normal

5    course of a process.  The term restricted building or grounds

6    has the same meaning as described in count three.  The term

7    knowingly has the same meaning as described in the instruction

8    for count one.  The term deadly or dangerous weapon has the

9    same meaning as described in the instructions for count three.

10   And the term firearm has the same meaning as described in the

11   instructions for count three.

12       Count five charges the defendant with engaging in physical

13   violence in a restricted building or grounds, which is a

14   violation of federal law.  In order to find the defendant

15   guilty of that offense, you must find that the government

16   proved each of the following two elements beyond a reasonable

17   doubt:  First, that he engaged in any act of physical violence

18   against any person or property in any restricted building or

19   grounds; second, that he did so knowingly.

20       The term act of physical violence means any act involving

21   an assault or other infliction of death or bodily harm on an

22   individual, or damage to or destruction of real or personal

23   property.  The term restricted building or grounds has the same

24   meaning as described in count three.  The term knowingly has

25   the same meaning as described in the instructions for count

1    one.

2         Count six, unlawful possession of a firearm on Capitol

3    grounds or buildings.  In order to find the defendant guilty of

4    that offense, you must find that the government has proved each

5    of the following elements beyond a reasonable doubt:  That the

6    defendant knowingly carried in any of the United States Capitol

7    buildings or grounds a firearm, dangerous weapon, explosives or

8    an incendiary device.  The term United States Capitol buildings

9    includes the United States Capitol located at First Street, SE

10   in Washington, D.C.  Capitol grounds are defined by the United

11   States Code which refers to a 1946 map on file in the Office of

12   the Surveyor of the District of Columbia.  The boundaries of

13   the Capitol grounds includes all additions added by law after

14   that map was recorded.  The Capitol grounds includes the

15   portion of Pennsylvania Avenue, NW from the west curb of First

16   Street, NW to the curb of Third Street, NW.  The term knowingly

17   has the same meaning as that described in the instructions for

18   count one.

19        Count seven charges the defendant with disorderly conduct

20   in a Capitol building or grounds, which is a violation of

21   federal law.  In order to find the defendant guilty of this

22   offense, you must find that the government proved each of the

23   following elements beyond a reasonable doubt:  First, that the

24   defendant engaged in disorderly or disruptive conduct in any of

25   the United States Capitol buildings or grounds; second, that he

1  did so with the intent to impede, disrupt or disturb the

2  orderly conduct of a session of Congress or either house of

3  Congress; and third, that he did so -- that the defendant acted

4  willfully and knowingly.

5      The term United States Capitol buildings has the same

6  meaning as described in the instructions for count six.  The

7  term Capitol grounds has the same meaning as described in the

8  instructions for count six.  The term disorderly or disruptive

9  conduct has the same meaning as described in the instructions

10 for count four defining disorderly conduct and disruptive

11 conduct.  A person acts willfully if he acts with the intent to

12 do something that the law forbids; that is, to disobey or

13 disregard the law.  Willfully does not, however, require proof

14 that the defendant be aware of the specific law or rule that

15 his conduct may be violating.  The term knowingly has the same

16 meaning as that in count one.

17     Count eight of the indictment charges the defendant with

18 an act of physical violence in the United States Capitol

19 grounds or buildings, which is a violation of federal law.  In

20 order to find the defendant guilty of this offense, you must

21 find that the government has proved each of the following

22 elements beyond a reasonable doubt:  First, that the defendant

23 engaged in an act of physical violence in any of the United

24 States Capitol buildings or grounds; second, that he did --

25 that he acted willfully and knowingly.

1    The term United States Capitol buildings has the same

2    meaning as in count six.  Capitol grounds has the same meaning

3    as in count six.  Act of physical violence has the same meaning

4    as in count five.  Willfully has the same meaning as in count

5    seven.  And knowingly has the seam meaning as in count one.

6    Finally, count nine, carrying a pistol without a license

7    outside the home or place of business, which is a violation of

8    District of Columbia law.  In order to find the defendant

9    guilty of this offense, you must find that the government

10    proved each of the following elements beyond a reasonable

11    doubt:  First, that the defendant carried a pistol on or about

12    his person within the District of Columbia; second, he did so

13    voluntarily and on purpose, and not by mistake or accident;

14    third, that the defendant was not licensed to carry the pistol

15    by the Chief of Police of the District of Columbia; and fourth,

16    he carried the pistol in a place other than his home, place of

17    business or land or premises controlled by him.

18    A pistol means a firearm that has a barrel less than

19    12 inches in length or that was originally designed to be fired

20    with a single hand.  The term firearm means a weapon regardless

21    of operability which will or is intended to expel a bullet by

22    the action of an explosive.  A person carries a pistol on or

23    about his person if it was on his person or if it was

24    conveniently accessible to him and within his reach.

25    So a number of these elements or definitions speak to the

1   defendant's intent.  Someone's intent or knowledge ordinarily

2   cannot be proved directly, because there is no way of knowing

3   what a person is actually thinking.  But you may infer

4   someone's intent or knowledge from the surrounding

5   circumstances.  You may consider any statement made or acts

6   done by the defendant, and all other facts and circumstances

7   received in evidence which indicate his intent or knowledge.

8   You may infer, but are not required to infer, that a person

9   intends the natural and probable consequences of acts that he

10  intentionally did or intentionally did not do.  It is entirely

11  up to you, however, to decide what facts to find from the

12  evidence received during this trial.  You should consider all

13  circumstances and evidence that you think are relevant in

14  determining whether the government has proved beyond a

15  reasonable doubt that the defendant acted with the necessary

16  state of mind.

17      Each count of the indictment charges a separate offense.

18  You should consider each offense and the evidence which applies

19  to it separately, and you should return a separate verdict as

20  to each count.  The fact that you may find the defendant guilty

21  or not guilty on any one count of the indictment should not

22  influence your verdict with respect to any other count of the

23  indictment.

24      So I will pause for now, and we will proceed to closing

25  arguments.  And then before your deliberations, I will give you

1  a few concluding instructions concerning how to structure and

2  go about your deliberations.  Mr. Nohria I believe is going to

3  deliver the government's closing.

4      Are you ready or do you need a minute or two to set up?

5      **MS. NOHRIA:**  Just a minute or two to set up, Your Honor.

6      **THE COURT:**  Ladies and gentlemen, I suspect Mr. Nohria's

7  going to be about 45 minutes.  Would you all like to take a

8  quick bathroom break or should we just proceed?  Why don't we

9  take about 10 minutes.  We'll give the government a chance to

10 set up, and you all can take a break.

11     (Recess taken at 2:25 p.m.)

12     (Back on the record at 2:35 p.m.)

13     (Jury present)

14     **THE COURT:**  Mr. Nohria, the floor is yours.

15     **MS. NOHRIA:**  Thank you, Your Honor.  "My blood is boiling.

16 It is your duty to overthrow the government and reinstate a new

17 one.  Y'all wanted the war, you asked for it, you got it."

18 Those were the words of the defendant as he laid siege to our

19 Capitol and our democracy.  On January 6th, 2021, the

20 defendant, with his body armor, with his firearm, with his

21 knives, with his radio unlawfully entered the Capitol grounds.

22 He unlawfully entered the restricted perimeter.  He bulldozed

23 his way through barricades and bike racks and officers, and

24 brought with him on his heels thousands of rioters who would go

25 to take the Capitol and disrupt the electoral certification.

1       Now, January 6th was a stain on our country's greatest

2  tradition, the peaceful transfer of power.  It was also

3  horrific for the men and women who put their body on the line

4  to protect our democracy:  Congressional staffers,

5  congresspeople and law enforcement.  Now, you heard from some

6  of these brave men and women during the course of this trial:

7  Officer Bennett, Officer Haynes, Sergeant DesCamp, Sergeant

8  Robinson, Captain Baboulis, Inspector Hawa.  They told you how

9  their days started.  They told you what happened to them.  And

10  they told you that the mob, the mob that this defendant was a

11  part of, put them and this country in danger.

12       Now, democracy won.  The rioters were evicted from the

13  U.S. Capitol and its grounds.  The electoral certification went

14  through.  But what if it hadn't?  What if rioters had managed

15  to seize or intimidate the Vice President?  What if the loser

16  of the 2020 presidential election had managed to stay in power?

17  Those were the stakes on January 6th.  Now, the defendant, the

18  defendant recognized the significance of that day, even as many

19  of us took it for granted.  As he marched toward the Capitol,

20  he was yelling:  "Taking over the Capitol, patriots.  Let's

21  go."

22       Now, as he was doing this, the defendant was prepared for

23  battle.  And you saw, you've seen all the different items that

24  the defendant had with him on that day.  The defendant had this

25  radio and the receiver.  And he would have you believe that

1    this was only to listen, not to communicate with anyone else.

2    He had these bungee cords that he would have you believe are

3    only for camping, they just happened to be in that backpack.

4    He had this gas mask that he told you, that he would have you

5    believe was only to give effective medical treatment.  He had

6    this body armor with metal plates inside that he said he wore

7    every single day, except January 6th, 2021 was the only day he

8    decided to keep those plates in.  He had these knives that he

9    told you, he would have you believe were just for protection,

10   only defensive in nature.  He had this gun with him on that

11   day, the entire day, as he was on the Capitol grounds in the

12   restricted perimeter.  Again, he would tell you that this is

13   only defensive in nature.

14        He had these hollow point rounds that you will be able to

15   inspect in the jury room if you'd like.  And you'll be able to

16   see that these rounds -- and you heard from Officer Haynes that

17   these are for tearing through flesh.  But the defendant would

18   have you believe that these were only, again, defensive in

19   nature.  But members of the jury, the defendant was prepared

20   for battle.  He was prepared for whatever might happen that

21   day, because he was bringing the battle with him to the

22   Capitol.

23        The defendant joined thousands of individuals at the

24   #StopTheSteal rally at the Ellipse, and that was to have his

25   voice, have his voice heard.  Except once it was, he didn't

1   stop there, he kept going.  He kept on going onto the Capitol

2   grounds.  And the defendant would have you believe that he was

3   only there to assist everyone, he was there to assist officers.

4   But remember that video he showed, the only video documenting

5   this where he's getting in between a rioter and an officer.

6   What were the defendant's words as he's pushing the rioter

7   back?  "We're going to get there in a minute."  That's what the

8   defendant was saying.

9       The defendant breached the outer perimeter, he went past

10  bike racks and barricades and snow fencing and police lines.

11  He joined other rioters as they made their way to the Lower

12  West Terrace stairwell, and then that's where he put his

13  preparation to use at a crucial moment.  Now, you've heard a

14  lot about this stairwell, and that's because this is a crucial

15  stairwell to the story of the breach of the Capitol.  Officers

16  Kerkhoff and DesCamp told you this stairwell was so crucial

17  because it allowed people to get into the area where they could

18  access the building.  If you're in that Lower West Terrace,

19  you're going to keep on hitting those walls at the bottom.

20  There's very few entranceways into the Capitol building.  But

21  if you can make it up that stairwell, if you can make it

22  through those police barricades, those bike racks, that's when

23  you'll be on the Upper West Terrace, and that's where the

24  breaches of the Capitol occurred.  Because that's where those

25  windows are, that's where those doors are.  That's why this was

1    so important.

2         Now, the members of the less-lethal team, they were

3    deployed to that area, they were deployed to that stairwell,

4    because they understood the significance of that.  They were

5    prepared.  They had their PepperBalls, they had their pepper

6    spray.  That stairwell, it's fairly narrow, it's only a few

7    feet wide, so only a few people can come up that stairwell at

8    once.  Now, that's crucial, because as you've heard so many

9    times, the officers were outnumbered that day, dramatically

10   outnumbered.  So having that choke point was incredibly

11   important for them.

12        Now, the defendant, he was there, and he wanted to make it

13   up to the Upper West Terrace because he wanted to take the

14   Capitol.  And unfortunately for them, he was also prepared.  He

15   was prepared with his body armor, he was prepared with his gas

16   mask, and he was prepared with a gun.  Members of the jury, the

17   defendant didn't go to this stairwell to assist the rioters at

18   the very bottom of the stairwell.  How do we know?  Because he

19   kept going, he went right by them along -- like farther along

20   on that stairwell.  The defendant didn't go to assist Guy

21   Reffitt, the rioter in the blue jacket.  How do we know?

22   Because once that stairwell was breached, the defendant left

23   Guy Reffitt on that banister and kept going up.  The defendant

24   was there to make it up that stairwell and breach that area.

25        Now, once the defendant arrived, the members of the

1    less-lethal team repeatedly tried to get all the rioters to go

2    back down.  Now, at first they started with verbal warnings.

3    Officer Kerkhoff told you how she was screaming at the top of

4    her lungs:  Stop, move back, move back.  The defendant says he

5    couldn't hear, it was too loud.  Fine.  They were also using

6    hand gestures:  Stop, move back, go back.  Did the defendant

7    listen?  No.  Did he go back down the stairwell?  No, he

8    continued to inch his way forward, continued to move up that

9    stairwell.

10        Now, during his direct testimony, when asked why he didn't

11   go back down, his words were:  "Moving backwards wasn't even

12   something I'm trained in or accompanied to."  It is absurd for

13   him to say that he thought it was easier to fight his way up

14   the stairwell than to just turn around and go back down; that

15   he didn't have the capability, the faculties to have just

16   turned around and gone down that stairwell; that he wasn't

17   trained to go down that stairwell.  That was his reasoning.  He

18   was there because he wanted to be there.  He was there because

19   he had prepared to be there with his body armor, with his gas

20   mask, with his gun, which he admitted he had at this very

21   scene.

22        The defendant told you this preparation came in handy.

23   When Sergeant Flood used that pepper spray against the blue

24   jacket rioter, it disabled him.  But it didn't have an effect

25   on the defendant at that time.  The defendant had his gas

1    mask -- he had this gas mask.  So when the mace hit, he was

2    able to continue going, he didn't have to lie down on the

3    banister, he didn't have to go down the steps.  His preparation

4    was coming in at exactly the right moment.

5         And he was resourceful, so when the defendant didn't have

6    something, he found it.  He got that wooden pallet, he lifted

7    it up and he used it as both a shield and a battering ram to

8    make his way up those steps in a scene reminiscent of a man

9    storming a castle.

10        (Video played)

11        **MS. NOHRIA:**  Now, it's important to remember where the

12   defendant was when this was taking place.  He was on stage, an

13   ocean of rioters below him, all watching, all waiting.  And

14   just like when he had that megaphone and he was constantly

15   yelling for those other rioters, just like when he was play

16   acting at crowd control, the defendant used his moment as the

17   center of attention for all the rioters to its greatest

18   advantage.  It was a symbiotic relationship.  He was feeding

19   off the mob, the mob was feeding off him, and they loved it.

20   When he was using that pallet to ram up those steps, they were

21   getting riled up.  They were screaming:  "Let's go."  They were

22   tearing down that tent.

23        (Video played)

24        **MS. NOHRIA:**  Now, when law enforcement finally pushed the

25   defendant back down those steps, again, did the defendant turn

1    around and leave?  No.  Did he go down in the scaffolding and

2    make his way out of the Capitol grounds at that point?  No.

3    Was he done?  Far from it.  His exact words on direct

4    examination were:  "I regained my position on the steps."  That

5    was his response after his charge with the pallet, after his

6    assault with the pallet had failed.

7        Now, with thousands of people at his back, and the other

8    rioters finally climbing along that scaffolding and outflanking

9    the officers, the defendant was among one of the first rioters

10   to break through those police barricades, break through the

11   line of police officers, break through the bike racks.  He was

12   among the first rioters to make it up those steps.  And while

13   you're watching this video, I want you to note the line of

14   officers and the defendant's position.  And those bike racks,

15   they're right in front of them.  The defendant's position is at

16   the very forefront of that pack.

17       (Video played)

18       **MS. NOHRIA:**  Now, making it up those steps, getting to the

19   upper terrace -- Upper West Terrace wasn't enough for the

20   defendant.  No, he wanted the mob with him.  He wanted his

21   people, the other rioters with him.  And so multiple times he

22   stopped on that stairwell and gestured for others to join him:

23   Come on, let's go.  It's the exact opposite of the hand

24   gestures that Officers Kerkhoff and DesCamp were doing:  Stop,

25   go back.  What was the defendant doing?  "Come on, let's go,"

1  and the mob followed.  As the defendant made his way up those

2  steps, thousands followed in his wake flooding the Upper West

3  Terrace.

4      (Video played)

5      **MS. NOHRIA:**  Thousands, thousands then moving in that

6  direction, as many people as possible moving up that stairwell

7  flooding the Upper West Terrace.  Now, to this point, the

8  defendant takes off his gas mask, the pepper spray gets in his

9  eyes and he's temporarily sidelined for about 30 to 45 minutes.

10  While that's happening, the rest of the rioters who had made it

11  to the Upper West Terrace are moving forward towards the

12  Capitol building, and as Captain Baboulis told you, breaching

13  the Parliamentarian door and the Senate door that are right

14  there.  That's where the breaches are occurring, right in that

15  area where you could see just a minute ago.  And the defendant

16  has then fulfilled his promise that he made at the earlier part

17  of that day:  Taking over the Capitol, patriots, let's go.

18      Now, even after all of this, even after the defendant has

19  broken through those multiple barricades, even after he stormed

20  those steps, even after he's on the Upper West Terrace, it's

21  not enough.  The defendant encounters police line after police

22  line.  And it doesn't matter where they're from, D.C. police,

23  U.S. Capitol Police, Virginia, Maryland, they had stood in the

24  defendant's way.  They were standing in the defendant's way,

25  and he made his intent perfectly clear.  The defendant:  "Y'all

1    are fucking treasonous, communist motherfuckers."  That's what

2    he was saying to those officers.  "My blood is fucking boiling.

3    Y'all are domestic terrorists."  Again, that's what he's saying

4    to those officers.  "It is your right, nigh, it is your duty to

5    overthrow that government."

6        Now, the defendant, he gave a lot of reasons for his

7    behavior:  That he was there for everyone, that he was just

8    caught up in the moment.  Members of the jury, none of that

9    squares away with his repeated actions at each part of this

10   story:  As he's breaching that initial stairwell; as he's

11   making his way up those steps; as he's grabbing that pallet; as

12   he's going hands-on; as he's breaching again that barricade at

13   the very top and he's screaming at these officers.  Now, what

14   makes sense are the defendant's own words on that day.

15       (Video played)

16       **MS. NOHRIA:**  It's during this time where the defendant

17   tells them to choose a side, saying all this.  At every moment

18   of that day, the defendant has his gas mask, he had his body

19   armor and he has that loaded gun on him the entire time.  Now,

20   again, even after all of this, the defendant doesn't stop.  He

21   comes across a police line where the police are holding a line

22   near that scaffolding.  Members of the mob are there throwing

23   objects at the officers, whatever they can, chairs, bike racks,

24   bottles.  Does the defendant move to protect them?  Does he get

25   in between the rioters and the officers?  No, no, he doesn't.

1   He joins in, he throws that bottle.

2        (Video played)

3        **MS. NOHRIA:**  Again, while this scene is taking place just

4   steps from the Capitol building, not at some parking lot a

5   little way away, right there he has that gun on him even in

6   that moment.  Now, hours later, the defendant has moved from

7   the Capitol building towards that parking lot.  But he's still

8   on Capitol grounds.  And while he's there, he comes across

9   Officer Haynes.  And again, the defendant hasn't left, he's

10  slowly making his way out.  The officers are forming a line:

11  Get out, move back, move back.  Even now, hours later, six

12  hours later, the defendant is still going.

13       Officer Haynes, he sees a bulge on the defendant's right

14  hip caused by this gun.  He performs a baton tap.  He discovers

15  this gun on the defendant on Capitol grounds.  Like his gas

16  mask, like his body armor, this wasn't an accident.  The

17  defendant had all these items because he intended to, because

18  he wanted to be prepared.  He prepared for battle, and he

19  brought it with him to the Capitol.

20       Now, for all of this conduct, the defendant was charged

21  with nine counts.  And Judge Cooper, he's gone through those

22  counts with you, he's instructed you.  His instructions control

23  your deliberations.  I'd like to briefly discuss them, and I

24  want to start with the burden of proof.  Judge Cooper talked

25  about the burden of proof, but I want to make sure we go over

1   not only what reasonable doubt is, but what it's not.  Now,

2   reasonable doubt is not an imaginary doubt nor a doubt based on

3   speculation or guesswork.  It is a doubt based on reason.  The

4   government -- we are not required to prove guilt beyond all

5   doubt or to a scientific or mathematical certainty.  We have

6   proven guilt beyond a reasonable doubt.

7        So let's take those counts one by one.  We'll start with

8   civil disorder.  Now, to prove this, the government had to show

9   three things:  That the defendant knowingly acted to obstruct,

10  impede or interfere with officers; that these officers were

11  engaged in duties during a civil disorder; and that civil

12  disorder obstructed, delayed or adversely affected either

13  commerce or a federally protected function.  So let's start

14  with a civil disorder.

15       A civil disorder is defined as a gathering of more than

16  three people where there's violence that causes injury to

17  property or injury to a person.  Members of the jury, you've

18  heard extensive testimony from Officer DesCamp, from Officer

19  Bennett, from Officer Kerkhoff, Captain Baboulis about the

20  sheer amount of violent acts that were occurring that day;

21  where there were officers getting shoved; where there were

22  officers getting pepper sprayed; where there were people

23  throwing bottles and other objects at other officers; where

24  there are people ramming through officers to get through

25  barricades.  We've proven a civil disorder on January 6th.

1    That brings us to engaged in the lawful performance of

2    their duties.  Now, you can review the jury instructions and

3    you can review that the U.S. Capitol Police and MPD were

4    there -- they weren't there by accident, they were there doing

5    their job defending the U.S. Capitol.  That's why they were at

6    that location, that's why they responded.  So that brings us to

7    whether the civil disorder affected commerce or a federally

8    protected function.  Now, let's start with federally protected

9    function, because that's the primary way that we've proven

10   this.  You've heard testimony from both Captain Baboulis and

11   Inspector Hawa.

12   Let's start with Captain Baboulis.  She told you that the

13   mission of the U.S. Capitol Police is to protect the building

14   and grounds and the people inside of it, of the U.S. Capitol.

15   Obviously the rioters' presence inside the Capitol grounds,

16   inside the Capitol building affected the performance of their

17   duties.  You also have Inspector Hawa who told you that the

18   mission of the U.S. Secret Service on that day was to protect

19   the Vice President and his family.  Again, the presence of the

20   rioters inside the Capitol building forced the evacuation of

21   the Vice President and his family.  We've proven those counts.

22   That brings us to commerce.  Now, the civil disorder had

23   to in any way or any degree obstruct, delay or adversely affect

24   either commerce or the movement of goods as commerce.  I know

25   there was a lot of discussion about this during Agent

1    Streeter's testimony, so I want to take this fairly quickly,

2    but I want to go through it.  First the Mayor's curfew order.

3    You can use your common-sense.  The Mayor issued that curfew

4    because the protest turned to a riot, and the riot became

5    violent.  And that's clearly elaborated in paragraph five of

6    Government's Exhibit 1001.  The result of that conduct are

7    paragraphs 11 and 12, that a curfew was in effect on January

8    6th.

9        Let me go to the Safeway sales.  You heard from Agent

10   Streeter how the Safeway sales were reduced on January 6th as a

11   direct result of this curfew because they had to close early.

12   And the curfew was a direct result of the rioter's conduct.

13   That brings us to the defendant's actions.  Whether he

14   knowingly committed an act or attempted to an commit an act

15   with the intended purpose of obstructing, impeding or

16   interfering with law enforcement.  Now this, members of the

17   jury, is broader, because, yes, it includes the defendant's

18   conduct when he's assaulting those officers at 1:54 p.m. on

19   January 6th.  But it also includes the other things he does.

20       It includes when he's breaking through that initial bike

21   rack barricade, he's a part of that group breaking through that

22   barricade, breaking through that line of officers that's at the

23   midway point of that stairwell.  It includes his conduct when

24   he's at the top of that stairwell.  And again, the rioters are

25   all gathering, they're all pushing against that, and they

1    finally break through that barricade, break through those

2    officers and flood the Upper West Terrace.  Finally, it

3    includes the defendant throwing that bottle at those officers

4    as they're guarding and trying to push people out of the

5    terrace near the scaffolding.  All of that's included in the

6    civil disorder.

7        So that brings us to resisting, impeding or assaulting

8    officers, count two.  Now, it's important to note the "or"

9    here; that for any of these verbs, assaulting, resisted,

10   opposed, impeded, intimidated or interfered with, any of those

11   is sufficient.  Now, with his battle gear on, the defendant was

12   the first person on that stairwell to have gone hands-on with

13   the officers, to have grabbed that officer and be pulling him

14   down while the officer's -- or pushing him while the officer's

15   trying to push him down the stairs.  The defendant is grabbing

16   at officers, you can see it on that frame.

17       Now, when the defendant testified, immediately after this

18   scene he said that when he picked up this pallet, that big

19   heavy wooden pallet, he didn't even know that this officer had

20   retreated.  And I want you to think about that for a second.

21   Because if the defendant didn't know that this officer had

22   retreated, and what you saw on the video where the defendant

23   picked up that pallet and immediately rammed forward up those

24   steps, that he was expecting to meet resistance.  He was

25   expecting that officer to still be there, and he was going to

1    steamroll him up those steps.  Well, the officer wasn't.  The

2    defendant -- the officer had retreated up the steps, the

3    defendant continued on, and he met that line of officers at the

4    very top and pushed them back.  Again, the officer -- the

5    defendant opposed, interfered with and assaulted the officers

6    on that stairwell.

7         But the defendant used force, he went hands-on.  He's

8    picking up that pallet, he's pushing against those officers.

9    His actions were voluntary and intentional.  He wasn't lost.

10   He didn't accidentally bump into them.  It was an intentional

11   act.  He's getting that pallet, lifting it up and running up

12   those steps.  And that these officers were engaged in their

13   official duties.  We've discussed that earlier.  Their official

14   duties are to protect the U.S. Capitol building and its

15   grounds.  That physical contact was made with a person, and

16   that he acted with the intent to commit another felony.  Again,

17   the defendant went hands-on, and the other felony can be any

18   number of them.  But for this specific one, it could be the

19   civil disorder.  The defendant is intending to move up that

20   stairwell intending to break through those barricades.  But

21   again, he was also present on Capitol grounds with that firearm

22   by his own admission.

23        That brings us to count three, that the defendant entered

24   restricted grounds without lawful authority, that he did so

25   knowingly, and that he used or carried a firearm.  This was the

1    restricted perimeter on January 6th.  Inspector Hawa and

2    Captain Baboulis told you the public was not permitted within

3    these lines, because the Vice President was presiding over the

4    Senate for the electoral certification.  Now, Captain Baboulis

5    told you about all the precautions that were put in place, the

6    snow fencing, the bike racks, the Olmsted wall, the multiple

7    area closed signs.  She told you about all of them.  She told

8    you how it would have been impossible, impossible for someone

9    to have gone at around 1:00 p.m. on January 6th and made it all

10   the way to that stairwell without having seen those signs,

11   those bike racks, that wall, those area closed signs.  She told

12   you that would have been impossible.

13        Do not leave your common-sense at the door.  Even if the

14   defendant didn't know the exact contours of this map, he knew

15   the area was restricted, and he knew he wasn't supposed to be

16   there.  Now, let's say the defendant somehow just magically

17   appears at that stairwell, somehow transports past all the

18   barriers, past all the bike racks, past the snow fencing, past

19   the area closed signs, past every single line of police

20   officer, he just is right there at that staircase -- or

21   stairwell.  Well, then he still would have known when the

22   officers are giving both verbal and hand gestures to leave the

23   area, when they're telling him stop, go back.

24        If that wasn't enough, he would have known when Officer

25   Kerkhoff was specifically engaging with the defendant on that

1   stairwell.  He would have known when she was firing PepperBalls

2   in his general direction.  If Officer Kerkhoff's actions were

3   not enough to convince the defendant that he wasn't supposed to

4   be there, there was also Sergeant Flood.  Sergeant Flood was

5   using his pepper spray down that stairwell, that's what

6   incapacitated the member with the -- the rioter with the blue

7   jacket.  Let's say that wasn't enough, the defendant still

8   couldn't pick up the hint.  Then you have Sergeant DesCamp who

9   again is there, again giving verbal commands, again giving hand

10   gestures:  Stop, go back.  Sergeant DesCamp is still also

11   deploying his pepper spray down that stairwell.

12       Willful blindness and self-deception are not defenses to

13   these charges.  The defendant knew he was not supposed to be

14   there, and he went anyway.  He prepared for it.  That's why he

15   had this body armor, that's why he had the gas mask, so he

16   could go anyway.  Where others had to desist because of the

17   atmosphere, the defendant could persist because he had the

18   protection to make it up that stairwell.  The defendant wasn't

19   an invited guest, he was there to fulfill his pledge:  Taking

20   over the Capitol, patriots, let's go.  And again, remember what

21   the defendant told you on direct -- or on cross-examination:

22   "I wasn't welcome anywhere on the Capitol grounds."

23       Finally, the last element, that the defendant used or

24   carried a firearm.  Again, he's admitted it, he had the firearm

25   on that stairwell.  He had the firearm that was recovered, that

1    you have there before you.  That brings us to count four,

2    disorderly conduct on restricted grounds; that the defendant

3    engaged in disorderly or disruptive conduct on restricted

4    grounds; that he did so knowingly with the intent to impede or

5    disrupt government business; that that conduct impeded or

6    disrupted government business; and that he used or carried a

7    firearm.

8        Now, again, this is from the jury instructions, you're

9    going to be able to read this at your leisure.  But disorderly

10   conduct is fairly low.  It's when a person is unreasonably loud

11   and disruptive under the circumstances or interferes with

12   another person by jostling against them or unnecessarily

13   crowding that person.  Disruptive conduct is a disturbance that

14   interrupts an event, activity or the normal course of a

15   process.  Again, the defendant was unreasonably loud, he was

16   jostling police officers, but he also went hands-on at that

17   stairwell.  He also picked up a pallet and ran it up making

18   contact with those officers at the top and pushing them back.

19   And again, we've covered that the defendant impeded the

20   government business.  The U.S. Capitol Police were there to

21   protect the Capitol grounds.  Secret Service was there to

22   protect the Vice President.  And that he used or carried a

23   firearm, we've covered that, the defendant admits it.

24       That the defendant -- count five, the defendant engaged in

25   physical violence on restricted grounds, and that he did so

1    knowingly.  Again, the defendant went hands-on at that

2    stairwell.  The defendant charged up that stairwell with that

3    pallet, and he knew what he was doing.  And those actions

4    literally on the steps of the Capitol where the defendant could

5    see the building and that he admitted on cross-examination he

6    knew he was in the Capitol, he was on the restricted grounds

7    and within the restricted grounds.

8        Count six, that the defendant was carrying a firearm on

9    Capitol grounds.  Again, the defendant admits it.  He had a

10   firearm on him, on that stairwell.  He had the firearm on him

11   on the Upper West Terrace.  He had it in that parking lot when

12   he was arrested with it.  The defendant was on Capitol grounds,

13   and he had that gun.

14       Disorderly conduct on Capitol grounds.  Again, I won't

15   belabor the point, that the defendant engaged in the disorderly

16   and disruptive conduct.  The definitions of those are the same.

17   The difference is this time, instead of being within that

18   restricted perimeter, he was within that larger Capitol

19   grounds.  Again, the defendant engaged in that conduct on

20   Capitol grounds.

21       Count eight, engaged in violence on Capitol grounds, acted

22   willfully and knowingly.  Again, this is just that larger

23   perimeter area, the full Capitol grounds that the defendant is

24   engaging in physical violence, grabbing those officers, running

25   up those steps with the pallet.  That brings us to count nine,

1   that the defendant was carrying a pistol without a license

2   within D.C.  And again, this is a D.C. firearm license.  It is

3   not a defense for the defendant to have an expired firearms

4   license from another state; that's not a defense here.  The

5   defendant was carrying that firearm within the District of

6   Columbia, and he didn't have a license within the District of

7   Columbia.  And again, the defendant admits it, and we've

8   brought you proof of that.  According to the records of this

9   department, Christopher Alberts did not have on January 6th,

10  2021 a license to carry a pistol in the District of Columbia

11  nor does he now have such a license.

12      The defendant spoke about his need for protection.  He

13  said that's why he needed all of this; that's why he needed a

14  gas mask; that's why he needed the body armor; that's why he

15  needed the gun.  Members of the jury, per the defendant, if you

16  weren't with him, you were against him.  And if you were

17  against him, you were a domestic terrorist.  He didn't protect

18  Officer Bennett.  He didn't protect Officer Kerkhoff.  He

19  didn't protect Sergeant DesCamp, Captain Baboulis, Lieutenant

20  Hawa.  He didn't protect any of them.  No, remember who the

21  real protectors were that day.

22      (Audio played)

23      **MS. NOHRIA:**  On January 6th, 2021, the defendant's purpose

24  was clear:  To take the U.S. Capitol.  His preparation was

25  clear with his body armor, his gas mask, his gun, his hollow

1   point bullets.  He was clear.  His words were clear:  "It is

2   your duty to overthrow the government.  Y'all are domestic

3   terrorists.  Choose a side."  But most importantly, his actions

4   were clear:  Going through multiple police barricades;

5   bulldozing his way through officers; going hands-on with

6   officers at that stairwell; grabbing that pallet; running up

7   those steps.  His actions were clear.  Hold him accountable,

8   find him guilty on all counts.  Thank you.

9   **THE COURT:**  Thank you, Mr. Nohria.  Mr. Roots, do you need

10   a minute to set up?  Okay, let's just wait here, stretch if

11   you'd like so Mr. Roots can get his mic.

12   (Brief interruption)

13   **MR. ROOTS:**  Okay.  Members of the jury, the defendant

14   Christopher Alberts is a lucky man.  He's lucky because he was

15   born in the United States of America.  By constitutional

16   design, the government cannot pull a single hair from his head

17   without first getting the permission of 12 jurors to do so.

18   The right to a jury trial was won by people who died screaming

19   on dungeon walls so that you could be here.

20   Mr. Alberts came to Washington, D.C. on January 6th to

21   make his voice heard, like so many hundreds of thousands of

22   others.  He came to January 6th as both a protester and a

23   protector of protesters.  He arrived with all this stuff, like

24   the government showed.  He did have this -- some of this

25   military stuff that he had had he had accumulated, and some of

1    the stuff he used as a tow truck driver on a daily basis.  He

2    did not have any Trump gear.  He did not bring a Trump flag or

3    a U.S. flag.  He was not -- he did not show up specifically as

4    a protester, but he showed up to protect other protesters as

5    well, and he knew that they might need protection.

6        At times on January 6th, as the evidence showed, he played

7    a third role which was a protector of law enforcement.  He

8    played a little bit -- he had multiple hats on January 6th,

9    there was a lot going on.  I would like to bring up -- he's

10   charged with nine counts, as the government said.  Count one is

11   engaging in a civil disorder.  Now, that is the federal sort of

12   riot statute.  The definition of a civil disorder, the jury

13   instructions said -- it's some definition of three or more

14   people engaging in violence, damaging property, et cetera.

15   There was no time when Mr. Alberts engaged in violence with

16   three or more; he did not do that.  He did engage in some

17   things he regrets, but he never was a rioter.  He did not riot

18   with three or more individuals.

19       Now, it is required -- it's an element required --

20   actually, let's play that video if we could, the video of the

21   scene there when -- around the time that Mr. Alberts first

22   arrived at the -- in the Capitol area.  This was David

23   Sumrall's video.

24       (Video played)

25       **MR. ROOTS:**  And that's probably the scene that Mr. Alberts

1    saw -- or pretty close to it, he was in that area.  No one

2    there, no one there had any notion, not any idea of what would

3    unfold there in the Capitol in the next couple hours.  None of

4    them had the slightest idea.  Certainly Mr. Alberts did not, as

5    he testified.

6        One element required to be proven beyond a reasonable

7    doubt is that the civil disorder in question affected commerce.

8    January 6th was a unique civil disorder, if it was a civil

9    disorder at all.  It was unique in the history of civil

10   disorders, because it had so little effect on commerce.  It

11   was -- as the witnesses testified, it was mostly confined to

12   government buildings.  It did not adversely affect the truck

13   industry, the food trucks.  The government put on some evidence

14   of just a single corporation in the District of Columbia, one

15   corporation, the Safeway corporation.  The government put on

16   some evidence that the day before January 6th -- that would

17   have been January 5th, the Safeway chains -- I think there were

18   11 Safeway chains, some of them had above normal -- or above

19   expected profits for the day, some had below.  And then the

20   government put on some evidence that on January 6th, the

21   profits of all 11 Safeway stores were lower than expected.

22   Oddly enough, the next day, every single one of the 11 Safeway

23   stores had above expected profits, the very next day.  Of

24   course we all recognize what really happened, the Safeway

25   chain -- the harm to the profits of Safeway -- and let's just

1    assume there were others, was not caused by the civil disorder

2    going on at the Capitol on January 6th.

3         Unique among all the riots and civil disorders that we've

4    all seen videos of -- we're all familiar with rioting that has

5    happened in different places at different times.  Unique among

6    them, the civil disorder, such as it was in Washington, D.C. on

7    January 6th, was confined to places that had minimal, almost

8    no -- perhaps no effect on commerce.  Even the government's

9    witnesses admitted that the hotels were generally packed, the

10   food service industry around the Capitol area was packed.  A

11   million Americans -- people disagree over the numbers of how

12   many people came to January 6th, but hundreds of thousands to

13   3,000,000.  These people added to commerce.  And all of the

14   civil disorder and the disruption that happened at the Capitol

15   on January 6th did nothing to harm the commerce of the District

16   of Columbia.

17        What did harm the commerce that day was a decree, a curfew

18   order by the Mayor of the city that was unnecessary.  The

19   rioting, the civil disorder, the disturbance had all been

20   confined in that one mall area of the Capitol area.  The Mayor

21   didn't need to issue that order, and that was the order.  The

22   Mayor is to be blamed for any negative impact on the Safeway

23   corporation or any other business in the city.  So the

24   government has completely, utterly and totally failed to meet

25   one of the elements that they must meet beyond a reasonable

1  doubt with regard to count one, and Mr. Alberts is not guilty

2  of count one.

3  Let's go to count two -- actually, before I do that, let

4  me discuss another -- a little component at count one, and that

5  is a federally protected function.  And that is -- I guess the

6  government says it was the function of protecting the Vice

7  President.  The evidence came in, no one was evacuated from the

8  Capitol.  There was a lot of trauma.  There was a lot of

9  disturbance.  The Capitol was never under siege.  There was

10  never a time when the government couldn't get goods and

11  services, people, personnel.  Every member of Congress, every

12  Senator, Vice President Pence could have walked out of the

13  building if they'd wanted to.  They were safely in places in

14  the building.  It was a traumatic experience for some, but it

15  was never under siege.  In fact, law enforcement officers from

16  Maryland, from Virginia, from other agencies were able to

17  freely come and go.  And so Mr. Alberts is not guilty of count

18  one.

19  Let's go to count two.  Count two is assaulting officers,

20  federal officers.  Now, that requires proof that Mr. Alberts

21  used force with the intention of causing bodily harm.  Again,

22  the government utterly, completely and totally failed to prove

23  that Mr. Alberts had such intent.  Mr. Alberts did have intent

24  to be on the staircase, he was there to help Mr. Reffitt, the

25  individual in blue.  There was gas, there was nerve gas agents

1    that were flying around, tear gas.  Mr. Alberts did have a gas

2    mask.  It was a confusing moment.  The officers were firing

3    less-than-lethal munitions.  In fact, less-than-lethal

4    munitions which hit Mr. Alberts, including in the groin area

5    which is excessive force, it's not -- it's against police

6    policy.  You saw the evidence, there was, let's say, contact --

7    there was brushing, there was a moment when the piece of wood

8    that Mr. Alberts held up brushed against officers.  The

9    government failed to prove that there was any intent on the

10   part of Mr. Alberts to injure or harm or commit any other

11   felony as he was doing that.

12       Count three is entering or remaining in a restricted

13   building or grounds with a firearm.  Let's show the videos of

14   the things that Mr. Alberts saw during that time.

15       (Video played)

16       **MR. ROOTS:**  Remember he'd already seen somebody who had

17   been killed on the ground below.  And then he saw someone who,

18   as far as he could tell, a second person was killed.

19       **MR. DALKE:**  Objection, Your Honor, misstates the evidence.

20       **THE COURT:**  We'll deal with it afterwards.

21       **MR. ROOTS:**  Mr. Alberts saw another person that was

22   apparently -- at least from Mr. Alberts' perspective, it looked

23   like he was being pushed off to at least -- to his apparent

24   serious injury or possible death.  If Mr. Alberts intended to

25   cause bodily harm, we know that he had the capabilities of --

1    he had a gun on him, he had things on him.  He didn't do any of

2    those things.  He was in a situation where he did nothing.  He

3    did pick up a piece of wood to protect less-than-lethal

4    munitions, protect others from being hit, to protect him

5    himself from being hit.  He did not commit assault of an

6    officer under count two, and he is not guilty of count two.

7         Count three is entering or remaining in a restricted

8    building or grounds with a firearm.  Now, here the evidence is

9    so overwhelming that there was no proper notification, there

10   was no proper announcement.  There was fencing that was up in

11   places at times.  The government utterly failed to show that

12   Mr. Alberts saw such fencing in front of him when he passed

13   through those areas.  And you saw that Mr. Sumrall testified

14   from a perspective just behind Mr. Alberts that none of those

15   barriers were in place.  And it appeared to Mr. Sumrall that

16   there had been negotiations by the crowd in front of him with

17   law enforcement, and that law enforcement had -- according to

18   Mr. Sumrall, at least he thought there had been negotiations

19   and the crowd was allowed to go forward.  He testified there

20   were no announcements.  But Mr. Sumrall didn't say he had the

21   hearing problems that Mr. Alberts has.  There were no

22   announcements.  The signage, such as it was, was not in place,

23   it was not anything the crowd was noticing.

24        The government puts on this -- these maps.  Let's look at

25   this one right here.  Let's see if I could just -- okay, down

1  there in that lower left quadrant of that green area, somewhere

2  in there -- which I think every witness, including all the

3  government witnesses, admitted is closer to the Perkins Labor

4  building than the Capitol.  Mr. Sumrall testified there were no

5  law enforcement officers there that were telling people it was

6  Capitol grounds, it was restricted grounds, that there was no

7  authority to be there.  Mr. Alberts came through the first

8  time, and then ultimately came back out the second time, and

9  there were -- the government put on some signs saying, you

10  know, this is a restricted area and whatnot, no firearms in

11  this zone.  The government -- and then on cross-examination,

12  they admitted, well, those signs were put -- that picture was

13  taken at BLM plaza two miles away.  The government has failed

14  utterly, completely and totally to prove beyond a reasonable

15  doubt that Mr. Alberts saw signs, that he was notified, that he

16  was told that it was a restricted zone, and that he -- that it

17  was improper to be there.  Mr. Sumrall also testified to that.

18  There were no officers telling drivers that they had to leave.

19  So count three also has not been proven, and Mr. Alberts is not

20  guilty.

21      Count four is disorderly conduct in restricted grounds

22  with a firearm.  Again, the evidence is very clear that

23  Mr. Alberts chose not to go inside the Capitol for a reason.

24  He chose not to go inside, because he was aware he had a gun on

25  him -- he packs a gun every single day as part of his job, he

1   wears a gun.  And he chose not to go inside the Capitol in part

2   because he recognized that his legal rights were in question if

3   he had done so.  He chose not to do so.  Also, count four

4   requires as an element that must be proven beyond a reasonable

5   doubt that in fact his conduct did in fact impede the orderly

6   conduct of government business.  Again, the government has

7   utterly, totally and completely failed to meet that burden.

8   Mr. Alberts did not go inside, he did not knowingly disrupt

9   Congress or any government business inside the building.  He

10  did not impede the orderly conduct of any official proceeding

11  inside.  He did make a stand at the top where he let the

12  government know he made his voice heard, he yelled out some of

13  his positions and some of his philosophy.  But he at no time

14  did anything to disrupt the conduct of government business, and

15  Mr. Alberts is not guilty of count four.

16      Count five is committing an act of violence in a

17  restricted building or grounds.  Let's go ahead and roll this.

18      (Video played)

19  **MR. ROOTS:**  It's very clear that Mr. Alberts was not just

20  a protector of protesters, he was a protector, at least in this

21  moment, of law enforcement.  He was helping Officer Atkinson

22  keep the road clear, as asked.  And Mr. Alberts, as you can

23  see, took a little bit of flack from fellow protesters.  He

24  took some flack for taking the position of being a flagger --

25  and by the way, he is a professional flagger, that is something

1   he does.  And he helped keep that lane open so that the

2   deceased, Mr. Ben Phillips, could be taken out away from the

3   building.  Mr. Alberts is not guilty of count five, he engaged

4   in no violence in a restricted building or grounds.

5        Now, count six is unlawful possession of a firearm on

6   Capitol grounds.  Again, the government has utterly, totally

7   and completely failed to show any signage or any announcement

8   that Mr. Alberts saw or heard regarding the notion of having a

9   firearm on the areas where he was was prohibited.  You heard

10  Dave Sumrall's testimony, he went through some of the same

11  areas where Mr. Alberts went through.  Nothing would have

12  informed a reasonable person that they were in some extremely

13  protected or restricted zone.  And in fact, we know from

14  history that the U.S. Capitol is the people's place, it's the

15  people's house, it's where people go to meet with members of

16  Congress.  Most people do not have these experiences of their

17  state Capitol being cordoned off and restricted from entry.

18  And Mr. Alberts is not guilty of count six.

19       Let's go to count seven.  That is disorderly conduct in

20  the Capitol grounds, quote, within intent to impede, disrupt

21  the orderly -- or otherwise disrupt the orderly conduct of

22  Congress.  Now, this is one of the counts that requires

23  willfulness.  Now, willfulness means that they need to prove in

24  this count that Mr. Alberts knew he was breaking the law unlike

25  some of the counts.  In this count, they actually needed to

1   show that Mr. Alberts had the intent and the knowledge that he

2   was actually breaking the law.  The evidence is absolutely

3   barren in this case.  The government has failed utterly to show

4   that Mr. Alberts believed that he was violating the law.

5       (Video played)

6       **MR. ROOTS:**  You can see from that video the festive

7   atmosphere, the fact that most of the people that were there on

8   January 6th did not believe they were engaging in a riot or

9   anything unlawful.  You can find violent situations that

10  occurred that day.  You can find civil disorder in places at

11  different times.  I'm even prepared to say that there were

12  rioting type situations at different locations.  But the vast

13  majority of the people that were there that day, from

14  Mr. Alberts' perspective, were not in a riot.  There was not

15  that level of disorderly conduct.  Most of them didn't believe

16  they were breaking the law.  Mr. Sumrall testified that in fact

17  it seemed like many people were set up on January 6th.

18      Count eight is another of the statutes that actually

19  requires the government to prove willfulness; in other words,

20  proof that Mr. Alberts knew that he was breaking the law, and

21  they failed to prove such a thing.  Again, Mr. Alberts -- as

22  proof -- if I could just stop that real quick.  Mr. Alberts

23  chose, and his own testimony indicated, that he made the

24  decision not to go inside.  He could have gone inside the

25  building.  He chose not to because he wanted to follow the law.

1    Let's go ahead and roll that.  This is Mr. Alberts' arrest.

2        (Video played)

3        **MR. ROOTS:**  At no time did Mr. Alberts ever say to anyone

4    that he thought he was breaking the law.  At no time did he

5    ever tell any of these law enforcement officers that he -- at

6    no time did he deny that he had a gun, for example.  At no time

7    did he suggest to the officers that they were planting anything

8    or that there was undue -- that -- at no time -- let me just

9    say at no time did he ever say anything other than the truth,

10   that he actually had a firearm on him.  And the government has

11   failed to show that he willfully broke the law on January 6th

12   that day.

13       Now, Mr. Alberts took the stand.  His character witnesses

14   took the stand.  I think it's very clear that Mr. Alberts is a

15   great guy.  I don't even think the government really contests

16   that.  He's a great guy.  He's a guy who's had a lot of

17   achievements, I think everyone who knows him regards him as a

18   person that protects them, looks out for them, a good person to

19   know.  His actions on January 6th can be looked at in different

20   ways.  I submit that 40, 30 years from now, everyone will have

21   a different perspective about January 6th.

22       Mr. Alberts himself said that he wasn't perfect, he made a

23   lot of mistakes on January 6th.  He testified about the water

24   bottle, how he was a little bit ashamed of himself, he wished

25   he hadn't tossed the water bottle.  He was in a state of anger.

1   He had gone through a lot that day.  He'd actually had an

2   explosion happen at his legs.  He'd seen a deceased person, he

3   saw another person pushed off the wall.  He had suffered

4   himself quite a bit.  It had been be a traumatic day even for

5   him as well as we all know some of the others.  Mr. Alberts

6   shouldn't be judged based on one single day in his life.  He

7   admits his mistakes, he made a lot of mistakes, but he is not

8   guilty of these charges.  Thank you.

9   **THE COURT:**  Thank you, Mr. Roots.  Can we go to the phones

10  just for one second.

11  (Sidebar discussion)

12  **THE COURT:**  I'm going to admonish the jury as to two

13  instructions.  One, that the arguments of counsel are not

14  evidence, and two, if counsel's description of the elements of

15  the offense or the definitions or the instructions generally

16  differ with those of the Court, that they must follow the

17  Court's instruction.  The only -- and I would like to leave it

18  at that.  The only specific issue in defense counsel's closing

19  was the person who passed away.

20  Did he pass away?  Was he deceased when Mr. Alberts saw

21  him?  I don't recall there being any evidence whatsoever

22  introduced as to that he was deceased when he appeared on the

23  video.  That's obviously something that's a little more

24  incendiary than some other potential misstatements that

25  Mr. Roots made.  What's the government's view on that?

1    **MR. KONIG:**  I think the Court should instruct.  I think

2    Mr. Roots has been admonished, he's ignored those

3    admonishments.  My understanding is that no testimony came in

4    because the Court did not allow testimony about that

5    individual.

6        **THE COURT:**  I allowed the video.  What state was -- I just

7    don't know, what state was the guy in during the video?  He was

8    getting CPR, he was obviously in medical distress, that came

9    out.  But I don't think anything came out during the trial as

10   to whether he was alive or dead or what happened to him

11   subsequently certainly.

12       **MR. KONIG:**  That is correct.

13       **THE COURT:**  Mr. Roots?

14       **MR. ROOTS:**  Unfortunately, I missed that segment

15   apparently of Mr. Alberts' testimony.  My understanding from

16   talking to my colleagues is that that evidence came in.  I

17   believe just from talking to Mr. Alberts --

18       **THE COURT:**  What evidence came in, that he was deceased

19   when he passed by on the stretcher getting CPR in medical

20   distress?  That didn't come in.

21       **MR. ROOTS:**  I had heard that it had, I'm sorry.

22       (Open court)

23       **THE COURT:**  Ladies and gentlemen, before we get to the

24   government's rebuttal argument, I'm going to give you two

25   instructions that I've given you before that are also in your

1    written instructions.  The first is that the arguments of

2    counsel are not evidence.  The only evidence in the case is the

3    exhibits that have been admitted and the testimony that has

4    been admitted.  The second instruction is that if counsel by

5    either side describes the instructions or the elements of the

6    offenses at issue here or the definitions that the Court has

7    given and that are in your written instructions, if there are

8    any inconsistencies between either counsel's description of

9    those things and the actual instructions, you must follow the

10   instructions.

11        The only other thing I will say at this point is that you

12   heard Mr. Roots reference someone being deceased.  I don't

13   believe that there has been any evidence admitted at trial as

14   to whether the person who was clearly suffering some sort of

15   medical emergency that we saw video of was either deceased or

16   not deceased at that time, okay.

17        Mr. Dalke or Mr. Konig?  Mr. Konig.

18        **MR. KONIG:**  Thank you, Your Honor.  Let me make sure I can

19   be heard, I haven't used this mic before.  Good afternoon,

20   ladies and gentlemen of the jury.  You will not be disappointed

21   to learn that I'm going to be the last attorney you hear from.

22   This is the end of the case.  I'm going to take hopefully 10,

23   maybe 15, minutes of your time just to wrap up, respond to

24   Mr. Roots' argument and then you go back to deliberate.  Before

25   you do, I want to take a moment and thank you.  I know a week

1   is a long time.  I thank you for taking time out of your lives,

2   your jobs, your families, things you would have been doing this

3   week to give Mr. Alberts a fair trial.  We know you've been

4   paying close attention, taking notes, and we appreciate it.  It

5   is very important, and we -- all of us don't take it lightly.

6       So at the beginning of the case, Mr. Dalke came here and

7   he told you that you would hear evidence and law, and then

8   you'd take the legal instructions given by Judge Cooper and

9   your common-sense, and you'd go back and you'd deliberate.  And

10  we provided you evidence in this case over this past week of

11  trial, the testimony of witnesses that if you credit it

12  constitutes evidence.  The documents in this case that will go

13  back to the jury room with you, the videos, the photographs,

14  the audiotapes, that's all evidence that you can consider.  And

15  that's really what Mr. Nohria argued, I'm not going to repeat a

16  lot of it.

17      The law is, as Judge Cooper just said, only what's in

18  these 27 pages that you'll be able to take back with you.  It's

19  not what Mr. Alberts thought the law was on January 6th.  It's

20  not what Mr. Alberts thinks the law is today.  It's not what

21  Mr. Roots argues the law is or even what we argue the law is.

22  It's what we've put together, what the Court put together that

23  is the only thing that guides you on the law.

24      I want to take a moment -- I know that both attorneys

25  before me spent a long time on this, but jury instructions,

1   particularly jury instructions that are 27 pages, can be

2   daunting.  So I just want to give you a road map of maybe how

3   you can make this a little less daunting to kind of guide your

4   deliberations.

5        So of these 27 pages, 11 are the -- include the nine

6   counts that Mr. Alberts is charged with.  Each of the counts

7   charges a separate crime.  I believe one is a D.C. crime, the

8   rest are federal crimes.  And that's on instructions number 20

9   to 28.  And the Court has helpfully provided you bullet points

10  of each of the elements of the offenses that you have to find

11  to find Mr. Alberts guilty.  And we believe you will find

12  Mr. Alberts guilty because of the certainly sufficient evidence

13  beyond a reasonable doubt, if not overwhelming evidence beyond

14  a reasonable doubt, of his guilt of all of these crimes.

15       What these bullet points are, are simply you have to check

16  them each off to find him guilty of each one unanimously.  And

17  I think that that may be a way to sort of distill jury

18  instructions pretty easily, is to look at each element.  And

19  then underneath each one are the definitions.  So the

20  definitions -- again, not what Mr. Roots thinks or Mr. Alberts

21  thought, it's what Judge Cooper said.  And so, for example, in

22  your instructions, there's a definition about Capitol grounds.

23  Capitol grounds is a legal definition, it's a matter of law.

24  It does not matter, as a matter of law, whether it was close --

25  whether Capitol grounds are closer to the Department of Labor

1    than the Capitol building, it's a jurisdiction.  It's like D.C.

2    and Maryland and Virginia.  It doesn't matter that National

3    Harbor is closer to D.C. than it is to Frederick, it's still

4    part of Maryland.  It's a matter of law.  And if Mr. Alberts

5    was accused of committing a crime at National Harbor, even if

6    he didn't know it was Maryland, he still would be bound by the

7    laws of Maryland.  And that's all that is.

8         And the same with restricted area.  Restricted area is

9    defined in the instructions.  And restrictions -- restricted

10   area, it's restricted because in this case the Vice President

11   was there.  The Secret Service sets up a security perimeter

12   because the protectee of the Secret Service, somebody whose

13   life -- you know, second in line to the President.  There are

14   enhanced protections of that area no matter if Mr. Alberts

15   knows it, the metes and bounds of a restricted area.  It's a

16   matter of law, it's not a matter of debate, it's not a matter

17   of fact.

18        The third thing that Mr. Dalke promised you at the

19   beginning of this case is that we would talk about

20   common-sense, and that's what I want to spend the bulk of my

21   time doing is talk about common-sense.  Because you're the

22   arbiters, you decide the facts, you decide what's believable.

23   And you don't do so just simply believing everything you hear,

24   everything that counsel argues.  But you look at the facts in

25   light of your knowledge and experiences as human beings.  So

1    you apply that common-sense to what evidence we provided and

2    what Mr. Alberts explained, his testimony and the testimony of

3    his witness, factual witness.

4         This is a case where common-sense is a lot easier to use,

5    because there's not a lot of disputes about the facts.

6    Mr. Alberts admits and admits and admits and admits he had a

7    loaded firearm on his hip, 25 rounds of ammunition, an extra

8    magazine, bullet in the chamber the entire time that he was

9    away from his car on January 6th of 2021.  He had that gun

10   right there ready to fire.  No doubt about it, he had it when

11   he was going to the rally on the Ellipse.  He had it when he

12   walked to the Capitol building.  He had it when he passed the

13   Peace Circle, when he dealt with the officers on the

14   Pennsylvania walkway.  He had it when he assaulted the officers

15   as he went up those stairs.  He had it when he was sidelined

16   for 30 to 45 minutes in the shadow of the Capitol building,

17   when he was close enough to touch the Capitol building.  And

18   for the next few hours where he railed and railed and railed,

19   his blood was boiling, he had that firearm.  And he had that

20   firearm when the officers pushed him off the Upper West Terrace

21   and pushed him around the building and down on the east side of

22   the building closer to the Library of Congress.

23        And then when he turned back around, still on Capitol

24   grounds, he had that firearm.  He had that firearm when he was

25   yelling at -- when he threw a bottle of water at the officers

1    in the Lower West Terrace area, and when he was on the west

2    lawn.  And when he was finally arrested at 7:22 p.m., after a

3    long day of having that firearm on him, there was no doubt

4    about it.  And he had all of this evidence as well the entire

5    time.  There's no doubt.

6         He had communications devices, a throat mic that fit so he

7    could communicate under his gas mask while he was wearing it.

8    He had the gas mask itself.  He had the heavy, heavy body armor

9    with the plates on it that you held and you passed around.  He

10   had the knives.  He had the backpack.  He had a flashlight in

11   the backpack, the flashlight which he shone at the officers

12   after he had been railing for hours and he was still mad, and

13   they were still trying to get him off the grounds.

14        There's no doubt about any of the physical evidence, just

15   none, and so it makes it a lot easier to just apply your

16   common-sense because you don't have to guess about any of that.

17   You don't have to take the credibility of any witnesses, it's

18   just -- it's admitted.  And I should say with all of this gear,

19   Mr. Alberts says it's defensive.  I think -- what's the old

20   saying, the best offense is a good defense.  Isn't that the

21   evidence you heard in this trial?  Isn't it that he was -- by

22   putting on this defensive gear; by having body armor with

23   plates; by having a gun loaded enough to shoot 25 times,

24   including hollow point bullets; by having a gas mask; by having

25   communications that he was able to go on offense.  He was able

1    to rush those officers on the steps without fear that the

2    pepper spray would sideline him, without fear that PepperBalls

3    would do damage to his core areas.  The areas that he showed

4    you that were injured were his extremities.  And so there's no

5    real belief that somehow him having defensive gear is any

6    better or has any real bearing on the ultimate issue of whether

7    he committed these nine crimes.

8        So I'm going to spend just a little time talking about

9    common-sense.  And I submit that what you should do when you're

10   looking at the evidence, when you're trying to decide whether

11   it adds up to guilt on all of these nine counts, is ask

12   yourselves, with the arguments of the defendant, do they make

13   sense and do they matter.  So he argues that he didn't see

14   signs when he first came in, when he came through Peace Circle;

15   he was never notified, he didn't hear any warnings that it was

16   a restricted area; he wasn't told.  He simply didn't know.

17   Well, does that make sense?  You saw the video of -- from David

18   Sumrall this morning.  You just saw some of the video.  And

19   David Sumrall said, "I was in the same area of Chris Alberts,

20   but Chris Alberts was actually farther ahead of me."  And you

21   could see in that video those officers and those barricades and

22   that snow fencing.

23       And then you could see further on at 1:04 when Mr. Alberts

24   was on the Pennsylvania walkway, the incident with the

25   officers, Officer Atkinson.  And by then, you can see in that

1    video -- there's a CCTV video, you can see in the video there

2    are signs, there's snow fencing, there are barricades.  You can

3    see bicycle racks.  In fact, Mr. Alberts admitted he climbed

4    one of the bike racks to get up on those steps.  He didn't go

5    up the steps like you or I would go up steps.  To get up there,

6    he went on a bicycle rack that was leaned against that banister

7    and climbed up.  And then he climbed on a narrow, maybe 4-foot

8    area, and then he got to the top.  And all this time, all this

9    time he admits there were officers there, they were pepper

10   spraying, they were in riot gear, they were giving them hand

11   signals.  He says that he couldn't hear the officers at the top

12   of the steps.  Again, does that make sense, and does it matter?

13        First of all, he could hear Guy Reffitt just fine when Guy

14   Reffitt said:  Forward, forward.  He could hear the officers,

15   Officer Atkinson in the video just fine.  And he could see

16   these officers and all these officers are doing.  And all the

17   officers did all day long on January 6th is try to get

18   Mr. Alberts to leave, tried to get him to leave because there

19   were 535 voting members of Congress inside that building and

20   the Vice President and the vice president's family, and the

21   peaceful transition of power.  They wanted him to leave.  They

22   made it clear he should leave, and he did not leave.  So it

23   doesn't make sense that he did not know he was not wanted

24   there.

25        So he just doesn't know that it was restricted or it was

1    Capitol grounds.  Well, first of all, just to be clear, legal

2    definitions, if you're on the restricted grounds, you're also

3    on Capitol grounds.  So if Mr. Alberts committed these offenses

4    within that restricted barrier, he also committed them on

5    Capitol grounds.  But again, does it matter to the law?  Did he

6    know he was not supposed to be there?  We showed a video

7    earlier today, we've shown it a number of times.  I'm going to

8    ask Ms. Kozaczuk to bring it up.  It's Exhibit 308.  I'm going

9    to ask Ms. Kozaczuk to play starting at 58 seconds.  I've got

10   the wrong one, haven't I?  I believe it's going to be 310 or

11   311.  I will continue to argue while she's looking for that.

12        One of his arguments is that he was helping officers.

13   Does it make sense and does it matter?  I just want to take a

14   moment and talk to you about this argument, this defense for

15   what it's worth.  Officer Atkinson, who's vastly, vastly

16   outnumbered -- it's 1:04 p.m.  The MPD hasn't shown up, the

17   National Guard hasn't shown up, the Virginia police haven't

18   shown up, the Maryland police haven't shown up.  A group -- a

19   big group of rioters has just breached through.  They're

20   yelling, they're throwing things.  And Mr. Alberts wants you

21   to -- wants us to congratulate him for clearing a walkway so

22   that somebody could come through.  Don't you think those

23   officers would rather he just left?  And when you think about

24   all the things that Mr. Alberts did on January 6th -- riling up

25   the other rioters, hands-on grabbing officers, running up steps

1    with a wooden pallet, yelling at officers that they're

2    treasonous, communist motherfuckers for hours, refusing to

3    leave so officers can keep control, so the House and Senate

4    couldn't go back into session.  And he wants your thanks for

5    clearing a walkway at 1:04.

6         He says he's a great guy.  His character -- whether he's a

7    great guy, is that relevant, does that matter to whether he

8    committed these nine crimes?  If he was a great guy for every

9    other day in his entire life, is it relevant to what he's been

10   accused of and what you saw with your own eyes he did?  Use

11   your common-sense.  He wants credit as a protector.  He was

12   helping the guy in the blue jacket, Guy Reffitt.  But remember

13   the testimony.  He went up there -- by the way, Guy Reffitt

14   being the first person trying to breach those stairs which were

15   the path to the Senate wing door that was eventually breached,

16   and Congress fell for a short time.  And Reffitt, who was

17   inching up and inching up -- you saw the video, and he was

18   PepperBalled and he wouldn't stop, and he was finally pepper

19   sprayed.  And the defendant's testimony is he only went up

20   there to help him.  But did Mr. Reffitt want his help?  No.

21   Guy Reffitt told him:  Forward, forward.  And Mr. Alberts did

22   go forward.  So was he protecting Mr. Reffitt?  Who cares.  He

23   didn't go back down after he tried to protect Mr. Reffitt.  He

24   went up and then attacked the officers.

25        Okay, we'll play this now that we're going up.

1    (Video playing)

2       **MR. KONIG:**  He gets to the top of those stairs, we're at

3    about 2:10 p.m.  Again, that door behind this area that you can

4    see right now, that Senate wing door, the window -- the first

5    thing that was breached, the first people scamper in at 2:13.

6    Mr. Alberts is, I think the testimony was, 10th or 15th up

7    those stairs making it to this level.  And what does he come

8    upon, but an area that is cordoned off.  And you can look at

9    the definition of restricted area.  It's a cordoned off area.

10   So even if his knowledge of the restriction was relevant, he

11   knew it was cordoned off.

12       He saw the area that was cordoned off, and then starting

13   at about 3:45, he's on the other side of where that cordon was

14   yelling at the officers telling them they're traitors, telling

15   them that if they were -- if they took their oath seriously,

16   they would let the rioters do their job; the officers would go

17   and turn around, and go home and leave the Capitol unprotected.

18   And where did he do that?  Ms. Kozaczuk, if you can play it.

19       (Video played)

20       **THE COURT:**  Counsel, let's wrap it up.

21       **MR. KONIG:**  Thank you, Your Honor.  Mr. Alberts --

22   Mr. Roots in argument was talking about the festive atmosphere

23   on January 6th.  I just want to pause and note that none of the

24   evidence you've seen in this case, ladies and gentlemen, shows

25   a festive atmosphere.  He says that he went there so his voice

1    can be heard.  And think about whether that's consistent with

2    him going up the steps to defend Guy Reffitt or himself.

3    Because it's clear his whole goal was to get up to that area

4    and beyond.  Because once he got up to the top where he says he

5    brushed against officers, ladies and gentlemen, you've seen the

6    video, consider whether what he did was brush against the

7    officers.  He got up there and he made clear what his real goal

8    was, which is they want the war, they got it.  The officers --

9    he's raging.  Because once he got up there, he was not happy.

10   He got up there to say his means.  But once he said his means

11   and said them and said them, he still was not happy.

12        Injuries to other protesters.  Again, again, whether or

13   not Mr. Alberts went there to help other protesters, rioters or

14   whether he didn't, and whether he helped any or he didn't, he

15   certainly wasn't helping those officers.  And does that have

16   any relevance, does it matter to what he's accused of doing?

17   The effect on commerce.  Ladies and gentlemen, it's in your

18   jury instructions.  It doesn't matter if it had a negative

19   effect or a positive effect, it's not a zero sum game.  In the

20   definition in your instructions, there was a curfew.  The

21   curfew was caused by the riot.  And the curfew meant that the

22   Safeway stores were closed.  It's common-sense that that had an

23   effect on commerce when Safeway stores are closed.  Federally

24   protected function, very clear.  A federally protected function

25   was the protection of the then Vice President of the United

1    States.

2         Mr. Alberts purported to address every single relevant

3    fact.  But addressing the facts are not the same as taking

4    responsibility for them.  To hear him tell it, his entire day

5    on January 6th was a hapless accident, a mix of bad timing,

6    attempts at intervention to protect other protesters, and then

7    a rising fury for maybe the police officers' wrongdoing.  But

8    again, that's deflecting:  The megaphone was placed in his

9    hand, the bike rack barriers were placed so he could walk up,

10   the wooden pallet was placed at his feet.  Even when he's

11   talking about his own conduct, he wants to blame someone else.

12   But this, these nine offenses, they're about Christopher

13   Alberts and nothing else.

14        Ladies and gentlemen, he said it at 12:37 -- 12:38:

15   "We're taking over the Capitol," and then he breached Peace

16   Circle.  And at 1:04, he admitted, he said to other rioters:

17   "We'll get them soon," or as he said yesterday, "We'll get up

18   there soon."  He climbs a bicycle rack barrier, he pressed on.

19   And then he said yesterday once he made it to the top and then

20   was repelled down briefly.  In his 22 minutes on those stairs,

21   he said:  "The cops assumed I was not threat."  So once they

22   kept him from advancing temporarily, they knew he was no

23   threat.

24        Ladies and gentlemen, you've seen the videos, we've played

25   them a number of times.  I'm going to play this one more for

1   you.  What it shows is what we all know, that Mr. Alberts on

2   January 6th, 2021 committed all of these crimes.  And he

3   committed all of these crimes not because he was trying to help

4   someone else, not because he thought he was exercising his

5   rights, but because he wanted Congress to stop the

6   certification and the peaceful transfer of power.  I'm going to

7   ask Ms. Kozaczuk to play Exhibit 316 from 26 seconds to 58

8   seconds.

9        (Video played)

10       **MR. KONIG:**  Ladies and gentlemen, he was mad not because

11  he didn't get to exercise his First Amendment rights, yell

12  about the fairness of the election, but because Congress was

13  going to go back to the certification of the vote.  You've

14  heard a lot of argument about oaths in this case, a lot of

15  evidence; Mr. Alberts and his oath and his military medals; the

16  oaths of those officers who were protecting our Capitol.  And

17  now it's time, in conclusion, to talk about your oath.  You

18  took an oath to a true verdict render -- the old language when

19  you used to take the oath as a juror, to true verdict render,

20  to look at the facts in light of the law, and to render the

21  only verdict, the only true verdict in this case, which is

22  guilty on all nine counts.  Thank you.

23       **THE COURT:**  Thank you, Mr. Konig.  Ladies and gentlemen,

24  that concludes the closing arguments section, portion of the

25  trial.  We're towards the end of the day, so I'm going to

1    release you for the day, and you're going to start your

2    deliberations first thing in the morning.  But before I do

3    that, I'm going to give you some concluding instructions.  And

4    you won't have to come back into the courtroom tomorrow

5    morning, you can go straight to the jury room to begin your

6    deliberations.  We're going to use that time to prepare a

7    laptop with all of the evidence loaded onto it as well as 12

8    copies of the jury instructions.  But let me give you the

9    following instructions regarding how you might go about

10   structuring your deliberations, and some other instructions

11   about your deliberations.

12        First of all, the verdict that you render must represent

13   the considered judgment of each juror.  And in order to return

14   a verdict, each juror must agree on the verdict; in other

15   words, your verdicts must be unanimous.  You will be provided a

16   verdict form.  We've referred to it, and here's a copy for you

17   to use when you have concluded your deliberations.  The form is

18   not evidence in the case, and nothing in it should be taken to

19   suggest or convey any opinion by me as to what your verdict

20   should be.  Nothing in the form replaces the instructions of

21   law that I've already given you, and nothing in it replaces or

22   modifies the instructions about the elements which the

23   government must prove beyond a reasonable doubt.  The form is

24   meant only to assist you in recording your verdict.  Please

25   follow the instructions which should be clear.  There's a line

1    for each of the nine counts.  And in concluding, the two that

2    has the lesser includeds with a line for guilty, not guilty

3    next to each one.

4        As I said, I will be sending all of the exhibits back with

5    the exception of I believe the gun and the ammo.  Our policy is

6    not to provide things like that to the jury.  But if you would

7    like to inspect either of those things, just send a note out

8    letting us know, and we can arrange for a marshal to bring it

9    in and allow you to inspect it.  Please keep in mind that any

10   exhibits that were only marked for identification but were not

11   admitted into evidence will not be given to you to examine or

12   consider in reaching your verdict.  And you may consider as

13   many or as few of the exhibits as you think is appropriate.

14       During the course of the trial, there were a number of

15   exhibits that were admitted into evidence where only portions

16   of the exhibit were admitted.  I think there were a handful of

17   e-mails, and there may have been snippets of longer videos that

18   were admitted.  There are a variety of reasons why only a

19   portion of an exhibit is admitted, including that the other

20   portions are inadmissible or implicate an individual's privacy.

21   As you examine the exhibits and see or hear portions where

22   there may be omissions, you should consider only the portions

23   that were admitted.  You should not guess as to what has been

24   taken out or why, and you should not hold it against either

25   party.  You are to decide the facts only from the evidence

1   before you.

2       When you arrive in the jury room tomorrow morning, the

3   first thing that you should do is to select a foreperson to

4   preside over your deliberations and to be your spokesperson

5   here in court.  There are no specific rules regarding how you

6   should select a foreperson, that is up to you.  However, as you

7   go about the task, be mindful of your mission:  To reach a fair

8   and just verdict based on the evidence, and the evidence alone.

9   Consider selecting a foreperson who will be able to facilitate

10  your discussions; who can help you organize the evidence; who

11  will encourage civility and mutual respect; who will invite

12  each juror to speak up regarding his or her view about the

13  evidence; and who will promote a full and fair consideration of

14  the evidence.

15      The question of possible punishment of the defendant in

16  the event of a conviction is not a concern of yours, and should

17  not enter into or influence your deliberation in any way.  The

18  duty of imposing a sentence in the event of a conviction rests

19  exclusively with me.  Your verdict should be based solely on

20  the evidence, and you should not consider the matter of

21  punishment at all.

22      As I've reminded you throughout the trial, there may be

23  some publicity about the case.  If you happen upon a news

24  article or something on the internet regarding the case, please

25  disregard it.  Likewise, do not discuss the case with anyone

1    until you begin your deliberations in the morning; and even

2    then, only with the other members of the jury.  If for some

3    reason you do come into contact with any information outside of

4    court about the case, you should let Ms. Jenkins know or one of

5    the marshals know, and they will report it to me and we'll

6    figure out how to deal with it.

7         If it becomes necessary during your deliberations to

8    communicate with me, you may send me a note through Ms. Jenkins

9    or one of the marshals signed by your foreperson or by one or

10   more members of the jury.  No member of the jury should try to

11   communicate with me about the case except through a signed

12   note.  And I will not communicate with any member of the jury

13   on any matter concerning the merits of the case except in

14   writing or orally here in open escort.  Bear in mind also that

15   you should never under any circumstances reveal to any person,

16   even Ms. Jenkins or the marshal, how the jury is voting on a

17   particular count or on the case as a whole until after you have

18   reached a unanimous verdict.  That means you should not tell me

19   in writing or in open court that the jury is divided, you know,

20   six to six or 11 to one or whatever it may be on any issue, or

21   whether the vote is for a conviction or acquittal or any other

22   issue in the case until your deliberations are concluded.

23        The attitude and conduct of jurors at the beginning of

24   their deliberations are matters of considerable importance.  It

25   may not be useful for a juror upon entering the jury room to

1    voice a strong expression of an opinion on the case or to

2    announce a determination to stand for a certain verdict.  When

3    one does that at the outset, a sense of pride may cause that

4    juror to hesitate to back away from an announced position after

5    a discussion of the case.  Furthermore, many juries find it

6    useful to avoid an initial vote upon retiring to the jury room.

7    Calmly reviewing and discussing the case at the beginning of

8    deliberations is often a more useful way to proceed.  Remember

9    that you are not partisans or advocates in this matter, but

10   rather the judges of the facts.  All that said, it is entirely

11   up to the jury how to structure your deliberations once you

12   retire.

13        Now, the last thing I must do is something that I

14   apologized for in advance at the beginning of the case, and

15   that is to excuse the alternate jurors.  I know that it is

16   frustrating for folks to have sat through an entire trial and

17   not be able to sit through to the conclusion.  It's like going

18   to a movie and being asked to leave before the last scene.  But

19   we have to do it, and we selected two seats to be the alternate

20   seats before any of you entered the courtroom.  And since the

21   rest of you have remained healthy and attentive, I will excuse

22   the jurors in seat four and in seat six.  So you're excused for

23   the day, but Ms. Jenkins has your contact information.  It's

24   very important to adhere to the Court's instructions about

25   discussing the case or research about the case or being exposed

1     to media about the case.  Because if for some reason one of the

2     regular jurors cannot complete deliberations until the end, we

3     may have to call one of the two you back.  So we will let you

4     know if a final verdict is reached.  In the meantime, please

5     continue to adhere to the Court's instructions.  Thank you very

6     much for your service.

7         Once you have reached a verdict, send me a note informing

8     me that you have, and have your foreperson sign the note.

9     Don't tell me what the verdict is.  The foreperson should fill

10     out and sign the verdict form that we talked about.  I will

11     then call you into the courtroom and ask the foreperson to

12     stand.  I will examine the jury form, hand it back to the

13     foreperson, and then I will run down each count and ask the

14     foreperson to announce the jury's verdict on each count.

15         So with that, we're going to adjourn for the day.  We will

16     prepare the exhibits.  We'll make sure everything is ready for

17     you in the morning.  Please do not begin your deliberations

18     until all 12 of you are present in the jury room.  Have a great

19     night, and we'll see you back here in the morning.

20         (Jury not present)

21     **THE COURT:**  The case is submitted, congratulations.  We'll

22     see you back here at 9:00.  Try to stay close, be around the

23     courthouse so that -- or in the courthouse preferably in case

24     we get a note or verdict in the morning.  Have a good night.

25         (Proceedings adjourned at 4:34 p.m.)

1          **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4      certify that the foregoing is a true and correct transcript of

5      the record of proceedings in the above-entitled matter.

6

7

8

9          April 18, 2023

10             **DATE**                          **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

0026 [1]   1140/4

**1**

10 [4]   1143/15
 1143/15 1168/9
 1203/22
1001 [1]   1181/6
10th [1]   1213/6
11 [6]   1181/7
 1191/18 1191/21
 1191/22 1205/5
 1220/20
12 [4]   1181/7
 1189/17 1217/7
 1222/18
12 inches [1]
 1166/19
12:37 [1]   1215/14
12:38 [1]   1215/14
15 [1]   1203/23
15th [1]   1213/6
17101 [1]   1140/19
172 [1]   1141/4
18 [1]   1140/6
1946 [1]   1164/11
1:00 p.m [1]   1184/9
1:04 [2]   1212/5
 1215/16
1:04 p.m [1]
 1211/16
1:04 when [1]
 1209/23
1:21-cr-0026 [1]
 1140/4
1:39 [1]   1140/7
1:54 p.m [1]
 1181/18

**2**

20 [2]   1143/23
 1205/8
20001 [2]   1140/22
 1141/25
20044 [1]   1140/16
2020 [1]   1169/16
2021 [7]   1158/11
 1168/19 1170/7
 1188/10 1188/23
 1207/9 1216/2
2023 [1]   1140/6
21550 [1]   1141/3
22 [1]   1215/20
220 [1]   1140/18
228 [1]   1140/18
25 [2]   1207/7
 1208/23
26 [1]   1216/7
27 [3]   1204/18
 1205/1 1205/5
28 [1]   1205/9
2:10 [1]   1213/3
2:13 [1]   1213/5
2:25 p.m [1]
 1168/11
2:35 p.m [1]
 1168/12

**3**

3,000,000 [1]
 1192/13
30 [3]   1176/9
 1200/20 1207/16
308 [1]   1211/8
310 [1]   1211/10
311 [1]   1211/11
316 [1]   1216/7
333 [1]   1141/24
3:45 [1]   1213/13
3rd [1]   1141/4

**4**

4-foot [1]   1210/7
40 [1]   1200/20
403 [1]   1143/19
45 [3]   1168/7
 1176/9 1207/16
4700-C [1]   1141/24
4:34 p.m [1]
 1222/25

**5**

535 [1]   1210/19
55 [1]   1140/15
58 [2]   1211/9
 1216/7
5th [1]   1191/17

**6**

601 [1]   1140/21
6th [37]   1158/11
 1168/19 1169/1
 1169/17 1170/7
 1179/25 1181/8
 1181/10 1181/19
 1184/1 1184/9
 1188/9 1188/23
 1189/20 1189/22
 1190/6 1190/8
 1191/8 1191/16
 1191/20 1192/2
 1192/7 1192/12
 1192/15 1199/8
 1199/17 1200/11
 1200/19 1200/21
 1200/23 1204/19
 1207/9 1210/17
 1211/24 1213/23
 1215/5 1216/2

**7**

7:22 p.m [1]   1208/2

**9**

91367 [1]   1141/4
9:00 [1]   1222/22

**A**

abiding [1]   1153/21
ability [3]   1149/15
 1150/25 1157/21
able [12]   1160/6
 1162/22 1170/14
 1170/15 1174/2
 1186/9 1193/16
 1204/18 1208/25
 1208/25 1219/9

1221/17
above [4]   1191/18
 1191/18 1191/23
 1223/5
above-entitled [1]
 1223/5
absolutely [1]
 1199/2
absurd [1]   1173/12
accept [2]   1145/8
 1151/16
acceptable [1]
 1149/5
access [1]   1171/18
accessible [1]
 1166/24
accident [5]   1155/5
 1166/13 1178/16
 1180/4 1215/5
accidentally [1]
 1183/10
accompanied [1]
 1173/12
according [2]
 1188/8 1195/17
accountable [1]
 1189/7
accumulated [1]
 1189/25
accuracy [1]
 1150/22
accurate [2]
 1150/16 1151/17
accurately [1]
 1150/9
accused [3]   1206/5
 1212/10 1214/16
accusing [1]   1147/4
achievements [1]
 1200/17
acquittal [1]
 1220/21
across [2]   1177/21
 1178/8
act [15]   1148/8
 1154/10 1154/16
 1154/20 1155/5
 1163/17 1163/20
 1163/20 1165/18
 1165/23 1166/3
 1181/14 1181/14
 1183/11 1197/16
acted [11]   1155/6
 1157/12 1157/15
 1157/19 1158/1
 1165/3 1165/25
 1167/15 1179/9
 1183/16 1187/21
acting [5]   1156/18
 1158/16 1174/16
action [4]   1140/4
 1155/17 1161/2
 1166/22
actions [8]   1177/9
 1181/13 1183/9
 1185/2 1187/3
 1189/3 1189/7
 1200/19
activity [3]
 1142/25 1163/4

1186/14
acts [9]   1155/3
 1155/9 1157/2
 1157/3 1165/11
 1165/11 1167/5
 1167/9 1179/20
actual [3]   1148/18
 1154/19 1203/9
actually [10]
 1160/24 1167/3
 1190/20 1193/3
 1198/25 1199/2
 1199/18 1200/10
 1201/1 1209/20
Adam [2]   1156/24
 1158/6
added [2]   1164/13
 1192/13
additions [1]
 1164/13
address [2]   1143/10
 1215/2
addressing [1]
 1215/3
adds [1]   1209/11
adhere [2]   1221/24
 1222/5
adjourn [1]   1222/15
adjourned [1]
 1222/25
administration [1]
 1155/25
admissible [1]
 1153/1
admission [1]
 1183/22
admits [9]   1186/23
 1187/9 1188/7
 1201/7 1207/6
 1207/6 1207/6
 1207/6 1210/9
admitted [22]
 1143/1 1145/14
 1146/5 1146/7
 1173/20 1185/24
 1187/5 1192/9
 1196/3 1196/12
 1203/3 1203/4
 1203/13 1208/18
 1210/3 1215/16
 1218/11 1218/15
 1218/16 1218/18
 1218/19 1218/23
admonish [1]
 1201/12
admonished [1]
 1202/2
admonishments [1]
 1202/3
advance [1]   1221/14
advancing [1]
 1215/22
advantage [1]
 1174/18
adversely [4]
 1154/23 1179/12
 1180/23 1191/12
advocates [1]
 1221/9
affect [5]   1149/15

**A**

affect... [4]
1149/17 1151/23
1180/23 1191/12
affected [5]
1154/23 1179/12
1180/7 1180/16
1191/7
affects [1]   1150/12
afternoon [2]
1140/8 1203/19
afterwards [1]
1194/20
again [42]   1161/10
1162/23 1170/12
1170/18 1174/25
1177/3 1177/12
1177/20 1178/3
1178/9 1180/19
1181/24 1183/4
1183/16 1183/21
1185/9 1185/9
1185/9 1185/20
1185/24 1186/8
1186/15 1186/19
1187/1 1187/9
1187/14 1187/19
1187/22 1188/2
1188/7 1193/21
1196/22 1197/6
1198/6 1199/21
1205/20 1210/12
1211/5 1213/3
1214/12 1214/12
1215/8
against [18]   1150/3
1151/21 1152/24
1157/17 1163/2
1163/18 1173/23
1181/25 1183/8
1186/12 1188/16
1188/17 1194/5
1194/8 1210/6
1214/5 1214/6
1218/24
agencies [1]
1193/16
agency [2]   1155/24
1155/24
Agent [2]   1180/25
1181/9
agents [1]   1193/25
ago [1]   1176/15
agree [1]   1217/14
ahead [3]   1197/17
1200/1 1209/20
aid [1]   1146/18
ALBERTS [87]
Alberts' [6]   1147/6
1153/24 1194/22
1199/14 1200/1
1202/15
alive [1]   1202/10
alleged [1]   1144/16
allow [3]   1149/16
1202/4 1218/9
allowed [6]   1142/24
1160/6 1162/22
1171/17 1195/19

1202/6
almost [1]   1192/7
alone [6]   1145/15
1145/16 1145/25
1150/6 1154/5
1219/8
along [5]   1144/3
1153/23 1172/19
1172/19 1175/8
alternate [2]
1221/15 1221/19
Although [1]   1154/6
always [1]   1151/11
Amendment [7]
1142/11 1142/15
1142/20 1142/22
1142/25 1143/2
1216/11
AMERICA [2]   1140/3
1189/15
Americans [1]
1192/11
ammo [1]   1218/5
ammunition [1]
1207/7
among [4]   1175/9
1175/12 1192/3
1192/5
amount [1]   1179/20
anger [1]   1200/25
announce [2]   1221/2
1222/14
announced [1]
1221/4
announcement [2]
1195/10 1198/7
announcements [2]
1195/20 1195/22
answered [1]   1153/5
apologized [1]
1221/14
apparent [2]
1157/21 1194/23
apparently [2]
1194/22 1202/15
APPEARANCES [2]
1140/13 1141/1
appeared [2]
1195/15 1201/22
appears [1]   1184/17
applies [2]   1145/7
1167/18
apply [4]   1152/8
1155/2 1207/1
1208/15
appreciate [1]
1204/4
appropriate [1]
1218/13
April [1]   1140/6
arbiters [1]
1206/22
area [34]   1160/12
1171/17 1172/3
1172/24 1176/15
1184/7 1184/11
1184/15 1184/19
1184/23 1187/23
1190/22 1191/1
1192/10 1192/20

1192/20 1194/4
1196/1 1196/10
1206/8 1206/8
1206/10 1206/14
1206/15 1208/1
1209/16 1209/19
1210/8 1213/3
1213/8 1213/9
1213/9 1213/12
1214/3
areas [6]   1156/5
1195/13 1198/9
1198/11 1209/3
1209/3
argue [2]   1204/21
1211/11
argued [1]   1204/15
argues [3]   1204/21
1206/24 1209/13
argument [6]
1152/22 1202/24
1203/24 1211/14
1213/22 1216/14
arguments [8]
1142/19 1146/23
1167/25 1201/13
1203/1 1209/12
1211/12 1216/24
arisen [1]   1144/17
armor [11]   1168/20
1170/6 1172/15
1173/19 1177/19
1178/16 1185/15
1188/14 1188/25
1208/8 1208/22
around [12]   1173/14
1173/16 1175/1
1184/9 1190/21
1192/10 1194/1
1207/21 1207/23
1208/9 1213/17
1222/22
arrange [1]   1218/8
arrest [1]   1200/1
arrested [2]
1187/12 1208/2
arrive [1]   1219/2
arrived [3]   1172/25
1189/23 1190/22
article [2]   1154/24
1219/24
ashamed [1]   1200/24
assault [5]   1157/19
1157/25 1163/21
1175/6 1195/5
assaulted [6]
1156/22 1157/4
1158/12 1158/17
1183/5 1207/14
assaulting [6]
1156/8 1156/15
1181/18 1182/7
1182/9 1193/19
assemblages [1]
1155/9
asserts [1]   1148/17
assist [6]   1146/24
1171/3 1171/3
1172/17 1172/20
1217/24

assisting [1]
1157/7
assume [3]   1148/21
1148/25 1192/1
assumed [1]   1215/21
Atkinson [4]
1197/21 1209/25
1210/15 1211/15
atmosphere [4]
1185/17 1199/7
1213/22 1213/25
attacked [1]
1212/24
attempt [1]   1157/20
attempted [4]
1157/16 1157/22
1157/23 1181/14
attempting [2]
1143/24 1143/25
attempts [1]   1215/6
attention [2]
1174/17 1204/4
attentive [1]
1221/21
attitude [1]
1220/23
attorney [1]
1203/21
attorneys [2]
1146/1 1204/24
Audio [1]   1188/22
audiotapes [1]
1204/14
authority [5]
1156/1 1159/7
1159/16 1183/24
1196/7
Avenue [2]   1141/24
1164/15
avoid [1]   1221/6
aware [3]   1155/4
1165/14 1196/24
away [8]   1177/9
1178/5 1196/13
1198/2 1201/19
1201/20 1207/9
1221/4

**B**

Baboulis [8]   1169/8
1176/12 1179/19
1180/10 1180/12
1184/2 1184/4
1188/19
back [38]   1142/3
1144/12 1156/6
1168/12 1171/7
1173/2 1173/4
1173/4 1173/6
1173/6 1173/7
1173/11 1173/14
1174/25 1175/7
1175/25 1178/11
1178/11 1183/4
1184/23 1185/10
1186/18 1196/8
1203/24 1204/9
1204/13 1204/18
1207/23 1212/4
1212/23 1216/13

**B**

back... [7]   1217/4
  1218/4 1221/4
  1222/3 1222/12
  1222/19 1222/22
backpack [3]   1170/3
  1208/10 1208/11
backwards [1]
  1173/11
bad [1]   1215/5
banister [3]
  1172/23 1174/3
  1210/6
Bankruptcy [1]
  1141/23
barrel [1]   1166/18
barren [1]   1199/3
barricade [4]
  1177/12 1181/21
  1181/22 1182/1
barricades [10]
  1168/23 1171/10
  1171/22 1175/10
  1176/19 1179/25
  1183/20 1189/4
  1209/21 1210/2
barrier [2]   1211/4
  1215/18
barriers [3]
  1184/18 1195/15
  1215/9
based [10]   1142/12
  1148/1 1148/2
  1148/10 1148/11
  1179/2 1179/3
  1201/6 1219/8
  1219/19
basis [1]   1190/1
bathroom [1]   1168/8
baton [1]   1178/14
battering [1]
  1174/7
battle [5]   1169/23
  1170/20 1170/21
  1178/18 1182/11
Bear [1]   1220/14
bearing [1]   1209/6
became [1]   1181/4
becomes [1]   1220/7
begin [4]   1144/13
  1217/5 1220/1
  1222/17
beginning [6]
  1146/17 1204/6
  1206/19 1220/23
  1221/7 1221/14
behalf [1]   1153/11
behavior [2]
  1150/13 1177/7
behind [2]   1195/14
  1213/3
beings [1]   1206/25
belabor [1]   1187/15
belief [1]   1209/5
believability [1]
  1145/17
believable [2]
  1149/25 1206/22
believing [1]

1206/23
below [3]   1174/13
  1191/19 1194/17
Ben [2]   1140/15
  1198/2
Bennett [3]   1169/7
  1179/19 1188/18
best [1]   1208/20
better [1]   1209/6
beyond [33]   1147/10
  1147/13 1147/17
  1147/20 1147/25
  1148/12 1148/14
  1150/3 1154/2
  1154/15 1156/20
  1157/25 1158/15
  1159/5 1159/14
  1161/15 1162/4
  1163/16 1164/5
  1164/23 1165/22
  1166/10 1167/14
  1179/4 1179/6
  1191/6 1192/25
  1196/14 1197/4
  1205/13 1205/13
  1214/4 1217/23
  1215/9
bias [1]   1151/22
biased [1]   1151/21
bicycle [3]   1210/3
  1210/6 1215/18
big [2]   1182/18
  1211/19
bike [12]   1168/23
  1171/10 1171/22
  1175/11 1175/14
  1177/23 1181/20
  1184/6 1184/11
  1184/18 1210/4
  1215/9
bit [4]   1190/8
  1197/23 1200/24
  1201/4
blame [1]   1215/11
blamed [1]   1192/22
blindness [1]
  1185/12
BLM [1]   1196/13
blood [3]   1168/15
  1177/2 1207/19
blue [5]   1172/21
  1173/23 1185/6
  1193/25 1212/12
board [1]   1156/1
bodily [5]   1160/21
  1160/23 1163/21
  1193/21 1194/25
body [2]   1168/20
  1169/3 1170/6
  1172/15 1173/19
  1177/18 1178/16
  1185/15 1188/14
  1188/25 1208/8
  1208/22
boiling [3]   1168/15
  1177/2 1207/19
born [1]   1189/15
both [9]   1149/4
  1149/9 1149/12
  1153/6 1174/7
  1180/10 1184/22

1189/22 1204/24
bottle [5]   1178/1
  1182/3 1200/24
  1200/25 1207/25
bottles [2]   1177/24
  1179/23
bottom [2]   1171/19
  1172/18
bound [1]   1206/6
boundaries [1]
  1164/12
bounds [1]   1206/15
Box [1]   1140/15
Branch [1]   1155/22
brave [1]   1169/6
breach [4]   1143/20
  1171/15 1172/24
  1212/14
breached [7]
  1143/14 1171/9
  1172/22 1211/19
  1212/15 1213/5
  1215/15
breacher [1]
  1143/17
breachers [1]
  1143/18
breaches [2]
  1171/24 1176/14
breaching [3]
  1176/12 1177/10
  1177/12
break [8]   1168/8
  1168/10 1175/10
  1175/10 1175/11
  1182/1 1182/1
  1183/20
breaking [8]
  1181/20 1181/21
  1181/22 1198/24
  1199/2 1199/16
  1199/20 1200/4
Brett [2]   1156/25
  1158/7
Brief [1]   1189/12
briefly [2]   1178/23
  1215/20
bring [4]   1190/2
  1190/9 1211/8
  1218/8
bringing [1]
  1170/21
brings [8]   1180/1
  1180/6 1180/22
  1181/13 1182/7
  1183/23 1186/1
  1187/25
broader [1]   1181/17
broke [1]   1200/11
broken [1]   1176/19
brought [3]   1168/24
  1178/19 1188/8
brush [1]   1214/6
brushed [2]   1194/8
  1214/5
brushing [1]   1194/7
building [52]
  1158/20 1158/24
  1159/2 1159/6
  1159/11 1159/16

1159/20 1159/24
  1159/25 1160/3
  1160/10 1160/12
  1161/6 1161/9
  1161/12 1161/17
  1162/1 1162/6
  1162/13 1162/19
  1163/5 1163/13
  1163/18 1163/23
  1164/20 1171/18
  1171/20 1176/12
  1178/4 1178/7
  1180/13 1180/16
  1180/20 1183/14
  1187/5 1193/13
  1193/14 1194/13
  1195/8 1196/4
  1197/9 1197/17
  1198/3 1198/4
  1199/25 1206/1
  1207/12 1207/16
  1207/17 1207/21
  1207/22 1210/19
buildings [10]
  1156/4 1164/3
  1164/7 1164/8
  1164/25 1165/5
  1165/19 1165/24
  1166/1 1191/12
bulge [1]   1178/13
bulk [1]   1206/20
bulldozed [1]
  1168/22
bulldozing [1]
  1189/5
bullet [4]   1166/21
  1205/9 1205/15
  1207/8
bullets [2]   1189/1
  1208/24
bump [1]   1183/10
bungee [1]   1170/2
burden [6]   1147/10
  1147/19 1148/13
  1178/24 1178/25
  1197/7
bureau [2]   1152/4
  1156/1
business [13]
  1161/19 1161/21
  1162/8 1162/10
  1166/7 1166/17
  1186/5 1186/6
  1186/20 1192/23
  1197/6 1197/9
  1197/14

**C**

CA [1]   1141/4
call [3]   1143/20
  1222/3 1222/11
Calmly [1]   1221/7
came [18]   1142/8
  1142/8 1143/23
  1173/22 1189/20
  1189/22 1192/12
  1193/7 1196/7
  1196/8 1202/3
  1202/8 1202/9
  1202/16 1202/18

# C

came... [3]   1204/6
 1209/14 1209/14
camping [1]   1170/3
can [34]   1143/21
 1144/4 1168/10
 1171/21 1171/21
 1172/7 1177/23
 1180/2 1180/3
 1181/3 1182/16
 1183/17 1189/11
 1197/22 1199/6
 1199/9 1199/10
 1200/19 1201/9
 1203/18 1204/14
 1205/1 1205/3
 1209/25 1210/1
 1210/2 1212/3
 1213/3 1213/8
 1213/18 1214/1
 1217/5 1218/8
 1219/10
capabilities [1]
 1194/25
capability [2]
 1151/24 1173/15
capable [2]   1160/20
 1160/23
Capitol [96]
Captain [8]   1169/8
 1176/12 1179/19
 1180/10 1180/12
 1184/2 1184/4
 1188/19
car [1]   1207/9
careful [2]   1148/3
 1148/8
cares [1]   1212/22
carried [10]
 1155/17 1159/8
 1161/23 1164/6
 1166/11 1166/14
 1183/25 1185/24
 1186/6 1186/22
carries [2]   1160/22
 1166/22
carry [3]   1158/4
 1166/14 1188/10
carrying [14]
 1154/11 1158/14
 1158/21 1159/3
 1159/20 1160/1
 1160/5 1161/12
 1162/13 1162/21
 1166/6 1187/8
 1188/1 1188/5
case [53]   1144/13
 1144/17 1144/18
 1145/8 1145/12
 1145/20 1145/23
 1145/25 1146/6
 1146/19 1146/23
 1147/2 1147/7
 1148/3 1148/16
 1149/11 1149/18
 1150/21 1150/22
 1152/6 1153/14
 1153/24 1154/9
 1199/3 1203/2

1203/22 1204/6
1204/10 1204/12
1206/10 1206/19
1207/4 1213/24
1216/14 1216/21
1217/18 1219/23
1219/24 1219/25
1220/4 1220/11
1220/13 1220/17
1220/22 1221/1
1221/5 1221/7
1221/14 1221/25
1221/25 1222/1
1222/21 1222/23
cases [3]   1147/21
 1147/23 1147/23
castle [1]   1174/7
caught [1]   1177/8
cause [4]   1148/7
 1151/6 1194/25
 1221/3
caused [3]   1178/14
 1192/1 1214/21
causes [2]   1155/10
 1179/16
causing [3]   1160/21
 1160/23 1193/21
CCTV [1]   1210/1
center [1]   1174/17
certain [1]   1221/2
certainly [4]
 1191/4 1202/11
 1205/12 1214/15
certainty [3]
 1148/13 1149/10
 1179/5
certification [6]
 1155/20 1168/25
 1169/13 1184/4
 1216/6 1216/13
certify [1]   1223/4
cetera [1]   1190/14
chain [1]   1191/25
chains [2]   1191/17
 1191/18
chairs [1]   1177/23
chamber [1]   1207/8
chance [1]   1168/9
changes [1]   1144/5
character [5]
 1153/25 1154/1
 1154/5 1200/13
 1212/6
charge [9]   1149/17
 1158/23 1160/5
 1160/7 1161/7
 1161/8 1162/20
 1162/23 1175/5
charged [9]   1147/2
 1147/15 1153/22
 1154/4 1157/13
 1178/20 1187/2
 1190/10 1205/6
charges [13]
 1144/16 1149/14
 1150/3 1154/9
 1156/8 1158/19
 1163/12 1164/19
 1165/17 1167/17
 1185/13 1201/8

1205/7
check [1]   1205/15
Chief [1]   1166/15
choke [1]   1172/10
choose [2]   1177/17
 1189/3
chose [6]   1196/23
 1196/24 1197/1
 1197/3 1199/23
 1199/25
Chris [2]   1209/19
 1209/20
CHRISTOPHER [5]
 1140/6 1140/10
 1188/9 1189/14
 1215/12
Circle [3]   1207/13
 1209/14 1215/16
circumstances [11]
 1148/20 1149/22
 1150/23 1150/24
 1151/2 1163/1
 1167/5 1167/6
 1167/13 1186/11
 1220/15
circumstantial [7]
 1148/17 1148/21
 1149/3 1149/4
 1149/8 1149/9
 1149/12
city [2]   1192/18
 1192/23
civil [28]   1143/23
 1147/21 1154/12
 1154/22 1154/22
 1155/8 1179/8
 1179/11 1179/11
 1179/14 1179/15
 1179/25 1180/7
 1180/22 1182/6
 1183/19 1190/11
 1190/12 1191/7
 1191/8 1191/8
 1191/9 1192/1
 1192/3 1192/6
 1192/14 1192/9
 1199/10
civility [1]
 1219/11
cleaner [1]   1144/1
clear [18]   1143/3
 1176/25 1188/24
 1188/25 1189/1
 1189/1 1189/4
 1189/7 1196/22
 1197/19 1197/22
 1200/14 1210/22
 1211/1 1214/3
 1214/7 1214/24
 1217/25
clearing [2]
 1211/21 1212/5
clearly [2]   1181/5
 1203/14
climbed [3]   1210/3
 1210/7 1210/7
climbing [1]   1175/8
climbs [1]   1215/18
close [6]   1181/11
 1191/1 1204/4

1205/24 1207/17
1222/22
closed [5]   1184/7
 1184/11 1184/19
 1214/22 1214/23
closer [4]   1196/3
 1205/25 1206/3
 1207/22
closing [11]   1142/5
 1142/5 1142/19
 1143/8 1143/21
 1144/7 1144/8
 1167/24 1168/3
 1201/18 1216/24
closings [1]
 1143/10
Code [1]   1164/11
colleagues [1]
 1202/16
College [1]   1155/21
colored [1]   1151/23
COLUMBIA [13]
 1140/1 1155/13
 1155/14 1155/15
 1164/12 1166/8
 1166/12 1166/15
 1188/6 1188/7
 1188/10 1191/14
 1192/16
coming [1]   1174/4
commands [1]   1185/9
commerce [18]
 1154/24 1154/25
 1155/12 1155/12
 1155/15 1179/13
 1180/7 1180/22
 1180/24 1180/24
 1191/7 1191/10
 1192/8 1192/13
 1192/15 1192/17
 1214/17 1214/23
commission [1]
 1155/25
commit [7]   1153/22
 1156/19 1157/12
 1181/14 1183/16
 1194/10 1195/5
committed [9]
 1154/16 1157/25
 1181/14 1209/7
 1211/3 1211/4
 1212/8 1216/2
 1216/3
committing [3]
 1154/10 1197/16
 1206/5
commodity [1]
 1154/24
common [11]   1181/3
 1184/13 1204/9
 1206/20 1206/21
 1207/1 1207/4
 1208/16 1209/9
 1212/11 1214/22
common-sense [11]
 1181/3 1184/13
 1204/9 1206/20
 1206/21 1207/1
 1207/4 1208/16
 1209/9 1212/11

**C**

common-sense... [1]
1214/22
communicate [5]
1170/1 1208/7
1220/8 1220/11
1220/12
communications [2]
1208/6 1208/25
communist [2]
1177/1 1212/2
community [1]
1153/19
complete [1]   1222/2
completely [5]
1192/24 1193/22
1196/14 1197/7
1198/7
complex [1]   1158/10
component [1]
1193/4
concern [1]   1219/16
concerning [2]
1168/1 1220/13
conclude [1]   1145/3
concluded [2]
1217/17 1220/22
concludes [1]
1216/24
concluding [3]
1168/1 1217/3
1218/1
conclusion [2]
1216/17 1221/17
conduct [49]   1145/5
1154/25 1155/4
1161/5 1161/9
1161/11 1161/17
1161/19 1161/20
1161/21 1162/1
1162/5 1162/7
1162/9 1162/9
1162/12 1162/18
1162/25 1163/3
1164/19 1164/24
1165/2 1165/9
1165/10 1165/11
1165/15 1178/20
1181/6 1181/12
1181/18 1181/23
1186/2 1186/3
1186/5 1186/10
1186/13 1187/14
1187/16 1187/19
1196/21 1197/5
1197/6 1197/10
1197/14 1198/19
1198/21 1199/15
1215/11 1220/23
confined [3]
1191/11 1192/7
1192/20
confusing [1]
1194/2
congratulate [1]
1211/21
congratulations [1]
1222/21
Congress [11]

1165/2 1165/3
1193/11 1197/9
1198/16 1198/22
1207/22 1210/19
1212/16 1216/5
1216/12
Congress' [1]
1155/20
Congressional [1]
1169/4
congresspeople [1]
1169/5
consequences [1]
1167/9
consider [42]
1144/24 1145/9
1146/4 1146/8
1147/4 1147/5
1149/11 1149/17
1149/22 1150/4
1150/11 1150/13
1150/23 1151/11
1151/14 1151/17
1151/22 1152/18
1152/19 1153/10
1153/13 1153/23
1155/7 1159/1
1159/18 1159/22
1160/1 1160/7
1162/11 1162/15
1162/17 1162/22
1167/5 1167/12
1167/18 1204/14
1214/6 1218/12
1218/12 1218/22
1219/9 1219/20
considerable [1]
1220/24
consideration [2]
1145/21 1148/4
1219/13
considered [1]
1217/13
consistent [1]
1214/1
consistently [1]
1142/21
consists [1]   1146/6
constantly [1]
1174/14
constitutes [1]
1204/12
Constitution [1]
1141/24
constitutional [1]
1189/15
contact [7]   1156/18
1157/9 1183/15
1186/18 1194/6
1220/3 1221/23
contests [1]
1200/15
continue [3]   1174/2
1211/11 1222/5
continued [5]
1140/25 1141/1
1173/8 1173/8
1183/3
contours [1]
1184/14

contradicted [1]
1151/18
contradicts [1]
1153/24
control [4]   1146/3
1174/16 1178/22
1212/3
controlled [1]
1166/17
conveniently [1]
1166/24
converted [1]
1161/1
convey [1]   1217/19
conviction [3]
1219/16 1219/18
1220/21
convince [1]   1185/3
convinced [2]
1148/5 1154/2
convincing [1]
1154/7
COOPER [6]   1140/10
1178/21 1178/24
1204/8 1204/17
1205/21
copies [1]   1217/8
cops [1]   1215/21
copy [4]   1143/8
1144/5 1144/21
1217/16
cordon [1]   1213/13
cordoned [6]
1160/11 1198/17
1213/8 1213/9
1213/11 1213/12
cords [1]   1170/2
core [1]   1209/3
corporation [4]
1191/14 1191/15
1191/15 1192/23
counsel [7]   1143/5
1143/8 1201/13
1203/2 1203/4
1206/24 1213/20
counsel's [3]
1201/14 1201/18
1203/8
count [66]   1154/9
1156/7 1156/8
1158/19 1160/16
1161/5 1162/15
1163/6 1163/8
1163/9 1163/11
1163/12 1163/24
1163/25 1164/2
1164/18 1164/19
1165/6 1165/8
1165/10 1165/16
1165/17 1166/2
1166/3 1166/4
1166/4 1166/5
1166/6 1167/17
1167/20 1167/21
1167/22 1182/8
1183/23 1186/1
1186/24 1187/8
1187/21 1187/25
1190/10 1193/1
1193/2 1193/3

1193/4 1193/17
1193/19 1193/19
1194/12 1195/6
1195/6 1195/7
1196/19 1196/21
1197/3 1197/15
1197/16 1198/3
1198/5 1198/18
1198/19 1198/24
1198/25 1199/18
1220/17 1222/13
1222/14
country [1]   1169/11
country's [1]
1169/1
counts [15]   1154/8
1157/14 1178/21
1178/22 1179/7
1180/21 1189/8
1190/10 1198/22
1198/25 1205/6
1205/6 1209/11
1216/22 1218/1
couple [1]   1191/3
coupled [1]   1157/21
course [7]   1153/2
1158/16 1163/5
1169/6 1186/14
1191/24 1218/14
court [16]   1140/1
1141/22 1141/24
1144/3 1148/23
1201/16 1202/1
1202/4 1202/22
1203/6 1204/22
1205/9 1219/5
1220/4 1220/19
1223/3
Court's [3]   1201/17
1221/24 1222/5
courthouse [2]
1222/23 1222/23
courtroom [3]
1217/4 1221/20
1222/11
Courts [1]   1141/23
covered [2]   1186/19
1186/23
CPR [2]   1202/8
1202/19
cr [1]   1140/4
create [1]   1154/5
credibility [7]
1145/16 1150/5
1150/8 1150/12
1152/7 1152/19
1208/17
credit [3]   1151/19
1204/11 1212/11
crime [4]   1147/4
1205/7 1205/7
1206/5
crimes [9]   1153/22
1154/3 1158/25
1205/8 1205/14
1209/7 1212/8
1216/2 1216/3
criminal [3]   1140/4
1147/7 1147/23
cross [4]   1142/4

**C**

cross... **[3]**
1185/21 1187/5
1196/11
cross-examination **[3]**
1185/21 1187/5
1196/11
crowd **[4]**  1174/16
1195/16 1195/19
1195/23
crowding **[2]**  1163/3
1186/13
crucial **[4]**  1171/13
1171/14 1171/16
1172/8
curb **[2]**  1164/15
1164/16
curfew **[9]**  1181/2
1181/3 1181/7
1181/11 1181/12
1192/17 1214/20
1214/21 1214/21

**D**

D.C **[11]**  1142/8
1156/5 1164/10
1176/22 1188/2
1188/2 1189/20
1192/6 1205/7
1206/1 1206/3
daily **[1]**  1190/1
DALKE **[6]**  1140/17
1143/22 1144/6
1203/17 1204/6
1206/18
damage **[3]**  1155/11
1163/22 1209/3
damaging **[1]**
1190/14
danger **[2]**  1155/10
1169/11
dangerous **[20]**
1158/21 1159/3
1159/8 1159/13
1159/20 1160/1
1160/6 1160/17
1160/18 1160/19
1160/20 1161/6
1161/12 1161/13
1161/23 1162/3
1162/13 1162/21
1163/8 1164/7
DATE **[1]**  1223/10
daunting **[2]**  1205/2
1205/3
Dave **[1]**  1198/10
David **[3]**  1190/22
1209/17 1209/19
day **[34]**  1169/18
1169/24 1170/7
1170/7 1170/11
1170/11 1170/21
1172/9 1176/17
1177/14 1177/18
1179/20 1180/18
1188/21 1191/16
1191/19 1191/22
1191/23 1192/17
1196/25 1199/10

1199/13 1200/12
1201/1 1201/4
1201/6 1208/3
1210/17 1212/9
1215/4 1216/25
1217/1 1221/23
1222/15
days **[1]**  1169/9
DC **[5]**  1140/5
1140/16 1140/21
1140/22 1141/25
dead **[1]**  1202/10
deadly **[18]**  1158/21
1159/3 1159/8
1159/12 1159/20
1160/1 1160/5
1160/17 1160/18
1160/19 1160/20
1161/6 1161/13
1161/23 1162/2
1162/14 1162/21
1163/8
deal **[2]**  1194/20
1220/6
dealt **[1]**  1207/13
death **[3]**  1160/21
1163/21 1194/24
debate **[1]**  1206/16
deceased **[8]**  1198/2
1201/2 1201/20
1201/22 1202/18
1203/12 1203/15
1203/16
deception **[1]**
1185/12
decide **[12]**  1145/14
1145/15 1145/16
1145/20 1145/23
1149/6 1152/15
1167/11 1206/22
1206/22 1209/10
1218/25
decided **[1]**  1170/8
deciding **[1]**  1155/6
decision **[1]**
1199/24
decree **[1]**  1192/17
defend **[1]**  1214/2
defendant **[162]**
defendant's **[18]**
1148/5 1153/13
1153/16 1154/6
1154/19 1154/19
1167/1 1171/6
1175/14 1175/15
1176/24 1176/24
1177/14 1178/13
1181/13 1181/17
1188/23 1212/19
defending **[1]**
1180/5
defense **[9]**  1142/16
1142/22 1142/25
1143/8 1188/3
1188/4 1201/18
1208/20 1211/14
defenses **[1]**
1185/12
defensive **[6]**
1170/10 1170/13

1170/18 1208/19
1208/22 1209/5
defined **[5]**  1155/8
1160/25 1164/10
1179/15 1206/9
defining **[1]**
1165/10
definition **[7]**
1156/6 1190/12
1190/13 1205/22
1205/23 1213/9
1214/20
definitions **[12]**
1155/2 1156/5
1157/15 1160/10
1162/25 1166/25
1187/16 1201/15
1203/6 1205/19
1205/20 1211/2
deflecting **[1]**
1215/8
degree **[3]**  1149/10
1154/23 1180/23
delay **[1]**  1180/23
delayed **[2]**  1154/23
1179/12
deliberate **[2]**
1203/24 1204/9
deliberation **[1]**
1219/17
deliberations **[27]**
1144/14 1144/22
1145/4 1146/3
1146/4 1146/17
1153/7 1153/10
1160/9 1167/25
1168/2 1178/23
1205/4 1217/2
1217/6 1217/10
1217/11 1217/17
1219/4 1220/1
1220/7 1220/22
1220/24 1221/8
1221/11 1222/2
1222/17
deliver **[1]**  1168/3
demeanor **[1]**
1150/13
democracy **[3]**
1168/19 1169/4
1169/12
deny **[1]**  1200/6
department **[10]**
1140/14 1152/3
1155/18 1155/21
1155/22 1155/24
1155/24 1156/2
1188/9 1205/25
departments **[1]**
1155/22
deployed **[2]**  1172/3
1172/3
deploying **[1]**
1185/11
DesCamp **[9]**  1156/24
1158/6 1169/7
1171/16 1175/24
1179/18 1185/8
1185/10 1188/19
described **[12]**

1150/10 1160/16
1163/6 1163/7
1163/9 1163/10
1163/24 1163/25
1164/17 1165/6
1165/7 1165/9
describes **[1]**
1203/5
description **[2]**
1201/14 1203/8
deserves **[2]**
1153/17 1154/1
design **[1]**  1189/16
designed **[2]**  1161/1
1166/19
desire **[1]**  1151/24
desist **[1]**  1185/16
destruction **[1]**
1163/22
destructive **[1]**
1161/4
detail **[1]**  1151/12
details **[1]**  1151/3
determination **[1]**
1221/2
determine **[6]**
1145/11 1145/17
1148/16 1149/23
1150/6 1151/22
determined **[1]**
1149/20
determining **[3]**
1150/2 1151/16
1167/14
device **[2]**  1161/4
1164/8
devices **[1]**  1208/6
died **[1]**  1189/18
differ **[1]**  1201/16
difference **[1]**
1187/17
different **[9]**
1146/2 1151/5
1169/23 1192/5
1192/5 1199/11
1199/12 1200/19
1200/21
differently **[1]**
1151/8
direct **[12]**  1148/16
1148/18 1148/24
1149/4 1149/7
1149/10 1149/12
1173/10 1175/3
1181/11 1181/12
1185/21
direction **[2]**
1176/6 1185/2
directly **[1]**  1167/2
disabled **[1]**
1173/24
disagree **[1]**
1192/11
disappointed **[1]**
1203/20
disbelieved **[1]**
1153/12
discovers **[1]**
1178/14
discredit **[1]**

**D**

discredit... [1]
1151/6
discrepancy [2]
1151/10 1151/13
discuss [4]   1161/10
1178/23 1193/4
1219/25
discussed [1]
1183/13
discussing [2]
1221/7 1221/25
discussion [3]
1180/25 1201/11
1221/5
discussions [1]
1219/10
disobey [1]   1165/12
disorder [25]
1143/23 1154/12
1154/22 1154/22
1155/8 1179/8
1179/11 1179/12
1179/14 1179/15
1179/25 1180/7
1180/22 1182/6
1183/19 1190/11
1190/12 1191/7
1191/8 1191/9
1192/1 1192/6
1192/14 1192/19
1199/10
disorderly [21]
1161/5 1161/9
1161/11 1161/16
1161/25 1162/5
1162/12 1162/18
1162/25 1164/19
1164/24 1165/8
1165/10 1186/2
1186/3 1186/9
1187/14 1187/15
1196/21 1198/19
1199/15
disorders [2]
1191/10 1192/3
disparities [1]
1151/4
disputes [1]   1207/5
disregard [3]
1145/24 1165/13
1219/25
disrupt [9]   1161/19
1162/7 1165/1
1168/25 1186/5
1197/8 1197/14
1198/20 1198/21
disrupted [3]
1161/21 1162/9
1186/6
disruption [1]
1192/14
disruptive [17]
1161/5 1161/9
1161/11 1161/17
1162/1 1162/5
1162/12 1162/18
1163/1 1163/3
1164/24 1165/8

1165/10 1186/3
1186/11 1186/13
1187/16
distill [1]   1205/17
distress [2]   1202/8
1202/20
DISTRICT [16]
1140/1 1140/1
1140/11 1141/23
1155/13 1155/14
1155/15 1164/12
1166/8 1166/12
1166/15 1188/5
1188/6 1188/10
1191/14 1192/15
disturb [1]   1165/1
disturbance [5]
1155/8 1163/4
1186/13 1192/19
1193/9
divided [1]   1220/19
documenting [1]
1171/4
documents [1]
1204/12
DOJ [1]   1140/18
DOJ-USAO [1]
1140/18
domestic [3]   1177/3
1188/17 1189/2
done [4]   1145/22
1167/6 1175/3
1197/3
door [6]   1176/13
1176/13 1184/13
1212/15 1213/3
1213/4
doors [1]   1171/25
doubt [51]   1147/10
1147/14 1147/17
1147/20 1147/25
1148/1 1148/1
1148/2 1148/6
1148/6 1148/7
1148/10 1148/10
1148/11 1148/12
1148/14 1150/3
1154/3 1154/6
1154/15 1156/20
1158/1 1158/15
1159/5 1159/15
1161/15 1162/4
1163/17 1164/5
1164/23 1165/22
1166/11 1167/15
1179/1 1179/2
1179/2 1179/2
1179/3 1179/5
1179/6 1191/7
1193/1 1196/15
1197/5 1205/13
1205/14 1207/10
1208/3 1208/5
1208/14 1217/23
down [20]   1173/2
1173/7 1173/11
1173/14 1173/16
1173/17 1174/2
1174/3 1174/22
1174/25 1175/1

1182/14 1182/15
1185/5 1185/11
1195/25 1207/21
1212/23 1215/20
1222/13
dramatically [1]
1172/9
draw [2]   1146/9
1147/6
drawn [1]   1148/20
driver [1]   1190/1
drivers [1]   1196/18
dungeon [1]   1189/19
during [23]   1142/18
1144/22 1145/14
1145/22 1146/3
1146/4 1146/14
1146/16 1153/1
1154/22 1159/9
1161/23 1167/12
1169/6 1173/10
1177/16 1179/11
1180/25 1194/14
1202/7 1202/9
1218/14 1220/7
duties [13]   1154/12
1154/21 1156/3
1156/11 1156/17
1157/7 1157/8
1157/11 1179/11
1180/2 1180/17
1183/13 1183/14
duty [11]   1145/8
1147/15 1154/4
1158/9 1158/10
1158/14 1158/16
1168/16 1177/4
1189/2 1219/18

**E**

e-mails [1]   1218/17
earlier [7]   1152/13
1152/18 1152/20
1156/6 1176/16
1183/13 1211/7
early [1]   1181/11
easier [3]   1173/13
1207/4 1208/15
easily [1]   1205/18
east [1]   1207/21
effect [8]   1173/24
1181/7 1191/10
1192/8 1214/17
1214/19 1214/19
1214/23
effective [1]
1170/5
effects [1]   1151/10
efficient [1]
1145/6
efforts [2]   1160/4
1162/20
eight [3]   1165/17
1187/21 1199/18
either [11]   1151/21
1152/9 1154/24
1165/2 1179/12
1180/24 1203/5
1203/8 1203/15
1218/7 1218/24

elaborated [1]
1181/5
elapsed [1]   1151/1
election [2]
1169/16 1216/12
electoral [4]
1155/21 1168/25
1169/13 1184/4
element [9]   1147/14
1147/17 1157/13
1159/13 1185/23
1190/19 1191/6
1197/4 1205/18
elements [18]
1154/15 1156/20
1158/25 1159/5
1159/14 1161/15
1162/4 1163/16
1164/5 1164/23
1165/22 1166/10
1166/25 1192/25
1201/14 1203/5
1205/10 1217/22
Ellipse [2]   1170/24
1207/11
else [8]   1143/5
1143/22 1144/10
1157/21 1170/1
1215/11 1215/13
1216/4
emergency [1]
1203/15
employee [6]
1155/19 1156/10
1156/16 1157/5
1157/8 1157/10
encounters [1]
1176/21
encourage [1]
1219/11
end [3]   1203/22
1216/25 1222/2
enforcement [15]
1152/5 1152/11
1154/11 1154/18
1154/20 1169/5
1174/24 1181/16
1190/7 1193/15
1195/17 1195/17
1196/5 1197/21
1200/5
enforcing [1]
1156/4
engage [1]   1190/16
engaged [20]
1154/20 1156/11
1156/17 1157/6
1157/11 1161/16
1162/5 1163/17
1164/24 1165/23
1179/11 1180/1
1183/12 1186/3
1186/24 1187/15
1187/19 1187/21
1190/15 1198/3
engaging [7]
1142/24 1163/12
1184/25 1187/24
1190/11 1190/14
1199/8

**E**

enhanced [1]
1206/14
enough [8]   1175/19
1176/21 1184/24
1185/3 1185/7
1191/22 1207/17
1208/23
enter [2]   1159/2
1219/17
entered [6]   1159/6
1159/15 1168/21
1168/22 1183/23
1221/20
entering [11]
1158/20 1158/24
1159/10 1159/19
1159/23 1159/25
1160/3 1160/7
1194/12 1195/7
1220/25
entire [7]   1170/11
1177/19 1207/8
1208/4 1212/9
1215/4 1221/16
entirely [2]
1167/10 1221/10
entitled [3]
1146/12 1152/1
1223/5
entranceways [1]
1171/20
entry [1]   1198/17
equal [1]   1149/8
error [1]   1151/13
escort [1]   1220/14
establish [1]
1157/18
established [1]
1158/15
establishment [1]
1155/25
et [1]   1190/14
ethnic [1]   1145/19
Eugene [2]   1156/25
1158/6
evacuated [1]
1193/7
evacuation [1]
1180/20
evaluated [1]
1152/6
evaluating [4]
1150/8 1150/22
1152/7 1153/13
even [21]   1169/18
1173/11 1176/18
1176/18 1176/19
1176/20 1177/20
1178/5 1178/11
1182/19 1184/13
1192/8 1199/11
1200/15 1201/4
1204/21 1206/5
1213/10 1215/10
1220/1 1220/16
event [11]   1143/9
1150/24 1150/25
1151/1 1151/2

1151/3 1152/9
1163/4 1186/14
1219/16 1219/18
eventually [1]
1212/15
everyday [1]   1158/4
everyone [4]   1171/3
1177/7 1200/17
1200/20
evicted [1]   1169/12
evidence [103]
exact [3]   1175/3
1175/23 1184/14
exactly [1]   1174/4
examination [4]
1175/4 1185/21
1187/5 1196/11
examine [3]   1218/11
1218/21 1222/12
example [4]   1148/21
1150/13 1200/6
1205/21
except [4]   1170/7
1170/25 1220/11
1220/13
exception [1]
1218/5
excessive [1]
1194/5
exclusively [1]
1219/19
excuse [3]   1161/22
1221/15 1221/21
excused [1]   1221/22
Executive [2]
1155/21 1155/23
exercise [1]
1216/11
exercising [3]
1142/11 1142/15
1216/4
exhibit [5]   1181/6
1211/8 1216/7
1218/16 1218/19
Exhibit 1001 [1]
1181/6
Exhibit 308 [1]
1211/8
Exhibit 316 [1]
1216/7
exhibits [9]   1146/7
1153/8 1203/3
1218/4 1218/10
1218/13 1218/15
1218/21 1222/16
expected [3]
1191/19 1191/21
1191/23
expecting [2]
1182/24 1182/25
expel [2]   1161/2
1166/21
experience [3]
1146/11 1151/9
1193/14
experiences [2]
1198/16 1206/25
expired [1]   1188/3
explained [2]
1147/2 1207/2

explosion [1]
1201/2
explosive [2]
1161/2 1166/22
explosives [1]
1164/7
exposed [1]   1221/25
expressed [1]
1145/24
expression [1]
1221/1
extensive [1]
1179/18
extent [1]   1150/7
extra [1]   1207/7
extremely [1]
1198/12
extremities [1]
1209/4
eyes [2]   1176/9
1212/10
eyewitness [1]
1148/17

**F**

facilitate [1]
1219/9
fact [20]   1143/17
1147/22 1148/18
1149/5 1152/16
1153/14 1158/16
1161/20 1162/9
1167/20 1193/15
1194/3 1197/5
1197/5 1198/13
1199/7 1199/16
1206/17 1210/3
1215/3
facts [17]   1145/11
1145/13 1145/17
1146/7 1146/9
1148/16 1148/19
1149/22 1167/6
1167/11 1206/22
1206/24 1207/5
1215/3 1216/20
1218/25 1221/10
factual [1]   1207/3
faculties [1]
1173/15
failed [12]   1147/16
1175/6 1192/24
1193/22 1194/9
1195/11 1196/13
1197/7 1198/7
1199/3 1199/21
1200/11
failure [1]   1151/9
fair [7]   1145/6
1145/20 1149/15
1149/19 1204/3
1219/7 1219/13
fairly [5]   1146/12
1152/1 1172/6
1181/1 1186/10
fairness [1]
1216/12
falling [2]   1148/22
1148/24
falsehood [1]

1151/14
familiar [1]   1192/4
families [1]   1204/2
family [4]   1160/15
1180/19 1180/21
1210/20
far [2]   1175/3
1194/18
farther [2]   1172/19
1209/20
favor [1]   1149/5
favoritism [1]
1145/18
fear [2]   1145/18
1209/1 1209/2
federal [13]   1152/4
1154/13 1156/4
1156/12 1158/14
1158/16 1158/22
1163/14 1164/21
1165/19 1190/11
1193/20 1205/8
federally [8]
1154/25 1155/16
1179/13 1180/7
1180/8 1193/5
1214/23 1214/24
feeding [2]   1174/18
1174/19
feel [2]   1145/2
1146/10
feet [2]   1172/7
1215/10
fell [1]   1212/16
fellow [1]   1197/23
felony [6]   1156/19
1157/12 1157/13
1183/16 1183/17
1194/11
fencing [7]   1171/10
1184/6 1184/18
1195/10 1195/12
1209/22 1210/2
festive [3]   1199/6
1213/22 1213/25
few [6]   1168/1
1171/20 1172/6
1172/7 1207/18
1218/13
fifth [1]   1157/9
fight [1]   1173/13
figure [1]   1220/6
file [1]   1164/11
fill [1]   1222/9
final [1]   1222/4
finally [8]   1166/6
1174/24 1175/8
1182/1 1182/2
1185/23 1208/2
1212/18
find [47]   1147/13
1147/15 1147/16
1147/18 1149/24
1150/1 1152/17
1154/4 1154/13
1156/14 1156/12
1156/14 1156/19
1157/24 1157/25
1159/1 1159/4
1159/10 1159/13

**F**

find... **[28]**
1159/21 1159/24
1161/11 1161/14
1161/25 1162/3
1162/14 1162/16
1163/14 1163/15
1164/3 1164/4
1164/21 1164/22
1165/20 1165/21
1166/8 1166/9
1167/11 1167/20
1189/8 1199/9
1199/10 1205/10
1205/11 1205/11
1205/16 1221/5
**finding [2]**    1157/22
1157/23
**fine [4]**    1144/2
1173/5 1210/13
1210/15
**fire [1]**    1207/10
**firearm [43]**
1142/22 1142/23
1158/21 1159/4
1159/9 1159/21
1160/25 1161/3
1161/3 1161/7
1161/13 1161/23
1162/14 1163/10
1164/2 1164/7
1166/18 1166/20
1168/20 1183/21
1183/25 1185/24
1185/24 1185/25
1186/7 1186/23
1187/8 1187/10
1187/10 1188/2
1188/5 1194/13
1195/8 1196/22
1198/5 1198/9
1200/10 1207/7
1207/19 1207/20
1207/24 1207/24
1208/3
**firearms [2]**    1188/3
1196/10
**fired [1]**    1166/19
**firing [2]**    1185/1
1194/2
**firmly [1]**    1148/5
**first [38]**    1142/11
1142/15 1143/24
1144/21 1154/16
1156/22 1159/5
1159/15 1159/18
1160/18 1161/16
1162/5 1162/11
1163/17 1164/9
1164/15 1164/23
1165/22 1166/11
1173/2 1175/9
1175/12 1181/2
1182/12 1189/17
1190/21 1196/7
1203/1 1209/14
1210/13 1211/1
1212/14 1213/4
1213/5 1216/11

1217/2 1217/12
1219/3
**fit [1]**    1208/6
**five [7]**    1156/21
1163/12 1166/4
1181/5 1186/24
1197/16 1198/3
**flack [2]**    1197/23
1197/24
**flag [2]**    1190/2
1190/3
**flagger [2]**    1197/24
1197/25
**flashlight [2]**
1208/10 1208/11
**flesh [1]**    1170/17
**flood [6]**    1156/24
1158/6 1173/23
1182/2 1185/4
1185/4
**flooding [2]**    1176/2
1176/7
**floor [2]**    1141/4
1168/14
**flying [1]**    1194/1
**folks [2]**    1142/3
1221/16
**follow [7]**    1144/3
1144/25 1145/10
1199/25 1201/16
1203/9 1217/25
**followed [2]**    1176/1
1176/2
**following [14]**
1143/19 1153/19
1154/14 1156/20
1159/5 1159/14
1161/14 1162/4
1163/16 1164/5
1164/23 1165/21
1166/10 1217/9
**food [2]**    1191/13
1192/10
**foot [1]**    1210/7
**For the Defendant [1]**
1141/2
**forbids [1]**    1165/12
**force [9]**    1157/16
1157/16 1157/16
1157/17 1157/22
1157/23 1183/7
1193/21 1194/5
**forced [1]**    1180/20
**forcibly [8]**    1156/8
1156/14 1157/2
1157/15 1157/19
1158/1 1158/12
1158/17
**forefront [1]**
1175/16
**foregoing [1]**
1223/4
**foreperson [9]**
1219/3 1219/6
1219/9 1220/9
1222/8 1222/9
1222/11 1222/13
1222/14
**form [9]**    1149/6
1160/8 1162/24

1217/16 1217/17
1217/20 1217/23
1222/10 1222/12
**formal [1]**    1147/3
**forming [1]**    1178/10
**forward [9]**    1173/8
1176/11 1182/23
1195/19 1210/14
1210/14 1212/21
1212/21 1212/22
**found [2]**    1146/10
1174/6
**four [9]**    1157/14
1161/5 1161/14
1165/10 1186/1
1196/21 1197/3
1197/15 1221/22
**fourth [3]**    1157/4
1161/22 1166/15
**frame [2]**    1161/2
1182/16
**Franklin [1]**
1140/15
**Frederick [1]**
1206/3
**free [1]**    1145/2
**freely [1]**    1193/17
**friendship [1]**
1150/21
**front [3]**    1175/15
1195/12 1195/16
**frustrating [1]**
1221/16
**fucking [2]**    1177/1
1177/2
**fulfill [1]**    1185/19
**fulfilled [1]**
1176/16
**full [3]**    1150/18
1187/23 1219/13
**function [12]**
1145/5 1145/11
1155/1 1155/16
1155/16 1179/13
1180/8 1180/9
1193/5 1193/6
1214/24 1214/24
**functions [4]**
1161/20 1161/22
1162/8 1162/10
**further [1]**    1209/23
**Furthermore [1]**
1221/5
**fury [1]**    1215/7
**future [1]**    1157/18

**G**

**game [1]**    1214/19
**gas [18]**    1170/4
1172/15 1173/19
1173/25 1174/1
1176/8 1177/18
1178/15 1185/15
1188/14 1188/25
1193/25 1193/25
1194/1 1194/1
1208/7 1208/8
1208/24
**gathering [2]**
1179/15 1181/25

**gave [2]**    1142/13
1177/6
**gear [2]**    1182/11
1190/2 1208/18
1208/22 1209/5
1210/10
**gender [1]**    1145/20
**general [2]**    1144/15
1185/2
**generally [2]**
1192/9 1201/15
**gentlemen [11]**
1144/12 1168/6
1202/23 1203/20
1213/24 1214/5
1214/17 1215/14
1215/24 1216/10
1216/23
**gestured [1]**
1175/22
**gestures [4]**    1173/6
1175/24 1184/22
1185/10
**gets [3]**    1144/5
1176/8 1213/2
**given [7]**    1143/14
1144/20 1202/25
1203/7 1204/8
1217/21 1218/11
**giving [6]**    1144/6
1144/8 1184/22
1185/9 1185/9
1210/10
**goal [2]**    1214/3
1214/7
**good [8]**    1142/3
1144/9 1153/18
1154/5 1200/18
1203/19 1208/20
1222/24
**Goodman [2]**    1156/25
1158/6
**goods [2]**    1180/24
1193/10
**government [60]**
1140/14 1143/7
1147/9 1147/13
1147/16 1147/19
1148/11 1150/2
1159/4 1159/13
1161/14 1161/19
1161/21 1162/3
1162/8 1162/10
1163/15 1164/4
1164/22 1165/21
1166/9 1167/14
1168/9 1168/16
1177/5 1179/4
1179/8 1186/5
1186/6 1186/20
1189/2 1189/16
1189/24 1190/10
1191/12 1191/13
1191/15 1191/20
1192/24 1193/6
1193/10 1193/22
1194/9 1195/11
1195/24 1196/3
1196/9 1196/11
1196/13 1197/6

## G

**government... [10]**
1197/6 1197/9
1197/12 1197/14
1198/6 1199/3
1199/19 1200/10
1200/15 1217/23
**government's [8]**
1143/25 1144/2
1147/24 1168/3
1181/6 1192/8
1201/25 1202/24
**grabbed [1]**  1182/13
**grabbing [5]**
1177/11 1182/15
1187/24 1189/6
1211/25
**granted [1]**  1169/19
**graver [1]**  1148/9
**great [8]**  1143/5
1144/9 1200/15
1200/16 1212/6
1212/7 1212/8
1222/18
**greater [3]**  1149/9
1149/25 1152/9
**greatest [2]**  1169/1
1174/17
**green [1]**  1196/1
**groin [1]**  1194/4
**ground [3]**  1149/1
1149/2 1194/17
**grounds [81]**
1143/16 1156/4
1158/20 1158/24
1159/3 1159/7
1159/11 1159/16
1159/20 1159/24
1159/25 1160/4
1160/11 1160/12
1161/6 1161/10
1161/12 1161/17
1162/1 1162/6
1162/13 1162/19
1163/5 1163/13
1163/19 1163/23
1164/3 1164/7
1164/10 1164/13
1164/14 1164/20
1164/25 1165/7
1165/19 1165/24
1166/2 1168/21
1169/13 1170/11
1171/2 1175/2
1178/8 1178/15
1180/14 1180/15
1183/15 1183/21
1183/24 1185/22
1186/2 1186/4
1186/21 1186/25
1187/6 1187/7
1187/9 1187/12
1187/14 1187/19
1187/20 1187/21
1187/23 1194/13
1195/8 1196/6
1196/6 1196/21
1197/17 1198/4
1198/6 1198/20

1205/22 1205/23
1205/25 1207/24
1208/13 1211/1
1211/2 1211/3
1211/5
**group [3]**  1181/21
1211/18 1211/19
**Guard [1]**  1211/17
**guarding [1]**  1182/4
**guess [4]**  1143/15
1193/5 1208/16
1218/23
**guesswork [2]**
1148/11 1179/3
**guest [1]**  1185/19
**guide [2]**  1160/9
1205/3
**guidelines [1]**
1152/8
**guides [1]**  1204/23
**guilt [10]**  1147/6
1147/6 1148/6
1148/12 1148/14
1154/6 1179/4
1179/6 1205/14
1209/11
**guilty [46]**  1142/16
1147/10 1147/15
1147/18 1147/20
1154/3 1154/4
1154/14 1156/13
1156/14 1159/2
1159/10 1159/19
1159/21 1159/22
1159/24 1160/2
1161/11 1161/25
1162/12 1162/14
1162/15 1162/16
1162/17 1163/15
1164/3 1164/21
1165/20 1166/9
1167/20 1167/21
1189/8 1193/1
1193/17 1195/6
1196/20 1197/15
1198/3 1198/18
1201/8 1205/11
1205/12 1205/16
1216/22 1218/2
1218/2
**gun [19]**  1161/1
1170/10 1172/16
1173/20 1177/19
1178/5 1178/14
1178/15 1187/13
1188/15 1188/25
1195/1 1196/24
1196/25 1197/1
1200/6 1207/9
1208/23 1218/5
**guy [16]**  1172/20
1172/23 1200/15
1200/16 1200/16
1202/7 1210/13
1210/13 1212/6
1212/7 1212/8
1212/12 1212/12
1212/13 1212/21
1214/2

## H

**hair [1]**  1189/16
**hand [11]**  1147/16
1148/19 1154/5
1166/20 1173/6
1175/23 1184/22
1185/9 1210/10
1215/9 1222/12
**handful [1]**  1218/16
**hands [8]**  1177/12
1182/12 1183/7
1183/17 1186/16
1187/1 1189/5
1211/25
**hands-on [8]**
1177/12 1182/12
1183/7 1183/17
1186/16 1187/1
1189/5 1211/25
**handy [1]**  1173/22
**hapless [1]**  1215/5
**happen [4]**  1148/25
1170/20 1201/2
1219/23
**happened [6]**  1169/9
1170/3 1191/24
1192/5 1192/14
1202/10
**happening [1]**
1176/10
**happy [3]**  1143/10
1214/9 1214/11
**Harbor [2]**  1206/3
1206/5
**harm [7]**  1163/21
1191/25 1192/15
1192/17 1193/21
1194/10 1194/25
**Harrisburg [1]**
1140/19
**hats [1]**  1190/8
**Hawa [5]**  1169/8
1180/11 1180/17
1184/1 1188/20
**Haynes [4]**  1169/7
1170/16 1178/9
1178/13
**head [2]**  1142/6
1189/16
**healthy [1]**  1221/21
**hear [12]**  1144/9
1151/8 1173/5
1203/21 1204/7
1206/23 1209/15
1210/11 1210/13
1210/14 1215/4
1218/21
**heard [23]**  1142/9
1142/10 1144/13
1152/2 1152/12
1169/5 1170/16
1170/25 1171/13
1172/8 1179/18
1180/10 1181/9
1189/21 1197/12
1198/8 1198/9
1202/21 1203/12
1203/19 1208/21
1214/1 1216/14

**hearing [1]**  1195/21
**heavy [3]**  1182/19
1208/8 1208/8
**heels [1]**  1168/24
**held [2]**  1194/8
1208/9
**help [6]**  1193/24
1212/20 1212/20
1214/13 1216/3
1219/10
**helped [2]**  1198/1
1214/14
**helpfully [1]**
1205/9
**helping [4]**  1197/21
1211/12 1212/12
1214/15
**here's [1]**  1217/16
**herself [1]**  1151/21
**hesitate [2]**  1148/8
1221/4
**highly [1]**  1147/23
**Hills [1]**  1141/4
**himself [6]**  1151/20
1195/5 1200/22
1200/24 1201/4
1214/2
**hint [1]**  1185/8
**hip [2]**  1178/14
1207/7
**history [2]**  1191/9
1198/14
**hit [4]**  1174/1
1194/4 1195/4
1195/5
**hitting [1]**  1171/19
**hold [3]**  1152/23
1189/7 1218/24
**holding [1]**  1177/21
**hollow [3]**  1170/14
1188/25 1208/24
**home [3]**  1166/7
1166/16 1213/17
**Homeland [1]**
1155/22
**honest [1]**  1148/4
**Honor [7]**  1143/7
1144/1 1168/5
1168/15 1194/19
1203/18 1213/21
**HONORABLE [1]**
1140/10
**HOOK [3]**  1141/22
1223/3 1223/10
**hope [1]**  1142/3
**hopefully [1]**
1203/22
**horrific [1]**  1169/3
**hostility [1]**
1150/21
**hotels [1]**  1192/9
**hours [7]**  1178/6
1178/11 1178/12
1191/3 1207/18
1208/12 1212/2
**house [3]**  1165/2
1198/15 1212/3
**human [1]**  1206/25
**hundreds [2]**
1189/21 1192/12

**I**

idea [2]   1191/2
1191/4
identification [1]
1218/10
ignorance [1]
1155/5
ignore [4]   1144/25
1145/10 1153/3
1153/6
ignored [1]   1202/2
imaginary [2]
1148/10 1179/2
immediate [2]
1155/10 1160/15
immediately [2]
1182/17 1182/23
impact [1]   1192/22
impair [1]   1150/24
impartial [3]
1148/4 1149/15
1149/19
impede [10]   1154/10
1158/3 1161/18
1162/7 1165/1
1179/10 1186/4
1197/5 1197/10
1198/20
impeded [9]   1156/23
1157/4 1158/13
1158/18 1161/20
1162/9 1182/10
1186/5 1186/19
impeding [5]
1154/17 1156/9
1156/15 1181/15
1182/7
implicate [1]
1218/20
implies [1]   1148/1
importance [1]
1220/24
important [8]
1148/9 1151/11
1172/1 1172/11
1174/11 1182/8
1204/5 1221/24
importantly [1]
1189/3
imposing [1]
1219/18
impossible [3]
1184/8 1184/8
1184/12
impressed [2]
1150/15 1150/16
improbability [1]
1151/15
improper [3]
1142/12 1142/16
1196/17
improperly [1]
1145/19
improve [1]   1150/24
inadmissible [1]
1218/20
incapacitated [1]
1185/6
incendiary [2]

1164/8 1201/24
inch [1]   1173/8
inches [1]   1166/19
inching [2]   1212/17
1212/17
incident [4]   1151/7
1154/12 1154/21
1209/24
include [3]   1155/20
1159/12 1205/5
included [10]
1158/23 1159/12
1159/22 1160/2
1161/8 1162/2
1162/16 1162/18
1162/23 1182/5
includeds [1]
1218/2
includes [14]
1155/21 1155/23
1155/24 1160/5
1160/14 1162/21
1164/9 1164/13
1164/14 1181/17
1181/19 1181/20
1181/23 1182/3
including [10]
1150/24 1153/24
1155/7 1155/13
1155/14 1160/25
1194/4 1196/2
1208/24 1218/19
inconsistencies [2]
1151/4 1203/8
inconsistency [3]
1151/10 1151/12
1152/17
inconsistent [2]
1152/14 1152/16
incredibly [1]
1172/10
independent [1]
1155/25
indicate [2]
1153/21 1167/7
indicated [2]
1145/24 1199/23
indicating [1]
1145/22
indictment [9]
1147/3 1147/3
1147/5 1154/9
1158/19 1165/17
1167/17 1167/21
1167/23
individual [4]
1155/12 1163/22
1193/25 1202/5
individual's [1]
1218/20
individuals [2]
1170/23 1190/18
industry [2]
1191/13 1192/10
infer [3]   1167/3
1167/8 1167/8
inference [1]
1147/6
inferences [2]
1146/10 1148/20

inflict [3]   1157/20
1157/24 1158/2
infliction [1]
1163/21
influence [2]
1167/22 1219/17
influenced [1]
1145/19
information [2]
1220/3 1221/23
informed [1]
1198/12
informing [1]
1222/7
inherently [1]
1160/19
initial [3]   1177/10
1181/20 1221/6
injure [1]   1194/10
injured [1]   1209/4
Injuries [1]
1214/12
injury [9]   1155/11
1157/20 1157/24
1158/3 1160/21
1160/23 1179/16
1179/17 1194/24
innocence [2]
1147/8 1147/12
innocent [3]   1147/8
1151/8 1151/13
inside [14]   1170/6
1180/14 1180/15
1180/16 1180/20
1196/23 1196/24
1197/1 1197/8
1197/9 1197/11
1199/24 1199/24
1210/19
inspect [3]   1170/15
1218/7 1218/9
Inspector [4]
1169/8 1180/11
1180/17 1184/1
instead [1]   1187/17
instruct [7]   1143/6
1144/14 1145/7
1145/8 1158/22
1161/7 1202/1
instructed [2]
1158/5 1178/22
instruction [4]
1143/22 1163/7
1201/17 1203/4
instructions [49]
1142/14 1144/5
1144/19 1144/19
1144/22 1144/23
1144/24 1144/25
1145/1 1145/3
1145/9 1163/9
1163/11 1163/25
1164/17 1165/6
1165/8 1165/9
1168/1 1178/22
1180/2 1186/8
1190/13 1201/13
1201/15 1202/25
1203/1 1203/5
1203/7 1203/9

1203/10 1204/8
1204/25 1205/1
1205/8 1205/18
1205/22 1206/9
1214/18 1214/20
1217/3 1217/8
1217/9 1217/10
1217/20 1217/22
1217/25 1221/24
1222/5
instrumentality [1]
1155/18
intended [9]
1146/22 1146/24
1154/17 1158/2
1158/2 1166/21
1178/17 1181/15
1194/24
intending [2]
1183/19 1183/20
intends [1]   1167/9
intent [19]   1156/19
1157/12 1160/22
1161/18 1162/7
1165/1 1165/11
1167/1 1167/1
1167/4 1167/7
1176/25 1183/16
1186/4 1193/23
1193/23 1194/9
1198/20 1199/1
intention [1]
1193/21
intentional [4]
1151/13 1157/20
1183/9 1183/10
intentionally [4]
1157/3 1158/17
1167/10 1167/10
interest [2]
1150/20 1153/14
interfere [3]
1154/11 1158/4
1179/10
interfered [6]
1156/23 1157/5
1158/13 1158/18
1182/10 1183/5
interferes [2]
1163/2 1186/11
interfering [4]
1154/17 1156/9
1156/16 1181/16
internet [1]
1219/24
interruption [1]
1189/12
interrupts [2]
1163/4 1186/14
intervention [1]
1215/6
intimidate [2]
1158/3 1169/15
intimidated [5]
1156/23 1157/5
1158/13 1158/18
1182/10
intimidating [2]
1156/9 1156/15
into [11]   1146/7

**I**

**into... [10]**
1171/17 1171/20
1183/10 1212/4
1217/4 1218/11
1218/15 1219/17
1220/3 1222/11
**introduced [2]**
1153/18 1201/22
**Investigations [1]**
1152/4
**invite [1]** 1219/11
**invited [1]** 1185/19
**involve [1]** 1162/2
**involved [1]**
1150/22
**involving [2]**
1155/9 1163/20
**issue [7]** 1154/9
1192/21 1201/18
1203/6 1209/6
1220/20 1220/22
**issued [1]** 1181/3
**issues [2]** 1142/9
1144/17
**items [2]** 1169/23
1178/17

**J**

**jacket [4]** 1172/21
1173/24 1185/7
1212/12
**January [38]**
1158/11 1168/19
1169/1 1169/17
1170/7 1179/25
1181/7 1181/10
1181/19 1184/1
1184/9 1188/9
1188/23 1189/20
1189/22 1190/6
1190/8 1191/8
1191/16 1191/17
1191/20 1192/2
1192/7 1192/12
1192/15 1199/8
1199/17 1200/11
1200/19 1200/21
1200/23 1204/19
1207/9 1210/17
1211/24 1213/23
1215/5 1216/2
**January 5th [1]**
1191/17
**JEFF [3]** 1141/22
1223/3 1223/10
**Jenkins [4]** 1220/4
1220/8 1220/16
1221/23
**job [3]** 1180/5
1196/25 1213/16
**jobs [1]** 1204/2
**JOHN [2]** 1141/2
1141/3
**join [1]** 1175/22
**joined [2]** 1170/23
1171/11
**joins [1]** 1178/1
**JORDAN [1]** 1140/14

**jostling [3]** 1163/2
1186/12 1186/16
**JUDGE [6]** 1140/11
1178/21 1178/24
1204/8 1204/17
1205/21
**judged [1]** 1201/6
**judges [3]** 1145/13
1150/5 1221/10
**judging [2]** 1150/7
1152/18
**judgment [4]**
1150/12 1152/1
1153/16 1217/13
**juries [1]** 1221/5
**jurisdiction [1]**
1206/1
**juror [6]** 1216/19
1217/13 1217/14
1219/12 1220/25
1221/4
**jurors [8]** 1146/14
1146/20 1147/21
1189/17 1220/23
1221/15 1221/22
1222/2
**jury [48]** 1140/10
1142/2 1142/9
1142/14 1142/15
1143/6 1144/5
1144/11 1145/3
1145/11 1146/16
1149/14 1168/13
1170/15 1170/19
1172/16 1177/8
1179/17 1180/2
1181/17 1186/8
1188/15 1189/13
1189/18 1190/12
1201/12 1203/20
1204/13 1204/25
1205/1 1205/17
1214/18 1217/5
1217/8 1218/6
1219/2 1220/2
1220/10 1220/10
1220/12 1220/16
1220/19 1220/25
1221/6 1221/11
1222/12 1222/18
1222/20
**jury's [2]** 1143/12
1222/14
**Justice [1]** 1140/14
**justified [1]**
1146/11

**K**

**keep [6]** 1170/8
1171/19 1197/22
1198/1 1212/3
1218/9
**kept [5]** 1171/1
1171/1 1172/19
1172/23 1215/22
**Kerkhoff [8]**
1156/24 1158/5
1171/16 1173/3
1175/24 1179/19
1184/25 1188/18

**Kerkhoff's [1]**
1185/2
**killed [2]** 1194/17
1194/18
**kind [3]** 1147/5
1148/7 1205/3
**knew [11]** 1158/12
1184/14 1184/15
1185/13 1187/3
1187/6 1190/5
1198/24 1199/20
1213/11 1215/22
**knives [3]** 1168/21
1170/8 1208/10
**knowing [1]** 1167/2
**knowingly [24]**
1154/16 1155/3
1155/6 1159/8
1159/17 1160/16
1161/18 1162/7
1163/7 1163/19
1163/24 1164/6
1164/16 1165/4
1165/15 1165/25
1166/5 1179/9
1181/14 1183/25
1186/4 1187/1
1187/22 1197/8
**knowledge [7]**
1148/18 1167/1
1167/4 1167/7
1199/1 1206/25
1213/10
**known [3]** 1184/21
1184/24 1185/1
**knows [2]** 1200/17
1206/15
**KONIG [5]** 1140/14
1144/6 1203/17
1203/17 1216/23
**Kozaczuk [4]** 1211/8
1211/9 1213/18
1216/7

**L**

**Labor [2]** 1196/3
1205/25
**lack [1]** 1148/3
**ladies [11]** 1144/12
1168/6 1202/23
1203/20 1213/24
1214/5 1214/17
1215/14 1215/24
1216/10 1216/23
**laid [1]** 1168/18
**land [1]** 1166/17
**lane [1]** 1198/1
**language [1]**
1216/18
**laptop [1]** 1217/7
**larger [2]** 1187/18
1187/22
**last [5]** 1161/8
1185/23 1203/21
1221/13 1221/18
**later [5]** 1148/22
1151/1 1178/6
1178/11 1178/12
**law [61]** 1141/3
1144/14 1144/15

1145/7 1145/7
1145/8 1147/11
1149/4 1149/5
1152/5 1152/10
1153/19 1153/21
1154/11 1154/13
1154/18 1154/20
1156/4 1156/5
1156/12 1158/22
1163/14 1164/13
1164/21 1165/12
1165/13 1165/14
1165/19 1166/8
1169/5 1174/24
1181/16 1190/7
1193/15 1195/17
1195/17 1196/5
1197/21 1198/24
1199/2 1199/4
1199/16 1199/20
1199/25 1200/4
1200/5 1200/11
1204/7 1204/17
1204/19 1204/20
1204/21 1204/21
1204/23 1205/23
1205/24 1206/4
1206/16 1211/5
1216/20 1217/21
**lawful [5]** 1154/21
1159/7 1159/16
1180/1 1183/24
**lawfully [1]**
1154/11
**lawn [1]** 1208/2
**laws [2]** 1155/17
1206/7
**lawyer [2]** 1152/23
1152/24
**lawyer's [2]**
1152/25 1153/2
**lawyers [3]** 1146/23
1146/25 1152/21
**leaned [1]** 1210/6
**learn [1]** 1203/21
**least [4]** 1194/22
1194/23 1195/18
1197/20
**leave [16]** 1143/24
1144/1 1145/2
1175/1 1184/13
1184/22 1196/18
1201/17 1210/18
1210/18 1210/21
1210/22 1210/22
1212/3 1213/17
1221/18
**left [4]** 1172/22
1178/9 1196/1
1211/23
**legal [4]** 1197/2
1204/8 1205/23
1211/1
**legs [1]** 1201/2
**leisure [1]** 1186/9
**length [1]** 1166/19
**less [7]** 1166/18
1172/2 1173/1
1194/3 1194/3
1195/3 1205/3

**L**

less-lethal [2]
1172/2 1173/1
less-than-lethal [3]
1194/3 1194/3
1195/3
lesser [11]   1152/9
1158/23 1159/12
1159/22 1160/2
1161/8 1162/2
1162/16 1162/18
1162/22 1218/2
lethal [5]   1172/2
1173/1 1194/3
1194/3 1195/3
letting [1]   1218/8
level [2]   1199/15
1213/7
Library [1]   1207/22
license [7]   1166/6
1188/1 1188/2
1188/4 1188/6
1188/10 1188/11
licensed [1]
1166/14
lie [1]   1174/2
Lieutenant [1]
1188/19
life [4]   1148/9
1201/6 1206/13
1212/9
lifted [1]   1174/6
lifting [1]   1183/11
light [3]   1146/11
1206/25 1216/20
lightly [1]   1204/5
likely [1]   1147/22
Likewise [3]
1146/25 1153/8
1219/25
line [14]   1169/3
1175/11 1175/13
1176/21 1176/22
1177/21 1177/21
1178/10 1181/22
1183/3 1184/19
1206/13 1217/25
1218/2
lines [2]   1171/10
1184/3
listen [2]   1170/1
1173/7
literally [1]
1187/4
little [9]   1178/5
1190/8 1191/10
1193/4 1197/23
1200/24 1201/23
1205/3 1209/8
lives [1]   1204/1
loaded [4]   1177/19
1207/7 1208/23
1217/7
located [1]   1164/9
location [1]   1180/6
locations [1]
1199/12
long [5]   1158/14
1204/1 1204/25

1208/3 1210/17
longer [1]   1218/17
look [5]   1195/24
1205/18 1206/24
1213/8 1216/20
looked [4]   1148/22
1148/25 1194/22
1200/19
looking [2]   1209/10
1211/11
looks [1]   1200/18
loser [1]   1169/15
lost [1]   1183/9
lot [20]   1142/7
1171/14 1177/6
1178/4 1178/7
1180/25 1187/11
1190/9 1193/8
1193/8 1200/16
1200/23 1201/1
1201/7 1204/16
1207/4 1207/5
1208/15 1216/14
1216/14
loud [4]   1163/1
1173/5 1186/10
1186/15
loved [1]   1174/19
low [1]   1186/10
lower [5]   1171/11
1171/18 1191/21
1196/1 1208/1
lucky [2]   1189/14
1189/14
lunch [1]   1142/4
lungs [1]   1173/4

**M**

mace [1]   1174/1
mad [2]   1208/12
1216/10
magazine [1]   1207/8
magically [1]
1184/16
mails [1]   1218/17
majority [1]
1199/13
makes [2]   1177/14
1208/15
making [9]   1142/10
1156/18 1160/4
1162/19 1175/18
1177/11 1178/10
1186/17 1213/7
mall [1]   1192/20
man [2]   1174/8
1189/14
managed [2]   1169/14
1169/16
manner [4]   1145/6
1150/14 1160/23
1160/24
many [8]   1169/18
1172/8 1176/6
1189/21 1192/12
1199/17 1218/13
1221/5
map [4]   1164/11
1164/14 1184/14
1205/2

maps [1]   1195/24
marched [1]   1169/19
marked [1]   1218/10
marshal [2]   1218/8
1220/16
marshals [2]   1220/5
1220/9
Maryland [7]
1176/23 1193/16
1206/2 1206/4
1206/6 1206/7
1211/18
mask [15]   1170/4
1172/16 1173/20
1174/1 1174/1
1176/8 1177/18
1178/16 1185/15
1188/14 1188/25
1194/2 1208/7
1208/8 1208/24
mathematical [2]
1148/13 1179/5
matter [22]   1151/11
1176/22 1205/23
1205/24 1205/24
1206/2 1206/4
1206/14 1206/16
1206/16 1206/16
1209/13 1210/12
1211/5 1211/13
1212/7 1214/16
1214/18 1219/20
1220/13 1221/9
1223/5
matters [4]   1148/9
1150/10 1150/19
1220/24
Matthew [2]   1156/24
1158/6
may [49]   1144/22
1144/23 1144/25
1145/10 1145/21
1145/22 1146/4
1146/15 1147/5
1147/20 1148/15
1148/20 1149/24
1150/1 1150/11
1150/13 1150/23
1151/5 1151/6
1151/7 1151/14
1151/17 1151/22
1152/13 1152/18
1152/19 1153/13
1153/20 1153/22
1153/23 1154/5
1155/6 1160/17
1161/1 1165/15
1167/3 1167/5
1167/8 1167/20
1205/17 1218/12
1218/17 1218/22
1219/22 1220/8
1220/20 1220/25
1221/3 1222/3
maybe [4]   1203/23
1205/2 1210/7
1215/7
Mayor [4]   1181/3
1192/18 1192/20
1192/22

Mayor's [1]   1181/2
mean [1]   1142/4
meaning [17]
1160/16 1163/6
1163/7 1163/9
1163/10 1163/24
1163/25 1164/17
1165/6 1165/7
1165/9 1165/16
1166/2 1166/2
1166/3 1166/4
1166/5
meanings [1]   1158/4
means [16]   1142/16
1149/5 1150/8
1155/12 1155/14
1155/16 1156/3
1157/19 1160/11
1163/20 1166/18
1166/20 1198/23
1214/10 1214/10
1220/18
meant [2]   1214/21
1217/24
meantime [1]   1222/4
medals [1]   1216/15
media [1]   1222/1
medical [4]   1170/5
1202/8 1202/19
1203/15
meet [5]   1182/24
1192/24 1192/25
1197/7 1198/15
megaphone [2]
1174/14 1215/8
member [5]   1157/1
1185/6 1193/11
1220/10 1220/12
members [14]
1170/19 1172/2
1172/16 1172/25
1177/8 1177/22
1179/17 1181/16
1188/15 1189/13
1198/15 1210/19
1220/2 1220/10
memory [7]   1146/2
1146/3 1146/18
1146/20 1146/21
1150/17 1150/23
men [2]   1169/3
1169/6
merely [3]   1147/3
1152/10 1153/12
merits [1]   1220/13
met [1]   1183/3
metal [1]   1170/6
metes [1]   1206/15
Metropolitan [2]
1152/3 1156/2
mic [3]   1189/11
1203/19 1208/6
midway [1]   1181/23
might [3]   1170/20
1190/5 1217/9
miles [1]   1196/13
military [2]
1189/25 1216/15
million [1]   1192/11
mind [3]   1167/16

**M**

mind... [2]  1218/9
  1220/14
mindful [1]  1219/7
minimal [1]  1192/7
minute [5]  1168/4
  1168/5 1171/7
  1176/15 1189/10
minutes [6]  1168/7
  1168/9 1176/9
  1203/23 1207/16
  1215/20
misleading [1]
  1143/19
misrecollection [1]
  1151/8
missed [1]  1202/14
mission [3]  1180/13
  1180/18 1219/7
misstatements [1]
  1201/24
misstates [1]
  1194/19
mistake [2]  1155/5
  1166/13
mistakes [3]
  1200/23 1201/7
  1201/7
mix [1]  1215/5
mob [7]  1169/10
  1169/10 1174/19
  1174/19 1175/20
  1176/1 1177/22
modifies [1]
  1217/22
moment [12]  1171/13
  1174/4 1174/16
  1177/8 1177/17
  1178/6 1194/2
  1194/7 1197/21
  1203/25 1204/24
  1211/14
more [18]  1147/22
  1147/24 1148/9
  1149/25 1151/6
  1152/12 1154/18
  1155/9 1160/10
  1162/25 1179/15
  1190/13 1190/16
  1190/18 1201/23
  1215/25 1220/10
  1221/8
morning [9]  1149/2
  1209/18 1217/2
  1217/5 1219/2
  1220/1 1222/17
  1222/19 1222/24
most [4]  1189/3
  1198/16 1199/7
  1199/15
mostly [1]  1191/11
motherfuckers [2]
  1177/1 1212/2
motions [1]  1142/14
motive [1]  1150/17
move [9]  1154/8
  1173/4 1173/4
  1173/6 1173/8
  1177/24 1178/11

1178/11 1183/19
moved [1]  1178/6
movement [2]
  1154/24 1180/24
movie [1]  1221/18
moving [4]  1173/11
  1176/5 1176/6
  1176/11
MPD [2]  1180/3
  1211/16
Mr. [126]
Mr. Alberts [81]
  1142/24 1143/16
  1143/18 1143/20
  1147/12 1147/14
  1147/18 1147/19
  1153/18 1154/3
  1154/10 1189/20
  1190/15 1190/21
  1190/25 1191/4
  1193/1 1193/17
  1193/20 1193/23
  1193/23 1194/1
  1194/4 1194/8
  1194/10 1194/14
  1194/21 1194/24
  1195/12 1195/14
  1195/21 1196/7
  1196/15 1196/19
  1196/23 1197/8
  1197/15 1197/19
  1197/22 1198/3
  1198/8 1198/11
  1198/18 1198/24
  1199/1 1199/4
  1199/20 1199/21
  1199/22 1200/3
  1200/13 1200/14
  1200/22 1201/5
  1201/20 1202/17
  1204/3 1204/19
  1204/20 1205/6
  1205/11 1205/12
  1205/20 1206/4
  1206/14 1207/2
  1207/6 1208/19
  1209/23 1210/3
  1210/18 1211/3
  1211/20 1211/24
  1212/21 1213/6
  1213/21 1214/13
  1215/2 1216/1
  1216/15
Mr. Alberts' [6]
  1147/6 1153/24
  1194/22 1199/14
  1200/1 1202/15
Mr. Ben [1]  1198/2
Mr. Dalke [5]
  1143/22 1144/6
  1203/17 1204/6
  1206/18
Mr. Konig [4]
  1144/6 1203/17
  1203/17 1216/23
Mr. Nohria [5]
  1144/9 1168/2
  1168/14 1189/9
  1204/15
Mr. Nohria's [1]

1168/6
Mr. Reffitt [4]
  1193/24 1212/20
  1212/22 1212/23
Mr. Roots [11]
  1142/4 1189/9
  1189/11 1201/9
  1201/25 1202/2
  1202/13 1203/12
  1204/21 1205/20
  1213/22
Mr. Roots' [1]
  1203/24
Mr. Sumrall [7]
  1195/13 1195/15
  1195/18 1195/20
  1196/4 1196/17
  1199/16
Ms. [8]  1211/8
  1211/9 1213/18
  1216/7 1220/4
  1220/8 1220/16
  1221/23
Ms. Jenkins [4]
  1220/4 1220/8
  1220/16 1221/23
Ms. Kozaczuk [4]
  1211/8 1211/9
  1213/18 1216/7
much [4]  1149/6
  1153/16 1153/25
  1222/6
muffler [1]  1161/3
multiple [5]
  1175/21 1176/19
  1184/6 1189/4
  1190/8
munitions [3]
  1194/3 1194/4
  1195/4
must [31]  1147/4
  1147/18 1147/24
  1147/25 1149/16
  1149/17 1150/4
  1152/23 1153/3
  1153/10 1154/14
  1156/19 1157/25
  1159/4 1159/13
  1161/13 1162/3
  1163/15 1164/4
  1164/22 1165/20
  1166/9 1192/25
  1197/4 1201/16
  1203/9 1217/12
  1217/14 1217/15
  1217/23 1221/13
mutual [1]  1219/11

**N**

name [1]  1148/1
narrow [2]  1172/6
  1210/7
National [3]  1206/2
  1206/5 1211/17
natural [1]  1167/9
nature [6]  1149/14
  1149/17 1155/4
  1170/10 1170/13
  1170/19
near [2]  1177/22

1182/5
necessarily [1]
  1149/20
necessary [4]
  1147/21 1158/11
  1167/15 1220/7
need [7]  1160/24
  1168/4 1188/12
  1189/9 1190/5
  1192/21 1198/23
needed [5]  1188/13
  1188/13 1188/14
  1188/15 1198/25
negative [2]
  1192/22 1214/18
negotiations [2]
  1195/16 1195/18
nerve [1]  1193/25
new [1]  1168/16
news [1]  1219/23
next [6]  1149/2
  1191/3 1191/22
  1191/23 1207/18
  1218/3
nigh [1]  1177/4
night [2]  1222/19
  1222/24
nine [11]  1166/6
  1178/21 1187/25
  1190/10 1205/5
  1209/7 1209/11
  1212/8 1215/12
  1216/22 1218/1
nits [1]  1144/4
Nodding [1]  1142/6
NOHRIA [6]  1140/20
  1144/9 1168/2
  1168/14 1189/9
  1204/15
Nohria's [1]  1168/6
none [5]  1177/8
  1191/3 1195/14
  1208/15 1213/23
nonviolent [1]
  1153/22
nor [3]  1148/10
  1179/2 1188/11
normal [3]  1163/4
  1186/14 1191/18
note [12]  1143/7
  1144/4 1145/2
  1175/13 1182/8
  1213/23 1218/7
  1220/8 1220/12
  1222/7 1222/8
  1222/24
notebooks [1]
  1146/15
notes [5]  1146/15
  1146/18 1146/21
  1146/22 1204/4
notetaker's [1]
  1146/22
noticing [1]
  1195/23
notification [1]
  1195/9
notified [2]
  1196/15 1209/15
notion [2]  1191/2

**N**

notion... [1]
1198/8
Notwithstanding [1]
1154/1
number [9]   1149/21
1149/24 1150/1
1166/25 1183/18
1205/8 1211/7
1215/25 1218/14
numbers [1]   1192/11
NW [5]   1140/21
1141/24 1164/15
1164/16 1164/16

**O**

oath [5]   1213/15
1216/15 1216/17
1216/18 1216/19
oaths [2]   1216/14
1216/16
object [6]   1143/15
1152/25 1160/17
1160/18 1160/20
1160/24
objected [1]
1152/21
objecting [1]
1152/23
objection [6]
1142/18 1143/9
1143/11 1153/2
1153/9 1194/19
objections [2]
1142/21 1152/24
objects [2]   1177/23
1179/23
observe [1]   1150/19
observed [1]
1150/10
obstruct [3]
1154/10 1179/9
1180/23
obstructed [2]
1154/23 1179/12
obstructing [2]
1154/17 1181/15
obviously [5]
1142/7 1160/19
1180/15 1201/23
1202/8
occasion [1]
1152/13
occurred [2]
1171/24 1199/10
occurring [2]
1176/14 1179/20
occurs [1]   1162/25
ocean [1]   1174/13
Oddly [1]   1191/22
off [14]   1160/11
1174/19 1174/19
1176/8 1194/23
1198/17 1201/3
1205/16 1207/20
1208/13 1213/8
1213/9 1213/11
1213/12
offense [26]

1147/14 1147/15
1147/17 1147/18
1154/14 1156/13
1158/23 1159/9
1159/12 1159/23
1160/2 1161/8
1161/24 1162/2
1162/16 1162/18
1163/15 1164/4
1164/22 1165/20
1166/9 1167/17
1167/18 1201/15
1208/20 1208/25
offenses [5]
1157/13 1203/6
1205/10 1211/3
1215/12
offered [1]   1152/22
Office [1]   1164/11
officer [47]
1152/11 1154/20
1155/19 1156/10
1156/16 1156/23
1156/25 1156/25
1156/25 1157/5
1157/7 1157/10
1157/17 1158/5
1158/6 1158/7
1158/7 1158/14
1158/16 1158/18
1169/7 1169/7
1170/16 1171/5
1173/3 1178/9
1178/13 1179/18
1179/18 1179/19
1182/13 1182/19
1182/21 1182/25
1183/1 1183/2
1183/4 1184/20
1184/24 1185/2
1188/18 1188/18
1195/6 1197/21
1209/25 1210/15
1211/15
officer's [5]
1152/5 1152/7
1157/8 1182/14
1182/14
officers [79]
1152/2 1154/11
1154/18 1154/20
1158/7 1158/10
1168/23 1171/3
1171/15 1172/9
1175/9 1175/11
1175/14 1175/24
1177/2 1177/4
1177/13 1177/23
1177/25 1178/10
1179/10 1179/10
1179/21 1179/22
1179/23 1179/24
1181/18 1181/22
1182/2 1182/3
1182/8 1182/13
1182/16 1183/3
1183/5 1183/8
1183/12 1184/22
1186/16 1186/18
1187/24 1189/5

1189/6 1193/15
1193/19 1193/20
1194/2 1194/8
1196/5 1196/18
1200/5 1200/7
1207/13 1207/14
1207/20 1207/25
1208/11 1209/1
1209/21 1209/25
1210/9 1210/11
1210/14 1210/16
1210/16 1210/17
1211/12 1211/23
1211/25 1212/1
1212/3 1212/24
1213/14 1213/16
1214/5 1214/7
1214/8 1214/15
1216/16
officers' [1]
1215/7
official [19]
1141/23 1154/12
1154/21 1156/3
1156/11 1156/17
1157/7 1157/11
1158/9 1158/9
1158/14 1161/20
1161/22 1162/8
1162/10 1183/13
1183/13 1197/10
1223/3
often [1]   1221/8
old [2]   1208/19
1216/18
Olmsted [1]   1184/6
OMB [1]   1141/4
omissions [1]
1218/22
once [11]   1170/25
1172/8 1172/22
1172/25 1214/4
1214/9 1214/10
1215/19 1215/21
1221/11 1222/7
one [56]   1147/24
1149/5 1149/13
1149/25 1152/12
1154/9 1154/18
1155/13 1157/14
1157/22 1160/17
1160/17 1163/8
1164/1 1164/18
1165/16 1166/5
1167/21 1168/17
1175/9 1179/7
1179/7 1183/18
1190/10 1191/1
1191/2 1191/6
1191/14 1191/22
1192/20 1192/25
1193/1 1193/2
1193/4 1193/7
1193/18 1195/25
1198/22 1201/6
1201/10 1201/13
1205/7 1205/16
1205/19 1210/4
1211/10 1211/12
1215/25 1218/3

1220/4 1220/9
1220/9 1220/20
1221/3 1222/1
1222/3
only [33]   1146/4
1146/18 1146/24
1147/21 1149/18
1170/1 1170/3
1170/5 1170/7
1170/10 1170/13
1170/18 1171/3
1171/4 1172/6
1172/7 1179/1
1201/17 1201/18
1203/2 1203/11
1204/17 1204/23
1212/19 1216/21
1216/21 1217/24
1218/10 1218/15
1218/18 1218/22
1218/25 1220/2
onto [2]   1171/1
1217/7
open [4]   1198/1
1202/22 1220/14
1220/19
operability [1]
1166/21
operation [1]
1155/17
opinion [3]   1145/24
1217/19 1221/1
opportunity [1]
1150/19
oppose [1]   1158/3
opposed [6]   1156/22
1157/4 1158/13
1158/18 1182/10
1183/5
opposing [2]   1156/9
1156/15
opposite [2]   1150/1
1175/23
oral [1]   1142/17
orally [1]   1220/14
order [24]   1154/13
1156/12 1156/14
1157/24 1159/1
1159/1 1159/10
1159/18 1160/7
1161/10 1161/10
1161/25 1162/11
1162/23 1163/14
1164/3 1164/21
1165/20 1166/8
1181/2 1192/18
1192/21 1192/21
1217/13
ordered [1]   1153/9
orderly [9]   1145/6
1161/19 1161/21
1162/9 1165/2
1197/5 1197/10
1198/21 1198/21
ordinarily [1]
1167/1
ordinary [1]   1158/4
organize [1]
1219/10
origin [1]   1145/19

**O**

originally [1]
1166/19
others [7]   1145/1
1175/22 1185/16
1189/22 1192/1
1195/4 1201/5
otherwise [2]
1160/11 1198/21
out [25]   1143/21
1143/23 1143/24
1144/2 1148/22
1148/25 1154/11
1155/17 1158/14
1175/2 1178/10
1178/11 1182/4
1193/12 1196/8
1197/12 1198/2
1200/18 1202/9
1202/9 1204/1
1218/7 1218/24
1220/6 1222/10
outcome [2]   1150/20
1153/14
outer [1]   1171/9
outflanking [1]
1175/8
outnumbered [3]
1172/9 1172/10
1211/16
outset [2]   1145/5
1221/3
outside [2]   1166/7
1220/3
over [11]   1149/6
1156/13 1169/20
1176/17 1178/25
1184/3 1185/20
1192/11 1204/10
1215/15 1219/4
overnight [1]
1149/3
overthrow [3]
1168/16 1177/5
1189/2
overwhelming [2]
1195/9 1205/13
own [10]   1146/2
1146/20 1146/21
1146/22 1153/11
1177/14 1183/22
1199/23 1212/10
1215/11
Oxnard [1]   1141/3

**P**

P.C [1]   1141/3
p.m [9]   1140/7
1168/11 1168/12
1181/18 1184/9
1208/2 1211/16
1213/3 1222/25
P.O [1]   1140/15
PA [1]   1140/19
pack [1]   1175/16
packed [2]   1192/9
1192/10
packs [1]   1196/25
page [1]   1143/15

pages [3]   1204/18
1205/1 1205/5
pallet [16]   1174/6
1174/20 1175/5
1175/6 1177/11
1182/18 1182/19
1182/23 1183/8
1183/11 1186/17
1187/3 1187/25
1189/6 1212/1
1215/10
paragraph [1]
1181/5
paragraphs [1]
1181/7
parking [2]   1178/4
1178/7 1187/11
Parliamentarian [1]
1176/13
part [10]   1158/8
1158/9 1169/11
1176/16 1177/9
1181/21 1194/10
1196/25 1197/1
1206/4
particular [3]
1144/24 1149/7
1220/17
particularly [1]
1205/1
parties [1]   1146/8
partisans [1]
1221/9
party [2]   1152/24
1218/25
pass [1]   1201/20
passed [5]   1195/12
1201/19 1202/19
1207/12 1208/9
past [7]   1171/9
1184/17 1184/18
1184/18 1184/18
1184/19 1204/10
path [1]   1212/15
patriots [3]
1169/20 1176/17
1185/20
pause [2]   1167/24
1213/23
paying [1]   1204/4
Peace [3]   1207/13
1209/14 1215/15
peaceful [3]   1169/2
1210/21 1216/6
peacefulness [1]
1153/20
Pence [1]   1193/12
Pennsylvania [3]
1164/15 1207/14
1209/24
people [24]   1150/21
1171/17 1172/7
1175/7 1175/21
1176/6 1179/16
1179/22 1179/24
1180/14 1182/4
1189/18 1190/14
1192/11 1192/12
1192/13 1193/11
1196/5 1198/15

1198/16 1199/7
1199/13 1199/17
1213/5
people's [2]
1198/14 1198/15
pepper [9]   1172/5
1173/23 1176/8
1179/22 1185/5
1185/11 1209/2
1210/9 1212/18
PepperBalled [1]
1212/18
PepperBalls [3]
1172/5 1185/1
1209/2
per [1]   1188/15
perfect [1]   1200/22
perfectly [1]
1176/25
performance [9]
1154/21 1154/25
1156/11 1156/17
1157/6 1157/8
1157/11 1180/1
1180/16
performs [1]
1178/14
perhaps [1]   1192/8
perimeter [7]
1168/22 1170/12
1171/9 1184/1
1187/18 1187/23
1206/11
Perkins [1]   1196/3
permission [1]
1189/17
permitted [4]
1146/9 1146/14
1149/8 1184/2
persist [1]   1185/17
person [43]   1147/4
1148/7 1148/21
1150/16 1153/22
1155/3 1155/11
1156/18 1157/4
1157/7 1157/9
1158/12 1160/12
1160/14 1160/21
1162/25 1163/2
1163/3 1163/18
1165/11 1166/12
1166/22 1166/23
1166/23 1167/3
1167/8 1179/17
1182/12 1183/15
1186/10 1186/12
1186/13 1194/18
1194/21 1198/12
1200/18 1200/18
1201/2 1201/3
1201/19 1203/14
1212/14 1220/15
personal [2]
1146/22 1163/22
personnel [1]
1193/11
persons [2]   1151/7
1155/10
perspective [4]
1194/22 1195/14

1199/14 1200/21
pertains [1]
1151/11
Phillips [1]   1198/2
philosophy [1]
1197/13
phones [1]   1201/9
photographs [1]
1204/13
phrase [1]   1142/11
physical [12]
1156/18 1157/9
1163/12 1163/17
1163/20 1165/18
1165/23 1166/3
1183/15 1186/25
1187/24 1208/14
pick [2]   1185/8
1195/3
picked [3]   1182/18
1182/23 1186/17
picking [1]   1183/8
picture [1]   1196/12
piece [2]   1194/7
1195/3
PIERCE [2]   1141/2
1141/3
pistol [8]   1166/6
1166/11 1166/14
1166/16 1166/18
1166/22 1188/1
1188/10
place [9]   1166/7
1166/16 1166/16
1174/12 1178/3
1184/5 1195/15
1195/22 1198/14
placed [3]   1215/8
1215/9 1215/10
places [5]   1192/5
1192/7 1193/13
1195/11 1199/10
Plaintiff [1]
1140/4
planting [1]   1200/7
plates [4]   1170/6
1170/8 1208/9
1208/23
play [8]   1153/7
1174/15 1190/20
1211/9 1212/25
1213/18 1215/25
1216/7
played [17]   1174/10
1174/23 1175/17
1176/4 1177/15
1178/2 1188/22
1190/6 1190/8
1190/24 1194/15
1197/18 1199/5
1200/2 1213/19
1215/24 1216/9
playing [1]   1213/1
plaza [1]   1196/13
please [6]   1145/2
1217/24 1218/9
1219/24 1222/4
1222/17
pledge [1]   1185/19
point [11]   1143/1

**P**

point... [10]
 1143/21 1170/14
 1172/10 1175/2
 1176/7 1181/23
 1187/15 1189/1
 1203/11 1208/24
points [2]   1205/9
 1205/15
police [27]   1152/3
 1152/3 1156/2
 1156/2 1157/1
 1158/8 1166/15
 1171/10 1171/22
 1175/10 1175/11
 1176/21 1176/21
 1176/22 1176/23
 1177/21 1177/21
 1180/3 1180/13
 1184/19 1186/16
 1186/20 1189/4
 1194/5 1211/17
 1211/18 1215/7
policing [1]   1156/3
policy [2]   1194/6
 1218/5
politics [1]
 1145/20
portion [4]   1144/24
 1164/15 1216/24
 1218/19
portions [4]
 1218/15 1218/20
 1218/21 1218/22
position [5]   1175/4
 1175/14 1175/15
 1197/24 1221/4
positions [1]
 1197/13
positive [1]
 1214/19
possessed [1]
 1142/23
possessing [1]
 1142/22
possession [2]
 1164/2 1198/5
possible [3]   1176/6
 1194/24 1219/15
posted [1]   1160/11
potential [1]
 1201/24
potentially [1]
 1143/11
power [4]   1169/2
 1169/16 1210/21
 1216/6
powerful [1]
 1147/24
PowerPoint [2]
 1143/9 1143/13
precautions [1]
 1184/5
preceded [1]
 1143/18
preferably [1]
 1222/23
prejudice [2]
 1145/18 1151/22

prejudiced [1]
 1151/21
preliminary [1]
 1144/19
premises [1]
 1166/17
preparation [4]
 1171/13 1173/22
 1174/3 1188/24
prepare [2]   1217/6
 1222/16
prepared [13]
 1169/22 1170/19
 1170/20 1172/5
 1172/14 1172/15
 1172/15 1172/16
 1173/19 1178/18
 1178/18 1185/14
 1199/11
presence [2]
 1180/15 1180/19
present [7]   1142/2
 1144/11 1157/21
 1168/13 1183/21
 1222/18 1222/20
presented [2]
 1149/12 1149/18
preside [1]   1219/4
President [12]
 1160/15 1169/15
 1180/19 1180/21
 1184/3 1186/22
 1193/7 1193/12
 1206/10 1206/13
 1210/20 1214/25
president's [1]
 1210/20
presidential [1]
 1169/16
presiding [1]
 1184/3
pressed [1]   1215/18
presumed [1]   1147/7
presumption [1]
 1147/8
pretrial [1]
 1142/13
pretty [3]   1142/20
 1191/1 1205/18
pride [1]   1221/3
primary [1]   1180/9
prior [1]   1143/10
privacy [1]   1218/20
probability [1]
 1151/15
probable [2]
 1147/23 1167/9
probably [1]
 1190/25
problems [1]
 1195/21
proceed [3]   1167/24
 1168/8 1221/8
proceeding [1]
 1197/10
proceedings [2]
 1222/25 1223/5
process [2]   1163/5
 1186/15
produce [1]   1147/12

professional [1]
 1197/25
profits [4]   1191/19
 1191/21 1191/23
 1191/25
prohibited [1]
 1198/9
projectile [1]
 1161/2
promise [1]   1176/16
promised [1]
 1206/18
promote [1]   1219/13
proof [8]   1147/24
 1165/13 1178/24
 1178/25 1188/8
 1193/20 1199/20
 1199/22
proper [3]   1152/23
 1195/9 1195/10
properly [1]   1146/5
property [5]
 1155/11 1163/18
 1163/23 1179/17
 1190/14
protect [18]
 1158/10 1169/4
 1177/24 1180/13
 1180/18 1183/14
 1186/21 1186/22
 1188/17 1188/18
 1188/19 1188/20
 1190/4 1195/3
 1195/4 1195/4
 1212/23 1215/6
protected [11]
 1155/1 1155/16
 1160/12 1160/14
 1179/13 1180/8
 1180/8 1193/5
 1198/13 1214/24
 1214/24
protectee [1]
 1206/12
protecting [3]
 1193/6 1212/22
 1216/16
protection [5]
 1170/9 1185/18
 1188/12 1190/5
 1214/25
protections [1]
 1206/14
protector [5]
 1189/23 1190/7
 1197/20 1197/20
 1212/11
protectors [1]
 1188/21
protects [1]
 1200/18
protest [1]   1181/4
protester [2]
 1189/22 1190/4
protesters [7]
 1189/23 1190/4
 1197/20 1197/23
 1214/12 1214/13
 1215/6
prove [14]   1147/12

1147/17 1147/21
 1148/12 1148/13
 1179/4 1179/8
 1193/22 1194/9
 1196/14 1198/23
 1199/19 1199/21
 1217/23
proved [12]   1150/2
 1159/4 1159/14
 1161/14 1162/3
 1163/16 1164/4
 1164/22 1165/21
 1166/10 1167/2
 1167/14
proven [10]   1146/10
 1147/10 1147/13
 1179/6 1179/25
 1180/9 1180/21
 1191/6 1196/19
 1197/4
provide [2]   1144/21
 1218/6
provided [5]   1143/8
 1204/10 1205/9
 1207/1 1217/15
proving [2]   1147/19
 1149/5
public [2]   1155/8
 1184/2
publicity [1]
 1219/23
pull [1]   1189/16
pulling [1]   1182/13
punishment [2]
 1219/15 1219/21
purported [1]
 1215/2
purpose [4]   1154/17
 1166/13 1181/15
 1188/23
purposes [1]
 1157/12
push [2]   1182/4
 1182/15
pushed [6]   1174/24
 1183/4 1194/23
 1201/3 1207/20
 1207/21
pushing [5]   1171/6
 1181/25 1182/14
 1183/8 1186/18
put [1]   1169/3
 1169/11 1171/12
 1184/5 1191/13
 1191/15 1191/20
 1196/9 1196/12
 1204/22 1204/22
puts [1]   1195/24
putting [1]   1208/22

**Q**

quadrant [1]   1196/1
quick [2]   1168/8
 1199/22
quickly [1]   1181/1
quite [1]   1201/4
quote [1]   1198/20

**R**

race [1]   1145/19

**R**

rack [4]   1181/21
1210/6 1215/9
1215/18
racks [11]   1168/23
1171/10 1171/22
1175/11 1175/14
1177/23 1184/6
1184/11 1184/18
1210/3 1210/4
radio [2]   1168/21
1169/25
raging [1]   1214/9
railed [3]   1207/18
1207/18 1207/18
railing [1]   1208/12
rally [2]   1170/24
1207/11
ram [2]   1174/7
1174/20
rammed [1]   1182/24
ramming [1]   1179/24
ran [1]   1186/17
rather [3]   1149/21
1211/23 1221/10
reach [5]   1149/15
1160/4 1162/20
1166/24 1219/7
reached [3]   1220/18
1222/4 1222/7
reaching [3]
1149/10 1149/19
1218/12
read [1]   1186/9
readily [1]   1161/1
ready [3]   1168/4
1207/10 1222/16
real [6]   1163/22
1188/21 1199/22
1209/5 1209/6
1214/7
realizes [1]   1155/3
really [3]   1191/24
1200/15 1204/15
reason [7]   1148/2
1148/2 1148/11
1179/3 1196/23
1220/3 1222/1
reasonable [42]
1146/10 1147/10
1147/14 1147/17
1147/20 1147/25
1148/1 1148/6
1148/6 1148/7
1148/14 1148/20
1150/3 1154/3
1154/5 1154/15
1156/20 1158/1
1158/15 1159/5
1159/14 1160/4
1161/15 1162/4
1162/20 1163/16
1164/5 1164/23
1165/22 1166/10
1167/15 1179/1
1179/2 1179/6
1191/6 1192/25
1196/14 1197/4
1198/12 1205/13

1205/14 1217/23
reasonableness [1]
1151/14
reasoning [1]
1173/17
reasons [3]   1160/18
1177/6 1218/18
rebuttal [1]
1202/24
recall [2]   1151/3
1201/21
recalled [1]
1150/10
receive [2]   1146/13
1152/1
received [2]   1167/7
1167/12
receiver [2]   1161/3
1169/25
Recess [1]   1168/11
recognize [1]
1191/24
recognized [2]
1169/18 1197/2
recollection [1]
1150/17 1151/9
recollections [1]
1151/1
record [2]   1168/12
1223/5
recorded [1]
1164/14
recording [1]
1217/24
records [1]   1188/8
recovered [1]
1185/25
reduced [1]   1181/10
refer [4]   1143/2
1144/23 1144/23
1156/6
reference [2]
1146/1 1203/12
references [1]
1142/21
referred [1]
1217/16
refers [2]   1157/13
1164/11
Reffitt [13]
1172/21 1172/23
1193/24 1210/13
1210/14 1212/12
1212/13 1212/16
1212/20 1212/21
1212/22 1212/23
1214/2
reflected [2]
1160/8 1162/23
reflection [1]
1148/8
refuse [1]   1145/10
refusing [1]   1212/2
regained [1]   1175/4
regard [1]   1193/1
regarding [5]
1198/8 1217/9
1219/5 1219/12
1219/24
regardless [1]

1166/20
regards [1]   1200/17
regrets [1]   1190/17
regular [1]   1222/2
reinstate [1]
1168/16
relation [2]   1159/9
1161/24
relationship [1]
1174/18
release [1]   1217/1
relevance [1]
1214/16
relevant [6]   1143/1
1167/13 1212/7
1212/9 1213/10
1215/2
rely [1]   1146/21
remained [3]   1159/6
1159/15 1221/21
remaining [11]
1158/20 1158/24
1159/2 1159/11
1159/19 1159/23
1159/25 1160/3
1160/7 1194/12
1195/7
remains [1]   1147/8
remember [9]
1143/23 1150/25
1171/4 1174/11
1185/20 1188/20
1194/16 1212/12
1221/8
reminded [1]
1219/22
reminding [1]
1142/9
reminiscent [1]
1174/8
render [4]   1216/18
1216/19 1216/20
1217/12
repeat [2]   1144/18
1204/15
repeated [2]   1156/6
1177/9
repeatedly [1]
1173/1
repelled [1]
1215/20
replace [1]   1146/19
replaces [2]
1217/20 1217/21
report [1]   1220/5
Reporter [3]
1141/22 1141/23
1223/3
represent [1]
1217/12
represents [1]
1152/25
reputation [1]
1153/19
require [3]   1147/11
1149/9 1165/13
required [6]
1148/12 1167/8
1179/4 1190/19
1190/19 1191/6

requires [4]
1193/20 1197/4
1198/22 1199/19
research [1]
1221/25
resist [1]   1158/3
resistance [1]
1182/24
resisted [5]
1156/22 1157/4
1158/12 1158/17
1182/9
resisting [3]
1156/9 1156/15
1182/7
resourceful [1]
1174/5
respect [4]   1142/4
1142/5 1167/22
1219/11
respond [1]   1203/23
responded [1]
1180/6
response [1]   1175/5
responsibility [4]
1145/14 1145/25
1152/25 1215/4
rest [3]   1176/10
1205/8 1221/21
restricted [55]
1158/20 1158/24
1159/2 1159/6
1159/11 1159/15
1159/19 1159/23
1159/25 1160/3
1160/10 1160/11
1161/6 1161/9
1161/12 1161/17
1162/1 1162/6
1162/13 1162/19
1163/5 1163/13
1163/18 1163/23
1168/22 1170/12
1183/24 1184/1
1184/15 1186/2
1186/3 1186/25
1187/6 1187/7
1187/18 1194/12
1195/7 1196/6
1196/10 1196/16
1196/21 1197/17
1198/4 1198/13
1198/17 1206/8
1206/8 1206/9
1206/10 1206/15
1209/16 1210/25
1211/2 1211/4
1213/9
restriction [1]
1213/10
restrictions [1]
1206/9
rests [1]   1219/18
result [3]   1181/6
1181/11 1181/12
results [2]   1151/13
1155/10
retire [1]   1221/12
retiring [1]   1221/6
retreated [3]

**R**

retreated... [3]
 1182/20 1182/22
 1183/2
return [2]   1167/19
 1217/13
reveal [1]   1220/15
review [2]   1180/2
 1180/3
reviewing [1]
 1221/7
revisit [1]   1143/22
right [14]   1153/11
 1172/19 1174/4
 1175/15 1176/13
 1176/14 1177/4
 1178/5 1178/13
 1184/20 1189/18
 1195/25 1207/10
 1213/4
rights [5]   1142/11
 1142/15 1197/2
 1216/5 1216/11
riled [1]   1174/21
riling [1]   1211/24
riot [8]   1181/4
 1181/4 1190/12
 1190/17 1199/8
 1199/14 1210/10
 1214/21
rioter [6]   1171/5
 1171/6 1172/21
 1173/24 1185/6
 1190/17
rioter's [1]
 1181/12
rioters [22]
 1168/24 1169/12
 1169/14 1171/11
 1172/17 1173/1
 1174/13 1174/15
 1174/17 1175/8
 1175/9 1175/12
 1175/21 1176/10
 1177/25 1180/20
 1181/24 1211/19
 1211/25 1213/16
 1214/13 1215/16
rioters' [1]
 1180/15
rioting [3]   1192/4
 1192/19 1199/12
riots [1]   1192/3
rising [1]   1215/7
road [2]   1197/22
 1205/2
Robinson [1]   1169/8
ROGER [1]   1141/2
role [2]   1153/7
 1190/7
roll [2]   1197/17
 1200/1
room [10]   1141/24
 1145/3 1146/16
 1170/15 1204/13
 1217/5 1219/2
 1220/25 1221/6
 1222/18
ROOTS [12]   1141/2

 1142/4 1189/9
 1189/11 1201/9
 1201/25 1202/2
 1202/13 1203/12
 1204/21 1205/20
 1213/22
Roots' [1]   1203/24
rounds [3]   1170/14
 1170/16 1207/7
rule [2]   1145/6
 1165/14
ruled [3]   1142/13
 1142/17 1153/5
rules [3]   1144/15
 1144/18 1219/5
rulings [1]   1142/17
run [1]   1222/13
running [4]   1183/11
 1187/24 1189/6
 1211/25
rush [1]   1209/1

**S**

safely [1]   1193/13
Safeway [12]   1181/9
 1181/10 1191/15
 1191/17 1191/18
 1191/21 1191/22
 1191/24 1191/25
 1192/22 1214/22
 1214/23
sales [2]   1181/9
 1181/10
same [23]   1152/7
 1157/23 1160/16
 1163/6 1163/7
 1163/9 1163/10
 1163/23 1163/25
 1164/17 1165/5
 1165/7 1165/9
 1165/15 1166/1
 1166/2 1166/3
 1166/4 1187/16
 1198/10 1206/8
 1209/19 1215/3
SAMUEL [1]   1140/17
sat [1]   1221/16
saw [23]   1148/22
 1148/24 1148/25
 1149/1 1169/23
 1182/22 1191/1
 1194/6 1194/14
 1194/17 1194/21
 1195/12 1195/13
 1196/15 1198/8
 1201/3 1201/20
 1203/15 1209/17
 1209/18 1212/10
 1212/17 1213/12
saying [6]   1171/8
 1177/2 1177/3
 1177/17 1196/9
 1208/20
scaffolding [4]
 1175/1 1175/8
 1177/22 1182/5
scamper [1]   1213/5
scene [7]   1173/21
 1174/8 1178/3
 1182/18 1190/21

 1190/25 1221/18
scientific [2]
 1148/13 1179/5
screaming [4]
 1173/3 1174/21
 1177/13 1189/18
SE [1]   1164/9
seam [1]   1166/5
seat [2]   1221/22
 1221/22
seats [2]   1221/19
 1221/20
second [21]   1142/20
 1142/21 1142/24
 1143/2 1154/18
 1157/2 1159/7
 1159/16 1160/19
 1161/18 1162/6
 1163/19 1164/25
 1165/24 1166/12
 1182/20 1194/18
 1196/8 1201/10
 1203/4 1206/13
seconds [3]   1211/9
 1216/7 1216/8
Secret [8]   1152/4
 1155/23 1160/13
 1160/14 1180/18
 1186/21 1206/11
 1206/12
section [1]   1216/24
security [2]
 1155/22 1206/11
seemed [1]   1199/17
seems [1]   1143/19
sees [1]   1178/13
segment [1]   1202/14
seize [1]   1169/15
select [2]   1219/3
 1219/6
selected [1]
 1221/19
selecting [2]
 1149/13 1219/9
self [1]   1185/12
self-deception [1]
 1185/12
Senate [1]   1176/13
 1184/4 1212/3
 1212/15 1213/4
Senator [1]   1193/12
send [4]   1145/2
 1218/7 1220/8
 1222/7
sending [1]   1218/4
sense [18]   1177/14
 1181/3 1184/13
 1204/9 1206/20
 1206/21 1207/1
 1207/4 1208/16
 1209/9 1209/13
 1209/17 1210/12
 1210/23 1211/13
 1212/11 1214/22
 1221/3
sentence [2]
 1143/24 1219/18
separate [3]
 1167/17 1167/19
 1205/7

separately [1]
 1167/19
Sergeant [12]
 1156/24 1156/24
 1158/5 1158/6
 1169/7 1169/7
 1173/23 1185/4
 1185/4 1185/8
 1185/10 1188/19
serious [3]   1160/21
 1160/23 1194/24
seriously [1]
 1213/15
served [1]   1147/20
service [10]   1152/5
 1155/23 1160/13
 1160/14 1180/18
 1186/21 1192/10
 1206/11 1206/12
 1222/6
services [1]
 1193/11
session [3]   1140/8
 1165/2 1212/4
set [5]   1168/4
 1168/5 1168/10
 1189/10 1199/17
sets [1]   1206/11
seven [3]   1164/19
 1166/5 1198/19
shadow [1]   1207/16
SHALIN [1]   1140/20
Shauni [2]   1156/23
 1158/5
sheer [1]   1179/20
Sherman [2]   1156/25
 1158/7
shield [1]   1174/7
shifts [1]   1147/11
shone [1]   1208/11
shoot [1]   1208/23
short [1]   1212/16
shoved [1]   1179/21
show [9]   1158/11
 1179/8 1190/3
 1194/13 1195/11
 1198/7 1199/1
 1199/3 1200/11
showed [7]   1142/23
 1171/4 1189/24
 1190/4 1190/6
 1209/3 1211/6
shown [6]   1151/20
 1211/7 1211/16
 1211/17 1211/18
 1211/18
shows [3]   1143/17
 1213/24 1216/1
side [9]   1149/21
 1149/25 1151/21
 1152/21 1177/17
 1189/3 1203/5
 1207/21 1213/13
Sidebar [1]   1201/11
sideline [1]   1209/2
sidelined [2]
 1176/9 1207/15
siege [3]   1168/18
 1193/9 1193/15
sign [2]   1222/8

**S**

sign... [1]   1222/10
signage [2]   1195/22
 1198/7
signals [1]   1210/11
signed [2]   1220/9
 1220/11
significance [2]
 1169/18 1172/4
signs [9]   1184/7
 1184/10 1184/11
 1184/19 1196/9
 1196/12 1196/15
 1209/14 1210/2
silencer [1]   1161/4
simply [6]   1159/10
 1159/23 1160/3
 1205/15 1206/23
 1209/16
single [9]   1166/20
 1170/7 1184/19
 1189/16 1191/14
 1191/22 1196/25
 1201/6 1215/2
sit [1]   1221/17
situation [1]
 1195/2
situations [2]
 1199/9 1199/12
six [12]   1164/2
 1165/6 1165/8
 1166/2 1166/3
 1178/11 1187/8
 1198/5 1198/18
 1220/20 1220/20
 1221/22
sleep [1]   1149/1
slide [1]   1143/15
slides [2]   1143/9
 1143/14
slightest [1]
 1191/4
slowly [1]   1178/10
smaller [1]   1149/24
snippets [1]
 1218/17
snow [9]   1148/22
 1148/24 1149/1
 1149/1 1171/10
 1184/6 1184/18
 1209/22 1210/2
snowed [1]   1149/3
sole [2]   1145/13
 1150/5
solely [2]   1145/20
 1219/19
somebody [4]
 1144/10 1194/16
 1206/12 1211/22
somehow [3]   1184/16
 1184/17 1209/5
someone [6]   1157/20
 1184/8 1194/17
 1203/12 1215/11
 1216/4
someone's [2]
 1167/1 1167/4
sometimes [1]
 1152/21

somewhere [1]
 1196/1
soon [2]   1215/17
 1215/18
Sorrell [2]   1157/1
 1158/7
sorry [1]   1202/21
sort [3]   1190/11
 1203/14 1205/17
speak [2]   1166/25
 1219/12
specific [7]
 1144/16 1144/17
 1154/8 1165/14
 1183/18 1201/18
 1219/5
specifically [2]
 1184/25 1190/3
speculate [1]
 1153/4
speculation [2]
 1148/10 1179/3
spend [2]   1206/20
 1209/8
spent [1]   1204/25
spoke [1]   1188/12
spokesperson [1]
 1219/4
spray [6]   1172/6
 1173/23 1176/8
 1185/5 1185/11
 1209/2
sprayed [2]   1179/22
 1212/19
spraying [1]
 1210/10
squares [1]   1177/9
staffers [1]   1169/4
stage [1]   1174/12
stain [1]   1169/1
staircase [3]
 1143/19 1184/20
 1193/24
stairs [6]   1182/15
 1207/15 1212/14
 1213/2 1213/7
 1215/20
stairwell [41]
 1143/14 1143/17
 1171/12 1171/14
 1171/15 1171/16
 1171/21 1172/3
 1172/6 1172/7
 1172/17 1172/18
 1172/20 1172/22
 1172/24 1173/7
 1173/9 1173/14
 1173/16 1173/17
 1175/22 1176/6
 1177/10 1181/23
 1181/24 1182/12
 1183/6 1183/20
 1184/10 1184/17
 1184/21 1185/1
 1185/5 1185/11
 1185/18 1185/25
 1186/17 1187/2
 1187/2 1187/10
 1189/6
stakes [1]   1169/17

stand [6]   1150/14
 1197/11 1200/13
 1200/14 1221/2
 1222/12
standing [1]
 1176/24
start [8]   1144/15
 1156/13 1178/24
 1179/7 1179/13
 1180/8 1180/12
 1217/1
started [2]   1169/9
 1173/2
starter [1]   1160/25
starting [2]   1211/9
 1213/12
state [8]   1155/13
 1155/14 1167/16
 1188/4 1198/17
 1200/25 1202/6
 1202/7
statement [6]
 1152/13 1152/13
 1152/15 1152/18
 1152/20 1167/5
statements [1]
 1146/23
STATES [30]   1140/1
 1140/3 1140/11
 1152/3 1152/4
 1155/18 1155/19
 1155/20 1155/23
 1156/1 1156/2
 1156/3 1156/10
 1156/16 1157/1
 1157/6 1157/10
 1158/8 1160/15
 1164/6 1164/8
 1164/9 1164/11
 1164/25 1165/5
 1165/18 1165/24
 1166/1 1189/15
 1215/1
Station [1]   1140/15
statute [1]   1190/12
statutes [1]
 1199/18
stay [2]   1169/16
 1222/22
steamroll [1]
 1183/1
Stephen [2]   1156/25
 1158/7
steps [25]   1174/3
 1174/8 1174/20
 1174/25 1175/4
 1175/12 1175/18
 1176/2 1176/20
 1177/11 1178/4
 1182/24 1183/1
 1183/2 1183/12
 1187/4 1187/25
 1189/7 1209/1
 1210/4 1210/5
 1210/5 1210/12
 1211/25 1214/2
still [12]   1178/7
 1178/12 1182/25
 1184/21 1185/7
 1185/10 1206/3

1206/6 1207/23
 1208/12 1208/13
 1214/11
stipulated [1]
 1146/8
stood [1]   1176/23
stop [10]   1171/1
 1173/4 1173/6
 1175/24 1177/20
 1184/23 1185/10
 1199/22 1212/18
 1216/5
stopped [1]   1175/22
StopTheSteal [1]
 1170/24
stores [4]   1191/21
 1191/23 1214/22
 1214/23
stormed [1]   1176/19
storming [1]   1174/9
story [2]   1171/15
 1177/10
straight [1]   1217/5
Street [6]   1140/18
 1140/21 1141/3
 1164/9 1164/16
 1164/16
Streeter [1]
 1181/10
Streeter's [1]
 1181/1
stretch [1]   1189/10
stretcher [1]
 1202/19
stricken [2]   1153/6
 1153/9
strong [1]   1221/1
structure [2]
 1168/1 1221/11
structuring [1]
 1217/10
stuff [3]   1189/23
 1189/25 1190/1
submit [2]   1200/20
 1209/9
submitted [1]
 1222/21
subsequently [1]
 1202/11
suffered [1]   1201/3
suffering [1]
 1203/14
sufficient [3]
 1157/18 1182/11
 1205/12
suggest [2]   1200/7
 1217/19
suggesting [1]
 1143/16
suggestion [1]
 1142/14
Suite [2]   1140/18
 1141/4
sum [1]   1214/19
Sumrall [9]   1195/13
 1195/15 1195/18
 1195/20 1196/4
 1196/17 1199/16
 1209/18 1209/19
Sumrall's [2]

**S**

Sumrall's... [2]
 1190/23 1198/10
supported [1]
 1151/18
supposed [4]
 1184/15 1185/3
 1185/13 1211/6
sure [3]   1178/25
 1203/18 1222/16
surrounding [2]
 1150/23 1167/4
Surveyor [1]
 1164/12
suspect [1]   1168/6
sustain [1]   1142/18
sustained [3]
 1142/21 1153/2
 1153/8
sworn [1]   1146/6
symbiotic [1]
 1174/18
sympathy [1]
 1145/18
synonymous [1]
 1142/10

**T**

talk [5]   1144/15
 1206/19 1206/21
 1211/14 1216/17
talked [2]   1178/24
 1222/10
talking [5]   1202/16
 1202/17 1209/8
 1213/22 1215/11
tap [1]   1178/14
task [1]   1219/7
team [2]   1172/2
 1173/1
tear [1]   1194/1
tearing [2]   1170/17
 1174/22
telling [6]   1150/18
 1184/23 1196/5
 1196/18 1213/14
 1213/14
tells [1]   1177/17
temporarily [3]
 1160/13 1176/9
 1215/22
tent [1]   1174/22
term [24]   1155/12
 1155/16 1155/21
 1155/24 1156/3
 1157/19 1160/10
 1160/13 1160/16
 1163/5 1163/6
 1163/8 1163/10
 1163/20 1163/23
 1163/24 1164/8
 1164/16 1165/5
 1165/7 1165/8
 1165/15 1166/1
 1166/20
terms [2]   1155/3
 1158/3
terrace [15]
 1171/12 1171/18

 1171/23 1172/13
 1175/19 1175/19
 1176/3 1176/7
 1176/11 1176/20
 1182/2 1182/5
 1187/11 1207/20
 1208/1
terrorist [1]
 1188/17
terrorists [2]
 1177/3 1189/3
testified [14]
 1148/23 1150/5
 1150/9 1150/11
 1150/20 1182/17
 1191/5 1191/11
 1195/13 1195/19
 1196/4 1196/17
 1199/16 1200/23
testify [2]   1142/24
 1153/11
testifying [2]
 1149/21 1150/15
testimony [44]
 1142/7 1142/10
 1142/12 1146/6
 1146/8 1148/18
 1148/23 1149/2
 1149/24 1149/25
 1150/4 1151/4
 1151/5 1151/6
 1151/16 1151/23
 1151/25 1152/2
 1152/5 1152/8
 1152/10 1152/14
 1152/17 1153/11
 1153/13 1153/15
 1153/16 1153/18
 1173/10 1179/18
 1180/10 1181/1
 1198/10 1199/23
 1202/3 1202/4
 1202/15 1203/3
 1204/11 1207/2
 1207/2 1212/13
 1212/19 1213/6
thanks [1]   1212/4
theory [1]   1143/25
thinking [1]   1167/3
third [10]   1154/22
 1157/2 1159/8
 1161/20 1162/8
 1164/16 1165/3
 1166/14 1190/7
 1206/18
thought [6]   1173/13
 1195/18 1200/4
 1204/19 1205/21
 1216/4
thoughtful [1]
 1148/8
thousands [8]
 1168/24 1170/23
 1175/7 1176/2
 1176/5 1176/5
 1189/21 1192/12
threat [4]   1157/14
 1157/20 1215/21
 1215/23
threaten [1]   1158/2

threatened [3]
 1157/16 1157/22
 1157/24
three [17]   1154/14
 1155/9 1157/14
 1158/19 1163/6
 1163/9 1163/11
 1163/24 1179/9
 1179/16 1183/23
 1190/13 1190/16
 1190/18 1194/12
 1195/7 1196/19
threw [1]   1207/25
throat [1]   1208/6
throughout [4]
 1144/20 1147/9
 1147/11 1219/22
throwing [4]
 1177/22 1179/23
 1182/3 1211/20
throws [1]   1178/1
times [9]   1172/9
 1175/21 1190/6
 1192/5 1195/11
 1199/11 1208/23
 1211/7 1215/25
timing [1]   1215/5
today [2]   1204/20
 1211/7
together [2]
 1204/22 1204/22
told [22]   1144/18
 1169/8 1169/9
 1169/10 1170/4
 1170/9 1171/16
 1173/3 1173/22
 1176/12 1180/12
 1180/17 1184/2
 1184/5 1184/7
 1184/7 1184/11
 1185/21 1196/16
 1204/7 1209/16
 1212/21
tomorrow [2]   1217/4
 1219/2
took [7]   1169/19
 1197/23 1197/24
 1200/13 1200/14
 1213/15 1216/18
top [11]   1173/3
 1177/13 1181/24
 1183/4 1186/18
 1197/11 1210/8
 1210/11 1213/2
 1214/4 1215/19
tossed [1]   1200/25
totally [5]   1192/24
 1193/22 1196/14
 1197/7 1198/6
touch [1]   1207/17
tow [1]   1190/1
toward [2]   1150/21
 1169/19
towards [3]   1176/11
 1178/7 1216/25
tradition [1]
 1169/2
trained [2]   1173/12
 1173/17
traitors [1]

 1213/14
transaction [1]
 1151/7
transcript [2]
 1140/10 1223/4
transfer [2]   1169/2
 1216/6
transition [1]
 1210/21
transports [1]
 1184/17
trauma [1]   1193/8
traumatic [2]
 1193/14 1201/4
travel [1]   1155/12
treasonous [2]
 1177/1 1212/2
treatment [1]
 1170/5
trial [25]   1140/10
 1144/20 1145/6
 1145/15 1145/22
 1146/5 1146/14
 1146/18 1147/9
 1147/11 1152/14
 1152/17 1153/2
 1167/12 1169/6
 1189/18 1202/9
 1203/13 1204/3
 1204/11 1208/21
 1216/25 1218/14
 1219/22 1221/16
tried [3]   1173/1
 1210/18 1212/23
truck [2]   1190/1
 1191/12
trucks [1]   1191/13
true [8]   1147/22
 1147/22 1151/17
 1152/20 1216/18
 1216/19 1216/21
 1223/4
Trump [2]   1190/2
 1190/2
trustworthiness [1]
 1153/20
truth [4]   1147/23
 1150/18 1151/24
 1200/9
truthful [1]
 1150/15
truthfully [1]
 1150/9
try [3]   1210/17
 1220/10 1222/22
trying [6]   1182/4
 1182/15 1208/13
 1209/10 1212/14
 1216/3
turn [3]   1173/14
 1174/25 1213/17
turned [3]   1173/16
 1181/4 1207/23
two [21]   1148/15
 1151/6 1156/8
 1159/14 1160/18
 1163/16 1168/4
 1168/5 1182/8
 1193/3 1193/19
 1193/19 1195/6

**T**

two... [8]   1195/6
  1196/13 1201/12
  1201/14 1202/24
  1218/1 1221/19
  1222/3
two miles [1]
  1196/13
type [1]   1199/12
typed [1]   1143/15
types [1]   1148/15
typos [1]   1144/4

**U**

U.S [15]   1140/14
  1141/23 1158/10
  1169/13 1176/23
  1180/3 1180/5
  1180/13 1180/14
  1180/18 1183/14
  1186/20 1188/24
  1190/3 1198/14
ultimate [1]   1209/6
ultimately [1]
  1196/8
unanimous [2]
  1217/15 1220/18
unanimously [1]
  1205/16
uncommon [1]   1151/9
under [9]   1151/2
  1155/17 1163/1
  1186/11 1193/9
  1193/15 1195/6
  1208/7 1220/15
underneath [1]
  1205/19
understood [1]
  1172/4
undue [1]   1200/8
unfold [1]   1191/3
unfortunately [2]
  1172/14 1202/14
unimportant [1]
  1151/12
unique [4]   1191/8
  1191/9 1192/3
  1192/5
UNITED [30]   1140/1
  1140/3 1140/11
  1152/2 1152/4
  1155/17 1155/19
  1155/19 1155/23
  1156/1 1156/1
  1156/3 1156/10
  1156/16 1157/1
  1157/6 1157/10
  1158/8 1160/15
  1164/6 1164/8
  1164/9 1164/10
  1164/25 1165/5
  1165/18 1165/23
  1166/1 1189/15
  1214/25
unlawful [3]   1164/2
  1198/5 1199/9
unlawfully [2]
  1168/21 1168/22
unless [1]   1147/9

unlike [1]   1198/24
unlikely [1]
  1153/21
unnecessarily [2]
  1163/3 1186/12
unnecessary [1]
  1192/18
unprotected [1]
  1213/17
unreasonableness [1]
  1151/15
unreasonably [3]
  1163/1 1186/10
  1186/15
unspecified [1]
  1157/17
up [81]   1143/18
  1167/11 1168/4
  1168/5 1168/10
  1171/21 1172/7
  1172/13 1172/23
  1172/24 1173/8
  1173/13 1174/7
  1174/8 1174/20
  1174/21 1175/12
  1175/18 1176/1
  1176/6 1177/8
  1177/11 1182/18
  1182/23 1182/23
  1183/1 1183/2
  1183/8 1183/11
  1183/11 1183/19
  1185/8 1185/18
  1186/17 1186/17
  1187/2 1187/25
  1189/6 1189/10
  1190/3 1190/4
  1190/9 1194/8
  1195/3 1195/10
  1199/17 1203/23
  1206/11 1207/15
  1209/11 1210/4
  1210/5 1210/5
  1210/5 1210/7
  1211/8 1211/16
  1211/17 1211/18
  1211/18 1211/24
  1211/25 1212/13
  1212/17 1212/17
  1212/19 1212/24
  1212/25 1213/6
  1213/20 1214/2
  1214/3 1214/4
  1214/7 1214/9
  1214/10 1215/9
  1215/17 1219/6
  1219/12 1221/11
upon [5]   1157/20
  1213/8 1219/23
  1220/25 1221/6
upper [11]   1171/23
  1172/13 1175/19
  1175/19 1176/2
  1176/7 1176/11
  1176/20 1182/2
  1187/11 1207/20
USAO [2]   1140/18
  1140/21
USAO-DC [1]   1140/21
use [13]   1146/16

1146/22 1152/7
1157/16 1157/16
1157/17 1157/22
1171/13 1181/3
1207/4 1212/10
1217/6 1217/17
used [17]   1157/15
  1157/22 1160/22
  1160/24 1161/22
  1173/23 1174/7
  1174/16 1183/7
  1183/25 1185/23
  1186/6 1186/22
  1190/1 1193/21
  1203/19 1216/19
useful [3]   1220/25
  1221/6 1221/8
using [3]   1173/5
  1174/20 1185/5
utterly [7]   1192/24
  1193/22 1195/11
  1196/14 1197/7
  1198/6 1199/3

**V**

valid [1]   1142/25
variety [1]   1218/18
vast [1]   1199/12
vastly [2]   1211/15
  1211/15
verbal [3]   1173/2
  1184/22 1185/9
verbs [1]   1182/9
verdict [32]
  1145/25 1149/11
  1149/16 1149/17
  1149/19 1160/5
  1160/8 1162/20
  1162/24 1167/19
  1167/22 1216/18
  1216/19 1216/21
  1216/21 1217/12
  1217/14 1217/14
  1217/16 1217/19
  1217/24 1218/12
  1219/8 1219/19
  1220/18 1221/2
  1222/4 1222/7
  1222/9 1222/10
  1222/14 1222/24
verdicts [1]
  1217/15
via [1]   1147/2
vice [12]   1160/14
  1169/15 1180/19
  1180/21 1184/3
  1186/22 1193/6
  1193/12 1206/10
  1210/20 1210/20
  1214/25
victim [1]   1158/15
video [36]   1171/4
  1171/4 1174/10
  1174/23 1175/13
  1175/17 1176/4
  1177/15 1178/2
  1182/22 1190/20
  1190/20 1190/23
  1190/24 1194/15
  1197/18 1199/5

1199/6 1200/2
1201/23 1202/6
1202/7 1203/15
1209/17 1209/18
1209/21 1210/1
1210/1 1210/1
1210/15 1211/6
1212/17 1213/1
1213/19 1214/6
1216/9
videos [5]   1192/4
  1194/13 1204/13
  1215/24 1218/17
view [2]   1201/25
  1219/12
violating [2]
  1165/15 1199/4
violation [7]
  1154/13 1156/12
  1158/22 1163/14
  1164/20 1165/19
  1166/7
violence [15]
  1155/9 1163/13
  1163/17 1163/20
  1165/18 1165/23
  1166/3 1179/16
  1186/25 1187/21
  1187/24 1190/14
  1190/15 1197/16
  1198/4
violent [3]   1179/20
  1181/5 1199/9
Virginia [4]
  1176/23 1193/16
  1206/2 1211/17
visiting [1]
  1160/13
voice [8]   1142/8
  1142/10 1170/25
  1170/25 1189/21
  1197/12 1213/25
  1221/1
voluntarily [2]
  1157/3 1166/13
voluntary [1]
  1183/9
vote [4]   1155/21
  1216/13 1220/21
  1221/6
voting [2]   1210/19
  1220/16

**W**

wait [1]   1189/10
waiting [2]   1143/12
  1174/13
wake [1]   1176/2
walk [1]   1215/9
walked [2]   1193/12
  1207/12
walkway [4]   1207/14
  1209/24 1211/21
  1212/5
wall [3]   1184/6
  1184/11 1201/3
walls [2]   1171/19
  1189/19
Walnut [1]   1140/18
wants [5]   1211/20

# W

wants... **[4]**
  1211/21 1212/4
  1212/11 1215/11
war **[2]**   1168/17
  1214/8
warnings **[2]**   1173/2
  1209/15
Washington **[7]**
  1140/5 1140/16
  1140/22 1141/25
  1164/10 1189/20
  1192/6
watching **[2]**
  1174/13 1175/13
water **[3]**   1200/23
  1200/25 1207/25
way **[25]**   1142/12
  1147/3 1154/23
  1167/2 1168/23
  1171/11 1173/8
  1173/13 1174/8
  1175/2 1176/1
  1176/24 1176/24
  1177/11 1178/5
  1178/10 1180/9
  1180/23 1184/10
  1189/5 1197/25
  1205/17 1212/13
  1219/17 1221/8
ways **[1]**   1200/20
weapon **[22]**   1158/21
  1159/3 1159/9
  1159/13 1159/20
  1160/1 1160/6
  1160/17 1160/18
  1160/20 1160/25
  1161/3 1161/7
  1161/13 1161/13
  1161/23 1162/3
  1162/14 1162/21
  1163/8 1164/7
  1166/20
wearing **[1]**   1208/7
wears **[1]**   1197/1
week **[3]**   1203/25
  1204/3 1204/10
weighing **[2]**
  1151/10 1154/2
weight **[9]**   1145/15
  1146/12 1149/6
  1149/8 1149/20
  1151/25 1152/9
  1153/16 1153/25
welcome **[3]**   1142/3
  1144/12 1185/22
weren't **[2]**   1180/4
  1188/16
west **[15]**   1164/15
  1171/12 1171/18
  1171/23 1172/13
  1175/19 1176/2
  1176/7 1176/11
  1176/20 1182/2
  1187/11 1207/20
  1208/1 1208/1
what's **[4]**   1201/25
  1204/17 1206/22
  1208/19

whatnot **[1]**   1196/10
whatsoever **[1]**
  1201/21
who's **[3]**   1144/6
  1200/16 1211/15
whole **[4]**   1144/25
  1145/9 1214/3
  1220/17
wholly **[1]**   1155/15
whose **[1]**   1206/12
wide **[1]**   1172/7
willful **[1]**   1185/12
willfully **[7]**
  1165/4 1165/11
  1165/13 1165/25
  1166/4 1187/22
  1200/11
willfulness **[3]**
  1198/23 1198/23
  1199/19
window **[3]**   1148/22
  1148/25 1213/4
windows **[1]**   1171/25
wing **[2]**   1212/15
  1213/4
wish **[2]**   1144/22
  1146/17
wished **[1]**   1200/24
within **[12]**   1155/15
  1166/12 1166/24
  1184/2 1187/7
  1187/17 1187/18
  1188/2 1188/5
  1188/6 1198/20
  1211/4
without **[11]**
  1145/18 1154/6
  1159/7 1159/16
  1166/6 1183/24
  1184/10 1188/1
  1189/17 1209/1
  1209/2
witness **[30]**
  1148/17 1150/6
  1150/7 1150/8
  1150/9 1150/12
  1150/14 1150/14
  1150/15 1150/16
  1150/17 1150/18
  1150/20 1151/2
  1151/5 1151/16
  1151/17 1151/20
  1151/23 1151/24
  1151/25 1152/8
  1152/10 1152/15
  1152/19 1153/5
  1153/15 1196/2
  1207/3 1207/3
witness' **[6]**
  1148/18 1150/8
  1150/14 1150/22
  1150/25 1152/16
witnesses **[16]**
  1145/17 1146/6
  1149/21 1149/23
  1149/24 1150/1
  1150/4 1150/6
  1151/5 1152/12
  1191/11 1192/9
  1196/3 1200/13

  1204/11 1208/17
witnessing **[1]**
  1151/7
women **[2]**   1169/3
  1169/6
won **[2]**   1169/12
  1189/18
wood **[2]**   1194/7
  1195/3
wooden **[4]**   1174/6
  1182/19 1212/1
  1215/10
Woodland **[1]**   1141/4
words **[9]**   1143/14
  1168/18 1171/6
  1173/11 1175/3
  1177/14 1189/1
  1199/19 1217/15
wore **[1]**   1170/6
worth **[1]**   1211/15
wrap **[2]**   1203/23
  1213/20
writing **[3]**   1142/17
  1220/14 1220/19
written **[2]**   1203/1
  1203/7
wrong **[1]**   1211/10
wrongdoing **[1]**
  1215/7

# Y

Y'all **[4]**   1168/17
  1176/25 1177/3
  1189/2
years **[1]**   1200/20
yell **[1]**   1216/11
yelled **[1]**   1197/12
yelling **[6]**   1169/20
  1174/15 1207/25
  1211/20 1212/1
  1213/14
yesterday **[2]**
  1215/17 1215/19

# Z

zero **[1]**   1214/19
zone **[3]**   1196/11
  1196/16 1198/13