# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.:  21-CR-26 (CRC) |
| | : | |
| **CHRISTOPHER ALBERTS,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Samuel S. Dalke, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    */s/ Samuel S. Dalke*
        SAMUEL S. DALKE
        Assistant United States Attorney - Detailee
        Pennsylvania Bar No. 311803
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (717) 221-4453
        Email: samuel.s.dalke@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 16th day of June, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                By:    /s/ *Samuel S. Dalke*
                                                            SAMUEL S. DALKE
                                                            Assistant United States Attorney