UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| *Complainant* | : | |
| | : | |
| **v.** | : | **Criminal Case No.** |
| | : | |
| **CHRISTOPHER MICHAEL ALBERTS,** | : | **1:21-cr-0026 (CRC)** |
| | : | |
| *Defendant* | : | |
| | : | |

_____

### DEFENDANT CHRISTOPHER ALBERTS' MOTION FOR CONTINUANCE OF SENTENCING HEARING FOR MEDICAL REASONS

Defendant CHRISTOPHER ALBERTS, by and through the undersigned counsel, hereby files this Motion requesting a continuance of the scheduled sentencing hearing, which is presently scheduled for July 19, 2023, at 10:00 AM in Courtroom 27A for an in person hearing. The Sentencing Memorandum is currently due on July 12, 2023.

Alberts reports through counsel to needing medical procedures that would conflict with traveling to and appearing in court on July 19, 2023. Alberts is scheduled to report to his neurologist on July 21, 2023.

Counsel has received some medical documentation which he will file contemporaneously under seal. Counsel has also requested and hopes to receive and submit privately imminently, additional documentation and confirmation of the medical appointment(s). In the meantime, Alberts has become noticeably harder to reach and communicate with after the trial which counsel assumes to be related to Alberts' medical difficulties.

Therefore, counsel also requests a delay of one week until July 19, 2023, for the deadline for filing Defendant's and Government's Sentencing Memoranda to ensure that counsel will likely be able to consult with the Defendant on the content of the Sentencing Memorandum in that time.

## CONCLUSION

ACCORDINGLY, for all the reasons described above, Alberts respectfully moves for rescheduling of the in-person sentencing hearing. Counsel will submit medical documentation under seal as soon as received from the Defendant. Defendant by counsel also moves for a one-week extension until July 12, 2023, to submit a Sentencing Memorandum.

Dated:  July 10, 2023                                   RESPECTFULLY SUBMITTED

                                                        **CHRISTOPHER MICHAEL ALBERTS**
                                                             *By Counsel*

                                                        */s/ John M. Pierce*

                                                        John M. Pierce, Esq.
                                                        John Pierce Law Firm
                                                        21550 Oxnard Street
                                                        3rd Floor, PMB #172
                                                        Woodland Hills, CA 91367
                                                        Tel: (213) 400-0725
                                                        Email: *jpierce@johnpiercelaw.com*

### CERTIFICATE OF SERVICE

I hereby certify that this document is being filed on this July 10, 2023, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to the following CM/ECF participants.

                              _____/s/_____

                                  John M. Pierce, Esq.