United States of America v. Christopher Alberts

**UNDER SEAL**

Good Morning and thank you your honor for allowing me to speak at this hearing. My name is Stephen Sherman, and I'm an officer with the United States Capitol Police. Mr. Alberts and I met on January 6, 2021 at approximately 1400 hours when we squared up against each other on the Northwest staircase of the US Capitol. I was protecting the Capitol from a mob of rioters trying to fight past officers by any means possible and gain entry into the building. I was on the staircase forming a police line in a defensive posture. I did not have any offensive weapons un-holstered and held only a riot shield while I gave the defendant multiple lawful orders to stop what he was doing.

At that moment the defendant was at the highest point on the staircase. He was the rioter closest to the top of the steps where a direct path to the US Capitol windows and doors stood unprotected. When I gave the defendant lawful orders to stop, he could have come to his senses and realized that the crimes he had already committed to reach that point were enough, and he could have turned around. Others in the riot may have even followed him. But instead he decided to pick up a wooden pallet used for the inauguration stage and ram it directly into me. This forceful impact made it impossible for me to deal with both him and another rioter who was reaching over top and grabbing my riot shield from my hands. Mr. Alberts was pushing hard against me while the other rioter was pulling me down the staircase by my shield. This push/pull force on my body while trying to keep my balance on a tall marble staircase caused an extremely dangerous situation. I was forced to give up my shield and retreat back up the stairs to a safe space in order to take out my ASP baton and return to the fight against the defendant and the other rioters. While engaging with Mr. Alberts, a third rioter sprayed me with an unknown chemical agent forcing me to rapidly retreat all the way to the top of the staircase where I received medical assistance from other officers. This assault with the chemical agent was a direct causation of having to fight with Mr. Alberts down the staircase and away from my back up officers. The pain and suffering from this spray was traumatic due to it being the second time I was sprayed that day, and I was already at a diminished capacity to absorb such pain and trauma. I instantly knew that the damage done by the spray would cause me to not be able to breathe normally or see without unbearable, torturous pain for quite some time.

While fighting against the defendant, for my life, on those steps I felt as though someone in the crowd was going to take out a firearm and start assassinating myself and other fellow officers. After seeing and feeling the anger and rage in the defendant that day, it is no surprise that he came armed and ready to turn my fears (and the fears of other officers) into a reality. The rage in the defendant and the helpless feeling of possible imminent death, are emotions I will live with for the rest of my life.

I was forced into the Capitol building after fighting with the defendant to further decontaminate from being sprayed. While starting to partially recover a call came over the radio that the rioters had gained entry into the Capitol. At that point, myself and maybe a few dozen other injured

officers were forced to gather everything we could and retreat to a small health unit in the Capitol Visitor Center where the same feeling of imminent death fell upon me. I looked around at myself and other officers to try and count the amount of rounds of ammo we had on us because I felt there was about to be a shootout and we probably weren't going to survive. By the defendant using the wooden pallet against myself and other officers, and paving the road for other rioters to gain access to the building, I hold him very much responsible for these emotions and feelings.

After barricading ourselves inside that health unit inside the Capitol it became immediately apparent that if we stayed there, there was a good chance we could die. So, we decided to use the tunnels to traverse over to the Rayburn health unit. The emotional anguish, and pain and suffering, caused by Mr. Alberts actions against myself and other officers that day only got worse when I could not get in touch with my wife, who is a fellow US Capitol Police officer and was assigned to the Civil Disobedience Unit that day. I knew her assignment would land her in the middle of the fight and when I could not reach her over the phone a helpless feeling that she was seriously injured or dead fell upon me. Priority call after priority call were coming out that officers were down and I could not help but think that my wife was possibly dead. I couldn't get to her that day and help her. She was stuck in the lower west terrace tunnel (the infamous tunnel that has been well covered) with her head being bent backwards against a cement wall for hours while she fought harder than maybe anyone that day to protect the Capitol. She suffered that day, both physically and emotionally, and my inability to help her was directly due to the felonious acts carried out by Mr. Alberts.

To you Mr. Alberts, I say that when we first met and before you ever physically assaulted me, you had every opportunity to turn around and walk away. You had multiple opportunities to come to your senses and leave. But instead you made a conscious decision to pick up that wooden pallet and use it as a battering weapon against me. You created a dangerous situation where you left myself and other officers in serious risk of serious bodily harm or death by violently ramming us while we were in a very precarious position on steep marble steps. You came to the US Capitol that day armed with a gun and extra ammunition. You had on body armor with metal plates. You came to the Capitol that day to start a war and you in fact turned that staircase into a warzone. You used that wooden pallet as a dangerous weapon in a manner that could only be envisioned in a medieval battle. You ascended those hallowed steps faster than almost any other rioter that day and bulldozed your way to the top. You paved the way for everyone else to follow. You were a leader that day. You led the mob to the top where they had little resistance to the US Capitol, Members of Congress and their staff. There were many bad actors that day and you were among the worst. Your actions that day set in motion a lot of the devastation that was carried out. Your actions directly and indirectly caused physical and emotional injuries against myself and other officers that we will carry with us for the rest of our lives.

There is a common thread of emotions amongst many officers who were defending the Capitol on January 6, 2021 which is that we all thought we were going to die. Mr. Alberts directly contributed to these fears and anguish.

For weeks following the attack on the Capitol, I had a hard time going back home and not feeling as though I had been doxed and that the rioters were going to show up at my house and finish off both me and my wife.  Mr. Alberts directly caused this mental anguish.

For everything mentioned here today I strongly believe Mr. Alberts deserves every year possible on his sentence.  Thank you your honor.