# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. __1:22-CR-00026__
)
__CHRISTOPHER ALBERT__ )

## NOTICE OF APPEAL

Name and address of appellant:   CHRISTOPHER ALBERT
8980 Green Cove Drive
Polo, Missouri 64671

Name and address of appellant's attorney:   John M. Pierce
JOHN PIERCE LAW
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
213-400-0725     Email: jpierce@johnpiercelaw.com

Offense:  9 Counts: 18 USC 231(a),111(a) ; 1752(a)(1); 1752(a)(2); 1752(a)(4); 40 USC 5104....

Concise statement of judgment or order, giving date, and any sentence:

Conviction on April 19, 2023, from trial April 11 through 19, 2023 and sentencing on July 19, 2023 (by Minute Order, no formal Judgment appearing on record); denial of Rule 29 Motion

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____     _____
DATE                                              APPELLANT

                                                        _____
                                                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [ ]
PAID USDC FEE  [✓]
PAID USCA FEE  [✓]

Does counsel wish to appear on appeal?                           YES [✓]     NO [ ]
Has counsel ordered transcripts?                                      YES [✓]     NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]     NO [ ]