# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 1:21-CR-26(CRC)
)
CHRISTOPHER ALBERTS )

## NOTICE OF APPEAL

Name and address of appellant:   CHRISTOPHER ALBERTS
4706 Fawn Grove Rd
Pylesville, MD, 21132

Name and address of appellant's attorney:   John M. Pierce
JOHN PIERCE LAW
21550 Oxnard Street, 3rd Floor, PMB #172
Woodland Hills, CA 91367
213-400-0725
Email: jpierce@johnpiercelaw.com

Offense:   9 Counts: 18 USC 231(a),111(a) ; 1752(a)(1); 1752(a)(2); 1752(a)(4); 40 USC 5104....

Concise statement of judgment or order, giving date, and any sentence:

Conviction on April 19, 2023, from trial April 11 through 19, 2023 and sentencing on July 19, 2023 (by Minute Order, no formal Judgment appearing on record); denial of Rule 29 Motion

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Aug 6, 2023
DATE

*Christopher alberts (Aug 6, 2023 10:01 EDT)*
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☑
PAID USCA FEE ☑

Does counsel wish to appear on appeal?     YES ☐     NO ☐
Has counsel ordered transcripts?            YES ☑     NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐    NO ☐