UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-26 (CRC) |
| : | |
| CHRISTOPHER MICHAEL ALBERTS, : | |
| : | |
| Defendant. : | |

### DEFENDANT'S MOTION FOR ORDER TO UNDERGO MENTAL HEALTH EVALUATION

COMES NOW, the Defendant, Christopher Michael Alberts ("Alberts"), by and through undersigned counsel, to respectfully request an order of the Court to undergo a mental health evaluation prior to reporting for his sentence on September 12th 2023. Counsel has conferred with Pretrial Services and they stated they join this request.

Dated: August 18, 2023

Respectfully Submitted,

/s/ Roger I. Roots
Roger I. Roots
John Pierce Law, P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
rroots@johnpiercelaw.com
(213) 279-7648

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

      I hereby certify that, on August 18, 2023, this reply was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

                                                                   /s/ *Roger I. Roots*
                                                                   Roger I. Roots