# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 23-3128**                                            **September Term, 2024**

1:21-cr-00026-CRC-1

**Filed On: January 24, 2025** [2096412]

United States of America,

        Appellee

    v.

Christopher Alberts, also known as
Christopher Michael Alberts,

        Appellant

## M A N D A T E

In accordance with the order of January 24, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                             BY:      /s/
                                       Emily K. Campbell
                                       Deputy Clerk

Link to the order filed January 24, 2025