# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER ALBERTS, | Case No. 21-CR-26 (CRC) |

## ORDER

In light of [192] the Mandate of the U.S. Court of Appeals for the District of Columbia Circuit and the Executive Order of January 20, 2025, Granting Pardons and Commutation of Sentences of Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, the Court hereby DISMISSES this case as moot. See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc). All hearings and deadlines issued by the Court are hereby vacated. This Order does not constitute a finding of innocence. See United States v. Wilson, 32 U.S. 150, 160 (1833) (Marshall, C.J.) ("A pardon is an act of grace, proceeding from the power intrusted with the execution of the laws, which exempts the individual, on whom it is bestowed, from the punishment the law inflicts for a crime he has committed."); In re North, 62 F.3d 1434, 1437 (D.C. Cir. 1994) ("[A] pardon does not blot out guilt or expunge a judgment of conviction[.]"). Nor does it affect the existence of probable cause for Defendant's arrest and prosecution.

**SO ORDERED.**

Date: January 27, 2025

CHRISTOPHER R. COOPER
United States District Judge