UNITED STATES DISTRICT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
                          )
v.                        )         Criminal Action No. **21-cr-00026-CRC-1**
                          )
CHRISTOPHER ALBERTS       )
                          )
     Defendant.           )

## DEFENDANT'S MOTION FOR RETURN OF PROPERTY

Defendant, Christopher Alberts, by and through undersigned counsel Roger Roots, hereby submits this motion for return of property due to the seemingly continuous refusal of the U.S. Department of Justice to return the property that they continue to maintain, despite the current posture of this case. Client was pardoned by President Donald J. Trump on January 20th, 2025, and undersigned counsel has made numerous attempts to regain client's property since that date. Undersigned Counsel's paralegal, Emily Lambert has been in communication with multiple individuals, over multiple weeks, dragging into over a month now, being told to contact the FBI, who directed Counsel to the DOJ, the DOJ then directing Counsel back to the FBI. Counsel has been in continuous communication, both via email and phone, with Jennifer Blackwell, Deputy Chief, Criminal Division of the United States Attorney's Office For the District of Columbia, for over a month, and to date, Mr. Alberts has not received any of his belongings that were seized upon his arrest. Counsel has followed up with numerous phone calls and email exchanges with Mrs. Blackwell regarding the status of Mr. Albert's belongings, with her latest reply in response to Counsel's inquiry as to the status on 3/17/25 stating "I will check and get

1

back to you next week. Thank you.". Counsel has since reached out to Mrs. Blackwell multiple times via phone and email and have been unable to reach her for multiple days. Specifically, Defendant seeks return of the following property seized upon his arrest, a Taurus g2c 9mm, Holster for firearm (we the people Holster), Spare magazine (2 magazine in total), magazine holster, black hat with "come and take it" velcro patch, black belt, ACU digital camo backpack, medical kit, gas mask, safe-life defense body armor, level 3a plus with plates, 2 knives, 1 samsung phone, Baofeng radio with throat mic and chest rig, JBL speaker, bungee cords, flashlight, binoculars, and MRE. Client's case and appeal have been dismissed, and Client has now been deprived of his belongings for several months.

WHEREFORE, Defendant respectfully requests this Court to grant said relief and order the return of client's confiscated property.

Date: March 22, 2025

Respectfully Submitted,

/s/ Roger I. Roots
Roger I. Roots
10 Dorrance Street
Suite 700
Providence, Rhode Island 02903
Tel: (775) 764-9347
Email: roger@rootsjustice.com

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I, Roger I. Roots, hereby certify that on this day, March 22, 2025, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ Roger I. Roots*
Roger I. Roots