UNITED STATES DISTRICT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. **21-cr-00026-CRC-1** |
| | ) | |
| **CHRISTOPHER ALBERTS** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S REPLY AND MOTION TO COMPEL FOR RETURN OF PROPERTY

Defendant, Christopher Alberts, by and through undersigned counsel Roger Roots, hereby submits this motion to compel the return of defendant's property. Client received most, but not all of his property on 4/3/2025. Of the property received on 4/3/2025, client's backpack was damaged with what appear to be deliberate holes cut into the item in several places. Client received his Samsung phone on 4/4/2025, damaged beyond repair, and missing the SD card that was present in the device upon seizure. Undersigned counsel's paralegal has been in communication with Mrs. Jennifer Blackwell today and was advised she would inquire about the damage. Defendant, Christopher Alberts, by and through undersigned counsel Roger Roots, hereby submits this motion to compel the Government to immediately provide Mr. Albert's with his sim card. Defendant respectfully requests an investigation as to how and why his device was damaged beyond repair, as this is the second client that undersigned Counsel has had report his device was returned damaged beyond repair. Counsel includes with this motion, a video of client unboxing his device, which

1

shows the damaged device, as well as the missing sim card.

https://www.dropbox.com/scl/fi/j5agm6b92etvtyu0ta5yb/20250404_191710.MP4?rlkey=jkbc4l8tk7u9dgdeqpfnn5wu2&st=ec3vyw8y&dl=0

WHEREFORE, Defendant respectfully requests this Court to grant said relief and order the return of ALL of client's confiscated property.

Date: April 4, 2025

                              Respectfully Submitted,

*/s/ Roger I. Roots*
*Roger I. Roots*
*10 Dorrance Street*
*Suite 700*
*Providence, Rhode Island 02903*
*Tel: (775) 764-9347*
*Email: roger@rootsjustice.com*

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Roger I. Roots, hereby certify that on this day, April 4, 2025, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ Roger I. Roots*
Roger I. Roots
