UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00026-CRC |
| | : | |
| **CHRISTOPHER ALBERTS,** | : | |
| | : | |
| **Defendant.** | : | |

### UNITED STATES' RESPONSE PURSUANT TO THE COURT'S APRIL 9, 2025 MINUTE ORDER

The United States of America hereby responds to the Court's April 9, 2025 Minute Order. The defendant's SD card was sent to the defendant via Federal Express; the tracking number was provided to the defendant's counsel on Monday, April 7, 2025.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar Number 481866

/S/
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov